**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035
Tel: (323) 697-9840
Fax: (323) 571-3579

Attorneys for Defendants
VXN GROUP LLC; STRIKE 3 HOLDINGS, LLC;
GENERAL MEDIA SYSTEMS, LLC; and
MIKE MILLER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case Number: 2:23-cv-04901<br><br>**NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, that Defendant VXN Group, LLC's parent corporation is Kodify Media, LLC and Defendant Strike 3 Holding LLC's parent corporation is General Media Systems, LLC. General Media Systems, LLC, has no parent corporation. There are no publicly traded corporations that currently own 10% or more of any of Defendants' stock.

1

1 DATED this 21st day of June, 2023.

**KANE LAW FIRM**

*s/ Brad S. Kane*
Brad Kane
Attorneys for Defendants
VXN Group, LLC; Strike 3 Holdings, LLC; General Media Systems, LLC; and Mike Miller

# PROOF OF SERVICE
## CCP 1013a(3)

I am employed in the County of Los Angeles of California. I am over the age of 18 and not a party to the within action. My business address is 1154 S. Crescent Heights Blvd., Los Angeles, CA 90035.

On June 21, 2023, I served the foregoing document(s) described as: **DEFENDANTS' CORPORATE DISCLOSURE STATEMENTS** on each interested party in this action, as follows:

| | |
|---|---|
| BIBIYAN LAW GROUP, P.C.<br>Sarah Cohen<br>David D. Bibiyan<br>Jeffrey D. Klein<br>Alexander D. Wallin<br>8484 Wilshire Blvd., Suite 500<br>Beverly Hills, CA 90211 | *Attorneys for Plaintiff Mackenzie Thoma*<br><br>Email:<br>david@tomorrowlaw.com<br>jeff@tomorrowlaw.com<br>alex@tomorrowlaw.com |

☑ **BY USPS FIRST CLASS MAIL**: As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **BY EMAIL TO ALL PARTIES** (pursuant to California Code of Civil Procedure § 1010.6): I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

☑ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 21, 2023, at Los Angeles, California.

_____
Eric Clopper