**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
Eric Clopper (SBN 346031)
eclopper@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel: (323) 697-9840
Fax: (323) 571-3579

Attorneys for Defendants
VXN GROUP LLC; STRIKE 3 HOLDINGS, LLC;
GENERAL MEDIA SYSTEMS, LLC; and
MIKE MILLER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**ERIC CLOPPER'S NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS** |

Please enter Eric Clopper's appearance as counsel for Defendants VXN Group LLC, Strike 3 Holdings, LLC, General Media Systems, LLC, and Mike Miller.

Dated: June 27, 2023                                  Respectfully submitted,

                                                      KANE LAW FIRM


                                              By:    */s/ Eric Clopper*
                                                     Brad Kane
                                                     Eric Clopper
                                                     Attorney for Defendants
                                                     VXN Group LLC; Strike 3 Holdings, LLC;
                                                     General Media Systems, LLC; and Mike
                                                     Miller

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

**ERIC CLOPPER'S NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS**