UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:23–cv–04901–WLH–AGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [ECF NO. # 9]** |

On June 28, 2023, Defendants VXN Group LLC ("VXN"), Strike 3 Holdings, LLC ("Strike 3"), General Media Systems, LLC ("GMS"), and Mike Miller ("Miller") filed its Motion to Dismiss Complaint ("Motion").

The Motion requests that this Court dismiss all causes of action contained in the complaint originally filed by Plaintiff Mackenzie Anne Thoma ("Plaintiff") in Los

Angeles County Superior Court on April 20, 2023 (Case No. 23STCB08761) and removed by Defendants to United States District Court pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2) on June 21, 2023.

The Court, for the reasons set forth in Defendant's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff's First through Tenth Causes of Action are DISMISSED as to all Defendants;

**IT IS SO ORDERED.**

Dated: _____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE