David D. Bibiyan (SBN 287811)
*david@tomorrowlaw.com*
Jeffrey D. Klein (SBN 297296)
*jeff@tomorrowlaw.com*
Sarah Cohen (SBN 330700)
*sara@tomorrowlaw.com*
**BIBIYAN LAW GROUP, P.C.**
8484 Wilshire Boulevard, Suite 500
Beverly Hills, California 90211
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, MACKENZIE ANNE THOMA, and on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 2:23-cv-04901-WLH (AGRx)<br><br>[*Assigned for all purposes to the Hon. Wesley L. Hsu*]<br><br>**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANTS IN THEIR MOTION TO DISMISS COMPLAINT AND CLASS CLAIMS**<br><br>[Filed Concurrently with Plaintiff's Opposition to Defendants' Motion to Dismiss]<br><br>**HEARING INFORMATION**<br>DATE:     July 28, 2023<br>TIME:     1:00 p.m.<br>COURTRM:  9B |

Law Offices of
BIBIYAN LAW GROUP, P.C.
A Professional Corporation
8484 Wilshire Boulevard, Suite 500
Beverly Hills, California 90211
(310) 438-5555

PLAINTIFF'S EVIDENTIARY OBJECTIONS

Plaintiff Mackenzie Anne Thoma ("Plaintiff" or "Ms. Thoma") hereby submits the following Evidentiary Objections to the Evidence in Support of defendants VXN Group LLC ("VXN"); Strike 3 Holdings, LLC ("Strike 3"); General Media Systems, LLC ("GMS"); and Mike Miller ("Miller" and collectively with VXN, Strike 3, and GMS, "Defendants") Motion to Dismiss Complaint and Class Claims (the "Motion") as follows:

| No. | Material Objected to: | Grounds for Objection: | Ruling on Objection: |
|---|---|---|---|
| 1. | Declaration of Brad S. Kane ["Kane Decl."], ¶ 5: "Attached hereto as **Exhibit 1** is a true and correct copy of Bibiyan's *Juarez v. Calmet Services, Inc., et al.* Complaint filed in Los Angeles Superior Court ("LASC") on September 13, 2021, and then removed to the Central District for the District of California [*sic*]." | 1. Relevance (Fed. R. Evid. 401; 403) – The purported complaint in a completely distinct action has no relevance to any of the issues before the Court.<br>2. Failure to authenticate (Fed. R. Evid. 901 – the evidence is irrelevant and is not properly authenticated. | Sustained:<br><br>Overruled: |
| 2. | Kane Decl., ¶ 6: "Attached hereto as **Exhibit 2** is a true and correct copy of Bibiyan's *Rodriguez v. Raising Cane's USA, LLC, et al.* Complaint filed in LASC on August 26, 2022, and then removed to the Central District for the District of California [*sic*]." | 1. Relevance (Fed. R. Evid. 401; 403) – The purported complaint in a completely distinct action has no relevance to any of the issues before the Court.<br>2. Failure to authenticate (Fed. R. Evid. 901 – the evidence is irrelevant and is not properly authenticated. | Sustained:<br><br>Overruled: |

| | | | |
|---|---|---|---|
| 3. | Kane Decl., ¶ 7: "Attached hereto as **Exhibit 3** is a true and correct copy of Bibiyan's *Rivero v. Autozoners, LLC, et al.* Complaint filed in LASC on March 30, 2023, and then removed to the Central District for the District of California [*sic*]." | 1. Relevance (Fed. R. Evid. 401; 403) – The purported complaint in a completely distinct action has no relevance to any of the issues before the Court.<br>2. Failure to authenticate (Fed. R. Evid. 901 – the evidence is irrelevant and is not properly authenticated. | Sustained:<br><br>Overruled: |
| 4. | Kane Decl., ¶ 7: "Attached hereto as **Exhibit 4** is a true and correct copy of Bibiyan's *Men Chan v. Panera, LLC, et al.* Complaint filed in LASC on April 21, 2023, and then removed to the Central District for the District of California [*sic*]." | 1. Relevance (Fed. R. Evid. 401; 403) – The purported complaint in a completely distinct action has no relevance to any of the issues before the Court.<br>2. Failure to authenticate (Fed. R. Evid. 901 – the evidence is irrelevant and is not properly authenticated. | Sustained:<br><br>Overruled: |

Dated: July 7, 2023            BIBIYAN LAW GROUP, P.C.

BY: /s/ *Sarah Cohen*
  SARAH COHEN
  Attorneys for Plaintiff MACKENZIE ANNE THOMA, and on behalf of herself and all others similarly situated

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 8484 Wilshire Blvd., Suite 500, Beverly Hills, California 90211.

I certify that on July 7, 2023, I electronically filed the following document(s) described as **PLAINTIFF'S EVIDENTIARY OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANTS IN THEIR MOTION TO DISMISS COMPLAINT AND CLASS CLAIMS,** and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 7, 2023, at Beverly Hills, California.

*/s/ Bryant Gamez*
Bryant Gamez