1 **BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (SBN 287811)
2 david@tomorrowlaw.com
Jeffrey D. Klein (Cal. Bar No. 297296)
3 jeff@tomorrowlaw.com
Sarah H. Cohen (SBN 330700)
4 sarah@tomorrowlaw.com
8484 Wilshire Boulevard, Suite 500
5 Beverly Hills, California 90211
Tel: (310) 438-5555; Fax: (310) 300-1705
6
Attorneys for Plaintiff, MACKENZIE ANNE THOMA,
7 and on behalf of herself and all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-04901-WLH (AGRx)<br><br>[*Assigned to the Hon. Wesley L. Hsu*]<br><br>**DECLARATION OF SARAH COHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER REMANDING ACTION TO STATE COURT**<br><br>DATE:           August 18, 2023<br>TIME:           1:00 p.m.<br>COURTRM:   9B<br><br>State Action Filed:   April 20, 2023<br>Removal Date:       June 21, 2023<br><br>*(Los Angeles County Superior Court, Case No.: 23STCV08761)*<br><br>[Notice of Motion and Motion for Remand; Evidentiary Objections; and [Proposed] Order Filed Concurrently Herewith]<br><br>Trial Date: None Set |

Law Offices of
BIBIYAN LAW GROUP
A Professional Corporation
8484 Wilshire Blvd., Suite 500
Beverly Hills, California 90211
(310) 438-5555

DECLARATION OF SARAH COHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND

# **DECLARATION OF SARAH H. COHEN**

I, Sarah H. Cohen, declare as follows:

1. I am an attorney at law, duly licensed to practice before all the Courts of the State of California, as well as the United States District Courts of the Central District of California. I am an associate of Bibiyan Law Group, P.C., counsel of record for Plaintiff, MACKENZIE ANNE THOMA ("Plaintiff"). As such, I am familiar with the file in this matter and if called as a witness I could and would competently testify to the following facts of my own personal knowledge.

2. I make this Declaration in support of Plaintiff's Notice of Motion and Motion for an Order Remanding this Action to State Court (the "Motion").

3. I am informed and believe that on or around June 21, 2023, Defendants VXN GROUP LLC; STRIKE 3 HOLDINGS, LLC; GENERAL MEDIA SYSTEMS, LLC; and MIKE MILLER (together, "Defendants"), filed a Notice of Removal in the instant action.

4. On June 27, 2023, I met and conferred with counsel for Defendants, Brad S. Kane of Kane Law Firm, regarding the substance of this Motion. Despite the meet-and-confer efforts, the parties could not come to a resolution without motion practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2023 at Beverly Hills, California.

*/s/ Sarah H. Cohen*
Sarah H. Cohen

2
DECLARATION OF SARAH COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND

# CERTIFICATE OF SERVICE

MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, **v.** VXN GROUP LLC
2:23-cv-04901-WLH (AGRx)
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 8484 Wilshire Blvd., Suite 500, Beverly Hills, California 90211.

I certify that on July 21, 2023, I electronically filed the following document(s) described as **DECLARATION OF SARAH COHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER REMANDING ACTION TO STATE COURT,** and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. Further, I certify that the foregoing documents were served by electronic transmission to the below referenced electronic e-mail address as follows:

| | |
|---|---|
| **KANE LAW FIRM**<br>Brad S. Kane. Esq.<br>bkane@kanelaw.la<br>1154 S. Crescent Heights. Blvd.<br>Los Angeles, CA 90035<br>Tel: (323) 697-9840<br>Fax: (323) 571-3579 | Attorneys for Defendants<br>VXN GROUP LLC; STRIKE 3 HOLDINGS, LLC; GENERAL MEDIA SYSTEMS, LLC; and MIKE MILLER |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 21, 2023, at Beverly Hills, California.

*/s/ Bryant Gamez*
Bryant Gamez

3
DECLARATION OF SARAH COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND