1  **BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (SBN 287811)
2  *david@tomorrowlaw.com*
Jeffrey D. Klein (SBN 297296)
3  *jeff@tomorrowlaw.com*
Sarah H. Cohen (SBN 330700)
4  *sarah@tomorrowlaw.com*
8484 Wilshire Boulevard, Suite 500
5  Beverly Hills, California 90211
Tel; (310) 438-5555; Fax: (310) 300-1705
6
Attorneys for Plaintiff, MACKENZIE ANNE THOMA,
7  and on behalf of herself and all others similarly situated

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MACKENZIE ANNE THOMA, a.k.a.
KENZIE ANNE, an individual and on
12  behalf of all others similarly situated,

13  Plaintiff,

14  v.

15  VXN GROUP LLC, a Delaware limited
liability company; STRIKE 3
16  HOLDINGS, LLC, a Delaware limited
liability company; GENERAL MEDIA
17  SYSTEMS, LLC, a Delaware limited
liability company; MIKE MILLER, an
18  individual; and DOES 1 through 100,
19  inclusive,

20

21  Defendants.

| |
|---|
| CASE NO.: 2:23-cv-04901-WLH (AGRx) |
| [*Assigned to the Hon. Wesley L. Hsu*] |
| [PROPOSED] **ORDER GRANTING PLAINTIFF MACKENZIE ANNE THOMA'S MOTION FOR ORDER REMANDING ACTION TO STATE COURT** |

22

23

24

25

26

27

28

1

## **PROPOSED ORDER**

2        Plaintiff Mackenzie Anne Thoma's ("Plaintiff") Motion for an Order

3  Remanding this Action to State Court, having come before the Court in the above-

4  captioned matter, the Honorable Wesley L. Hsu presiding, and for good cause

5  appearing therefore, including, without limitation, the failure of removing defendants

6  to carry their evidentiary burden to prove that the jurisdictional prerequisites for

7  removal have been met under 28 U.S.C. sections 1332(a), 1441(b) and 1446, or

8  otherwise:

9        **IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand this action to

10  Los Angeles County Superior Court is granted.

11

**IT IS SO ORDERED.**

12

13  DATE: _____          _____

14                                         The Hon. Wesley L. Hsu
                                           United States District Court Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: MOTION FOR REMAND

## CERTIFICATE OF SERVICE

MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, **v.** VXN GROUP LLC
2:23-cv-04901-WLH (AGRx)
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 8484 Wilshire Blvd., Suite 500, Beverly Hills, California 90211.

I certify that on July 21, 2023, I electronically filed the following document(s) described as [PROPOSED] **ORDER GRANTING PLAINTIFF MACKENZIE ANNE THOMA'S MOTION FOR ORDER REMANDING ACTION TO STATE COURT**, and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. Further, I certify that the foregoing documents were served by electronic transmission to the below referenced electronic e-mail address as follows:

**KANE LAW FIRM**            Attorneys for Defendants
Brad S. Kane. Esq.           VXN GROUP LLC; STRIKE 3
bkane@kanelaw.la             HOLDINGS, LLC; GENERAL MEDIA
1154 S. Crescent Heights. Blvd.   SYSTEMS, LLC; and MIKE MILLER
Los Angeles, CA 90035
Tel: (323) 697-9840
Fax: (323) 571-3579

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 21, 2023, at Beverly Hills, California.

*/s/ Bryant Gamez*
Bryant Gamez