**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel:  (323) 697-9840
Fax: (323) 571-3579

Attorneys for Defendants
VXN GROUP LLC; STRIKE 3 HOLDINGS, LLC;
GENERAL MEDIA SYSTEMS, LLC; and
MIKE MILLER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No. 2:23–CV–04901–WLH–AGR<br><br>**SUPPLEMENTAL DECLARATION OF TAYLOR BROCK IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT**<br><br>[Los Angeles County Superior Court Case No. 23STCB08761] |

DECLARATION OF TAYLOR BROCK

*(left margin, vertical text)* **KANE LAW FIRM** 1154 S. Crescent Heights Blvd. Los Angeles, CA 90035

278fa0cb55bcb11b

1

2
## **DECLARATION OF TAYLOR BROCK**

3
I, Taylor Brock, declare and state as follows:

4
1.      I am over the age of eighteen years and am fully competent to make

5
this declaration. The facts contained herein are based on my personal knowledge

6
and are true and correct.

7
2.      I am a Producer for VXN Group, LLC ("VXN"). I have been

8
employed in this position since the company's inception in January, 2020 and

9
have actively participated on-set in the production of VXN's films.

10
3.      In my capacity as a Producer, I have personal knowledge of the

11
routine manner in which VXN film sets operate, including the scheduling,

12
management, and requirements of various films.

13
4.      Films produced by VXN consist of two distinct types of movies:

14
Type-I movies and Type-II movies. Type-I movies typically involve a different

15
and more complex filming style that results in a longer duration on set. Type-I

16
brands include "Vixen", "Blacked," "Slayed," and "Tushy." Type-II brands

17
include "Blacked Raw," and "Tushy Raw."

18
5.      To the best of my knowledge, from the time of VXN's inception

19
(January 2020) to the present day, nearly all Type-I films have an on-set

20
production duration of at least ten (10) hours. It is extremely rare for a Type-1

21
film to wrap in less than ten (10) hours.  Actors need to be on set during this time

22
to complete hair and makeup, wardrobe, on set documentation and paperwork,

23
rehearsals with the directors, as well as actual filming.  I know this because my

24
job requires me to be on set for the production of these films.  In the past four

25
years, I have been on set for nearly every Type 1 film production.

26
6.      The reasons for the long duration of Type-I films are manifold:

27
a. Complexity of Filming Techniques: Type-I films involve higher

28
complexity in filming techniques, including but not limited to intricate

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

---

1

DECLARATION OF TAYLOR BROCK

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

1    camera movements, special effects, and precise lighting. These

2    complexities necessitate additional time for setup, execution, and

3    adjustments.

4        b. Detailed Makeup and Costumes: Actors in Type-I films usually

5    require more detailed and elaborate makeup and wardrobe. The application

6    and maintenance of these elements can be time-consuming.

7        c. More Complex Script: Type-I films often involve a more detailed

8    plot line, script, and production budget.

9    7.      The on-set production duration for Type-1 films is at least ten (10)

10    hours. These production hours occur consecutively within the same calendar

11    workday.

12        I declare under penalty of perjury under the laws of the United States that

13    the foregoing is true and correct.

14        Executed this __28__ day of July, 2023, at Los Angeles, California.

15

16

17                         Taylor Brock

18

19

20

21

22

23

24

25

26

27

28

2

DECLARATION OF TAYLOR BROCK