**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
Eric Clopper (SBN 346031)
eclopper@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel: (323) 697-9840
Fax: (323) 571-3579

Attorneys for Defendants
VXN GROUP LLC; STRIKE 3 HOLDINGS, LLC;
GENERAL MEDIA SYSTEMS, LLC; and
MIKE MILLER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>     Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**REQUEST FOR JUDICIAL NOTICE IN RESPONSE TO PLAINTIFF'S REPLY IN SUPPORT OF HER MOTION TO REMAND**<br><br>Date:         August 18, 2023<br>Time:        1:00 pm or later<br>Courtroom:  9B<br><br>Complaint Filed:  April 20, 2023<br>Removed:            June 22, 2023 |

**REQUEST FOR JUDICIAL NOTICE RE: PLAINTIFF'S REPLY TO HER MOTION TO REMAND**

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, in accordance with Federal Rule of Evidence 201, Defendants VXN Group, LLC, Strike 3 Holdings, LLC, General Media Systems, LLC, and Mike Miller (collectively "Defendants") will, and hereby do, request the Court to take judicial notice of the Plaintiff Thoma's Private Attorney General Action Complaint, attached as **Exhibit 1**, and filed on July 11, 2023 in the Los Angeles Superior Court, Case No. 23STCV161422 (the "PAGA Action") in connection with Plaintiff's Reply In Support of Plaintiff's Motion to Remand (the "Reply"),

Specifically, in the Reply, Plaintiff's counsel represents to the Court that:

> as she has already stated more than once, ***Plaintiff does not allege such extreme levels of statutory violations***, but rather violations occurred 'at times' and 'on occasion.

[Dkt. 18 at 3:1-3] (Emphasis in original.)

However, Plaintiff Thoma's PAGA Action arises from the same facts and circumstances—and against the same Defendants—as this Class Action. Yet, Plaintiff Thoma's PAGA Action does not use the phrases "at times" or "on occasion" to describe the frequency of the alleged labor code violations. Instead, Thoma and BLF's PAGA Action uses the phrase "policy or procedure" sixteen (16) times to describe the frequency of the alleged labor code violations.

1

**REQUEST FOR JUDICIAL NOTICE RE: PLAINTIFF'S REPLY TO HER MOTION TO REMAND**

Dated: August 11, 2023

Respectfully submitted,

KANE LAW FIRM

By: */s/ Brad S. Kane*
Brad Kane
Attorney for Defendants
VXN Group LLC; Strike 3 Holdings, LLC; General Media Systems, LLC; and Mike Miller

## CERTIFICATE OF SERVICE

I, Brad S. Kane, hereby certify that this document has been filed on August 11, 2023, through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 11, 2023    By: */s/ Brad S. Kane*
Brad Kane

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

2

**REQUEST FOR JUDICIAL NOTICE RE: PLAINTIFF'S REPLY TO HER MOTION TO REMAND**