**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
Eric Clopper (SBN 346031)
eclopper@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel: (323) 697-9840
Fax: (323) 571-3579

Attorneys for Defendants
VXN GROUP LLC; STRIKE 3 HOLDINGS, LLC;
GENERAL MEDIA SYSTEMS, LLC; and
MIKE MILLER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

NOTICE OF SUPPLEMENTAL AUTHORITY

**PLEASE TAKE NOTICE,** Plaintiff is attaching as **Exhibit 1** a copy of the recent Order Re: Motion to Remand and Motion to Dismiss in *Turesa Wilcox v. Harbor UCLA Med. Ctr. Guild, Inc.*, 2:23-cv-02802-MCS-JC (C.D. Cal. August 14, 2023). In *Wilcox*, a case also brought by Plaintiff's counsel, the Bibiyan Law Group, with a similar class action complaint and motion to remand, the Honorable Judge Scarsi granted the defendants' motion to dismiss, and denied the plaintiff's motion to remand, for reasons similar to those raised in Defendants' Motion to Dismiss [**Dkt. 9**] and Opposition to Plaintiff's Motion to Remand [**Dkt. 17**].

Specifically, Judge Scarsi found: (1) defendants' were "reasonable to assume that, using Wilcox's established rate and hours worked, 100% of former employees suffered derivative waiting time violations" [**Ex. 1 at 6**]; (2) the plaintiff's UCL claim was not grounds to remand because "it does not follow that the lack of equitable jurisdiction over one claim merits remand of an entire action where there are eight claims antecedent to the derivative UCL claim" [**Ex. 1 at 7**]; (3) plaintiff's complaint should be dismissed entirely for failure to state a claim because the plaintiff failed to plead any specific facts in support of her claims, [**Ex. 1 at 9–15**]; (4) and any amended complaint should only be filed "provided [the plaintiff] can do so without violating Federal Rule of Civil Procedure 11(b)" [**Ex. 1 at 16**].

Dated: August 17, 2023

Respectfully submitted,

KANE LAW FIRM

By: */s/ Brad S. Kane*
Brad Kane
Attorney for Defendants
VXN Group LLC; Strike 3 Holdings, LLC; General Media Systems, LLC; and Mike Miller

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

1

**NOTICE OF SUPPLEMENTAL AUTHORITY**

## CERTIFICATE OF SERVICE

    I, Brad S. Kane, hereby certify that this document has been filed on August 17, 2023, through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 17, 2023      By:    */s/ Brad S. Kane*
                                                                Brad Kane

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

2
**NOTICE OF SUPPLEMENTAL AUTHORITY**