

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

August 30, 2023

Superior Court of California
312 N. Spring Street
Los Angeles, CA 90012

Re: Case Number: _____2:23-cv-04901-WLH-AGR_____
Previously Superior Court Case No. _____23STCV08761_____
Case Name: _____Mackenzie Anne Thoma v. VXN Group, LLC et al_____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____08/30/2023_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012



FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH DEPUTY

Respectfully,

Clerk, U.S. District Court

By: /s/ *Lori Muraoka*
Deputy Clerk
lori_muraoka@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

9/5/2023
Date

Clerk, Superior Court
By: [signature]
Deputy Clerk
Lori Mitchell-M'Greene

G-17 (01/23)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT