**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mackenzie Anne Thoma | CASE NUMBER: |
| **PLAINTIFF(S)** | 2:23-cv-04901-WLH-AGRx |
| v. | |
| VXN Group, LLC et al | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| **DEFENDANT(S).** | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 9/20/2023 | 26 | First Amended Complaint |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated:     9/25/2023          By: _____
                                   U.S. District Judge / U.S. Magistrate Judge