| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Bibiyan Law Group, P.C. |
| Sarah H. Cohen (330700) |
| 8484 Wilshire Blvd., Suite 500 |
| Beverly Hills, CA 90211 |
| (310) 438-5555 |
| sarah@tomorrowlaw.com |

ATTORNEY(S) FOR: Plaintiff, Mackenzie Anne Thoma

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Mackenzie Anne Thoma | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-04901 |
| v. | |
| VXNGroup, LLC, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff, Mackenzie Anne Thoma or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff, Mackenzie Anne Thoma | Plaintiff |
| VXN Group, LLC. | Defendant |
| Strike 3 Holdings, LLC. | Defendant |
| General Media Systems, LLC. | Defendant |
| Mike Miller | Defendant |
| Does 1 through 100 | Defendants |

September 26, 2023  
Date

/s/ Sarah H. Cohen  
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Mackenzie Anne Thoma