# Exhibit A



Sarah Cohen <sarah@tomorrowlaw.com>

# Thoma v. VXN et al. - Meet and Confer on the Original Action and the PAGA Action

**Eric Clopper** <eclopper@kanelaw.la>　　　　　　　　　　　　　　　　　　　Fri, Sep 1, 2023 at 4:37 PM
To: Sarah Cohen <sarah@tomorrowlaw.com>, "david@tomorrowlaw.com" <david@tomorrowlaw.com>, "jeff@tomorrowlaw.com" <jeff@tomorrowlaw.com>
Cc: Brad Kane <bkane@kanelaw.la>, Chris Cude <ccude@kanelaw.la>

Sarah,

We would like to meet and confer on the three separate actions: (1) the federal class action; (2) the state PAGA action; and (3) the recently remanded state UCL action.

First, please let us know what days and times you are available of Monday through Wednesday of next week, September 7–9, 2023, to discuss whether your client would agree to either (i) consolidation of the state court actions; (ii) a stay of the state court actions; and/or (iii) a demurrer based on a plea of abatement in the two separate state actions.

Second, in light of the Court's ruling on the Motion to Dismiss, let's see if we can have a meaningful meet and confer about your First Amended Complaint in the federal action *before* it is filed. Please let us know when you have a draft First Amended Complaint for us to meet and confer on so our clients do not have to litigate unnecessary issues with a Second 12(b) Motion.

Best,

Eric Clopper

Senior Associate

Kane Law Firm

1154 S Crescent Heights Blvd.,

Los Angeles, CA 90035

Office: 323-937-3291

Cell: 617-957-2363

Fax: 323-571-3579

eclopper@kanelaw.la

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.