Exhibit F



Sarah Cohen <sarah@tomorrowlaw.com>

---

## Thoma v. VXN et al - Stipulation for 2-Week Extension for time to File Motion to Dismiss

---

**Eric Clopper** <eclopper@kanelaw.la>                                    Mon, Oct 2, 2023 at 6:42 PM
To: Sarah Cohen <sarah@tomorrowlaw.com>
Cc: Brad Kane <bkane@kanelaw.la>, Chris Cude <ccude@kanelaw.la>, "jeff@tomorrowlaw.com" <jeff@tomorrowlaw.com>,
"david@tomorrowlaw.com" <david@tomorrowlaw.com>

Sarah,

Brad and I are in a 5-day arbitration this week in San Francisco. This morning, the judge informed us he is
leaving on vacation on Friday, so we are trying to fit everything in 4 days.

Because of the arbitration, and because we need still need to complete the meet and confer, would your client
be willing to grant our clients their first two‑week extension to file their motion to dismiss that is due this
Wednesday to your client's First Amended Complaint in the federal action?

Otherwise, we will have to move the Court for the extension without your assent.

Best,

Eric

Eric Clopper

Senior Associate

Kane Law Firm

1154 S Crescent Heights Blvd.,

Los Angeles, CA 90035

Office: 323‑937‑3291

Cell: 617‑957‑2363

Fax: 323‑571‑3579

eclopper@kanelaw.la

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.