UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:23–cv–04901–WLH–AGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [ECF NO. # 33]** |

On October 18, 2023, Defendants VXN Group LLC ("VXN"), Strike 3 Holdings, LLC ("Strike 3"), General Media Systems, LLC ("GMS"), and Mike Miller ("Miller") filed its Motion to Dismiss Plaintiff's First Amended Complaint ("Motion").

The Motion requests that this Court dismiss all causes of action without leave to amend contained in Plaintiff's First Amended Complaint filed by Plaintiff Mackenzie Anne

Thoma in the United States District Court for the Central District of California on September 20, 2023, Case No. 2:23-cv-04901-WLH-AGR.

The Court, for the reasons set forth in Defendant's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff's First through Eighth Causes of Action are DISMISSED as to all Defendants without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

                HON. WESLEY L. HSU
                UNITED STATES DISTRICT JUDGE