# Exhibit A



Sarah Cohen <sarah@tomorrowlaw.com>

# VXN - Defendant's Meet and Confer Prior to Filing 12(b)(6) to Plaintiff's First Amended Complaint

**Eric Clopper** <eclopper@kanelaw.la>     Mon, Oct 9, 2023 at 4:19 PM
To: Sarah Cohen <sarah@tomorrowlaw.com>
Cc: "jeff@tomorrowlaw.com" <jeff@tomorrowlaw.com>, "david@tomorrowlaw.com" <david@tomorrowlaw.com>, Brad Kane <bkane@kanelaw.la>

Sarah,

Under Local Rule 7-3, Defendants formally request an opportunity to meet and confer with you regarding their upcoming 12(b)(6) motion to your client's First Amended Complaint.

Do you have any availability tomorrow afternoon or on Wednesday to have a Zoom conference call with Brad and me to discuss? (As you know, the Court requires videoconference or in-person meet and confers under Standing Order G(1)(c).)

Best,

Eric

Eric Clopper

Senior Associate

Kane Law Firm

1154 S Crescent Heights Blvd.,

Los Angeles, CA 90035

Office: 323-937-3291

Cell: 617-957-2363

Fax: 323-571-3579

eclopper@kanelaw.la

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by

Case 2:23-cv-04901-WLH-AGR   Document 35-2   Filed 10/27/23   Page 3 of 3   Page ID #:808

replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.