# Exhibit C

10/27/23, 1:14 PM Law Firm Mail - VXN - Defendant's Meet and Confer Prior to Filing 12(b)(6) to Plaintiff's First Amended Complaint

Case 2:23-cv-04901-WLH-AGR   Document 35-4   Filed 10/27/23   Page 2 of 3   Page ID #:812



Sarah Cohen <sarah@tomorrowlaw.com>

# VXN - Defendant's Meet and Confer Prior to Filing 12(b)(6) to Plaintiff's First Amended Complaint

**Eric Clopper** <eclopper@kanelaw.la>  Wed, Oct 11, 2023 at 3:10 PM
To: Sarah Cohen <sarah@tomorrowlaw.com>
Cc: "jeff@tomorrowlaw.com" <jeff@tomorrowlaw.com>, "david@tomorrowlaw.com" <david@tomorrowlaw.com>, Brad Kane <bkane@kanelaw.la>, "thomavvxngroupllcetalz11731883@projects.filevine.com" <thomavvxngroupllcetalz11731883@projects.filevine.com>, Emanuel Munguia <emanuel@tomorrowlaw.com>, Nadia Rodriguez <nadia@tomorrowlaw.com>, Rafael Yedoyan <rafael@tomorrowlaw.com>

Sarah,

The Court instructed us to meet and confer prior to filing motions to the extent possible.

We understand that the original deadline was last week, which we were unable to make due to our firm's trial commitments. Despite your firm violating professional norms and denying a first request for an extension, we are optimistic that the Court will rule on the merits, not procedural technicalities, as the Court has done thus far.

That said, are you willing to meet and confer with us prior to our clients' filing their second motion to dismiss next Wednesday? Please let me know. If yes, I will send you and your co-counsel Zoom invites for this Friday afternoon at 3:00 pm.

[Quoted text hidden]