1  **KANE LAW FIRM**
2  Brad S. Kane (SBN 151547)
   bkane@kanelaw.la
3  Eric Clopper (SBN 346031)
4  eclopper@kanelaw.la
   1154 S. Crescent Heights. Blvd.
5  Los Angeles, CA 90035Tel:  (323) 697-9840
6  Fax: (323) 571-3579

7  Attorneys for Defendants
   VXN GROUP LLC; STRIKE 3 HOLDINGS, LLC;
8  GENERAL MEDIA SYSTEMS, LLC; and
9  MIKE MILLER

10            **UNITED STATES DISTRICT COURT**
11            **CENTRAL DISTRICT OF CALIFORNIA**
               **WESTERN DIVISION**
12

| | |
|---|---|
| 13  MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated, | Case No. **2:23–cv–04901 WLH (AGRx)** |
| | **DECLARATION OF BRAD S. KANE IN SUPPORT OF STRIKE 3 HOLDINGS, LLC'S, GENERAL MEDIA SYSTEMS, LLC's, AND MIKE MILLER'S SPECIAL MOTION TO STRIKE (ANTI-SLAPP) PURSUANT TO C.C.P. § 425.16** |
| Plaintiff, | |
| v. | |
| VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive, | |
| | Date:         January 5, 2024 |
| | Time:         1:30 pm or later |
| | Courtroom:    9B |
| | [*Filed concurrently with Notice of Motion and Motion to Strike (Anti-SLAPP); and [Proposed] Order*] |
| Defendants. | |
| | Complaint Filed:  April 20, 2023 |
| | Removed:          June 21, 2023 |

DECLARATION OF BRAD S. KANE IN SUPPORT OF DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

I, Brad S. Kane, hereby declare as follows:

I am an attorney licensed to practice law in the State of California since 1990, the State of Alaska since 1991 and Washington State since 2003. I am the owner of the Kane Law Firm ("KLF"), and counsel for Defendants VXN Group LLC ("VXN"), Strike 3 Holdings, LLC ("Strike 3"), General Media Systems, LLC ("GMS"), and Mike Miller ("Miller") (collectively, "Defendants"). I am personally familiar with, and, if called upon, could and would testify to the facts contained herein from my personal knowledge.

1.    Attached as **Exhibit 1** is a true and correct copy of the contents of the website https://avn.com/awards/2024_nominees, printed to .pdf on November 20, 2023.

2.    Attached as **Exhibit 2** is a true and correct copy of the July 20, 2017 *Forbes* article "How One Pornographer is Trying to Elevate Porn to Art," available at https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593, printed to .pdf on November 20, 2023.

3.    Attached as **Exhibit 3** is a true and correct copy of the February 18, 2017 Daily Beast article "Meet the Man Making Porn Great Again," *available at* http://www.thedailybeast.com/meet-the-man-making-porn-great-again, printed to .pdf on November 20, 2023.

4.    Attached as **Exhibit 4** is a true and correct copy of the February 24, 2017 CBC Radio article, "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," available at http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-conventional-wisdom-1.3994167 printed to .pdf on November 20, 2023.

DECLARATION OF BRAD S. KANE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

5.     Attached as **Exhibit 5** is a true and correct copy of the April 15, 2018 Rolling Stone article, "Versace, Champagne and Gold: Meet the Director Turning Porn Into High Art." available at   https://www.rollingstone.com/culture/culture-features/versace-champagne-and-gold-meet-the-director-turning-porn-into-high-art-629908/ printed to .pdf on November 20, 2023.

6.     Attached as **Exhibit 6** is a true and correct copy of the January 9, 2019 Jezebel article, "The One Percent Fantasies of Greg Lansky's Vixen" available at https://jezebel.com/jerking-off-to-capitalism-the-1-percent-fantasies-of-g-1829976586 printed to .pdf on November 20, 2023.

7.     Attached as **Exhibit 7** is a true and correct copy of the April 3, 2020 HipHopDx article, "G-EAZY Throws A Raunchy Mansion Party For 'Still Be Friends' Video" available at   https://hiphopdx.com/news/id.55268/title.g-eazy-throws-a-raunchy-mansion-party-for-still-be-friends-video,   printed to .pdf on November 20, 2023.

8.     Attached as **Exhibit 8** is a true and correct copy of the Uproxx.com's April 30, 2020 article, "G-Eazy FaceTimes His Famous Friends In The 'Moana' Video With Jack Harlow", available at https://uproxx.com/music/g-eazy-moana-video-jack-harlow/, printed to .pdf on November 20, 2023.

9.     Attached as **Exhibit 9** is a true and correct copy of the AdAge.com's August 17, 2018 article, "Kanye West's Favorite Pornographer is a Master of SFW Marketing",     available     at     https://adage.com/article/cmo-strategy/sfw-pornographer/314604, printed to .pdf on November 20, 2023.

10.     Attached as **Exhibit 10** is a true and correct copy of the WEBSITE's November 13, 2021 article, "The Women Behind That History-Making Porn Billboard in Hollywood", available at https://www.thedailybeast.com/whats-behind-that-history-making-porn-billboard-in-hollywood,   printed   to   .pdf   on November 20, 2023.

DECLARATION OF BRAD S. KANE IN SUPPORT OF DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

11.     Attached as **Exhibit 11** is a true and correct copy of the ladbible.com's May 9, 2023 article, "Maitland Ward says Boy Meets World co-star Will Friedle refuses to watch her in porn", available at https://www.ladbible.com/entertainment/maitland-ward-will-friedle-adult-videos-career-change-651155-20230509, printed to .pdf on November 20, 2023.

12.     Attached as **Exhibit 12** is a true and correct copy of the elitedaily.com's January 26, 2022 article, "Here's Your Ultimate Guide To Feminist, Ethical Porn (You're Welcome)", available at https://www.elitedaily.com/dating/what-is-feminist-porn-where-to-watch, printed to .pdf on November 20, 2023.

13.     Attached as **Exhibit 13** is a true and correct copy of the VICE's April 7, 2020 article, "Porn Company Offers Performers Equipment to Safely Shoot Porn at Home", available at https://www.vice.com/en/article/xgq937/vixen-blacked-offers-equipment-shoot-porn-at-home, printed to .pdf on November 20, 2023.

14.     Attached as **Exhibit 14** is a true and correct copy of the The Verge's October 12, 2023 article, "Popular porn sites now display unproven health warnings thanks to Texas law", available at https://www.theverge.com/2023/10/12/23914832/texas-hb-1181-porn-age-verification-vixen-media-group, printed to .pdf on November 20, 2023. Note: the article contains an error as Defendants do require age verification, and the law is in effect.

15.     Attached as **Exhibit 15** is a true and correct copy of the AVN.com's July 15, 2020 article, "Strike 3 Holdings Scores Another Legal Victory for Anti-Piracy", available at https://avn.com/business/articles/legal/strike-3-holdings-scores-another-legal-victory-for-anti-piracy-885008.html, printed to .pdf on November 20, 2023.

DECLARATION OF BRAD S. KANE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

16.    Attached as **Exhibit 16** is a true and correct copy of the SFGATE.com's February 17, 2023 article, "Strike 3'S Lawyer Defends Reliability Of Proprietary Technology, Vows To Prove Infringement", available at https://www.sfgate.com/news/bayarea/article/strike-3-s-lawyer-defends-reliability-of-17790945.php, printed to .pdf on November 20, 2023.

17.    Attached as **Exhibit 17** is a true and correct copy of the XBiz.com's July 2, 2021 article, "Q&A: Glamcore Vixen Kenzie Anne Dazzles the Lens", available at https://www.xbiz.com/news/260179/q-a-glamcore-vixen-kenzie-anne-dazzles-the-lens, printed to .pdf on November 20, 2023.

18.    Attached as **Exhibit 18** is a true and correct copy of the AVN.com's June 30, 2021 article, "Finding Kenzieland: Up Close With Vixen Contract Girl Kenzie Anne", available at https://avn.com/business/articles/video/kenzie-anne-feature-901581.html, printed to .pdf on November 20, 2023.

19.    Attached as **Exhibit 19** is a true and correct copy of the AVN.com's September 27, 2021 article, "Emily Willis, Kenzie Anne Discuss New Ventures", available at https://avn.com/business/articles/video/emily-willis-kenzie-anne-discuss-new-ventures-902883.html, printed to .pdf on November 20, 2023.

20.    Attached as **Exhibit 20** is a true and correct copy of the XBiz.com's July 2, 2021 article, "Q&A: Glamcore Vixen Kenzie Anne Dazzles the Lens", available at https://www.xbiz.com/news/260179/q-a-glamcore-vixen-kenzie-anne-dazzles-the-lens, printed to .pdf on November 20, 2023.

21.    Attached as **Exhibit 21** is a true and correct copy of the AVN.com's June 30, 2021 article, "Finding Kenzieland: Up Close With Vixen Contract Girl Kenzie Anne", available at https://avn.com/business/articles/video/kenzie-anne-feature-901581.html, printed to .pdf on November 20, 2023.

22.    Attached as **Exhibit 22** is a true and correct copy of the AVN.com's September 27, 2021 article, "Emily Willis, Kenzie Anne Discuss New Ventures",

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

4

DECLARATION OF BRAD S. KANE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

available at https://avn.com/business/articles/video/emily-willis-kenzie-anne-discuss-new-ventures-902883.html, printed to .pdf on November 20, 2023.

23.    Attached as **Exhibit 23** is a true and correct copy of the tomorrowlaw.com's May 1, 2023 article, "Cases In The Media: Kenzie Anne Vs. Vixen Media Group", available at https://www.tomorrowlaw.com/cases-in-the-media-kenzie-anne-vs-vixen-media-group/, printed to .pdf on November 20, 2023.

24.    Attached as **Exhibit 24** is a true and correct copy of the PornCrush.com's May 2, 2023 article, "Kenzie Anne "wasn't scared to step up" in class action lawsuit vs. Vixen Media Group", available at https://porncrush.com/articles/kenzie-anne-wasnt-scared-to-step-up-in-class-action-lawsuit-vs.-vixen-media-group/, printed to .pdf on November 20, 2023.

25.    Attached as **Exhibit 25** is a true and correct copy of the XBiz.com's August 31, 2023 article, "Court Dismisses Bulk of Labor Claims Against VMG", available at https://www.xbiz.com/news/276445/court-dismisses-bulk-of-labor-claims-against-vmg, printed to .pdf on November 20, 2023.

26.    Attached as **Exhibit 26** is a true and correct copy of the AVN.com's September 8, 2023 article, "Kenzie Anne v. VMG: After Near Total Dismissal, Counsel Speak Out", available at https://avn.com/business/articles/legal/counsel-in-kenzie-anne-vmg-lawsuit-speak-out-921568.html, printed to .pdf on November 20, 2023.

27.    Attached as **Exhibit 27** is a true and correct copy of the AVN.com's November 15, 2023 article, "Vixen Files Motion to Dismiss Kenzie Anne Labor Suit", available at https://avn.com/business/articles/legal/vixen-files-motion-to-dismiss-kenzie-anne-labor-lawsuit-entirely-922958.html, printed to .pdf on November 20, 2023.

28.    Defendants are the owners, distributors, and producers of the websites, and associated intellectual property of *vixen*.com, *blacked*.com, *tushy*.com,

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

5

DECLARATION OF BRAD S. KANE IN SUPPORT OF DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

*deeper*.com, *milfy*.com, *blackedraw*.com, and *tushyraw*.com. Defendants' websites have approximately 15 million visitors per month and a loyal following, including over 2.7 million Instagram followers.

29.  Plaintiff Mackenzie Anne Thoma a/k/a Kenzie Anne has over 800 thousand Instagram followers.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2023 at Los Angeles, California.

*/s/ Brad S. Kane*

Brad S. Kane

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

DECLARATION OF BRAD S. KANE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

Exhibit 1

**VIDEO**


**Grand Reel**

**Ashford Manor**, Lust Cinema
**Feed Me**, Adult Time/Pulse
**Love, Sex & Robots**, Adam & Eve Pictures
**Machine Gunner**, Digital Playground/Pulse
**Primary 3**, Lust Cinema
**Reckless**, Wicked/Pulse
**Redemption**, Adam & Eve Pictures
**Sally Mae: The Revenge of the Twin Dragons**, Adult Time/Pulse
**The View**, Deeper/Pulse
**Wasteland Ultra**, Digital Playground/Pulse


**Best Actor – Featurette**

Robby Apples, **"What Are You Doing Bro"** | AOFlix
Nathan Bronson, "**No Going Back**" | Pure Taboo/Adult Time
Danny D, **"The Chosen Nymph"** | **Darkwoods**, Digital Playground/Pulse
Ryan Driller, "**You Deserve Me**" | MissaX
Oliver Flynn, **"Knots"** | **If It Feels Good 4**, Deeper/Pulse
Seth Gamble, "**The Mystery of Jane Doe**" | Delphine Films
Tommy Pistol, "**We Are Alone Now**" | Delphine Films
Codey Steele, "**Polar Opposites**" | **Out of Our System**, Pure Taboo/Adult Time/Pulse
Jonte, "**Mating Rituals**" | ForPlay Films
Chad White, **"Risqué Business"** | MissaX


**Best Actress – Featurette**

Scarlett Alexis, "**Piano Play**" | Family Strokes/Team Skeet

Anna Claire Clouds, **"Knots"** | **If It Feels Good 4**, Deeper/Pulse

Reagan Foxx, "**Returned**" | **Enjoy Your Stay**, Pure Taboo/Adult Time/Pulse

Brooklyn Gray, "**We Are Alone Now**" | Delphine Films

Lumi Ray, "**Hopeless**" | Holly Randall Productions

Octavia Red, "**You Deserve Me**" | MissaX

Vanessa Vega, "**No Going Back**" | Pure Taboo/Adult Time

Maitland Ward, **"Casting Couch"** | **My DP 6**, Tushy/Pulse

Dee Williams, **"We Musn't Upset Him"** | Pure Taboo/Adult Time

Maya Woulfe, "**The Mystery of Jane Doe**" | Delphine Films


### Best All-Girl Group Sex Scene

**"An Angel on Both Shoulders"** | Girlsway; Anna Claire Clouds, Kimora Quin & Kendra Sunderland

**"Competing for the Piano Teacher"** | She Seduced Me; Isabella Nice, Madi Meadows & Jenna Foxx

**"Double, Double Date and Trouble"** | **Double Love**, Girlsway; April Olsen, Kenzie Anne, Kenna James & Emma Hix

**"Girl Crushes"** | Girls Only Porn/Nubile Films; Alex Coal, Scarlett Alexis & Sylvie Sterling

**"Ladies Who Lunch"** | Twistys; Misty Stone, Ryan Reid & Bunny Madison

**"Lesbian Threesomes Scene 3"** | Sweetheart/Mile High; Blake Blossom, Vanessa Sky & Aidra Fox

**"Luna Star: Seduce & Destroy Part 2"** | Brazzers; Luna Star, CJ Miles & Cassidy Luxe

**"Misbehave"** | Delphine Films; Lulu Chu, Vanessa Vega & Alyx Star

**"My Girlfriend's Yoga Roommate"** | A Girl Knows/LetsDoeIt; Jill Kassidy, Jewelz Blu & Eliza Ibarra

**"Transformation"** | **Switch: Leaving Your Mark**, Adult Time/Pulse; Victoria Voxxx, Casey Calvert & Maya Woulfe


### Best All-Girl Movie or Limited Series

**Drip 3**, Slayed/Pulse

**Girl Crush 6**, Twistys/Pulse

**Kenzie Loves Girls**, Wicked/Pulse

**Lesbian Cuckold Affairs 4**, She Will Cheat/Metro/Pulse

**Lesbian Girl Play 2**, Girlfriends Films

**Lesbian Performers of the Year 2023**, Elegant Angel

**Lesbian Stepsisters 12**, Sweetheart/Mile High

**Petites Lesbo Stories**, Mixed X/Pulse
**Wives With Secret Girlfriends**, Digital Sin
**Yoga Teacher**, Zero Tolerance Films


<u>**Best All-Girl Series or Channel**</u>

**All Girl Massage**, Fantasy Massage/Adult Time/Pulse
**Cheer Squad Sleepovers**, Girlfriends Films
**Girls Only Porn**, Nubile Films
**Juicy Licks**, Reality Kings/Pulse
**Lesbian Superstars**, Lesbian X/Mile High
**Secret Lesbian Diaries**, Girlfriends Films
**Touch**, Slayed/Pulse
**Viv Thomas**, MetArt
**Web Young**, Girlsway/Adult Time/Pulse
**When Girls Play**, Twistys/Pulse


<u>**Best Anal Movie or Limited Series**</u>

**Anal Antics 4**, Gamma/Evil Angel
**Anal Envy**, Devil's/Pulse
**Anal Icons 2**, Tushy/Pulse
**Anal Room 2**, Ricky's Room
**Anal Savages 9**, Jules Jordan Video
**Analized 2**, Hard X/Mile High
**Don't Tell My Parents I Assfucked the Babysitter 2**, Devil's/Pulse
**Oil for Days 4**, Evil Angel
**Surrender to Anal 14**, Bang!/Adult Source
**Up That Black Ass 12**, Elegant Angel


<u>**Best Anal Series or Channel**</u>

**Aching for Anal**, Mofos/Pulse
**Anal Bliss**, Tushy/Pulse
**AnalMom**, MYLF
**Anal.Oil.Latex**, Evil Angel

**Anal Virtue**, David Perry/Evil Angel
**Ass Trained by an Older Guy**, Perv City/Adult Source
**Asshole Fever**, 21 Sextury/Adult Time
**Craving Anal**, NSFW/Pulse
**Put It in Her Ass**, Reality Kings/Pulse
**Tushy Raw**, Tushy Raw/Pulse


## Best Anal Sex Scene

**"Anal Savages 9 – Scene 3"** | Jules Jordan Video; Anna Claire Clouds & Zac Wild
**"Angela's Anal Fixation"** | Brazzers; Angela White & Maximo Garcia
**"Brickzilla: King of Cock"** | **Brickzilla: Monster of Cock**, Darkko/Evil Angel; Alexis Tae & Brickzilla
**"Dredd Up Your Ass 4 – Scene 3"** | Jules Jordan Video; Nicole Doshi & Dredd
**"Influence: Vanna Bardot – Part 1"** | Tushy; Vanna Bardot & Maximo Garcia
**"Jane's Wild for Anal"** | Hard X; Jane Wilde & Lucas Frost
**"Kira Noir: Deepthroat, Anal & Facial!"** | **Anal Stars 4**, Gamma/Evil Angel; Kira Noir & Zac Wild
**"Love in Porn – Part 2: Scarlit's First Anal"** | Brazzers; Scarlit Scandal & Chris Scandal
**"Make It Clap"** | **Analized 2**, Hard X/Mile High; Tommy King & Zac Wild
**"Petite Cutie Gapes Open Wide for You"** | Tushy Raw; Liz Jordan & Chris Diamond


## Best Anthology Movie or Limited Series

**Black Nurse Fantasies**, Penthouse/Girlfriends
**Blast From the Past**, Wicked/Pulse
**Busted**, NSFW/Pulse
**Fanfriction**, Brazzers/Pulse
**In the Room: With My Hotwife**, Digital Sin
**Kink Label 2**, Deeper/Pulse
**Maid Stories**, Zero Tolerance/Pulse
**More**, Dorcel
**Nerdy Girls 3**, Elegant Angel
**Video Secrets**, Deeper/Pulse


## Best Anthology Series or Channel

**Club VXN**, Vixen/Pulse

**Flavor of the Month**, Nubiles Porn

**Kiss Me/Fuck Me**, Devil's/Pulse

**My Black Hotwife**, New Sensations

**My Boss Banged My Box**, Lethal Hardcore

**Pure Taboo**, Adult Time/Pulse

**Roadside XXX**, Bang!/Adult Source

**Rocco's Sex Clinic**, Rocco Siffredi/Evil Angel

**Shoplyfter**, Team Skeet

**Stars**, Dorcel/Pulse

## Best Art Direction

**Ashford Manor**, Lust Cinema

**Feed Me**, Adult Time/Pulse

**In Vogue**, Vixen/Pulse

**Influence: Vanna Bardot**, Tushy

**Machine Gunner**, Digital Playground/Pulse

**Sally Mae: The Revenge of the Twin Dragons**, Adult Time/Pulse

**Space Junk**, Digital Playground/Pulse

**Wasteland Ultra**, Digital Playground/Pulse

**The Wedding**, Lust Cinema

**"Wraith's Play"** | Sona Martini Productions

## Best BDSM Movie or Limited Series

**Arson Leigh: The Residency**, Collective Corruption

**Bootlicker's Training**, Goddess Lilith

**Dungeon Stories**, Severe Sex Films

**Her Master's Dungeon**, Submissed

**Lady Dee All Girl Sex Addict**, Harmony Films

**Mr. Pistol's Slave Sessions**, Bizarre Entertainment

**Queueing for the Cane**, Dreams of Spanking

**Sex Jail**, AsiaM/Model Media

**Switch: Leaving Your Mark**, Adult Time/Pulse

**Whitney Desires of Submission**, Dorcel/Pulse

**Best Blowbang Scene**

**"Alexis Tae Sloppy BJ & Facial Foursome"** | **Cum on My Face**, Darkko/Evil Angel; Alexis Tae
**"Chanel Camryn"** | DFXtra; Chanel Camryn
**"Day of Debauchery: Part 2"** | Brazzers/Pulse; Angel Youngs
**"Deep Inside Jennifer White Sc. 2"** | Darkko/Evil Angel; Jennifer White
**"Kianna Dior: Wet, Five-Cock Blowbang!"** | **Wet Food 10**, Darkko/Evil Angel; Kianna Dior
**"Leana Lovings' 1st Blowbang!"** | **Facialized 9**, Hard X/Mile High; Leana Lovings
**"Mouths of Babes Part 1"** | **Up to and Including Her Limits 3**, Deeper/Pulse; Vicki Chase
**"Nicole Doshi Unleashed: Suction"** | Delphine Films; Nicole Doshi
**"Sizi Sev"** | Cumbang/DFXtra; Sizi Sev
**"Tommy King: Messy, Nine-Cock Blowbang!"** | **Wet Food 10**, Darkko/Evil Angel; Tommy King

**Best Boy/Girl Sex Scene**

**"Bondage Grudge Fuck"** | Dungeon Sex/Kink; Ana Foxxx & Johnny Castle
**"Carried Away by Bomb Ass Sex"** | **Big Titty Room**, Ricky's Room/Pulse; Angel Youngs & Ricky Johnson
**"Fill Me Up"** | **Hot Bodies 6**, Hard X/Mile High; Alina Lopez & Zac Wild
**"In the Room: With My Hotwife – Scene 1"** | Digital Sin; Kylie Rocket & Vince Karter
**"Late Shift"** | Delphine Films; Vanessa Vega & Alex Jones
**"One More Time"** | **Infidelity & Indiscretions 2**, Bellesa/Mile High; Scarlit Scandal & Oliver Flynn
**"Reckless Episode 3: He Was Framed!"** | Wicked/Pulse; Kenna James & Mick Blue
**"She Ruined Me"** | Deeper; Violet Myers & Chris Diamond
**"Slut Puppies 16 – Scene 3"** | Jules Jordan Video; Xxlayna Marie & Manuel Ferrara
**"Valerica Loves a Big Rod"** | **Teens Love Huge Cocks 57**, Reality Kings/Pulse; Valerica Steele & JMac

**Best Cinematography**

**Ashford Manor**, Lust Cinema; Viki Collins
**"Hopeless"** | Holly Randall Productions; Jeffrey John Hart
**Luna Star: Seduce & Destroy**, Brazzers; Zeus
**Machine Gunner**, Digital Playground/Pulse; Matt Holder
**Primary 3**, Lust Cinema; Bryn Pryor
**Privilege**, Wicked/Pulse; James Avalon
**Reckless**, Wicked/Pulse; Billy Visual, Sammy Slater, David Lord, James Avalon & Axel Braun

**Redemption**, Adam & Eve Pictures; Barrett Blade
**The View**, Deeper/Pulse; Set Walker
**The Wedding**, Lust Cinema; Thais Català

<u>**Best Curve Appeal Movie or Limited Series**</u>

**Big Ass Attack 2**, Gamma/Evil Angel
**Big Boob Babysitters**, Reality Junkies/Mile High
**Big Naturals 67**, Reality Kings/Pulse
**Big Titty Room**, Ricky's Room/Pulse
**Big Wet Asses 30**, Elegant Angel
**Booty Fanatics**, Hard X/Mile High
**Breast Worship 8**, Jules Jordan Video
**Curvy Girls 10**, Elegant Angel
**Having Sex With Your Busty Wife 2**, Alex Romero/Pulse
**Our Busty Love Triangle 2**, Nubile Films/Pulse

<u>**Best Directing Portfolio – International**</u>

Hervé Bodilis
Marcello Bravo
Julia Grandi
Sona Martini
Proxy Paige
Romero
Sandra Shine
Rocco Siffredi
Franck Vicomte
Mark Zicha

<u>**Best Directing Portfolio – Mixed**</u>

Derek Dozer
Ricky Greenwood
Lea Lexis
Bree Mills

Jim Powers

Mike Quasar

Donnie Rock

Stella Smut

Jacky St. James

Siouxsie Q & Michael Vegas

### Best Directing Portfolio – Narrative

Anatomik Media

James Avalon

Casey Calvert

Kayden Kross

Alex Ladd

Eddie Powell

Will Ryder

Laurent Sky

Paul Woodcrest

Bloomer Yang

### Best Directing Portfolio – Non-Narrative

Mick Blue

Maestro Claudio

Jonni Darkko

Ike Diezel

Ricky Johnson

Jules Jordan

KGB

Mason

Pat Myne

Chris Streams

### Best Directing Portfolio – Specialty

JD
Justin Kane
Glenn King
Alex Nash
Kelly Quell
Nikki Sequoia
Joey Silvera
Aiden Starr
JohnPaul The Pope
Stacy Lyle & The Sinematographer

## Best Double-Penetration Sex Scene

**"The Double Anal" | Kira vs Kira**, Elegant Angel; Kira Noir, Dom XXX Prince & Jack Blaque
**"Double Anal Sex in the City" | Hot Bodies 6**, Hard X/Mile High; April Olsen, Mick Blue & Ramon Nomar
**"Double Teaming Red Hot Angela White"** | Brazzers; Angela White, Mick Blue & Vince Karter
**"DP With a Snow Angel"** | Brazzers; Angel Youngs, Mick Blue & Damon Dice
**"DP'd and Double Vag in Strict Bondage"** | Dungeon Sex/Kink; Brooklyn Gray, Christian Wilde & Tommy Pistol
**"Influence: Vanna Bardot Part 3"** | Tushy; Vanna Bardot, Alex Jones & Dante Colle
**"Jane Wilde Double Anal, A2M & Facials" | Double Anal Angels,** Darkko/Evil Angel; Jane Wilde, Rob Piper & Richard Mann
**"No Cum Dodging Allowed 14 – Scene 3"** | Jules Jordan Video; Maddy May, Zac Wild & John Strong
**"Savannah Bond Gets DP'd!"** | Jules Jordan Video; Savannah Bond, John Strong & Zac Wild
**"Tommy King: Oil-Soaked Double Anal!" | Oil for Days 4**, Evil Angel; Tommy King, Ramon Nomar & Rob Piper

## Best Editing

**Influence: Vanna Bardot**, Tushy; Gabrielle Anex
**Machine Gunner**, Digital Playground/Pulse; Papa Bitch, Boris Dongson & Steve McQueef
**Missing**, Dorcel/Pulse; Hervé Bodilis
**Primary 3**, Lust Cinema; Bryn Pryor
**Reckless**, Wicked/Pulse; Claudia Ross
**Redemption**, Adam & Eve Pictures; Barrett Blade
**Sally Mae: The Revenge of the Twin Dragons**, Adult Time/Pulse; Clit Eastwood

**Space Junk**, Digital Playground/Pulse; Papa Bitch & Boris Dongson
**The View**, Deeper/Pulse; Duboko
**Wasteland Ultra,** Digital Playground/Pulse; Steve McQueef & Jep Lamela

<u>**Best Featurette**</u>

**"Barbie in the Porn World"** | SugarBabes.tv
**"The Chosen Nymph"** | **Darkwoods**, Digital Playground/Pulse
**"Doppelgänger"** | Sensex Studios
**"Hopeless"** | Holly Randall Productions
**"Knots"** | **If It Feels Good 4**, Deeper/Pulse
**"The Mystery of Jane Doe"** | Delphine Films
**"Polar Opposites"** | **Out of Our System**, Pure Taboo/Adult Time/Pulse
**"Raining Blood"** | Somegore
**"Risqué Business"** | MissaX
**"Tell Me (Director's Cut)"** | 2049 Entertainment/Afterglow

<u>**Best Female Mixed-Age Movie or Limited Series**</u>

**I Did a Lesbo MILF**, Mixed X/Pulse
**It's a Mommy Thing! 14**, Elegant Angel
**The Lesbian Experience: Women Loving Girls 7**, Digital Sin
**Lesbian Psychodramas 39**, Girlfriends Films
**Making Your Own Magic**, Mommy's Girl/Girlsway
**Mom's Guide to Sex 12**, Crave/Pulse
**Moms Bang Teens 47**, Reality Kings/Pulse
**My Younger Lover: Lesbian Edition**, Jane Doe/Pulse
**Next Gen Gone Wild 2**, LeWood/Evil Angel
**Wanna Fuck My Student? Gotta Fuck Me First!**, Devil's/Pulse

<u>**Best Foursome/Orgy Scene**</u>

**"All for Us"** | **Blacked Raw V70**, Blacked Raw/Pulse; Gianna Dior, Kylie Rocket, Richard Mann & Dwayne Fox
**"Big Swimmers"** | AOFlix; Lulu Chu, Summer Vixen, Violet Starr & Nathan Bronson
**"Climax 3"** | Dorcel/Pulse; Kira Noir, Alexis Tae, Maya Woulfe, Alexia Anders, Lilly Bell, Isiah

Maxwell, Nathan Bronson & Alex Jones

**"Cum Gluttons: Try Not to Cum Challenge"** | Modern-Day Sins/Adult Time; Vanna Bardot, Emma Hix, Rocky Emerson & Nathan Bronson

**"Deluxe Service"** | **Level Up,** Blacked/Pulse; Ivy Wolfe, Lika Star, Amber Moore, Anna Claire Clouds & Anton Harden

**"Gangbang Besties"** | Brazzers; Valerica Steele, Kay Lovely, Alex Jones, Scotty P, Hollywood Cash & Logan Xander

**"Nicole's House Party"** | Bellesa House Party; Nicole Doshi, Scarlett Sage, Kylie Rocket, Vanessa Sky, Kate Dalia, Seth Gamble & Ramon Nomar

**"Sally Mae: The Revenge of the Twin Dragons: Part 4"** | Adult Time/Pulse; Ana Foxxx, Cali Caliente, Scotty P & Thrill Monger

**"Take Me to Your Breeder"** | Brazzers; Angel Youngs, Angela White, Kendra Sunderland, Blake Blossom & Manuel Ferrera

**"Uncut G.O.A.T."** | Mick Blue/Evil Angel; Violet Starr, Keira Croft, Payton Preslee, Rory Knox, Braylin Bailey, Nicole Aria & Mick Blue


### Best Gangbang Scene

**"Aliya Brynn"** | DFXtra; Aliya Brynn, Eddie Jay, Scotty P, Kriskxxx, Jovan Jordan, Hollywood Cash, Mazee the Goat & Slim Poke

**"Angel Youngs: Airtight Triple Stuffed Rodeo"** | **Anal Savages 9**, Jules Jordan Video; Angel Youngs, Jules Jordan, Zac Wild & John Strong

**"Angela White: Unbound Part 4"** | Brazzers; Angela White, Alex Mack, John Strong, Eddie Jaye, Vince Karter, Will Pounder, Scotty P & Mazee the Goat

**"Deep Inside Jennifer White Sc. 4"** | Darkko/Evil Angel; Jennifer White, Jax Slayher, Rob Piper, Richard Mann, Alex Jones, Hollywood Cash, Dan Damage, Musa Phoenix & Lawson Jones

**"Drown in Cock, My Love"** | Brazzers; Kira Noir, Alex Jones, Mick Blue, Lucas Frost, Dan Damage & Hollywood Cash

**"Haley Spades' First Ever GangBang"** | Haley Gets Banged!: A Haley Spades Showcase, Bang!; Haley Spades, John Strong, Ramon Nomar, Will Pounder, Alex Mack & Tony Fontana

**"Nicole Doshi Unleashed: Hopes and Dreams"** | Delphine Films; Nicole Doshi, Hollywood Cash, Jamie Knoxx, Musa Phoenix, Eddie Jaye & Donny Sins

**"No Cum Dodging Allowed 14 – Scene 2"** | Jules Jordan Video; Erin Everheart, Lexington Steele, Ramon Nomar, Michael Stefano & John Strong

**"Thirsty Blonde Gets DPed and Creampied in Gangbang"** | Blacked Raw; Summer Vixen, Jax Slayher, Hollywood Cash, Richard Mann, Dwayne Foxxx & Don Sudan

