UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:23–cv–04901–WLH–AGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SPECIAL MOTION TO STRIKE THE DEFENDANTS STRIKE 3 HOLDINGS, LLC, GENERAL MEDIA SYSTEMS, LLC, AND MIKE MILLER FROM PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF NO. # 38]** |

On September 20, 2023, Plaintiff Mackenzie Anne Thoma a.k.a. Kenzie Anne ("Plaintiff") filed her First Amended Complaint ("FAC"). Plaintiff's amendments alleged that defendants Strike 3 Holdings, LLC ("Strike 3"), General Media Systems, LLC ("General Media"), and Mike Miller ("Miller") (collectively, the "Anti-SLAPP

-1-

Defendants") were jointly and severally liable for VXN Group, LLC ("VXN")'s alleged Labor Code violations.

Sixty days after Plaintiff filed her FAC, on November 11, 2023, the Anti-SLAPP Defendants filed a Special Motion to Strike under Cal. Code of Civ. P. § 425.16 to move this Court for an order striking the following portions of Plaintiff's FAC: (i) Strike 3 as a named defendant and associated allegations [**Dkt. 26, ¶¶ 1, 6, 9, 13, 15, 19, 20, 22**]; (ii) General Media as a named defendant and associated allegations [**Dkt. 26, ¶¶ 1, 6, 9, 14, 15, 20, 22**]; and (iii) Miller as a named defendant and associated allegations [**Dkt. 26, ¶¶ 1, 6, 10, 12, 15, 18, 19, 22**]

The Court, for the reasons set forth in the Anti-SLAPP Defendant's Special Motion to Strike under Cal. Code of Civ. P. 425.16, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Strike 3 is dismissed from Plaintiff's FAC without leave to amend, and all references to Strike 3 are stricken from Plaintiff's FAC.
2. General Media is dismissed from Plaintiff's FAC without leave to amend, and all references to General Media are stricken from Plaintiff's FAC.
3. Miller is dismissed from Plaintiff's FAC without leave to amend, and all references to Miller are stricken from Plaintiff's FAC.
4. Defendants are to recover their fees and costs for bringing this motion.

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE