David D. Bibiyan (SBN 287811)
*david@tomorrowlaw.com*
Jeffrey D. Klein (SBN 297296)
*jeff@tomorrowlaw.com*
Sarah H. Cohen (SBN 330700)
*sarah@tomorrowlaw.com*
**BIBIYAN LAW GROUP, P.C.**
8484 Wilshire Boulevard, Suite 500
Beverly Hills, California 90211
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, MACKENZIE ANNE THOMA, on
behalf of herself and all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 2:23-cv-04901-WLH (AGRx)<br><br>[*Assigned for all purposes to the Hon. Wesley L. Hsu*]<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**<br><br>**HEARING INFORMATION**<br><br>DATE: January 5, 2024<br>TIME: 1:30pm<br>DEPT: 9B |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

1.     In accordance with Federal Rule of Evidence 201, Plaintiff Mackenzie Anne Thoma, through undersigned counsel, hereby respectfully requests that the Court, in conjunction with its consideration of Plaintiff's Opposition to Defendant's Special Motion to Strike, take judicial notice of the document described below and attached as **Exhibit 1 and Exhibit 2** to this Request for Judicial Notice.

2.     Federal Rule of Evidence Section 201 ("Rule 201") allows a court to take judicial notice of facts that are "not subject to reasonable dispute" because they are either (1) "generally known within the trial court's territorial jurisdiction;" or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. § 201(b).  The Court "must take judicial notice if a party request it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

3.     Court orders and filings are types of documents that are properly subject to judicial notice under Rule 201.  *See, e.g., Helm v. Alderwoods Group, Inc.,* 696 F. Supp. 2d 1057, 1062 n.3 (N.D. Cal. 2009) (taking judicial notice of complaint filed in another lawsuit); *Neilson v. Union Bank of Cal.,* 290 F. Supp. 2d 1101, 1112-14 (C.D. Cal. 2003) (granting judicial notice of court orders and civil minutes, including the "existence and legal effect of the documents"). *See also Bias v. Moynihan,* 508 F.3d 1212, 1225 (9th Cir. 2007) (district court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue"); 646, 651-52 (9th Cir. 1988) (judicial notice taken of complaints in related actions); *E. & J. Gallo Winery v. Encana Energy Servs.,* Inc., 2005 WL 2435900, at *6 (E.D. Cal. Sept. 30, 2005) ("A district court may take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence . . . of orders or decisions or proceedings of any federal or state court.") (internal citation omitted).

4.     Information found on publicly accessible websites are subject to

Law Offices
COHEN & LORD
A Professional Corporation
4720 Lincoln Boulevard, Suite 200
Marina del Rey, CA  90292-6977
(310) 821-1163

1   judicial notice. *See e.g. Hodges v. King's Hawaiian Bakery W., Inc.,* No. 21-CV-

2   04541-PJH, 2021 WL 5178826, at 3 (N.D. Cal. Nov. 8, 2021) ("Websites and their

3   contents may be proper subjects for judicial notice"); *Wible v. Aetna Life Ins. Co.*,

4   374 F. Supp. 2d 956, 965 (C.D. Cal. 2005) (recognizing that "websites and their

5   contents may be proper subjects for judicial notice" where party "supplied the court

6   with hard copies of the actual web pages of which they sought to have the court take

7   judicial notice"); *Spy Optic, Inc. v. Alibaba.Com, Inc*., 163 F. Supp. 3d 755 at 762-

8   763 (C.D. Cal. 2015) ("it is not uncommon for courts to take judicial notice of

9   factual information found on the world wide web.")

10      5.      Based on the above, the Court should take judicial notice of the

11   following documents.

12      6.      The Memorandum Opinion filed by the clerk of the Honorable Royce

13   C. Lamberth of the United States District Court For The District of Columbia, on

14   November 16, 2018 in the action entitled *Strike 3 Holdings, LLC v. John Doe*

15   *subscriber assigned IP address 73.180.154.14*, Case Number 18-1425 and the LA

16   Times Article entitled "Column: This porn company makes millions by shaming

17   porn consumers."

18      7.      A true and correct copy of the Memorandum Opinion is attached hereto

19   as **Exhibit 1.**

20      8.      A true and correct copy of the article published by the LA Times is

21   attached hereto as **Exhibit 2**.

22

23   Dated: December 15, 2023          BIBIYAN LAW GROUP, P.C.

24

25                                     BY: */s/ Sarah H. Cohen*

26                                         SARAH H. COHEN
                                           **Attorneys for Plaintiff MACKENZIE ANNE**
27                                         THOMA, and individual and on behalf of all
                                           other similarly situated

28

Law Offices
COHEN & LORD
A Professional Corporation
4720 Lincoln Boulevard, Suite 200
Marina del Rey, CA  90292-6977
(310) 821-1163