**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
ERIC CLOPPER (SBN 346031)
eclopper@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel:  (323) 697-9840
Fax: (323) 571-3579

Trey Brown (SBN #314469)
trey.brown@vixenmediagroup.com
11337 Ventura Blvd.
Studio City, CA 91604

Attorneys for Defendants
VXN GROUP LLC; STRIKE 3 HOLDINGS, LLC;
GENERAL MEDIA SYSTEMS, LLC; and
MIKE MILLER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**TREY BROWN'S NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS** |

---

**TREY BROWN'S NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS**

Please enter Trey Brown's appearance as counsel for Defendants VXN Group LLC, Strike 3 Holdings, LLC, General Media Systems, LLC, and Mike Miller.

Dated: January 25, 2024

Respectfully submitted,

KANE LAW FIRM

By: */s/ Brad Kane*
Brad Kane
Eric Clopper
Attorneys for Defendants
VXN Group LLC; Strike 3 Holdings, LLC; General Media Systems, LLC; and Mike Miller

By: */s/ Trey Brown*
Trey Brown
Attorney for Defendants
VXN Group LLC; Strike 3 Holdings, LLC; General Media Systems, LLC; and Mike Miller

## CERTIFICATE OF SERVICE

I, Brad S. Kane, hereby certify that this document has been filed on January 25, 2024, through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: January 25, 2024

By: */s/ Brad S. Kane*
Brad Kane

**TREY BROWN'S NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS**