UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:23–cv–04901–WLH–AGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF NO. # 56]** |

On March 22, 2024, Defendants VXN Group LLC ("VXN"), Strike 3 Holdings, LLC ("Strike 3"), General Media Systems, LLC ("General Media"), and Mike Miller ("Miller") filed its Motion to Dismiss the Second Amended Complaint ("Motion") filed by Plaintiff Mackenzie Anne Thoma in the United States District Court for the Central District of California on March 8, 2024, Case No. 2:23-cv-04901-WLH-AGR.

The Motion requests that this Court: (i) dismiss Strike 3, General Media, and Miller from Plaintiff's Second Amended Complaint without leave to amend; (ii) dismiss Count 2 – Failure to Pay Minimum Wages – from Plaintiff's Second Amended Complaint without leave to amend; (iii) dismiss Count 6 – Wage Statement Violations – from Plaintiff's Second Amended Complaint without leave to amend; and (iv) dismiss Count 7 – Failure to Indemnify – from Plaintiff's Second Amended Complaint without leave to amend.

The Court, for the reasons set forth in Defendant's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Defendants Strike 3, General Media, and Miller are DISMISSED from this action without leave to amend; and
2. Plaintiff's Second, Sixth, and Seventh Causes of Action are DISMISSED without leave to amend.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE