**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (SBN 287811)
*david@tomorrowlaw.com*
Jeffrey D. Klein (SBN 297296)
*jeff@tomorrowlaw.com*
Sarah H. Cohen (SBN 330700)
*sarah@tomorrowlaw.com*
1460 Westwood Blvd.
Los Angeles, California, 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for MACKENZIE ANNE THOMA, on behalf of herself
and all others similarly situated

## IN THE UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a KENZIE ANNE, on behalf of herself and all others similarly situated employees,<br><br>            Plaintiffs,<br><br>     v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br>            Defendants, | CASE NO. 2:23-cv-04901-WLH<br><br>[Assigned for all purposes to the Hon. Wesley L. Hsu]<br><br>**DECLARATION OF SARAH H. COHEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT AND CLASS CLAIMS** |

Law Offices of
BIBIYAN LAW GROUP
A Professional Corporation
1460 Westwood Blvd.
Los Angeles, California 90024
(310) 438-5555

1
DECLARATION OF SARAH H. COHEN

**DECLARATION OF SARAH H. COHEN**

I, Sarah H. Cohen, declare and state:

1.      I am an attorney at law, duly licensed to practice before all the Courts of the State of California and I am an attorney with Bibiyan Law Group, P.C, counsel of record for plaintiff Mackenzie Anne Thoma ("Plaintiff" or "Ms. Thoma") and all others similarly situated and aggrieved. As such, I am familiar with the file in this matter and if called as a witness I could and would competently testify to the following facts of my own personal knowledge.

2.      Counsel for Defendants, Mr. Eric Clopper ("Mr. Clopper"), failed to comply with Local Rule 7-3 by failing to meet and confer regarding the filing of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint by March 15, 2024. Rather, Defendants did not attempt to meet and confer until March 20, 2024. This is the third time Defendants have failed to properly meet and confer before filing a motion to dismiss. Attached hereto as **Exhibit A** is a true and correct copy of Mr. Clopper's March 20, 2024 email.

3.      I responded to Mr. Clopper informing him of my availability to meet and confer. Attached hereto as **Exhibit B** is a true and correct copy of my email to Mr. Clopper.

Executed on this Fifth of April, 2024, at Los Angeles, California.

*/s/ Sarah H. Cohen*
Sarah H. Cohen