Case 2:23-cv-04901-WLH-AGR   Document 57-2   Filed 04/05/24   Page 1 of 2   Page ID #:1572

# Exhibit A



Rafael Yedoyan <rafael@tomorrowlaw.com>

# Thoma v. VXN - Meet and Confer this week
9 messages

**Eric Clopper** <eclopper@kanelaw.la>  Wed, Mar 20, 2024 at 9:34 AM
To: Sarah Cohen <sarah@tomorrowlaw.com>, Rafael Yedoyan <rafael@tomorrowlaw.com>
Cc: Brad Kane <bkane@kanelaw.la>

Sarah and Rafael,

Thank you for meeting and conferring with us on March 7, 2024, regarding Plaintiff's SAC prior to filing it.

Although the first meet and confer was thorough, we would like to have a second meet and confer regarding our clients' upcoming motion to dismiss to confirm that we have exhausted all possible efforts at resolution of the issues.

Do you have time slots available today or tomorrow for a 20-minute meet and confer? Please let me know, and I will send the Zoom invite.

Thank you.

Best,

Eric

ps, if you are busy, we can meet and confer with just Rafael, David, or Jeff, as needed.

Eric Clopper

Senior Associate

Kane Law Firm

[1154 S Crescent Heights Blvd.,](#)

[Los Angeles, CA 90035](#)

[Office: 323](#)-937-3291

Cell: 617-957-2363