# Exhibit B

Bibiyan Law Group, P.C.
1460 Westwood Boulevard
Los Angeles, California 90024
Telephone: 310-438-5555
Facsimile: 310-300-1705
david@tomorrowlaw.com

**\*\* PLEASE NOTE THAT OUR ADDRESS HAS CHANGED:**

[Quoted text hidden]

---

**Sarah Cohen** <sarah@tomorrowlaw.com>  Mon, Apr 1, 2024 at 9:33 PM
To: Eric Clopper <eclopper@kanelaw.la>
Cc: Rafael Yedoyan <rafael@tomorrowlaw.com>, Brad Kane <bkane@kanelaw.la>, David Bibiyan <david@tomorrowlaw.com>, Jeffrey Klein <jeff@tomorrowlaw.com>, thomavvxngroupllcetalz11731883@projects.filevine.com, Nadia Rodriguez <nadia@tomorrowlaw.com>

Good Evening Eric,

Apologies for the delay in getting back to you. It has been particularly busy lately and I inadvertently overlooked this email. I am free for a call tomorrow between 10am-230pm to meet and confer and suggest we do so prior to Plaintiff's opposition deadline of this Friday. Let me know what works best for you.

Thank you.

On Wed, Mar 20, 2024 at 9:34 AM Eric Clopper <eclopper@kanelaw.la> wrote:
[Quoted text hidden]

[Quoted text hidden]

---

**Brad Kane** <bkane@kanelaw.la>  Tue, Apr 2, 2024 at 9:50 AM
To: Sarah Cohen <sarah@tomorrowlaw.com>, Eric Clopper <eclopper@kanelaw.la>
Cc: Rafael Yedoyan <rafael@tomorrowlaw.com>, David Bibiyan <david@tomorrowlaw.com>, Jeffrey Klein <jeff@tomorrowlaw.com>, "thomavvxngroupllcetalz11731883@projects.filevine.com" <thomavvxngroupllcetalz11731883@projects.filevine.com>, Nadia Rodriguez <nadia@tomorrowlaw.com>

Sarah,

Eric is out sick today.

Let's talk tomorrow, April 3, 2024 at 11:00 a.m.

We can discuss the Motion to Bifurcate as well.

Looking forward to our call.

Best,

Brad