1 **KANE LAW FIRM**
2 Brad S. Kane (SBN 151547)
  bkane@kanelaw.la
3 Eric Clopper (SBN 346031)
4 eclopper@kanelaw.la
  1154 S. Crescent Heights. Blvd.
5 Los Angeles, CA 90035
6 Tel: (323) 697-9840
  Fax: (323) 571-3579
7
8 Trey Brown (SBN 314469)
  trey.brown@vixenmediagroup.com
9 11337 Ventura Blvd.
  Studio City, CA 91604
10
11 Attorneys for Defendants
  VXN GROUP LLC; STRIKE 3 HOLDINGS, LLC;
12 GENERAL MEDIA SYSTEMS, LLC; and
13 MIKE MILLER

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**DECLARATION OF KAYDEN KROSS IN SUPPORT OF DEFENDANTS' MOTION TO BIFURCATE DISCOVERY** |

DECLARATION OF KAYDEN KROSS IN SUPPORT OF DEFENDANTS' MOTION TO BIFURCATE DISCOVERY

I, Kayden Kross, hereby declare as follows:

1. I submit this declaration under my adult film actress name Kayden Kross. This is my stage name. I have not included my true name for many of the reasons I speak to below, including the protection of my family. However, I understand the importance of transparency in legal proceedings and acknowledge that my use of a pseudonym is an exception to the norm. Therefore, I am prepared to refile this declaration with my legal name. However, I respectfully ask that should the Court order me to do so, the Court allow me to file it under seal.

2. I am a performer, director, and creator in the adult industry. I began my career as an adult film actress in 2006. I have worked with dozens of companies and directed hundreds of adult film performers.

3. I created the brand Deeper.com, which is an affiliate of VXN Group. I am Deeper's Executive Producer and, among many other roles, I develop the creative concepts for its movies as well as direct and produce the movies.

4. I still occasionally, but rarely, perform in movies for Deeper and VXN Group productions. I understand as an adult performer I am part of the proposed class in this case.

5. At the same time, I do not want VXN Group to give my true name or contact information to anyone. I have suffered severe trauma from instances where individuals have connected my true name and home address to my professional life. I do not want to create more risk for myself or my family.

6. Yet, I choose to write this declaration because adult performers are real people, who are often too afraid to speak out themselves. Please only require the disclosure of our contact information as a last resort and only with the strongest safeguards available, *if absolutely necessary*.

7. If VXN Group must disclose the class members' true name and contact information, everyone in the class will be put at a very real risk of serious

0

DECLARATION OF KAYDEN KROSS IN SUPPORT OF DEFENDANTS' MOTION TO BIFURCATE DISCOVERY

harm. I have seen leaks of my and other performers' personal information result in everything from relapse to suicide to homelessness, joblessness, loss of custody, divorce, stalking, retaliation, mental health decline, stress induced decline in physical health, ostracism, loss of bank accounts, being forced to move, and loss of family relationships.

8. Being outed as an adult performer has consequences to people beyond just the adult performers. Once you are outed, people start outing any family that they can connect to you. My mom was forced to leave her job because of that. A guy dated my Mom until she found his office drawer full of my adult performances. People approach my mom now asking her to introduce us. People who never made the choice to risk harassment and discrimination are hurt.

9. My dad won't talk to me at all, and at least some of it is because people in the past have outed me to him. And, people pretending to be me have reached out to him as me, which has not helped my efforts to reconcile for the sake of my children.

10. Even my own children have lost friends due to the discrimination and double standards that adult performers experience.

11. We had to move our family from my last home because a neighbor down the street found out I worked in adult entertainment. When she discovered it, she began calling in fake reports to the police and child protective services. However, that disruption of my family was not enough for her. She literally went door to door telling the rest of the neighborhood. Still not satisfied, she sent links of my adult entertainment to our older kids' phones and told the teachers at their schools. In the end, my partner and I decided that we had no choice but to move.

12. The move was traumatic for our children, financially burdensome, and led to severe physical and mental health issues for me. It greatly impacted my ability to work and function. I can disclose the extent and costs of the medical and

1

DECLARATION OF KAYDEN KROSS IN SUPPORT OF DEFENDANTS' MOTION TO BIFURCATE DISCOVERY

mental health treatment I had to receive under seal if the Court would like further verification.

13. Once outed, it can be really difficult to apply for a new place to live, get a new bank account, explain a recent firing, etc. because of the stigma attached to what we, as performers, do for a living. I had trouble trying to get a restraining order against my neighbor because she weaponized outing me. The police did not believe me when I filed reports. Someone else had to have the same experience before they came back and took what I said seriously.

