EXHIBIT 2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**23STCV08761**                                                    December 14, 2023
**MACKENZIE ANNE THOMA vs VXN GROUP LLC, et al.**                        1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Celinda Aligada CSR# 13724
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M.Miro               Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Sarah Hannah Cohen LACourtConnect

For Defendant(s): Brad S Kane LACourtConnect

**NATURE OF PROCEEDINGS:** Order to Show Cause Re: Why this Court has Jurisdiction to
Proceed; Initial Status Conference

The matter is called for hearing.

Pursuant to Government Code sections 68086, 70044, California Rules of Court, rule 2.956, and
the stipulation of appearing parties, Celinda Aligada CSR# 13724, certified shorthand reporter is
appointed as an official Court reporter pro tempore in these proceedings, and is ordered to
comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

The Court signs and files the Order re: Authorizing Electronic Service for Case Anywhere this
date and a conformed copy is provided to Plaintiff's counsel via e-mail.

If there are unresolved issues, a JOINT request for Court guidance shall be posted on the
electronic service message board.

The Court requires a pre-motion conference prior to any motion being filed. A joint request may
be posted on the message board.

The Court will allow plaintiff to file a Motion to Lift the Stay.

The Court stays the case in it's entirety pending determination in Federal Court of the claims
pending there.

A Joint Status Report re: Status of Federal Case is to be filed by 4/29/2024.

Non-Appearance Case Review re: Filing of the Joint Status Report re: Status of Federal Case is
scheduled for 05/02/2024 at 04:30 PM in Department 12 at Spring Street Courthouse.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**23STCV08761**                                              December 14, 2023
**MACKENZIE ANNE THOMA vs VXN GROUP LLC, et al.**                          1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Celinda Aligada CSR# 13724
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M.Miro               Deputy Sheriff: None

---

The Court finds that the following cases, 23STCV08761 and 23STCV16142, are related within
the meaning of California Rules of Court, rule 3.300(a). 23STCV08761 is the lead case. For
good cause shown, said cases are assigned to Judge Carolyn B. Kuhl in Department 12 at Spring
Street Courthouse for all purposes.

Plaintiff is to provide notice.

---