UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:23–cv–04901–WLH–AGR<br><br>**[PROPOSED] ORDER GRANTING MOTION TO BIFURCATE DISCOVERY [ECF NO. 58]** |

On April 5, 2024, Defendants VXN Group LLC, Strike 3 Holdings, LLC, General Media Systems, LLC, and Mike Miller (collectively, "Defendants") filed their Motion to Bifurcate Discovery ("Motion") in connection with the above captioned matter.

The Motion requests that this Court bifurcate discovery into two phases and proposes that the first phase of discovery be limited to threshold issues regarding Plaintiff's standing, namely (i) whether Plaintiff was misclassified as an independent contractor; and (ii) whether Plaintiff falls under the professional actor exemptions of IWC Wage Order 12. The Motion further requests that all other discovery be stayed pending resolution of dispositive motions following the first phase of discovery.

The Court, having considered Defendants' Motion, together with all the briefing and argument related thereto, and finding good cause therefor, hereby GRANTS the Motion. The Court sets the following schedule for the first phase of discovery and briefing on the issue of standing:

1. Phase I Discovery shall be conducted for 120 days from the date of this Order;

2. Parties' motions for summary judgment, if any, shall be due within sixty (60) days of the close of the Phase I Discovery;

3. All other discovery matters not related to Plaintiff's employment status or the applicability of IWC Wage Order 12's professional actor exemption are stayed until the Court rules upon the parties' summary judgment motions.

Thereafter, the Court will enter a further order governing additional proceedings, as necessary.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE