**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (SBN 287811)
*david@tomorrowlaw.com*
Jeffrey D. Klein (SBN 297296)
*jeff@tomorrowlaw.com*
Sarah H. Cohen (SBN 330700)
*sarah@tomorrowlaw.com*
Rafael Yedoyan (SBN 351499)
*rafael@tomorrowlaw.com*
1460 Westwood Blvd.
Los Angeles, California, 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for MACKENZIE ANNE THOMA, on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a KENZIE ANNE, on behalf of herself and all others similarly situated employees,<br><br>    Plaintiffs,<br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company; GENERAL MEDIA SYSTEMS, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br>    Defendants, | CASE NO. 2:23-cv-04901-WLH<br><br>**DECLARATION OF RAFAEL YEDOYAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |

Law Offices of
BIBIYAN LAW GROUP
A Professional Corporation
1460 Westwood Blvd.
Los Angeles, California 90024
(310) 438-5555

## DECLARATION OF RAFAEL YEDOYAN

I, RAFAEL YEDOYAN, declare and state:

1. I am an attorney at law, duly licensed to practice before all the Courts of the State of California and I am an attorney with Bibiyan Law Group, P.C, counsel of record for plaintiff Mackenzie Anne Thoma ("Plaintiff" or "Ms. Thoma") and all others similarly situated and aggrieved. As such, I am familiar with the file in this matter and if called as a witness I could and would competently testify to the following facts of my own personal knowledge.

2. On May 24, 2024, the Parties had an initial meet and confer to discuss the narrowing of the requests in Defendants' subpoena requests. This meet and confer was fruitless.

3. The Parties had a second meet and confer on May 31, 2024 to discuss, among other items, the potential narrowing of the requests in Defendants' subpoena. This meet and confer was fruitless.

4. Attached hereto as "Exhibit A" is a true and correct copy of Mainboard, LLC's privacy policy.

Executed on this Eighteenth of June, 2024, at Los Angeles, California.

                                                      */s/ Rafael Yedoyan*
                                                       Rafael Yedoyan