SOLUTIONS    ABOUT    CONTACT    SUPPORT    NEWS    DEMO    LOGIN >

# privacy policy

## INTRODUCTION

This Privacy Policy explains what information Mainboard LLC, Mainboard Creative Technology (Pty) Ltd and its related entities ("Mainboard") collect about you and why, what we do with that information, how we share it, and how we handle the content you place in our products and services. It also explains the choices available to you regarding our use of your personal information and how you can access and update this information.

## SCOPE OF PRIVACY POLICY

This Privacy Policy applies to the information that we obtain through your use of " Mainboard Services" via a "Device" or when you otherwise interact with Mainboard.

" **Mainboard Services**" include our:

1. Websites
2. SaaS Products
3. Downloadable Products

but does not include:

- Mainboard products or services for which a separate privacy policy is provided.
- Third Party Products. These are third party products or services that you may choose to integrate with Mainboard product or services, such as third party Add-Ons. You should always review the policies of third party products and services to make sure you are comfortable with the ways in which they collect and use your information.

A "**Device**" is any computer used to access the Mainboard Services, including without limitation a desktop, laptop, mobile phone, tablet, or other consumer electronic device.

Unless otherwise stated, our SaaS Products and our Downloadable Products are treated the same for the purposes of this document.

By registering for or using Mainboard Services you consent to the collection, transfer, processing, storage, disclosure and other uses described in this Privacy Policy.

## DEFINITIONS

**Add-On**: a bundle of code, resources and configuration files that can be used with a Mainboard product to add new functionality or to change the behavior of that product's existing features.

**Content**: any information or data that you upload, submit, post, create, transmit, store or display in a Mainboard Service.

**Downloadable Products**: Mainboard's downloadable software products and mobile applications, including Add-Ons created by Mainboard, that are installed by customers on an infrastructure of their choice. Downloadable Products do not include Add-Ons created by third parties, even when they are accessed through Mainboard.com, Portfoliopad.com or Castingpad.com

**Information**: all of the different forms of data, content, and information collected by us as described in this Privacy Policy.

**Personal Information**: information that may be used to readily identify or contact you as an individual person, such as: name, address, email address, or phone number. Personal Information does not include information that has been anonymized such that it does not allow for the ready identification of specific individuals.

**SaaS Products**: Mainboard's "Cloud" hosted solutions, as well as other Mainboard hosted solutions that display a link to this Privacy Policy. For the avoidance of doubt, if a Mainboard hosted solution displays a link to a different privacy policy, then that other privacy policy shall apply.

**Websites**: Mainboard's websites, including but not limited to mainboard.com, portfoliopad.com, castingpad.com, productionpad.com, myportfoliopad.com and any related websites, sub-domains and pages.

## CHANGES TO OUR PRIVACY POLICY

We may change this Privacy Policy from time to time. If we make any changes, we will notify you by revising the "Effective Starting" date at the top of this Privacy Policy. If we make any material changes, we will provide you with additional notice (such as by adding a notice on the Mainboard Services homepages, login screens, or by sending you an email notification). We encourage you to review our Privacy Policy whenever you use Mainboard Services to stay informed about our information practices and the ways you can help protect your privacy.

If you disagree with any changes to this Privacy Policy, you will need to stop using Mainboard Services and deactivate your account(s), as outlined below.

## INFORMATION YOU PROVIDE TO US

We collect the following information:

**Account and Profile Information**: We collect information about you and your company as you register for an

account, create or modify your profile, make purchases through, use, access, or interact with the Mainboard Services (including but not limited to when you upload, download, collaborate on or share Content). Information we collect includes

- Contact information such as name, email address, mailing address, and phone number
- Billing information such as credit card details and billing address
- Profile information such as a username, profile photo, and job title
- Preferences information such as notification and marketing preferences

You may provide this information directly when you enter it in Mainboard Services.

