**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mackenzie Anne Thoma,<br><br>PLAINTIFF(S)<br>v.<br><br>VXN Group, LLC. et. al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV-23-04901-WLH (AGRx)<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 6/18/2024 | 79 | MOTION FOR PROTECTIVE ORDER |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☑ The hearing date has been rescheduled to  Tuesday, July 9, 2024  at  11:00 a.m.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

The hearing will be held by video using Zoom. The steps to access the Zoom webinar are available on Judge Rosenberg's Procedures & Schedules page (www.cacd.uscourts.gov/honorable-alicia-g-rosenberg).

Dated: 6/20/2024

By: *Alicia G. Rosenberg*
U.S. District Judge / U.S. Magistrate Judge