**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel: (323) 697-9840
Fax: (323) 571-3579

Trey Brown (SBN 314469)
trey.brown@vixenmediagroup.com
11337 Ventura Blvd.
Studio City, CA 91604

Attorneys for Defendants
VXN GROUP LLC and MIKE MILLER

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>　　Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**DECLARATION OF BRAD S. KANE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>Date:　　　July 9, 2024<br>Time:　　　11:00 am<br>Courtroom:　Zoom<br><br>Complaint Filed:　April 20, 2023<br>Removed:　　　　June 21, 2023 |

DECLARATION OF BRAD S. KANE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

I, Brad S. Kane, hereby declare as follows:

I am an attorney licensed to practice law in the State of California since 1990, the State of Alaska since 1991 and Washington State since 2003. I am the owner of the Kane Law Firm ("KLF"), and counsel for Defendants VXN Group LLC and Mike Miller ("Miller") (collectively, "Defendants"). I am personally familiar with, and, if called upon, could and would testify to the facts contained herein from my personal knowledge.

1. Attached as **Exhibit 1** is a true and correct copy of the Subpoena for Production of Documents served upon Mainboard LLC on May 29, 2024 ("Subpoena").

2. On June 13, 2024, Mainboard acknowledged receipt of the Subpoena. As of this writing, Mainboard and Defense counsel are continuing to discuss the scope of electronic document production.

3. On June 13, 2024, I, along with my co-counsel Trey Brown met and conferred with Plaintiff's counsel, Rafael Yedoyan and Sarah Cohen. During that meet and confer, I agreed on behalf of Defendants to stipulate to: (i) use of this Court's form Stipulated Protective Order; and (ii) mutual production of documents obtained via third-party subpoena.

4. On June 21, 2024, I also confirmed to Plaintiff's counsel via email that Defendants agree to: (i) use this Court's form Stipulated Protective Order; and (ii) all parties shall documents produced obtained via third-party subpoena. In addition, I attached a redline draft of the form Stipulated Protective Order for Plaintiff's comment and revision. The only edits I made to the Court's form were those authorized in the form itself. As of this writing, Plaintiff has not provided comment on that redline.

1

DECLARATION OF BRAD S. KANE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2024 at Los Angeles, California.

*/s/ Brad S. Kane*

Brad S. Kane

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

2
DECLARATION OF BRAD S. KANE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER