UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV-23-04901-WLH (AGRx)                                           Date: July 3, 2024

Title   Mackenzie Anne Thoma v. VXN Group, LLC., et. al.

Present: The Honorable:   Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | CS 07/03/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Sarah Hannah Cohen | Trey David Brown |
|  | Brad S. Kane |

**Proceedings: VIDEO DISCOVERY CONFERENCE**

Case is called. Counsel state their appearances. The court and counsel conferred as stated on the record regarding the Joint Agenda filed on July 2, 2024 (Dkt. No. 86). The court and counsel conferred regarding the subpoena to Mr. Murphy during Phase One discovery pursuant to the District Judge's Order dated May 16, 2024 (Dkt. No. 66).

For the reasons stated on the record, IT IS ORDERED that:

1. On or before July 17, 2024, Mr. Murphy shall serve supplemental responses to the document requests and complete his production of responsive documents. Promptly after production, counsel for Mr. Murphy shall disclose in writing the general steps taken to search for responsive documents.

2. On July 22, 2024, Mr. Murphy shall appear for an in-person deposition at the Lloyd D. George Courthouse, 333 S. Las Vegas Blvd., Las Vegas, Nevada 89101. Attendees should arrive so that the deposition shall commence promptly at 10:00 a.m. and conclude no later than 3:00 p.m.

3. By July 17, 2024, counsel shall provide to the Courtroom Clerk, Mr. K. Lozada, a list of attendees for the deposition on July 22, 2024. Defense counsel shall advise counsel for Mr. Murphy of the attendees on behalf of Defendants no later than July 12, 2024. Plaintiff may object by July 15, 2024 only on the basis set forth on the record.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV-23-04901-WLH (AGRx)                                        Date: July 3, 2024

Title   Mackenzie Anne Thoma v. VXN Group, LLC., et. al.

The court will provide additional logistical information for the deposition on July 22, 2024.

cc: District Judge Wesley L. Hsu

                                                                                          0:55
                                                              **Initials of Preparer**   kl