# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Mackenzie Anne Thoma,<br><br>v.<br><br>VXN Group, LLC., et. al.,<br><br>Plaintiff(s)<br><br>Defendant(s) | **CASE NUMBER:**<br>CV-23-04901-WLH (AGRx)<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** | |

The parties have requested an informal discovery conference with Magistrate Judge Alicia G. Rosenberg. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge   Alicia G. Rosenberg

Date/Time   Friday, July 19, 2024 at 9:30 a.m. PT

Courtroom:   Zoom  (www.cacd.uscourts.gov/honorable-alicia-g-rosenberg)

Dated:   July 19, 2024        By:   K. Lozada
                                    Deputy Clerk