UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV-23-04901-WLH (AGRx) | Date: July 19, 2024 |
| Title Mackenzie Anne Thoma v. VXN Group, LLC., et. al. | |

Present: The Honorable: Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | CS 07/19/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Sarah Hannah Cohen | Trey David Brown |
| | Brad S. Kane |

**Proceedings: VIDEO DISCOVERY CONFERENCE**

Case is called.  Counsel state their appearances.

The court conducted a discovery conference regarding the subpoena to third party Mr. Murphy at the request of the parties received this morning.  The court and counsel conferred as stated on the record.  Plaintiff's counsel stated that she had already agreed to supplement the responses to the subpoena and the court instructed her to include document request no. 32 to the extent explained by the court.

cc: District Judge Wesley L. Hsu

0:20

**Initials of Preparer**  kl
