# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

**COURT USE ONLY**
**DUE DATE:**

**1a. Contact Person for this Order:** Christopher Cude
**2a. Contact Phone Number:** 323-937-3291
**3a. Contact E-mail Address:** ccude@kanelaw.la

**1b. Attorney Name (if different):** Brad S. Kane
**2b. Attorney Phone Number:** 323-697-9840
**3b. Attorney E-mail Address:** bkane@kanelaw.la

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Kane Law Firm
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

**5. Name & Role of Party Represented:** Attorney for VXN Group LLC
**6. Case Name:** ANNE THOMA, a.k.a. KENZIE ANNE v. VXN GROUP LLC
**7a. District Court Case Number:** 2:23-cv-04901 WLH (AGRX)
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):**
[X] DIGITALLY RECORDED  [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal  [ ] Criminal  [X] Civil  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis

**10. TRANSCRIPT(S) REQUESTED**

**a. HEARING(S) OR PORTIONS OF HEARINGS**

| HEARING DATE | Minute Order Docket# | JUDGE (name) | PROCEEDING TYPE / PORTION |
|---|---|---|---|
| 7/19/24 | 74 | A. Rosenberg | Informal Discovery Conference |

**b. SELECT FORMAT(S)**

| | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING |
|---|---|---|---|---|---|---|
| | ● | ○ | ○ | ○ | ○ | ○ |

**c. RELEASE OF TRANS. RESTRICTION DATE**

**d. DELIVERY TYPE:** 3-Day

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.**

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

**Date:** July 24, 2024    **Signature:** /s/

G-120 (06/18)