UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual,<br><br>Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL PRODUCTION OF DOCUMENTS [DISCOVERY MATTER]** |

On September 13, 2024 Defendants filed their Motion to Overrule Ryan Murphy's Claim of Privilege and Compel Production of Documents.

Defendants seek to compel Murphy's counsel (also Plaintiff's counsel) to produce the communications listed on Murphy's Privilege Log dated August 21, 2024 ("**Privilege Log**"), and to produce heretofore unproduced documents responsive to Defendants'

-1-

Subpoena for Production of Documents dated May 24, 2024 and served upon Murphy on May 29, 2024 ("**Murphy Subpoena**").

The Court, having considered Defendants' Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Murphy's claim of attorney-client privilege over communications listed in his Privilege Log is overruled;

2. Murphy shall produce the messages listed in his Privilege Log to Defendants forthwith;

3. Murphy shall produce all documents responsive to Request Nos. 8 and 32 of the Murphy Subpoena to Defendants forthwith; and

4. Murphy's counsel shall conduct a renewed search for documents responsive to the Subpoena and produce any withheld responsive documents to Defendants forthwith.

**IT IS SO ORDERED.**

Dated:

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE