**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel: (323) 697-9840
Fax: (323) 571-3579

Trey Brown (SBN 314469)
trey.brown@vixenmediagroup.com
11337 Ventura Blvd.
Studio City, CA 91604

*Attorneys for Defendants*
VXN GROUP LLC and MIKE MILLER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>　　Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**SUPPLEMENTAL DECLARATION OF TREY BROWN RE: CORRECTION OF EXHIBIT IN SUPPORT OF REPLY** |

SUPPLEMENTAL DECLARATION OF TREY BROWN

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

I, Trey Brown, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am In-House counsel for Defendant VXN Group, LLC ("VXN"), as well as an attorney of record for VXN and Defendant Mike Miller in this matter. I am personally familiar with, and, if called upon, could and would testify to the facts contained herein from my personal knowledge.

2. On October 1, 2024, I filed a Reply in Support of Defendants' Motion to Overrule Ryan Murphy's Claim of Privilege And Compel Production of Documents [Dkt. No. 108] ("Reply"), along with the Exhibits thereto [Dkt. No. 108-1].

3. Subsequent to filing the Reply, I discovered the following errors:

   a. Although designated "Exhibit L" in the Reply, Plaintiff's Deposition Transcript was not attached to the Exhibits [Dkt. No. 108-1].

   b. The Reply identifies a different document, a transcript of the Court's August 22, 2024 IDC hearing as "Exhibit L."

4. In order to correct the errors noted above, attached hereto as Exhibit 1 are excerpts from the deposition of Plaintiff Mackenzie Anne Thoma.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2, 2024 at Los Angeles, California.

*/s/ Trey Brown*
Trey Brown

---

1

SUPPLEMENTAL DECLARATION OF TREY BROWN

# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
 2       CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION
 3   _____
 4   MACKENZIE ANNE THOMA, A.K.A.
 5   KENZIE ANNE, an Individual and
 6   on Behalf of All Others
 7   Similarly Situated,
 8           Plaintiff,
 9      v.                                    Case No.
10   VXN GROUP, LLC, a Delaware              2:23.cv.04901
11   Limited Liability Company and           WLH (AGRx)
12   MIKE MILLER, an Individual; and
13   DOES 1 to 100, Inclusive,
14           Defendants.
15   _____
16           DEPOSITION OF MACKENZIE ANNE THOMA
17   DATE:          Tuesday, August 13, 2024
18   TIME:          10:36 a.m.
19   LOCATION:      Veritext Legal Solutions
20                  707 Wilshire Boulevard, Suite 3500
21                  Los Angeles, CA 90017
22   OFFICIATED BY: John Canfield
23   JOB NO.:       6861393
24
25
                                                      Page 1
```

```
 1         Q    So Dave would text you the invoices?
 2         A    Yes.
 3         Q    Did they submit invoices on Portfoliopad?
 4         A    I don't think so.  Again, I hate -- I hated
 5    the app.  I always fought them on it.  I was so pissed
 6    when they started it.
 7         Q    So your preference was that Dave just text you
 8    the invoices?
 9         A    Yeah.  Yeah.
10         Q    And he continued to do that?
11         A    Yes.
12         Q    When was the last time that you talked to Ryan
13    Kona?
14         A    I don't know when it was, but I texted him
15    letting him know he might be a part of this case.  So
16    that may have been -- what, like before summer started,
17    I want to say.
18         Q    And so you texted him saying he might be part
19    of this case?
20         A    Yes and to not delete anything.
21         Q    And so in advising him that he might be part
22    of this case, why did you do that?
23         A    Because I hadn't talked to him in a long time,
24    and I just wanted to know where he was.
25         Q    Was there anything that happened that led you
```

Page 110

```
 1   to believe that Ryan Kona might become part of this
 2   case?
 3        A    You guys sent him a subpoena.
 4        Q    And so when you became aware that we sent Ryan
 5   Kona a subpoena, you texted him?
 6        A    Roughly around the time of discovering that,
 7   yes.
 8        Q    When did you discover that we sent him a
 9   subpoena?
10        A    I don't remember.
11        Q    What was his response when you texted him that
12   he might become part of this case?
13        A    That he wanted nothing to do with it.
14        Q    So after we sent Ryan Kona a subpoena, you
15   texted him and said he might be part of this case?
16        A    Yes.
17        Q    And he texted you back and he said, "I don't
18   want any part of this"?
19        A    Yes.
20        Q    Did you ever follow Ryan Kona on Instagram?
21        A    Yes.  I believe I still follow him on
22   Instagram.
23        Q    Have you ever seen any of the stories that he
24   posted to his Instagram account?
25        A    Yes, I have.
```

Page 111

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2024, a true and correct copy of the foregoing document was filed on the docket through the CM–ECF System available to the following persons:

David D. Bibiyan
*david@tomorrowlaw.com*
Jeffrey D. Klein
*jeff@tomorrowlaw.com*
Sarah H. Cohen
*sarah@tomorrowlaw.com*
Jason Rothman
*jason@tomorrowlaw.com*
Rafael Yedoyan
*rafael@tomorrowlaw.com*

Dated: October 2, 2024         By:   */s/ Trey Brown*
                                     Trey Brown