**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel:  (323) 697-9840
Fax: (323) 571-3579

Trey Brown (SBN 314469)
trey.brown@vixenmediagroup.com
11337 Ventura Blvd.
Studio City, CA 91604

*Attorneys for Defendants*
VXN GROUP LLC and MIKE MILLER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**DECLARATION OF BASIA LEW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:   April 20, 2023<br>Removed:             June 21, 2023 |

DECLARATION OF BASIA LEW

I, Basia Lew, hereby declare as follows:

1.    I am Vice President of Production for Defendant VXN Group, LLC ("VXN"). I also served as one of VXN's 30(b)(6) witnesses in this matter. I am personally familiar with, and, if called upon, could and would testify to the facts contained herein from my personal knowledge.

2.    In my capacity as Vice President of Production, I oversee VXN motion picture production.  I am often on set and I have personal knowledge about the day to day production process. I also routinely work with other departments in the company including marketing, social media, accounting and legal.

3.    Prior to becoming Vice President of Production, I served as Director of Post-Production for VXN and I also have personal knowledge of the employees and operations in the post-production department.

4.    VXN film production staff include script writers, production coordinators, producers, directors, set designers, digital imaging technicians, photographers, wardrobe stylists, creative directors, and production assistants. VXN also employs a post-production team including video editors and colorists. VXN has a marketing team to market its films, a social media department to promote movies and websites, and production accountants and in-house film and entertainment lawyers.

5.    Attached as Exhibit A is a true and correct copy of the VXN staff that supported Plaintiff's first shoot.

6.    Attached as Exhibit B is a true and correct copy of the post-production slack channel for Plaintiff's first motion pictures with VXN. It demonstrates the coordination between departments and the amount of work, talent, and consideration that is put into creating the final motion pictures, as well as the collaboration between Plaintiff's team and VXN. It also shows how still photos are

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

1

DECLARATION OF BASIA LEW

used in all phases of the motion picture process including marketing and social media.

7.    VXN owns state of the art motion picture production equipment. It also routinely rents film locations, props (such as motion picture cars), obtains film industry permits and licenses music for its films. See Exhibit A and Exhibit B.

8.    During motion picture productions, VXN directors or photographers take "stills" which are photographs of actors in its movies in character in various positions. See Exhibit A.

9.    The stills enable the actors to rehearse the scene, experiment with positions, and determine which sex positions feel comfortable with each of the actors and works visually for the directors of the films. Attached as Exhibit C, is a true and correct copy of the Kenzieland shot list showing stills occurring before actual filming of the motion picture portion of the scene. This is standard for VXN productions.

10.    The stills are used later as covers for DVDs. Exhibit D.

11.    They are also used as thumbnails for the website. Exhibit E.

12.    And the stills are used for advertising, marketing, and social media purposes to promote the movies and the actors. Exhibit F.

13.    Taking stills on VXN's production sets usually accounts for only a small portion of the time spent making the motion picture and it is dependent on the creative direction of the actors and director as they rehearse the movie. Attached as Exhibit G is a true and correct copy of the shoot schedule from the 4-22-22 Deeper motion picture.  It demonstrates the average time it takes to shoot still photographs compared to the overall production.  Exhibit G.

2

DECLARATION OF BASIA LEW

1      I declare under penalty of perjury that the foregoing is true and

2  correct. Executed on November 12, 2024, at Los Angeles, California.

3

4                                                    */s/*      *Basia Lew*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

3
DECLARATION OF BASIA LEW

# EXHIBIT A

**CONFIDENTIAL**

**Project Brief:** Kenzie Anne's VMG Debut scenes for Vixen & Blacked directed by Chris Applebaum
Vixen GG scene: Kenzie x Naomi x Gianna
Blacked: Kenzie x Jax Slayher

| DEPARTMENT | ASSIGNEES | NOTES | ACTION |
|---|---|---|---|
| DIRECTOR | Chris Applebaum | Chris Applebaum provides Gaffer/lighting assistant $500 Key HMUA - $500 | Matt will contact Chris to negotiate his Creative Fees, so far his teams costs are in line |
| PROD | VMG | VMG Production Crew needs: Prod team -Art / Wardrobe / HMU: Steph, Haley + 2 MUA -AC: K███ -EP: Mike ███ -PM: @Taylor? @jess? -DIT: Josh (absolute must imo) -SOUND: ? -PHOTOGRAPHER: Daren or potentially request Chris A photographer -PA: Sienna + 1 more | Need to align on logistics with Chris during walkthrough to be scheduled |
| POST PROD | VMG | VMG Post Production team needs: -Access to Jack & Josh during pre-pro to discuss color correction & LUTS -access to VMG editor and working in-house 1-2 days with an editor we assign | |
| SET/PROPS | VMG | Props: SUV (Uber Black) - prod team Small props tbd based on treatment - Steph | |
| WARDROBE / BEAUTY TEAM | VMG | tbd based on treatment - Steph will handle | |

CONFIDENTIAL

| CASTING | VMG | Requests from Chris A: Naomi Swann + Gianna Dior for Vixen and TBD for Blacked casting options, maybe Jax Slayher | |
|---|---|---|---|
| EQUIPMENT | VMG | tbd based on treatments for each scene - Chris A will send early next week so far we have:<br>-Arri Alexa Mini OF<br>-Arri T2 2K light<br>-Small Arri 650s<br>-Photographer: Daren or Chris to suggest option via Tasty Content studio for promo and sex stills TBD | |
| SCRIPT | VMG | Eddy to write script w/ Mike based on Chris's Treatment | |
| BUDGET | VMG | TBD<br>Chris / Eats team fees<br>Director rate: 2K offer<br>Gaffer/lighting assistant: $500<br>Key HMUA: $500 | |
| SCHEDULE | VMG | tbd based on treatment / PH / Talent availability - night shoot was discussed on call<br>**Dec 1-14th** is flexible for Chris potential dates to discuss<br>**-Dec 1st** - GG Vixen Debut - Kenzie, Naomi, Gianna<br>**-Dec 7-** Blacked Debut | |

# **<u>EXHIBIT B</u>**

CONFIDENTIAL

# # kenzieeats

Messages | Add canvas | Files | +

# # kenzieeats

@Basia created this channel on February 8th, 2021. This is the very beginning of the **# kenzieeats** channel.

🖉 Add description    & Add coworkers    ✉ Send emails to channel

February 8th, 2021 ˅

**Basia** 🗒 11:52 AM
joined #kenzieeats. Also, Mattb and 3 others joined.

**Basia** 🗒 11:56 AM
Hi guys! I wanted to create this thread so we can all get aligned on this project. I'd like to have a call/Zoom with Chris and all of us to get on the same page of what the workflow will be and what his vision is on this project. I'd like to schedule a call ASAP, just need to know everyone's availability.

@Jack you will be doing color for the sex on this project, Chris Applebaum will want to work with you closely on that. We are still in the editing phase.
@Tavit Chris will also want to help clarify his notes on the edits and explain a bit more what/why he shot.

**Tavit** 11:56 AM
no problem

**Jack** 11:57 AM
Sure, sounds great
Do you have a rough cut so I could take a look?

016917

CONFIDENTIAL

# kenzieeats



🔵 Messages    🗂 Add canvas    ⬚ Files    +

---

**Jack**    11:57 AM                    February 8th, 2021 ⌄

Sure, sounds great

Do you have a rough cut so I could take a look?

**Tavit**    12:02 PM

I do, but im also in the process of re-cutting the sex and making it multicam

his Acam and bcam look totally different

**Basia**    📝 12:08 PM

this is the Frameio project folder https://app.frame.io/projects/f613ad8a-c91e-4030-8aed-95e8d082ee02/4cc35c7d-bd1e-4b7d-b711-af2d13aad316

**Jack**    12:20 PM

@Basia    you've mentioned sex part what about the color for the story part?

**Basia**    📝 12:25 PM

@Mattb do you have the original version of Sydney's edit with her color? Since Tav wasn't able to get the color as she she had it.

story part hasn't been done yet either, we are waiting to hear from Chris on that before proceeding with that

but we have like a music video/trailer/sizzle video to show you what direction it's headed in

Chris's editor worked on that asset

**Mattb**  12:34 PM

Here is the edit Sydney did for teaser intro/promo https://www.dropbox.com/s/7kyrq461k2jj42d/VIXEN-INTRO-REVISED-2.mp4?dl=0

016918

**Jack**    12:34 PM

**Jack** 12:34 PM February 26th, 2021 ⌄

Ok we'll talk about, I think the color should be consistent across

**Mattb** 12:34 PM
agreed @Jack

Chris will advise on coloring when you guys have call, he is an amazing director and he definitely has a vision for all this that he will ensure is clear for everyone on that call. We are supporting his vision on this project and are aware it will be a little more unique and different approach than a standard Vixen scene and we are ok with that.

**Jack** 12:38 PM
ok great

**Basia** 📝 12:39 PM
@Tavit            @Jack            would you be free tomorrow morning 9:30am PST/12:30 EST?

**Tavit** 12:39 PM
100%

**Jack** 12:40 PM
sure

**Michael** 12:42 PM
@Basia     We have the Marketing meeting at 9:00-10

**Basia** 📝 12:42 PM
yeah I'm probably going to have to skip it

and you too

**Michael** 12:42 PM

016919

**Michael** 12:42 PM
Okay just making sure 

**Basia**  12:43 PM
trying to accommodate  Chris's schedule

and not wait too long

or at least we'll hop off early

 1   😃⁺

**Mattb** 12:52 PM
Copy that Basia, all notes will be on the call tracker after marketing call if you guys need to hop off early to jump on this call w/ Chris. I've already spoken to Chris and we are aligned on what he is going for, hope you guys all enjoy working with him!

👍 1   😃⁺

**Basia**  1:12 PM
great, thanks Matt!

Yeah I didn't want to cut it too close to his shoot time tomorrow

👍 1   😃⁺

**Basia**  1:19 PM
I'm going to make it a Zoom call, so you guys will have to download that, it's free.

it's confirmed for tomorrow at 9:30 then

👍 2   😃⁺

016920



👍 2    😀⁺

February 8th, 2021 ⌄

I'll send a link invite

February 18th, 2021 ⌄

**Basia**    📝 4:46 PM
Hi everyone @here

**Tavit**    4:48 PM
Hi Basia

**Basia**    📝 4:49 PM
Just wanted to recap where we are at with this project.

Jack has his hands full at the moment with an emergency color fix, and the Quarantine scene. Once those two are done, he'll be able to focus on Kenzie next, so most likely not until next week sometime.

@Mattb are Steve and Mike going to want to see the final cut of the scene? If so, they should see it before Jack gets to the final color.

because if they have changes to any cuts, it will make it complicated to adjust color afterwards, bc we really want to be working with the final picture lock down version

**Mattb**  6:18 PM
Copy that, thx for the update Basia. Yes, lets send over to Mike for a last look on this to ensure he has no final notes before Jack gets to final color.

