**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel:  (323) 697-9840
Fax: (323) 571-3579

Trey Brown (SBN 314469)
trey.brown@vixenmediagroup.com
11337 Ventura Blvd.
Studio City, CA 91604

*Attorneys for Defendants*
VXN GROUP LLC and MIKE MILLER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>          Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**DECLARATION OF BELEN BURDITTE CERTIFYING DOMESTIC BUSINESS RECORDS**<br><br>Complaint Filed:   April 20, 2023<br>Removed:          June 21, 2023 |

*(left margin, vertical text)* KANE LAW FIRM / 1154 S. Crescent Heights Blvd. / Los Angeles, CA 90035

DECLARATION OF BELEN BURDITTE CERTIFYING DOMESTIC
BUSINESS RECORDS

I, Belen Burditte, hereby declare as follows:

1. I am competent to make this declaration. The facts stated within this declaration are within my personal knowledge.

2. I am Production Accountant for VXN Group, LLC ("VXN"). I am responsible for ensuring that VXN maintains accurate and complete financial records of its regularly conducted film production activities.

3. I am also VXN's liaison between VXN and our workers compensation insurance provider State Compensation Insurance Fund ("State Fund")[1].

4. I am responsible for reporting to State Fund all of the income payments that are made to our actors, film production crew, office and remote employees.

5. Approximately once a year, State Fund conducts audits of the reports we provide them. They do this to ensure that the information we provide them is accurate.

6. Even though it is very expensive for VXN, we are classified with State Fund as a Motion Picture Production Company because that is what VXN does as a company. We create motion pictures.

7. Our insurance coverage with State Fund has been since the beginning of 2020 to present.

8. At all times, including when Plaintiff was casted in our motion pictures, we have been classified by State Fund as a Motion Picture Production Company.

9. At all times that Plaintiff was contracted with VXN, Mackenzie Thoma was classified with State Fund as an actor.

[1] https://www.statefundca.com/about/fact-sheet/

1

DECLARATION OF BELEN BURDITTE CERTIFYING DOMESTIC BUSINESS RECORDS

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

10. The information we submit has been audited twice in that time by State Fund.

11. The audits have been both in person and at our office and remotely.

12. The purpose of the audits was to review all job duties of our workers and their on set exposure. I participated in each of these audits.

13. The State Fund audit reported that Mackenzie Thoma, among others, was properly classified as an actor. The State Fund audit also acknowledged that VXN's actors were paid on a 1099 basis.

14. We have also been audited as to whether we are in the correct class with State Fund as a Motion Picture Production Company.

15. That audit took place on April 9, 2022 when an individual from the Workers' Compensation Insurance Rating Bureau of California (WCIRB) inspected our California operations. They found the Motion Picture Production Company classification to be accurate.

16. Attached to this declaration are true and correct records from VXN's Online Account with State Fund.

17. Also attached to this declaration are true and correct records from VXN's audits with State Fund and WCIRB. These records have been produced as excerpts and redacted to protect the privacy of the people and entities who work for VXN.

18. I was also responsible for making payments to Mackenzie Thoma for each of the motion pictures that she was cast in for VXN.

19. I paid Mackenzie Thoma her rate as set forth in her contract with VXN for each of the motion pictures she acted in for VXN.

20. Pursuant to Federal Rules of Evidence 803(6) (Records of regularly conducted activity) and 902(11) (Certified domestic records or regularly conducted activity), I hereby certify that the records attached to this declaration were made

2

DECLARATION OF BELEN BURDITTE CERTIFYING DOMESTIC BUSINESS RECORDS

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

1   contemporaneously with the transactions and events stated therein by, or from
2   information transmitted by, someone with knowledge of the facts; were kept by
3   VXN in the course of regularly conducted activity; and were made as part of the
4   regular practice of that activity. The attached records are exact duplicates of the
5   original records.

6
7       I declare under penalty of perjury that the foregoing is true and
8   correct. Executed on September 13, 2024 at Los Angeles, California.

9
10
11                                                    Belen Burditte
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

3

DECLARATION OF BELEN BURDITTE CERTIFYING DOMESTIC
BUSINESS RECORDS

# **EXHIBIT A**

STATE COMPENSATION INSURANCE FUND

HOME  QUOTE  POLICY ▾  CLAIMS ▾  SAFETY SERVICES ▾  MORE ▾

📞 (888) 782-8338

🔔    BELEN ▾

Policy Information >> Classifications

## Classifications
VXN GROUP LLC

| | |
|---|---|
| **Policy Number** | ████-2020 |
| **Coverage Period** | 02-07-2020 to 02-07-2021 ▾ |

| | | | |
|---|---|---|---|
| Inception Date | 02-07-2020 | Regional Office | Los Angeles |
| Expiration Date | 02-07-2021 | Field Services Office | SC - LOS ANGELES |
| Anniversary Rating Date | --- | Quote ID | 801615961 |

### Industry Code

Industry Code  78 - MOTION PICTURES

### Classifications
Help

### Endorsed Classifications

| | Code | Description | Effective |
|---|---|---|---|
| | 8810 (1) | CLERICAL OFFICE EMPLOYEES--N.O.C. | 02-07-2020 |
| Governing | 9610 (1) | MOTION PICTURES--PRODUCTION--IN STUDIOS AND OUTSIDE--ALL EMPLOYEES THE ENTIRE REMUNERATION OF ACTORS, MUSICIANS, PRODUCERS AND THE MOTION PICTURE DIRECTOR SHALL BE INCLUDED SUBJECT TO A MAXIMUM OF $139,100 PER YEAR PER PERSON. WHEN SUCH EMPLOYEES DO NOT WORK THE ENTIRE YEAR, THE PAYROLL LIMITATION SHALL BE PRORATED BASED UPON THE NUMBER OF WEEKS IN WHICH SUCH EMPLOYEES WORKED DURING THE POLICY PERIOD. | 02-07-2020 |

Copyright © 2000-2024 State Compensation Insurance Fund.
Legal Notice & California Privacy Policy





**QUOTE    POLICY ▼    CLAIMS ▼    SAFETY SERVICES ▼    MORE ▼**

📞 (888) 782-8338

🔔    **BELEN ▼**

Policy Information >> Classifications

## Classifications
**VXN GROUP LLC**

| | |
|---|---|
| Inception Date | 02-07-2021 |
| Expiration Date | 02-07-2022 |
| Anniversary Rating Date | --- |

| | |
|---|---|
| Regional Office | Los Angeles |
| Field Services Office | SC - LOS ANGELES |
| Quote ID | 801867152 |