**"Vicki Chase Ninfómana Sc. 5 Gangbang"** | Darkko/Evil Angel; Vicki Chase, Richard Mann, Dan Damage, Alex Jones, Hollywwod Cash, Jax Slayher, Rob Piper & Lawson Jones

**Best Girl/Girl Sex Scene**

**"Him or Me"** | Bellesa Films; Lexi Lore & Leah Gotti
**"Hopeless"** | Holly Randall Productions; Casey Calvert & Lumi Ray
**"It's Only Natural"** | Twistys; Kendra Sunderland & Charlotte Sins
**"Lesbian Performers of the Year 2023 – Scene 1"** | Elegant Angel; Kira Noir & Aidra Fox
**"Lesbian Stepsisters 12 Scene 1"** | Sweetheart/Mile High; Kyler Quinn & Braylin Bailey
**"Meet the Girl Boss – Scene 4"** | Digital Sin; Kylie Rocket & Melissa Stratton
**"Punch"** | Slayed; Vanna Bardot & Liz Jordan
**"Redemption – Scene 1"** | Adam & Eve Pictures; Aiden Ashley & Allie Adams
**"Secret Lesbian Diaries 14 – Scene 4"** | Girlfriends Films; Ameena Green & Willow Ryder
**"Some Lucky Girl"** | Girls Only Porn/Nubile Films; Molly Little & Xxlayna Marie


**Best Gonzo/Cinemacore Movie or Limited Series**

**Hardcore Size Queens**, Dark X/Mile High
**Ink Motel 4**, Alt Erotic
**Late Night Hookups 2**, Spizoo/Adult Source
**Perfectly Trimmed Bush 15**, Pure Passion/Digital Sin
**Performers of the Year 2023**, Elegant Angel
**Porn's Top Black Models 6**, Elegant Angel
**RK's Girl Trip**, Reality Kings/Pulse
**Sexual Icons 3**, Hard X/Mile High
**Sultry Asian Beauties**, BAM Visions/Evil Angel
**Vanity**, Wicked/Pulse


**Best Gonzo/Cinemacore Series or Channel**

**Bellesa House Party**, Bellesa
**Blacked Raw**, Blacked Raw/Pulse
**Hot Babes**, Private
**Hot Bodies**, Hard X/Mile High
**Lexington Steele the Connoisseur**, Jules Jordan Video
**Mr. Lucky POV**, Spizoo
**Multi-Orgasmic**, Porn Pros/Pulse

**Rammed**, Bang!
**Rocco's 4 Cams POV**, Rocco Siffredi/Evil Angel
**Uncut**, Mick Blue/Evil Angel

## Best Hair & Makeup

**Ashford Manor**, Lust Cinema; Sabrina Rana
**In Vogue**, Vixen/Pulse; Bettina
**Influence: Vanna Bardot**, Tushy; Mel Rose
**Machine Gunner**, Digital Playground/Pulse; Azzy & Raven Lux
**"The Mystery of Jane Doe"** | Delphine Films; Gratia Malkmemus
**"Raining Blood"** | Somegore; Alexxx Moon
**Sally Mae: The Revenge of the Twin Dragons**, Adult Time/Pulse; Raven Lux
**Space Junk**, Digital Playground/Pulse; Liss Lacao
**Wasteland Ultra,** Digital Playground/Pulse; Lexi Morin & Lillian Marquez
**The Wedding**, Lust Cinema; Johnny Dean & Mechi Velasquez

## Best Ingénue Movie or Limited Series

**Brand New Girls 2**, Elegant Angel
**Girl Next Door Likes It Dirty 25**, Porn Pros/Pulse
**Inserted 6**, Inserted/Pulse
**Rocco's Psycho Teens 19**, Rocco Siffredi/Evil Angel
**Slut Puppies 16,** Jules Jordan Video
**Sugar Babes 4**, Raw Attack/Pulse
**Super Cute 16**, Hard X/Mile High
**Young & Beautiful 12**, Vixen/Pulse
**Young Girl Seductions 21**, Pure Passion/Digital Sin
**Young Latin Newcomers**, Bang!/Adult Source

## Best Ingénue Series or Channel

**Amateurs Caught on Cam**, Net Video Girls/Pulse
**Barely Legal**, Hustler Video
**Cute Little Babysitter**, New Sensations
**Dirty Talkin' Stepdaughters**, Lethal Hardcore

**Exxxtra Small**, Team Skeet
**My Sister's Hot Friend**, Naughty America
**Petites Like It Big**, Zero Tolerance/Pulse
**Real Teens**, Bang!
**Teens Love Huge Cocks**, Reality Kings/Pulse
**Young Fantasies**, Vixen/Pulse

## Best International All-Girl Sex Scene

**"Best Birthday Ever 1"** | Sinful XXX; Scarlett Alexis & Anna de Ville
**"Deceptive Bonds"** | Mixed X; Candee Licious, Mia Split & Marina Gold
**"Dollhouse 2"** | Slayed; Little Caprice & Eva Elfie
**"Duality – Scene 4"** | Dorcel/Pulse; Clara Mia & Mary Popiense
**"Glam Up, Dress Down"** | Lez Cuties/21sextury; Zazie Skymm & Veronica Leal
**"Perfect Moment"** | Girls Only Porn/Nubile Films; Agatha Vega & Alexis Crystal
**"Reawakening"** | Parasited; May Thai & Rae Lil Black
**"Space Junk – Episode 2"** | Digital Playground/Pulse; Tru Kait & Geisha Kyd
**"Talia Teaches Delicious Apolonia the Art of Taste"** | Slayed; Apolonia Lapiedra & Talia Mint
**"Worth the Wait"** | SexArt/MetArt; Lana Lenani & Milena Ray

## Best International Anal Sex Scene

**"Anal Delicious Little Caprice"** | Buttmuse/Little Caprice Dreams; Little Caprice & Marcello Bravo
**"Deepest Dive"** | **Anal Icons 2**, Tushy/Pulse; Little Dragon, Christian Clay & Alberto Blanco
**"Eating Ass and Making Waves"** | Brazzers; Mariana Martix & Jordi El Niño Polla
**"Hardcore Anal Action With Horny Anuskatzz"** | **Fuckin Roadtrip With Anuskatzz**, ZFilmz; Anuskatzz & Damian Soup
**"In Vogue Part 2"** | Vixen/Pulse; Vanessa Alessia & Vince Karter
**"Latex Fuck Doll"** | SecretCrush/Evil Angel; Scarlet Chase & Elic Chase
**"Pornochic: Maya & Jia – Scene 2"** | Dorcel/Pulse; Maya Woulfe & Alex Romero
**"Rocco's Sex Clinic Treatment 5 – Scene 3"** | Rocco Siffredi/Evil Angel; Martina Smeraldi & Vince Karter
**"Space Junk – Episode 3"** | Digital Playground/Pulse; Ella Hughes & Xander Corvus
**"The Spanish Anal Lesson"** | SINematica; Alicia Trece & Ian Scott

## Best International Boy/Girl Sex Scene

**"Bad Bellboy"** | **The Bellboy**, Joybear Pictures; Julia Roca & Sylvan
**"Barbie in the Porn World"** | SugarBabes.tv; Christy White & Sakis Dermatis
**"In Vogue – Scene 4"** | Vixen/Pulse; Emiri Momota & Vince Karter
**"Mystery Man"** | Xpervo/Little Caprice Dreams; Lia Lin & Marcello Bravo
**"Paparazzi"** | Freeze.xxx; Veronica Leal & Tommy Gold
**"Pornochic: Maya & Jia – Scene 1"** | Dorcel/Pulse; Jia Lissa & James Duval
**"Rae Lil Black & White"** | Brazzers; Rae Lil Black & Jordi El Niño Polla
**"Rocco's Sex Clinic: Treatment 6 – Scene 2"** | Rocco Siffredi/Evil Angel; Zazie Skymm & Raul Costa
**"Secret Side"** | Vixen; Mia Nix & Chris Diamond
**"The Wedding – Scene 1"** | Lust Cinema; Nicole Kitt & Dante Colle

## Best International Group Sex Scene

**"Black & Blond"** | SINematica; Venera Maxima, Maddy Black & Erik Everhard
**"Connect Four"** | Lustery; Serafina, Esluna, Roman & Marvin
**"Homeward Bound Part 4: Found"** | CharlieForde; Charlie Forde, Laney Day, Mishel Karen, Leo Embers, Caleb Arcane & Finley Kay
**"Lia's Big Stepfamily – Valentina & Lia"** | Rocco Siffredi/Evil Angel; Valentina Nappi, Lia Lin, David Perry, Erik Everhard & Vince Karter
**"Missing – Scene 5"** | Dorcel/Pulse; Carollina Cherry, Chloe Duval, Tiffany Leiddi, Alice Martin, Candie Luciani, Clara Mia, Zaawaadi, Tommy Cabrio, Clemence Audiard, Jimmy Bud, James Duval, Ricky Mancini, Axel Reed & Alex Romero
**"My Best Friend's Betrayal – Scene 1"** | Sirina Entertainment; Victoria, Gabriela & Harris
**"My Greek Anal Threesome"** | SugarBabes.tv; Inna Innaki, Misha Maver & Teo
**"Newly Engaged Swingers"** | WeCumToYou/Little Caprice Dreams; Little Caprice, Rika Fane, Stanley Johnson & Marcello Bravo
**"Revelation – Scene 4"** | Dorcel/Pulse; Cherry Kiss, Shalina Devine, Clara Mia, Agatha Vega, Geisha Kyd, Alexa Flexy, Candie Luciani, David Perry, Thomas Stone, Totti, Vince Karter, Kristof Cale, Raul Costa & Alex Romero
**"Space Junk – Episode 5"** | Digital Playground/Pulse; Ella Hughes, Tru Kait & Xander Corvus

## Best International Production

**Homeward Bound**, CharlieForde
**In Vogue**, Vixen/Pulse
**Life Coach**, Dorcel/Pulse
**The Loft**, Team Skeet

**Missing**, Dorcel/Pulse

**Pink**, Proxy Paige/Evil Angel

**The Rocco Experience: How to Be a Great Pornstar**, Rocco Siffredi/Evil Angel

**Sexual (R)evolution**, Joybear Pictures

**Space Junk**, Digital Playground/Pulse

**The Wedding**, Lust Cinema

## Best Leading Actor

Barrett Blade, **Redemption**, Adam & Eve Pictures

Dante Colle, **The Wedding**, Lust Cinema

Xander Corvus, **Space Junk,** Digital Playground/Pulse

Lucky Fate, **Privilege**, Wicked/Pulse

Seth Gamble, **Reckless**, Wicked/Pulse

Jonte, **Ashford Manor**, Lust Cinema

Isiah Maxwell, **Sally Mae: The Revenge of the Twin Dragons**, Adult Time/Pulse

Ryan Mclane, **Platonic**, Sweet Sinner/Mile High

Derrick Pierce, **Primary 3**, Lust Cinema

Tommy Pistol, **Feed Me**, Adult Time/Pulse

## Best Leading Actress

Lilly Bell, **Trouble**, Dorcel/Pulse

Lulu Chu, **Feed Me**, Adult Time/Pulse

Avery Cristy, **The View**, Deeper/Pulse

Stormy Daniels, **Redemption**, Adam & Eve Pictures

Ana Foxxx, **Sally Mae: The Revenge of the Twin Dragons**, Adult Time/Pulse

Nicole Kitt, **Ashford Manor**, Lust Cinema

Kira Noir, **Machine Gunner**, Digital Playground/Pulse

April Olsen, **Hang in There, Abigail**, Delphine Films

Freya Parker, **The Seductress 4**, Sweet Sinner/Mile High

Ivy Wolfe, **Reckless**, Wicked/Pulse

## Best Male Newcomer

Parker Ambrose

Elias Cash

Hollywood Cash

Dan Damage

Max Fills

Peter Fitzwell

GI Joey

John Legendary

Matthew Meier

Nick Strokes


## Best MILF Movie or Limited Series

**Big Boob Anal MILFs**, Bang!/Adult Source

**Hot MILFs Wanted 2**, LeWood/Evil Angel

**MILF Pact 5**, Sweet Sinner/Mile High

**MILF Performers of the Year 2023**, Elegant Angel

**MILF Trainer 3**, MILFED/Mile High

**MILFs Take Miami**, Brazzers/Pulse

**Mother Swap**, Nubile Films/Pulse

**Pure MILF 17**, Pure Passion/Digital Sin

**Secrets**, MYLF

**Twisted Passions 32**, Girlfriends Films


## Best MILF/Female Mixed-Age Series or Channel

**Anal Loving MILFs**, Evil Angel

**BadMILFs**, Team Skeet

**Lesbian Daughter In-Laws**, Girlfriends Films

**MILF Hunter**, Reality Kings/Pulse

**Mom Swap**, MYLF

**Moms Lick Teens**, Reality Kings/Pulse

**Moms Teach Sex**, Nubiles/Pulse

**Mommy's Boy**, Adult Time

**Mother-Daughter Exchange Club**, Girlfriends Films

**My Friend's Hot Mom**, Naughty America

### Best Multi-Partner Movie or Limited Series

**Cum Swapping Sisters**, Nubiles/Pulse
**Day of Debauchery**, Brazzers/Pulse
**Double Anal Angels**, Darkko/Evil Angel
**Jules Jordan's Three Ways 2**, Jules Jordan Video
**My DP 6**, Tushy/Pulse
**No Cum Dodging Allowed 14**, Jules Jordan Video
**Pretty and Raw: Carnal Threesomes 6**, Bang!/Adult Source
**Share My Boyfriend 32**, Mofos/Pulse
**Thr3e**, Dorcel/Pulse
**Three V3**, Deeper/Pulse

### Best Music

**Deep Inside Jennifer White**, Darkko/Evil Angel
**Feed Me**, Adult Time/Pulse
**"Going Up"** | Sensex Studios
**"Hopeless"** | Holly Randall Productions
**Influence: Vanna Bardot**, Tushy
**Machine Gunner**, Digital Playground/Pulse
**Primary 3**, Lust Cinema
**Redemption**, Adam & Eve Pictures
**Sally Mae: The Revenge of the Twin Dragons**, Adult Time/Pulse
**The Wedding**, Lust Cinema

### Best New International Starlet

Vanessa Alessia

Clemence Audiard

Marie Berger

Barbie Brill

Lili Charmelle

Sara Diamante

Evelin Elle

Rika Fane

Megan Fiore

Karina King

Selva Lapiedra

Lia Lin

Sirena Milano

Mary Popiense

Sofi Vega

## Best New Production Brand

Amazing Films

AOFlix

BBW XXX Adventures

BEVR

Devine-DD

Dr. Rideout

Inked Vixens XXX

MILFY

Nice Feelings

Porn Plus

QueerCrush

Real Girls Fuck

S3XUS

Sensex Studios

Sidechick

## Best New Starlet

Scarlett Alexis

Chanel Camryn

Katrina Colt

Demi Hawks

Molly Little

Mina Luxx

Emma Magnolia

Hailey Rose

Jennie Rose

Willow Ryder

Queenie Sateen

Lily Starfire
Melissa Stratton
Chloe Surreal
Summer Vixen

## Best Niche Movie or Limited Series

**Anal Magic Tricks**, SecretCrush/Evil Angel
**Belly Worship Bullies**, SydneyScreams4u
**Black Squirt 4**, Elegant Angel
**Cuck My Life & Fuck My Wife 5**, NSFW/Pulse
**Jada's Foot Fantasies**, Jada Stevens/Jules Jordan
**Kinky Cuckold 5**, Severe Sex Films
**My Grandma and Her Boy Toy 2**, MatureXXX/Pulse
**Petting Zoo**, Evil Angel
**Slippery Sluts,** Adora Bell/TroubleFilms
**When the Husband Likes to Watch**, New Sensations

## Best Niche Series or Channel

**Everything Butt**, Kink.com
**Footsie Babes**, 21 Sextury/Pulse
**How Women Orgasm**, Adult Time
**MeanBitches**, MeanBitch Productions
**Not My Grandpa**, Team Skeet
**Perverse Family**, Simply Digital
**PervNana**, MYLF
**Slutty BBWs**, Slut Inspection/Full Porn Network/New Sensations
**Transnificent**, Transnificent/Grooby
**Treat Yourself**, Twistys/Pulse

## Best Non-Sex Performance

Julia Ann, **Privilege**, Wicked/Pulse
Axel Braun, **Reckless**, Wicked/Pulse
Frank Bukkwyd, **Love, Sex & Robots**, Adam & Eve Pictures

Maria Dietrich, **Ashford Manor**, Lust Cinema

D.J. Loupe, **Redemption**, Adam & Eve Pictures

Ginger Lynn, **Feed Me**, Adult Time/Pulse

Liam Riley, **The View**, Deeper/Pulse

Herschel Savage, **Machine Gunner**, Digital Playground/Pulse

Evan Stone, **Privilege**, Wicked/Pulse

Bloomer Yang, **Behind the Scenes**, Delphine Films

## Best Oral Movie or Limited Series

**Beauties 2**, BJ Raw/Pulse

**Cum Bang 17**, Dogfart/Pulse

**Facial Fantasy 3**, Darkko/Evil Angel

**My Filthy Blowjobs 9**, Filthy Kings

**Swallowed.com 49**, Swallowed/Lit Up/Evil Angel

**Teens 2**, BJ Raw/Pulse

**Throat Fucks 8**, Darkko/Evil Angel

**Wet Food 10**, Darkko/Evil Angel

## Best Oral Sex Scene

**"Alexis Tae: Deepthroat & Messy Facial"** | **Facial Fantasy 3**, Darkko/Evil Angel; Alexis Tae & Jonni Darkko

**"Aviana Makes Mouth Magic"** | BJ Raw; Aviana Violet & Romeo Mancini

**"Blake Blossom Throat Fuck Threesome"** | **Throat Fucks 8**, Darkko/Evil Angel; Blake Blossom, Jonni Darkko & Hollywood Cash

**"Full Service"** | Throated; Chanel Camryn & Apollo Banks

**"I'm Gonna Take My Time"** | Team Skeet; Sophia Burns & Ike Diezel

**"Little Caprice & Stacy Cruz: We Blow Him Away"** | POVDreams/Little Caprice Dreams; Little Caprice, Stacy Cruz & Marcello Bravo

**"Lovely Throater"** | Throated; Kay Lovely & Mick Blue

**"Machine Gunner Episode 3"** | Digital Playground/Pulse; Kira Noir & Tommy Pistol

**"Riley Reid Lost Tapes BJ"** | Jules Jordan Video; Riley Reid & Jules Jordan

**"Summer Slurps It Up"** | **Swallowed.com 49**, Swallowed/Lit Up/Evil Angel; Summer Vixen & Logan Long

## Best POV Sex Scene

**"Big Tit Teen Angel Youngs Creampie"** | MrLuckyPOV; Angel Youngs & Mr. Lucky

**"Bittersweet Rivalry"** | Sis Loves Me/Team Skeet; Laney Grey, Delilah Day & Brad Newman

**"Brenna McKenna and Valerica Steele Share a Cock"** | MrLuckyVIP; Brenna McKenna, Valerica Steele & Mr. Lucky

**"Girl, You'll Be a Woman Soon"** | Sis Loves Me/Team Skeet; Lila Love & Allen Swift

**"Good Dick Makes Her Happy"** | My Life in Miami/Adult Time; Khloe Kapri & Tony Rubino

**"Moving Day"** | Sex Selector; Xxlayna Marie & Johnny Love

**"My Step Brother Pumped My Pussy"** | SugarBabes.tv; Kate Quinn & Nek Sinner

**"Nicole Doshi Enjoys Hard Pounding and Warm Load"** | First Class POV; Nicole Doshi & Alex Mack

**"Octavia Red on Banned Stories"** | BannedStories.com; Octavia Red & Chuck

**"Police Caught Us"** | StreetFuck/Little Caprice Dreams; Nata Gold & Marcello Bravo

## Best Screenplay – Featurette

**"Doppelgänger"** | Sensex Studios; Phoenix Wynn

**"Hopeless"** | Holly Randall Productions; Jeffrey John Hart

**"Knots"** | **If It Feels Good 4**, Deeper/Pulse; Kayden Kross

**"The Mystery of Jane Doe"** | Delphine Films; Max Landers

**"No Going Back"** | Pure Taboo/Adult Time; Penicio Del Toro

**"Polar Opposites"** | **Out of Our System**, Pure Taboo/Adult Time/Pulse; Bree Mills & Seth Gamble

**"Returned"** | **Enjoy Your Stay**, Pure Taboo/Adult Time/Pulse; Midnight

**"Risqué Business"** | MissaX; Maddy Burton & Scarlett Sage

**"Uninvited"** | AllHerLuv; Missa X

**"We Are Alone Now"** | Delphine Films; Bloomer Yang

## Best Screenplay – Movie or Limited Series

**Ashford Manor**, Lust Cinema; Inka Winter & Johanna Lord

**Cheating With My Wife**, Sweet Sinner/Mile High; Mike Quasar

**Feed Me**, Adult Time/Pulse; Lilly Bell & Maddy Barton

**Hang in There, Abigail**, Delphine Films; Bloomer Yang

**Influence: Vanna Bardot**, Tushy; Kayden Kross

**Primary 3**, Lust Cinema; Casey Calvert & Mark Logan

**Privilege**, Wicked/Pulse; Seth Gamble

**Redemption**, Adam & Eve Pictures; Stormy Daniels
**Trouble**, Dorcel/Pulse; Shawn Alff
**The Wedding**, Lust Cinema; Sally Fenaux Barleycorn, Edwin Osborne, Erika Lust & Jahel Guerra

## Best Solo/Tease Performance

**"Ashford Manor – Episode 3"** | Lust Cinema; Nicole Kitt
**"Bondage Slut, Jesse Pony Gets Machine Fucked"** | Fucking Machines/Kink; Jesse Pony
**"Breast Worship 8 – Scene 3"** | Jules Jordan Video; Octavia Red
**"The Cherry Is the Sweetest"** | Cherry Pimps; Lilly Bell
**"Drawn to You"** | **Vanity**, Wicked/Pulse; Blake Blossom
**"How Women Orgasm – Bella Rolland"** | Adult Time; Bella Rolland
**"Little Caprice Sexy Fairy"** | Caprice Divas/Little Caprice Dreams; Little Caprice
**"Primary 3 – Episode 3"** | Lust Cinema; Kira Noir
**"Rock Steady"** | **Treat Yourself**, Twistys/Pulse; Angel Youngs
**"Soaking Wet"** | **Treat Yourself 3**, Twistys/Pulse; Kayley Gunner

## Best Star Showcase

**Angela White: Unbound**, Brazzers
**Deep Inside Jennifer White**, Darkko/Evil Angel
**The Depraved, Indecent, Perverted, Cum Filled Sexual Adventures of Ray Ray and Rebel Rhyder**, Blazed Studios/Pulse
**Haley Gets Banged!: A Haley Spades Showcase**, Bang!
**Influence: Vanna Bardot**, Tushy
**Kira vs Kira**, Elegant Angel
**Luna Star: Seduce & Destroy**, Brazzers
**Nicole Doshi Unleashed**, Delphine Films
**Vanessa's Room**, Ricky's Room
**Vicki Chase Ninfómana**, Darkko/Evil Angel

## Best Supporting Actor

Robby Apples, **Hang in There, Abigail**, Delphine Films
Nathan Bronson, **Privilege**, Wicked/Pulse
Danny D, **Space Junk**, Digital Playground/Pulse

Dillon Diaz, **Ashford Manor**, Lust Cinema

Damon Dice, **Hang in There, Abigail**, Delphine Films

Alex Jones, **Machine Gunner**, Digital Playground/Pulse

Nade Nasty, **The Seductress 4**, Sweet Sinner/Mile High

Will Pounder, **Redemption**, Adam & Eve Pictures

Codey Steele, **Primary 3**, Lust Cinema

Lexington Steele, **Reckless**, Wicked/Pulse

## Best Supporting Actress

Aiden Ashley, **Redemption**, Adam & Eve Pictures

Cali Caliente, **Sally Mae: The Revenge of the Twin Dragons**, Adult Time/Pulse

Charlie Forde, **Behind the Scenes**, Delphine Films

Laney Grey, **Redemption**, Adam & Eve Pictures

Andi James, **The Wedding**, Lust Cinema

Geisha Kyd, **Space Junk**, Digital Playground/Pulse

Ryan Reid, **Reckless,** Wicked/Pulse

August Skye, **Reckless**, Wicked/Pulse

Victoria Voxxx, **Primary 3**, Lust Cinema

Jane Wilde, **Trouble**, Dorcel/Pulse

## Best Taboo Relations Movie or Limited Series

**Deep Analysis**, Team Skeet

**Dirty Talkin' Stepdaughters 13**, Lethal Hardcore

**He's Just My Stepdad ... So I Fucked Him**, Blazed Studios/Pulse

**Its' a Family Thing! 6**, Elegant Angel

**Lia's Big Stepfamily**, Rocco Siffredi/Evil Angel

**Mixed Family 6**, Family Sinners/Mile High

**My Sexy Little Sister 15**, Digital Sin

**My Wife's Teen Girl Is an Exhibitionist**, Devil's/Pulse

**Step Siblings Caught 25**, Nubiles/Pulse

**The Stepmother 17**, Sweet Sinner/Mile High

## Best Tag-Team Sex Scene

**"Behind the Scenes: The Production Assistant Seduces the Crew"** | Delphine Films; Charlie Forde, Tommy Pistol & Will Pounder

**"Double Dick Training Her Pussy"** | Brazzers; Eliza Ibarra, Mick Blue & Vince Karter

**"Feed Me – Episode 2"** | Adult Time/Pulse; Lulu Chu, Alex Jones & Damon Dice

**"Fucking the Neighbors 5 - Chanel Camryn, Musa Phoenix & Donny Sins"** | Devil's/Pulse; Chanel Camryn, Musa Phoenix & Donny Sins

**"Kylie Rocket Is a Spermaholic"** | Jules Jordan Video; Kylie Rocket, Zac Wild & John Strong

**"Machine Gunner – Episode 2"** | Digital Playground/Pulse; Kira Noir, Charles Dera & Scott Nails

**"Maya 4 You"** | **Stars 10**, Dorcel/Pulse; Maya Woulfe, Mick Blue & Tommy Pistol

**"Sire"** | **Up to and Including Her Limits 3,** Deeper/Pulse; Lena Paul, Dante Colle & Seth Gamble

**"Tiny Treasure Coco Lovelock Is a Teenage Spermaholic"** | Jules Jordan Video; Coco Lovelock, Zac Wild & John Strong

**"Unexpected Threesome"** | Bellesa Films; Violet Starr, Alex Jones & Quinton James


## Best Thespian – Trans/X

Aphrodite Adams, "**The Golden T-Girls: A Trans MILF Parody**" | Belle Dejour/Nerds of Porn

Zariah Aura, **"That TS Beauty!"** | **My Best Friend's TS Girlfriend 2**, TransSensual/Mile High

Ariel Demure, **"Bird Watching"** | Transfixed/Adult Time

Foxxy, **"Neglected"** | **My TS Stepmom 6**, TransSensual/Mile High

Kasey Kei, **"Wrong Room, Right"** | Transfixed/Adult Time

Amanda Riley, **"Bean There, Fucked That"** | TransAngels

Emma Rose, "**Pride & Orifice**" | TransAngels

Daisy Taylor, "**Daisy's Flower Box**" | TransAngels

Jade Venus, **Office Ms. Conduct**, Transfixed/Adult Time/Pulse

Izzy Wilde, **"Cuntry Girls Do It Better"** | TransAngels


## Best Three-Way Sex Scene

**"All In"** | **Three V3**, Deeper/Pulse; Jane Wilde, Avery Black & Troy Francisco

**"Appetite for Orgasm"** | **Vanessa's Room**, Ricky's Room; Vanessa Sky, Blake Blossom & Ricky Johnson

**"Jules Jordan's Three Ways 2 – Scene 2"** | Jules Jordan Video; Kiara Cole, Emma Rosie & Jules Jordan

**"Machine Gunner – Episode 3"** | Digital Playground/Pulse; Kayley Gunner, Luna Star & Damon Dice

**"The Mechanic's Messy Wife"** | Brazzers; Gianna Dior, Bella Rolland & Alex Mack

**"Practice Makes Perfect"** | Nubile Films; Chanel Camryn, Liz Jordan & Milan

**"Raw, Real Threesome" | Performers of the Year 2023,** Elegant Angel; Anna Claire Clouds, April Olsen & Isiah Maxwell

**"Reckless Episode 8: What's in the Bag?"** | Wicked/Pulse; Ivy Wolfe, Ryan Reid & Seth Gamble

**"VR Slut Cheats With the Lawn Guy"** | Reality Kings; Scarlit Scandal, Maddy May & Mick Blue

**"We Love Us More Than You" | Dare We Share 2,** Devil's/Pulse; Lulu Chu, Kylie Rocket & Tommy Pistol

## Best Trans Group Sex Scene

**"Date & Switch"** | Gender X Films; Ariel Demure, Jade Venus & Roman Todd

**"A Grooby Halloween: The Coven's Captive"** | Grooby Girls; Paige Turner, Willow Astribe & John Kilo

**"Horny Golden Goddesses" | Tantalizing Threesomes 2,** TransAngels/Pulse; Izzy Wilde, Lola Morena & Billie Beaumont

**"It's a Trans Sandwich (And I'm the Meat!) 2 – Scene 1"** | Devil's/Pulse; Eva Maxim, Jade Venus & Rory Knox

**"Lesbians Love Trans – Scene 1"** | Gender X/Pulse; Kasey Kei, Brittney Kade & Aliya Brynn

**"MILF Stepmom Wants Dick Too"** | TransAngels; Foxxy, Asia Belle & Dillon Diaz

**"Pansexual Six-Person Orgy Part 1" | Pandemonium!,** PansexualX/Evil Angel; Janie Blade, Kasey Kei, Zariah Aura, Aiden Starr, Nicky Z & Ruckus

**"Redhead Robin Coffins Fucked by Autumn Rain and Sarina Havoc"** | TransErotica; Autumn Rain, Sarina Havoc & Robin Coffins

**"Sex Ed Overload"** | MILF Overload/Adult Time; Asia Belle, Cherry Mavrik, Janie Blade, Nikki Vicious, Eva Maxim, Jamie Kelly & Tony Sting

**"Switch: Leaving Your Mark – Scene 3"** | Adult Time/Pulse; Emma Rose, Lauren Phillips, Hazel Grace & Leana Lovings

## Best Trans Movie or Limited Series

**Buddy Wood's Trans Superstars,** Grooby

**Girls Will Be Girls,** Brazzers/Pulse

**It's a Trans Sandwich (And I'm the Meat!) 2,** Devil's/Pulse

**Lesbians Love Trans,** Gender X/Pulse

**Lola's Anal Addiction,** TransAngels/Pulse

**Office Ms. Conduct,** Transfixed/Pulse

**PansexualX Porn Crush 6,** Aiden Starr/Evil Angel

**Tori Easton: Trans Superstar**, Grooby
**Transsexual Fantasies Fulfilled 6**, TransErotica/Pulse
**TS Hot Wives 3**, TransSensual/Mile High


## Best Trans Newcomer

Bailey Archer

Saphira Blu

Becki Bottomz

Blair Carter

Ciboulette

Ember Fiera

Angellica Good

Leilani Li

Nikki North

Mimi Oh

Eros Orisha

Amanda Riley

Grazyeli Silva

Paige Turner

Olivia Would


## Best Trans One-on-One Sex Scene

**"Emma 4 You" | Stars 10**, Dorcel/Pulse; Emma Rose & Victoria Voxxx
**"Eva Maxim & Ariel Demure TS-on-TS Date" | Trans-Active 16**, Joey Silvera/Evil Angel; Eva Maxim & Ariel Demure
**"Hot Pink Baddies" |** TransAngels; Leilani Li & Gracie Jane
**"Indulging in Amanda" |** Deep Lush; Amanda Riley & Owen Grey
**"Layover Lay" |** Transfixed/Adult Time; Zariah Aura & Hazel Moore
**"My TS Stepsister 8 – Scene 1" |** TransSensual/Mile High; Jade Venus & Roman Todd
**"Muses: Kasey Kei" |** Transfixed/Adult Time; Kasey Kei & Casey Calvert
**"T-Girl Tops 4 – Scene 5" |** Grooby; Asia Belle & Rodrigo Amor
**"TNT 4 – Scene 2" |** Gender X Films; Brittney Kade & Lola Morena
**"Trans Am – Scene 4" |** Gender X Films; Izzy Wilde & Joel Somoeone

**Best Trans Series or Channel**

**My TS Stepsister**, TransSensual/Mile High
**Tgirls Hookup**, Tgirls Hookup/Grooby
**TGirls.Porn**, Grooby Productions
**Trans-Active**, Joey Silvera/Evil Angel
**Trans Honey Trap**, Gender X/Pulse
**Trans Roommates**, Hot Hot Films
**Trans Sexual Chemistry**, TransErotica
**Transfixed**, Adult Time/Pulse
**Transgressive**, Evil Angel
**TS POV**, Pure Media Enterprises