14. With children, my partner and I must constantly stay vigilant. Our kids are never allowed to check the mail because my information has been leaked in the past. No matter the efforts I take to hide my address, somehow people still find me and I receive mail with explicit pictures of me from fans hoping I'll sign the photos and send them back to them.

15. Some fans have bad intentions. These are the crazy people and dangerous stalkers. Many of the adult performers that have worked for VXN Group are incredibly famous with millions of fans.

16. I have experience with stalkers. One stalker was so aggressive, I worked with a detective who was tracking him through multiple jurisdictions. He put my phone number into a ghost dialing system so that he could auto dial me over and over again and he hacked my accounts. Eventually he was jailed because he physically attacked a performer in another jurisdiction. Once he was released, he started up with me again and the detective had to intervene to get him to stop. I can provide the detective's contact information and the police reports, under seal, if necessary.

17. I also had a guy try to run me over once when he recognized me on the street and I refused to get in the car with him. Crazy people and dangerous

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

2
DECLARATION OF KAYDEN KROSS IN SUPPORT OF DEFENDANTS' MOTION TO BIFURCATE DISCOVERY

stalkers feel a one-sided closeness with adult performers that makes them feel like they have a right to our attention and bodies.

18. I also had a guy living a delusion that I was his girlfriend. He started flying to every convention I attended around the world (Vegas, South Africa, Berlin etc.) and began screaming at me while I was signing at my booth because after he stood in line for an autograph, I wouldn't leave with him. He was jailed shortly after for something unrelated involving a gun in his home state.

19. Many adult performers regularly receive death threats laced with racism for performing in interracial adult entertainment or from stalkers that believe in their delusions that the male performer is stealing female performers who "belong" to them. These threats can become very real if the wrong people have their home address.

20. Given the amount of money that my delusional stalker spent following me around the world, I know certain people will pay significant money and do illegal things to reach adult performers. Unfortunately, the threat is not limited to individuals.

21. There are also people and groups out there, often religiously motivated, who will pay serious money for the true names and contact information of the class members to expose and harass them in the hopes they exit the industry (or at least stop promoting things that they object to like interracial relationships).

22. People will pay a lot of money to have access to the class members personal information, so they can reach them in real life. It will be tempting for any disgruntled employee to leak or sell the information in exchange for potentially hundreds of thousands of dollars if not more.

23. I have personally been contacted by the FBI to warn me that my personal information was for sale on the black market and to take necessary precautions.

3

DECLARATION OF KAYDEN KROSS IN SUPPORT OF DEFENDANTS' MOTION TO BIFURCATE DISCOVERY

24.   Please understand that it is too easy to assume that sending a letter in a plain envelope asking if each class member wants their information shared is harmless. If a letter regarding the class action is accidentally sent to the wrong address of a class member because of a typo or error by the mail man, resulting in disclosure to a neighbor, the consequences can be truly devastating.

25.   Another very real risk is that a letter mailed to the home provided for the class member may be opened by a relative or roommate unaware that the class member works in the adult industry. The adult film industry regulations require production companies to verify the age of adult performers by their government IDs. These IDs are photographed and stored pursuant to law. In many cases, these IDs are how production companies record contact information for the actors and actresses and therefore the information on the IDs would be used to contact the class members.

26.   Nearly all adult film performers begin work using their home addresses on their IDs. Many of these performers travel to California to work from their home state where they reside with family members. I know this from working on set as both a director and performer. This creates a real risk that the letters will go to an old address or to family and be opened by someone other than the performer.

27.   Worse, nearly all adult performers I know share the common bond of having at least some family members that they do not want to know about their line of work. Some come from very conservative or religious homes where their family members may never speak to them again, or worse, hurt them.

28.   Moreover, because of the time period of the lawsuit, the class will include many adult film performers who have left the industry. When leaving the industry, many completely shed their adult personas and leave them buried when they retire and reintegrate in society. They hope that their jobs, kids, and

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

4

DECLARATION OF KAYDEN KROSS IN SUPPORT OF DEFENDANTS' MOTION TO BIFURCATE DISCOVERY

community do not find out and ostracize them, fire them, abandon them etc. Many, like me, have had to move and start over when they've been outed.

29. Whether we like it or not, our society functions as if it is part of a social credit system where sex workers can and do get cancelled from necessities that others enjoy once they are outed.

30. These are just a few examples of what I and other class members have faced from their identities being discovered. I know if this information is discovered by the wrong people it can lead to unrepairable damage for the class members.

31. Please consider my life as a cautionary tale. I am asking the Court to please only require the disclosure of our contact information as a last resort and only with the strongest safeguards available, *if absolutely necessary*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2024 at Los Angeles, California.

                                                         *Kayden Kross*

                                                         Kayden Kross

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
PROOF OF SERVICE