In some cases another user (such as a system administrator) may create an account on your behalf and may provide your information, including Personal Information (most commonly when your company requests that you use our products). We collect Information under the direction of our customers and often have no direct relationship with the individuals whose personal data we process. If you are an employee of one of our customers and would no longer like us to process your information, please contact your employer. If you are providing information (including Personal Information) about someone else, you must have the authority to act for them and to consent to the collection and use of their Personal Information as described in this Privacy Policy.

**Content**: We collect and store Content that you create, input, submit, post, upload, transmit, store or display in the process of using our SaaS Products or Websites. Such Content includes any Personal Information or other sensitive information that you choose to include ("incidentally-collected Personal Information").

**Other submissions**: We collect other data that you submit to our Websites or as you participate in any interactive features of the Mainboard Services, participate in a survey, contest, promotion, sweepstakes, activity or event, apply for a job, request customer support, communicate with us via third party social media sites or otherwise communicate with us. For example, information regarding a problem you are experiencing with an Mainboard product could be submitted to our Support Services or posted in our public forums.

## INFORMATION WE COLLECT FROM YOUR USE OF MAINBOARD SERVICES

**Web Logs**: As is true with most websites and services delivered over the Internet, we gather certain information and store it in log files when you interact with our Websites and SaaS Products. This information includes internet protocol (IP) addresses as well as browser type, internet service provider, URLs of referring/exit pages, operating system, date/time stamp, information you search for, locale and language preferences, identification numbers associated with your Devices, your mobile carrier, and system configuration information. In the case of our SaaS Product, the URLs you accessed (and therefore included in our log files) include usernames as well as elements of Content as necessary for the SaaS Product to perform the requested operations. Occasionally, we connect Personal Information to information gathered in our log files as necessary to improve Mainboard Services for individual customers. In such a case, we would treat the combined Information in accordance with this privacy policy.

**Analytics Information from Website and SaaS Products**: We collect analytics information when you use our Websites and SaaS Products to help us improve our products and services. In the SaaS Products, this analytics information consists of the feature and function of the Mainboard Service being used, the associated license identifier (SEN) and domain name, the username and IP address of the individual who is using the feature or

function (which will include Personal Information if the Personal Information was incorporated into the username), the sizes and original filenames of attachments, and additional information required to detail the operation of the function and which parts of the Mainboard Services are being affected.

The analytics information we collect includes elements of Content related to the function the user is performing. As such, the analytics information we collect may include Personal Information or sensitive business information that the user has included in Content that the user chose to upload, submit, post, create, transmit, store or display in a Mainboard Service.

As of the date this policy went into effect, we use Google Analytics as an analytics provider. To learn more about the privacy policy of Google Analytics, refer to Google's Policies and Principles. Use the Google Analytics Opt-out Browser Add-on to prevent analytics information from being sent to Google Analytics.

**Analytics Information Derived from Content**. Analytics information also consists of data we collect as a result of running queries against Content across our user base for the purposes of generating Usage Data. "Usage Data" is aggregated data about a group or category of services, features or users that does not contain Personal Information. For example, we may query Content to determine the most common types of workflows that users use by searching for the most common workflow names, or we may query Content to determine the most popular job titles for Mainboard users in order to better understand the composition of our user base.

Though we may happen upon sensitive or Personal Information as we compile Usage Data from Content across user instances, this is a by-product of our efforts to understand broader patterns and trends. It is not a concerted effort by us to examine the Content of any particular customer.