February 25th, 2021 ⌄

CONFIDENTIAL

February 25th, 2021 ⌄

**Basia** 📝 2:40 PM
Hi everyone @here Just catching up on the emails going back and forth between Chris and us. I'm thinking we do a 2-3 minute chunk of the scene in both the B&W and color match options, especially a section where we see a position change or transition, to get the full effect. Chris prefers the B&W, but we'll do one more comparison internally since he put the ball back in Matt's court. @Jack and I just discussed and he mentioned he would send it along as 4k so we can really see what it would look like.

Any other comments/concerns/questions anyone?

**Jack** 3:15 PM
4K versions uploaded, you can see how it looks scaled up (HD to 4K for Bcam) https://f.io/aqSq58qz

**Basia** 📝 4:34 PM
Thanks Jack. I think we'll also want to see a longer edit of these options, preferably a section where we see a change in positions and a transition. I think @Tavit will need to get you his project files for that? Anyone have any thoughts on the 4K? @Jack what do you think?

**Mattb** 6:08 PM
I think it totally works in 4K and have no concerns on my end. Yes, per your note Baisa would need to see how it looks with a 2-3 minute chunk of the final scene before committing to a direction on that per Chris' notes. Thx all!

February 26th, 2021 ⌄

**Tavit** 8:23 AM
Ill get him my project file, no problem.

018922

March 2nd, 2021 ⌄

CONFIDENTIAL

**Basia** 📝 5:36 PM                     March 2nd, 2021 ⌄

Hi @Tavit         , @Jack        will be ready soon to color the 2-3 minute chunk with both options.

I found a good chunk of the sex from the latest cut: https://app.frame.io/player/43ec4384-497b-4dde-9790-cab248e07674

21:25-25:00 that has a good amount of transitions and b&w/cam b clips that would be good for Jack to do both color tests

I believe this final cut still needs to be QC'd, so we don't have the picture locked yet  @Jack

**Basia** 📝 9:25 PM

also @Tavit         @Jack         here is info for the Blacked Kenzie scene that was shot this past weekend from @Mattb (edited)

3 files ⌄

 **BLACKED SHOT LIST Feb 24 Day ...**
PDF

 **BLACKED SHOT LIST Feb 24 Day ...**
PDF

 **BLACKED x EATS - Script FINAL (...**
PDF

**Basia** 📝 9:25 PM

https://www.dropbox.com/sh/gzscr8x1mr1sjgk/AAANvAI1CIiBCpAGw60gjwcca?dl=0

 **2 replies**  Last reply 4 years ago

**Basia** 📝 9:26 PM

https://projects.invisionapp.com/boards/FZ41OH18EJW/

016923

**Basia** 📝 9:26 PM

https://projects.invisionapp.com/boards/FZ41OH18EJW/

> **InVisionApp**
> **BLACKED X KENZIE ANNE**
> InVision Boards – Design Collaboration Reimagined (27 kB) ▾
>
> 

March 2nd, 2021 ⌄

March 3rd, 2021 ⌄

**Tavit**    7:34 AM



**Tavit**    .0:11 AM

@Jack        Do you want me to send you the project files for Vixen Kenzie?

CONFIDENTIAL

**Jack**  10:53 AM

Send it :)

**Tavit**  11:06 AM



**Tavit**  11:28 AM

Assets sent @Jack        I literally took everything out and only put the sex cut for you. I took every other useless stock footage out of the project. So it should be relatively simple for you to open it and link. I put the beginning establishing shot and the 2 film burn transitions for you in the folder as well. Those are the only outside stock footage I used in the sex cut. I cut out the intro that Sydney edited as well. (edited)

https://app.frame.io/projects/a26bf0b5-64a6-4279-848b-449584f53115/4d36a00b-daee-41c2-88f8-907d27aa5d49

**Jack**  11:28 AM

Do you have a resolve project by any chance?

**Tavit**  11:29 AM

of the kenzie eats?

**Jack**  11:29 AM

Yes

**Tavit**  11:29 AM

no I dont. I didnt work with Davinci. It would be too mind blowing

**Jack**  11:29 AM

Ok :)

**Tavit**  11:30 AM

016925

sorry Jack

March 4th, 2021 ⌄

**Basia**  1:01 PM

Hey guys, I'm stuck on a call

I'll be a few mins late

**Basia**  7:01 PM

@Mattb could you post all the links and latest scripts for BLK Kenzie project here that I saw come through on those emails after the call?

just so it's in all in one place for everyone

again, sorry everyone I missed out on the call! sounds like all went well.

**Mattb** 7:06 PM

Yes, we realized on the call that there were multiple versions floating around this is the final final that we should all be referencing. No worries, call was great and we're all on same page from here. Tav & Chris are going to continue the dialogue via WhatsApp to get to a final V1

Word Document ▾

 **BLACKED SCRIPT REV FEB 27 CA.docx**
Word Document

CHYRON over stock footage of MALIBU

016926

CHRIS BLACKED SWIM PROMO to Kenzie peeling off her swimsuit (

March 3th, 2021 ⌄

 1   

**Basia**   📝 7:07 PM

cool, thanks!

March 5th, 2021 ⌄

**Basia**   📝 4:24 PM

https://app.frame.io/reviews/b6a1930f-e05a-4f0d-ad97-2f53f5e36e1e?email_id=94f87e27-cb7a-4838-95b1-b4f671e88fd5&email_type=reviewer-invite

March 12th, 2021 ⌄

**Tavit**   12:46 PM

@Mattb Hey Matt, so I was talking to Chris on the phone earlier. He said that he's been busy with work, and that he hasn't had the time to clearly explain his vision with the Blacked Intro. So after talking to him, we agreed that I would show him my own version of the scene, without his notes. Just to give him a visual idea and maybe help him produce a detailed summary of what he's looking for. I still haven't finished my first cut, hoping to deliver something by tonight. I will tag all of you on Frame.io once I'm done.

 1   

**Mattb**   2:05 PM

Sounds good! Thx for the update Tav

 1   

016927

**Tavit**   2:57 PM

I am honestly having so much fun with it

❤️ 2   😊

---

March 16th, 2021 ⌄

---

**Michael**   3:56 PM

Hey Matt, so here is the first cut of BLK 2-27-21 Kenzie Anne, wanted you to take a look at it before we send this off to Chris. Just a reminder this doesn't have color done. Scene: https://f.io/OymNFiW4

**Mattb**   7:00 PM

Looks incredible for a V1 with no color. All good to shoot over to Chris. Nice work Tav!

**Tavit**   7:10 PM

Thanks a lot Matt! Really appreciate it!

---

March 18th, 2021 ⌄

---

**Basia**   📝   5:33 PM

@Tavit   rewinding back to Vixen Kenzie project, do you recall how much of the music video/Sydney edit you were NOT able to connect all together? I believe it was majority of the color and transitions/effects from Magic Bullet? I believe this first cut is representative of what you were able to connect?

https://app.frame.io/player/028145be-9a82-461e-b9f1-5c657f06e35d

Asking bc @Mattb has some changes coming through for that section from Deleon and Mike Miller, and we'd prefer to keep it all in-house and not involve Sydney if possible. Nothing she did wrong, but there could be multiple rounds of changes and would be better to keep it all with one editor.

CONFIDENTIAL

changes and would be better to keep it all with one editor.

Let us know if you're missing any other files fro.

Can you also look into seeing if she provided project files for I think it was a Twitter version, right @Mattb ?

👍 1    😄

not a rush to look into tonight or anything @Tavit          but early next week

**Mattb**  5:34 PM
Ya, she should have provided a project file with the "promo" that we used for Intro that will also be used to promote the scene as an NSFW promo video on Twitter, and then an "IG" friendly SFW version

So 2 project files total

―――――――――― April 9th, 2021 ⌄ ――――――――――

**Basia**  📝  8:44 PM
Hi everyone @here, Jack is going to send Tav the colored file, it looks good to me, but we want to send Chris one final look at the scene as a whole. So @Tavit          can you do one last final preview export and @Mattb will make sure that gets over to Chris? I believe Sydney will have that intro for us next week as well, @Mattb is helping with the coordination side of things since Michael is no longer part of the picture. I don't think we have to wait to get Sydney's file to send Chris the final scene to review, right @Mattb ? Also..something I just thought of, I don't remember if we ever finalized the trailer that Tav created?

―――――――――― April 12th, 2021 ⌄ ――――――――――

**Tavit**        7:09 AM
No problem @Basia        ill export a final preview once I get Jack's project. Since we decided to remove the stock

016929

ID #:2864

**Tavit**   7:09 AM

No problem @Basia     I export a final preview once I get Jack's project. Since we decided to remove the stock footage, we need to finalize the trailer once again. Should I export the trailer I have again, without the stock footage, for preview? (edited)

**Basia**   9:23 AM

Yeah let's do that, thanks @Tavit     !

👍 1   😊⁺

April 13th, 2021 ⌄

**Tavit**   10:12 AM

@here Hey everyone, here is my updated version of Kenzie eats trailer without color correction. Let me know what you guys think. https://app.frame.io/player/bfa4fbe7-324e-4de8-b2de-bbe2531a963e

**Mattb** 11:05 AM

Thx Tav! We'll check it out and get back to you.

@Basia     do we have the final scene out of coloring not including the intro we're waiting on from Sydney. Would love to see that as well.

👍 1   😊⁺

**Basia**   11:44 AM

I believe the color file from @Jack     should be ready to give to you, @Tavit     . @Jack     can you confirm?

**Jack**   11:44 AM

Yes - for the scene

016930

Yes - for the scene

April 15th, 2021 ⌄

**Basia**  11:46 AM

yes for the scene. @Tavit          give us an ETA on when we'll be able to see the full movie so Chris can have that final pass

**Tavit**          11:50 AM

sounds good. Im going to receive Jack's davinci file and export it from my end.. so ill hopefully have something exported for you guys by the end of day. If there are issues with connecting files, Ill have it up by tomorrow (edited)

👍 1   😊⁺

**Tavit**          7:18 PM

@here Here is the scene with the color (MINUS INTRO) https://app.frame.io/player/4ecea0d6-f593-474a-a5d2-4e0f0167d49a

**Basia**   8:23 PM

Thanks Tav!

**Tavit**          8:37 PM

No problem 

---

April 15th, 2021 ⌄

---

**Mattb** 10:37 AM

Hey Tav! Can you send a shareable frame link to this scene with color (minus intro) thx!

**Tavit**          10:41 AM

https://f.io/5ND92_mW This is for the scene (minus Intro) Colored (edited)

I hope this is the proper link. Let me know if you need anything else.