**Policy Number** 9⬛⬛⬛⬛2021

**Coverage Period** 02-07-2021 to 02-07-2022 ▼

### Industry Code

Industry Code 78 - MOTION PICTURES

### Classifications                                                                 Help

#### Endorsed Classifications

| | Code | Description | Effective |
|---|---|---|---|
| | 8810 (1) | CLERICAL OFFICE EMPLOYEES--N.O.C. | 02-07-2020 |
| | 8871 (1) | CLERICAL TELECOMMUTER EMPLOYEES--N.O.C. | 02-07-2021 |
| Governing | 9610 (1) | MOTION PICTURES--PRODUCTION--IN STUDIOS AND OUTSIDE--ALL EMPLOYEES THE ENTIRE REMUNERATION OF ACTORS, MUSICIANS, PRODUCERS AND THE MOTION PICTURE DIRECTOR SHALL BE INCLUDED SUBJECT TO A MAXIMUM OF $139,100 PER YEAR PER PERSON. WHEN SUCH EMPLOYEES DO NOT WORK THE ENTIRE YEAR, THE PAYROLL LIMITATION SHALL BE PRORATED BASED UPON THE NUMBER OF WEEKS IN WHICH SUCH EMPLOYEES WORKED DURING THE POLICY PERIOD. | 02-07-2020 |

Copyright © 2000-2024 State Compensation Insurance Fund.
Legal Notice & California Privacy Policy





**(888) 782-8338**

QUOTE    POLICY ▾    CLAIMS ▾    SAFETY SERVICES ▾    MORE ▾

BELEN ▾

Policy Information >> Classifications

## Classifications
**VXN GROUP LLC**

| | |
|---|---|
| Inception Date 02-07-2022 | Regional Office Los Angeles |
| Expiration Date 02-07-2023 | Field Services Office SC - LOS ANGELES |
| Anniversary Rating Date --- | Quote ID 700070169 |

**Policy Number** 926   -2022

**Coverage Period** 02-07-2022 to 02-07-2023 ▼

## Industry Code

Industry Code 78 - MOTION PICTURES

## Classifications    Help

### Endorsed Classifications

| | Code | Description | Effective |
|---|---|---|---|
| | 8810 (1) | CLERICAL OFFICE EMPLOYEES--N.O.C. | 02-07-2022 |
| | 8871 (1) | CLERICAL TELECOMMUTER EMPLOYEES--N.O.C. | 02-07-2022 |
| Governing | 9610 (1) | MOTION PICTURES--PRODUCTION--IN STUDIOS AND OUTSIDE--ALL EMPLOYEES THE ENTIRE REMUNERATION OF ACTORS, MUSICIANS, PRODUCERS AND THE MOTION PICTURE DIRECTOR SHALL BE INCLUDED SUBJECT TO A MAXIMUM OF $144,300 PER YEAR PER PERSON. WHEN SUCH EMPLOYEES DO NOT WORK THE ENTIRE YEAR, THE PAYROLL LIMITATION SHALL BE PRORATED BASED UPON THE NUMBER OF WEEKS IN WHICH SUCH EMPLOYEES WORKED DURING THE POLICY PERIOD. | 02-07-2022 |

Copyright © 2000-2024 State Compensation Insurance Fund.
Legal Notice & California Privacy Policy





Policy Information >> Classifications

## Classifications
### VXN GROUP LLC

| | |
|---|---|
| Inception Date | 02-07-2023 |
| Expiration Date | 02-07-2024 |
| Anniversary Rating Date | --- |

| | |
|---|---|
| Regional Office | Los Angeles |
| Field Services Office | SC - LOS ANGELES |
| Quote ID | 802286272 |

**Policy Number** 92▮▮▮▮2023

**Coverage Period** 02-07-2023 to 02-07-2024 ▾

## Industry Code

Industry Code  78 - MOTION PICTURES

## Classifications      Help

### Endorsed Classifications

| | Code | Description | Effective |
|---|---|---|---|
| | 8810 (1) | CLERICAL OFFICE EMPLOYEES--N.O.C. | 02-07-2023 |
| | 8871 (1) | CLERICAL TELECOMMUTER EMPLOYEES--N.O.C. | 02-07-2023 |
| Governing | 9610 (1) | MOTION PICTURES--PRODUCTION--IN STUDIOS AND OUTSIDE--ALL EMPLOYEES THE ENTIRE REMUNERATION OF ACTORS, MUSICIANS, PRODUCERS AND THE MOTION PICTURE DIRECTOR SHALL BE INCLUDED SUBJECT TO A MAXIMUM OF $149,500 PER YEAR PER PERSON. WHEN SUCH EMPLOYEES DO NOT WORK THE ENTIRE YEAR, THE PAYROLL LIMITATION SHALL BE PRORATED BASED UPON THE NUMBER OF WEEKS IN WHICH SUCH EMPLOYEES WORKED DURING THE POLICY PERIOD. | 02-07-2023 |

Copyright © 2000-2024 State Compensation Insurance Fund.
Legal Notice & California Privacy Policy

 

🏠 **QUOTE** **POLICY** ▾ **CLAIMS** ▾ **SAFETY SERVICES** ▾ **MORE** ▾



📞 (888) 782-8338

🔔 **BELEN** ▾

Policy Information >> Classifications

## Classifications
**VXN GROUP LLC**

| | | |
|---|---|---|
| | Inception Date 02-07-2024 | Regional Office Los Angeles |
| | Expiration Date 02-07-2025 | Field Services Office SC - LOS ANGELES |
| | Anniversary Rating Date --- | Quote ID 802568091 |

**Policy Number** ███74-2024

**Coverage Period** 02-07-2024 to 02-07-2025 ▾

### Industry Code

Industry Code 78 - MOTION PICTURES

### Classifications                                                                 Help

#### Endorsed Classifications

| | Code | Description | Effective |
|---|---|---|---|
| | 8810 (1) | CLERICAL OFFICE EMPLOYEES--N.O.C. | 02-07-2024 |
| | 8871 (1) | CLERICAL TELECOMMUTER EMPLOYEES--N.O.C. | 02-07-2024 |
| Governing | 9610 (1) | MOTION PICTURES--PRODUCTION--IN STUDIOS AND OUTSIDE--ALL EMPLOYEES THE ENTIRE REMUNERATION OF ACTORS, MUSICIANS, PRODUCERS AND THE MOTION PICTURE DIRECTOR SHALL BE INCLUDED SUBJECT TO A MAXIMUM OF $154,700 PER YEAR PER PERSON. WHEN SUCH EMPLOYEES DO NOT WORK THE ENTIRE YEAR, THE PAYROLL LIMITATION SHALL BE PRORATED BASED UPON THE NUMBER OF WEEKS IN WHICH SUCH EMPLOYEES WORKED DURING THE POLICY PERIOD. | 02-07-2024 |