**Best Virtual Reality Sex Scene – Group**

**"The Dorm Room: Anal Roommates"** | Dorm Room/Naughty America; Hime Marie, Rory Knox, Penelope Woods & Dan Damage
**"Genshin Impact: Amber & Mona XXX Parody"** | VR Conk; Adria Rae, Jewelz Blu & Oliver Davis
**"Locker Room Chat"** | BaDoinkVR; Jasmine Wilde, Octavia Red & Nathan Bronson
**"Mile High Club"** | SLR Originals/SexLikeReal; Blake Blossom, Angel Youngs, Tru Kait & John Strong
**"Naughty Housewives"** | Naughty America; Nikki Benz, Savannah Bond, Kayley Gunner & Dan Damage
**"Pumping Irony"** | WankzVR; Liz Jordan, Scarlett Hampton & Tommy Gunn
**"Remix Villa Pt. 3: A DJ's Dream"** | BaDoinkVR; Lilly Bell, Kylie Rocket, Anna Claire Clouds, Aria Valencia, Leana Lovings & Tommy Gunn
**"Sad to See You Blow"** | WankzVR; Demi Hawks, Lucy Doll & Oliver Davis
**"Spicy Tennis Players"** | SLR Originals/SexLikeReal; Molly Little, Chloe Temple, Sera Ryder & Damon Dice
**"VRB World Cup 2022 – Blowjob World Championship"** | VRBangers; Avery Black, Maddy May, Anna Claire Clouds, Laney Grey, Nicole Kitt, Eliza Ibarra, Chanel Camryn & Nathan Bronson

**Best Virtual Reality Sex Scene – One-on-One**

**"Barbie (A Porn Parody)"** | VR Conk; Ivy Wolfe & Dan Damage
**"Blue Skye Morning"** | WankzVR; Skye Blue & Brad Newman
**"Business Before Pleasure"** | BaDoinkVR; August Skye & Tommy Gunn
**"Dante's Inferno: Beatrice A XXX Parody"** | VRCosplayX.com; Blake Blossom & Ryan Driller

**"An Intimate Experience With Xxlayna Marie"** | SLR Originals/SexLikeReal; Xxlayna Marie & Jay Romero

**"Nerve of Steele"** | WankzVR; Valerica Steele & Ryan Driller

**"Nympho Alchemy"** | SLR Originals/SexLikeReal.com; Angel Windell & Johh Strong

**"PSE Porn Star Experience: Sera Ryder"** | PSE Porn Star Experience/Naughty America; Sera Ryder & Dan Damage

**"Sexy Pornstar Kendra Sunderland Will Leave You Rock Hard and Wanting More!"** | PSE Porn Star Experience/Naughty America; Kendra Sunderland & Sam Shock

**"Wednesday Addams: A XXX Parody"** | VR Conk; Harley Haze & Jay Romero

### Best Virtual Reality Sex Scene – Trans

**"Amanda Riley Is Your Christmas Surprise!"** | GroobyVR; Amanda Riley & Andre Stone

**"Bang Me If You Can"** | VRB Trans; Janie Blade & King Noire

**"The Big Game!"** | GroobyVR; Ciboulette & Buck Richards

**"The Heartbreaker"** | VRB Trans; Brittney Kade & Tony Sting

**"Hell's Belle!"** | GroobyVR; Asia Belle & Buck Richards

**"Measure Me"** | VRB Trans; Emma Rose & Dante Colle

**"Miss American Pie!"** | TransVR.com; Cloudy Vi & Buck Richards

**"My Slutty Babysitter"** | VRB Trans; Kasey Kei, Spencer Bradley & Pierce Paris

**"Pleasing Itzel!"** | GroobyVR; Itzel Saenz & John Adams

**"Showgirls"** | VRB Trans; Ariel Demure & Charlotte Sins

### Clever Title of the Year

**"Boob Ross"** | Pornstar Platinum

**"Can't Buy Me Butt Love"** | WankzVR

**"In for a Penny, In for a Pounding"** | MILF VR

**"It's Not Cheating If It's Anal"** | Brazzers

**"Make America Gape Again"** | Pornstar Platinum

**"Pride & Orifice"** | TransAngels

**"The Stepsisterhood of Unraveling Pants"** | Family Siblings/Adult Time

**"Take Me to Your Breeder"** | Brazzers

**Total Eclipse of the Hole**, Proxy Paige/Evil Angel

**Twinkle, Twinkle Anal Stars**, Evil Angel

**<u>Female Performer of the Year</u>**

Vanna Bardot

Lilly Bell

Blake Blossom

Lulu Chu

Anna Claire Clouds

Nicole Doshi

Ana Foxxx

Liz Jordan

Maddy May

Kira Noir

Kylie Rocket

Alexis Tae

Angela White

Jennifer White

Angel Youngs

**<u>Girl/Girl Specialty Performer of the Year</u>**

Nancy A

Amirah Adara

Lilly Bella

Alissa Foxy

Ellie Luna

Haley Reed

Ryana

Sinn Sage

Sheena Shaw

Serene Siren

**<u>International Female Performer of the Year</u>**

Little Caprice

Kelly Collins

Alexis Crystal

Anna de Ville

Shalina Devine

Eden Ivy

Scarlett Jones

Cherry Kiss

Catherine Knight

Geisha Kyd

Veronica Leal

Clara Mia

Tiffany Tatum

Christy White

Zaawaadi

## International Male Performer of the Year

Alberto Blanco

Marcello Bravo

Kristof Cale

Christian Clay

Raul Costa

Danny D

Potro de Bilbao

Charlie Dean

Erik Everhard

Tommy Gold

Freddy Gong

Vince Karter

David Perry

Jordi El Niño Polla

Aaron Rock

## Mainstream Venture of the Year

**Bad Citizen (Zine)** | Jane Wilde

**Below Deck: Down Under (TV Series)** | Laura Desiree, Jessie Lee, Vanna Faye, Skyy Knox, BiCop & Johnny Diamond

**Cooking With Violet (YouTube Series)** | Violet Myers

**"Everything in Its Right Place" (Short Film)** | Vicki Chase

**From Princess to Porn Star (Memoir)** | Tasha Reign

**The Great – "Sweden" Episode (TV Series)** | Scarlett Jones
**The Gurls – "Glamour (feat. Gia Gunn)" & "Tell Me" (Music Singles)** | Domino Presley
**Havana Stories [La Operación Payret] (Movie)** | Angelina Castro
**Heart of Stone (Novel)** | Rachel Starr
**Modz & Bodz (Reality Show)** | Miles Long
**Pet Shop Days (Movie)** | Casey Calvert & Alexis Tae
**Retro Knockout (Video Game)** | Nickey Huntsman
**Romance Costs Extra (Memoir)** | Sara St. Clair
**Soft Faith (Band)** | Small Hands
**"Without You" (Music Single)** | Victoria Voxxx

## Male Performer of the Year

Mick Blue
Nathan Bronson
Manuel Ferrara
Oliver Flynn
Seth Gamble
Maximo Garcia
JMac
Ricky Johnson
Alex Jones
Isiah Maxwell
Scott Nails
Ramon Nomar
Tommy Pistol
Codey Steele
Zac Wild

## Mark Stone Award for Outstanding Comedy

**Behind the Scenes,** Delphine Films
**Busted**, NSFW/Pulse
**"Door to Door"** | Delphine Films
**"Kingz of Pop"** | Cupid's Eden
**Influence: Vanna Bardot**, Tushy
**Let's Bang the Babysitter 8**, Zero Tolerance/Pulse

**Office Ms. Conduct**, Transfixed/Adult Time/Pulse
**One Year Limit**, Wicked/Pulse
**"Raining Blood"** | Somegore
**"What Are You Doing Bro"** | AOFlix

## MILF Performer of the Year

Penny Barber

Armani Black

Rachael Cavalli

Cory Chase

Cherie DeVille

Alexis Fawx

Reagan Foxx

Sophia Locke

Brandi Love

Lexi Luna

Bunny Madison

Natasha Nice

Lauren Phillips

London River

Slimthick Vic

## Most Outrageous Sex Scene

**"Bound to Be Kinky 2" (or "Wheel of Meat Puppet")** | Brazzers; Luna Star & Oliver Flynn
**"Breakfast at Sheena's" (or "Fruity Rings a la Ass")** | **Gooner School**, Evil Angel; Aiden Starr & Sheena Shaw
**"Diphallic Dude DPs Duo" (or "The Incredible Case of the Siamese-Schlonged Man")** | Brazzers; Avery Jane, Leana Lovings & Apollo Banks
**"The Donut" (or "Tattoo Time at the Homer Simpson Den of Sadomasochism")** | **Ink Motel 4**, Alt Erotic; Kennedy Rose, Evilyn Ink, Darcy Diamond & Luna Luxxx
**"Infection" (or "Tribbing the Slug Fantastic")** | Parasited; Kimmy Kimm & Lulu Chu
**"London River: The Interrogation" (or "Waterboard Me So I Know It's Real")** | Hardcore Gangbang/Kink; London River, Prince Yahshua, Don Prince, Richard Mann, Tee Reel & Will Tile
**"P\*\*s Soaked Rag-Doll Pump n' Dump!" (or "The Drip's the Best Part")** | TGirls Hookup; Nyxi Leon & Serena Bubbles

**"Proxy's Five-Girl Lesbian Gaping Party" (or "Intestinal Fortitude") | Proxy's Gape Gang,** Proxy Paige/Evil Angel; Brittany Bardot, Eden Ivy, Sasha Beart, Ivy Maddox & Anna de Ville

**"Raining Blood" (or "Night of the Jizzed-In Dead") |** Somegore; Ana Foxxx & Tommy Pistol

**"Rebel Rhyder Double Anal & Prolapse" (or "Cirque du Bootay") | Double Anal Angels,** Darkko/Evil Angel; Rebel Rhyder, Richard Mann & Rob Piper


## Niche Specialty Performer of the Year

Jimmy Broadway

Adam Christopher

Dante Colle

Tina Lee Comet

Sally D'Angelo

Sabien DeMonia

Daisy Ducati

Hatler Gurius

Evilyn Ink

Kendra James

Lila Lovely

Leigh Raven

Sydney Screams

Dahlia Von Knight

Christian XXX


## Outstanding Directing – Individual Work

**Ashford Manor**, Lust Cinema; Inka Winter

**In Vogue**, Vixen/Pulse; Julia Grandi

**Influence: Vanna Bardot**, Tushy; Derek Dozer

**Machine Gunner**, Digital Playground/Pulse; Ricky Greenwood

**Primary 3**, Lust Cinema; Casey Calvert

**Reckless**, Wicked/Pulse; Seth Gamble

**Redemption**, Adam & Eve Pictures; Stormy Daniels

**Space Junk**, Digital Playground/Pulse; Dick Bush

**Wasteland Ultra**, Digital Playground/Pulse; Lea Lexis

**The Wedding**, Lust Cinema; Erika Lust

## Trans Performer of the Year

Valeria Atreides

Zariah Aura

Asia Belle

Erica Cherry

Ariel Demure

Tori Easton

Gracie Jane

Brittney Kade

Kasey Kei

Eva Maxim

Lola Morena

Daisy Taylor

Emma Rose

Jade Venus

Izzy Wilde


## PLEASURE PRODUCTS


## Best Enhancement Manufacturer

Bone Master

Doc Johnson

Euphoria By NaturaMed

Foria

Hot Productions

Jo

Kama Sutra

NEO Sensual

Orgie

Rock Candy Toys

Sensuva

Sliquid

SOS Distribution

Swiss Navy

Wicked Sensual Care

**Best Fetish Manufacturer**

Ballistic Metal

CalExotics

Doc Johnson

Fort Troff

Nasstoys

Ple-Sur

SHOTS toys

Sportsheets

Stockroom

Subsensuals

The Dungeon Store

The Kink Store

Whipsmart

Woodrocket

XR Brands

**Best Lingerie or Apparel Line**

Baci Lingerie

Barely Bare

Be Wicked

Le Desir (SHOTS)

Envy Menswear

Fantasy Lingerie

Hustler Lingerie

Kix'ies

Lapdance Lingerie

Magic Silk

Mapale

Noir Handmade

Radiance by CalExotics

Pastease

Teacher's Pet

**Best Lubricant Brand**

Coconu

Intimate Enhancements by Doc Johnson

Dame

ForPlay

Fuck Sauce by CalExotics

Non-Friction

P.S. I LUBE You

Personal Fav

Probe Lubricants

Sensuva

Slick AF

Sliquid

SportLube

Swiss Navy

Wicked Sensual Care


**Best Pleasure Product Manufacturer – Large**

Blush

CalExotics

Doc Johnson

Evolved Novelties

Fun Factory

NS Novelties

Nasstoys

Pipedream Products

Satisfyer

SHOTS

Sportsheets

Svakom

WOW Tech

Xgen Products

XR Brands


**Best Pleasure Product Manufacturer – Medium**

Aneros

Bad Dragon

Cloud 9

COTR

Femme Funn

Icon Brands

Maia Toys

Motorbunny

Mystim GmbH

Nu Sensuelle

Honey Play Box

Rock Candy

Tantus

Thank Me Now

Vibratex


## Best Pleasure Product Manufacturer – Small

CB-X

Channel 1 Releasing

Demon Kat

Emojibator

Fort Troff

Hott Products

Kiiroo

Like A Kitten

OEJ

OhMiBod

SOS Distribution

The Dungeon Store

The Oh Club

Tracy's Dog

Viben


## RETAIL

**<u>Best Boutique</u>**

Eve's Apple, Waveland, MS

Good Relations, Eureka, CA

Kynx by Brynx, Portland, OR

Little Sisters, Vancouver, BC

Luna de Miel, Huntington Park, CA

Museum of Sex, NYC

Nomia, Portland, ME

Oh My!, Northampton, MA

Passionale, Philadelphia, PA

Pepper, Las Vegas, NV

Please, Brooklyn, NY

Romantic Adventures, Pearl, MS

Secrets Love Boutique, Sacramento, CA

Sensually Yours, Honolulu, HI

Spanky's, Santa Ana, CA

Wild at Heart, Seattle, WA


**<u>Best Retail Chain – Large</u>**

Adam & Eve

Adult World

Amazing Intimate Essentials

Castle Megastore

Christie's Toy Box

Condom World

Fascinations

Hustler Hollywood

Lion's Den

Lovers

Starship Enterprises

Sunset Novelties

Suzies

Patricia's

Romantix

## **Best Retail Chain – Medium**

Condoms to Go/Sara's Secret

Cupids Lingerie

Dreamers

Enchantasys

Excitement Adult Stores

Fairvilla

Fantasy Gifts

GigglesWorld

Good Vibrations

Jack and Jill

London Boutique

Love Stuff

LSMT

Risque Moments

Romeo & Juliet's

Velvet Box

## **Best Retail Chain – Small**

As You Like It

Chazzy Couples Boutique

Cupid's Closet

Exxxcite (AAA News)

Groove

Just For Pleasure

Love Stuff And More

NT Lingerie

Playtime Boutique

Romance Boutique Secrets

The Red Door

The Pleasure Chest

Temporary Satisfaction

## **Best Web Retail Store**

AdultEmpire.com

AdamEve.com

BBoutique.co

BettysToyBox.com

DallasNovelty.com

FortTroff.com

HustlerHollywood.com

IndigoHoney.com

LikeAKitten.com

ManShop.com

PinkCherry.com

SheVibe.com

SpectrumBoutique.com

TheDungeonStore.com

WildFlowerSex.com



Exhibit 2

BETA

FORBES > LIFESTYLE > VICES

# How One Pornographer Is Trying To Elevate Porn To Art

**Susannah Breslin** Senior Contributor 

*I cover the business of sex.*

Follow

                                        Jul 20, 2017, 03:23pm EDT

🕐 **This article is more than 6 years old.**

Who says there's no money to be made in porn anymore? Greg
Lansky, 33, would beg to differ. As CEO of GL Web Media, he's
figured out that if you create higher-end adult content, consumers
will actually pay for it. The company's three branded sites --
Vixen.com, Tushy.com, and Blacked.com -- attract some 30 million
unique visitors a month, and subscribers pay $9.95 (for Vixen) or
$29.95 (for Tushy and Blacked) a month for access to the site's full
library of pornographic content. "We really have the same business
model as HBO," says Lansky, who lives in Beverly Hills.

In an interview, Lansky, whose "Being Riley" and "Natural
Beauties" won him Director of the Year at the AVN Awards in Las
Vegas, Nevada, for the last two years running, shared how getting
into porn -- he describes his aesthetic as "a mix of fashion, 80s
porn, and Tom Ford" -- was a lifelong dream, why porn is actually
art, and what toiling in the digital porn mines taught him about
desire.





Greg Lansky is making art with his friends    VIXEN.COM

## "I wanted to be in the adult industry since 13"

Growing up in his native France, Lansky was fascinated by *Playboy* and *Penthouse*. Then he became fascinated by adult movies. "I just loved the fact that it wasn't politically correct," he says. "It was this aspect of society that everyone loves and worships in private, but in public it has a lot of shame. I love the paradox of it. People were absolutely obsessed with it in private and in public no one would talk about it." Eventually, he ended up working in reality television production in Paris. In 2005, he funded his first adult movie, which he describes now as "pretty bad." After that, he traveled to an adult convention in Berlin, intending to sell the

movie. He went from booth to booth, hawking his product. Within the first hour, he'd sold it.



## "Everyone told me that is the stupidest idea"

Three weeks after a Los Angeles based adult producer extended an invitation to shoot a porn movie, Lansky was on a plane. For a time, he worked for that production company. Then he worked for Reality Kings, a digital adult content producer. "It was an amazing learning experience," he says. "These guys were really pioneers in delivering adult content online. You could see instantly how many people were clicking, how many people were not clicking, how many people were bouncing away. You could feel the temperature of the market." Over time, he tired of churn-and-burn porn. "I wanted to create something more," he says, something at the higher end. In 2014, he went out on his own. "At the time, everyone and their mother told me, 'That is the stupidest [expletive] idea. You're never going to make a dime. Porn is over.'" But he didn't want the whole market; he only wanted part of it. "If I was able to appeal to a small percentage of these guys, and women, and couples that actually enjoy quality entertainment, I could get that market. The passionate customers. Everyone was telling me this was the worst idea ever, because of piracy and tube sites, and you had to create a product that was cheap, cheap, cheap. I created a product that was extremely expensive by adult standards and that would appeal to some."

## "It is art because you make someone feel something"

According to Lansky, he's not just making porn, he's making *art*. And those porn stars? They're actually *performance artists*. "I mean, you can do porn and make art at the same time," he says. "It's really what you do when you are truly alive. I don't let anyone else define what I do. I believe [adult performers] are artists.



Unfortunately, they don't get the respect for what they do. At the end of the day, to me, it's performance art." As he sees it, it's not about naked people having sex on camera. It's all about how it makes you *feel*. "It is art because you make someone feel something," he says. "When you create performance art, people feel something about it. You going to tell me people don't feel something when they watch my art? They feel something."

## "You can't swim against the current"

"These tube sites are there," Lansky says of the adult content video sites where pornographers' pirated content is downloaded for free by a generation of consumers who feel entitled to free porn. "You have to embrace the times you live in." As a result, Lansky says, "I've selected a few [tube sites] I decided I would do business with. I've uploaded very high quality, long clips. I thought, you know what, I'm going to make those clips long enough so they can be satisfying to watch. "'If this is what I'm getting for free,'" he hoped consumers would think, "'I can only imagine what I can get for subscription.' This has been a really successful strategy." That said, some months Lansky's company sends out up to 50,000 DMCA notices to remove their pirated content.

---

**Passport: Explore the finest destinations and experiences around the world in the Forbes Passport newsletter.**

| Email address | **Sign Up** |

By signing up, you accept and agree to our **Terms of Service** (including the class action waiver and arbitration provisions), and **Privacy Statement**.

---

## "It's like being a drug dealer but having to pay taxes"

Does being a pornographer in 2017 still have a stigma attached to it? You bet. "The rest of the world will look at you like you're doing



something bad," he says. The adult content his company creates is sold on its dedicated on websites. The App Store? Forget it. Apple doesn't really care for porn. "Everything is harder when you have the label of being in the adult industry," he says.

*Follow me on* Twitter *or* LinkedIn. *Check out my* website.



**Susannah Breslin**

Follow

I'm the author of Data Baby: My Life in a Psychological Experiment. I've written for The Atlantic,... **Read More**

Editorial Standards                                    Reprints & Permissions

ADVERTISEMENT

Exhibit 3

**OBSESSED** | What to Watch, Binge, See, & Skip

**DAILY BEAST**

NEWSLETTERS    SUBSCRIBE    ACCOUNT

ALL    CHEAT SHEET    OBSESSED    POLITICS    ISRAEL-GAZA    ENTERTAINMENT    MEDIA    INNOVATION    OPINION    U.S. NEWS    SCOUTED

SEX →

# *Meet the Man Making Porn Great Again*

| NSFW |

**The tao of Greg Lansky, an award-winning porn director whose more elegant, arthouse approach has dazzled audiences.**

**Aurora Snow** Updated Jul. 13, 2017 10:30AM EDT
Published Feb. 18, 2017 4:48AM EST

   

| MY ACCOUNT |
| MANAGE NEWSLETTERS |
| SUBSCRIPTION OFFERS |
| NEED HELP? |
| |

← HOMEPAGE

OBSESSED | What to Watch, Binge, See, & Skip

DAILY BEAST

NEWSLETTERS    SUBSCRIBE

CHEAT SHEET   OBSESSED   POLITICS   ISRAEL-GAZA   ENTERTAINMENT   MEDIA   INNOVATION   OPINION   U.S. NEWS   SCOUTED



LAS VEGAS, Nevada – Velvet ropes and beefy security guards line the perimeter. To enter, you must first be admitted and then ascend a few steps—*just* enough to elevate those within above the crowd. Inside is a world unto itself: a plethora of gorgeous, busty women in matching outfits sign autographs, chat with fans, and lounge about the booth. Towards the back is an open bar slinging "sex on the beach," a cheeky nod to the AVN Adult Entertainment Expo, and the Vegas backdrop. In addition to its stunning stars and tasty libations, no other area boasts photo booths, gold couches, trophy-lined walls, and a giant tower of customized cupcakes—each treat frosted with the company names: Blacked, Tushy, and Vixen. Hundreds pause to gawk at the scenery, which is

READ THIS LIST

RFK Jr. Backed by Ex-Clinton Aide, 'Morning Show' Creator

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

X Launches 'Thermonuclear Lawsuit' Against Media Matters
WILLIAM VAILLANCOURT

 HOMEPAGE

OBSESSED    What to Watch, Binge,    DAILY BEAST
See, & Skip                          NEWSLETTERS    SUBSCRIBE

CHEAT SHEET    OBSESSED    POLITICS    ISRAEL-GAZA    ENTERTAINMENT    MEDIA    INNOVATION    OPINION    U.S. NEWS    SCOUTED

premier booth inside the world's
premier porn expo is Greg Lansky. He
is the porn world's answer to Steven
Spielberg: a two-time AVN Director of
the Year award winner (2016, 2017)
who also serves as the chief creative
officer behind the adult studios
Blacked, Tushy, and Vixen. Lansky, who
is French, has fast carved out a niche in
a notoriously competitive marketplace
producing artfully-filmed, high-
definition porn. His detractors have
labeled the product "too soft," but the
34-year-old entrepreneur believes that
fans will go the extra financial mile to
indulge in elegant sex. So far, the
gamble is paying off.

"When we started the company the
odds were against us," Lansky tells The
Daily Beast. "I thought there was a
market for high-quality adult
entertainment. It's about finding that
line between boring and ridiculous,
riding that sweet spot. If you need to
push the envelope that far I respect
that, but it usually means you're trying
too hard, in my opinion."

"Our company is three years old and
this is the first year we've had a booth
[at AEE]," he continues. "Two years ago



Gift Challenge
ends December 15.

Your gift can DOUBLE!

DONATE NOW

American
Cancer
Society®

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

← HOMEPAGE

We grew rapidly."



NEWSLETTERS    SUBSCRIBE

CHEAT SHEET    OBSESSED    POLITICS    ISRAEL-GAZA    ENTERTAINMENT    MEDIA    INNOVATION    OPINION    U.S. NEWS    SCOUTED



Double your impact
to help fight cancer!

All gifts **MATCHED** until Dec

DONATE NOW

As far as his portfolio goes, Blacked specializes in black-on-white porn; Tushy is backdoor; and Vixen bills itself as featuring "beautiful girls in first-time porn videos." Last year, Blacked's film Being Riley took home the most AVN Awards—the porn world's Oscars—of any film, with five wins.

"It's important to show that we don't invest money back into stupid ads or into creating cheap content. We invest it into creating better content for fans and we invest it back into the adult industry and into this booth," Lansky says, motioning his arm across the room, "a beautiful platform for adult performers to express themselves."

Lansky dodges trends by applying his own distinct vision: focusing on the era of adult entertainment he grew up watching, a throwback to the more glamorous, high-profile days of adult. It's a theme clearly reflected by his booth at AEE, with the company's female performers outfitted in carefully matched pink robes, sporting impeccable makeup, and flanked by a line of security guards. "Our goal is to

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

← HOMEPAGE

about what they do. You don't need to interrupt people, you don't need to

OBSESSED    What to Watch, Binge, See, & Skip    DAILY BEAST    NEWSLETTERS    SUBSCRIBE

CHEAT SHEET    OBSESSED    POLITICS    ISRAEL-GAZA    ENTERTAINMENT    MEDIA    INNOVATION    OPINION    U.S. NEWS    SCOUTED

Social media is the future of business, advertising, and marketing. For an XXX company, that can prove to be a particularly murky landscape, but Lansky has chosen to take a more subdued approach in an effort to reach a wider audience. "Adult companies need to learn to have a digestible social media presence—one that is safe for work, safe for the audience that wants to enjoy the brand. If they want to cross that border for graphic 18+ content they can click a link," says Lansky. "We almost have to have two brands within one: one that is safe-for-work and one that is not."

One area he's implemented this new strategy is Instagram, where his trio of sites have over a half million followers combined. The Instagram accounts are no-nudity, complying with the social network's standards. "A year ago, I decided to change things up and make everything safe-for-work," says Lansky. "I believe people can enjoy an adult brand and adult performer without pushing it that hard. [There's] no nudity, basically everything that Instagram allows."

"I try to create a product that the adult

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

⊖ **HOMEPAGE**

OBSESSED | What to Watch, Binge, See, & Skip | DAILY BEAST

NEWSLETTERS    SUBSCRIBE

CHEAT SHEET  OBSESSED  POLITICS  ISRAEL-GAZA  ENTERTAINMENT  MEDIA  INNOVATION  OPINION  U.S. NEWS  SCOUTED



And yet, like every other adult company struggling to stay afloat, piracy continues to be an issue. Lansky's companies are not immune to the problem, yet he's chosen to face the matter head-on. "We have a full team doing grunt work, getting those videos taken down," he says. "We have a reputation in the industry that we will not take this kind of abuse. We will pursue anyone who steals our movies, but no one can stop piracy."

Oddly enough, Lansky did not set out to appeal to the masses—quite the opposite. When he ventured into this business his goal was to entice those on the fringe, the people passionate about adult entertainment who were not being serviced. "We're not for everyone but I don't want to be for everyone. I don't want the people in the middle. I want to be for the people on the edges, interested in quality," says Lansky. "The masses are very good at ignoring everything today. Tube sites are average

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

⊙ **HOMEPAGE**

*passionate* people. I knew if we did it

OBSESSED | What to Watch, Binge, See, & Skip

DAILY BEAST

NEWSLETTERS    SUBSCRIBE

CHEAT SHEET   OBSESSED   POLITICS   ISRAEL-GAZA   ENTERTAINMENT   MEDIA   INNOVATION   OPINION   U.S. NEWS   SCOUTED

connoisseur. He considers himself old school, and even refuses the title of "pornographer."

"You call it porn, I call it art. I'm proud of what I do," he says. "I don't even like the word *porn*. I feel like it's more of a judgment: *pornography*. Back in the day, they used to call *Playboy* pornography but *Playboy* is not porn. Somehow they got away with it. Before that, nude paintings were considered pornography. So, no, I don't think what we do is pornographic; I think what we do is beautiful. We are artists and porn needs to be accepted as such."



**Aurora Snow**
🐦 @MissAuroraSnow

Got a tip? Send it to The Daily B

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

**Loading...**

⊖ **HOMEPAGE**

Exhibit 4

**CBC**

Day 6

# Porn-o-nomics: How one director is making a fortune by defying conventional wisdom

CBC Radio ·
Posted: Feb 24, 2017 4:07 PM PST | Last Updated: February 24, 2017



## Popular Now in Radio

**1**  Interest rate hikes pushed a B.C. couple's mortgage payments up $2,700 a month

**2**  Why prepared rotisserie chickens are cheaper than ones you cook yourself

**3**  Nora Krug asks tough questions about her German family's wartime past

**4**  AUDIO
Why higher interest rates could solve the labour crunch

**5**  ANALYSIS
Surveillance capitalism: Who is watching us online — and why?

Online pornography has fallen on hard times. Piracy is up while film production and salaries are trending down. Billions of people are watching worldwide, but all those clicks aren't exactly lining the pockets of the people who make the content.

This may have been true for Greg Lansky at one time in his career, but not anymore. Lansky has launched a successful new brand in each of the past three years, and as he tells *Day 6* host Brent Bambury, he's doing it by defying conventional wisdom.

"A signature move of our company is to disrupt the market. I think it's healthy for someone to come in and be like 'hey, maybe things aren't supposed to be that way. Let's change them up'," Lansky says.

> ## "We put our heart into it because I felt that the opposite was the smart thing to do," he says.

*- Greg Lansky, producer and director of adult content*

"When we started, the industry was completely demoralized and all the so-called experts said that's it, adult brands are dead. No one is going to make new content," says Lansky.

Now 34-years-old, Lansky proved them wrong by launching Blacked in 2014.  Tushy and Vixen followed in 2015 and 2016 respectively. Vixen won best marketing campaign and best new imprint at the 2017 AVN awards.



Lansky's websites won 16 AVN awards in 2016. (@GregLansky)

Lansky says the difference is quality. He's brought a big-budget mentality to adult entertainment and he sees the trade as an art form rather than simply filming people having sex on camera.

"We focused our brands on all the little touches I felt customers were missing. Things like sound, image quality, story, shooting with the best possible equipment and the best talent in the business," he says.

Instead of cutting back and cutting corners, Lansky set budgets that were extremely expensive for the market at the time.

"We put our heart into it because I felt that the opposite was the smart thing to do," he says.

## Dragging the industry up with him

In an era of tube sites and free, pirated pornography, Lansky's sites are bringing people back to subscriptions. Blacked, Tushy and Vixen are some of the most talked about brands in the industry and some of the most watched adult film content in the world.

And it's not just customers that have taken notice. Other companies see what he's doing and are now moving their businesses in that direction.

"People in other brands have looked at us and realized they need to step up their quality because these guys [Blacked/Tushy/Vixen] are killing us," Lansky says with a chuckle.

Originally from France, Lansky moved the U.S. 14 years ago. His 12 years in adult entertainment helped shape a business plan that extends beyond sexually explicit films.

## Lansky's unusual social media strategy

In today's marketplace, business flows through social media but

Lansky says finding a place for brands is tricky. While Twitter allows adult content ([for now](#)), Instagram and Facebook do not.

While he could have let the door close on him, instead Lansky made another unconventional choice.

"About a year and a half ago, I decided that we were not going to have any adult content anymore on our Twitter, even though it was allowed," he says.

The revised strategy meant creating an extension of their brands that would be digestible, watchable and enjoyable to people who don't necessarily want to look at raw adult content.

Greg Lansky's latest company, Vixen, won best marketing campaign at the 2017 AVN awards. (@GregLansky)

---

"It's about lifestyle, not necessarily about graphic adult

content," he says.

Lansky's point is simple: if you want to watch adult content, it's not hard to find. But if you like his brands, his style of photography, the editorial content and the people associated with them, then you can have all that without the nudity.

Keeping a safe-for-work stream means extra work for his teams but it keeps him engaged in the social media world.

## The obstacles to growing a brand

Websites use traffic to measure success and Lansky's sites get a lot of traffic.

"We get more than 20 million unique visitors every month and we control all the distribution from A to Z.  We're not dependent on anyone else," he says.

Yes, Lansky and his teams control their own brands and the distribution but he'd like to see that change. Unlike other lifestyle brands, which is how he sees his companies, Tushy, Blacked and Vixen are limited to the web.

Greg Lansky accepting the 2016 AVN Award for Director of the Year

(Driven by successicom.com)

"It'd be great if Apple could one day open the door to adult content but I don't see that happening in the near future," Lansky says in reference to the App Store and iTunes.

"Apple is probably the most conservative company you could be working with."

In the '80s and '90s cable companies created a space for adult content to exist, but Apple, one of the most dominant media companies of this era, doesn't allow anything remotely adult content-related on their App Store.

## Can porn go mainstream?

For now, Lansky says cooperation with Apple is completely out of the question, but there are other avenues to enter the mainstream.

"I do think we could pitch a company like Netflix a series or a movie. That's something I've been talking to my partners about," he says.