**Analytics Information from Downloadable Products**: We collect analytics information when you use our Downloadable Products to help us improve our products and services. Our Downloadable Products contain a feature that sends information about the technical operation of the Downloadable Products on your systems ("System Information") to us. System Information includes information about (a) the server environment in which the Downloadable Product is operating: OS type and version, JVM version, Java environment properties, CPU type, RAM allocation, language and locale settings, database type and version, and disk utilization, as well as (b) user client information, for example: browser type and version, native client type and version, and client device specifications (e.g. screen resolution, OS version, device type, etc.). In addition, we collect analytics information from Downloadable Products that is a subset of the analytics information described above for Websites and SaaS Products. As with Websites and SaaS Products, the analytics information we collect includes elements of Content related to the function the user is performing, but with an important caveat. With the Downloadable Products, before sending the information to Mainboard's servers, we filter the analytics information to remove elements that we believe may contain sensitive or Personal Information. For example: (1) we conduct a one-way hash of usernames and hostnames before collecting them and (2) we filter any Content elements we collect to discard all words except those on a list of common business and IT terminology. You can disable our collection of analytics information from Downloadable Products via the Administrator settings or by blocking collection at the local network level.

**Installer Analytics, Software Updates & License Information from Downloadable Products**: During the installation of our Downloadable Products, the installer sends analytics information to Mainboard to allow us to understand where in the installation process users are experiencing trouble or dropping out. Our Downloadable Products also communicate with Mainboard servers for licensing purposes, as well as to check for updates, patches, and compatibility with Add-Ons. Examples of information we collect for these purposes

include the name and version of the Downloadable Product and the server ID, SEN, and IP address of the customer instance.

**Cookies and Other Tracking Technologies**: Mainboard and our third party partners, such as our advertising and analytics partners, use various technologies to collect information, such as cookies and web beacons. Cookies are small data files stored on your hard drive or in device memory. We use cookies to improve and customize Mainboard Services and your experience; to allow you to access and use the Websites or SaaS Products without re-entering your username or password; and to count visits and understand which areas and features of the Websites and SaaS Products are most popular. You can instruct your browser, by changing its options, to stop accepting cookies or to prompt you before accepting a cookie from websites you visit. If you do not accept cookies, however, you may not be able to use all aspects of our Websites or SaaS Products. Mainboard and our third party partners also collect information using web beacons (also known as "tracking pixels"). Web beacons are electronic images that may be used in our Websites or SaaS Products or in emails that help us to deliver cookies, count visits, understand usage and campaign effectiveness and determine whether an email has been opened and acted upon.

Mainboard and our third party partners also use javascript, e-tags, "flash cookies", and HTML5 local storage to collect information about your online activities over time and across different websites or online services. Many browsers include their own management tools for removing HTML5 local storage objects. To manage "flash cookies" please click here.

You may be able to opt out of receiving personalized advertisements as described below under "Your Choices."

## INFORMATION WE COLLECT FROM OTHER SOURCES

**Information from third party services**: We also obtain information from third parties and combine that with Information we collect through Mainboard Services. For example, we may have access to certain information from a third party social media or authentication service if you log into Mainboard Services through the service or otherwise provide us with access to Information from the service. Any access that we may have to such Information from a third party social or authentication service is in accordance with the authorization procedures determined by that service. By authorizing us to connect with a third party service, you authorize us to access and store your name, email address(es), current city, profile picture URL, and other information that the third party service makes available to us, and to use and disclose it in accordance with this Privacy Policy. You should check your privacy settings on these third party services to understand and change the information sent to us through these services.

## HOW WE USE INFORMATION WE COLLECT

**General Uses**: We use the Information we collect about you (including Personal Information to the extent applicable) for a variety of purposes, including to:

- Provide, operate, maintain, improve, and promote Mainboard Services;
- Enable you to access and use Mainboard Services, including uploading, downloading, collaborating on and sharing Content;
- Process and complete transactions, and send you related information, including purchase confirmations and invoices;

- Send transactional messages, including responding to your comments, questions, and requests; providing customer service and support; and sending you technical notices, updates, security alerts, and support and administrative messages;
- Send promotional communications, such as providing you with information about services, features, surveys, newsletters, offers, promotions, contests, events and sending updates about your team and chat rooms; and providing other news or information about us and our select partners. You have the ability to opt out of receiving any of these communications as described below under "Your Choices";
- Process and deliver contest or sweepstakes entries and rewards;
- Monitor and analyze trends, usage, and activities in connection with Mainboard Services and for marketing or advertising purposes;
- Investigate and prevent fraudulent transactions, unauthorized access to Mainboard Services, and other illegal activities;
- Personalize Mainboard Services, including by providing content, features, or advertisements that match your interests and preferences;
- Enable you to communicate, collaborate, and share Content with users you designate; and
- For other purposes about which we obtain your consent.