**Tavit**          10:41 AM          April 15, 2021 ⌄

https://f.io/5ND92_mW This is for the scene (minus Intro) Colored (edited)

I hope this is the proper link. Let me know if you need anything else.

https://f.io/MKk0nDs0 This is for the trailer with no color (edited)

**Mattb**  11:01 AM
Thx Tav! Just sent it all over to Chris for a final sign off, I'm all good with this trailer edit and final color on scene looks great to me, but we'll allow Chris to do one final pass. Beautiful work

 1    

I cc'd you, Jack, and Basia so we're all in the loop together with him

**Tavit**          11:10 AM
I love the color!!!

**Mattb**  6:32 PM
Hey Tav! Quick question, did Sydney share the license for the audio that is included on the intro edit that was on the drive submitted to you? If so can you send that over for us to rvw, we need to make sure we are fully cleared to publish that audio on our site.

**Tavit**          6:34 PM
Sure not a problem

Let me get back to you about that asap

That's a great point

**Tavit**          6:40 PM          016932
MP3 ▾

 **Dark Fantasy by Electro Cloud.mp3**
4:35 (11 MB)

4:35

Here is the song. I'm not sure we have the license for this...

https://artlist.io/album/3262/electro-cloud

🔲 **artlist.io**

**Electro Cloud by IamDayLight | Royalty Free Music Album - Artlist.io**
Floating Electronic Forms - Discover amazing High-quality Copyright Free Music for
your next creative video project.

It says that its royalty free music...

**Mattb**  6:48 PM
ok copy that

**Basia**    6:50 PM
hmm would still have Emilie sign off  @Mattb  just i n case

**Mattb**  6:51 PM
ya absolutely, can you connect with her on that or I can reach out as well.

**Mattb**  7:16 PM
I'll link with Emilie and include you on the slack!

016923
April 19th, 2021  ⌄

**Tavit**          7:20 AM
@here Hello everyone, I will be posting the final scene on Frame.io for review on here. Let me know what you guys think...

**Tavit**          10:18 AM
I also sent Jack a davinci resolve project of the trailer so he can color easily

**Mattb** 10:21 AM
great, thx for the update Tav!

 1   

Also, this intro is approved to add in front of the final full scene as planned, let Sydney know if you need that export in any other formats before proceeding but the intro edit she submitted is approved to move forward.

https://www.dropbox.com/s/dayaomlnq0iq0fc/VIXEN-EATS-INTRO-FINAL.mp4?dl=0

**Tavit** |          10:24 AM
Here is the link to the scene

https://f.io/gC-ws7kC

@Mattb I added her intro edit to the scene. Its in the link

 1   

**Mattb** 10:49 AM
amazing!! Lets ship it 📦 🙌

@Basia          we are all good to start getting these final exports onto dreamstar dropbox for marketing team as well.

016934

**Tavit**          10:50 AM
When Basia approves it, we still need Qc to look over it.

**Mattb**  11:01 AM
Copy! Hoping we can push through QC asap, we are on deadline to get this over to marketing so anything we can do to help expedite would be much appreciated 🙏

👍 1    😊⁺

**Basia**        12:18 PM
Is this cut with the reduced diffusion that Chris requested? was that for Sydney's edit only?

**Tavit**          12:32 PM
This cut is Sydneys Final Edit that Chris approved. The Reduced diffusion one is the one thats uncolored for the trailer (edited)

**Basia**       12:32 PM
ok, is the trailer approved? just needs to be colored?

**Richie**  12:33 PM
was added to #kenzieeats by Basia Lew.

**Tavit**          12:33 PM
yes, I believe so. Chris approved the cut as well

**Basia**       12:34 PM
@Richie will need the final trailer exports by Wednesday

**Tavit**          12:35 PM
I sent Jack the project file for the trailer, so he can color it and send it back to me

018935

ID #:2860

**Tavit**          12:35 PM

I sent Jack the project file for the trailer, so he can color it and send it back to me

**Basia**    📝    12:36 PM

cool

**Tavit**          12:38 PM

oh actually Basia

In Chris's email, he mentioned that: "Mike Miller gave me the news last night that ███████████████████ needs to definitely be removed." (edited)

I incorporated the bottle in the trailer (edited)

is that a problem?

you dont see the logo of the bottle

https://app.frame.io/player/bfa4fbe7-324e-4de8-b2de-bbe2531a963e

Alina grabs it and shakes it...

I needed a wide establishing shot for her name

**Basia**    🔋    12:55 PM

that should be fine since we don't see the label

**Tavit**          12:56 PM

perfect

April 20th, 2021  ⌄

**Mattb**  8:02 PM
Hey guys,

Sorry one last major update just came in for this project.

████████████████████ asked that we remove all the ██████ from the promo/intro edit 🤬🤯

Here is the updated approved intro to add onto the full scene export

https://www.dropbox.com/s/ssj9qn6xeb19ory/VIXEN-INTRO_7.mp4?dl=0

April 21st, 2021 ⌄

**Tavit**         6:41 AM
Hey Matt, does this include the trailer as well?

**Tavit**         7:00 AM
and also, I would need the export to be 3840 x 2160 (edited)

right now its 1080p. If this is possible. (edited)

**Mattb**  8:08 AM
Copy yes I'll request that now. Trailer is fine as is.

**Tavit**         8:14 AM
perfect okay

**Tavit**         9:23 AM
@here Hello everyone, here is the link to the final Trailer export with COLOR https://f.io/jK4jkfyF

It has been Qced already and approved. I just need last approval on the color and what not. Just in case. (edited)

**Mattb**  9:38 AM                                    April 21, 2021 ⌄

Yep this looks all good to go, thx Tav

  1    

**Tavit**        9:51 AM

awesome, thank you Matt

**Mattb**  12:16 PM

Hey Tav, I just downloaded the updated intro file and it is at 3840 x 2160

https://www.dropbox.com/s/ssj9qn6xeb19ory/VIXEN-INTRO_7.mp4?dl=0

Screen Shot 2021-04-21 at 12.14.57 PM.png ▾

---

**VIXEN-INTRO_7.mp4**                              1.19 GB
Modified: Today, 12:14 PM

Add Tags...

▼ General:

    Kind: MPEG-4 movie
    Size: 1,193,601,194 bytes (1.21 GB on disk)
    Where: Macintosh HD • Users • mattbeukelman • Downloads
  Created: Wednesday, April 21, 2021 at 12:09 PM
Modified: Wednesday, April 21, 2021 at 12:14 PM

  ☐ Stationery pad
  ☐ Locked

▼ More Info:

  Where from: https://www.dropbox.com/
           https://
           ucd90fe3eeb743cdc81d72e36e0c.dl.dropboxusercont
           ent.com/cd/0/get/BNBRjnFpuWs3-
           cTQRCv8cJxvJTVmsLkBKhP6i4h6X0C6Xo95sZRjQhtd
           GlVZaM64PKp1WLlqjPTRFzuFsuxtJ4nxvxNZqMo5nQlX
           BMLwfbfPJNTBS8gSyJ1_9q3Jaw-2wXcrKUPLPygszlM
           gkncL2i2l/file?
           _download_id=8680046927737371691047420148035
           21663989871278344824262240351 7159&_notify_do
           main=www.dropbox.com&dl=1
  Dimensions: 3840×2160
    Codecs: AAC, H.264

016938

Audio channels: Stereo

April 21st, 2021 ⌄

**Tavit**  12:25 PM

weird, okay let me check again.

my bad, I mixed up my files...

Thank you Matt

April 22nd, 2021 ⌄

**Mattb**  11:58 AM

All good. Let me know when the updated export is available on frame.io

**Tavit**  12:06 PM

Hey Matt, I uploaded the new version on Dropbox

https://www.dropbox.com/home/DREAMSTAR%20DROPBOX/VIXEN/12-9-
20%20KENZIE%20ANNE%20%26%20EMILY%20WILLIS%20%26%20ALINA%20LOPEZ/SCENE

do you still want me to put it on Frame.io?

**Mattb**  12:09 PM

All good Dropbox works.

One major note, I am noticing some pretty major differences on the color for the trailer vs the intro with same shots

To avoid upsetting Chris & Kenzie about that and not cause any further delays on the edit, I would like to make a final call and just pivot back to using this intro as the trailer as well @Basia

https://www.dropbox.com/s/ssj9qn6xeb19ory/VIXEN-INTRO_7.mp4?dl=0

Unless we can match the color for the trailer with the color on the intro sequence I want to bring it all together at this

Unless we can match the color for the trailer with the intro sequence I want to bring it all together at this point or run the trailer by Chris for a final green light on color.

2 files ▼



alternatively we can add the second part of the trailer after this shot if we want it to be a more complete trailer. But this was my concern originally that it looks a bit sloppy to have two completely color grading styles for trailer vs intro on scene.

Screen Shot 2021-04-22 at 12.09.46 PM.png ▼



CONFIDENTIAL

I know I approved that trailer earlier this week and that was an oversight on my part, but I was just looking at the edits and did a closer look to compare and contrast the color on the intro sequence vs trailer. It's just way too different and want to commit to a look on this based on Chris's vision for color.

**Basia**  12:17 PM

Hey Matt, yeah I made the call to have Jack color the entire trailer, to make the trailer cohesive, rather than trying to match Sydney's color. Would it ruffle too many feathers to have Chris take a look at the trailer color?  Jack's color looks awesome, but if you think Chris will have issues, we can try to match Sydney's.

**Mattb** 12:18 PM

Ya I think it just being so different than the intro sequence I would like to run it by Chris first as he worked very hard on dialing color for the intro sequence and I think having two different looks for same shots throws off the consistency and would like to approve that with Chris first if you can reach out

**Basia**  12:21 PM

@Tavit           can you send me a link to the trailer I can send to Chris?

**Tavit** 12:22 PM

no problem... Ill upload it on Frame.io

**Basia**  12:23 PM

thank you

**Tavit** 12:28 PM

Here you go: https://f.io/qbGzXTVE

0:16941

**Jack** 12:31 PM

**Tavit**  12:28 PM
Here you go: https://f.io/qbGzXTVE

**Jack**  12:31 PM
Hey, so from my perspective, Chris approved the look for this scene so from my pov this shoud be the color reference for the entire project, so everything looks as consistent as possible.