Copyright © 2000-2024 State Compensation Insurance Fund.
Legal Notice & California Privacy Policy

CONFIDENTIAL

| Name: VXN GROUP LLC | | Carrier: STATE COMPENSATION INSURANCE FUND | Policy dt: 2/7/2021 - 2/7/2022 |
|---|---|---|---|
| Pol/Acc WC-9269974-2021- --22 \| 9269974    Audit ID: 12683903 | | Auditor: 2245 - Christine ▮▮▮ | Audit dt: 2/7/2021 - 2/7/2022 |

| ID | Name | Class Combo | Exposure | 2/7-3/31/21 | 4/1-6/30/21 | 7/1-9/30/21 | 10/1-12/31/21 | 1/1-2/6/22 | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| actor | ▮▮owel | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 300 | | | | | 300 |
| actor | ▮▮Campbell | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 1,600 | | | | | 1,600 |
| actor | ▮▮Bell | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 850 | | | | | 850 |
| actor | ▮▮Evans | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 400 | | | | | 400 |
| actor | ▮▮Swanson dba ▮▮ Moses | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 2,900 | | | | | 2,900 |
| actor | ▮▮Banuelos ▮▮ dba 2▮ | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 23,500 | | | | | 23,500 |
| actor; 10 weeks worked- under threshold | LLC ▮▮Doudna | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 1,000 | | | | | 1,000 |
| actor | ▮▮Turcios | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 300 | | | | | 300 |
| actor | ▮▮Maetnyi dba ▮▮ | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 2,300 | | | | | 2,300 |
| actor | ▮▮Pollock dba ▮▮ | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 1,500 | | | | | 1,500 |
| actor | Mackenzie Anne Thoma | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 39,500 | | | | | 39,500 |
| actor; 9 weeks | Mackenzie Anne Thoma | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | -15,425 | | | | | -15,425 |
| 9 weeks worked- adjusted based on proration | ▮▮Zoeller | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 1,400 | | | | | 1,400 |
| actor | ▮▮Sokolowski | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 1,500 | | | | | 1,500 |
| actor | ▮▮ Johanson | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 5,400 | | | | | 5,400 |
| actor; 3 weeks worked- under threshold | ▮▮Prive - ▮▮ Holdings | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 1,200 | | | | | 1,200 |
| actor | ▮▮Mattioli | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION WC-9269974-2021- --2 Other Remuneratio | | | | | | 1,500 | | | | | 1,500 |
| actor | | 9610(1) 0-CA-0 MOTION PICTURES-PRODUCTION | | | | | | | | | | | |

Name: VXN GROUP LLC    Carrier: STATE COMPENSATION INSURANCE FUND
Policy: WC-9269974-2021- --22    Audit ID: 1263385 / DENTAL 2245 - Christine    Pol dt: 2/7/2021 - 2/7/2022

Case 2:23-cv-04901-WLH-AGR    Document 111-4    Filed 11/12/24    Page 12 of 29    Page

| Name | Amount |
|---|---|
| Deere ██ 21 | 1200 |
| Jones /IN: ██ | 1000 |
| Fong /IN: 03█ | 1500 |
| Johnson /IN: 07█ | 2000 |
| Martinez /IN: 051█ | 5100 |
| Elmore /IN: 041█ | 1400 |
| Cowel /IN: 051█ | 300 |
| Campbell /IN: 110█ | 1600 |
| Bell /IN: 071█ | 350 |
| Bell /IN: 101█ | 500 |
| Evans /IN: 020█ | 100 |
| Evans /IN: 020█ | 400 |
| Evans /IN: 0204 | 200 |
| Evans /IN: 0319 | 1300 |
| Evans /IN: 042█ | 1000 |
| Evans /IN: 121█ | 1000 |
| Swanson dba ██ | 1200 |
| Banuelos ██ | 1500 |
| Banuelos ██ | 3800 |
| Banuelos (██ | 1500 |
| Banuelos (██ | 13600 |
| LLC - █ Doudna /IN: 2021- | 1000 |
| Turcios /IN: 051█ | 300 |
| Maetnyi dba ██ Corp / | 2300 |
| Mackenzie Anne Thoma | 1000 |
| Mackenzie Anne Thoma /IN: | 13000 |
| Mackenzie Anne Thoma /IN: 022721 | 15000 |
| Mackenzie Anne Thoma /IN: 040121 | 3000 |
| Mackenzie Anne Thoma /IN: 062921 | 1500 |
| Mackenzie Anne Thoma /IN: 072821 | 1500 |
| Mackenzie Anne Thoma /IN: 072921 | 3100 |
| Zoeller /IN: ██ | 1400 |
| Sokolowski /IN: 090█ | 1500 |
| Johanson /IN: 062█ | 1800 |
| Johanson /IN: 062█ | 1900 |
| Johanson /IN: 0701 | 1700 |
| Prive - █ Holdings /IN: 031█ | 1200 |
| Mattioli /IN: 081█ | 1500 |
| Pabon /IN: 030█ | 1300 |
| Pabon /IN: 031█ | 1000 |
| Pabon /IN: 090█ | 1300 |
| Hase /IN: 042█ | 1500 |
| /IN: 042█ | 250 |
| /IN: 051█ | 300 |