Lansky thinks there is room for adult content on streaming services like Netflix. (AFP/Getty Images / Jonathan Nackstrand)

"If it's not just adult content, but there is great imagery, great storylines, great photography, then yes, I do think adult content can evolve into something else, other than being stuck on one

site and being labelled "porn."

*To hear Brent Bambury's conversation with Greg Lansky,* download our podcast *or click the 'Listen' button at the top of this page.*

*And check out out all four episodes of our series "Porn-o-nomics."*

©2023 CBC/Radio-Canada. All rights reserved.

Visitez Radio-Canada.ca

Exhibit 5

# Rolling Stone

MUSIC    POLITICS    TV & MOVIES    (SUB)CULTURE    RS RECOMMENDS

GOT A TIP?

LOG IN
SUBSCRIBE

(SUB)CULTURE

# Versace, Champagne and Gold: Meet the Director Turning Porn Into High Art

After piracy and tube sites took over porn, Greg Lansky believed people would pay for a good product – and he created an empire

BY JENNIFER SWANN

APRIL 5, 2018



*"The gold, the lifestyle, the nice car, the Versace, all that shit, the nice watch, it's kind of like, that's how you hook people," says Lansky.*  BRIAN GUIDO FOR ROLLINGSTONE.COM

IT'S A THURSDAY afternoon in February, but it feels like Christmas morning in the Studio City, California, office where Greg Lansky's adult entertainment empire is headquartered. At the center of the office, which resembles a tech start-up with its open floor plan and clusters of video editing bays with flat-screen monitors, is the unmistakable gold couch that appears all over the Instagram account of his youngest and most mainstream brand, Vixen. Luxury gift bags fill the glass table in front of the couch, which sits in front of a shelf holding dozens of shiny gold AVN Awards. Lansky, who wears rose-colored Aviators and an unbuttoned silk Versace shirt over a black turtleneck and black jeans, is giddy with the enthusiasm of a proud parent playing Santa.

"First gift," Lansky exclaims, diverting the conversation. He passes out gift bags to the staff, prompting

## THE LATEST

'WEIRD'

**Elon Musk Is Now Dipping His Toe Into Pizzagate**

2 HOURS AGO

OPENAI CHAOS

**WTF Is Happening at OpenAI?**

2 HOURS AGO

TRIBUTE

**Abe Stoklasa's Death Rattled Nashville, a City the Songwriter Was Unafraid to Criticize**

4 HOURS AGO

'BE HONEST!'

**Victoria Beckham 'Can't Fight' the Rich Kid Allegations as She Drops 'My Dad Had a Rolls-Royce' T-Shirts**

5 HOURS AGO



THE DIGITAL DAILY NEWSLETTER

# A Cultural Force That Transcends Generations

ENTER YOUR EMAIL

BY PROVIDING YOUR INFORMATION, YOU AGREE TO OUR TERMS OF USE AND OUR PRIVACY POLICY. WE USE VENDORS THAT MAY ALSO PROCESS YOUR INFORMATION TO HELP PROVIDE OUR SERVICES.

   
thousands of viewers on Instagram Live, when Lansky chooses a

remarkable porn star to be more west Coca-Angel, essentially a brand ambassador, previous Vixen Angels include Tori Black, Anna Foxx and the late <u>August Ames, whose December suicide</u> still haunts Lansky. (He's working with her widower to help develop a suicide prevention project in her name.) The role of Vixen Angel, which also comes with an ambitious photo shoot that could be mistaken for a high-fashion ad campaign, is the driving force behind Lansky's push to get Vixen noticed – not just as a porn company, but as a lifestyle brand with mainstream appeal.

"The gold, the lifestyle, the nice car, the Versace, all that shit, the nice watch, it's kind of like, that's how you hook people," says Lansky, who is 35 and speaks with a thick French accent. "From there it's like, by the way, look at those great photos and look at those great videos and look at those great artists that I work with."

The artists are porn stars, of course, but Lansky sees their roles as more than that. His Vixen Angel photo shoots, which he's compiled into a glossy coffee table book in his office and hopes to someday mount in an art gallery, have reimagined porn stars as action heroes, movie stars and athletes, complete with sports cars, helicopters and guns. The shoots aren't cheap, with some costing more than $30,000, Lansky says. He admits they rarely correspond to membership sales of Vixen or his other sites, Blacked – billed as "the highest quality interracial library" – and Tushy, whose tagline is "the art of anal sex." For $29.95 a month, members get unlimited access to that brand's online library of porn videos, many of them highly stylized with a limited color palette, natural lighting and high-contrast sets. To Lansky, the Vixen Angel shoots are an investment in a more long-term goal that's harder to define: Changing the culture's perception of porn.



**EDITOR'S PICKS**

▶ **The 500 Greatest Albums of All Time**

▶ **The 50 Worst Decisions in Movie History**

▶ **The Biggest, Messiest Band Breakups in Music History**

▶ **The 500 Greatest Songs of All Time**

"Who the hell is going to have me hang out of a helicopter for porn's sake?" says Black, who did just that, while wearing shiny black Louboutins, during her Vixen Angel photo shoot in January. "It's very stylized, which is important because of our perception in the world. We're really making a push to elevate porn stars."

Lansky's mission is one that resonates with Black, who is supermodel-tall and wears her long brown hair in a high ponytail. Working in porn since she was 18, Black turned to Lansky for help when she decided to return to the industry following the hiatus she took to give birth to her two children, now ages five and eight. "I've done so many scenes and movies and it really just becomes repetitive and for me there was no reason to come back



and no more of the same," she says. "I really needed an opportunity that was going to be different from the rest, and so I waited for a company that was worthwhile." Over a sushi meeting, Lansky and Black hatched a plan for her comeback, which included the helicopter photo shoot and a *Basic Instinct*-inspired porn video, Black's first in seven years. "In America, everyone loves a good comeback," says Lansky. "That word doesn't even exist in French."

Lansky has an eye for tapping into the cultural zeitgeist, but his dream of mainstreaming the porn industry is riddled with challenges, particularly at a time when porn stars have become fodder for comedians and political pundits, owing to President Donald Trump's underlined alleged affair with porn star Stormy Daniels. And they might be the one group equally disdained by conservatives and liberals alike: Republican lawmakers in some states have declared porn a public health risk, while left-leaning celebrities like Judd Apatow and Chelsea Handler have caught flak for inadvertently demonizing porn stars in anti-Trump tweets about the Daniels scandal. "We've been the scapegoat and the target for every single agenda from the left and the right for the past I don't know how many years," says Lansky. "We're like the witches of the world, and I think people are sick of it."

**RELATED**

▶ **How Women and Tech Took Over Porn: Inside the 2018 AVNs**

Lansky's life may look like it's all helicopter rides and champagne toasts, judging by his Instagram account, but he says he gets "death threats all the time" because of the type of adult content he produces. Blacked, the first brand he launched, in March 2014, with an investment from PornTube.com founder Steve Matthyssen, has attracted scrutiny for its focus on interracial sex and its portrayals of white women being sexually dominated by well-endowed black men. "You get [criticism] from really racist people, and then you get it from really progressive people that feel you're perpetuating some stereotype, but in reality, the goal behind this is simply entertainment," says Lansky. "Having an interracial site, you can't win. Everyone hates you. [They think] you're a horrible person. It is what it is. The people I work with, of all genders and all races, they enjoy being part of it."

"world, and witches of the world, and I think people are sick of it," says Lansky.

Having worked in the adult industry for more than a decade, Lansky's hate mail is about as constant as his Instagram likes. In fact, he's even taken steps to play up his polarizing image as the stereotypical porn producer, over-the-top Versace shirts and all. It's a strategy he's employed ever since winning his first AVN Award for Director of the Year in 2016. When he discovered his acceptance speech had been cut out of the telecast, he came back the next year with a glitzier suit and bigger sunglasses. This time, his speech made the cut. "You want me to play the shiny adult producer role? I can play that. It's fine. First of all, I love Versace shirts, and I shamelessly love them," says Lansky. "People didn't fucking notice me before. Now they do."

Lansky had no money, zero experience, and no idea how to hold a video camera when he directed his first porn film at the age of 21. What he did have was a vision, a lot of confidence – maybe too much confidence – and a few industry contacts from his stint interning on reality television shows in Europe, which he now calls a valuable lesson in "how to not be boring."

It was 2004 and Lansky, a recent high school dropout with few plans for the future, had bumped into his childhood friend, Mike Adriano, on the street in Paris, where they both grew up. The two began reminiscing and soon realized that what they'd bonded over as 12-year-olds was still the thing they shared in common as adults: Their mutual love of porn. "To an extent, you say, 'Well, which teenager doesn't like the adult industry?' But we were really obsessed with it," says Lansky. "We didn't talk about it like, 'Oh the girls are super hot. We talked about it like, 'Oh, it would be so nice to produce those movies.'"

Maybe it was their serendipitous reunion, or maybe it was that Adriano's family had "like, tons of fucking money," Lansky says, but the duo — "It was like *Dumb and Dumber,*" he jokes — figured it couldn't be too difficult to produce their own movie. Adriano borrowed several thousand dollars from his parents, in the guise of a real estate investment, and Lansky, meanwhile, made some calls, which eventually led him to the middle-aged German porn star Steve Holmes. Holmes agreed to shoot the scene with three women Lansky flew to Adriano's parents' mansion in Marbella, Spain while his parents were out of town. Or at least, that was the plan, but it didn't play out like that. "We shoot two or three scenes, and next thing you

they're like, you know, 'Who's that old dude in the house?'" Lansky says. "Somehow he walks up to the aunt and announces, 'Hey, nice to meet you.' He charms her and she's like, 'Oh, this guy's nice.' We're like, 'Oh, he works in the computer business.'"

"Steve doesn't know that the mom and the aunt don't know [he's a porn star]. They don't speak English, but they're like, 'Well, you seem to be very professional at what you do,'" Lansky says. "He's like, 'Yeah, I love what I do!' We're like, 'Okay, we need to go now.'" Lansky's debut turned out to be "a very mediocre movie," he admits now, reclining on a black armchair in his glass-walled office. The way he pitched it to producers during a German porn convention, it was "the best movie you'll ever see," but the producers weren't buying it.

"The shots sucked," Lansky says. "The whole thing sucked. But we were like, 'Whatever, look at the passion!'" Eventually, he sweet-talked his way to Wolfgang Embacher, a German producer who at the time owned a studio called Erotic Planet. Embacher agreed to buy the film and Lansky made back the money that Adriano, now an established porn actor and director himself, borrowed from his parents to make it, plus a small profit. Lansky felt unstoppable. He'd just talked his way into selling his first porn film, despite having almost no experience in the industry, and he wanted more.

> "The whole thing sucked," Lansky says of his first porn.
> "But we were like, 'Whatever, look at the passion!'"

The convention proved to him that he could bounce back from rejection. It also introduced him to Scott Taylor, the founder of porn production company New Sensations. He made Lansky an offer: If he moved to L.A., Taylor would give him a budget and hire him as a director. Which is how, in 2005, Lansky, penniless and with no other industry contacts in Los Angeles, packed up and headed West to the porn capital of the world. "My entire life I move to L.A., over one promise," Lansky says now, laughing at the absurdity of the situation. But once in Los Angeles, reality started to sink in. When Lansky initially couldn't get a hold of Taylor, he panicked. "I was so petrified. I was living dollar to dollar. Literally I had no money," he says. "I had to plan my budget with noodles and whatever, the cheapest food possible."

Ultimately, Taylor came through on his end of the deal. Lansky spent a year honing his chops as a director for New Sensations before landing a job at the Miami-based porn website Reality Kings. To him, the company may as well have been "the Harvard business school of the adult industry." It gave him the foundation to form his own company, having worked his way to one of the top creative positions there. "They had a vision and they had the tech and they were making more money than anyone else combined in the adult industry. They were pioneers," Lansky says, referring to his tenure at the company as the most important time in his life. "There was very little competition, there was no piracy, it was insane. They were printing money."

**TRENDING**

**1**

Everyone Mourned Snoop Dogg's Smoking Days for Nothing – And He's Laughing His Way to the Bank

**2**

Trump Serves Food to Soldiers and Police, Complains There's None Left for Him

**3**

Geddy Lee Wants to Tour with Alex Lifeson: 'I Keep Working on Him'

**4**

Right-Wing 'Moms for Liberty' Organizer Is a Convicted Sex Offender

But the "golden age of adult entertainment," as Lansky describes it, was short lived: Internet connections grew faster and the proliferation of tube sites that generated ad revenue from pirated porn videos meant there was no reason to pay for content anymore. The porn industry was crippled. In 2012, Reality Kings was sold to Fabian Thylmann, the German entrepreneur who started the massive porn company now known as MindGeek. Lansky felt blindsided. He left the company a year later. "At the time, the few people surviving had a very simple model. They thought, 'Well you know what? We're going to create the cheapest possible adult entertainment with the lowest possible cost,'" Lansky says, snapping his fingers to illustrate how quickly producers wanted to make their money back. "I'm coming in and I'm like, 'I want to do the opposite. I want to create a quality that's so superior, and attend to all these little details for customers."

Lansky's business plan relied on the premise that customers were still willing to pay for quality content through subscriptions,

rather than private and cheap stuff for free. Customers brushed it off as overly idealistic, if not laughable. Lansky's friends and colleagues told him he was crazy, that there was no money left in Internet porn. His girlfriend, Jennifer, whom he met in 2010 and has been with since, convinced him otherwise. (He now refers to her as his wife, despite that the two haven't gotten around to getting married; she prefers to use his last name, citing safety concerns over death threats from critics of their pornography.) They were driving down Hollywood Boulevard one day when Lansky confessed to her that he was scared of creating a company that could fail. "She said, 'Everything you touch turns to gold. Look how much money you've made for [Reality Kings]. You'll be fine,'" Lansky recalls. "You know what? I was like, 'Fuck it. I'm going to do it.'"

> I want to create a quality that's so superior," says Lansky. "And attend to all these little details for customers."

Today, Lansky surrounds himself with all things gold, from the glistening AVN trophies lining his shelves to the couch-turned-Instagram magnet in his foyer, to the padlocks on his Italian leather Buscemi high top sneakers. It's a reminder of his success, which he credits mostly to Jennifer. His company now includes four different brands – Blacked, Blacked Raw, Tushy and Vixen – and boasts roughly 75 employees worldwide. Its producers, designers, accountants, and lawyers are based in Los Angeles; web programmers and tech support in Barcelona, Spain; and marketing in Montreal, Canada (Operation costs are cheaper in the last two cities, where employment is less competitive). And though his company turns a profit, piracy is still a big problem. David Robertson, the co-founder of the copyright enforcement agency XTakedowns.com, estimates that six percent of all adult piracy — what he calls "a ridiculous number" considering there are thousands of content studios — is related to Vixen, Tushy, and Blacked. He says he's handled more than 12.6 million copyright infringements, or what he calls "an unfortunate compliment" for Lansky's content.

After the Instagram Live ceremony with Danger wraps up, Lansky and Jennifer – a former designer for Guess who now designs Vixen's sets and styles its photo shoots – spend the rest of the afternoon picking out clothes for Danger's photo shoot the following day, at a taco stand in South Los Angeles. While Danger vapes, Lansky fits her in a white wife beater ("It's kind of fucked up when you think about it. I wonder who came up with that?" he says of the name); sweat pants ("There's something cool about really loose pants with someone with such a great waist"); and hoop earrings ("They're so sexy"). The vibe he's laid out on his mood board? "A Nineties Los Angeles sort of thing," he says. He rarely has time to shoot his own Vixen Angels anymore, and he prefers to pass on the opportunities to up and coming photographers he scouts on Instagram. But he wasn't happy with the photographer he hired for the last shoot with Danger, so this time, he's doing the job himself. He's ditched the Versace shirt and aviator glasses in favor of a black Lululemon sweater, black stretchy pants and sneakers. Since he's not in front of the camera

today, he doesn't need to play the role of the girl's dad
producer. Besides, he's already nailed the part.

---

**IN THIS ARTICLE: Pornography**

---

**(SUB)CULTURE > (SUB)CULTURE FEATURES**

---

# MORE NEWS

---

**OPENAI CHAOS**

### WTF Is Happening at OpenAI?

BY JON BLISTEIN

---

**GRILL SESSION**

### TikTok, X, and Meta CEOs to Face Congressional Hearing Over Child Sexual Exploitation

BY MILES KLEE

---

**EYES. LIPS. FACE.**

### How This Viral TikTok Trend Became Linked to a 'Sex Cult'

BY EJ DICKSON

---

**FREE SPEECH**

### Musk Tries to Clean Up His Antisemitic Remark With New Twitter Rule

BY MILES KLEE

---

**EXODUS**

### Disney Cuts Ties With X After Musk Pushes Antisemitic Rhetoric, White Nationalist Posts

BY EJ DICKSON

READ MORE ▼

PMC

## MOST POPULAR

**1** *Variety*
Sharon Stone Paid Leonardo DiCaprio's Salary in 1995 When the Studio Refused to Cast Him; DiCaprio Says: 'I Cannot Thank Her Enough'

**2** *she*knows
Old FBI Files Claim Donald Trump's Second Wife Marla Maples Allegedly Had an Affair With This '90s Singer

**3** *The Hollywood Reporter*
Marvel Studios Taking Stock of Strategy Amid 'The Marvels' Meltdown

**4** *VIBE*
Marlon Wayans Speaks On Adjusting To His Eldest Son's Transition: "I Just Want My Kids To Be Free"

## YOU MIGHT ALSO LIKE

‹  ›

*Variety*
Elon Musk's X/Twitter Sues Media Matters After Advertiser Exodus, Alleging 'Blatant Smear Campaign' by Research Group
2 HOURS AGO

**WWD**
Dyson Black Friday Deals 2023: Top Sales on the Airwrap, Supersonic Hair Dryer, and More
2 HOURS AGO

*SPY*
The Receipts: Britton Schey, The Reluctant Yogi
6 DAYS AGO

'The Creator' Gets Another Lease on Life: It's the Top New Release Available on VOD
3 HOURS AGO

**Subscribe and Save 40%. Offer Ends Friday. See My Options**    ^

GET THE MAGAZINE

GET DIGITAL ACCESS

GIVE A GIFT

CUSTOMER SERVICE

ROLLING STONE
Music
Politics
TV & Movies
(Sub)Culture
Staff
Contact
Advertise
Shop

LEGAL
Privacy Policy
Terms of Use
AdChoices
PMC Entertainment
California Privacy Rights
Your Privacy Choices
Accessibility

FOLLOW US
Facebook
Twitter
Youtube
Instagram
Tiktok
Twitch
Mastodon

NEWSLETTER SIGNUP
ENTER YOUR EMAIL    SUBSCRIBE
By providing your information, you agree to our **Terms of Use** and our **Privacy Policy**. We use vendors that may also process your information to help provide our services.

GOT A HOT NEWS TIP?
We want to hear it. Send us a tip using our anonymous form.
SEND US A TIP

Rolling Stone is a part of Penske Media Corporation. © 2023 Rolling Stone, LLC. All rights reserved.
Powered by WordPress.com VIP

OUR SITES

Exhibit 6

# Jerking Off to Capitalism: The 1 Percent Fantasies of Greg Lansky's Vixen

Greg Lansky is gesturing at the shoulder-to-shoulder crowd while sitting behind a red velvet rope on the rooftop of the Ace Hotel in downtown Los Angeles. "I want to take porn out of the shadows," he says with his French accent.

The 35-year-old pornographer is wearing a black velvet blazer over a black t-shirt, along with a flashy gold watch and gold-rimmed aviator glasses. The mass of partygoers gathered around the neighboring pool is filled with semi-celebrities, including vaguely recognizable YouTube stars and musicians like Trippie Redd. But the most familiar faces belong to the dozens of porn performers in attendance, including Abella Danger, Adriana Chechik, and Riley Reid.

This party is part of Lansky's vision for, as he puts it, "elevating" the porn industry. Many of the women in attendance are clad in evening gowns, having come straight from the Pornhub Awards, an Oscars-like event sponsored by one of the mega tube sites currently gobbling up the adult industry. Kanye West was there, having served as the show's surprise creative director, and now provides the background hum of this afterparty: *KanyeKanyeKanye*. Earlier, Lansky posted to Instagram a photo of himself hanging out with West backstage.

Ace Hotel. Pool party. Velvet ropes. Kim Kardashian's husband. It all amounts to a degree of glamour and celebrity that isn't usually conferred to the contemporary porn industry. It's the celebrity-studded *Playboy* mansion parties of the past brought firmly into the tube-site-ruling 21st century. In fact, it's Lansky's party, but it's co-sponsored by Pornhub.

Soon, a couple of women will jump into the pool and make out, seeming to

fully realize the vision for the night. But, for now, Lansky leans back in his chair, legs spread, and strokes his well-groomed beard. The logo of his flagship brand, Vixen, is splashed throughout the party. "The kind of stuff we're creating, it's not porn, it's not mainstream," he says emphatically. "They don't have a word for it."

There might not be a single word for what Lansky does, but the phrase "lifestyle porn" comes to mind. He is a purveyor of a fantasy about wealth, power, fame, beauty and, almost as an afterthought, sex.

Lansky, who grew up in Paris, says he decided that he wanted to get into porn when he saw his first *Playboy* magazine at the age of 13. "I was fascinated by it," he said. "I was like, wow, that is it, that's what I want to do." Eight years later, he made his first adult film in Europe with a childhood friend. Eventually, he worked his way into the mainstream U.S.-based porn industry. But it wasn't until a few years ago that his star started to rise with his creation of Tushy, which bears the tagline "the art of anal sex," and Blacked, a so-called "interracial" site. (The latter has garnered criticism for fetishizing black men— and the name alone could support a graduate thesis on cultural representations of race and sexuality.) It was Vixen, though, that quickly became synonymous with Lansky's name and image.

Vixen produces ultra high-definition porn set against luxurious backdrops—a Los Angeles high-rise, the Aegean Sea, a balcony overlooking the Eiffel Tower —for members who pay $29.95 a month. The sex is tame, but the settings are extreme. Most of the videos have little setup and promptly proceed to the spectacle of exquisite naked bodies in locales that might otherwise belong on the latest cover of *Architectural Digest*. It's almost like jerking off to capitalism. As Abella Danger, a wildly popular Vixen performer, put it to me, "He really does keep it tasteful, even though we're, like, suckin' dick," she said with a laugh. "That's really hard to do."

That literal pornography transforms into the aspirational variety in Vixen's PG-13-rated social media presence, as well as on Lansky's own Instagram account. Every month, a new Vixen Angel is announced through a live-

streamed ceremony during which she's given a custom necklace from Tiffany's bearing a diamond-encrusted "V," as well as a pair of Christian Louboutin red-bottomed shoes and a lingerie set, both bearing the Vixen logo. Some G-Eazy might play in the background as the camera zooms in on the luxury shoes. Almost always, Veuve Clicquot is conspicuously poured into Champagne glasses. And c*link, clink, clink!*

These ceremonies are paired with the release of images from elaborate photoshoots that Lansky says can cost upwards of $30,000. Recently, the company shot Tori Black leaning out of a helicopter over Los Angeles and Kira Noir posing in 127-degree weather in the middle of Death Valley. The resulting images, which don't feature nudity, live on Vixen's pay site, but they also show up on Vixen's Instagram account. Which is to say: Lansky invests in days-long, high-quality photo shoots only for the images to end up as visuals on people's social media feeds.

When I visited the Vixen offices in Studio City the day after the after-party, Lansky told me, plainly, "This shit's working." That's because he says people discover the brand through social media and then find their way to the pay site. It's hard to measure the return, but Lansky, who declined to share actual numbers, says that site membership is increasing. He now has a staff of roughly 100, which is remarkable for a porn production company (20 to 40 is average, according to an industry source). The Vixen Instagram account is just shy of one million followers.

His own Instagram account has only a healthy fraction of that, but it's where things get most interesting. Much like in his *porn*-porn, Lansky's social media is filled with signs of wealth: yachts, helicopters, fast cars, gold watches, and, of course, champagne. Sometimes these status symbols overlap absurdly, as in a video where he reveals the bottles of champagne kept chilled in the trunk of a Rolls Royce. In more than a couple shots, he's shown in a black and gold Versace robe, standing on that same balcony in front of the Eiffel Tower or on a seaside villa in Ibiza, for example. Typically, he's flanked by beautiful women —perhaps the ultimate status symbol in this particular realm—wearing high-waisted Vixen-branded bikinis.

But there is a particular type of photograph on Lansky's Instagram that visually hints at the success behind his brand: the images where there's the implication of himself in the foreground. Sometimes it's his hand; sometimes it's his feet.

Instead of a photo of Angela White lounging by a pool, for example, it's a photo of White lounging by the pool with Lansky's hand reaching into the frame to grab the deep-v of her swimsuit. It's his hand—foregrounded by the oversized gold watch around his wrist—opening the bathroom door on Kendra Sunderland or pulling back a curtain to reveal a faceless, scantily-clad woman standing on a balcony.

But while his hands directly perform the fantasy of access and authority, the slyest of this genre involves his feet, which are often clad in Givenchy or Versace slippers. There are Lansky's feet, visible in the lower-left-hand corner of a video of Sunderland in an infinity pool in Mikonos. There they are again, crossed in repose in the foreground, as two ladies dangle their legs off the edge of a yacht. And again, propped up in the lower portion of an image of a woman standing on a balcony overlooking the Eiffel Tower alongside a bucket of champagne.

The insertion of himself into the frame transforms what might otherwise have been a glamour shot into lifestyle porn. His extremities serve, not unlike a hard dick in point-of-view porn, to transport the male viewer directly into the frame, and into the fantasy. The male gaze is made more literal; it's self-realization by proxy. These are the shots that, taken alongside his actual porn, reveal how well Lansky understands the breadth of straight men's sexual fantasies. It's not just about sex, even when there is actual sex involved. There are almost always deeper yearnings at play—for security, safety, or power. "My job is to sell a dream," he said. "I'm trying to portray this vision of success, fun, positivity, and beauty."

But that vision is a total fantasy. "My personal Instagram is definitely more fun than my personal life," he said. In fact, Lansky says he works 100-hour weeks, so there is little time for actually lounging by a pool or watching a nearly-naked

woman [stock a fridge with gold bottles of champagne](—not unless it is part of an actual Vixen shoot. He added, "Even I look at my own Instagram and I'm like, 'Fuck, I *wish*.'" For all its absurdity, Lansky's social media presence is oddly convincing. So much so that I had to actually clarify: So your Instagram *isn't* like your real life? "Not at all," he said, laughing. "Not at all."

It's hard not to compare Lansky to Hugh Hefner. After all, like his predecessor, Lanksy sells a lifestyle that is centered around beautiful, branded women. There is at least one notable difference, though: Lansky doesn't view those beautiful women as passive "bunnies." Instead, he refers to them as "artists" and "entrepreneurs." After winning an AVN Award in 2017, he [tweeted], "Adult performers YOU are artists! You are brave & you are beautiful! They do not define what we do." As Adriana Chechik, a popular performer and recent Vixen Angel, put it to me, "Hefner was very chauvinistic. I don't feel that he looked at any of the women [he worked with] as an equal." Of Lansky, she says, "He doesn't just care about your looks, he cares about your person. He's trying to humanize us."

But while the women he works with may be celebrated co-collaborators, and humans, they are also effectively cast as aspirational objects, right alongside the designer watches and shoes.

He was quick to tell me that many of the porn performers that he works with could lead business seminars in branding. As he points out, when he's taking sleek photos of himself—or his slippered feet, really—with a bunch of women by the pool, they are doing something similar. Many take selfies of the bubbly poured poolside, creating their own PG-13 fantasy for hundreds of thousands of followers. In fact, some Vixen Angels, like Abella Danger and Angela White, have millions of followers—far more than the brand itself. Of course, in Lansky's porn, as on his Instagram account, the women are often the ones fully centered in the frame, not hinted at as kicked-back viewers or thrusting dicks in the periphery.

Neither Lansky's porn, nor his social media presence, are particularly interested in subverting the male gaze. (Although it bears mentioning that

Lansky has recently hired Kayden Kross, a longtime performer and co-founder of indie porn site TrenchcoatX, to direct high-profile features that are cinematic and narrative-driven.) His work and brand are largely about people, overwhelmingly men, *looking at* women. But with Vixen he is trying to take the secrecy and shame out of both the looking and the being seen. It is objectification on a gold-encrusted, Gucci-branded pedestal. The women in Lansky's photos and films are portrayed as relishing it, because that, too, is part of the fantasy. It isn't fueled by the erotics of guilt and debasement, rather enthusiasm and luxury.

As Danger, a Vixen Angel, tells it, this overall aesthetic pours over, like so much bubbly, into the experience of shooting with Lansky. "From the moment you step on set you're treated like royalty," she said. When asked for concrete details of this royal treatment, she gives the example that wardrobe is provided and that there are fittings ahead of time, both now a rarity in the industry. She says Lansky also runs concepts by performers and is highly amenable to changes. His sets can have around 10 crew members, she says, whereas other shoots might only have a single production assistant. Danger mentions that she doesn't even have to ask for water on his sets.

Given the dramatically slashed budgets of the current adult industry, this is all, perhaps sadly, worthy of note. Chechik mentions similar perks: wardrobe, assistants, and creative feedback. "Most companies you go to shoot for it's just: this is how it is and I just want to get the scene in the can," she said. "Most directors just want to feed the machine. They aren't trying to make it about you, they're just trying to make a product and have it be done with." Recently, when she had her Vixen Angel photoshoot—in which she donned satin gloves, diamonds, and a white fur shawl while flanked by tuxedoed men in homage to Marilyn Monroe in *Gentlemen Prefer Blondes*—she says Lansky wanted to keep shooting until she was happy with the results. "For a director to even say that, and to actually even care about how you look in a photo, is astonishing in porn," she said.

But it's Lansky's rhetoric around the work that seems to make the biggest impression on performers like Danger. "He makes you feel like you're creating

art," she said. "He never forgets to remind you that you are an artist." Danger adds, "You're reminded that you're the number one reason that everyone is on set." Again, this is worthy of note in an industry where women performers can feel highly disposable, particularly amid abuse allegations in which some accusers have faced greater consequences than the accused.

The politics of Lansky's work might not be impenetrable, but they are unusual. When Tori Black returned to the industry after a several-years-long retirement, she went to Vixen. Her comeback film begins with her being interrogated by a bunch of men—in a high-fidelity rendering of the infamous scene from *Basic Instinct*—about her decision to return. "Do you feel that having sex on camera has... devalued you?" one of the men asks. She responds, "*Sex work* doesn't devalue people. *People* devalue sex work."

Later, she adds, "I'm an artist. My body is my art." And then she proceeds to make her art.

This fantasy world, where diamonds drip from women's necks and Veuve Clicquot flows freely, feels wildly out of step with our current political and social reality. But it's even more so contrary to the current reality of the porn industry, which has been decimated by tube sites. As Lansky puts it, "Everyone in the adult industry is just really fucking trying to make it." The Vixen Angel ceremonies are, in some ways, a throwback to the bygone "contract girl" era, where a female performer could sign a lucrative multi-film deal with a major studio like Wicked Pictures (whose website is now managed by tube-site behemoth MindGeek), as opposed to having to hustle for declining fees as an independent contractor. Just over 15 years ago, the average porn performer could expect to make $100,000 a year, but now it's roughly half that, according to porn talent agent Mark Spiegler.

Then again, fantasies are about escape. Lansky, however, says his over-the-top vision works with viewers simply because "everybody likes a winner." I asked him, "Why? Is it because they want to believe that they can win, too?" And he immediately shot back, "They *can*."

That's the thing about Lansky. He is earnestly optimistic about the ability to believe your way to success. He's a devoted fan of the 1903 self-help book *As a Man Thinketh*, which, like *The Secret*, is about the power of human thought. Lansky says he tries to read it once a week. "What really changed my life was realizing that I wasn't going to get what I wanted, I was going to get what I *think about*," he said. It's the gospel that he preaches right alongside all of those images of beautiful women by bodies of water. In the caption of a photo of him lounging poolside in Mikinos with five thonged women, he writes:

> Surround yourself with positive people and hold on to YOUR vision in your heart & in your mind even when it's hard. Something amazing will grow out of it I promise. 🙏 . YOU WILL NOT GET WHAT YOU WANT BUT WHAT YOU THINK ABOUT so be watchful what you put in your head and don't let anyone get in there that's not bringing you up! 🙌🥂

In another photo of him driving a yacht with six women in the background, he writes: "Be willing to fail. Again and again until you succeed! If you keep trying the odds do not matter! #motivation #greglansky." As he told me, "I grab people's attention with the beautiful women and then they read it and they're like, 'Oh shit, this is actually a motivational post.'" He's aware that it can come off as "corny or cheesy," but to quote a #greglansky 'gram, "you will never turn a hater into a fan."

"Ultimately, it's about elevating the game," he said. "It's not about worrying what other people are going to say." This "elevating the game" soundbite is one he returns to frequently, and it has a certain DJ Khaled-esque hollowness, but it also reflects his earnest-seeming desire to convince people of the value of porn. If he can get the general public to see sex workers as artists, maybe porn viewers will open their wallets once again. At least, that's his gambit—and he claims it's already working.