Notwithstanding the foregoing, we will not use Personal Information appearing in our Analytics Logs or Web Logs for any purpose. The use of Information collected through our Mainboard Services shall be limited to the purposes disclosed in this policy.

**Compiling aggregate analytics information**: Because our SaaS Products and Downloadable Products are some of the most configurable in the market, we make extensive use of analytics information (including log and configuration data) to understand how our products are being configured and used, how they can be improved for the benefit of all of our users, and to develop new products and services. As such we generate Usage Data (as defined above) from the web logs and analytics logs described above, including the Content elements captured in such logs, as well as from the Content stored in the Websites and SaaS Products.

## INFORMATION SHARING AND DISCLOSURE

We will not share or disclose any of your Personal Information or Content with third parties except as described in this policy. We do not sell your Personal Information or Content.

**Your Use**: When you use Mainboard Services, Content you provide will be displayed back to you. Certain features of Mainboard Services allow you or your administrator to make some of your Content public, in which case it will become readily accessible to anyone. We urge you to consider the sensitivity of any data you input into Mainboard Services.

**Collaboration**: As a natural result of using Mainboard Services, you may create Content and grant permission to other Mainboard users to access it for the purposes of collaboration. Some of the collaboration features of Mainboard Services display your profile information, including Personal Information included in your profile, to users with whom you have shared your Content. Where this information is sensitive, we urge you to use the various security and privacy features of the Mainboard Services to limit those who can access such information. Your sharing settings may make any Information, including some Personal Information, that you submit to the Mainboard Services visible to the public, unless submitted to a restricted area.

**Access by your system administrator**: You should be aware that the administrator of your instance of

Mainboard Services may be able to:

- access information in and about your Mainboard Services account;
- access communications history, including file attachments, for your Mainboard Services account;
- disclose, restrict, or access information that you have provided or that is made available to you when using your Mainboard Services account, including your Content; and
- control how your Mainboard Services account may be accessed or deleted.

**Mainboard Community**: Our Websites offer publicly accessible community services such as blogs, forums, bug trackers, and wikis. You should be aware that any Content you provide in these areas may be read, collected, and used by others who access them. Your posts may remain even after you cancel your account. To request removal of your Personal Information from the Mainboard Community, please contact us using the information listed below. In some cases, we may not be able to remove your Personal Information, in which case we will let you know if we are unable to and why.

**Service Providers, Business Partners and Others**: We work with third party service providers to provide website, application development, hosting, maintenance, back-up, storage, virtual infrastructure, payment processing, analysis and other services for us. These service providers may have access to or process your Information for the purpose of providing those services for us. Some of our pages utilize white-labeling techniques to serve content from our service providers while providing the look and feel of our site. Please be aware that you are providing your Information to these third parties acting on behalf of Mainboard.

**Third Party Add-Ons**: You may choose to make use of third party Add-Ons in conjunction with Mainboard Services. Third party Add-Ons are software written by third parties to which you grant access privileges to your Content (which may include your Personal Information). When access is granted, your Content is shared with the third party. Third party Add-On policies and procedures are not controlled by Mainboard even though the third party Add-On may be available through Mainboard Services. Third parties who have been granted access to your Content through Add-Ons could use this data to contact you and market services to you, and could share your data with other third parties. This Privacy Policy does not cover the collection or use of your data by third party Add-Ons, and we urge you to consider the privacy policies governing third party Add-Ons. If you object to your Personal Information being shared with these third parties, please uninstall the Add-On or terminate your agreement with the third party Add-On provider (in the event you have purchased a direct integration).