**Tavit**  12:34 PM
From my perspective as well, I think Jacks color is better than Sydneys intro color.

**Mattb**  1:04 PM
ok lets see what Chris says via email and go from there.

👍 1   ☺⁺

**Basia**  📝 2:21 PM
For Blacked Kenzie, what's the status on that @Mattb ?

**Mattb**  2:55 PM
He just sent intro to Mike & I and it's in review for final green light before we kick it back over 👍 that one will be a much smoother process as we've ironed out these kinks working with Chris and no third party endorsements to be concerned about 🙏

**Mattb**  10:11 PM
Hey guys, per Chris's response we have two different options for quick fast solutions to resolve this ASAP tmrw that I want to propose

1. Just use intro sequence as trailer and add names if there is absolutely no time to fix (ruins the magic of having this as the full intro fashion film element on full scene, but I am ok with it if options 2 & 3 do not work due to the audio/editing required to fix)

2. Use 30+ seconds of Sydney's intro sequence for trailer, add text to the first part of the trailer and transition into the

016942

required to fix)

2. Use 30+ seconds of Sydney's intro sequence ~~APPID 4037-7041~~ to the first part of the trailer and transition into the scene preview at this part (screen shot attached below)

3. Same as option 2 but use this approved IG edit with just beauty shots for first part of the scene with text added that might work better with the audio on the trailer

4. Match color on the trailer with intro on full scene (don't think this is even possible at this stage due to time constraints)

Mike had already approved the color on the intro in full scene so we're all aligned on this approach and supporting Chris on his vision for the scene and we want to commit.

@Tavit          since you'll be up and at em 3 hours ahead of us can you please proceed on options 2 & 3 for Basia & I to review and sign off on with Chris first thing in the am or as soon as possible that would be much appreciated. I don't see the need to wait for Sydney to add text to resolve so please just move forward and we'll get this sorted.

Thank you and we have definitely seen all the kinks that need to be ironed out the workflow with Chris going forward and it will be a much better flow for the Blacked scene that Chris will work closely with Jack on so this type of discrepancy never happens again. Appreciate the support guys, ultimately we also want Chris to be happy with the outcome of his first project with us so we are giving him final green light on Trailer & Full Scene. (edited)

Image from iOS ▾



016943



▶  ⇄                    00:28 / 01:04 ⌄                    ⤢

**Tavit**          10:27 PM
Copy that, not a problem (edited)

Will send you guys something tomorrow morning

**Basia**      10:31 PM
Thank you guys

👍 1    😊⁺

**Mattb**  10:35 PM
You are the man Tav.  Again my apologies for not catching and addressing this sooner with Chris, but I just want to make sure he's happy with the outcome too and I am hoping we can resolve quickly and be done with it. Thank you again for your guys support this has been a mission on many fronts, it will never be like this with Chris again for his next projects.

The ▮▮▮▮ product placement issues did not help either, too many layers. We'll peel back the layers and move more efficiently on these special projects with Chris going forward. You guys all rock 🙏

👍 1    😊⁺

 **1 reply** 3 years ago

**Basia**      10:37 PM
I also should have consulted you @Mattb before I made the decision, but I believe next Chris project will go smoother.

**Mattb** 10:48 PM                                    016944
No worries at all. I know you have been dealing with a ton, Basia. Chris also sent his regards and he appreciates all the

**Mattb**  10:48 PM

No worries at all. I know you have been dealing with a ton, Basia. Chris also sent his regards and he appreciates all the effort on our end so much.

The ▮▮▮▮ & Legal team re-edit requests are what threw us off the most on this imo.

Blacked edit should be all approved by legal + Mike and set by Monday and we can set up a quick call to connect jack & chris once Tav has final edit pieced together.

There are no RedGiant plugins  @Tavit             just a clean edit will be coming over to you asap.

✓ 1   😃⁺

🖼 **1 reply**  3 years ago

───────────────── **April 23rd, 2021** ⌄ ─────────────────

**Tavit**          8:01 AM

@here Here is the new trailer with Sydney's intro color. I did the option 2 @Mattb. I cut it around to fit the titles properly. What do you guys think? Is this too much? https://f.io/IhcTm5yS

**Mattb**  10:45 AM

I think this works very well Tav!!!

I'll shoot over to Chris now for a final sign off.

**Tavit**          10:45 AM

okay awesome

**Mattb**  11:04 AM

ok Chris approved and we are all good to go on this

**Mattb**  11:04 AM

ok Chris approved and we are all good to go on this

Lets please get this updated on Dropbox asap and ensure the content team is aware of this update for Monday's trailer release @ 1030a PT @Basia 🙏

**Tavit**    11:25 AM

Not a problem

on it

**Tavit**    11:56 AM

All trailer files have been successfully uploaded on Dropbox

ready to go

**Richie**  11:58 AM

Web replaced it, should be good for Monday

**Tavit**    11:58 AM

👏

**Basia**  📝 8:25 PM

@Jack    as you saw in that email from Chris, he would like to sit in a color session with you for the Blacked Kenzie Reeves scene this coming week. Would you be comfortable having him come by your place in person and sitting with him?

---

April 26th, 2021 ∨

**Basia**  📝 4:45 PM

CONFIDENTIAL

**Basia**  4:45 PM

@Mattb @Tavit          is the BLK Kenzie Scene approved and ready for QC? Needs to be locked before Jack can start on it.

**Tavit**          4:47 PM

I'm still waiting on Sydney's intro, so I can export a new version that Chris has to still approve. (edited)

**Mattb**  4:49 PM

Hey, yes so the intro scene from Chris is approved and ready to be locked. Just need Tav to get those deliverables kicked back over to him so he can include sex scene. Chris would also need a last look on the entire scene before locking.

@Tavit          In order to expedite if you can export and send full scene in it's current state over to Chris so he can address any final notes.

**Tavit**          4:50 PM

Not a problem, will do

🙏 1   ☺️⁺

--- April 27th, 2021 ---

**Basia**  10:56 AM

Just wanted to share the member's enthusiasm for the Vixen Kenzie Anne scene!

2 files ▼



 2     1    

**Mattb**  11:04 AM

Yes! Nothing but positive feedback so far thx for sharing Basia!

I sent a quick alignment follow up email to Chris to ensure we're all on same page.

I'm happy to jump on a call later anytime after 230p if we feel we need to align further, but hoping that helps clear up next steps from here to get this blacked scene to finish line

**Tavit**    11:10 AM

Sorry for the confusion Matt, your email cleared it up...

I'm happy that people are liking the trailer 😂. Someone wanted to know about the song used lol

**Mattb**  12:41 PM

Haha ya it all came together!! It was well worth it, so nice to see a positive response on this. We were concerned that because it was a GGG and BG is our usual on Vixen that it would get ripped apart.

Quite the opposite, everyone seems to be excited for a nice break from the norm

April 29th, 2021 ⌄

**Tavit**    12:36 PM

Hey guys, added Chris's new intro into the blacked scene. Here is the link: https://f.io/opG_AL46 (edited)

**Basia**    🔖  6:33 PM

Thanks Tav! @Richie can we get Jack the raw footage so he can start figuring out some color options to send to Chris?

Thanks Tav! @Richie can we get Jack the raw footage so he can start figuring out some color options to send to Chris?

**Richie** 7:13 PM
Sure

April 30th, 2021 ∨

**Basia** 📝 11:10 AM
@Mattb does the scene need to go past Emilie? I remember you mentioned some potential issues with the

It still has to go through QC right @Richie ?

I know Chris is itching to sit with Jack on color so want to get the picture locked sooner than later.

**Richie** 11:12 AM
it wasn't qc'd yet

**Mattb** 2:03 PM
No the intro with ███████ has already gone past Emilie for approval 👍

May 3rd, 2021 ∨

**Jack** 1:18 PM
Hey, is the edit for the new blk vixen/eats video picture locked and qc'd?

**Tavit** 1:36 PM
I'm not sure... I haven't received the deliverables yet to even give you a Davinci project... (edited)

**Jack** 2:14 PM
ok, thanks Tav!

👍 1  😊

CONFIDENTIAL

**Basia**  2:19 PM

I sent a follow up email on that thread we're all on

waiting for responses

**Mattb** 8:33 PM

Hey saw that thread, so picture is locked on our end (Chris & I) for intro and all good to proceed on color.

I don't think it's necessary to have Mike review full scene as I initially stated as he has already approved the intro. So if it's good to go and approved by you we are good to lock it.

Just need Tav & Syd to sync up the final edit in premiere so jack has a final project file to work off of for final color if that hasn't happened yet.

We should be good to go from there

**Basia** 8:56 PM

I think we still have to decide on final placement of Kenzie's name for the intro (if we even want that also?)

and confirm also if we are using the usual Blacked opening card

Then Tav can do a final export for QC

and if we're doing a "Directed by Halston" card or anything like that

for Vixen it was Vixen/Eats card in the beginning

**Mattb** 9:11 PM

Just followed up on that email thread so we're all in the loop.

I think it would be good to include name in the same all caps didot italic font we used for her promo materials on Vixen. Give it something a little different but still on brand.

I think it would be good to include name in the same all caps didot italic font we used for her promo materials on Vixen. Give it something a little different but still on bra...

KENZIE + DIRECTED BY HALSTON in this font would be great. I can send the font file over if you need it, Tav 👍

Wherever you feel is best for both works on my end @Tavit

(edited)

**Basia** 🗒 9:12 PM
Thanks Matt!

**Mattb** 9:12 PM
File from iOS ▾



016951

This one won't be an Eats collab so no need for any other logos or anything

Let me know if there's anything else I can do to help finalize 👍

**Tavit**    10:10 PM
@Mattb yes please, can you please send the font ?

also, If I include The BLACKED and Directed by Halston titles, there will be an awkward silent moment until the intro cut music kicks in... (edited)

**Mattb**    11:25 PM
Copy that. Not against adding the blacked logo on top of picture if that works anywhere.

**Mattb**    11:31 PM
https://www.dropbox.com/s/t6p5te7duay59wo/TheanoDidot-Regular.ttf?dl=0

May 4th, 2021 ⌄

**Tavit**    10:34 AM
@here Hey guys, after putting the "Blacked logo" and "the directed by" title at the very start, it just looks off... I think its better if Sydney and Chris decide on how to tackle the titles (edited)

I don't want to create any discrepancies in the edit...

**Mattb**    10:36 AM
ok copy that, that is fine on my end. Ya, let's just send these assets over to them so Sydney can find placement for those.

I'll put together a quick dropbox folder with those assets

ok copy that, that is fine on my end. Ya, let's just send those assets over to them so Sydney can find placement for those.

I'll put together a quick dropbox folder with those assets

**Tavit**  10:38 AM
do you need anything from me when it comes to assets?

Ill talk to Chris on the phone to better communicate the idea

**Mattb**  10:43 AM
https://www.dropbox.com/sh/kqaj9qq105zmgrh/AAAia-Fl1FpH8kAjPYufED0Fa?dl=0

Here is everything that should be required for them to implement placement on their end.