| # | Name | Amount |
|---|------|--------|
| 41 | ███ Productions LLC | 1,600.00 |
| 42 | ███ Productions LLC | 1,600.00 |
| 43 | ███ es Inc | 2,000.00 |
| 44 | ███ es Inc | 2,000.00 |
| 45 | ███ es Inc | 2,000.00 |
| 46 | ███ Inc. - ███ Priebe | 1,000.00 |
| 47 | ███ Slayher ███ LLC | 1,200.00 |
| 48 | ███ Garrett | 1,600.00 |
| 49 | Mackenzie Anne Thoma | 15,000.00 |
| 50 | ███ Bobyn | 2,000.00 |
| 51 | ███ Bowser | 1,600.00 |
| 52 | ███ Jones | 1,000.00 |
| 53 | ███ Media LL REF: 0000███ - BATC | 9,230.00 |
| 54 | ███ Flynn | 1,600.00 |
| 55 | ███ Hodge | 1,100.00 |
| 56 | ███ Burnett | 2,500.00 |
| 57 | ███ Schneid | 1,500.00 |
| 58 | ███ Meilleur | 1,000.00 |
| 59 | ███ Solutions (Euro) | 29,554.04 |
| 60 | ███ James - ███ Legacy | 1,200.00 |
| 61 | ███ Skeirik | 1,100.00 |
| 62 | ███ LLC | 1,000.00 |
| 63 | ███ James - ███ Legacy C | 1,200.00 |
| 64 | ███ Yniguez | 1,200.00 |
| 65 | ███ Bobyn | 2,050.00 |
| 66 | ███ Cumming | 1,200.00 |
| 67 | ███ Pabon | 1,300.00 |
| 68 | ███ Productions LLC | 1,600.00 |
| 69 | ███ Productions LLC | 1,600.00 |
| 70 | ███ Productions LLC | 1,600.00 |
| 71 | ███ es Inc | 6,000.00 |
| 72 | ███ LLC - ███ Doudna | 1,000.00 |
| 73 | ███ Douglas | 1,000.00 |
| 74 | ███ Douglas | 1,000.00 |
| 75 | ███ Couture | 1,200.00 |
| 76 | ███ Banuelos ███ B M | 2,800.00 |
| 77 | ███ Dobrochinkski | 350 |
| 78 | ███ Creech ███ | 1,500.00 |
| 79 | ███ Worley | 1,600.00 |
| 80 | ███ Rodriquez ███ | 1,300.00 |
| 81 | ███ Delong | 1,600.00 |
| 82 | ███ Fosmire (███ | 1,000.00 |
| 83 | ███ Perlutter dba ███ | 1,000.00 |
| 84 | ███ Cianci dba ███ LLC | 1,000.00 |

| | | |
|---|---|---|
| 173 | Waters | 1,200.00 |
| 174 | Productions LLC | 1,600.00 |
| 175 | Productions LLC | 1,600.00 |
| 176 | Productions LLC | 1,600.00 |
| 177 | Productions LLC | 1,600.00 |
| 178 | Johnson | 800 |
| 179 | Flores | 250 |
| 180 | Jordan | 250 |
| 181 | Brower | 250 |
| 182 | Phan | 250 |
| 183 | es Inc | 2,000.00 |
| 184 | es Inc | 2,000.00 |
| 185 | es Inc | 2,000.00 |
| 186 | LLC - Doudna | 1,000.00 |
| 187 | Productions ( | 1,200.00 |
| 188 | McKenzie. | 1,500.00 |
| 189 | Media LL REF: 00004 | 9300 |
| 190 | Castro | 250 |
| 191 | Lane dba Media | 1,200.00 |
| 192 | Hernandez | 1,200.00 |
| 193 | Solutions (Euro) | 84.14 |
| 194 | Mackenzie Anne Thoma | 500 |
| 195 | Mackenzie Anne Thoma | 3,500.00 |
| 196 | Conrad ( | 2,500.00 |
| 197 | McKenzie. | 4,000.00 |
| 198 | Howell | 4,000.00 |
| 199 | Williams | 1,000.00 |
| 200 | Rosario dba | 300 |
| 201 | Martin | 300 |
| 202 | Niemi | 300 |
| 203 | Cowel | 300 |
| 204 | Dukeman | 300 |
| 205 | Aguilar | 300 |
| 206 | Productions LLC | 4,800.00 |
| 207 | es Inc | 2,000.00 |
| 208 | es Inc | 2,000.00 |
| 209 | es Inc | 2,000.00 |
| 210 | King | 300 |
| 211 | Puignau dba | 1,600.00 |
| 212 | Herschfelt | 1,200.00 |
| 213 | Slayher LLC | 1,500.00 |
| 214 | Martinez | 5,100.00 |
| 215 | Vega | 1,000.00 |
| 216 | McKenzie. | 4,000.00 |

Name: VXN GROUP LLC    Case 2:23-cv-04901-WLH-AGR    Document 111-4    Carrier: STATE COMPENSATION INSURANCE FUND    Page

Policy: WC-9269974-2021- --22    Audit ID: 12693103 #-24    Filed 11/12/24    Page 15 of 29    2245 - Christine █████    Pol dt: 2/7/2021 - 2/7/2022

CONFIDENTIAL

| # | Name | Amount | |
|---|------|-------:|---|
| 261 | █████Leitner dba █████ LLC | 1,500.00 | |
| 262 | █████Oxley | 2,200.00 | |
| 263 | █████King dba █████ | 250 | |
| 264 | █████Williams | 1,000.00 | |
| 265 | █████Douglas | 3,500.00 | |
| 266 | █Slayher █████ LLC | 1,200.00 | |
| 267 | █████Rother | 1,300.00 | |
| 268 | █████Brooker dba █████ LLC | 1,800.00 | |
| 269 | █████Britos █████ | 1,300.00 | |
| 270 | █████Solutions (Euro) | 25,701.41 | |
| 271 | █Slayher █████, LLC | 1,200.00 | |
| 272 | █████Johanson | 1,800.00 | |
| 273 | █████Puignau dba █████ | 1,100.00 | |
| 274 | █████Antle | 2,500.00 | |
| 275 | █████Bosher | 1,000.00 | |
| 276 | █████Douglas | 1,400.00 | |
| 277 | █████Douglas | 1,400.00 | |
| 278 | █████Douglas | 700 | |
| 279 | █████Johanson | 1,900.00 | |
| 280 | Mackenzie Anne Thoma | 1,500.00 | |
| 281 | █████Treglio | 1,000.00 | |
| 282 | █████es Inc | 2,000.00 | |
| 283 | █████es Inc | 2,000.00 | |
| 284 | █████es Inc | 2,000.00 | |
| 285 | █████Williams | 1,000.00 | |
| 286 | █████Productions LLC | 4,800.00 | |
| 287 | █████Media LL REF: 00000█ | | 3050 |
| 288 | █████Johanson | 1,700.00 | |
| 289 | Johnson | 1,100.00 | |
| 290 | █████Janetsian | 1,400.00 | |
| 291 | █████Star Solutions (Euro) | 57,493.75 | |
| 292 | █████Brooker (Haley Reed) | 1,500.00 | |
| 293 | █████Barker | 1,700.00 | |
| 294 | █████Janetsian | 300 | |
| 295 | Modeling | 200 | |
| 296 | Modeling | 200 | |
| 297 | █████Williams | 1,000.00 | |
| 298 | █████Williams | 1,000.00 | |
| 299 | █████LLC - █████Doudna | 1,000.00 | |
| 300 | █████Douglas | 1,400.00 | |
| 301 | █████Douglas | 1,400.00 | |
| 302 | █████Douglas | 700 | |
| 303 | █ Inc | 6,000.00 | |
| 304 | █████Sherwood | 750 | |