Everything about Lansky's branding approach—including the Ace Hotel party, the picture with Kanye, the Instagram-friendly lifestyle photos, the heavy-handed symbols of luxury, and even the inspirational quotes—is in service of trying to mainstream the adult industry. That's what he means when he says

that he wants to "take porn out of the shadows." Lansky wants to see porn treated like any other part of our culture.

His big vision, he says, is to be the first porn company in the iTunes Store—as in, he wants to be accepted by Apple, a company notoriously unfriendly to adult content. "If I can elevate all of us and elevate the game so that there is no difference between 'adult' and music and movies, then this is inevitable," he said. "It *has* to happen."

This might sound delusional, and yet so did his vision a few years ago of pouring money into high-quality porn at a time when the mindset of the tube-ravaged industry was to make the cheapest content possible. Now, he's one of the leading producers in the business and the envy of many a porn producer who can only dream of having access to his big budgets.

Part of this vision is simply about good business and accessing more customers. "If you're part of the culture, you get noticed more, and if you get noticed more you get more customers," he said. But then there's the more human piece about craving acceptance.

It wasn't always that way. He first got involved in the industry in part because he loved that it was taboo and unconventional. "It would make people uncomfortable and frown upon you, and I wanted that," he said. "My biggest fear was to be a real estate agent or something like that. I didn't see myself in a conventional life." These years later, though, that's exactly what he wants to change. "For me, the more doors you close on me, the more motivated I'm going to be to keep pushing them open," he said. "When I'm with the women that I work with, I like this idea that together we're on this mission to basically kick the fucking door open together."

And, of course, they'll be kicking it open with Louboutins and a glass of bubbly.

Exhibit 7

HIPHOP **DX**

NEWS          REVIEWS          RELEASES          DX AWARDS          MORE

G-Eazy - Still Be Friends (Official Video) ft. Tory Lanez, Tyga



# G-EAZY THROWS A RAUNCHY MANSION PARTY FOR 'STILL BE FRIENDS' VIDEO

**by KENAN DRAUGHORNE**
Published on: Apr 3, 2020, 12:30 AM PDT

G-Eazy's got something to spice up any quarantine.

The Bay Area-bred rapper has teamed up with Tyga and Tory Lanez for the "Still Be Friends" video. The trio hits the Vixen Villa for a topless mansion party featuring some of the most notable names in adult entertainment.

YG, Dre London and more make cameo appearances on a night they're probably missing now that everyone's locked inside.

The link to this photo or video may be broken, or the post may have been removed.

**Visit Instagram**

Directed by Daniel CZ, the spirit of the 70's is fully apparent from start to finish. It's G-Eazy's first video of 2020 and first proper release since last October's *Scary Nights* EP. Tyga's keeping busy with his new single "Bored in the House" while Lanez is gearing up to drop *New Toronto 3* on Friday (April 10).

**AD**

AD LOADING...

The video is definitely NSFW but that might not matter now that the workplace is the living room. Check out the steamy visual here or watch the all-ages version above.

[apple_news_ad type="any"]

**IN THIS ARTICLE**

G-EAZY | TORY LANEZ | TYGA

## MORE ON HIPHOPDX


**SHAQUILLE O'NEAL WISHES HE WAS A 'LITTLE BIT SMALLER' IN NEW PEPSI AD WITH SKEE-LO**
NEWS | NOV 20, 2023


**MEEK MILL SAYS IT'S 'IMPOSSIBLE' TO MAKE MONEY OFF STREAMING: 'THE SYSTEM [IS] FAILING'**
NEWS | NOV 20, 2023


**LITTLE BROTHER SET BLACK FRIDAY RELEASE FOR 'MAY THE LORD WATCH' DOCUMENTARY**
NEWS | NOV 20, 2023

## WATCH ON HIPHOPDX

COMING SOON...

**AFTER THESE MESSAGES**

# DX NEWSLETTER

Exhibit 8

# UPROXX

MUSIC   FILM/TV   CULTURE   LIFE/STYLE   SPORTS   DRINKS   VIDEO/PODCASTS   FO

─────────── **M U S I C** ───────────

## G-Eazy FaceTimes His Famous Friends In The 'Moana' Video With Jack Harlow

**AARON WILLIAMS**
HIP-HOP EDITOR                                                        APRIL 30, 2020



G-Eazy, Jack Harlow - Moana (Official Video)

G-Eazy has been finding more and more innovative video ideas as he seemingly gears up for... something. He may or may not have a project coming soon, but he's been dropping singles left and right. Most recently, he put the video for his Tory Lanez and Tyga collaboration "Still Be Friends" online in a most unusual fashion, then did a pair of surprise covers of classic rock songs. Today, he shares the quarantine-ready video for his latest single, "Moana," produced by Zaytoven and featuring semi-newcomer Jack Harlow.

Because social distancing prevents him from doing one of his favorite kinds of videos — again, search for "Still Be Friends" off of company time — Gerald still manages to make his latest clip a social affair by FaceTiming a few of his famous friends. Yes, that includes his co-stars from his latest video, who pop up early via video calls to show off their official, Vixen-brand "uniforms." However, a number of more conventional celebrities appear, from fellow rappers like YG, Snoop Dogg, Diddy, and Eazy's Bay Area compatriots Allblack and Sage The Gemini, to athletes like Blake Griffin and Marshawn Lynch. There's also a plethora of DJs from across the nation, fans doing dances, and pretty girls who "look like Moana."

Watch G-Eazy's "Moana" video with Jack Harlow above.

*Jack Harlow is a Warner Music artist. Uproxx is an independent subsidiary of Warner Music Group.*

    

TOPICS: #G-EAZY, #JACK HARLOW          TAGS: G-EAZY, JACK HARLOW

## LISTEN TO THIS



### All The Best New Music From This Week That You Need To Hear

BY: DERRICK ROSSIGNOL



### The Best New Hip-Hop This Week

BY: AARON WILLIAMS



### All The Best New Afrobeats Music From This Week

BY: WONGO OKON



### All The Best New Pop Music From This Week

BY: LEXI LANE



### All The Best New Indie Music From This Week

BY: GRANT SHARPLES



### All The Best New R&B Music From This Week

BY: WONGO OKON

Exhibit 9



☰ Menu

**AdAge**

| **Don't Miss** | Data news and trends | Nov. 29 Gen Z roundtable | Football marketing news | Thanksgiving food mashups | See 2023 holiday ads |


Marketing News & Strategy →

# KANYE WEST'S FAVORITE PORNOGRAPHER IS A MASTER OF SFW MARKETING

    

By Eric Spitznagel. Published on August 17, 2018.



Credit: Greg Lansky via instagram

During an appearance last week on "Jimmy Kimmel Live!", Kanye West was asked if his attitudes toward women have changed since becoming the father of two daughters. With a smirk, he admitted to Kimmel that he still watches pornography online. "Blacked is my favorite," he said.

Exhibit 10

# The Women Behind That History-Making Porn Billboard in Hollywood

I spent an afternoon circling a room with wooden bookcases—just after I stepped over a vine of naked, sleeping bodies exhausted from their orgy, and just before I had a group sex encounter of my own—telling people why I hate Jesus. Well, why I hate colonialism and oppression, or those who use a pedestal of morality as a form of separation and control. Anger was a virtue before the crusaders told us it was not. And if this morality on high commanded us to not be angry when wronged, then we'd have to take whatever was hurled at us. As I paced my words with my lines, there was a sense of spiraling. What began as a measured answer to a question from my friend and sometimes lover, and also someone who would soon become a Judas of sorts to me, started to become more introspective and personal and emotionally wrought. Docility was a virtue to a world taught to love thy neighbor, but what did it mean to be slapped by that neighbor and to refuse to turn the other cheek?

What did it mean to us as individuals and as an industry demonized by our

neighbors to fight back?

My character in this second season of the [award-winning series *Muse*](), by the pen and eye of [Vixen Media Group director Kayden Kross](), is a college professor notorious for her many-limbed body of work in the world of sex. She goes from being a hunter to prey but then also a hunter again—all in the blink of an eye. Much like how our world now elevates and cancels within seconds of information appearing on our feeds, she is lauded, judged, and then cast out, her image shattered by a battering ram of clickbait headlines. She is betrayed by a student who accuses her of sexual misconduct in her classroom because he's obsessed with her and she won't be to him what his psychosis desires; by her friend who chooses to legally represent this student knowing it could bring her ruin; by the media and the world who make snap judgments in sound bites and without all the information, especially against women who have challenged the societal norms of so-called morality; and most intimately by her lover, a man who will give her everything but valuing love.

She is not perfect—far from it—and that's what I love about playing her. She's *real*. Even if you don't identify with being a sex worker, or a professor, or even a woman who is thrust into a spotlight not of her choosing, you know her because you *are* her. Some part of her, anyway. And that's something that serves as a bridge to connect people who might have preconceived notions about what our industry is about to the people who live and breathe in it.

Those moments of strength, also marked by flaws and vulnerabilities, are important. If our neighbors—the ones who mindlessly slap us and demand no response—can feel something human and tangible and relatable, it stays with them. Because everyone's been wronged by friends and lovers, and even a world that makes the rules of what is good and what is bad starkly, in a flash. Whether we realize it or not, we are all living in a time that is constantly teetering on a razor's edge.

When Kayden came to me with the script, I was so excited. Last season we set out to prove that porn could be art, and this year we wanted to prove there was [no difference between the quality content you see on Netflix and the]()

sensual adult films you see on Deeper.com. The stories were real and robust and commented on the world we live in as human beings, and also the more finite world of a woman who is accomplished and well-read and respected but torn down because she is a sex worker. As an actress, I've never gotten the opportunity to play a character with so many real and conflicting pieces before. It's so rare that a sex worker is seen as someone of intelligence and accomplishment. This character doesn't have to fall into the all-too-familiar mainstream categories assigned to women—the virtuous one or the whore.

"If you're angry, then you won't be likable," I was told once, just after my soap opera character was raped. "Crying is better than yelling. You want the audience to feel sorry for you." But the character I played had just been raped in an alleyway. Why couldn't I be mad about it? Why were my tears of more value than my anger? It was a message that told me that weakness was my power, as was suffering, and if you lash out and stand up then you won't be loved. So, when Kayden showed me the three-page monologue where I was spiraling that would see me raw and real, and all the pages that followed, I felt a rush of liberation. Finally, I could play someone strong who gets angry, but who is also broken and sad, and who, not in spite of but because of all of these things, is deserving of love. As that young actress who was told not to be angry, it felt good to finally grit my teeth.

*Muse 2* is arguably the biggest production in porn history. Aside from the massive script—which had me saying roughly 750 lines—the cast, crew and the filming schedule were that of a mainstream feature film with Hollywood-level production. We had a set director and built-from-scratch sets, plus a whole art department and more production assistants than I had ever seen. There was a walkie-talkie system in place just to coordinate the crew as there were dozens of bodies working on this at any given time. We even incorporated mainstream actors into the script to play my students and various other roles. When I was first in the industry, I was told mainstream talent wouldn't do porn productions at all, even in non-sex roles, because of the taboo, but here they were really showing up and excited to be there. "This is my big break!" one of the actors said. "For me, too," I replied.

*Aside from the massive script—which had me saying roughly 750 lines—the cast, crew and the filming schedule were that of a mainstream feature film with Hollywood-level production.*

For the last scene of the lengthy production, which was my first gangbang—and also the grand finale of that spiraling journey I started in that room full of bookcases and bodies—Kayden and I held the clapperboard together and called for action. She gave me a dirty hug after it was all over—as I was covered in four men's semen—and we took in the moment of all we had accomplished. And all of it came because we did get angry at what society was throwing at both of us. But we didn't just get angry, we got motivated, and we made something that had meaning.

We slapped back.

Fans returned in droves to watch the season premiere, and although sex is what drives adult film productions, the fans were mostly commenting on the twists and turns of the story, how much they loved the characters, and making guesses as to what will happen next. It feels monumental to really do something that has accomplished fully marrying the worlds of porn and mainstream. Finding virtue in the whore and power in something that was broken--something Hollywood has never had the guts to do for women. To be everything would give a girl too much power.

Just as the finale was airing, Vixen Media Group put up a billboard for *Muse 2* right in the heart of Hollywood, just steps away from where the Oscars take place. My image and the names "Maitland Ward" and "Kayden Kross" up there in bright lights for everyone to see.

"Oh wow, is that you in that movie up there?" a guy walking his dog asked as he passed me while I was taking some photos under it.

I smiled and told him that it was.

And I never had to answer the question, Is it porn or mainstream? Because he never asked it.

*Maitland Ward is an adult film actress with Deeper.com, part of [Vixen Media Group](), and model.*

Exhibit 11

# Maitland Ward explains what actually goes into '16 hour day' porn shoots

Published 14:45, 23 December 2022 GMT
| Last updated 14:45, 23 December 2022 GMT



If you assume getting into porn is an easy way to make a bit of fast cash, Maitland Ward is here to explain why you're wrong.

In fact, by the sounds of things it's bloody hard graft, with the adult movie star explaining what actually goes into '16 hour day' shoots.

For those not in the know, Ward starred as Rachel McGuire in the hit 90s sitcom *Boy Meets World* before launching into the porn industry in 2019.

The 45-year-old went into detail about her journey in a memoir titled *Rated X*, which dropped in September this year.

You can read more about Maitland Ward's experiences in her recently published memoir Rated X. Credit: Instagram/@maitlandward

Following the launch, Ward spoke with the Independent about the work and time that goes into creating an adult movie - to say it involves more than sex is an understatement.

According to the award-winning actress for Vixen Media Group's Deeper, she's had to rehearse monologues up to three pages long.

But thankfully her previous acting work has helped her when it comes to creating these scenes.

She also spent two years studying screenwriting at the University of California Los Angeles, telling the outlet that this helps her to choose which films she does and doesn't want to work on.

"I think that they have this misconception that porn is just silly and nobody puts any work into it," she explained.

And let's just say this is not your regular 9 to 5, with Ward adding: "We work about 16-hour days. I'd say about an hour and a half of that is sex.

"The rest is filming, the rest is shot, the rest is dialogue."

Like many other adult film actors, one of Ward's most important aspects of preparing for a shoot is around consent, something she believes Hollywood should learn about from the world of porn.

"Talking about it ahead of time, knowing what to expect out of the scene, knowing what your 'nos' and 'yeses' are, what you do and don't like," she continued.

She explained that there's a lot more to porn than just having sex. Credit: Instagram/@maitlandward

Elaborating on the topic of misconceptions, she said: "There's a lot of work that goes into these films.

"I think if they're big fans, I think they would recognise that but I think to the greater world, it's not all 'pizza boy gets a blow job under the kitchen table

while the husband is making coffee.

Earlier this year, LADbible were lucky enough to catch up with Ward and find out why she sees trolls as just a different form of fans – an outlook she adopted from the set of her first acting gig.

"I think I am able to compartmentalise the trolls," she said.

"I was told once when I was on the soap opera *The Bold and the Beautiful,* when I was young – 16, 17, 18 – I was told that when they counted the fan mail, they did not count negative or positive fan mail.

"They would only count the number of the letters, because you could have the most negative fan mail, but if you had people actually writing to say they hate your guts and you're trash and all this, they're invested in you, and they're watching you, and you've triggered something in them, and you have made them watch the show.

"So, I think a lot of the negative comments is people watching the show – even though they're doing it in a negative and twisted way, they're still fans, in a weird way."

She continued: "They're driving your numbers up too. It's amazing to me to hear when trolls actually buy everything you have.

"And then they hate you – but they're buying everything you have.

"Like, they'll come on any of my platforms – whether it be Deeper or whether it be my OnlyFans – and whenever a random troll comes on, it's like, 'You just purchased my stuff?!'"

As they say, there's no such thing as bad publicity.

Exhibit 12



MENU



**SEX**

# HERE'S YOUR ULTIMATE GUIDE TO FEMINIST, ETHICAL PORN (YOU'RE WELCOME)

Your world is about to get rocked... ethically.

by **EMMA GLASSMAN-HUGHES**

JAN. 26, 2022

HUMANMADE/E+/GETTY IMAGES

To answer the question, "Do women have sex drives?" — a query my 12-year-old self could have answered in about three seconds, with a pillow and a library copy of *Twilight* — a group of German neuroscientists conducted a study in 2019 that definitively

cracked the case. The conclusion, of course, was yes: An analysis of brain images from a variety of sources showed researchers from the Max Planck Institute that erotic images make people of all genders horny as heck. *Groundbreaking.* But even with this knowledge, most statistics find that men remain significantly more likely to watch porn than women. You don't even need a German neuroscience degree to puzzle out why: Most porn caters exclusively to the male gaze. That is, it once did. Today, however, there's a growing number of porn sites designed to appeal to female viewers, and they're well worth your clicks.

Mainstream porn has a reputation for being highly produced and somewhat unnatural-looking, two things that can pull people — particularly those socialized as female, who have been conditioned to criticize their bodies — out of the moment. Plus, a lot of mainstream porn features sex acts that don't look all that enjoyable for female and female-bodied performers. Adult filmmaker Angie Rowntree believes ethically produced feminist porn — or porn made with women and those socialized as female in mind — provides a much-needed alternative to porn that centers male pleasure.

In 1999, she founded Sssh.com, one of the first porn sites to bill itself as "ethical," which crowd-sources script ideas from fantasies shared by its members. "Seeing how

mainstream porn was male-centric, with a focus on male fantasy that generally neglected the desires of female consumers — because the assumption was that women did not watch porn — I wanted to fill that void and create porn where female pleasure was at the forefront," she says. "I also wanted to artistically push back at the prevailing myth that women are not as visually stimulated or as aroused by porn as men are."

Since then, the porn industry has only continued to expand. Maitland Ward, an adult film actor from Vixen Media Group's Deeper.com, says that women and feminist porn producers have driven considerable progress within the adult entertainment industry. She tells Elite Daily that many major porn productions are now helmed by women, thanks in large part to the success of feminist porn.

But what actually constitutes "feminist" porn? Should you be watching it? And where would you even start? Take some advice from these adult entertainment experts who all agree: Ethical productions are the future of porn. Your web browsers will thank you.

# What Is Feminist Porn?

VIEWSTOCK/VIEW STOCK/GETTY IMAGES

Unlike conventional forms of porn that are found all over the internet, usually for free, Rowntree tells Elite Daily that in order for porn to be considered "feminist" or "ethical," it must prioritize consent, agency, and transparency.

"Feminist filmmakers typically negotiate everything with the actors in advance, so everyone is fully and enthusiastically consenting to all planned sex acts, feels safe and respected throughout the process, and is paid a fair rate for their work," she says.

Ward agrees that a defining characteristic of good, feminist, ethical porn is a commitment to respecting the bodily autonomy of all those

involved. But that doesn't mean feminist porn can't also be extremely kinky. "It can be a completely twisted, taboo scenario but if it's handled by consenting adults who are aware, along with their audience, that this is an adult fantasy space, then I believe that's ethical porn," she says.

Skye Blue, a porn star and entertainer for SNCTM, says feminist porn also tends to be more natural and less manufactured than mainstream porn.

"My favorite producers all choose scripts that have dialogue that seems familiar to our actual sexual encounters and then allow us to do the scene 'gonzo style,' where we have sex the way we want to. No cutting, no positioning, just all us," she tells Elite Daily. "They hold the camera and follow the action as naturally as possible, they include breaks for lube and water, and even include after care. It's a much more accurate depiction of what would happen in the bedroom, which is what a lot of women prefer to see when masturbating."

# How Can You Tell If The Porn You're Watching

# Was Ethically Produced?

As a viewer, it's not always obvious whether or not an adult film has been produced ethically. But Rowntree has a checklist that can help audiences think more critically about the porn they consume:

**1**    Do you, the consumer, have to pay to access the content?

**2**    Does the site tell you anything about the company, the director(s), the founder, its ethos?

**3**    Is this company on social media and engaging with the porn community?

**4**    Does the company have a performer Bill of Rights on their site?

**5**    Does the company offer contact information?

**6**    Is the company approved by or does it hold membership to any industry organizations?

**7**    How is the site marketing its content? Does it use tropes for descriptions (i.e.

MILF), or does it humanize the performers?

According to Rowntree, the list is not all-encompassing, but it's a good start. "Consider every box a site ticks as a positive, more than thinking of the absence of these elements as a negative," she suggests.

# What's The Best Way To Support Ethical Porn Producers?

SOUTH_AGENCY/E+/GETTY IMAGES

The best things in life are free... except your porn. While there are differing opinions about paying for content, most adult industry

professionals agree that the most ethical porn is the porn you pay for.

If you're sourcing your porn from a corner of the internet that doesn't explicitly identify itself as an ethical or feminist platform, Blue says the best way to support ethical porn performers is to buy it directly from the performers themselves. Many performers post their own work on sites like OnlyFans and Patreon, and some will post directly on their

personal websites, with a paywall.

"If I'm uploading it, it's because I loved the scene and I want others to view it," she says. There's more of a gray area with mainstream brands and tube sites, she explains, because a lot of larger companies require their performers to complete paperwork and actually film the scene before they receive payment. In that scenario, even if a performer wasn't comfortable with a scene, the company technically owns the rights to the content and can post it without further consent.

That being said, Blue emphasizes that plenty of performers will upload shortened clips of their own work as advertisements for their paid content, and the ad revenue from those videos can help sustain them, too.

# I'm Interested In Watching Feminist Porn — Where Should I Start?

I asked Rowntree, Ward, and Blue who the best ethical porn producers are right now, and their answers varied widely.

Aside from Sssh, which was one of the first "Porn For Women" sites ever created,

knowhere suggests checking out many of OnlyFans, and iWantClips to find content that's being posted directly by performers. "There's some very lovely and genuine expressions of passion and creativity to be found on these platforms," she says.

Ward suggests perusing Vixen Media Group's offerings, which include brands such as Vixen and Tushy. She's partial to Deeper, however, which she says is especially known for its thoughtful scripts, mainstream quality, and female-driven productions. Deeper's work, Ward says, is truly "groundbreaking."

"If you would've told anyone some years back that porn fans would be ravenously following a story and commenting on the writing and the acting, I don't think anyone would believe it," she says. "But that's who our audience is and it's been remarkable." Her favorite performers are Aubrey Kate, a trans performer whom she worked with on the set of the second season of her porn show *Muse*, and Dante Colle, a bisexual male performer with whom she's also worked.

For Blue, LustCinema — a company created by filmmaker Erika Lust — is the industry player producing the highest-tier ethical, feminist porn. "They're really blending cinema and porn so beautifully and taking care of every employee involved," she says. She adds that Lust pays all her performers an equal rate. This means there's no wage discrimination based

of gender-100space, which is a common grievance among BIPOC performers in mainstream porn spaces.

Blue also loves the work of several individual, independent creators, including Cam Damage, Freja Noir, Odette Octillion, Nicole Emma Vaunt, and Tay Allard. She admires them for their independence. "When you own all your content, you're in full control of your income," she says.

Whether you love a romantic side plot, hardcore BDSM, or both, there's bound to be a feminist pornographer out there who will tick your boxes and get your rocks off.

Exhibit 13

+ ENGLISH

# MOTHERBOARD

**TECH BY VICE**

# Porn Company Offers Performers Equipment to Safely Shoot Porn at Home

Vixen Media Group, owner of some of the most popular porn online, says it will send $250,000 of equipment and props to performers so they can keep working from home during the pandemic.

 By <u>Samantha Cole</u>

April 7, 2020, 5:00am     



IMAGE VIA VIXEN

Studio porn performers are taking a serious economic blow during the coronavirus

pandemic. Last month, the national trade organization for the adult industry <u>asked studios to stop</u> shooting new content "<u>until further notice.</u>" For many, in-person studio work, collaboration with other performers, and access to set equipment is a <u>huge part of their income</u>—and without it, more are forced to wade into the world of independent production, a transition that's <u>not always easy</u>.

On Monday, Vixen Media Group announced that it plans to make this transition easier for some performers, by sending them customized packages including cameras, ring lights, toys, and lingerie so they can more easily work from home. In total, the packages will be worth $250,000. The performers who get the packages will also be paid for the content they produce from home, which will be part of a new series called "Intimates."

Los Angeles-based Vixen Media Group owns multiple studios, including Blacked, Tushy, Deeper, and its flagship studio Vixen, which together produce some of the most popular adult content online.

"Vixen Media Group has always been known for promoting the art of adult performance and unprecedented quality. We aim to showcase models' beauty through content that stands above the rest and we remain committed to these values as the day-to-day operations of our production team shifts," Vixen Media Group Director, Kayden Kross, said in a press release.

"Vixen will be looking to work with a variety of models in different formats, be it with couples, roommates, solo performers, etc.," a spokesperson for the company told Motherboard. "We will look to work with those who are familiar with our brands, share our vision and values or are simply compatible with what we think our customers would like to see. Overall aesthetics of the look and their existing work are certainly factors we will take into consideration, really no differently than how we worked prior to the pandemic."

Investing in performers' safety and creatively responding to a crisis sets a high bar

within the industry—an industry that's already mobilizing to adapt to an uncertain situation, with some sites giving <u>extra payouts</u> for performers, <u>free content</u> (even when it <u>backfires</u>) and increased platform <u>support</u> for models. "Beyond creating unique content, the true goal of this initiative is for us to offer an opportunity of substance, both creatively and monetarily, to the performers during such a volatile time," the Vixen spokesperson said.

---

**TAGGED:**    <u>VIXEN</u> , <u>BLACKED</u> , <u>TUSHY</u> , <u>DEEPER</u> , <u>PORNOGRAPHY</u> , <u>CORONAVIRUS</u>



---

## ORIGINAL REPORTING ON EVERYTHING THAT MATTERS IN YOUR INBOX.

| Your email address | Subscribe |

By signing up, you agree to the <u>Terms of Use</u> and <u>Privacy Policy</u> & to receive electronic communications from Vice Media Group, which may include marketing promotions, advertisements and sponsored content.

# MORE
# FROM VICE

Exhibit 14

The Verge / Tech / Reviews / Science / Entertainment / More +

POLICY / SEX / HEALTH

# Popular porn sites now display unproven health warnings thanks to Texas law



Image: James Bareham / The Verge

/ The sites display unproven claims that porn impairs 'human brain development' and 'increases the demand for prostitution, child exploitation, and child pornography.'

By **Sheena Vasani**, a writer covering commerce, e-readers, and tech news. She previously wrote about everything from web development to AI at Inside.

Oct 12, 2023 at 3:05 PM PDT |

  

💬 26 Comments / 26 New

Popular online adult film sites in Texas have published "Texas Health and Human Services" disclaimers warning visitors about the unproven health risks of watching porn, reports *404 Media*. The move comes after a US appeals court temporarily overturned an order blocking a Texas law that required porn sites to verify users' ages and

display government health warnings.

Though they don't require age verification, every Vixen Media Group site — which includes *Deeper*, *Blacked*, and *Vixen* — now displays factually debatable disclaimers warning that porn is "potentially biologically addictive" and "proven to harm human brain development." The warnings appear to users within the state of Texas.

These pop-ups also claim porn "increases the demand for prostitution, child exploitation, and child pornography" and that exposure is associated with "emotional and mental illnesses."

It's not clear how long the disclaimers have been online, but they appear to be a reaction to Texas' HB 1181, which was initially scheduled to go into effect on September 1st but has been hotly contested in court. HB 1181 requires adult sites to display disclaimers and verify users' ages with government-issued identification. However, a district judge agreed to block it in late August after a group of adult entertainment activists and companies — which included Pornhub, Brazzers, and the Free Speech Coalition — filed a complaint arguing it was unconstitutional.

**MOST POPULAR**

1   Microsoft hires former OpenAI CEO Sam Altman

2   Sam Altman is still trying to return as OpenAI CEO

3   Sam Altman isn't coming back to OpenAI

4   Hundreds of OpenAI employees threaten to resign and join Microsoft

5   OpenAI board in discussions with Sam Altman to return as CEO

- **How the Kids Online Safety Act puts us all at risk**

- **Child safety bills are reshaping the internet for everyone**

The lawsuit criticized the law's required health warning, calling it a "mix of falsehoods, discredited pseudo-science, and baseless accusations" and "a classic example of the state mandating an orthodox viewpoint on a controversial issue." District Judge David Alan Ezra agreed, rejecting both the age verification rule and the health disclaimer. "Although these warnings carry the label 'Texas Health and Human Services,' it appears that the Texas of Health and Human Services Commission has not made these findings or announcements," Ezra wrote in his decision on August 31st.

Nevertheless, on September 19th, the Fifth Circuit Court of Appeals put a stay on the injunction, which blocked the law while it scheduled arguments. The court did not offer an explanation, only adding that the appeal would be "expedited" to the next oral argument panel.

Several states have pushed rules that restrict how porn sites operate, shaping how these sites work in parts of the US. After Arkansas passed an age verification law in

**Verge Deals** / Sign up for Verge Deals to get deals on products we've tested sent to your inbox daily.

Enter your email          SIGN UP

By submitting your email, you agree to our Terms and Privacy Notice. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

August for adult sites, Pornhub
operator MindGeek responded by
blocking all Arkansas users.
MindGeek imposed the same bans
on other states that have
implemented similar laws,
including Mississippi, Utah, and
Virginia.

🗨 26 COMMENTS (**26 NEW**)

More from **Policy**

# Universal Music sues AI company Anthropic for distributing song lyrics

# FCC greenlights superfast Wi-Fi tethering for AR and VR headsets

# 23andMe says it's looking into another possible data leak

# FCC kicks off fight to restore net neutrality

Exhibit 15

# Strike 3 Holdings Scores Another Legal Victory for Anti-Piracy

[Mark Kernes](#)    July 15, 2020 3:49 PM PDT



**WASHINGTON, D.C.**—It's been a long time coming, but it appears as though Strike 3 Holdings, which owns the rights to online content from Greg Lansky-created websites such as Vixen.com and Tushy.com, may be overcoming some federal judges' prejudice against allowing the company to press its battle with content pirates. The latest example: U.S. Circuit Judge Neomi Rao —a Trump appointee—writing for a three-judge panel of the D.C. Circuit Appeals Court, overturned a ruling last year from District Court Judge Royce C. Lambert, who refused to grant Strike 3 a subpoena to discover the identity of a pirate so far identified only as "John Doe."

The ruling, which was announced yesterday, comes on the heels of yet another federal court [victory](#) for the company, in which U.S. District Judge Noel L. Hillman of the District of New Jersey overturned a federal magistrate's

[ruling](#) that Strike 3 could not obtain subpoenas for the identities of 13 content pirates.

The new ruling particularly took Judge Lamberth to task for discriminating against the company by noting that he felt that the "aberrantly salacious nature" of Strike 3's content was unworthy of legal protection. He termed the company's 3,000+ anti-piracy lawsuits a "high-tech shakedown," suggesting that the judge believed that protection for some copyrighted material is not worth the federal courts' time.

"Armed with hundreds of cut-and-pasted complaints and boilerplate discovery motions, Strike 3 floods this courthouse (and others around the country) with lawsuits smacking of extortion," Judge Lamberth wrote back in 2019. "It treats this court not as a citadel of justice, but as an ATM. Its feigned desire for legal process masks what it really seeks: for the court to oversee a high-tech shakedown. This court declines."

But the D.C. Circuit panel had a different view of whom the law is supposed to serve.

"The protections afforded by copyright law do not turn on a copyright holder's popularity or perceived respectability," Judge Rao wrote in the panel's opinion. "The district court abused its discretion by factoring the pornographic content of Strike 3's films into its decision.

"The district court was required to assume the truth of Strike 3's factual allegations and draw all reasonable inferences in its favor," she later added. "It failed to do so.

"Instead, the court went outside the record to conduct an in-depth review of Strike 3's publicly available court filings, and relied on this research to conclude that Strike 3 is engaged in a pattern of coercive litigation designed to extract shame settlements rather than identify actual infringers. The facts before the district court did not support these conclusions."

The panel made it clear that subpoenas such as the one denied by Judge

Lamberth are the only way for Strike 3 to identify the persons illegally uploading its material.

"This appeal concerns a typical infringement lawsuit filed by Strike 3," Judge Rao wrote. "Using the technology described above, Strike 3′s investigators recorded IP address 73.180.154.14 illegally distributing Strike 3′s films via the BitTorrent network on twenty-two separate occasions over the course of approximately one year. Strike 3 determined that this IP address is registered to a subscriber located in the District of Columbia. In June 2018, the company filed a complaint against the IP address subscriber in the U.S. District Court for the District of Columbia. Because Internet service providers are the only entities that can link an IP address to its subscriber, Strike 3 could not serve its complaint without first subpoenaing the subscriber′s ISP, Comcast, for information identifying the anonymous defendant. Accordingly, the company also filed a Rule 26(d)(1) motion seeking leave to subpoena Comcast for records identifying the John Doe IP address subscriber. ... Strike 3 further averred that it limits infringement lawsuits to 'strong cases against extreme infringers' who 'not only engage in illegal downloading, but are also large scale unauthorized distributors of Strike 3′s content.'"

Judge Rao also noted that Judge Lamberth had characterized Strike 3 as "a 'copyright troll' that has 'flood[ed]' district courts around the country with thousands of lawsuits 'smacking of extortion,' and declared that it would not indulge Strike 3′s 'feigned desire for legal process' by 'oversee[ing] a high-tech shakedown.' ... In this case, Strike 3 contends that the district court abused its discretion by relying heavily on the company′s litigation history and the content of its films rather than the relevant legal standards under Rule 26 and Rule 12(b)(6). We agree."