**Links to Third Party Sites**: The Mainboard Services may include links to other websites whose privacy practices may differ from ours. If you submit Personal Information to any of those sites, your information is governed by their privacy policies. We encourage you to carefully read the privacy policy of any website you visit.

**Social Media Widgets**: The Mainboard Services may contain social media features, such as the Twitter "tweet" button. These features may collect your IP address, which page you are visiting on the Mainboard Services, and may set a cookie to enable the feature to function properly. Social media features and Widgets are either hosted by a third party or hosted directly on our Mainboard Services. Your interactions with these features are governed by the privacy policy of the company providing it.

**Testimonials**: We may display personal testimonials of satisfied customers on the Mainboard Services. With your consent, we may post your testimonial along with your name. If you wish to update or delete your testimonial, you can contact us using the information below.

**Compliance with Laws and Law Enforcement Requests; Protection of Our Rights**: We may disclose your Information (including your Personal Information) to a third party if (a) we believe that disclosure is reasonably necessary to comply with any applicable law, regulation, legal process or governmental request, (b) to enforce our agreements, policies and terms of service, (c) to protect the security or integrity of Mainboard's products and services, (d) to protect Mainboard, our customers or the public from harm or illegal activities, or (e) to respond to an emergency which we believe in the good faith requires us to disclose information to assist in preventing the death or serious bodily injury of any person.

**Business Transfers**: We may share or transfer your Information (including your Personal Information) in connection with, or during negotiations of, any merger, sale of company assets, financing, or acquisition of all or a portion of our business to another company. You will be notified via email and/or a prominent notice on the Mainboard Services of any change in ownership or uses of your Personal Information, as well as any choices you may have regarding your Personal Information.

**Aggregated or Anonymized Data**: We may also share aggregated or anonymized information that does not directly identify you with the third parties described above.

**With Your Consent**. We will share your Personal Information with third parties when we have your consent to do so.

# INFORMATION WE DO NOT SHARE

We do not share Personal Information about you with third parties for their marketing purposes (including direct marketing purposes) without your permission.

# DATA STORAGE, TRANSFER AND SECURITY

Mainboard hosts data with hosting service providers in numerous countries including the United States and Europe. The servers on which Personal Information is stored are kept in a controlled environment. While we take reasonable efforts to guard your Personal Information, no security system is impenetrable and due to the inherent nature of the Internet as an open global communications vehicle, we cannot guarantee that information, during transmission through the Internet or while stored on our systems or otherwise in our care, will be absolutely safe from intrusion by others, such as hackers. In addition, we cannot guarantee that any incidentally-collected Personal Information you choose to store in Websites or SaaS Products are maintained at levels of protection to meet specific needs or obligations you may have relating to that information.

Where data is transferred over the Internet as part of a Website or SaaS Product, the data is encrypted using industry standard SSL (HTTPS).

Where Downloadable Products are used, responsibility of securing access to the data you store in the Downloadable Products rests with you and not Mainboard. We strongly recommend that administrators of Downloadable Products configure SSL to prevent interception of data transmitted over networks and to restrict access to the databases and other storage used to hold data.

# YOUR CHOICES

You may opt out of receiving promotional communications from Mainboard by using the unsubscribe link within each email or within your Mainboard Service account settings menu, or emailing us to have your contact information removed from our promotional email list or registration database. Although opt-out requests are usually processed immediately, please allow ten (10) business days for a removal request to be processed. Even after you opt out from receiving promotional messages from us, you will continue to receive transactional messages from us regarding Mainboard's Services. You can opt-out of some notification messages in your account settings.