**Tavit**  10:50 AM
perfect

**Tavit**  11:58 AM
Hey guys, so after talking with Chris on the phone

he asked me to simply do a version and send it to him really quickly... no need to pass it over to them

so ill make a version and will keep you guys in the loop

ill use ur files Matt to incorporate them in my scene

**Mattb**  12:06 PM
Copy, yes please send over to me here as well before you pass back to Chris and I can help approve or provide suggestions for adjustments on placement

**Tavit**  12:47 PM
Here is a 30 sec version of the title test (edited)

https://f.io/ASf5pdFp

since I dont have Sydney's project files, I ended up just cutting the music from the export and made a quick intro section (edited)

what do you guys think? Originally, Chris wanted me to find a quick sting for the beginning, but nothing I did matched with his song... (edited)

**Mattb**  1:54 PM

Hey Tav, looks good. I would add Kenzie name first here at the top left where you have that negative space

Screen Shot 2021-05-04 at 1.52.57 PM.png  ▾



And I like where the Directed by Halston comes in below the car

So it flows as Kenzie Anne > Directed by Halston. Right now it appears as Directed by Halston > Kenzie Anne

**Tavit**  1:59 PM

sounds good

016954

**Tavit**        2:08 PM
did the changes, sent it off to Chris

now all I need is Sydney's project for the raw clips

I need it to start cutting the trailer as well

**Tavit**        2:22 PM
I only need her premiere project file

**Tavit**        2:48 PM
Chris gave his approval as well

**Basia**        6:02 PM
@Tavit         do we need the music files as well? and any other sfx? ( I doubt there are any) but want to make sure we ask her for everything in one swoop if we can.

**Basia**        6:16 PM
@Mattb any way we can find out if Chris has been vaccinated before we confirm him meeting with Jack in person?

Looks like Friday is the potential day for Chris to get with Jack. @Jack         could you do a sit in session with Chris on Friday?

**Mattb**  6:21 PM
copy I will confirm vax status with Chris

If he is not vaccinated would a rapid test suffice?

**Basia**        6:24 PM
I guess? @Jack |      would you be comfortable with that?

**Mattb**  6:26 PM

016955

I guess. @Jack    Would you be comfortable with that?

**Mattb**  6:26 PM
Chris is Vaxxed

He received his second vax over two weeks ago

just confirmed

**Jack**    5:30 PM
Hey, so I'm getting my 2nd shot on Thursday, not sure how I'm going to feel the next day, so I can't confirm Friday just now. I'll let you know Friday morning, but Monday would be a safer option.

**Tavit |**    6:38 PM
@Basia    Yes, music files also please

---

May 5th, 2021 ⌄

---

**Basia**    🗓 12:45 PM
@Jack    Monday work for you and Chris to sit together?

**Jack**    1:04 PM
@Basia    I think so, I'll shoot him an email

**Tavit**    1:49 PM
https://www.dropbox.com/sh/yp0914krmmhalxo/AAC3grWI-vQUlgg9d6E4KcmFa?dl=0

Sydney's files for deliverables

**Tavit**    1:58 PM
everything opened up and linked nicely

016956

**Tavit**    3:34 PM

**Tavit**          1:58 PM

everything opened up and linked nicely

**Tavit**          3:34 PM

Hey guys, so ill edit the trailer for Blacked Kenzie tomorrow. That way ill send Jack Trailer and Scene in the Davinci project for quicker delivery

 1    😊⁺

**Tavit**          4:01 PM

sorry for all the info dump, but speaking with Chris about the trailer, he wants me to cut it to a ████████████ style.

He wants "Drive vibes"

so thats the direction im going, to just simply shorten the process...

http://links.universalproductionmusic.com/wpv7qr

> **universalproductionmusic.com**
> **Cyberwave X-12**
> Retro Wave, Synthwave, Vaporwave, Outrun. Taking the classic 80's synth inspired soundtrack and new wave vibes and bringing them up to date with contemporary, hyped production value.

**Mattb**  9:17 PM

All good! Love this track select

Thx for bringing this all home  @Tavit

 1    

016957

**Tavit**    12:09 PM
Here you go guys, the first trailer cut

let me know what I can do to improve it before sending it to Chris

https://f.io/dnzvPh61

---

**May 7th, 2021** ~

**Tavit**    8:57 AM
@here just a reminder, the trailer is cut. Since this is urgent, can we please review so I can pass it on to Chris? Fyi, I need the trailer to be finalized, so that I can send Jack a final davinci project. Thank you guys

**Basia**    9:06 AM
@Mattb did you want to review first before sending to Chris?

**Mattb**  9:28 AM
Looks great, Tav.

All good to pass on to Chris.

**Basia**    9:30 AM
@Tavit          would you mind sending to Chris?

**Tavit**    9:30 AM
yup, no problem

thanks guys

**Mattb**  9:30 AM

016958

**Mattb**  9:30 AM
One quick note

This is Mike pulling up in the car so he wanted to minimize that over the shoulder shot as much as possible

Image from iOS  ▾



So I would cut this shot down before he pulls up this far

Keep it to where it is in the intro in terms of distance to walkway  @Tavit

That's all, good to go over to Chris for any final notes on his end

**Tavit**     9:33 AM
sounds good, ill make the changes and send it over to Chris

 1   

**Tavit**     11:39 AM
016959
Chris approved this trailer. Can Brittain Oc? Trailer: https://f.io/knbpebzZ And scene: https://f.io/N16n_jvy? (edited)

CONFIDENTIAL

**Tavit**   11:39 AM
Chris approved this trailer. Can Brittain Qc? Trailer: https://f.io/kpbpebzZ And scene: https://f.io/N16n_iyy? (edited)

 1   

**Basia**    11:40 AM
nice!!

yep she can QC @Richie

**Richie**   11:42 AM
Britt is on a plane right now going back home, I'll QC the trailer

👍 1

**Richie**   11:59 AM
@Tavit             trailer QC done, 2 notes

**Tavit**   12:00 PM
thanks Richie

👍 1

---

May 10th, 2021 ∨

---

**Tavit**   8:57 AM
Hey guys, Blacked Kenzie is all Qced and ready for Jack to color... Im doing the finishing touches in Davinci before I pass it on to him

016960

Sydney had a bunch of zooms in her edit, so I'm making sure that all of her shots have the exact zooms she

made... (edited)

Ill send the davinci project to Jack in a few hours

 1

**Mattb** 9:21 AM
Copy, thx for the update Tav.

I heard from Chris that Jack and him confirmed coloring session for Tuesday.

Let us know how it goes tmrw @Jack        

**Tavit**          9:51 AM
perfect

he will get it tonight

 1

---
May 13th, 2021 ˅
---

**Richie** 11:51 AM
@here is this approved? https://app.frame.io/player/f55426f1-ec02-41aa-9190-20b415156cad?email_id=08aed3b5-
fb66-4f41-ad3c-1e50d50adeee&email_type=new-media

**Basia**        9:38 PM
@here so @Jack        is going to make the adjustments to the trailer per Chris's notes that came through today, and
@Jack        please send Tav the file so Tav can export a final complete trailer for Chris to look at one last time with the
color, picture, sound since we need that final trailer export for tomorrow.

**Jack**    10:06 PM

here is the final color master file:  https://app.frame.io/player/453cf0e8-2b41-4a0e-bfd0-23d517506fc4 (edited)

May 14th, 2021 ∨

**Tavit**    8:18 AM

Hey guys, here is the final trailer review link https://f.io/OROC893K

**Basia**     8:46 AM

Thank you guys, I'll send it to Chris this morning

**Tavit**    8:49 AM

Basia

I already sent it

and he said its good to go!

Should I upload it to DB right now?

**Basia**     9:00 AM

Oh ok!

Yes please 😌

**Tavit**    9:01 AM

awesome

May 19th, 2021 ∨

CONFIDENTIAL

**Tony**     10:54 AM
was added to #kenzieeats by Tavit

**Tavit**     2:13 PM
@here Here is the link to the final Scene for BLK KENZIE https://f.io/4GWFJcVg

I will send this to Chris right now

---

May 20th, 2021 ˅

**Basia**  5:30 PM
@Tony        you can email Chris and just let him know that we are going to proceed with the final exports for BLK Kenzie this evening since we are down to the wire. Cc me and Matt on that. Here's his email chris@chrisapplebaum.com

@Richie maybe have Britt do a final QC pass on it?

 **1 reply** 3 years ago

**Tony**     5:32 PM
Yes. @Basia        Just in time. I was just about to jump out the window after my slack convo with Josh. You saved my life! (edited)

**Tony**     5:50 PM
sent

 1   

016963

May 21st, 2021 ˅

Case 2:23-cv-04901-WLH-AGR   Document 111-3   Filed 11/12/24   Page 56 of 93   Page
CONFIDENTIAL
ID #:2688

**Richie**  8:57 AM

@Tony        has Chris replied back? Tav will go

ahead and export the 25wm, we can no longer wait for him

**Tony**        ):16 AM

@Richie  he hasn't. We should move forward as planned. Thank you for checking.

👍 1   😃⁺

**Tavit**        9:26 AM

Hey everyone, Chris commented 9 mins ago and gave the green light. He said it looks good to him!

**Richie**  9:26 AM

Ah thank goodness

July 22nd, 2021 ⌄

**Basia**    11:59 AM

archived #kenzieeats. The contents will still be browsable and available in search.