STATE COMPENSATION INSURANCE FUND
CONFIDENTIAL

| # | Name | Amount | Amount 2 |
|---|---|---|---|
| 305 | ███ Sherwood | 4,000.00 | |
| 306 | ███ Sherwood | 750 | |
| 307 | ███ Sherwood | 750 | |
| 308 | ███ Sherwood | 750 | |
| 309 | Banuelos (███ | 500 | |
| 310 | ███ Vitale dba ███ | 950 | |
| 311 | ███ Bell | 350 | |
| 312 | ███ Trouselle | 500 | |
| 313 | ███ Entertainment | 500 | |
| 314 | ███ Vitale dba ███ | | 950 |
| 315 | ███ Vitale dba ███ In | 950 | |
| 316 | ███ Johnson | 2,000.00 | |
| 317 | ███ Maetnyi dba ███ / | 2,300.00 | |
| 318 | ███ LLC - ███ Marion | 1,500.00 | |
| 319 | ███ Banuelos (███ 3 M | 1,500.00 | |
| 320 | ███ Tena | 2,000.00 | |
| 321 | ███ LLC - ███ Hancock | 1,500.00 | |
| 322 | ███ Enterprise Inc - ███ | 1,200.00 | |
| 323 | Mackenzie Anne Thoma | 1,500.00 | |
| 324 | ███ Coryell | 400 | |
| 325 | ███ James - ███ Legacy | 1,500.00 | |
| 326 | Mackenzie Anne Thoma | 3,100.00 | |
| 327 | ███ ces Inc | 2,000.00 | |
| 328 | ███ ces Inc | 2,000.00 | |
| 329 | ███ ces Inc | 2,000.00 | |
| 330 | ███ Douglas | 700 | |
| 331 | ███ Douglas | 2,800.00 | |
| 332 | ███ Banuelos (███ 3 M | 7,500.00 | |
| 333 | ███ Enterprise Inc - ███ | 1,200.00 | |
| 334 | ███ James - ███ Legacy | 1,500.00 | |
| 335 | ███ ru Inc | 1,500.00 | |
| 336 | ███ Peterson | 300 | |
| 337 | ███ Inc. - ███ Jeannin | 5,000.00 | |
| 338 | ███ Inc. - ███ Jeannin | 500 | |
| 339 | ███ Toler dba ███ Corp | 1,000.00 | |
| 340 | ███ Media LL REF: 000006█ | | 12600 |
| 341 | ███ Media LL REF: 00000█ | | 775 |
| 342 | ███ Media LL REF: 00000█ | 10000 | |
| 343 | ███ Flynn | 1,600.00 | |
| 344 | ███ Flynn | 1,600.00 | |
| 345 | ███ Banuelos ███ | 500 | |
| 346 | ███ Nobles | 350 | |
| 347 | ███ Hill | 350 | |
| 348 | ███ Cuculich dba ███ | 500 | |

016782

Audited by: STATE COMPENSATION INSURANCE FUND on 09/21/2022          4770302-WcAT / Content Talent 2021 Pivot Table-VXN / Sheet2 / Page (26 of 36)

Name: VXN GROUP LLC
Policy: WC-9269974-2021- --22

Case 2:23-cv-04901-WLH-AGR    Document 111-4    Filed 11/12/24    Page 17 of 29    Page
CONFIDENTIAL

Carrier:    STATE COMPENSATION INSURANCE FUND
Audit ID:   12685005    Auditor:  2245 - Christine ███    Pol dt:    2/7/2021 - 2/7/2022



| | | |
|---|---|---|
| ███ Pabon | 1000 | |
| ███ Hase | 1500 | |
| ███ Engst | 300 | |
| ███ Engst | 250 | |
| McKenzie. | 5500 | |
| McKenzie. | 4000 | |
| ███ Jordan | 250 | |
| ███ Inc. - ███ Correro | 2800 | |
| ███ LLC - ███ Marion | 1500 | |
| ██████████ | 68006.95 | Exclude |
| ████ (Euro) | 84.14 | Exclude |
| ████ (Euro) | 29554.04 | Exclude |
| ████ (Euro) | 21776.05 | Exclude |
| ████ (Euro) | 109678.52 | Exclude |
| ████ (Euro) | 57493.75 | Exclude |
| ████ (Euro) | 47659.74 | Exclude |
| ████ (Euro) | 42652.96 | Exclude |
| ███ Kft (US) / | 4000 | Exclude |
| ███ Herschfelt | 1200 | |
| ███ Rother | 1300 | |
| ███ Montesi | 350 | |
| ████████ Habig (Texas | 1000 | |
| ███ Nobles | 350 | |
| ███ Sanchez | 1500 | |
| Modeling | 200 | Agency Fee for OC M |
| Modeling | 200 | |
| ███ Rodriquez | 1000 | |
| ███ Rodriquez ███ | 1300 | |
| ███ Gonia | 1000 | |
| ███ Gonia dba ███ Inc | 1000 | |
| ███ Fan dba ███ Media | 10700 | |
| ███ Fan dba ███ Media | 1500 | |
| ███ Sage ██ | 1700 | |
| ███ Flynn | 4800 | |
| ███ Sullivan dba ███ LLC | 1500 | |
| ███ Janetsian | 1400 | |
| ███ Janetsian | 1700 | |
| ███ Caro dba ██ | 1000 | |
| ███ Caro dba ████ | 2200 | |
| ███ Flores | 250 | |
| Productions (███ Ramirez) | 1500 | |
| ███ LLC - ███ Hancock | 1500 | |
| Rau██ | 3000 | |
| ███ Hafkemeyer | 1500 | |

016783

Audited by: STATE COMPENSATION INSURANCE FUND on 09/21/2022          4770302-WcAT / Content Talent 2021 Pivot Table-VXN / Sheet2 / Page (33 of 36)