The D.C. Circuit panel's decision is a stunning victory for Strike 3, coming as it does so soon after similar victory in New Jersey earlier this month.

"Our company has an amazing team that works hard to produce and create highly desired content that not only enjoys a large subscriber base, but is subject to massive online theft," one of Strike 3's attorneys told Bill Donahue

of Law360.com, adding that the company is "very grateful of the Court's time and consideration with our case."

With these two legal wins under its belt, Strike 3 should be in a much better position to press its legal claims in federal courts in other jurisdictions.

To read Judge Rao's opinion in this matter, click [here](#).

*Image by [Sang Hyun Cho](#) from [Pixabay](#)*

Exhibit 16

# Strike 3'S Lawyer Defends Reliability Of Proprietary Technology, Vows To Prove Infringement

On Valentine's Day, a bevy of new cases -- 15 in all -- were filed in federal court in San Francisco. They all involved pornography.

The cases, all brought Tuesday by Strike 3 Holdings LLC, were another's day work in the cottage industry of federal copyright litigation over allegedly illegal downloads of adult films.

A Bay City News analysis shows that since 2017, Strike 3 has filed 9,508 copyright infringement lawsuits in federal courts throughout the United States, including 1,046 in U.S. District Court for the Northern District of California, the federal court that hears litigation from the Bay Area.

The suits all allege that the defendant has illegally downloaded one of the adult films that Strike 3 distributes through DVDs or its adult websites: Blacked, Tushy, Vixen, and Blacked Raw.

Strike 3's legal filing touts the fact that its "motion pictures and websites have won numerous awards, such as 'best cinematography,' 'best new studio,' and 'adult site of the year,' though it appears that most of the awards were AVN Awards, sometimes described as the "Oscars of Porn."

The Northern California court district has become the national leader in these lawsuits over the last five years, besting its next closest rival, the District of New Jersey, by 166 cases.

Strike 3 filed more than 200 such cases here in 2022. In the first six weeks of 2023, it filed another 39 cases, including 24 on Jan. 18, setting a single-day record for Strike 3 filings in the district and putting them on pace to exceed 300 cases in 2023.

Defense lawyers report that the bulk of settlements run in the range of $10,000 to $15,000, though individual factors, including the number of downloads, could make any case resolve for a greater or lesser amount.

The cases in the district don't last long. Strike 3 cases that have been resolved (924 of the 1,046) averaged only 122 days from filing to closure, quick by the standards of federal litigation.

A reason that the cases don't last long is very few are litigated to a resolution.

California attorney Steven Vondran has a busy intellectual property law practice and he has handled hundreds of Strike 3 cases. In his experience, a typical case begins when his client learns that Strike 3 has asked his or her internet service provider (ISP), such as Comcast or Verizon, to identify who owns the IP address assigned to the client's computer or router.

Vondran explains that Strike 3 believes that the owner of the IP address has used a BitTorrent client to download one of Strike 3's copyrighted adult titles. BitTorrent is a communication protocol used for peer-to-peer sharing of large files.

Strike 3 says that it has proprietary technology that can identify the IP address of the downloader. However, the IP address is just a string of numbers and does not identify the actual person who owns the address, though it does generally identify the geographic region.

Armed with that information, Strike 3 files a suit in the relevant federal court. Because it doesn't know the name of the alleged infringer, it names the defendant as "John Doe" and qualifies that with the IP address. The last Valentine's Day suit in San Francisco, for example, was brought against a defendant named as "John Doe subscriber assigned IP address 76.102.6.248."

In federal court litigation, the discovery process -- that is the exchange of information and documents relevant to the case -- does not usually begin immediately on filing. However, Strike 3 has had success in convincing judges in the district to allow it to very quickly subpoena the ISP that hosts the IP

address and ask the ISP for John Doe's real name and address."

When the ISP gets Strike 3's subpoena, it will contact Doe and ask if he or she wishes to contest the release of his or her name to Strike 3. At that point Doe has to face up to a difficult situation. If Strike 3 prevails, Doe faces the potential of statutory damages under the U.S. Copyright Act that run from a minimum of $750 for each illegal download up to $150,000 for willful infringement.

But even beyond the monetary damages, there is the additional risk that their name might come out in the litigation and leave them associated not only with illegal copying but with adult films to boot.

Vondran said, "we have people that have really good jobs in really prominent companies. So, you know, it's kind of shameful and they don't want to be associated. So they'll pony up a settlement to avoid that, even sometimes when they think they haven't done anything."

Many of Vondran's clients engage him to settle their case quickly; others start out thinking that they want to fight.

However, if they want to litigate the case and mount a defense, Vondran has to tell them that they are looking at $30,000 or more in legal fees. According to Vondran, Strike 3 won't fold just because someone doesn't want to settle.

"It's not like they just go, okay, we better drop it. So you have to be in; you have to be prepared. If you're going to fight that, you're going to have to really want to put the money down," he said.

There is another dynamic in these cases that also makes it harder for there to be a defense. In other areas of the law, a group of defendants who have been sued by a common plaintiff may band together and hire one attorney and share the fees. However, it is harder for a group like that to form organically because, as Vondran says, "most people wouldn't want anyone else knowing their names."

If someone does want to litigate, there are possible defenses. Just because a client owns the IP address where an allegedly illegal download occurred doesn't mean that the client is liable for infringement. The IP address may be the Wi-Fi router in his or her home.

Some people don't secure their router with a password and the downloader could be a neighbor or someone driving down the street looking for an unguarded system. And even if the system is password protected, the downloader could be a family member or a friend who knows the password.

It is Strike 3's burden to prove by a preponderance of evidence that Doe was the actual infringer, and in some cases Strike 3 might not be able to meet its burden. Nevertheless, most cases settle and settle quickly.

For all the Strike 3 cases he has handled over the years, Vondran has not litigated a case to resolution.

Before Strike 3 came on the scene, a company in Southern California named Malibu Media LLC operated a business suing over copyright infringements of porn films. In one case, U.S. District Judge Otis Wright offered caustic commentary on Malibu's cases.

Wright wrote, "These lawsuits run a common theme: plaintiff owns a copyright to a pornographic movie; plaintiff sues numerous John Does in a single action for using BitTorrent to pirate the movie; plaintiff subpoenas the ISPs to obtain the identities of these Does; if successful, plaintiff will send out demand letters to the Does; because of embarrassment, many Does will send back a nuisance-value check to the plaintiff. The cost to the plaintiff: a single filing fee, a bit of discovery, and stamps. The rewards: potentially hundreds of thousands of dollars. Rarely do these cases reach the merits."

Strike 3's cases don't follow some of the most aggressive practices that Malibu followed (and judges in the district generally won't let a John Doe's actual name be used in court papers), but Wright's observations are frequently mentioned by Strike 3 defense lawyers.

One lawyer -- Joseph Edmondson of Beaverton, Oregon -- is well known within the community of lawyers handling Strike 3 cases as someone who is willing, indeed more than willing, to litigate one of these cases.

Edmondson has the distinction of winning a case against Strike 3. In that matter a retired police officer was identified by Strike 3 as an infringer. The officer said he did not download the porn and his forensic expert confirmed that there was no evidence of downloads on his computer.

Strike 3 tried to drop the case but the officer counterclaimed for a determination that he had not infringed. He also asked Strike 3 to pay his legal fees. Strike 3 declined, but the trial court said that it had to do so. Strike 3 appealed and in March 2021, a panel of the 9th Circuit Court of Appeals affirmed the lower court ruling.

Edmondson is proud of that case, but points out that it did not involve litigating what he believes are some of the central -- and hugely important -- issues that come from Strike 3's litigation business model.

Edmondson represents a John Doe in a federal court case in Florida brought by Strike 3. In that case, he has asserted a number of grounds to support his position, but a core argument focuses on VXN, the proprietary "tool" that Strike 3 employs to identify an alleged infringer and his or her IP address.

Edmondson's expert witness alleges that VXN is unreliable and cannot pass the standards that the courts have established for determining whether the conclusions reached by such tools are sufficiently reliable to be admitted as evidence.

He alleges that VXN is a complete "black box" with no operating manual, no peer review, a significant false positive rate, and no third-party scientific evaluation of the technology. Moreover, he argues that Strike 3 as the owner of the technology has a conflict of interest in using it in cases where it has an economic interest.

The expert wrote in his report, "To maximize income, Plaintiff Strike 3 has a

vested interest in maximizing the number of IP addresses VXN reports as infringing Strike 3's movies. Maximizing the number of infringing IP addresses maximizes the number of allegedly accused users and hence opportunities for deriving income by litigating, harassing and settling."

The expert concludes that Strike 3 "prioritizes maximizing the number of BitTorrent users suspected of infringement over ensuring that non-infringers are reliably distinguished from infringers."

Because Edmondson's theory goes to the heart of Strike 3's business model, the case has turned into a battle royal. There are multiple lawyers and experts on each side of the case.

In an order dated Jan. 18, the trial judge denied both sides motions for summary judgment and cleared the way for a full-blown trial, though a trial date has not yet been set. Edmondson has asked for a jury hear the case.

Strike 3's Florida counsel, Christian Waugh, in response to a request for comment, defended the company's technology.

"There is not nor has there ever been, anywhere, evidence that Strike 3's VXN technology is unreliable. Just the opposite. Literally every piece of evidence produced regarding it in my case, including multiple expert reports, have demonstrated that it is virtually perfectly reliable. Furthermore, there is no evidence of any false positives," Waugh said.

Waugh says that he intends to introduce all the VXN data at trial and expects to prove that Doe committed infringement.

It is too early to know how the 15 cases filed in San Francisco on Valentine's Day will turn out, but if they follow the general course of Strike 3's earlier cases in the district, by summer most or all of the cases will have settled and Strike 3 will have pocketed settlements aggregating between $150,000 and $225,000.

In the Malibu Media case, Judge Wright said that he was concerned that the

federal courts should not be "cogs in a plaintiff's copyright-enforcement business model," but when defendants settle quickly without raising issues for a judge to consider, the cases run their course without much direct judicial involvement.

Edmondson's case -- should he be successful -- might change the equation, but as long as the status quo continues, it is not unrealistic to expect that San Francisco will continue to be the national leader in these cases.

Copyright © 2023 Bay City News, Inc. All rights reserved. Republication, rebroadcast or redistribution without the express written consent of Bay City News, Inc. is prohibited. Bay City News is a 24/7 news service covering the greater Bay Area.

*Copyright © 2023 by Bay City News, Inc. Republication, Rebroadcast or any other Reuse without the express written consent of Bay City News, Inc. is prohibited.*

Exhibit 17

# Q&A: Glamcore Vixen Kenzie Anne Dazzles the Lens

Alejandro Freixes   Jul 2, 2021 4:53 PM PDT



Much is made of porn as art, but few can truly make art of porn; to execute that lofty ideal with a level of polish and high-end glam requires vision, practiced mastery and attention to detail.

With years of modeling expertise and influencer-ready social media engagement metrics, new starlet Kenzie Anne is making waves with decisive flair, her painterly aesthetic no less stylishly modern than classically inspired.

Now, she is billowing the sails of her already-soaring stardom with a Vixen Media Group contract, pairing her artful ability to command the lens with the well-oiled marketing muscle of their branding battleship.

Hers is a feast for the eyes best served in a riot of colors, haloed with golden-blonde hair and bedazzled in sweat, torched by sniper-precise lighting. This is especially so when she works with long-time confidante and breakout lensman

Halston, who likewise wields mainstream chops for Vixen and flexes his craft for KENZIELAND.com, a co-creative endeavor with Anne.

Whether she scorches as Playboy Playmate of the Month or Penthouse Pet of the Month, Anne is a sought-after talent with laurels gathering in her wake, and many others already clamoring for her hand.

That is why when XBIZ was invited to exclusively attend the first-ever Motley Models photoshoot at the #MotleyManor on May 7, this very interview was arranged that evening. For she embodies luxury, her whole perfect-for-Instagram vibe seamlessly capitalizing on the hunger so many feel for dreamlike escapism that is nonetheless close enough to grasp.

See, Anne is the kind of camera-seducing hustler who knows the value of catering to the cash above the flash, because once the secondary hype man catches wind of diamonds proffered by the finest jeweler, ripples race like a flood of bombast to be more than mere echoes. Catch the eye of the unmistakable tiger, and rest assured, faceless jackals rabidly descend with prodigious volumes of anointing oils.

Because for those yearning to seize the upper echelons of greatness, Anne can speak to her bumpy journey from what is standard, to what is exemplary in the biz. Having surmounted tumultuous challenges in her past, she is also equipped with a work ethic that does not buckle beneath the pressure. And now, she shares that spiritual grit, in this intimate XBIZ interview.

**XBIZ: Tell us about your professional life before adult entertainment and what inspired you to join this industry.**

**ANNE:** I was a cam girl on Streamate, a professional model, a hairdresser and a nursing student. It was a lot. I was camming full-time and also hiding half of my face, since I wasn't sure which career direction I was taking. I started getting comfortable with and proud of my cam work, as it got me out of a bad relationship, it got me out of being 100K in debt and was putting more than food on my table.

So, I began talking about my sex work during mainstream photoshoots and I got a lot of negative feedback from the modeling industry. People told me to stay quiet or I won't be booked for gigs any more. This didn't sit right with me at all; in fact, it influenced me to be louder.

Then, I was working on a Playboy submission with a scummy photographer who acted like my friend. He decided to never submit our work together, because he didn't want his work associated with a sex worker like me. So, I got even louder.



*Kenzie Anne*

I began showing my face and allowed myself to get all the attention I wanted from all directions. Sex work made me feel more empowered and more "me" than I have ever felt. Modeling has never been enough for me; I want nothing more than to be a crossbreed between mainstream and adult, and every day, I wake up so proud of my decision to rock what got me here.

**XBIZ: You've made a lot of buzz very quickly, from Playboy to Penthouse and signing with Vixen Media Group (VMG). Share a few of your early career highlights.**

**ANNE:** I've been waiting for these moments. I signed my first modeling contract nine years ago and the buzz around me felt unreal initially. But then, I began telling myself I deserve it. I've put the time in and I've been more than patient.

I've had so many promises broken to me and so many career heartbreaks. I've shed so many tears, met so many snakes and I am finally where I have always envisioned myself. It's officially my reality and I'm grateful for every moment of it.

One of my favorite highlights has been when I finished working on a KENZIELAND project, I was cleaning myself up, and Vixen called for a group phone meeting to discuss the future of my career. I left that day with some of the most iconic KENZIELAND content and a Vixen contract in the making. I drove home that night with the happiest tears in my eyes. Things were finally falling into place. Years of hard work were finally getting recognized.

**XBIZ: Let's dive into your work with VMG. Which of your newly released or upcoming scenes excite you the most and why?**

**ANNE:** VMG has been the biggest blessing in my career. I've been treated like a queen there. I've worked on many scenes that aren't out yet, but the scene release I was most looking forward to was my Blacked scene. It was shot by my dear friend Halston, who entered the industry simultaneously with me, and we both put our heart and soul into creating the most iconic scene we could. I believe this scene is just that: iconic. Jax Slayher was a dream to work with; being friends with him personally, our chemistry on camera is unmatched.

**XBIZ: How did you become a Motley Models performer and what has that experience been like?**

**ANNE:** Motley was recommended to me by my friends Emily Willis and Ashley

Lane. They said nothing but great things about founder Dave Rock and agent Ryan Kona. I waited several months into my Vixen contract to make the decision. If I've learned anything in this industry, it's to think everything through.

As my schedule began filling up with scenes and modeling gigs, I realized I was going to need someone to help organize my schedule and go over contracts for me. Dave and Ryan have helped keep me on track, merging the lines between two of my favorite industries.



**XBIZ: Tell us about the various directors you've worked with, and how their varied styles brought out the best in you.**

**ANNE:** Halston was the first director I'd worked with, and I've been working with him for years, so naturally I favor him. Our style together is impeccable and we always create what feels like magic. I'm grateful to have Halston not only on the Vixen side, but as my business partner for KENZIELAND.

Kayden Kross is so influential; she found me and immediately asked me to coffee to help influence my career decisions. As a performer herself, she gave me genuine advice and showed me how much she believes in me.

Laurent Sky is wild, his creativity just oozes from his skin. He can't help but jump straight into the chaos in his brain. Without a doubt, he portrays his vision and makes masterpieces.

**XBIZ: Discuss your co-creative projects with Halston Studio, especially your KENZIELAND.com venture. How would you describe your distinct branding, style and personality?**

**ANNE:** KENZIELAND is me and nothing else. I've always visualized sex as a worship ground. I want to take my time and enjoy every single moment of sex; it's not just about fucking. It's about magic. Sex is magic and sex is art. I want the person or persons I'm with to feel the most beautiful, sexual and hottest they have ever felt.

In KENZIELAND, you will see a lot of body part worship. Halston Studio is an unbeatable match, because Halston has been paying attention to small details from the beginning of his career. His extreme attention to detail, paired with my obsession with body praise, is going to take both of us to a place this industry has never seen, and every day, I am ecstatic about this.

**XBIZ: Share your approach to social media marketing, as far as content posting, fan engagement and your overall vibe.**

**ANNE:** Instagram, Twitter, TikTok ... they all come natural to me. I'm just myself. Every day, I love to wake up and share my life. It keeps me out of depression, because for me, social media isn't about comparison; it's about romanticizing parts of my everyday life.

I love being able to share this world I created for myself. I sleep in cute silk pajamas, I have an adorable six-year-old husky with much personality, I have a healthy, fun and aesthetically pleasing life. I'm also a huge dork and love sharing my awkward and weird experiences in this world.

### XBIZ: What other revenue streams are you pursuing, be they from OnlyFans, selling physical merch or exploring other product lines?

**ANNE:** OnlyFans took over for me; I used to be camming too, but my schedule got too busy and physically exhausting for me to stay full-time online. KENZIELAND is where I am investing my money. KENZIELAND will have lube, toys, sexual wellness and merch hopefully by the end of 2021

### XBIZ: Which stars truly inspire you? Who have you collaborated with, and who are you hoping to work with in the coming months?

**ANNE:** I'm not one to idolize anyone I don't know personally. However, I've been fortunate enough to have worked amongst some of the biggest stars in the industry, like Angela White, Kendra Sunderland, Emily Willis, Alina Lopez, Jax Slayher ... these are all hustlers, people who have put in time and work to bring themselves past the title of a performer. They're all their own entity. They don't have to sit and worry about competition, because they will always be their iconic names.



*Kenzie Anne*

**XBIZ: As a driven and focused adult star, what are your long-term ambitions not only for 2021, but several years into the future?**

**ANNE:** 2021 has already been filled with so many achievements. My goals for closing this year are to see myself with a few performer nominations, become a Vixen Angel and Penthouse Pet of the Year, see KENZIELAND get press recognition, do another modeling campaign and hopefully have the ability to travel as a performer, now that restrictions have been lifted.

Exhibit 18

# Finding Kenzieland: Up Close With Vixen Contract Girl Kenzie Anne

[Austin King](#)   June 30, 2021 1:50 PM PDT



**WOODLAND HILLS, Calif**. — "Nervous" isn't the right word.

"Maybe more like 'starstruck,'" giggles Kenzie Anne, twirling a strawberry Blow Pop over her tongue as she lounges near the pool at Motley Manor, the gated, 4,500-square-foot mansion of her agent, Dave Rock.

The adult industry's newest "it girl," Kenzie is attempting to describe the emotion that engulfed her prior to her debut scene back in March, when she swiveled in her makeup chair and saw Emily Willis, the reigning AVN Female Performer of the Year, standing before her. Across the room, changing into lingerie, was Alina Lopez, a box-cover staple who is hailed as one of the most beautiful women in all of porn. For the past few years, Willis and Lopez had been two of Kenzie's idols.

Now they were her co-stars in her first-ever studio shoot, an all-girl tango for Vixen, one of the most prestigious companies in the business. More than two months later the scenario remains surreal to the hazel-eyed newcomer.

"They threw me in with the tigers," Kenzie says. "I bow down to those girls. I'm their biggest fan. I told them, 'Thank you so much for doing this shoot with me. I'm ecstatic to even be in your presence.'"

It won't be long before Kenzie is viewed in the same manner. Heck, some would say she already is.

Despite having only six scenes to her credit, Kenzie's career is taking off like the Millennium Falcon, propelling her toward the top of the industry at warp speed. Instead of casting couch videos and POVs with faceless talent, Kenzie has been ushered in by icons such as Willis, Lopez, Angela White, Manuel Ferrara and Jax Slayher. Already under contract with Vixen, she's the first-round draft pick who skipped the minor leagues and became an all-star as a rookie.

Fueled by aggressive marketing campaigns, Kenzie's content generated buzz weeks before its release. Each time, the hype was proven justified, with Kenzie's performances not only meeting expectations, but surpassing them.

Motley Models agent Ryan Kona, who works directly with Kenzie, says the former cosmetologist has the tools to become a "world-renowned, international superstar."

"She's a step ahead of a lot of girls who have been working a long time," Kona says. "That's no disrespect to anyone, because everyone learns and grows at a different pace. But Kenzie is already there.

"There's no one else like her. She's a supernova who is going to explode and take over the industry."

One thing working in Kenzie's favor is her experience. Along with being an influencer on Instagram, she's spent the past decade glamming it up for

*Penthouse, Playboy* and *Maxim* and has done numerous shoots for fashion brands such as Wet Seal, Free People and Carbon 38, among others.

Instead of a bashful nubile in her late teens or early 20s, studios who book Kenzie are getting a seasoned, 28-year-old supermodel who's poised in front of a camera and thrives as the center of attention.

That's certainly evident during the media event at Rock's palace. Despite being a newcomer who's meeting many of her Motley roster mates for the first time, Kenzie weaves throughout the property with the swagger of an industry veteran.

With her cascading, all-natural blonde hair in pigtails, Kenzie—who stands 5-foot-7—shoots [Instagram](#) reels on the tennis court before relocating to the driveway, where she poses seductively in front of a 2021 orange Lamborghini. Moving inside to the billiards room, she does a shoot in lavender lingerie and then models bikinis on the patio.

Finally with time to unwind, Kenzie plops onto a sofa near the pool and opens a bottle of water. For the next half-hour, in her most extensive interview to date, she'll talk passionately with AVN about her vision for her future. She'll reflect on her past, and perhaps most interestingly, Kenzie Anne—the next big thing in porn—will reveal how she ended up here in the first place.

Kenzie scoots to the edge of her seat, rests her forearms on her thighs and leans forward.

"You know," she says with a sly smile, "it all really started with a slice of watermelon."





***

Bikinis and blouses; leggings and lingerie; makeup, mini-skirts—even six-figure sports cars.

Kenzie Anne modeled just about every thing imaginable during her first eight years in front of the camera. But in 2019, shortly after she turned 26, a photographer friend named Halston suggested a new prop.

Food.

Halston—who had worked with mainstream Hollywood talent for more than a decade—had been hired by *Playboy Mexico* to launch the Eats Channel, a new venture featuring short snippets of scantily-clad supermodels snacking in a sensual manner. Halston immediately thought of Kenzie, whom he knew from previous fashion shoots.

Cherries, lollipops and ice cream cones made for some steamy reels, but it was a poolside video that aroused viewers the most. As she took bites from a watermelon slice, Kenzie allowed the red juice to trickle from her chin, down her neck and onto her oiled-up, naked body.

"At that point," Halston said, "something clicked. You know how some girls have 'resting bitch face?' She has 'resting bedroom eyes, lips and voice face.' It's the whole combination.

"I just thought, 'This girl is a Ferrari. Maybe we can push things a little bit further.' I'd never thought about shooting porn before, and I'm not sure if she had, either. But that day was what sparked everything."

Indeed, after only a few discussions, Kenzie and Halston decided to pursue a career in the adult industry—but with one caveat. Instead of cliche, run-of-the-mill content, they would shoot only "glam porn" on elaborate sets with fancy lighting and camerawork, and storylines featuring Kenzie alongside the industry's elite performers.

"It's the only style that would fit her," Halston said. "She oozes high-end."

Kenzie smiled when asked to describe the plan hatched by she and Halston.

"It looks like supermodels fucking," Kenzie said. "It's like candy. You want to taste it. It doesn't look dirty, like it would on some nasty couch. It looks …

beautiful."

Even before her career began, it was always assumed Kenzie's good looks would eventually catapult her into the spotlight. One could even say she was predestined for it, as her mother was a runway and pageant model before embarking on a successful career as a cosmetologist. "I've always been influenced by her in terms of beauty and makeup and hair," Kenzie says.

Raised in Newbury Park, Calif., Kenzie wasn't allowed to begin modeling until she turned 18, but that didn't prevent her from creating a buzz with her good looks. Throughout high school and into her early 20s. Kenzie dropped jaws with even the most simplistic of actions.

"I had boyfriends tell me that even the way I *eat* is sexual," Kenzie says. "Without even trying, I naturally commanded attention. When I was growing up I didn't know how to feel about it. I'd have normal conversations with men and they'd think I was being sexual with them, that I was leading them on. It put me in a danger zone.

"It made me feel uncomfortable."

The self-consciousness would hover for years. But at age 25, Kenzie Anne came to a realization. And then she made a change. Her natural, sexual vibes, she vowed, would no longer evoke feelings of guilt or shame.

They would give her power.

And rescue her from the darkest period of her life.





\*\*\*

The sofa was gone.

Her ex-boyfriend took the chairs, tables and bed frame, too. Suddenly—after a six-year relationship—Kenzie Anne found herself alone in a rental home

without furniture, save for a mattress strewn across the living room floor. Each night, as she lay wrapped in a coverless duvet, Kenzie had the same recurring thought.

*What am I going to do?*

A licensed cosmetologist since she was 19, Kenzie had spent the previous six years doing hair and makeup at her family's salon. But that was no longer her passion. She quit and enrolled in nursing school, occasionally earning money on the side doing fashion shoots. But the sporadic income hardly put a dent in Kenzie's mounting tuition fees, car payments, delinquent credit card bills and her $3,000-per-month rent. Being newly-single only made things worse.

Nearly $100,000 in debt, Kenzie's situation became so dire that, when she opened her pantry, she saw two things.

"Top Ramen and Progresso soup," she said. "It's all I could afford. Being in debt like that … it feels like you're in shackles. You're totally caged in. I was craving freedom, and that's not freedom."

Deflating as her predicament was, Kenzie found a solution.

She'd dabbled in camming before, but shaming by her boyfriend always kept her from pursuing it full time. But now there was nothing to hold Kenzie back, so she converted her living room into a studio and put a stripper pole in her kitchen. Each day after nursing school, Kenzie would come home and cam, sometimes deep into the night.

The first month she made enough to pay her rent on time. A few weeks later she was able to purchase a pink bed frame. The craziest part, Kenzie said, is that only a handful of people knew about her "side job." During her first two years of camming, Kenzie shot all of her videos from the mouth down, so no one could see her face.

"It was this big secret I had that no one really knew about," Kenzie said. "I was in nursing school and I still wasn't sure where my life was headed. There was a

lot of shame around the concept of sex work, and I wasn't totally confident in it yet."

Eventually, though, it was impossible for people not to notice that Kenzie's lifestyle had changed. Her once-barren apartment was now filled with expensive furniture. She purchased a Mercedes and ordered more freely at restaurants. No longer was she stressed about bills, as camming had enabled her to pay off every last cent of the debt she'd feared would haunt her until her 30s.

"Every single month," she said, "I was doubling my income."

After hundreds of hours in front of the camera, Kenzie had the freedom she'd craved. Not just financially, but mentally. One morning Kenzie summoned her mother to a coffee shop and informed her she was dropping out of nursing school to pursue adult work full time.

"I felt like a new person," she said. "I felt so empowered. I was running my own show, my own business.  Society tells us not to be sexual in public, so I'd been avoiding being who I really was. But with camming, I could be myself. And once I learned how to make money off of it, I felt power."



With her confidence higher than ever, Kenzie began seeking new opportunities as a model. She continued the vanilla fashion shoots—"my side hustle," she laughs—but now she mixed in erotic photos for magazines such as *Maxim*.

Kenzie took things a step further when she spent an afternoon in the desert posing for pictures to submit to *Playboy*. Kenzie funded the entire shoot, paying the rate for the photographer and his crew while also picking up food and travel costs. About a week later, though, the photographer had a change of heart and refused to send Kenzie the images.

"He totally dropped it," she said. "He was like, 'I don't want my work related to your name at all. I'm trying to work with Guess and all of these big brands, and no one is going to want someone who has worked with a person like you."

Looking back, Kenzie is actually thankful for that experience. Being shamed—once again—for sex work helped shape the mentality that fuels her today.

"It was a pivotal moment for me," Kenzie said. "It sent me over the edge. I was

like, 'Fuck this. Fuck everyone judging us. I want to completely rep this career now. If people are going to have problems with it, I'd rather find out who they are now so I can just write them off. If you have a problem with it, we're not going to work together, so we can just quit wasting each other's time.'"

Kenzie pauses and smiles.

"Once I made that decision," she said, "it was the happiest moment—a huge sense of relief. I'd put myself out there, and now I didn't need to hide behind anything anymore. I've been moving forward ever since."

At a rapid pace, too.

Kenzie appeared on Playboy Plus in 2020 before joining forces with Halston on the network's Eats Channel. She was chosen as Penthouse Pet of the Month in November—just before the launch of her self-funded website, [Kenzieland](Kenzieland), where she produced her first pornographic content. Her girl/girl scenes with performers such as Kendra Sunderland caught the attention of Vixen, which offered her a contract.

Following her debut scene with Willis and Lopez, Kenzie shot her first boy/girl scene with Slayher.

"Lots of times, new girls are nervous or maybe a little intimidated," Slayher told AVN. "But Kenzie was different. Performing with her was like working with an elite, top-tier veteran. She was relaxed and confident. She went in and killed it."

Indeed, even though she flourished as a fashion model, Kenzie is more in her element as a porn star, when her clothes are completely off. Being naked, she said, brings her comfort and allows her to operate with a greater sense of self-assuredness.

"Sometimes you're shooting in certain outfits," she said, "and things pinch you or don't look right. People never say anything about the fabric. Instead they're like, 'It doesn't fit you.' It gave me body dysmorphia. I started feeling more

comfortable when I was walking around naked inside my house."

Kenzie calls it "air bathing."

"I feel my sexiest when I'm naked," she told *Penthouse* last fall. "Fashion always feels like I have someone else's body or expression on. Whoever designed the clothing wants you to feel a certain way when you have it on. I can appreciate the art in it.

"But it's not my art."





***

Each morning—and then multiple times throughout the day—Kenzie Anne scrolls through the hundreds of DMs that flood her accounts on Instagram and Twitter. Lately, many of them read exactly the same.

"Everyone," she said, "asks when my next scene is coming out, or who I'm shooting with. People want answers. They're craving more and more and more."

"Everyone who gave this girl a huge endorsement was 100 percent right," her agent Kona said. "There are lots of models that come into this industry that look great, but they're not the best in front of the camera. Being pretty isn't always everything. The performance has to be there, too.

"There's an 'it' factor you need to be a superstar in this industry, and Kenzie has it."

Halston agrees. He said he and Kenzie's goal was "to do something huge, right from the start."

Kenzie certainly accomplished that in her debut effort with Willis and Lopez. Entitled "Breaking Through," the scene opens with Lopez and Willis scrolling through Kenzie's Instagram feed. Lopez tells Willis that Kenzie "dropped out of

nursing school, became a fashion model, dabbled in cam stuff, and now she's interested in porn. She was looking for advice so she hit up Vixen, and now here we are."

Moments later, Kenzie makes her grand arrival. Wearing a see-through gown lined with sequins, she steps off the elevator at a high-rise office building, walks into a lounge area and finds a half-naked Willis in a chair.

Naked under a charcoal mink coat, with a pearl necklace splayed over her torso, Willis says: "You have the looks, I'll give you that. But porn is more than just looks. Do you have what it takes?"

Kenzie gazes at Willis' body and smiles.

"Why do you think I'm here?" she says, and then the fun begins.





Willis—who captured a ceremony-high nine trophies at the AVN Awards in January—said there are plenty of reasons to believe that Kenzie has a bright future in the adult industry.

"She was very cool to work with," Willis told AVN. "She was very professional and nice to everybody. I always appreciate working with performers who are a pleasure to be around on set. She's got a good attitude and she's very hot. And she seems to really want to do porn."

Slayher expressed similar feelings after he and Kenzie went one-on-one in "This Is Not a Drill" for Blacked. In the scene, Kenzie pulls in Slayher's driveway in a red Lamborghini wearing nothing more than nail polish and lipstick. "When you have a dick appointment with Jax," she says in the scene, "you'd better keep your entire day open, because these appointments usually run long."

"It was like a two-headed snake," Slayher said. "The chemistry and energy were there from both of us. Anyone who watches it will see two people who genuinely love to fuck each other."

Kenzie said it was an honor to shoot with Slayher, adding that she told him before that scene that she'd been masturbating to him for years.

"I like that he goes all in," Kenzie said. "It doesn't feel like he's acting. It feels natural. He's so aware of the camera, so he's going to make sure that me, as a woman, is displayed perfectly. It's like dancing. It's the one time I think it's really important for the man to take the lead to get to those points."