You may be able to opt out of receiving personalized advertisements from companies who are members of the Network Advertising Initiative or who subscribe to the Digital Advertising Alliance's Self-Regulatory Principles for Online Behavioral Advertising. For more information about this practice and to understand your options, please visit: [http://www.aboutads.info](http://www.aboutads.info) and [http://www.networkadvertising.org/choices/](http://www.networkadvertising.org/choices/).

## ACCESSING AND UPDATING YOUR INFORMATION

You may often correct, update, amend, or remove your Personal Information in your account settings or by directing your query to your account administrator. You may also contact Support Services, or contact us by postal mail using the address listed below. We will respond to your request for access within 30 days.

You can often remove Content using editing tools associated with that Content. In some cases, you may need to contact your administrator to request they remove the Content. You can contact us to request removal of Personal Information from Mainboard Community services.

You or your administrator may be able to deactivate your Mainboard Services account. If you can deactivate your own account, you can most often do so in your account settings. Otherwise, please contact your administrator. To deactivate an organization account, please contact Support Services. To deactivate an account made for you without authorization, please contact us at the contact information below.

We will retain your account information for as long as your account is active, or as reasonably useful for commercial purposes or as necessary to comply with our legal obligations, resolve disputes, and enforce our agreements. If your account is managed by an administrator, that account administrator may have control with regards to how your account information is retained and deleted.

## INTERNATIONAL USERS

If you are visiting from the European Union or other regions with laws governing data collection and use, please note that you are agreeing to the transfer of your Personal Information to the United States and South Africa to us. By providing your Personal Information, you consent to any transfer and processing in accordance with this Policy.

We encourage you to contact us if you have any question or concerns about this Policy using the contact information below.

## CONTACT US

Mainboard LLC.

133 West 25th Street, Suite 3W
New York, NY, 10001
E-Mail: privacy@mainboard.com

# mainboard cookie policy

This Cookie Policy explains how Mainboard LLC and Mainboard Creative Technology (Pty) Ltd, collectively "Mainboard" "we", "us" or "our" and our corporate affiliates use cookies and similar technologies to recognise you when you visit our sites on which this Cookie Policy is posted and that are Mainboard -branded or operated by Mainboard. It explains what these technologies are and why we use them, as well as your rights to control our use of them.

## WHAT IS A COOKIE?

A cookie is a small data file that is placed on your device when you visit a website. Cookies are widely used in order to make websites work or to work more efficiently, as well as to provide reporting information. A cookie may have unique identifiers and reside, among other places, on your device, in emails we send to you, and on the Platform.

Cookies set by Mainboard are called "first-party cookies". Cookies set by parties other than Mainboard are called "third-party cookies." Third-party cookies enable features or functionality provided by third parties in connection with the Platform, for example, advertising, interactive content, and analytics. The parties that set these third-party cookies can recognise your device both when it visits the website in question and also when it visits certain other websites.

We may use other technologies similar to cookies like web beacons, which are sometimes called "tracking pixels" or "clear gifs". These are tiny graphics files that contain a unique identifier that enable us to recognise when someone has visited our Platform or opened an email that we have sent them. In many instances, these technologies are reliant on cookies to function properly, and so declining cookies will impair their functioning.

## WHY DO WE USE COOKIES?

We use first-party and third-party cookies for several reasons. Some are required for technical reasons in order for our Platform to operate. Others provide a better experience on our Platform by remembering some of your activities on the Platform (including through our plug-ins, widgets, and embedded content). Other cookies enable better analytics.