016964

Tuesday, July 9th ⌄

# **<u>EXHIBIT C</u>**

CONFIDENTIAL

Kenzieland > Shooting Schedules  vs

| SCENE | I/E | SCENE SETTING | D/N | CAST ID | SHOOT LOCATION | PAGES | EST. (H) | START TIME |
|-------|-----|---------------|-----|---------|----------------|-------|----------|------------|
| | | LOAD IN | | | | 2 | – | |
| 9 | EXT | TENNIS COURT<br>Kenzie grabs THE COACH and pulls him messily behind the... | DAY | 1,  7,  11, | ⚲ Decker Canyon | 7/8 | 0.5 | – |
| 14 | EXT | TENNIS COURT<br>Kenzie pushes The Coach back behind the bleachers, devouring him. | DAY | 1,  7, | ⚲ Decker Canyon | 2/8 | 0.5 | – |
| | | STILLS: HC | | | | 0.5 | – | |
| 14X | EXT | TENNIS COURT<br>BGA to finish. | DAY | 1,  7, | ⚲ Decker Canyon | 1/8 | 1.5 | – |
| | | RESET HMU | | | | 0.75 | – | |
| 3 | EXT | TENNIS COURT<br>Close up shot of Kenzie tightening a HIGH PONYTAIL like it's abou... | DAY | 1,  8, | ⚲ Decker Canyon | 5/8 | 0.5 | – |
| 6 | EXT | TENNIS COURT<br>Kenzie smashes the final shot on a tennis game in a perfect retur... | DAY | 1,  7,  11, | ⚲ Decker Canyon | 4/8 | 0.5 | – |
| | | RESET // PROMO // VEHICLE PLACEMENT | | | | 1 | – | |
| | | STILLS: Pretty Girls | | | | 0.75 | – | |
| 5 | EXT | CAR WASH<br>Kenzie's ass in a RED BIKINI with suds running down her legs swin... | DAY | 1,  3,  4, | ⚲ Decker Canyon | 3/8 | 1 | – |
| 8 | EXT | CAR WASH<br>Kenzie looks up from the car she's washing and sees there are no ... | DAY | 1,  3,  4,<br>9,  10,  11, | ⚲ Decker Canyon | 4/8 | 1 | – |
| 12 | EXT | CAR WASH<br>Kenzie squats in a doggy position with her ass against the soapy ... | DAY | 1,  3,  4,<br>9,  10,  11, | ⚲ Decker Canyon | 4/8 | 1 | – |
| | | RESET // PROMO | | | | 1 | – | |
| | | 2nd MEAL - Working | | | | # | – | |
| 36 | EXT | BLACK TIE OUTDOOR THING<br>Close up of Kenzie's hip as she passes Manuel. He's holding a DRI... | NIGHT | 1,  2, | ⚲ Decker Canyon | 3/8 | 1.5 | – |
| | | LOAD OUT | | | | 1 | – | |
| | | End of Day 1 of 7    D1    Total Pages: 4 ⅛ pgs    Est. Time: 15.00h    Thu, Jun 9, 2022 | | | | | | |
| 38 | INT | MAIN KENZIE ROOM<br>Kenzie looks at him, again with the cute little pout. | NIGHT | 1,  2, | ⚲ TBD HUNGARIANS | 1 0/0 | 0.5 | – |
| | | STILLS: HC | | | | # | – | |
| 38X | INT | MAIN KENZIE ROOM<br>Sweaty, animalistic BGA to finish | NIGHT | 1,  2, | ⚲ TBD HUNGARIANS | 2/8 | 1.5 | – |
| 39 | INT | MAIN KENZIE ROOM<br>At the end, she walks forward to grab the blue panties that are i... | NIGHT | 1,  2,  3,<br>4, | ⚲ TBD HUNGARIANS | 2 3/8 | 0.5 | – |
| | | LUNCH // HMU ReSet | | | | 1 | – | |
| | | STILLS: Pretty Girls // Promo | | | | 1 | – | |
| 2 | INT | MAIN KENZIE ROOM<br>KENZIELAND | NIGHT | 1,  2, | ⚲ TBD HUNGARIANS | 2 0/0 | 1.5 | – |
| 10 | INT | MAIN KENZIE ROOM<br>Kenzie looks upset that her story is being interrupted. | NIGHT | 1,  2, | ⚲ TBD HUNGARIANS | 7/8 | 0.5 | – |
| 13 | INT | MAIN KENZIE ROOM<br>Manuel is gaining some respect for her. | NIGHT | 1,  2, | ⚲ TBD HUNGARIANS | 2/8 | 0.5 | – |
| 16 | INT | MAIN KENZIE ROOM | NIGHT | 1,  2, | ⚲ TBD HUNGARIANS | 3/8 | 0.5 | – |
| 22 | INT | MAIN KENZIE ROOM | NIGHT | 1,  2, | ⚲ TBD HUNGARIANS | 3/8 | 0.5 | – |
| 24 | INT | MAIN KENZIE ROOM<br>Kenzie is annoyed at being interrupted again. | NIGHT | 1,  2, | ⚲ TBD HUNGARIANS | 3/8 | 0.5 | – |

CONFIDENTIAL

| | | Scene | Description | | Time | Location | Pages | Est. | |
|---|---|---|---|---|---|---|---|---|---|
| 30 | INT | MAIN KENZIE ROOM | | NIGHT | 1, 2, | 📍 TBD HUNGARIANS | 2/8 | 0.5 | – |
| 33 | INT | MAIN KENZIE ROOM | Kenzie stands up, she's frustrated now. | NIGHT | 1, 2, | 📍 TBD HUNGARIANS | 4/8 | 0.5 | – |
| 35 | INT | MAIN KENZIE ROOM | Kenzie eyes Isiah. | NIGHT | 1, 2, | 📍 TBD HUNGARIANS | 3/8 | 0.5 | – |
| | | VO RECORD: Full Script | | | | | | 1 | – |
| 37 | EXT | STREET | Sin city style car shot through the windshield as Kenzie looks ah... | NIGHT | 1, 2, | 📍 THE HUNGARIANS | 2/8 | 1 | – |
| **End of Day 2 of 7** | | **Kenzie's Room** | | **Total Pages: 9 2/8 pgs** | **Est. Time: 12.00h** | **Sat, Jun 11, 2022** | | | |
| 18 | INT | NIGHTCLUB | Kenzie, Riley, and Kenna dance wildly (slow motion/speed ramped s... | NIGHT | 5, | 📍 THE HUNGARIANS | 6/8 | 1.5 | – |
| | | STILLS: Pretty Girls | | | | | | 0.5 | – |
| | | LUNCH [Release Club Extras] | | | | | | 1 | – |
| 19 | INT | PRIVATE ROOM | Kenzie, Isiah, Kenna, and Riley throw back a RED VELVET ROPE to l... | NIGHT | 1, 3, 4, 5, 6, | 📍 THE HUNGARIANS | 3/8 | 0.5 | – |
| 20 | EXT | PRIVATE ROOM | Kenna steps outside the curtains and stands guard with arms cross... | NIGHT | 3, 6, | 📍 THE HUNGARIANS | 2/8 | 0.5 | – |
| | | STILLS: HC | | | | | | 0.75 | – |
| 20X | INT | PRIVATE ROOM | BGGA to finish Riley/ALEX/Kenzie | NIGHT | 5, | 📍 THE HUNGARIANS | 1/8 | 2 | – |
| **End of Day 3 of 7** | | **Da Club** | | **Total Pages: 1 4/8 pgs** | **Est. Time: 6.75h** | **Tue, Jun 14, 2022** | | | |
| 5A | INT | SCHOOL BATHROOM | Camera floats in a semi circle around Kenzie, Kenna, and Riley as... | DAY | 1, 3, 4, 9, 10, 11, | 📍 THE HUNGARIANS | 5/8 | 1.5 | – |
| | | STILLS: Pretty Girls | | | | | | 1 | – |
| 7 | INT | CLASSROOM | Kenzie looks down at her TEST, then looks at the girl in the desk... | DAY | 1, 3, 4, 9, 10, 11, 15, | 📍 THE HUNGARIANS | 4/8 | 0.5 | – |
| 4 | INT | CLASSROOM | Test with CIRCLED GRADE lands on Kenzie's desk (94%) and then the... | DAY | 1, 4, 5, 9, 10, 11, 15, | 📍 THE HUNGARIANS | 2/8 | 0.5 | – |
| 11 | INT | CLASSROOM | Shot from the hall through the classroom door as Kenzie watches s... | DAY | 1, 3, 4, 9, 10, 11, 15, | 📍 THE HUNGARIANS | 2/8 | 0.5 | – |
| | | LUNCH | | | | | | 1 | – |
| 17 | EXT | NIGHTCLUB | Kenzie pulls into frame and we shoot through the passenger's side... | NIGHT | 1, 3, 4, | 📍 THE HUNGARIANS | 2/8 | 3 | – |
| **End of Day 4 of 7** | | | | **Total Pages: 1 7/8 pgs** | **Est. Time: 8.00h** | **Thu, Jun 16, 2022** | | | |
| 34 | EXT | MICROPHONE | BEAUTIFUL BLONDE MODEL (Gabbie Carter) cries into the microphone ... | DAY | 1, 14, | 📍 THE HUNGARIANS | 2/8 | 1 | – |
| 29 | INT | ABSTRACT TURNTABLE | Kenzie spins in and out of a pool of light, posture and expressio... | DAY | 1, | 📍 THE HUNGARIANS | 1 2/8 | 3 | – |
| 31 | INT | STAGE/ABSTRACT AREA | Kenzie wears a PINK LATEX inspired version of famous Marilyn Monr... | DAY | 1, 5, 12, 13, | 📍 THE HUNGARIANS | 6/8 | 4 | – |
| **End of Day 5 of 7** | | **H3 - Dialogue Only** | | **Total Pages: 2 2/8 pgs** | **Est. Time: 8.00h** | **Fri, Jun 17, 2022** | | | |
| 32 | INT | HOTEL ROOM | Kenzie lands on the bed and we reverse to the two suited guys she... | DAY | 1, 12, 13, | 📍 MULTIVIEW | 2/8 | 1 | – |
| | | STILLS: HC | | | | | | 0.75 | – |
| 32X | INT | HOTEL ROOM | BBGA to finish | DAY | 1, 12, 13, | 📍 MULTIVIEW | 2/8 | 3 | – |
| | | LUNCH | | | | | | 1 | – |

016649

CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | ReSet HMU | | | | | | 0.75 | – |
| | | STILLS: Pretty Girls | | | | | | 0.75 | – |
| 25 | INT | GYM<br>Kenzie does some sort of super butt centric lunge or squat. | | DAY | 1. | ⊙ MULTIVIEW | 2/8 | 1 | – |
| 26 | INT | KITCHEN<br>Kenzie presses the power button on a BLENDER that screeches and s... | | DAY | 1. | ⊙ MULTIVIEW | 2/8 | 1 | – |
| | | **End of Day 6 of 7    MV1    Total Pages: 1 0/0 pgs    Est. Time: 9.25h    Tue, Jun 21, 2022** | | | | | | | |
| 27 | INT | BED<br>Alarm goes off and Kenzie slams it and sits up but it's painful. | | MORNING | 1. | ⊙ MULTIVIEW | 2/8 | 1 | – |
| | | ReSet HMU | | | | | | 0.5 | |
| 15 | INT | KENZIE'S OLD BEDROOM<br>Kenzie and Riley and Kenna are all lined up in bed (example shot)... | | MORNING | 1, 3, 4, | ⊙ MULTIVIEW | 5/8 | 1 | – |
| 21 | INT | DRESSING ROOM<br>Kenzie is done up like Marilyn Monroe and sits in a STUDIO CHAIR ... | | DAY | 1, 5, | ⊙ MULTIVIEW | 4/8 | 1 | – |
| 23 | INT | DRESSING ROOM | | DAY | 1, 5, | ⊙ MULTIVIEW | 5/8 | 1 | – |
| 28 | INT | DRESSING ROOM<br>Shot of Kenzie's name written on a STARBUCKS TYPE CUP pulls out t... | | DAY | 1, | ⊙ MULTIVIEW | 3/8 | 1 | – |
| | | **End of Day 7 of 7    MV2 Dialogue Only    Total Pages: 2 3/8 pgs    Est. Time: 5.50h    Wed, Jun 22, 2022** | | | | | | | |

# **EXHIBIT D**

# BLACKED.COM

## BLACK & WHITE
VOL. 19

BLACKED.com shows how opposites attract in another boundary-breaking edition of *BLACK & WHITE*. This series brings revolutionary interracial action to those who like a little contrast in the bedroom. Featured cover girl Kenzie Anne prefers her men the way she likes her cars: with speed, muscle, and endurance. When this in-demand darling gets a spare minute, she spends it with a man she can count on to get her heart rate accelerating. Jane Rogers, Avi Love, and Adira Allure also dip their lips into their deepest desires. Scandalous stories, pulse-pounding performances, and high-class production values only BLACKED.com can deliver are waiting for you. Sit back, get comfortable, and get on board with *BLACK & WHITE*.