Name: VXN GROUP LLC    Case 2:23-cv-04901-WLH-AGR    Document 111-4    Carrier: STATE COMPENSATION INSURANCE FUND    Filed 11/12/24    Page 18 of 29    Page

Policy: WC-9269974-2021- --22    Audit ID: 12669983 #24440A    CONFIDENTIAL    2245 – Christine ████    Pol dt: 2/7/2021 - 2/7/2022

| Name | Amount |
|---|---|
| ███ Bowser | 1700 |
| ███ Cumming | 1200 |
| ███ RX Inc | 1800 |
| ███ Khadjaev dba ████ | 1000 |
| ███ Khadjaev dba ████ | 2900 |
| ████ O Moon | 3000 |
| ███ Murray | 350 |
| ████ Oxley | 2200 |
| ██ Castro | 250 |
| █ Leitner dba ██████ LLC | 1500 |
| ███ Deere ████ | 1200 |
| ███ Jones | 1000 |
| ████ Fong | 1500 |
| ███ Johnson | 2000 |
| ████ Martinez | 5100 |
| ███ Elmore | 1400 |
| ██ Cowel | 300 |
| ████ Campbell | 1600 |
| ███ Bell | 850 |
| ██ Evans | 400 |
| ██ Evans | 300 |
| ██ Evans | 1000 |
| ██ Evans | 1300 |
| ██ Evans | 1000 |
| █ Swanson dba ██████ | 1200 |
| ██ Banuelos ████ | 1500 |
| ██ Banuelos (██████ | 3800 |
| ██ Banuelos (████ X3 | 1500 |
| ██ Banuelos (█████ X3 M | 13600 |
| LLC - ███ Doudna | 1000 |
| ██ Turcios | 300 |
| █████ Maetnyi dba ████ Corp / | 2300 |
| Mackenzie Anne Thoma | 1000 |
| Mackenzie Anne Thoma | 16500 |
| Mackenzie Anne Thoma | 8600 |
| Mackenzie Anne Thoma | 8000 |
| Mackenzie Anne Thoma | 4000 |
| ██████ Zoeller | 1400 |
| ████ Sokolowski | 1500 |
| ████ Johanson | 5400 |
| ███ Prive - ███ Holdings | 1200 |
| ███ Mattioli | 1500 |
| █████ Pabon | 1300 |
| █████ Pabon | 1300 |

# WCIRB Classification Inspection Report



**Inspected Operations - Production Employees**

| | Class code | 9610(00) |
|---|---|---|

| | |
|---|---|
| Key Factors for Class Assignment | • Produces motion pictures, television features, commercials, music videos, videotaped depositions, videotaped court proceedings or industrial films that are recorded on motion picture film stock, videotape, digital or other media |
| Type of Customer | • General public |
| Finished Products, Goods or | • *Produces*:<br>  Media content |
| Where Operations are Performed | • Customer specified locations / mobile |
| Raw Materials | • Digital recording media |
| Processes | • Performs according to script to present material<br>• Instructs actors/actresses and other personnel in performance of script<br>• Records production on selected media<br>• Moves equipment and materials around set<br>• Constructs sets and backdrops<br>• Controls audio aspects of production<br>• Controls production lighting<br>• Determines 'look' of production, including clothing, make-up, hair styles and similar aspects<br>• Applies make-up and prosthetics to performers<br>• Styles actors/actresses hair or apply wigs to achieve desired look<br>• Provides meals and snacks during production<br>• Ensures that only authorized personnel are allowed on set<br>• Visits production sites to oversee operations<br>• Oversees all financial and creative aspects of production<br>• Directs / supervises employees |
| Tools/ Equipment | • Camera dollies<br>• Cameras<br>• Hand tools<br>• Lighting equipment<br>• Sound recording equipment |

# WCIRB Classification Inspection Report



## References

| | |
|---|---|
| WCIRB Assigned Classifications | The Standard Classification System for reporting workers' compensation insurance information to the WCIRB is defined in the California Workers' Compensation Uniform Statistical Reporting Plan—1995 (USRP). The USRP has been approved by the Insurance Commissioner and is incorporated by reference into Title 10 of the California Code of Regulations at Section 2318.6. The WCIRB is bound by the USRP and does not have discretion to deviate from its express provisions. As part of the California Code of Regulations, the rules of the USRP have the force and effect of statute.<br><br>Classification assignments are based on the pure premium rates and USRP provisions in effect at the time the inspection report is issued. |
| Est. EE's | Estimated employee counts are based on verbal estimates at the time of the inspection. |
| Est. P/R | Payroll estimates are based on verbal estimates at the time of the inspection. Actual amounts are determined by the insurer at the time of final premium audit. |
| Clerical Office Employees | USRP - Part 3 - Standard Classification System<br>Section VII - Standard Classifications<br><br>CLERICAL OFFICE EMPLOYEES - N.O.C.<br><br>Assignment of this classification is subject to the Standard Exceptions rule. See Part 3, Section III, Rule 4, Standard Exceptions.<br><br>Clerical office employees who work more than 50% of their time at their home or other office space away from any location of their employer shall be classified as 8871, Clerical Telecommuter Employees. |
| Clerical Telecommuter Employees | USRP - Part 3 - Standard Classification System<br>Section VII - Standard Classifications<br><br>CLERICAL TELECOMMUTER EMPLOYEES - N.O.C.<br><br>This classification applies to Clerical Office Employees who work more than 50% of their time at their home or other office space away from any location of their employer.<br><br>Assignment of this classification is subject to the Standard Exceptions rule. See Part 3, Section III, Rule 4, Standard Exceptions. |
| Motion Pictures-production | USRP - Part 3 - Standard Classification System<br>Section VII - Standard Classifications<br><br>MOTION PICTURES - production - in studios and outside - all employees<br><br>The entire remuneration of actors, musicians, producers and the motion picture director shall be included subject to a maximum of $144,300 per year per person. When such employees do not work the entire year, the payroll limitation shall be prorated based upon the number of weeks in which such employees worked during the policy period.<br><br>This classification applies to companies that specialize in the production of motion pictures, television features, commercials, music videos, videotaped depositions, videotaped court proceedings or industrial films that are recorded on motion picture film stock, videotape, digital or other media.<br><br>Employees engaged exclusively in the electronic editing of digital files using computerized editing equipment are assignable to Classification 8810, Clerical Office Employees, subject to the Standard Exceptions rule. See Section III, Rule 4, Standard Exceptions.<br><br>Employees who create animation using computer or digital applications are assignable to Classification 8810, Clerical Office Employees, subject to the Standard Exceptions rule. See Section III, Rule 4, Standard Exceptions.<br><br>The payroll limitation of this classification is applicable to the director responsible for all aspects of production. The payroll for all other directors such as assistant and associate directors is not subject to |

## WCIRB Classification Inspection Report



limitation.