Impressive as she's been on studio sets, Kenzie is also winning over fans on Instagram, where she updates her story multiple times per day. Porn stars and supermodels who post videos frequently are walking a slippery slope, as they often alienate fans by acting snobby, entitled, aloof or pretentious.

Kenzie, however, has mastered the Instagram game simply by being herself. Sure, there are plenty of sexy, pouty-lipped modeling posts featuring slinky swimwear with bougie backdrops and accessories. But the things that stick with you the most—the things that make Kenzie so likable—are her interactions with her Siberian husky, Lola, who howls with passion each time she suggests going on a walk. Or the time she asked viewers whether her leopard-print bikini top was suitable restaurant attire. *Of course it was*. Or the time she busted into silly poses on random street corners in New York.

Kenzie's most endearing quality, as she's revealed on Instagram, is her ability to embrace her imperfections, whether it involves a stubborn pimple or her forehead, a tear in her skirt or a bloated tummy after she and a friend ordered $104 worth of ice cream on Door Dash. Most recently, Kenzie struggled to pull a pair of shorts over her rear, likely because she'd gained a pound or two during the pandemic.

"That's COVID's fault—but hey, it's a good thing," Kenzie said, and then she broke into her trademark, high-pitched giggle that usually morphs into a full-on cackle. It's an "every-day girl" vibe that's extremely rare for a supermodel.

"Once you get to know her," Kona said, "she's impossible not to like."



Still, make no mistake. Kenzie definitely has a diva side—or as she says, "a princess side." One of her most enjoyable activities is pampering herself.

"If I can relax with a face-mask or go tanning or read a book or even just put my feet up … just being able to do *nothing* and beautify is so important to me. It's very cleansing."

As striking as she is physically, Halston said it's a different trait that gives Kenzie so much staying power in porn.

"Kenzie," he said, "is at her best when she opens her mouth and talks. She's incredibly bright, incredibly smart. She has a very strong vision for who she is and where she wants to go."

That was evident when she launched Kenzieland, the elaborate website featuring solo masturbation scenes along with hookups between Kenzie and established talent such as Sunderland, Ashley Lane and promising new starlet Charly Summer.

Her drive is obvious during the shoots she's helped conceive for Vixen, and it's even more apparent when she talks about her goals for the future.

"I can picture this big, beautiful cocktail party," she says, "where people and celebrities are gathered, and there's a wall where Kenzieland is playing in the background—almost like a museum for my porn channel. It's my favorite project. It's my baby. I want it displayed everywhere."

A lofty target, to be sure. But ambition is what launched Kenzie this far in the first place.

"You're either a winner or a loser," she said, "and it feels way better to win. The last two years of my life I've been pedal to the metal, and I fucking love it. It's been so satisfying to keep going and going and going. I'm always one step ahead. I'm going to consistently evolve and move forward.

"I have big dreams and goals and I'm not going to stop until I reach them. And once I do, I'll come up with new ones."

Kenzie knows detractors and haters will surface along the way. It's a catty industry, and already there are rumblings of jealousy surrounding the considerable push Kenzie has received so early in her career. Some may say she was anointed too quickly, without paying her dues.

When asked about the issue, Kenzie shrugs. In some ways she understands. She's been that jealous girl before, too. But in this case she said it's important to remember that she's been modeling for 10 years. Kenzie has felt the pressure of being at the bottom, endured the pain of broken promises and been insulted with indecent proposals. She still managed to persevere and surge forward.

"It's the same stuff people go through in porn," Kenzie says.

She smiles gently.

"I've finally reached the point where I don't have imposter syndrome anymore," Kenzie says. "I'm proud of the work I've done to get here, and I

feel *very* deserving of the place that I'm at. I'm happier than I've ever been—and this is just the beginning.

"Things are only going to get better from here."











*Photography by [KogaFoto](#)*

Exhibit 19

# Emily Willis, Kenzie Anne Discuss New Ventures

<u>Austin King</u>   September 27, 2021 11:00 AM PDT



**LOS ANGELES** — Shortly before 8:30 p.m. — on a mild evening in early September — Scarlett Sage scurried through the kitchen at Motley Manor clutching a fire extinguisher.

"Anybody know how to use one of these?" Sage said with a grin. "I want to be prepared, just in case."

About 20 yards away, on the outdoor patio next to the pool, Jewelz Blu was dazzling about 50 guests with the fire dancing routine that once earned her work at carnivals and EDM concerts across the country.

Twirling a fire fan—an object constructed of non-combustible blades that are set alight—Blu weaved about the patio and spun in circles as flames illuminated the sky. Spectators applauded and cheered throughout Blu's performance, which was among the many highlights of another eventful media

Earlier in the evening, reigning AVN Female Performer of the Year showed off her cowgirl skills—but not in the way most porn fans are accustomed. Instead, Willis and other Motley Models took turns riding a mechanical bull that host Dave Rock had rented for his backyard.

A few feet away performers such as Katie Kush, Kylie Rocket, Lily Lou and Kayley Gunner hopped around in an inflatable bounce house as videographers shot footage for a reality TV show.

Leashed and collared, "slave" Coco Lovelock was led around the property by Hyley Winters, her master for the evening. Chef and his crew from Disciples of Desire shot footage of Maddy May, Charly Summer and Ashley Lane in front of —and inside—a bespoke, ebony-colored Rolls Royce. Male talent Ricky Johnson, who was representing Brazzers, was among a handful of other high-profile guests.

AVN spoke with numerous performers throughout the evening. Here are a handful of notes from those conversations:

***

Eight months after nabbing a ceremony-high nine trophies at the 2021 AVN Awards, Emily Willis' career continues to ascend at a meteoric pace. In August, the 22-year-old face of Motley Models was anointed as a contract girl for Slayed, the new all-girl imprint from Vixen.

With scenes from elite performers such as Willis, Kenna James, Charlotte Stokely and Adriana Chechik, it's easy to see why Slayed is generating industry buzz.

Willis said Vixen officials told her they wanted the site to be "hot and glamorous, just like all of its other brands."

"It's very high-end," Willis said. "They want the girls to get dressed up and to

feel sexy. They want them to feel their absolute best. It's very empowering."

Willis said she takes her role as the site's contract girl extremely seriously. To her, it's more than just a title.

"I wouldn't call it pressure," Willis said. "But there's definitely a confidence you have to have. In my mind, I'm thinking, 'I'm a Slayed contract girl. I'm here for this. It's on me to not only do my best work, but also to bring out the best in my partner. I've got to bring that fierceness out of her.' That's what (Vixen) told me they want from me. It's a huge honor."

As seasoned of a performer as she is, Willis said she still sometimes feels like a newbie when it comes to having sex with women. She said she started experimenting with females as a senior in high school. At the time she said she preferred tomboys and "girls that wore hats. That was my vibe." Four years later she said she's attracted to all types.

"Sometimes it can be intimidating," Willis said with a laugh. "I mean, I know what to do to turn guys on. With a woman, it's more of a challenge to make her feel good. I don't just want it to look good. I want it to *feel* good. I don't want it to feel like we're shooting it for a movie. I want it to feel real to her. So that's my challenge, to learn about that girl's body and then getting us to that magical moment where we're both just cumming."

Willis definitely reach that point in each of her Slayed appearances thus far. She pretzeled up with Ariana Marie and Eliza Ibarra in a scene called "Driver." But it was a hookup with gorgeous redhead Vanna Bardot in "Light Me Up" that has generated the most buzz thus far.

"We have a really good chemistry," Willis said. "She's a babe. I just love her. I love to just devour her and play with her.

"The one with Ariana Marie and Eliza was really good, too. There's a different type of energy in a scene when you're really attracted to somebody physically; when you see her and think, 'Wow, she's so hot. I just want to fuck her.'"

As busy as she's been promoting and shooting for Slayed and other studios, Willis—more than ever—is placing an equal amount of importance on her personal life. Gone are the days of shooting four or five scenes per week.

"I could never do that again," Willis said. "Now I'm all about spacing things out. I have to keep myself balanced. I do a lot of self care—lots of spa days or taking it easy at the pool or going to yoga or Pilates classes."

That's not to say that Willis hasn't been putting in a lot of work. At press time she'd shot about 60 scenes in 2021, according to IAFD.

"I'm not going to burn myself out," Willis said. "I'm only taking on the projects that I want to shoot, ones that matter to me. I've found my happy balance."



\*\*\*

Speaking of new endeavors, surging newcomer Kenzie Anne has relaunched her personal website, Kenzieland.com, and couldn't be more excited about its new direction.

Kenzie said her former contract with Vixen prevented her from featuring lengthy content on her platform. But when her deal expired at the beginning of September, she immediately posted a sizzling threesome featuring herself alongside real-life couple Vanna Bardot and Codey Steele. Scenes with Jax Slayher and Rob Piper are also in works.

Kenzie said she's responsible for storylines, scripts, booking talent, scouting locations, choosing outfits and writing contracts. Because she also shoots content for studios and OnlyFans, Kenzie said her plan is to film one new scene for Kenzieland each month.

"At least initially," she said. "I've got to make sure that I'm not overdoing it right off the bat. I don't want to take too big of a bite and then not give people what they're used to. Right now I'm about quality over quantity."

Much like Slayed—for which she's already shot two scenes—Kenzie said she's focusing on producing glamorous porn.

"I actually call it 'glamorously dirty,'" she chuckled. "For me, sex in my personal life is all about body worship. You don't see a lot of that in porn. I want to (shoot) something a little more sensual, something where it's a little bit more about the woman.

"Men typically only get one shot to cum. Women have so many opportunities to cum. During a sexual experience, women can climax so many times. One orgasm can last so long. Even after that, she can keep going and cum, like, 15 times. I want to highlight that stuff. Guys with huge dicks don't need to rail their entire dick inside of a woman; one-quarter of the way is fine. You can please a woman that way."

Kenzie said oral scenes on her site will be memorable.

"Slow and sensual, lots of licking," she said. "I've noticed in porn there so much fast motion that goes on and so much deep-throating. That's fine. It's hot, and I want that in my brand. But I also want to do the slow stuff, the stuff that you just don't forget.

"Visually, you're not going to forget the way a woman licks you, from the tip of your dick to your balls, slowly, while she's staring at you."

Kenzie said she's received loads of positive feedback about her newest scene. She echoed Willis' comments about working with Bardot, who she said was extremely "sharing" with her boyfriend, Steele.

"I've been with couples in my personal life," Kenzie said. "It's really important to bond with the woman over the man. I went into this threesome with that in mind. But Vanna is so confident. I'm trying to make eye contact with her the whole time, and I'm realizing, 'She doesn't care. She wants to watch me cum on him.' Vanna was an angel to work with. I want to hire them individually again. And then as a group. We could make OnlyFans content."

Kenzie also said the scene features her squirting on camera for the first time in her career.

"The first time I did it," she said, "an out-of-industry guy was fingering me. All of a sudden, I wasn't even trying, and it happened. I was like, 'Literally, no one has ever done that to me before.' He had really long fingers. For the longest time I thought it could only happen via fingering. Then I realized it could happen with just the tip of a dick.

"I was really happy when I learned how to do it. It feels good. It's a strange feeling. I don't even know how to describe it."



\*\*\*

One of Motley's newest additions is blonde bombshell Hyley Winters, who stands 5-foot-7 *before* she puts on heels.

Born and raised in Las Vegas, Winters said she's "been about the sex life for a long time, even at a young age." She lost her virginity in the gazebo of a neighborhood park and has been checking off times from her naughty bucket list ever since.

Winters said she had some butterflies before her first scene, but once she watched the replay, all of her apprehensions went out the door.

"I was like, 'I don't know how this is going to look,'" Winters said. "But then I saw myself and I was like, 'Well, shit, bitch … OK. Let's keep on going.'

"Sometimes I watch and critique myself, but other times I'll actually get off to my own content. "My favorite was when I was wearing a black bob wig. Watching that one was really hot, because it was me, but it didn't really look

like me."

Winters said her experiences in porn have been so positive that she's changed how she views sex in her personal life.

"I have more fun having sex on camera now than I do in my personal life," she said. "It's more creative. And the person you're interacting with is also thinking creatively. In your personal life, it's not always quite as fun."



\*\*\*

Happy porniversary to Gizelle Blanco, who celebrated her one-year mark in the industry on Aug. 17. The 5-foot-9 Hawaii native is regarded as one of the top new performers in the business, having shot more than 60 scenes for some of the top studios in porn.

Already a high-level performer, Blanco said she's constantly watching replays of her scenes and looking for ways to improve.

"I'm looking to see if my body looks good, or what my posture looks like in certain positions," Blanco said. "I want to make it look better and sexier. Sometimes I get so into (the sex), I just get carried away. I'll try my hardest, but if I'm with a really intense performer, I turn to jello.

"Those intense scenes are the best ones, though. They're the most raw."

One such encounter occurred recently on a Vixen set, when Blanco took on Hall of Famer Manuel Ferrara in the featurette "Gold Digger," which is one of her best scenes to date.

"The lines were interesting," she said. "I loved the story of a gold digger trying to get into her boyfriend's daddy's head. Everything went great. Manuel is a super-intense performer."

So, too, is Ramon Nomar—Blanco's off-screen beau for the past six months. Blanco said she and Nomar routinely shoot content for each other's OnlyFans sites.

"It's always fun and I'm usually wiped out by the end of it," Blanco said. "Sometimes I don't know where he gets all his energy. He wore me out one time. It was on a set. I was falling apart and slipping all over the place because I was covered in sweat."

Blanco and Nomar go to the gym multiple times each week, and instead of lifting weights separately, they do their workouts together.

"We kick ass," she said. "We cheer each other on. We always say, 'Think about the donuts.' We eat them on cheat days—but only one each. My favorites are strawberry with sprinkles, or maple."

Blanco's efforts to maintain her physique are paying off, as she continues to get booked for high-profile scenes while her OnlyFans subscriptions soar.

"I love to send nudes and I do a lot of pictures," she said. "It's kind of like my Instagram story, except more explicit, more intimate. I shoot a lot of content for it.

"I'm trying to shoot more with new people, but I've kind of been slacking. My pussy goes through things. Sometimes I need to rest and recover. It's not just my nether region that gets sore, it's my whole body. Porn is a tough-ass workout."



*Photography by @KogaFoto*

Exhibit 20

# Q&A: Glamcore Vixen Kenzie Anne Dazzles the Lens

[Alejandro Freixes](#)   Jul 2, 2021 4:53 PM PDT



Much is made of porn as art, but few can truly make art of porn; to execute that lofty ideal with a level of polish and high-end glam requires vision, practiced mastery and attention to detail.

With years of modeling expertise and influencer-ready social media engagement metrics, new starlet Kenzie Anne is making waves with decisive flair, her painterly aesthetic no less stylishly modern than classically inspired.

Now, she is billowing the sails of her already-soaring stardom with a Vixen Media Group contract, pairing her artful ability to command the lens with the well-oiled marketing muscle of their branding battleship.

Hers is a feast for the eyes best served in a riot of colors, haloed with golden-blonde hair and bedazzled in sweat, torched by sniper-precise lighting. This is especially so when she works with long-time confidante and breakout lensman

Halston, who likewise wields mainstream chops for Vixen and flexes his craft for KENZIELAND.com, a co-creative endeavor with Anne.

Whether she scorches as Playboy Playmate of the Month or Penthouse Pet of the Month, Anne is a sought-after talent with laurels gathering in her wake, and many others already clamoring for her hand.

That is why when XBIZ was invited to exclusively attend the first-ever Motley Models photoshoot at the #MotleyManor on May 7, this very interview was arranged that evening. For she embodies luxury, her whole perfect-for-Instagram vibe seamlessly capitalizing on the hunger so many feel for dreamlike escapism that is nonetheless close enough to grasp.

See, Anne is the kind of camera-seducing hustler who knows the value of catering to the cash above the flash, because once the secondary hype man catches wind of diamonds proffered by the finest jeweler, ripples race like a flood of bombast to be more than mere echoes. Catch the eye of the unmistakable tiger, and rest assured, faceless jackals rabidly descend with prodigious volumes of anointing oils.

Because for those yearning to seize the upper echelons of greatness, Anne can speak to her bumpy journey from what is standard, to what is exemplary in the biz. Having surmounted tumultuous challenges in her past, she is also equipped with a work ethic that does not buckle beneath the pressure. And now, she shares that spiritual grit, in this intimate XBIZ interview.

**XBIZ: Tell us about your professional life before adult entertainment and what inspired you to join this industry.**

**ANNE:** I was a cam girl on Streamate, a professional model, a hairdresser and a nursing student. It was a lot. I was camming full-time and also hiding half of my face, since I wasn't sure which career direction I was taking. I started getting comfortable with and proud of my cam work, as it got me out of a bad relationship, it got me out of being 100K in debt and was putting more than food on my table.

So, I began talking about my sex work during mainstream photoshoots and I got a lot of negative feedback from the modeling industry. People told me to stay quiet or I won't be booked for gigs any more. This didn't sit right with me at all; in fact, it influenced me to be louder.

Then, I was working on a Playboy submission with a scummy photographer who acted like my friend. He decided to never submit our work together, because he didn't want his work associated with a sex worker like me. So, I got even louder.



*Kenzie Anne*

I began showing my face and allowed myself to get all the attention I wanted from all directions. Sex work made me feel more empowered and more "me" than I have ever felt. Modeling has never been enough for me; I want nothing more than to be a crossbreed between mainstream and adult, and every day, I wake up so proud of my decision to rock what got me here.

**XBIZ: You've made a lot of buzz very quickly, from Playboy to Penthouse and signing with Vixen Media Group (VMG). Share a few of your early career highlights.**

**ANNE:** I've been waiting for these moments. I signed my first modeling contract nine years ago and the buzz around me felt unreal initially. But then, I began telling myself I deserve it. I've put the time in and I've been more than patient.

I've had so many promises broken to me and so many career heartbreaks. I've shed so many tears, met so many snakes and I am finally where I have always envisioned myself. It's officially my reality and I'm grateful for every moment of it.

One of my favorite highlights has been when I finished working on a KENZIELAND project, I was cleaning myself up, and Vixen called for a group phone meeting to discuss the future of my career. I left that day with some of the most iconic KENZIELAND content and a Vixen contract in the making. I drove home that night with the happiest tears in my eyes. Things were finally falling into place. Years of hard work were finally getting recognized.

**XBIZ: Let's dive into your work with VMG. Which of your newly released or upcoming scenes excite you the most and why?**

**ANNE:** VMG has been the biggest blessing in my career. I've been treated like a queen there. I've worked on many scenes that aren't out yet, but the scene release I was most looking forward to was my Blacked scene. It was shot by my dear friend Halston, who entered the industry simultaneously with me, and we both put our heart and soul into creating the most iconic scene we could. I believe this scene is just that: iconic. Jax Slayher was a dream to work with; being friends with him personally, our chemistry on camera is unmatched.

**XBIZ: How did you become a Motley Models performer and what has that experience been like?**

**ANNE:** Motley was recommended to me by my friends Emily Willis and Ashley

Lane. They said nothing but great things about founder Dave Rock and agent Ryan Kona. I waited several months into my Vixen contract to make the decision. If I've learned anything in this industry, it's to think everything through.

As my schedule began filling up with scenes and modeling gigs, I realized I was going to need someone to help organize my schedule and go over contracts for me. Dave and Ryan have helped keep me on track, merging the lines between two of my favorite industries.



**XBIZ: Tell us about the various directors you've worked with, and how their varied styles brought out the best in you.**

**ANNE:** Halston was the first director I'd worked with, and I've been working with him for years, so naturally I favor him. Our style together is impeccable and we always create what feels like magic. I'm grateful to have Halston not only on the Vixen side, but as my business partner for KENZIELAND.

Kayden Kross is so influential; she found me and immediately asked me to coffee to help influence my career decisions. As a performer herself, she gave me genuine advice and showed me how much she believes in me.

Laurent Sky is wild, his creativity just oozes from his skin. He can't help but jump straight into the chaos in his brain. Without a doubt, he portrays his vision and makes masterpieces.

**XBIZ: Discuss your co-creative projects with Halston Studio, especially your KENZIELAND.com venture. How would you describe your distinct branding, style and personality?**

**ANNE:** KENZIELAND is me and nothing else. I've always visualized sex as a worship ground. I want to take my time and enjoy every single moment of sex; it's not just about fucking. It's about magic. Sex is magic and sex is art. I want the person or persons I'm with to feel the most beautiful, sexual and hottest they have ever felt.

In KENZIELAND, you will see a lot of body part worship. Halston Studio is an unbeatable match, because Halston has been paying attention to small details from the beginning of his career. His extreme attention to detail, paired with my obsession with body praise, is going to take both of us to a place this industry has never seen, and every day, I am ecstatic about this.

**XBIZ: Share your approach to social media marketing, as far as content posting, fan engagement and your overall vibe.**

**ANNE:** Instagram, Twitter, TikTok … they all come natural to me. I'm just myself. Every day, I love to wake up and share my life. It keeps me out of depression, because for me, social media isn't about comparison; it's about romanticizing parts of my everyday life.

I love being able to share this world I created for myself. I sleep in cute silk pajamas, I have an adorable six-year-old husky with much personality, I have a healthy, fun and aesthetically pleasing life. I'm also a huge dork and love sharing my awkward and weird experiences in this world.

**XBIZ: What other revenue streams are you pursuing, be they from OnlyFans, selling physical merch or exploring other product lines?**

**ANNE:** OnlyFans took over for me; I used to be camming too, but my schedule got too busy and physically exhausting for me to stay full-time online. KENZIELAND is where I am investing my money. KENZIELAND will have lube, toys, sexual wellness and merch hopefully by the end of 2021

**XBIZ: Which stars truly inspire you? Who have you collaborated with, and who are you hoping to work with in the coming months?**

**ANNE:** I'm not one to idolize anyone I don't know personally. However, I've been fortunate enough to have worked amongst some of the biggest stars in the industry, like Angela White, Kendra Sunderland, Emily Willis, Alina Lopez, Jax Slayher … these are all hustlers, people who have put in time and work to bring themselves past the title of a performer. They're all their own entity. They don't have to sit and worry about competition, because they will always be their iconic names.



*Kenzie Anne*

**XBIZ: As a driven and focused adult star, what are your long-term ambitions not only for 2021, but several years into the future?**

**ANNE:** 2021 has already been filled with so many achievements. My goals for closing this year are to see myself with a few performer nominations, become a Vixen Angel and Penthouse Pet of the Year, see KENZIELAND get press recognition, do another modeling campaign and hopefully have the ability to travel as a performer, now that restrictions have been lifted.

Exhibit 21

# Finding Kenzieland: Up Close With Vixen Contract Girl Kenzie Anne

[Austin King](#)   June 30, 2021 1:50 PM PDT



**WOODLAND HILLS, Calif**. — "Nervous" isn't the right word.

"Maybe more like 'starstruck,'" giggles Kenzie Anne, twirling a strawberry Blow Pop over her tongue as she lounges near the pool at Motley Manor, the gated, 4,500-square-foot mansion of her agent, Dave Rock.

The adult industry's newest "it girl," Kenzie is attempting to describe the emotion that engulfed her prior to her debut scene back in March, when she swiveled in her makeup chair and saw Emily Willis, the reigning AVN Female Performer of the Year, standing before her. Across the room, changing into lingerie, was Alina Lopez, a box-cover staple who is hailed as one of the most beautiful women in all of porn. For the past few years, Willis and Lopez had been two of Kenzie's idols.

Now they were her co-stars in her first-ever studio shoot, an all-girl tango for Vixen, one of the most prestigious companies in the business. More than two months later the scenario remains surreal to the hazel-eyed newcomer.

"They threw me in with the tigers," Kenzie says. "I bow down to those girls. I'm their biggest fan. I told them, 'Thank you so much for doing this shoot with me. I'm ecstatic to even be in your presence.'"

It won't be long before Kenzie is viewed in the same manner. Heck, some would say she already is.

Despite having only six scenes to her credit, Kenzie's career is taking off like the Millennium Falcon, propelling her toward the top of the industry at warp speed. Instead of casting couch videos and POVs with faceless talent, Kenzie has been ushered in by icons such as Willis, Lopez, Angela White, Manuel Ferrara and Jax Slayher. Already under contract with Vixen, she's the first-round draft pick who skipped the minor leagues and became an all-star as a rookie.

Fueled by aggressive marketing campaigns, Kenzie's content generated buzz weeks before its release. Each time, the hype was proven justified, with Kenzie's performances not only meeting expectations, but surpassing them.

Motley Models agent Ryan Kona, who works directly with Kenzie, says the former cosmetologist has the tools to become a "world-renowned, international superstar."

"She's a step ahead of a lot of girls who have been working a long time," Kona says. "That's no disrespect to anyone, because everyone learns and grows at a different pace. But Kenzie is already there.

"There's no one else like her. She's a supernova who is going to explode and take over the industry."

One thing working in Kenzie's favor is her experience. Along with being an influencer on Instagram, she's spent the past decade glamming it up for

*Penthouse*, *Playboy* and *Maxim* and has done numerous shoots for fashion brands such as Wet Seal, Free People and Carbon 38, among others.

Instead of a bashful nubile in her late teens or early 20s, studios who book Kenzie are getting a seasoned, 28-year-old supermodel who's poised in front of a camera and thrives as the center of attention.

That's certainly evident during the media event at Rock's palace. Despite being a newcomer who's meeting many of her Motley roster mates for the first time, Kenzie weaves throughout the property with the swagger of an industry veteran.

With her cascading, all-natural blonde hair in pigtails, Kenzie—who stands 5-foot-7—shoots [Instagram](#) reels on the tennis court before relocating to the driveway, where she poses seductively in front of a 2021 orange Lamborghini. Moving inside to the billiards room, she does a shoot in lavender lingerie and then models bikinis on the patio.

Finally with time to unwind, Kenzie plops onto a sofa near the pool and opens a bottle of water. For the next half-hour, in her most extensive interview to date, she'll talk passionately with AVN about her vision for her future. She'll reflect on her past, and perhaps most interestingly, Kenzie Anne—the next big thing in porn—will reveal how she ended up here in the first place.

Kenzie scoots to the edge of her seat, rests her forearms on her thighs and leans forward.

"You know," she says with a sly smile, "it all really started with a slice of watermelon."





\*\*\*

Bikinis and blouses; leggings and lingerie; makeup, mini-skirts—even six-figure sports cars.

Kenzie Anne modeled just about every thing imaginable during her first eight years in front of the camera. But in 2019, shortly after she turned 26, a photographer friend named Halston suggested a new prop.

Food.

[Halston](#)—who had worked with mainstream Hollywood talent for more than a decade—had been hired by *[Playboy Mexico](#)* to launch the [Eats Channel](#), a new venture featuring short snippets of scantily-clad supermodels snacking in a sensual manner. Halston immediately thought of Kenzie, whom he knew from previous fashion shoots.

Cherries, lollipops and ice cream cones made for some steamy reels, but it was a poolside video that aroused viewers the most. As she took bites from a watermelon slice, Kenzie allowed the red juice to trickle from her chin, down her neck and onto her oiled-up, naked body.

"At that point," Halston said, "something clicked. You know how some girls have 'resting bitch face?' She has 'resting bedroom eyes, lips and voice face.' It's the whole combination.

"I just thought, 'This girl is a Ferrari. Maybe we can push things a little bit further.' I'd never thought about shooting porn before, and I'm not sure if she had, either. But that day was what sparked everything."

Indeed, after only a few discussions, Kenzie and Halston decided to pursue a career in the adult industry—but with one caveat. Instead of cliche, run-of-the-mill content, they would shoot only "glam porn" on elaborate sets with fancy lighting and camerawork, and storylines featuring Kenzie alongside the industry's elite performers.

"It's the only style that would fit her," Halston said. "She oozes high-end."

Kenzie smiled when asked to describe the plan hatched by she and Halston.

"It looks like supermodels fucking," Kenzie said. "It's like candy. You want to taste it. It doesn't look dirty, like it would on some nasty couch. It looks ...

beautiful."

Even before her career began, it was always assumed Kenzie's good looks would eventually catapult her into the spotlight. One could even say she was predestined for it, as her mother was a runway and pageant model before embarking on a successful career as a cosmetologist. "I've always been influenced by her in terms of beauty and makeup and hair," Kenzie says.

Raised in Newbury Park, Calif., Kenzie wasn't allowed to begin modeling until she turned 18, but that didn't prevent her from creating a buzz with her good looks. Throughout high school and into her early 20s. Kenzie dropped jaws with even the most simplistic of actions.

"I had boyfriends tell me that even the way I *eat* is sexual," Kenzie says. "Without even trying, I naturally commanded attention. When I was growing up I didn't know how to feel about it. I'd have normal conversations with men and they'd think I was being sexual with them, that I was leading them on. It put me in a danger zone.

"It made me feel uncomfortable."

The self-consciousness would hover for years. But at age 25, Kenzie Anne came to a realization. And then she made a change. Her natural, sexual vibes, she vowed, would no longer evoke feelings of guilt or shame.

They would give her power.

And rescue her from the darkest period of her life.





\*\*\*

The sofa was gone.

Her ex-boyfriend took the chairs, tables and bed frame, too. Suddenly—after a six-year relationship—Kenzie Anne found herself alone in a rental home

without furniture, save for a mattress strewn across the living room floor. Each night, as she lay wrapped in a coverless duvet, Kenzie had the same recurring thought.

*What am I going to do?*

A licensed cosmetologist since she was 19, Kenzie had spent the previous six years doing hair and makeup at her family's salon. But that was no longer her passion. She quit and enrolled in nursing school, occasionally earning money on the side doing fashion shoots. But the sporadic income hardly put a dent in Kenzie's mounting tuition fees, car payments, delinquent credit card bills and her $3,000-per-month rent. Being newly-single only made things worse.

Nearly $100,000 in debt, Kenzie's situation became so dire that, when she opened her pantry, she saw two things.

"Top Ramen and Progresso soup," she said. "It's all I could afford. Being in debt like that … it feels like you're in shackles. You're totally caged in. I was craving freedom, and that's not freedom."

Deflating as her predicament was, Kenzie found a solution.

She'd dabbled in camming before, but shaming by her boyfriend always kept her from pursuing it full time. But now there was nothing to hold Kenzie back, so she converted her living room into a studio and put a stripper pole in her kitchen. Each day after nursing school, Kenzie would come home and cam, sometimes deep into the night.

The first month she made enough to pay her rent on time. A few weeks later she was able to purchase a pink bed frame. The craziest part, Kenzie said, is that only a handful of people knew about her "side job." During her first two years of camming, Kenzie shot all of her videos from the mouth down, so no one could see her face.

"It was this big secret I had that no one really knew about," Kenzie said. "I was in nursing school and I still wasn't sure where my life was headed. There was a

lot of shame around the concept of sex work, and I wasn't totally confident in it yet."

Eventually, though, it was impossible for people not to notice that Kenzie's lifestyle had changed. Her once-barren apartment was now filled with expensive furniture. She purchased a Mercedes and ordered more freely at restaurants. No longer was she stressed about bills, as camming had enabled her to pay off every last cent of the debt she'd feared would haunt her until her 30s.

"Every single month," she said, "I was doubling my income."

After hundreds of hours in front of the camera, Kenzie had the freedom she'd craved. Not just financially, but mentally. One morning Kenzie summoned her mother to a coffee shop and informed her she was dropping out of nursing school to pursue adult work full time.

"I felt like a new person," she said. "I felt so empowered. I was running my own show, my own business.  Society tells us not to be sexual in public, so I'd been avoiding being who I really was. But with camming, I could be myself. And once I learned how to make money off of it, I felt power."



With her confidence higher than ever, Kenzie began seeking new opportunities as a model. She continued the vanilla fashion shoots—"my side hustle," she laughs—but now she mixed in erotic photos for magazines such as *Maxim*.

Kenzie took things a step further when she spent an afternoon in the desert posing for pictures to submit to *Playboy*. Kenzie funded the entire shoot, paying the rate for the photographer and his crew while also picking up food and travel costs. About a week later, though, the photographer had a change of heart and refused to send Kenzie the images.

"He totally dropped it," she said. "He was like, 'I don't want my work related to your name at all. I'm trying to work with Guess and all of these big brands, and no one is going to want someone who has worked with a person like you."

Looking back, Kenzie is actually thankful for that experience. Being shamed—once again—for sex work helped shape the mentality that fuels her today.

"It was a pivotal moment for me," Kenzie said. "It sent me over the edge. I was

like, 'Fuck this. Fuck everyone judging us. I want to completely rep this career now. If people are going to have problems with it, I'd rather find out who they are now so I can just write them off. If you have a problem with it, we're not going to work together, so we can just quit wasting each other's time.'"

Kenzie pauses and smiles.

"Once I made that decision," she said, "it was the happiest moment—a huge sense of relief. I'd put myself out there, and now I didn't need to hide behind anything anymore. I've been moving forward ever since."

At a rapid pace, too.

Kenzie appeared on Playboy Plus in 2020 before joining forces with Halston on the network's Eats Channel. She was chosen as Penthouse Pet of the Month in November—just before the launch of her self-funded website, Kenzieland, where she produced her first pornographic content. Her girl/girl scenes with performers such as Kendra Sunderland caught the attention of Vixen, which offered her a contract.