**Essential Cookies.** Some cookies are required for the Platform to operate, for example, in the following ways:

1. To identify you as being logged into the Platform
2. To make sure you connect to the right service on our Platform when we make any changes to the way the Platform works

**Cookies for Features and Services.** Some cookies provide a better experience on our Platform. For example, without cookies to remember some of your settings and activities on our Platform, the following functionality may become unavailable:

1. Remembering settings you have applied, such as layout, text size, preferences, and colours
2. Remembering if we already have asked you to complete a survey or if you already have engaged with particular content on the Platform to avoid showing these items to you again

**Cookies for Analytics and Personalisation.** Some cookies collect information about how you use the Platform to help us improve how our Platform is being used, and to help us understand what may interest you and personalise your experience accordingly. These cookies, for example:

1. Generate statistics on how the Platform is used, including to measure any errors that occur or to obtain data on the number of users of the Platform that have viewed a page
2. Test different designs for the Platform
3. Help us track email response rates, identify when our emails are viewed, and track whether our emails are forwarded
4. Collect or transmit information about you, such as your browser type and search preferences, and your use of the Platform or third-party sites that incorporate part of the Platform

**Third-Party Cookies.** We work with analytics service providers that may have access to your device information but does not enable them to collect your name, contact details or other personal information unless you choose to provide this information.

## HOW CAN I CONTROL COOKIES

You can amend or "opt out" of the collection of any information through cookies or other tracking technology by actively managing the settings on your browser or mobile device. Please note that turning off or deleting cookies will not prevent device identification and related data collection from occurring. If you choose to reject cookies, your access to some functionality and areas of our website and applications may be restricted. As the means by which you can refuse cookies through your web browser controls vary from browser-to-browser, you should visit your browser's or mobile device's technical information for instructions on how to delete and disable cookies, and other tracking/recording tools.

## HOW OFTEN WILL YOU UPDATE THIS COOKIE POLICY?

We may update this Cookie Policy from time to time in order to reflect, for example, changes to the cookies we use or for other operational, legal or regulatory reasons. Please therefore re-visit this Cookie Policy regularly to stay informed about our use of cookies and related technologies.

## MORE INFORMATION ABOUT COOKIES

Useful information about cookies can be found at: http://www.allaboutcookies.org

A guide to behavioural advertising and online privacy has been produced by the internet advertising industry which can be found at: http://www.youronlinechoices.eu

Information on the ICC (UK) UK cookie guide can be found on the ICC website section: http://www.international-chamber.co.uk/our-expertise/digitaleconomy

## MORE INFORMATION ABOUT ANALYTICS

Our Website uses Google Analytics, a web analysis service from Google Inc., 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA ("Google"). Google Analytics uses cookies - text files that are stored on your device and make it possible to analyse how you utilise the site. The information generated by the cookie (including the IP address) is transferred and stored on a Google server located in the United States.

Google uses the information on our behalf to evaluate how the site is used, create reports about the activities on the site for the site operators, and to perform additional services regarding website and internet utilisation.

Further you can prevent the collection and processing of cookie created data relating to your utilisation of the website (including your IP) via Google by downloading and installing the browser-plugin available under the following link (https://tools.google.com/dlpage/gaoptout?hl=en).

You can refuse the use of Google Analytics by clicking on the following link. An opt-out cookie will be set on the device, which prevents the future collection of your data when visiting this website:

Disable Google Analytics

Further information concerning the terms and conditions of use and data privacy can be found at http://www.google.com/analytics/terms/gb.html or at https://www.google.de/intl/en_uk/policies/.



As the trusted market leader, we set the standard for innovative business solutions for talent, fashion, advertising and media industries across the globe.

 

**PRIVACY POLICY** **TERMS OF USE**

Copyright © 2020 Mainboard LLC. All rights reserved.

**MAINBOARD**

About
Contact
Support
News

**AGENCY**

Start-up Checklist
FAQ

**CONTACT**

New York        +1 212 457 0881
Cape Town   +27 21 424 6001
London         +44 207 442 5777

**RESOURCES**

Portfoliopad
Talent Agency Software
Website Development
Acting & Actor Agency Softwaree
Booking Agency Software
Modeling Agency Software

**SOLUTIONS**

Portfoliopad
Castingpad
Website Development & Design
iPad & iPhone Apps

BOOK A DEMO ›