FOLLOW US @BLACKED_COM  @BLACKEDXOFFICIAL

KENZIE ANNE & JAX SLAYHER / DIRECTED BY HALSTON



JANE ROGERS & ANTON HARDEN / DIRECTED BY LAURENT SKY

  

AVI LOVE & JASON LUV / DIRECTED BY LAURENT SKY

 

ADIRA ALLURE & PRESSURE / DIRECTED BY LAURENT SKY

  

RUNTIME 2 HRS 43 MINS • MULTIPLE CHAPTERS • PHOTO GALI    REGIONAL CODING

©2021 STRIKE 3 HOLDINGS LLC
ALL RECORDS REQUIRED BY 18 U.S.C. 2257 AND 28 C.F.R. 75 FOR THIS MOTION PICTURE ENTITLED
**BLACK & WHITE VOL. 19**
AND ALL GRAPHIC IMAGES ASSOCIATED THEREWITH, ARE KEPT BY THE CUSTODIAN OF RECORDS
9145 OWENSMOUTH AVE. CHATSWORTH, CA 91311



8 95152 08402 8

---

# BLACKED

VOL 19    BLACKED.COM



# BLACK & WHITE

KENZIE ANNE

BLACKED.COM

BLACK & WHITE

VOL. 19

BK192

# BLACKED RAW

## V46

BLACKED.com is proud to present "BLACKED RAW". BLACKED RAW is here to embrace new cultures, passionate sex and real women. No photoshop here, everything you see is 100% real. See more at BLACKEDRAW.com.



Kenzie Ann _____ & Isiah Maxwell / Directed by Derek Dozer



Lauren Phillips & Sly Diggler / Directed by Derek Dozer



Holly Hotwife & Pressure / Directed by Derek Dozer



Isabelle Deltore & Darrell Deeps / Directed by Alex Eikster

RUNTIME 2 HRS 32 MINS • MULTIPLE CHAPTERS • PHOTO GALLERY • POP SHOT RECAP • NO REGIONAL CODING

  @BLACKEDRAW

©2021 STRIKE 3 HOLDINGS LLC
ALL RECORDS REQUIRED BY 18 U.S.C 2257 AND 28 C.F.R. 75 FOR THIS MOTION PICTURE ENTITLED
BLACKEDRAW VOL. 46
AND ALL GRAPHIC IMAGES ASSOCIATED THEREWITH, ARE KEPT BY THE CUSTODIAN OF RECORDS
9145 OWENSMOUTH AVE. CHATSWORTH, CA 91311

8 95152 08667 1

BKR146

# BLACKED RAW

## V46



# Deeper.

In its third installment of the critically acclaimed series *If It Feels Good*, Deeper delivers more perfectly crafted vignettes rife with tales of sexual transaction, domination, and manipulation and all connected by the same impulsive and hedonistic thread. Featuring an A-List cast that includes Performers of the Year Angela White and Emily Willis, Best New Starlet Scarlit Scandal, and the year's most breakout new talent, Kenzie Anne. Directed by reigning three-time Director of the Year Kayden Kross.

FOLLOW US @DEEPER_OFFICIAL  ⬛ DEEPER_OFFICIAL



## IF IT FEELS GOOD

DEEPER.COM PRES _____ T FEELS GOOD VOL. 3
STARRING  SCARLIT SCANDAL  EMILY WILLIS  ANGELA WHITE  KENZIE ANNE
MANUEL FERRARA  OLIVER FLYNN  MICK BLUE
DIRECTED BY KAYDEN KROSS

RUNTIME 2 HRS 31 MINS • MULTIPLE CHAPTERS • PHOTO GALLERY • POP SHOT RECAP • NO REGIONAL CODING • 16X9 ANAMORPHIC WIDESCREEN

VOL. 3

DEEP135

©2022 COUNTERLIFE MEDIA, LLC
ALL RECORDS REQUIRED BY 18 U.S.C. 2257 AND 28 C.F.R. 75 FOR THIS MOTION PICTURE ENTITLED
IF IT FEELS GOOD VOL.3
AND ALL GRAPHIC IMAGES ASSOCIATED THEREWITH, ARE KEPT BY THE CUSTODIAN OF RECORDS
9145 OWENSMOUTH AVE. CHATSWORTH, CA 91311



8 95152 08823 1

# Deeper.

## IF IT FEELS GOOD

## IF IT FEELS GOOD VOL. 3
### DIRECTED BY KAYDEN KROSS

# BLACKED.COM

## MILF
VOL. 3

BLACKED.com is back with another edition of *MILF*. This series is for the true connoisseur of the mature. Featured cover girls Brandi Love and Kenzie Anne have toned up bodies built for one thing: swinging. These gym bunnies are ready to work up a sweat swapping partners. Penny Barber, Britney Amber, and Ava Koxxx are all inside waiting to show you a thing or two. Bedtime stories for grownups, untouchable production values, and sexy, seasoned women: BLACKED.com thinks you're ready to get yourself a *MILF*.

BRANDI LOVE & KENZIE ANNE & RICHARD MANN & MAZEE / DIRECTED BY LAURENT SKY

FOLLOW US @BLACKED_COM  @BLACKEDXOFFICIAL



PENNY BARBER & ANTON HARDEN / DIRECTED BY DEREK DOZER



BRITNEY AMBER & PRESSURE / DIRECTED BY DEREK DOZER



AVA KOXXX & AARON ROCK / DIRECTED BY JULIA GRANDI



RUNTIME 2 HRS 39 MINS • MULTIPLE CHAPTERS • PHOTO GALLERY • POP SHOT RECAP • NO REGIONAL CODING

©2023 STRIKE 3 HOLDINGS LLC
ALL RECORDS REQUIRED BY 18 U.S.C 2257 AND 28 C.F.R. 75 FOR THIS MOTION PICTURE ENTITLED
MILF VOL. 3
AND ALL GRAPHIC IMAGES ASSOCIATED THEREWITH, ARE KEPT BY THE CUSTODIAN OF RECORDS
9145 OWENSMOUTH AVE. CHATSWORTH, CA 91311



8 95152 10460 3

---

# BLACKED.COM

## MILF
VOL. 3

BK219



KENZIE ANNE & BRANDI LOVE

# MILF
VOL. 3

# **EXHIBIT E**

CONFIDENTIAL

TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | SLAYED | MILFY

9+



## Breaking Through
KENZIE ANNE, EMILY WILLIS & ALINA LOPEZ

**NEW** ★ RATING 9.0          FAVORITE          DOWNLOAD          INFO



## This Is Not A Drill
KENZIE ANNE & JAX SLAYHER

 ★ RATING 9.4          FAVORITE          DOWNLOAD          INFO

CATEGORIES:
**PUSSY LICKING, SPOONING, BLONDE, BIG TITS, LINGERIE, RIDING, SPANKING, REVERSE COWGIRL, DEEP THROAT, CREAMPIE, RIMMING, FINGERING, BLOWJOB, PIERCING, SUSPENDERS, THE HANGING GARDEN, MISSIONARY, STANDING DOGGYSTYLE, BALL SUCKING, HIGH HEELS, SHAVED**
DIRECTED BY: **Halston**

CONFIDENTIAL

VIXEN PLUS

VIXEN | TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | MILFY

6



## Defiance

KENZIE ANNE & AVERY CRISTY

**NEW**  ★ RATING 9.4            FAVORITE                    DOWNLOAD                        INFO

CATEGORIES:
**BLONDE, TOY, LINGERIE, SQUIRTING, KISSING, NATURAL TITS, PUSSY LICKING, FINGERING, HIGH HEELS, STOCKINGS, SUSPENDERS, MASTURBATION, FACE SITTING**
DIRECTED BY:  **Laurent Sky**

VIXEN PLUS

VIXEN | TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | SLAYED | MILFY



## Sex Without Love

KENZIE ANNE, LACEY LONDON, JESSIE SAINT, MORGAN LEE, MAITLAND WARD, SEPTEMBER REIGN, ANGELA WHITE, KENNA JAMES, MICK BLUE, OLIVER FLYNN, MANUEL FERRARA & MAZEE

**NEW** ★ RATING 8.8        FAVORITE        DOWNLOAD        INFO

VIXEN PLUS

VIXEN | TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | MILFY

6



## Primal Heat
AZUL HERMOSA & KENZIE ANNE

**NEW** ★ RATING 8.8            FAVORITE            DOWNLOAD            INFO

CATEGORIES:
**BLONDE, TOY, LINGERIE, SQUIRTING, KISSING, PUSSY LICKING, FINGERING, DILDO, STOCKINGS, SUSPENDERS, 69, TATTOO, PIERCING, FACE SITTING**
DIRECTED BY:   Laurent Sky





## Absolute Dime

KENZIE ANNE & ISIAH MAXWELL

NEW   ⭐ RATING 9.2

WATCH TRAILER | +INFO

♡ FAVORITE

⤓ DOWNLOAD

CONFIDENTIAL

VIXEN PLUS

TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | SLAYED | MILFY

9+



## Should I Stay
KENZIE ANNE & MICK BLUE

NEW  ★ RATING 9.3

FAVORITE

DOWNLOAD

INFO

Should I Stay: VIXEN

CONFIDENTIAL

9+



## Should I Stay
**KENZIE ANNE & MICK BLUE**

**NEW** ★ RATING 9.3                    FAVORITE                    DOWNLOAD                    INFO

CATEGORIES

CONFIDENTIAL

VIXEN PLUS

VIXEN | TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | SLAYED | MILFY·

9



## Tailor Made
SCARLIT SCANDAL, KENZIE ANNE & TROY FRANCISCO

**NEW** ★ RATING 9.2                      FAVORITE                      DOWNLOAD                      INFO

CATEGORIES:
BLONDE, BRUNETTE, FFM, 69, BLOWJOB, MISSIONARY, PUSSY LICKING, THREESOME, DEEPTHROAT, FACIAL, SMALL TITS, REVERSE COWGIRL, RIDING, SPOONING, BONDAGE,
FACESITTING, BLIND FOLD, CUM SWAPPING, INTERRACIAL



## Heiress
### KENZIE ANNE & CHRISTIAN CLAY

**NEW** ★ RATING 9.3          FAVORITE          DOWNLOAD          INFO

CATEGORIES:
**FACIAL, RIMMING, DEEP THROAT, BLONDE, SPOONING, BLOWJOB, REVERSE COWGIRL, DOGGYSTYLE, RIDING, FIRST ANAL, ASS TO MOUTH, EXCLUSIVE, MASTURBATION, BALL LICKING, BALL SUCKING, CUM IN MOUTH**
DIRECTED BY: **Julia Grandi**

CONFIDENTIAL

VIEW ALL VIDEOS

VIXEN | TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | SLAYED | MILFY

9+



**BLACKED**

Sweat

BRANDI LOVE, KENZIE ANNE, RICHARD MANN & MAZEE

NEW  ★ RATING 9.1           FAVORITE                    DOWNLOAD                    INFO

9+



## Kenzie Anne

**FAVORITE**        **RATING 8.4**

Perfection in female form, Kenzie is a hot, sexy blonde with an unbelievable body and a gaze that would render any man helpless. She really is heaven on earth.