The payroll limitation also applies to motion picture producers responsible for overseeing the financial, administrative or creative aspects of a motion picture.

| | |
|---|---|
| Specific | USRP - Part 3 - Standard Classification System<br>Section III – General Classification Procedures<br>Rule 1 Classification Description, Paragraph a<br><br>Any business or operation specifically described by a classification shall be assigned to that classification. |
| Standard Exception | USRP - Part 3 - Standard Classification System<br>Section III – General Classification Procedures<br>Rule 4 Standard Exceptions (pertinent parts only)<br><br>Employees engaged in the clerical office or outside sales functions described below are referred to as Standard Exception Employees. If a standard classification specifically includes Clerical Office Employees, Clerical Telecommuter Employees or Outside Salespersons, such employees shall be assigned to the standard classification, regardless of whether the work is conducted at the same or at a separate location. It is not permissible to divide a single employee's payroll, within a single policy period, between a Standard Exception classification and any other classification, including another Standard Exception classification, with the exception of a single permanent job reassignment. |

# **EXHIBIT B**

Record Copy
Do Not File

## Form 1 (top-left)

| Field | Value |
|---|---|
| 1 Nonemployee compensation | $ 1000.00 |
| 4 Federal income tax withheld | $ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

VXN GROUP LLC
11337 VENTURA BLVD
STUDIO CITY
(332) 791-4186

PAYER'S TIN: [redacted]

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code [redacted]

Account number (See instructions)
FATCA filing requirement

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | CA /123-5997-2 | $ |
| $ | | $ |

**2020** Form **1099-NEC**    Copy 1 For State Tax Department

## Form 2 (top-right)

| Field | Value |
|---|---|
| 1 Nonemployee compensation | $ 1500.00 |
| 4 Federal income tax withheld | $ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

p ;t ;.  ; .LLC
11337 VENTURA BLV.D::7
STUDIO CITY        CA   91604
(332) 791-4186

PAYER'S TIN: 84-3988614

RECIPIENT'S TIN: [redacted]

[redacted]

Account number (See instructions)
FATCA filing requirement

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | CA /123-5997-2 | $ |
| $ | | $ |

**2020** Form **1099-NEC**    Copy 1 For State Tax Department

Aatrix Rev. 1/11/21

## Form 3 (bottom-left)

☐ VOID    ☐ CORRECTED

| Field | Value |
|---|---|
| 1 Nonemployee compensation | $ 10000.00 |
| 4 Federal income tax withheld | $ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

VXN GROUP LLC
11337 VENTURA BLVD
STUDIO CITY        CA   91604
(332) 791-4186

PAYER'S TIN: 84-3988614

RECIPIENT'S TIN: 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

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

MACKENZIE ANNE THOMA
4324 PROMENADE WAY #314
MARINA DEL REY   CA   90292

Account number (See instructions)
FATCA filing requirement

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | A, f123-5997-2 | $ |

**2020** Form **1099-NEC**    Copy 1 For State Tax Department

## Form 4 (bottom-right)

☐ VOID    ☐ CORRECTED

| Field | Value |
|---|---|
| 1 Nonemployee compensation | $ 1500.00 |
| 4 Federal income tax withheld | $ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

VXN GROUP LLC
11337 VENTURA BLVD
STUDIO CITY        CA   91604
(332) 791-4186

PAYER'S TIN: 84-3988614

RECIPIENT'S TIN: [redacted]

[redacted]

Account number (See instructions)
FATCA filing requirement

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | CA /123-5997-2 | $ |

**2020** Form **1099-NEC**    Copy 1 For State Tax Department

Record Copy
Do Not File

| | |
|---|---|
| 1 Nonemployee compensation $ 75600.00 | 1 Nonemployee compensation $ 800.00 |
| 4 Federal income tax withheld $ | 4 Federal income tax withheld $ 0 |
| PAYER's name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>VXN GROUP LLC<br>11337 VENTURA BLVD<br>STUDIO CITY        CA    91604<br>(323) 791-4186 | PAYER's name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>rVXN GROUP LLC<br>§1337 VENTURA BLV.::7<br>STUDIO CITY        CA    91604<br>(323) 791-4186 |
| PAYER's TIN 84-3988614 | RECIPIENT's TIN ▉▉▉ | PAYER's TIN 84-3988614 | RECIPIENT's TIN ▉▉▉ |

2021 Form 1099-NEC — Copy 1 For State Tax Department (left)

2021 Form 1099-NEC — Copy 1 For State Tax Department (right)

Aatrix Rev. 8/10/21

☐ VOID   ☐ CORRECTED

| | |
|---|---|
| 1 Nonemployee compensation $ 9600.00 | 1 Nonemployee compensation $ 38290.00 |
| 4 Federal income tax withheld $ | 4 Federal income tax withheld $ |
| PAYER's name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>VXN GROUP LLC<br>11337 VENTURA BLVD<br>STUDIO CITY        CA    91604<br>(323) 791-4186 | PAYER's name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>VXN GROUP LLC<br>11337 VENTURA BLVD<br>STUDIO CITY        CA    91604<br>(323) 791-4186 |
| PAYER's TIN 84-3988614 | RECIPIENT's TIN ▉▉▉ | PAYER's TIN 84-3988614 | RECIPIENT's TIN 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 |
| | RECIPIENT's name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>MACKENZIE ANNE THOMA<br>4324 PROMENADE WAY #314<br>MARINA DEL REY        CA    90292 |

2021 Form 1099-NEC — Copy 1 For State Tax Department (bottom left)

2021 Form 1099-NEC — Copy 1 For State Tax Department (bottom right)

☐ CORRECTED (if checked)

| 1 Nonemployee compensation |
|---|
| $ 11500.00 |

**4** Federal income tax withheld
$

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
VXN GROUP LLC
11271 VENTURA BLVD SUITE 717
STUDIO CITY, CA 91604
(323) 791-4186

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 84-3988614 | ***-**-3372 |

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code
MACKENZIE ANNE THOMA
4324 PROMENADE WAY #314
MARINA DEL REY, CA 90292