Following her debut scene with Willis and Lopez, Kenzie shot her first boy/girl scene with Slayher.

"Lots of times, new girls are nervous or maybe a little intimidated," Slayher told AVN. "But Kenzie was different. Performing with her was like working with an elite, top-tier veteran. She was relaxed and confident. She went in and killed it."

Indeed, even though she flourished as a fashion model, Kenzie is more in her element as a porn star, when her clothes are completely off. Being naked, she said, brings her comfort and allows her to operate with a greater sense of self-assuredness.

"Sometimes you're shooting in certain outfits," she said, "and things pinch you or don't look right. People never say anything about the fabric. Instead they're like, 'It doesn't fit you.' It gave me body dysmorphia. I started feeling more

comfortable when I was walking around naked inside my house."

Kenzie calls it "air bathing."

"I feel my sexiest when I'm naked," she told *Penthouse* last fall. "Fashion always feels like I have someone else's body or expression on. Whoever designed the clothing wants you to feel a certain way when you have it on. I can appreciate the art in it.

"But it's not my art."





\*\*\*

Each morning—and then multiple times throughout the day—Kenzie Anne scrolls through the hundreds of DMs that flood her accounts on [Instagram](#) and [Twitter](#). Lately, many of them read exactly the same.

"Everyone," she said, "asks when my next scene is coming out, or who I'm shooting with. People want answers. They're craving more and more and more."

"Everyone who gave this girl a huge endorsement was 100 percent right," her agent Kona said. "There are lots of models that come into this industry that look great, but they're not the best in front of the camera. Being pretty isn't always everything. The performance has to be there, too.

"There's an 'it' factor you need to be a superstar in this industry, and Kenzie has it."

Halston agrees. He said he and Kenzie's goal was "to do something huge, right from the start."

Kenzie certainly accomplished that in her debut effort with Willis and Lopez. Entitled "Breaking Through," the scene opens with Lopez and Willis scrolling through Kenzie's Instagram feed. Lopez tells Willis that Kenzie "dropped out of

nursing school, became a fashion model, dabbled in cam stuff, and now she's interested in porn. She was looking for advice so she hit up Vixen, and now here we are."

Moments later, Kenzie makes her grand arrival. Wearing a see-through gown lined with sequins, she steps off the elevator at a high-rise office building, walks into a lounge area and finds a half-naked Willis in a chair.

Naked under a charcoal mink coat, with a pearl necklace splayed over her torso, Willis says: "You have the looks, I'll give you that. But porn is more than just looks. Do you have what it takes?"

Kenzie gazes at Willis' body and smiles.

"Why do you think I'm here?" she says, and then the fun begins.





Willis—who captured a ceremony-high nine trophies at the AVN Awards in January—said there are plenty of reasons to believe that Kenzie has a bright future in the adult industry.

"She was very cool to work with," Willis told AVN. "She was very professional and nice to everybody. I always appreciate working with performers who are a pleasure to be around on set. She's got a good attitude and she's very hot. And she seems to really want to do porn."

Slayher expressed similar feelings after he and Kenzie went one-on-one in "This Is Not a Drill" for Blacked. In the scene, Kenzie pulls in Slayher's driveway in a red Lamborghini wearing nothing more than nail polish and lipstick. "When you have a dick appointment with Jax," she says in the scene, "you'd better keep your entire day open, because these appointments usually run long."

"It was like a two-headed snake," Slayher said. "The chemistry and energy were there from both of us. Anyone who watches it will see two people who genuinely love to fuck each other."

Kenzie said it was an honor to shoot with Slayher, adding that she told him before that scene that she'd been masturbating to him for years.

"I like that he goes all in," Kenzie said. "It doesn't feel like he's acting. It feels natural. He's so aware of the camera, so he's going to make sure that me, as a woman, is displayed perfectly. It's like dancing. It's the one time I think it's really important for the man to take the lead to get to those points."

Impressive as she's been on studio sets, Kenzie is also winning over fans on Instagram, where she updates her story multiple times per day. Porn stars and supermodels who post videos frequently are walking a slippery slope, as they often alienate fans by acting snobby, entitled, aloof or pretentious.

Kenzie, however, has mastered the Instagram game simply by being herself. Sure, there are plenty of sexy, pouty-lipped modeling posts featuring slinky swimwear with bougie backdrops and accessories. But the things that stick with you the most—the things that make Kenzie so likable—are her interactions with her Siberian husky, Lola, who howls with passion each time she suggests going on a walk. Or the time she asked viewers whether her leopard-print bikini top was suitable restaurant attire. *Of course it was*. Or the time she busted into silly poses on random street corners in New York.

Kenzie's most endearing quality, as she's revealed on Instagram, is her ability to embrace her imperfections, whether it involves a stubborn pimple or her forehead, a tear in her skirt or a bloated tummy after she and a friend ordered $104 worth of ice cream on Door Dash. Most recently, Kenzie struggled to pull a pair of shorts over her rear, likely because she'd gained a pound or two during the pandemic.

"That's COVID's fault—but hey, it's a good thing," Kenzie said, and then she broke into her trademark, high-pitched giggle that usually morphs into a full-on cackle. It's an "every-day girl" vibe that's extremely rare for a supermodel.

"Once you get to know her," Kona said, "she's impossible not to like."



Still, make no mistake. Kenzie definitely has a diva side—or as she says, "a princess side." One of her most enjoyable activities is pampering herself.

"If I can relax with a face-mask or go tanning or read a book or even just put my feet up … just being able to do *nothing* and beautify is so important to me. It's very cleansing."

As striking as she is physically, Halston said it's a different trait that gives Kenzie so much staying power in porn.

"Kenzie," he said, "is at her best when she opens her mouth and talks. She's incredibly bright, incredibly smart. She has a very strong vision for who she is and where she wants to go."

That was evident when she launched Kenzieland, the elaborate website featuring solo masturbation scenes along with hookups between Kenzie and established talent such as Sunderland, Ashley Lane and promising new starlet Charly Summer.

Her drive is obvious during the shoots she's helped conceive for Vixen, and it's even more apparent when she talks about her goals for the future.

"I can picture this big, beautiful cocktail party," she says, "where people and celebrities are gathered, and there's a wall where Kenzieland is playing in the background—almost like a museum for my porn channel. It's my favorite project. It's my baby. I want it displayed everywhere."

A lofty target, to be sure. But ambition is what launched Kenzie this far in the first place.

"You're either a winner or a loser," she said, "and it feels way better to win. The last two years of my life I've been pedal to the metal, and I fucking love it. It's been so satisfying to keep going and going and going. I'm always one step ahead. I'm going to consistently evolve and move forward.

"I have big dreams and goals and I'm not going to stop until I reach them. And once I do, I'll come up with new ones."

Kenzie knows detractors and haters will surface along the way. It's a catty industry, and already there are rumblings of jealousy surrounding the considerable push Kenzie has received so early in her career. Some may say she was anointed too quickly, without paying her dues.

When asked about the issue, Kenzie shrugs. In some ways she understands. She's been that jealous girl before, too. But in this case she said it's important to remember that she's been modeling for 10 years. Kenzie has felt the pressure of being at the bottom, endured the pain of broken promises and been insulted with indecent proposals. She still managed to persevere and surge forward.

"It's the same stuff people go through in porn," Kenzie says.

She smiles gently.

"I've finally reached the point where I don't have imposter syndrome anymore," Kenzie says. "I'm proud of the work I've done to get here, and I

feel *very* deserving of the place that I'm at. I'm happier than I've ever been— and this is just the beginning.

"Things are only going to get better from here."











*Photography by [KogaFoto](KogaFoto)*

Exhibit 22

# Emily Willis, Kenzie Anne Discuss New Ventures

Austin King   September 27, 2021 11:00 AM PDT



**LOS ANGELES** — Shortly before 8:30 p.m. — on a mild evening in early September — Scarlett Sage scurried through the kitchen at Motley Manor clutching a fire extinguisher.

"Anybody know how to use one of these?" Sage said with a grin. "I want to be prepared, just in case."

About 20 yards away, on the outdoor patio next to the pool, Jewelz Blu was dazzling about 50 guests with the fire dancing routine that once earned her work at carnivals and EDM concerts across the country.

Twirling a fire fan—an object constructed of non-combustible blades that are set alight—Blu weaved about the patio and spun in circles as flames illuminated the sky. Spectators applauded and cheered throughout Blu's performance, which was among the many highlights of another eventful media

night at Motley Manor.

Earlier in the evening, reigning AVN Female Performer of the Year showed off her cowgirl skills—but not in the way most porn fans are accustomed. Instead, Willis and other Motley Models took turns riding a mechanical bull that host Dave Rock had rented for his backyard.

A few feet away performers such as Katie Kush, Kylie Rocket, Lily Lou and Kayley Gunner hopped around in an inflatable bounce house as videographers shot footage for a reality TV show.

Leashed and collared, "slave" Coco Lovelock was led around the property by Hyley Winters, her master for the evening. Chef and his crew from Disciples of Desire shot footage of Maddy May, Charly Summer and Ashley Lane in front of —and inside—a bespoke, ebony-colored Rolls Royce. Male talent Ricky Johnson, who was representing Brazzers, was among a handful of other high-profile guests.

AVN spoke with numerous performers throughout the evening. Here are a handful of notes from those conversations:

***

Eight months after nabbing a ceremony-high nine trophies at the 2021 AVN Awards, Emily Willis' career continues to ascend at a meteoric pace. In August, the 22-year-old face of Motley Models was anointed as a contract girl for Slayed, the new all-girl imprint from Vixen.

With scenes from elite performers such as Willis, Kenna James, Charlotte Stokely and Adriana Chechik, it's easy to see why Slayed is generating industry buzz.

Willis said Vixen officials told her they wanted the site to be "hot and glamorous, just like all of its other brands."

"It's very high-end," Willis said. "They want the girls to get dressed up and to

feel sexy. They want them to feel their absolute best. It's very empowering."

Willis said she takes her role as the site's contract girl extremely seriously. To her, it's more than just a title.

"I wouldn't call it pressure," Willis said. "But there's definitely a confidence you have to have. In my mind, I'm thinking, 'I'm a Slayed contract girl. I'm here for this. It's on me to not only do my best work, but also to bring out the best in my partner. I've got to bring that fierceness out of her.' That's what (Vixen) told me they want from me. It's a huge honor."

As seasoned of a performer as she is, Willis said she still sometimes feels like a newbie when it comes to having sex with women. She said she started experimenting with females as a senior in high school. At the time she said she preferred tomboys and "girls that wore hats. That was my vibe." Four years later she said she's attracted to all types.

"Sometimes it can be intimidating," Willis said with a laugh. "I mean, I know what to do to turn guys on. With a woman, it's more of a challenge to make her feel good. I don't just want it to look good. I want it to *feel* good. I don't want it to feel like we're shooting it for a movie. I want it to feel real to her. So that's my challenge, to learn about that girl's body and then getting us to that magical moment where we're both just cumming."

Willis definitely reach that point in each of her Slayed appearances thus far. She pretzeled up with Ariana Marie and Eliza Ibarra in a scene called "Driver." But it was a hookup with gorgeous redhead Vanna Bardot in "Light Me Up" that has generated the most buzz thus far.

"We have a really good chemistry," Willis said. "She's a babe. I just love her. I love to just devour her and play with her.

"The one with Ariana Marie and Eliza was really good, too. There's a different type of energy in a scene when you're really attracted to somebody physically; when you see her and think, 'Wow, she's so hot. I just want to fuck her.'"

As busy as she's been promoting and shooting for Slayed and other studios, Willis—more than ever—is placing an equal amount of importance on her personal life. Gone are the days of shooting four or five scenes per week.

"I could never do that again," Willis said. "Now I'm all about spacing things out. I have to keep myself balanced. I do a lot of self care—lots of spa days or taking it easy at the pool or going to yoga or Pilates classes."

That's not to say that Willis hasn't been putting in a lot of work. At press time she'd shot about 60 scenes in 2021, according to IAFD.

"I'm not going to burn myself out," Willis said. "I'm only taking on the projects that I want to shoot, ones that matter to me. I've found my happy balance."



***

Speaking of new endeavors, surging newcomer Kenzie Anne has relaunched her personal website, Kenzieland.com, and couldn't be more excited about its new direction.

Kenzie said her former contract with Vixen prevented her from featuring lengthy content on her platform. But when her deal expired at the beginning of September, she immediately posted a sizzling threesome featuring herself alongside real-life couple Vanna Bardot and Codey Steele. Scenes with Jax Slayher and Rob Piper are also in works.

Kenzie said she's responsible for storylines, scripts, booking talent, scouting locations, choosing outfits and writing contracts. Because she also shoots content for studios and OnlyFans, Kenzie said her plan is to film one new scene for Kenzieland each month.

"At least initially," she said. "I've got to make sure that I'm not overdoing it right off the bat. I don't want to take too big of a bite and then not give people what they're used to. Right now I'm about quality over quantity."

Much like Slayed—for which she's already shot two scenes—Kenzie said she's focusing on producing glamorous porn.

"I actually call it 'glamorously dirty,'" she chuckled. "For me, sex in my personal life is all about body worship. You don't see a lot of that in porn. I want to (shoot) something a little more sensual, something where it's a little bit more about the woman.

"Men typically only get one shot to cum. Women have so many opportunities to cum. During a sexual experience, women can climax so many times. One orgasm can last so long. Even after that, she can keep going and cum, like, 15 times. I want to highlight that stuff. Guys with huge dicks don't need to rail their entire dick inside of a woman; one-quarter of the way is fine. You can please a woman that way."

Kenzie said oral scenes on her site will be memorable.

"Slow and sensual, lots of licking," she said. "I've noticed in porn there so much fast motion that goes on and so much deep-throating. That's fine. It's hot, and I want that in my brand. But I also want to do the slow stuff, the stuff that you just don't forget.

"Visually, you're not going to forget the way a woman licks you, from the tip of your dick to your balls, slowly, while she's staring at you."

Kenzie said she's received loads of positive feedback about her newest scene. She echoed Willis' comments about working with Bardot, who she said was extremely "sharing" with her boyfriend, Steele.

"I've been with couples in my personal life," Kenzie said. "It's really important to bond with the woman over the man. I went into this threesome with that in mind. But Vanna is so confident. I'm trying to make eye contact with her the whole time, and I'm realizing, 'She doesn't care. She wants to watch me cum on him.' Vanna was an angel to work with. I want to hire them individually again. And then as a group. We could make OnlyFans content."

Kenzie also said the scene features her squirting on camera for the first time in her career.

"The first time I did it," she said, "an out-of-industry guy was fingering me. All of a sudden, I wasn't even trying, and it happened. I was like, 'Literally, no one has ever done that to me before.' He had really long fingers. For the longest time I thought it could only happen via fingering. Then I realized it could happen with just the tip of a dick.

"I was really happy when I learned how to do it. It feels good. It's a strange feeling. I don't even know how to describe it."



\*\*\*

One of Motley's newest additions is blonde bombshell Hyley Winters, who stands 5-foot-7 *before* she puts on heels.

Born and raised in Las Vegas, Winters said she's "been about the sex life for a long time, even at a young age." She lost her virginity in the gazebo of a neighborhood park and has been checking off times from her naughty bucket list ever since.

Winters said she had some butterflies before her first scene, but once she watched the replay, all of her apprehensions went out the door.

"I was like, 'I don't know how this is going to look,'" Winters said. "But then I saw myself and I was like, 'Well, shit, bitch … OK. Let's keep on going.'

"Sometimes I watch and critique myself, but other times I'll actually get off to my own content. "My favorite was when I was wearing a black bob wig. Watching that one was really hot, because it was me, but it didn't really look

like me.

Winters said her experiences in porn have been so positive that she's changed how she views sex in her personal life.

"I have more fun having sex on camera now than I do in my personal life," she said. "It's more creative. And the person you're interacting with is also thinking creatively. In your personal life, it's not always quite as fun."



\*\*\*

Happy porniversary to Gizelle Blanco, who celebrated her one-year mark in the industry on Aug. 17. The 5-foot-9 Hawaii native is regarded as one of the top new performers in the business, having shot more than 60 scenes for some of the top studios in porn.

Already a high-level performer, Blanco said she's constantly watching replays of her scenes and looking for ways to improve.

"I'm looking to see if my body looks good, or what my posture looks like in certain positions," Blanco said. "I want to make it look better and sexier. Sometimes I get so into (the sex), I just get carried away. I'll try my hardest, but if I'm with a really intense performer, I turn to jello.

"Those intense scenes are the best ones, though. They're the most raw."

One such encounter occurred recently on a Vixen set, when Blanco took on Hall of Famer Manuel Ferrara in the featurette "Gold Digger," which is one of her best scenes to date.

"The lines were interesting," she said. "I loved the story of a gold digger trying to get into her boyfriend's daddy's head. Everything went great. Manuel is a super-intense performer."

So, too, is Ramon Nomar—Blanco's off-screen beau for the past six months. Blanco said she and Nomar routinely shoot content for each other's OnlyFans sites.

"It's always fun and I'm usually wiped out by the end of it," Blanco said. "Sometimes I don't know where he gets all his energy. He wore me out one time. It was on a set. I was falling apart and slipping all over the place because I was covered in sweat."

Blanco and Nomar go to the gym multiple times each week, and instead of lifting weights separately, they do their workouts together.

"We kick ass," she said. "We cheer each other on. We always say, 'Think about the donuts.' We eat them on cheat days—but only one each. My favorites are strawberry with sprinkles, or maple."

Blanco's efforts to maintain her physique are paying off, as she continues to get booked for high-profile scenes while her OnlyFans subscriptions soar.

"I love to send nudes and I do a lot of pictures," she said. "It's kind of like my Instagram story, except more explicit, more intimate. I shoot a lot of content for it.

"I'm trying to shoot more with new people, but I've kind of been slacking. My pussy goes through things. Sometimes I need to rest and recover. It's not just my nether region that gets sore, it's my whole body. Porn is a tough-ass workout."



*Photography by @KogaFoto*

Exhibit 23

 **BIBIYAN** LAW GROUP, P.C.     **(323) 977-7648**

Hablamos Español

Home | About The Firm ▾ | Attorney Profiles | Practice Areas ▾ | FAQ ▾ | Settlements | In The News | Contact Us ▾ | English ▾

Choose Language

been able to utilize technology to earn a living online. However, despite the growth of the legal sex industry, there are many who are often still exploited by their employers, whether online or in person.

If you or a loved one is working in the legal sex industry and are dealing with an employer's abuse or violations to your rights as an employee, reach out to speak to an employment lawyer about filing a claim for compensation.

**To learn more about the highlighted case, read the article** "Kenzie Anne files Class Action Lawsuit Against Vixen Media Group, Mike Miller."



## David Bibiyan

Los Angeles Employment Lawyer David Bibiyan has recovered millions of dollars on behalf of employees all across California for unpaid wages and emotional distress caused by discrimination, harassment, and wrongful terminations. Give Los Angeles Employer Lawyer David D. Bibiyan a call today and find out if he can help you with your workplace-related issues.

Exhibit 24

News     About     Videos     Galleries     **Porn** Crush     AUSTIN KING'S     Got a tip?

← Back to articles

# Kenzie Anne "wasn't scared to step up" in class action lawsuit vs. Vixen Media Group

Performer's attorney talks with PornCrush about high-profile case

By Austin King / Editor 🐦 📷

*May 2, 2023*



The attorney for Kenzie Anne said Tuesday that the retired performer's decision to file a class action lawsuit against Vixen

Media Group was less about personal gain—and more about
sparking a change in how the powerful adult studio treats its talent.

"(Anne) has made it very clear that she's here not just for herself,
but for everybody—and so are we," David Bibiyan, Anne's attorney,
told PornCrush in an exclusive interview. "Any resolution needs to
have a meaningful recovery for everyone."

Filed on April 20, Anne's lawsuit claims Vixen abuses and mistreats
its performers by consistently violating California labor codes. It
also argues that Vixen performers should be classified as full-time
employees based on the influence and control the company
attempts to impose on the lives, bodies, and careers of its talent—
and also because of the excessive amount of time they are often
asked to devote to projects without any additional compensation.

By instead listing them as independent contractors, the lawsuit
alleges, Vixen is denying its performers the "fair pay and benefits"
to which they'd be entitled as employees.

Even before Anne contacted him, Bibiyan said he'd heard
rumblings that numerous performers were unhappy with their
experiences with Vixen. But because of Vixen's influence within the
industry, they were "giving in to conditions that were less than
acceptable."

"The biggest problem that we ran across in looking at this case is
that so many people are so scared of the Vixen group," Bibiyan
said. "They seem to have such a market share—or at least a
powerful name—in the industry that everyone seems to make their

way over there to advance their careers.

"What's great about (Anne) is that she seems to have enough leverage and power—now that she's retired, and even beforehand, being such a name—that she's not scared to step up. She was a rare find."

If Anne's case is upheld, it could lead to a significant payout by Vixen. Not just to Anne but to scores of other performers who—knowingly or unknowingly—worked for Vixen while labor codes were being violated. It could also spark industry-wide change among studios regarding how they treat and classify their talent. Vixen is hardly the only studio that classifies its performers as independent contractors.

"I don't foreclose the fact that there is a larger industry problem," Bibiyan said. "If an employer treats their employees really well, they're unlikely ever to bring this up. That's where Vixen seems to have run afoul."

In the lawsuit, Anne alleges her Vixen contract stipulated she be available to work nights, holidays, and weekends, with filming sessions that "may take as long as ten hours." During the term of the agreement, Anne was to "maintain" her "physical appearance," including Vixen Media Group's "reasonable personal grooming requests." According to the lawsuit, if Anne wanted to change her physical appearance, including obtaining a tattoo or piercing, she was required to get written permission from VMG.

The lawsuit alleges that, even after the agreement, Anne had to

agree to promote Vixen Media Groups websites and brands on her social media to the best of her abilities, at Vixen's direction and under their guidelines and recommendations.

According to the lawsuit, when Anne requested her personnel file, the company threatened to sue her because of purported losses stemming from two medical infections that forced Anne to take a break from shooting, including one from an "unauthorized plastic surgery," an accusation Anne claims is false.

"Certainly, there is a problem with the way they are lining up their contracts," Bibiyan said. "Imagine not even having the autonomy over your own body, where you're breaching your contract if you get an infection. That is problematic."

Especially, Bibiyan said, because Vixen's performers are independent contractors and not employees, a classification that should limit the studio's control over its talent.

Bibiyan compared the situation to a pest control agent one might hire to rid a home of termites.

"I don't tell him how to do his job once he leaves my house," Bibiyan said. "What if I gave him a contract that says, 'You can't work for my neighbors. You can't work for anyone else in this town. And you need to let me know about everything else you do.' How would he be independent? He'd be an employee at that point.

"In California, we're very protective about not letting people call others independent contractors because we provide so many rights

to our employees."

From performers and agents to directors and studio presidents, Anne's lawsuit generated a buzz throughout Porn Valley that has only increased over the past few weeks. While her supporters have been vocal on social media, others have quietly questioned whether Anne's suit holds merit, with the common refrain being, "If she didn't like the contract, she shouldn't have signed it."

When posed with that question by PornCrush, Bibiyan alluded to the power and influence Vixen has in the industry and how working for the studio can help elevate a career."

"Most people don't have the power of the big companies, the bargaining power," he said. "If you don't work for Vixen, it's very hard to get nominated for awards and to get paid as much as you can in this industry. You can call it a choice, but what meaningful other choice is there?

"I used to represent doctors. The American Board of Surgery would say, 'It doesn't matter if we make someone ABS Certified. You don't need certification from us.' But no hospital hires someone who isn't ABS certified. You actually need it to make the money you deserve to be making as a surgeon. Even though, technically, it's not a requirement. It's a similar situation here. I'm sure this happens to so many people. Hopefully, we're able to make modifications that are felt industry-wide."

Anne, 30, is a former mainstream fashion model who had zero experience in adult film when she signed an exclusive contract

with Vixen in November 2020. Her first scene was released the following April, and over the next two years, Anne shot approximately 12 scenes for Vixen's various production banners.

Anne retired last month, telling PornCrush: "I loved my time in the industry. I don't want to leave porn hating it. I don't want to be one of those girls who is like, 'Porn should be illegal. It's terrible!' I had a great time. I got to learn about myself sexually in a safe environment. I worked with great people who have great attitudes who enjoy their jobs every day. Those are the memories I want to take with me."

Kenzie Anne    Vixen Media Group    Legal    David Bibiyan

**Austin King / Editor**

Austin King spent nearly 20 years as a mainstream journalist before pivoting to coverage of the adult industry in 2020. He specializes in breaking news and in-depth features, with some of his best work to date coming for AVN Magazine in profiles of Gina Valentina, Casey Kisses, Anna-Claire Clouds, Kayden Kross, Chanel Camryn, Kenzie Anne, Lilly Bell and others. Austin resides in Texas but makes frequent trips to Porn Valley.

# Latest articles

# Moving on Up: Former house cleaner

Exhibit 25

# Court Dismisses Bulk of Labor Claims Against VMG

[XBIZ Editors](#)   Aug 31, 2023 8:26 AM PDT



LOS ANGELES — A California district court on Wednesday dismissed nine out of 10 claims made in a civil lawsuit filed against Vixen Media Group (VMG) by retired performer Kenzie Anne.

The lawsuit, brought by Kenzie Anne in April, was filed by her lawyers as a possible class action suit.

Judge Wesley L. Hsu granted the defendants' motion to dismiss on the first through ninth causes of action, with leave to amend by Kenzie Anne within 21 days of the judge's order. Hsu also severed her 10th cause of action under the state's Unfair Competition Law (UCL), granting her motion to remand on that claim alone.

Kenzie Anne, who was under contract with VMG from November 2020 until September 2022, alleges in the suit that the company is liable for a number of

UCL violations, including "failing to pay minimum and overtime wages, provide meal periods and rest periods, furnish accurate wage statements, pay for vested vacation time, and timely pay final wages at termination."

She is also seeking penalties in connection with herself and other performers allegedly being "misclassified" as independent contractors by the company.

VMG removed the case to federal court in June, claiming that, under the Class Action Fairness Act (CAFA), federal courts have jurisdiction "if the class has more than 100 members, the parties are minimally diverse, and the amount in controversy exceeds $5 million."

The company included accounting documents estimating the potential liability at over $66 million.

When VMG moved to have the case dismissed in federal court, Kenzie Anne countered in July by moving to have the case remanded back to state court by challenging the company's claim that liability exceeded the $5 million threshold.

In his decision, Hsu ruled that VMG "met their burden of showing, by a preponderance of the evidence and based on reasonable assumptions, that the amount in controversy exceeds $5 million."

Hsu also reprimanded Kenzie Anne's legal team in his decision for including claims that "appear to have been wholly copied and pasted from another class action labor complaint," stating they "completely undermine" the credibility of the plaintiff's claims.

Exhibit 26

# Kenzie Anne v. VMG: After Total Dismissal, Counsel Speak Out

[Michael McGrady Jr](#)   September 8, 2023 3:25 PM PDT



**LOS ANGELES**—Lawyers for both sides in a labor dispute lawsuit filed last spring by retired performer Kenzie Anne against Vixen Media Group and its affiliates spoke with AVN this week about what they hope for after a federal district judge gutted the complaint, which claimed that the popular studio violated the labor rights of its performers.

Anne in April filed a total of 10 causes for action against the defendants—Vixen-affiliated firms VXN Group, Strike 3 Holdings, General Media Systems, executive producer Mike Miller, and at least 100 unnamed "John and Jane Does." But U.S. District Judge Wesley L. Hsu sided with the defendants in a hearing last week, granting [a motion to dismiss](#) nine of the 10 causes of action.

The 10th cause of action was severed and [remanded to a state court](#) in Los Angeles for potential violations of California's Unfair Competition Law (UCL).

When Anne's contract was terminated in September 2022, she claimed that Vixen failed "to pay minimum and overtime wages, provide meal periods and rest periods, furnish accurate wage statements, pay for vested vacation time, and timely pay [of] final wages."

Anne alleged that during her stint of nearly two years as a contract star for the studio, she and her fellow performers were mistreated and forced into working conditions that go as far as violating California's labor codes governing contractors versus salaried full-time workers.

Represented by the employment attorney David D. Bibiyan of Bibiyan Law Group. P.C., Anne brought the suit as a potential class action against VMG.

Anne also alleges that she and other performers who are currently and formerly under contract were purposefully misclassified as independent contractors by Vixen. Due to the contract that she claims was structured to circumvent labor codes, Anne asserts that she was subject to unfair labor practices and working conditions. Judge Hsu indicated that the dismissal of the nine causes of action was made without prejudice.

Brad S. Kane of the Kane Law Firm, who is representing VMG, contended clearly that Anne's case had no chance at success in response to Judge Hsu's dismissal and remand.

"Vixen works hard to treat all performers and employees fairly and equitably," Kane said in an email. "Vixen often goes further than federal, and California law requires, which is already very employee-friendly."

He continued, "Kenzie Anne's UCL claims are derivative of (or based on) the meritless class action employment allegations in the federal district court case. As such, if Kenzie Anne's other wage and hour claims are dismissed by the federal district court, that should have [a] preclusive effect on Kenzie Anne's UCL claim in state court. In other words, if Kenzie Anne's wage and hour claims fail, so too will her UCL claim."

Bibiyan told AVN that he views the remand to a lower court and the severing of

the 10th cause of action as a "favorable" development, despite the optics of it all.

"The reason why we believe the ruling to be favorable is because [the] defendants ... advanced an argument that its performers are 'professional actors' and thus not subject to many of the protections of other employees, which is the subject of our lawsuit," Bibiyan explained in an email. "The court disagreed, finding that an actor working for defendants does not have the bargaining power of, say, Gal Gadot, and, thus, is entitled to the protections of other California employees. This was a substantive win. Thus, we find that [the] defendants' motion to dismiss turned out to be a huge backfire, if anything, for [the] defendants."

Bibiyan suggested that the defendants "erred" when presenting their own evidence to show payment for the 10-hour production days that Anne, in part, took issue with due to the claim that overtime should have been paid for those days.

In his ruling, Judge Hsu wrote that "defendants' evidence shows that defendants in fact never paid overtime because they paid ... actors on a 'per-film' basis. Paired with testimony that all actors must be on set for at least 10 consecutive hours during production of a ... film, this supports defendants' assertion that under [Anne]'s theory of liability, each actor would have, in fact, experienced a Labor Code violation for non-payment of two hours of overtime, entitling them to the waiting time penalty."

"Either they will classify their workers as employees and provide them with the more beneficial rights and pay of employees, or they will provide them with more discretion and freedom," Bibiyan said, adding that his firm, on behalf of Anne, "brought this action to remind studios and other interests in the adult film industry that performers should have no less rights than others."

According to Kane, the only reason for the remand to a state court was not on merits but on a jurisdictional technicality. He also pointed to how the counsel for Anne "copied and pasted" claims from a similar action that the Bibiyan firm

filed prior." [Anne]'s counsel is cautioned, however, that copy-and-paste allegations 'completely undermine ... the credibility and genuine nature of [Anne's] claims," Hsu wrote in explaining the justification for his dismissal of the eighth and ninth causes of action.

"This is a good strategy if your law firm's business model is to extract settlements from large companies because it costs companies less to pay the Bibiyan Law Group a settlement than to litigate their innocence," Kane concluded in his statement to AVN.

"Although it will cost Defendants more to defend themselves from Kenzie Anne's meritless claims than it will cost Bibiyan Law Group to pursue them, Vixen is committed to vigorously defending itself."

Exhibit 27

# Vixen Files Motion to Dismiss Kenzie Anne Labor Suit

Michael McGrady Jr    November 15, 2023 4:06 PM PST



**LOS ANGELES—**Counsel for Vixen Media Group and its affiliated companies has filed a new motion to dismiss the remaining claims in a federal lawsuit regarding labor disputes filed by retired adult performer Kenzie Anne.

Attorneys Brad S. Kane and Eric Clopper argue that the remaining claims against Vixen brought by Kenzie Anne should be dismissed with no option for leave to amend. The defense filed the motion earlier this month in the U.S. District Court for the Central District of California in an effort to end the long-winded litigation between Anne and the adult entertainment studio.

Anne sued Vixen over wage disputes, alleging she was underpaid and treated unethically by VMG and its affiliated companies.

AVN reported in September on the first dismissal in which U.S. District Judge

Wesley L. Hsu sided with Vixen-affiliated firms VXN Group, Strike 3 Holdings, General Media Systems, executive producer Mike Miller, and 100 unnamed John and Jane Doe defendants. Anne initially filed ten causes for action in the federal class action lawsuit—nine have been dismissed.

The 10th cause of action was severed and remanded to a state court in Los Angeles for potential violations of California's Unfair Competition Law (UCL). Judge Hsu allowed counsel for Anne and a team of labor rights lawyers from the Bibiyan Law Group. P.C., to amend their initial complaint.

Sarah Cohen, an attorney at Bibiyan, filed the first amended complaint against Vixen. This led to a new round of litigation with counsel sharing email traffic between both sides, bickering over out-of-courtroom meetings to resolve specific issues, and disclosing claims in the new first amended complaint.