LATEST SCENE



LATEST KENZIE ANNE VIDEOS

8/5/24, 2:47 PM    Case 2:23-cv-04901-WLH-AGR    Document 111-3    Filed 11/12/24    Page 80 of 93    Page
Kenzie Anne's BBC sex videos. Watch all the high quality real BBC porn with pornstar Kenzie Anne
CONFIDENTIAL

VIXEN PLUS

# BLACKED



### Kenzie Anne

**FAVORITE**        **RATING 8.4**

This bubble butted beauty is Kenzie. She has a body that will knock you sideways and when you see her in her element, you will have to agree, she's hard to beat.

LATEST SCENE

LATEST KENZIE ANNE VIDEOS

006253

VIXEN PLUS

VIXEN | TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | MILFY



### Kenzie Anne

**FAVORITE**    **RATING 8.4**

Pussy loving blonde Kenzie loves to get up close and personal with another beautiful woman. her connection with a gorgeous girl is apparent for all to see as she takes them to every level of satisfaction.

LATEST SCENE



LATEST KENZIE ANNE VIDEOS

006261

Case 2:23-cv-04012 Document 1-1 Filed 11/12/24 Page 82 of 93 Page
CONFIDENTIAL

9+



## Kenzie Anne

#### FAVORITE          RATING 8.4

Kenzie cannot be described as anything less than beautiful. Her long blonde hair and astounding body is undoubtably one of the most jaw-dropping things you will catch a glimpse of. But if you want more than that, simply visit her here at VIXEN.

LATEST SCENE





006269

# **EXHIBIT F**



# IT'S HAPPENING



# BRANDI+KENZIE

**OUT NOW**

## THE BIGGEST COMEBACK OF THE YEAR



### THE BEST NEW PERFORMER

**WATCH NOW**



**MORE BRANDI**　　**MORE KENZIE**

# SLAYED

EST. 2021



## DEFIANCE

NOW PLAYING



KENZIE
ANNE

AVERY
CRISTY

# THE WAIT IS OVER

WATCH NOW



A BRAND NEW
## ALL GIRL EXPERIENCE

LULU CHU     KIARA COLE

ELIZA        CHARLOTTE
IBARRA       SINS



THE ULTIMATE ALL GIRL EXPERIENCE
## AT YOUR FINGERTIPS

GET ACCESS





# TUSHY

## 4TH OF JULY SALE

KENZIE'S EXCLUSIVE FIRST TIME

SAVE 70%

Kenzie Anne

# FIRST ANAL

N O W   P L A Y I N G

GIANNA & LEYA

SIA SIBERIA

# TUSHY

## 4TH OF JULY SALE

SAVE 70%

# **<u>EXHIBIT G</u>**

CONFIDENTIAL

# Deeper.



GMS-02755 4/22

**Exec. Prod. / Dir.:**
Kayden Kross

**Producer:**

### D1, Release

**GENERAL CALL TIME**

# 9:00am

**GMS-02755**

Please see below for individual call times.

The dirt road to the location is rugged, please check with production for alternative parking & transpo to set.

**DAY 1 OF 1**
**Fri, Apr 22, 2022**

☀️ **86**°F / 64

**Sunrise** 5:47am • **Sunset** 8:10pm

| Crew Call | 7:00am |
|---|---|
| Shooting Call | 9:00am |

## 📍 LOCATIONS

| 🢅 SET LOCATION | 🅿 PARKING | ➕ NEAREST HOSPITAL |
|---|---|---|
| 1    ████████, fornia 91304, USA | ████████ Chatsworth, CA 91311, USA<br><br>*This location is out a rugged dirt road. If your vehicle cannot make it out to the ranch, you will park at the church address above and be shuttled.* | **West Hills Hospital and Medical Center** ↗<br>7300 Medical Center Dr, West Hills, CA 91307, USA<br>(818) 676-4000 |

## ≡ SCHEDULE

Day 1 of 1

| START | SCENE | DESCRIPTION | D / N | CAST | LOCATION | PAGES | EST (H) |
|---|---|---|---|---|---|---|---|
| 7:00am | ℹ | **07:00 VAULT** | | | | | 0m |
| 7:45am | ℹ | **07:45 HONEY WAGON** | | | | | 0m |

| Time | | Scene | Description | | Cast | Location | Pages | Duration |
|---|---|---|---|---|---|---|---|---|
| 8:15am | ⓘ | | **08:15 LOCATION** | | | | | 0m |
| 8:30am | ⓘ | | **08:30 HMU** | | | | | 0m |
| 8:45am | ⓘ | | **08:45 KENZIE ANNE** | | | | | 0m |
| 10:15am | ⓘ | | **10:15 ISIAH MAXWELL** | | | | | 0m |
| 10:30am | ⓘ | | **10:30 STILLS / AUDIO** | | | | | 3h 30m |
| 11:00am | | Scene **2** | **EXT DIRT ROAD** The wheel of a vintage classic kicks up dust into camera. The sou... | DAY | 4, 3, 2 | Sableski Ranch | 1/8 | 30m |
| – | | Scene **4** | **EXT DIRT ROAD** Wide shot shows the car slow to a stop in front of a random gate ... | DAY | 4, 3, 2 | Sableski Ranch | 1/8 | 30m |
| – | ⓘ | | **12:00 KENNA JAMES** | | | | | 0m |
| – | | Scene **6** | **EXT DIRT ROAD** Super super wide as we watch Isiah jog to catch up with her and t... | DAY | 2, 3, 4 | Sableski Ranch | 1/8 | 30m |
| – | ⓘ | | **ReSet** | | | | | 30m |
| – | | Scene **3** | **INT CAR** Kenzie and Isiah bounce in silence in the back of the cab as the ... | DAY | 4, 3, 2 | Sableski Ranch | 2/8 | 30m |
| – | | Scene **5** | **INT CAR** The driver looks back over his shoulder. | DAY | 4, 3, 2 | Sableski Ranch | 6/8 | 30m |
| 2:00pm | ⓘ | | **LUNCH** | | | | | 45m |

<span style="color:red">CONFIDENTIAL</span>

| 3:00pm | ⓘ | **ReSet** | | | | | 30m |
|---|---|---|---|---|---|---|---|
| 3:30pm | Scene **7** | **INT/EXT KENNA'S TENT** Kenna barely looks up from the book she's reading as the motion a... | DAY | 2, 1, 3 | Sableski Ranch | **1** 4/8 | 30m |
| – | Scene **8** | **INT/EXT KENNA'S TENT** BGG to finish. | DAY | 2, 3, 1 | Sableski Ranch | 1/8 | 2h 0m |
| – | Scene **1** | **INT/EXT KENNA'S TENT** | DAY | 1 | Sableski Ranch | 3/8 | 30m |
| | | | | | **TOTAL** | **3** 3/8 | **10h 45m** |

## 👥 CLIENTS
<span style="text-align:right">7 Total Clients</span>

| NAME | ROLE | CALL |
|---|---|---|
| **Basia** ▮ | Director of Production | No Call |
| – | Line Producer | No Call |
| – | Talent & Production Coordinator | No Call |
| – | Production Coordinator | No Call |
| **Cassie** ▮ | Production Coordinator | No Call |
| **Richie** ▮ | Content Manager | No Call |
| **Henry** ▮ | Content Coordinator | No Call |

## 🎭 TALENT
<span style="text-align:right">3 Total Talent</span>

CONFIDENTIAL

| ID | NAME | | ROLE | STATUS | PICKUP | CALL | H/MU |
|----|------|--|------|--------|--------|------|------|
| – | | – | "Kenzie" | – | – | 8:45am | – |
| – | | – | "Kenna" | – | – | 12:00pm | – |
| – | | – | "Isiah" | – | – | 10:15am | – |

## ⚶ DEPARTMENT NOTES

9 Total Department Notes

| DEPARTMENT | NOTES |
|------------|-------|
| SET DRESSING | Peacock chair, Bell tent, Random gate, Bed, Curtain/tent flap |
| PROPS | Metal lanterns, Rolled to smoke, Cash, Book, Bowl of rose oil, Two rose quartz ben wa balls |
| ADDITIONAL LABOR | Long push |
| SPECIAL EQUIPMENT | Macro |
| SPECIAL EFFECTS | Smoke |
| VEHICLES | Vintage classic |
| POST AUDIO | Sound transition, Slam |
| COSTUMES | Fur shawl, High nude stockings, Sharply fitted suit |
| HARDCORE | BGG to finish |

## ⚶ CREW

15 Total Crew

| NAME | CALL | NAME | CALL |
|------|------|------|------|
| | | | |

CONFIDENTIAL
ID #:2725

| PRODUCTION | | |
|---|---|---|
| **Kayden Kross** Exec. Prod. / Dir. | | 9:00am |
| – Producer | | 7:00am |
| – Production Asst. | | 7:00am |
| **Nick** ▬ Production Asst. | | 7:00am |

| CAMERA DEPARTMENT | | |
|---|---|---|
| **Seth** ▬ DP | | 9:00am |
| – 1st AC | | 9:00am |
| **Miko** ▬ DIT | | 9:00am |
| – Still Photographer | | 10:30am |
| **Will** ▬ BTS Videographer | | 11:00am |

| MISCELLANEOUS | | |
|---|---|---|
| – Audio | | 10:15am |

| GRIP DEPARTMENT | | |
|---|---|---|
| – G&E Swing | | 9:00am |
| **Joel** ▬ G&E Swing | | 9:00am |

| ART DEPARTMENT | | |
|---|---|---|
| **Siena** ▬ Art Dept. PA | | 7:00am |

| MAKE-UP & HAIR | | |
|---|---|---|
| **Glenn** ▬ H/MU | | 7:00am |

| POST PRODUCTION | | |
|---|---|---|
| **Stephanie** ▬ Post Prod. Suprv. | | No Call |

## 🔗 ATTACHMENTS

Total Size 64.84 KB

DPR_Release_V01.pdf
*64.84 KB*