Account number (see instructions)

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

**3**

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | CA / | $ |
| $ | | $ |

**2022** Form **1099-NEC**    To be filed with recipient's federal income tax return, when required.

---

| 1 Nonemployee compensation |
|---|
| $ 11500.00 |

**4** Federal income tax withheld
$

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
VXN GROUP LLC
11271 VENTURA BLVD SUITE 717
STUDIO CITY, CA 91604
(323) 791-4186

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 84-3988614 | ***-**-3372 |

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code
MACKENZIE ANNE THOMA
4324 PROMENADE WAY #314
MARINA DEL REY, CA 90292

Account number (see instructions)

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

**3**

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | CA / | $ |

**2022** Form **1099-NEC**    Copy 2 To be filed with recipient's state income tax return, when required.

☐ CORRECTED (if checked)

---

☐ CORRECTED (if checked)

| 1 Nonemployee compensation |
|---|
| $ 11500.00 |

**4** Federal income tax withheld
$

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
VXN GROUP LLC
11271 VENTURA BLVD SUITE 717
STUDIO CITY, CA 91604
(323) 791-4186

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 84-3988614 | ***-**-3372 |

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code
MACKENZIE ANNE THOMA
4324 PROMENADE WAY #314
MARINA DEL REY, CA 90292

Account number (see instructions)

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

**3**

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | CA / | $ |

**2022** Form **1099-NEC**    Copy B For Recipient

---

☐ CORRECTED (if checked)

| 1 Nonemployee compensation |
|---|
| $ 11500.00 |

**4** Federal income tax withheld
$

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
VXN GROUP LLC
11271 VENTURA BLVD SUITE 717
STUDIO CITY, CA 91604
(323) 791-4186

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 84-3988614 | ***-**-3372 |

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code
MACKENZIE ANNE THOMA
4324 PROMENADE WAY #314
MARINA DEL REY, CA 90292

Account number (see instructions)

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

**3**

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | CA / | $ |

**2022** Form **1099-NEC**    Copy 2 To be filed with recipient's state income tax return, when required.

# EXHIBIT C



# Sales Receipt

**# CT-389312**

05/03/2021 18:37:00 EST

**For:** Mackenzie Thoma (Talent ID # 315872)

4324 promenade way
#314
Marina del Rey, California 90292
United States

**Originated By:** kjimenez

**Ref #:** 63016643947 TTS - Los Angeles

**ADF:** Talent Testing Service, Inc. - Northridge

**Form of Payment:** Credit Card

**Signature:** _____

**Paid By:**
V 9870

| DESCRIPTION | AMOUNT IN USD |
|---|---|
| **Testing:** | 230.00 |
| - 2ndGen Serological (HIV 1/2 Ab/Ag, HBsAg, Anti-HCV) | |
| - GC / Chlamydia Amplified RNA Assay (Urine) | |
| - HIV-1 PCR (NAT) | |
| - RPR | |
| - SARS-CoV-2 by RNA (RT-PCR) Detection | |
| - Treponema pallidum Antibody, IgG by ELISA | |
| - Trichomonas Vaginalis (Urine) | |
| | |
| **Shipping Charge** | 0.00 |
| | |
| **Discounts/Additional Charges:** | |
| - SARS-CoV-2 RNA Real-Time RT-PCR Special Discount | -40.00 |

| | |
|---|---|
| **INVOICE TOTAL** | 190.00 |
| **TOTAL PAID** | **190.00** |
| **BALANCE DUE** | **0.00** |

**Miami - Headquarters**
5735 NE 2nd Avenue
Miami, FL 33137
Telephone: +1 (305) 792-2090
Fax: +1 (305) 468-6324

**With Branches In:**
Northridge, CA
Las Vegas, NV
Oakland, CA
Tampa, FL
Orlando, FL
Budapest, HU

**www.TalentTestingService.com**

Thank you for your business!

# **<u>EXHIBIT D</u>**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vendor No. | 00-00... | | | | | |
| Name | Mackenzie Anne Thoma | | | | | |

| 1. Main | 2. Additional | 3. Statistics | 4. Summary | 5. History | 6. Invoices | 7.Transaction |

| Invoice No. | Inv Date | Inv Due Date | Curr | Amount | Balance | Comment |
|---|---|---|---|---|---|---|
| 071522 | 7/15/2022 | 7/15/2022 | USD | 5,000.00 | 0.00 | 7/15 Kenzie Ann |
| 052322 | 5/23/2022 | 5/23/2022 | USD | 1,500.00 | 0.00 | 5/23 Kenzie Anne |
| 040322 | 4/3/2022 | 4/3/2022 | USD | 5,000.00 | 0.00 | 4/3 Kenzie Anne |
| 121121 | 12/11/2021 | 12/11/2021 | USD | 4,000.00 | 0.00 | 12/11 Kenzie Anne |
| 121121ADJ | 12/11/2021 | 12/11/2021 | USD | 1,000.00 | 0.00 | 12/11 Kenzie Anne (Add on short pay) |
| 103021 | 10/30/2021 | 10/30/2021 | USD | 5,000.00 | 0.00 | 10/30 Kenzie Anne |
| 072921 | 7/29/2021 | 7/29/2021 | USD | 3,100.00 | 0.00 | 7/29 Kenzie Anne |
| 072821 | 7/28/2021 | 7/28/2021 | USD | 1,500.00 | 0.00 | 7/28 Kenzie Anne |
| 062921 | 6/29/2021 | 6/29/2021 | USD | 1,500.00 | 0.00 | 6/29 Kenzie Anne |
| 050621 | 5/6/2021 | 5/6/2021 | USD | 3,500.00 | 0.00 | 5/6 Kenzie Ann |
| 050521 | 5/5/2021 | 5/5/2021 | USD | 190.00 | 0.00 | 5/5 Kenzie Anne: Testing Reimbursement |
| 050521DIAL... | 5/5/2021 | 5/5/2021 | USD | 500.00 | 0.00 | 5/5 Mackenzie Thoma |
| 040121 | 4/1/2021 | 4/1/2021 | USD | 3,000.00 | 0.00 | 4/1 Kenzie Anne |
| 022721 | 2/27/2021 | 2/27/2021 | USD | 15,000.00 | 0.00 | 2/27 Kenzie Anne |
| 120920 | 12/9/2020 | 12/9/2020 | USD | 10,000.00 | 0.00 | 12/9 Kenzie Anne |