1 | **KANE LAW FIRM**
2 | Brad S. Kane (SBN 151547)
   | bkane@kanelaw.la
3 | 1154 S. Crescent Heights. Blvd.
4 | Los Angeles, CA 90035
   | Tel:  (323) 697-9840
5 | Fax: (323) 571-3579
6 |
7 | Trey Brown (SBN 314469)
   | trey.brown@vixenmediagroup.com
8 | 11337 Ventura Blvd.
   | Studio City, CA 91604
9 |
   | *Attorneys for Defendants*
10 | VXN GROUP LLC and MIKE MILLER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

MACKENZIE ANNE THOMA,
a.k.a. KENZIE ANNE, an
individual and on behalf of all
others similarly situated,

       Plaintiff,

v.

VXN GROUP LLC, a Delaware
limited liability company; MIKE
MILLER, an individual; and DOES
1 to 100, inclusive,

       Defendants.

Case No. **2:23–cv–04901 WLH (AGRx)**

**DECLARATION OF EMILIE
KENNEDY IN SUPPORT OF
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

Complaint Filed:  April 20, 2023
Removed:      June 21, 2023

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

DECLARATION OF EMILIE KENNEDY

1    I, Emilie Kennedy, hereby declare as follows:

2        1.    I am an attorney licensed to practice law in the State of Florida and
in the State of California as registered in-house counsel. I am General Counsel
for Defendant VXN Group, LLC ("VXN"). I am personally familiar with, and, if
called upon, could and would testify to the facts contained herein from my
personal knowledge.

        2.    In my capacity as General Counsel, I am responsible for ensuring
that VXN maintains accurate and complete records of its regularly conducted
activities. I was also responsible for overseeing the production of documents in
the above captioned case and I reviewed each document prior to it being produced
to Plaintiff's counsel.

        3.    Pursuant to Federal Rules of Evidence 803(6) (Records of regularly
conducted activity) and 902(11) (Certified domestic records or regularly
conducted activity), I hereby certify that the records produced by VXN Group,
LLC to Plaintiff's counsel during discovery production including but not limited
to emails, slack messages, text messages, production reports, and other motion
picture film production related documents were made contemporaneously with
the transactions and events stated therein by, or from information transmitted by,
someone with knowledge of the facts; and were kept by VXN in the course of
regularly conducted activity; and were made as part of the regular practice of that
activity. The records produced are exact duplicates of the original records.

        4.    Pursuant to Fed. R. Evid. 901(b)(1), I certify that each of the motion
pictures that Plaintiff filmed with VXN has Plaintiff in a featured role with
speaking lines. Additionally, of the movies that were released for sale, all of the
movies are registered with the United States Copyright Office and are available
on the corresponding brand's websites. The still photographs are not registered
separately because they are not intended to be sold separately from the motion

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

1

DECLARATION OF EMILIE KENNEDY

pictures or otherwise commercially used. I know this because I oversee all copyright registrations and I reviewed each of the motion pictures prior to signing this declaration and confirmed they are the same as the deposit copies sent to the United States Copyright Office. The certificates from the United States Copyright Office are attached as Exhibit A. For the motion pictures that were not released, I reviewed the raw footage except as stated below for the production on 7-15-22. The scripts, where applicable, are attached as Exhibit B[1].

5.  Pursuant to L.R.79-4, each of the motion pictures contains legal pornographic content that is available to the public for sale. Because L.R. 79-4 prevents the submission of pornographic material, Defendants have not lodged the motion pictures as an Exhibit pursuant to L.R. 11-5.1. Instead, Defendants have attached safe for work ("SFW") screenshots from the motion pictures with the exception of 7-15-22 where, becuase the motion picture was never released, VXN is unable to locate the the raw footage. Instead, shots of the stills of Plaintiff in character for the motion picture are included instead. All of the screen shots are contained on Exhibit C. Additionally, the production report from 7-15-22 is attached as Exhibit E.  In the event the Court finds it useful to review the motion pictures to adjudicate Defendants' Motion for Summary Judgment, I will promptly submit copies of the motion pictures to the Court and follow any guidelines the Court deems proper.

6. VXN produces movies for commercial distribution through online subscriptions to the Vixen Group brand of websites, DVDs, third-party distributors, cable television and via international distribution channels. I know this because I

---

[1] Some of the motions pictures for the brands Slayed.com and Blackedraw.com ("Tier 2 Brands") aimed for a more informal casual atmosphere where the actors determined their lines and character while rehearsing the movie.  Because of this, there was not a formal script but instead a creative concept that the actors developed through their performances.

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

2

DECLARATION OF EMILIE KENNEDY

am familiar with the company's distribution process, and have drafted or reviewed the third-party distribution agreements.

7. VXN's "type of business" listed on the California Secretary of State Statement of Information is "film production". A true and correct copy of the California Secretary of State, Statement of Information for 2022 and 2024 is attached as Exhibit D.

8. VXN's motion pictures have won several awards. The adult film industry's most notable awards are the X-Biz awards and the AVN awards. Collectively, between VXN's films and its production staff, VXN has won 55 AVN awards and 25 XBiz awards during the time Plaintiff acted in VXN's motion pictures.

9. Plaintiff starred in 18 motion pictures for VXN. Of those, five were not released. Details of each motion picture Plaintiff stared in are set forth below:

a.  12-09-20: Plaintiff's first film was a collaboration between Eats, a creative company run by Chris Applebaum featuring Plaintiff and VXN. It was released on April 30, 2021 through Vixen.com and titled "Breaking Through".  Plaintiff was paid $10,000 and it was directed by Chris Applebaum.

b.  2-27-21: Shot over two days, Plaintiff's second film was released on May 22, 2021 via Blacked.com and titled "This is Not A Drill". Plaintiff was paid $15,000 and it was directed by Chris Applebaum.

c.  4-1-21: Plaintiff's third film was released on Slayed.com on August 12, 2021 and titled "Defiance." Plaintiff was paid $3,000 and it was directed by Laurent Sky.

d.  5-5-21: Plaintiff's fourth film was released on July 29, 2021 and titled "Florentine Part 1" for Deeper.com.  Plaintiff was paid $500 because she did not engage in a sex scene and did not appear until the end of the film to

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

3

DECLARATION OF EMILIE KENNEDY

tease the audience about the sequel – Florentine Part 2, which she stars in. It was directed by Kayden Kross.

e.    5-6-21: Plaintiff's fifth film was released on February 10, 2022 and titled "Sex Without Love" via Deeper.com. Plaintiff was paid $3,500 and it was directed by Kayden Kross.

f.    6-29-21: Plaintiff's sixth film was never released. Plaintiff was paid $1,500. The film was titled "Disco" and directed by Laurent Sky.

g.    7-28-21: Plaintiff's seventh film was released on September 9, 2021 and titled "Primal Heat" for Slayed.com.  Plaintiff was paid $1,500.  It was directed by Laurent Sky.

h.    7-29-21: Plaintiff's eighth film was released on August 30, 2021 and titled "Absolute Dime" for Blackedraw.com. Plaintiff was paid $3,100 and it was directed by Derek Dozer.

i.    8-28-21: Plaintiff's ninth film was released on November 11, 2021 and titled "Florentine Part 2" for Deeper.com.  It is the sequel to (d) above and directed by Kayden Kross.  Plaintiff was paid $3,000.

j.    10-30-21: Plaintiff's tenth film was released on December 17, 2021 and titled "Should I Stay".  It was directed by Laurent Sky for Vixen.com and Plaintiff was paid $5,000.

k.    12-11-21: Plaintiff's eleventh film was released on May 23, 2022 and titled "Looking for Trouble".  It was directed by Derek Dozer for Blackedraw.com and Plaintiff was paid $4,000.

l.    1-25-22: Plaintiff's twelfth film was released on October 20, 2022 and titled "Tailor Made". It was directed by Kayden Kross for Deeper.com and Plaintiff was paid $5,000.

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

4

DECLARATION OF EMILIE KENNEDY

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

m.      3-28-22: Plaintiff's thirteenth film was not released. However, it was filmed in the Turks and Caicos and directed by Julia Grande. Plaintiff was paid $5,000.

n.      3-29-22: Plaintiff's fourteenth film was released on June 26, 2022 and titled "Heiress" for Tushy.com.  It was also filmed in the Turks and Caicos and Plaintiff was paid $5,000.  It was directed by Julia Grande.

o.      4-3-22: Plaintiff's fifteenth film was released on August 27, 2022 and titled "Sweat".  It was directed by Laurent Sky and released on Blacked.com. Plaintiff was paid $5,000.

p.      4-22-22: Plaintiff's sixteenth film was titled "Release" however it ultimately was not released.  It was filmed by Kayden Kross for Deeper.com and Plaintiff was paid $5,000.

q.      5-23-22: Plaintiff's seventeenth film was also not released. It was filmed for Slayed.com and directed by Laurent Sky. Plaintiff was paid $1,500.

r.      7-15-22: Plaintiff's eighteenth film was also not released. It was filmed for Blackedraw.com and directed by Derek Dozer. Plaintiff was paid $5,000.  The concept for the movie was: "Kenzie and Jaimes' husbands are away for the weekend so the girls go to a club. They leave the club and they don't want the night the end so Kenzie invites Jaime over. Hard cut to later in the night on the couch. They kiss and Kenzie decides to text the guys. (TEXT BUBBLES) Hard cut from kiss straight into iPhone BJ/Ringlight Hardcore." A true and correct copy of the production report is attached as Exhibit E.

10. Plaintiff was paid for each motion picture regardless of whether it was released or not. I know this because I personally reviewed all the payment records with the VXN accounting department. The wire information capturing the payments to Plaintiff by VXN is contained in the Declaration of Belen

5

DECLARATION OF EMILIE KENNEDY

Burditte, Exhibit D. Four of the movies filmed on 8-28-21(i); 1-25-22 (l); 3-28-22 (m); 4-22-22(o) were paid to Plaintiff by third-party companies VXN contracted with to co-produce the movies. For these four movies I specifically confirmed that payment was paid to Plaintiff by the third-party producers by reviewing applicable records such as copies of checks or wire payments.

11. During the years that Plaintiff appeared in Defendants' films, she was either nominated for or won 11 awards in the industry for her appearance in motion pictures, all of which involved professional acting, and four of which involved professionally acting in VXN's films.

12. Plaintiff's Vixen Angel promotional film and photo shoot was filmed on September 8, 2021. Screenshots from Plaintiff's Vixen Angel movie are on Exhibit C pages 25-27.  In the past, Vixen Angels have won important awards in the industry, including Performer of the Year.  Additionally, VXN traditionally thows a party in honor of the Vixen Angel.  A true and correct copy of Plaintiff's text message to a VXN employee from the night after filming is attached as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 12, 2024, at Los Angeles, California.

/s/ _____

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

6

DECLARATION OF EMILIE KENNEDY

# **<u>EXHIBIT A</u>**

CONFIDENTIAL

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-299-685

**Effective Date of Registration:**
June 03, 2021
**Registration Decision Date:**
July 01, 2021

---

## Title
─────────────────────────────

**Title of Work:**  Breaking Through

## Completion/Publication
─────────────────────────────

**Year of Completion:**  2021
**Date of 1st Publication:**  April 30, 2021
**Nation of 1st Publication:**  United States

## Author
─────────────────────────────

- **Author:**  VXN Group, LLC
  **Author Created:**  production, direction, script/screenplay, cinematography
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

- **Author:**  Kode Shop, LLC
  **Author Created:**  editing
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant
─────────────────────────────

**Copyright Claimant:**  Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:**  By written agreement

## Certification
─────────────────────────────

**Name:**  Emilie Kennedy
**Date:**  June 03, 2021

Page 1 of 2



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-295-591

**Effective Date of Registration:**
June 09, 2021
**Registration Decision Date:**
June 09, 2021

---

## Title

Title of Work:   This Is Not A Drill

## Completion/Publication

Year of Completion:   2021
Date of 1st Publication:   May 22, 2021
Nation of 1st Publication:   United States

## Author

- Author:   VXN Group, LLC
  Author Created:   production, direction, script/screenplay, cinematography
  Work made for hire:   Yes
  Domiciled in:   United States

- Author:   Kode Shop, LLC
  Author Created:   editing
  Work made for hire:   Yes
  Domiciled in:   United States

## Copyright Claimant

Copyright Claimant:   Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
Transfer statement:   By written agreement

## Certification

Name:   Emilie Kennedy
Date:   June 09, 2021

Page 1 of 2

**Correspondence:**   Yes

000381

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-316-100

**Effective Date of Registration:**
September 08, 2021
**Registration Decision Date:**
October 13, 2021

---

## Title
        **Title of Work:** Defiance

## Completion/Publication
      **Year of Completion:** 2021
     **Date of 1st Publication:** August 12, 2021
    **Nation of 1st Publication:** United States

## Author
-       **Author:** VXN Group, LLC
      **Author Created:** production, direction, script/screenplay, cinematography
    **Work made for hire:** Yes
       **Domiciled in:** United States

-       **Author:** Kode Shop, LLC
      **Author Created:** editing
    **Work made for hire:** Yes
       **Domiciled in:** United States

## Copyright Claimant
    **Copyright Claimant:** Strike 3 Holdings, LLC
                2140 S. Dupont Hwy, Camden, DE, 19934, United States
     **Transfer statement:** By written agreement

## Certification
          **Name:** Emilie Kennedy
           **Date:** September 08, 2021

Page 1 of 2

# Certificate of Registration







This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-317-941

**Effective Date of Registration:**
September 23, 2021
**Registration Decision Date:**
October 25, 2021

---

## Title

**Title of Work:**  Florentine Part 1

## Completion/Publication

**Year of Completion:**  2021
**Date of 1st Publication:**  July 29, 2021
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Counterlife Media LLC
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Counterlife Media LLC
11271 Ventura Blvd, #717, Studio City, CA, 91604, United States

---

## Certification

**Name:**  Emilie Kennedy
**Date:**  September 23, 2021

---

Page 1 of 1

000387

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# PA 2-350-599

**Effective Date of Registration:**
March 23, 2022
**Registration Decision Date:**
May 23, 2022

## Title
_____

**Title of Work:**  Sex Without Love

## Completion/Publication
_____

**Year of Completion:**  2022
**Date of 1st Publication:**  February 10, 2022
**Nation of 1st Publication:**  United States

## Author
_____

- **Author:**  Counterlife Media LLC
**Author Created:**  entire motion picture
**Work made for hire:**  Yes
**Domiciled in:**  United States

## Copyright Claimant
_____

**Copyright Claimant:**  Counterlife Media, LLC
11271 Ventura Blvd, #717, Studio City, CA, 91604, United States

## Certification
_____

**Name:**  Emilie Kennedy
**Date**:  March 23, 2022

Page 1 of 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-320-424

**Effective Date of Registration:**
September 30, 2021
**Registration Decision Date:**
November 08, 2021

---

## Title

**Title of Work:**    Primal Heat

## Completion/Publication

**Year of Completion:**    2021
**Date of 1st Publication:**    September 09, 2021
**Nation of 1st Publication:**    United States

## Author

- **Author:**    VXN Group, LLC
  **Author Created:**    production, direction, script/screenplay, cinematography
  **Work made for hire:**    Yes
  **Domiciled in:**    United States

- **Author:**    Kode Shop, LLC
  **Author Created:**    editing
  **Work made for hire:**    Yes
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:**    By written agreement

## Certification

**Name:**    Emilie Kennedy
**Date**:    September 30, 2021

Page 1 of 2

000391

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-319-882

**Effective Date of Registration:**
September 30, 2021
**Registration Decision Date:**
November 04, 2021

---

## Title
 

        **Title of Work:**   Absolute Dime

## Completion/Publication
 

      **Year of Completion:**   2021
  **Date of 1st Publication:**   August 30, 2021
  **Nation of 1st Publication:**   United States

## Author
 

-          **Author:**   VXN Group, LLC
   **Author Created:**   production, direction, script/screenplay, cinematography
 **Work made for hire:**   Yes
     **Domiciled in:**   United States

-          **Author:**   Kode Shop, LLC
   **Author Created:**   editing
 **Work made for hire:**   Yes
     **Domiciled in:**   United States

## Copyright Claimant
 

    **Copyright Claimant:**   Strike 3 Holdings, LLC
                      2140 S. Dupont Hwy, Camden, DE, 19934, United States
    **Transfer statement:**   By written agreement

## Certification
 

            **Name:**   Emilie Kennedy
             **Date:**   September 30, 2021

Page 1 of 2

000389

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-355-031

**Effective Date of Registration:**
June 27, 2022
**Registration Decision Date:**
June 27, 2022

## Title

**Title of Work:** Looking For Trouble

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 23, 2022
**Nation of 1ˢᵗ Publication:** United States

## Author

**•  Author:** VXN Group, LLC
**Author Created:** production, direction, script/screenplay, cinematography
**Work made for hire:** Yes
**Domiciled in:** United States

**•  Author:** Kode Shop, LLC
**Author Created:** editing
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:** By written agreement

## Certification

**Name:** Emilie Kennedy
**Date:** June 26, 2022

Page 1 of 2

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-330-611

**Effective Date of Registration:**
November 23, 2021
**Registration Decision Date:**
January 20, 2022

## Title _____

**Title of Work:** Florentine Part 2

## Completion/Publication _____

**Year of Completion:** 2021
**Date of 1st Publication:** November 11, 2021
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Counterlife Media LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Counterlife Media, LLC
11271 Ventura Blvd, #717, Studio City, CA, 91604, United States

## Certification _____

**Name:** Emilie Kennedy
**Date:** November 23, 2021

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-330-110

**Effective Date of Registration:**
January 17, 2022
**Registration Decision Date:**
January 18, 2022

---

## Title

**Title of Work:**   Should I Stay

## Completion/Publication

**Year of Completion:**   2021
**Date of 1st Publication:**   December 17, 2021
**Nation of 1st Publication:**   United States

## Author

- **Author:**   VXN Group, LLC
  **Author Created:**   production, direction, script/screenplay, cinematography
  **Work made for hire:**   Yes
  **Domiciled in:**   United States

- **Author:**   Kode Shop, LLC
  **Author Created:**   editing
  **Work made for hire:**   Yes
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:**   By written agreement

## Certification

**Name:**   Emilie Kennedy
**Date:**   January 17, 2022

Page 1 of 2

**Correspondence:** Yes

000393



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-389-316**

**Effective Date of Registration:**
November 22, 2022
**Registration Decision Date:**
January 09, 2023

---

## Title

**Title of Work:**  Tailor Made

## Completion/Publication

**Year of Completion:**  2022
**Date of 1st Publication:**  October 20, 2022
**Nation of 1ˢᵗ Publication:**  United States

## Author

- **Author:**  Counterlife Media LLC
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Counterlife Media, LLC
11271 Ventura Blvd, #717, Studio City, CA, 91604, United States

## Certification

**Name:**  Emilie Kennedy
**Date:**  November 22, 2022

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-373-768

**Effective Date of Registration:**
October 05, 2022
**Registration Decision Date:**
October 05, 2022

---

## Title

**Title of Work:** Sweat

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 27, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** VXN Group, LLC
  **Author Created:** production, direction, script/screenplay, cinematography
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Kode Shop, LLC
  **Author Created:** editing
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:** By written agreement

## Certification

**Name:** Emilie Kennedy
**Date:** October 03, 2022

Page 1 of 2

CONFIDENTIAL

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-359-467

**Effective Date of Registration:**
July 22, 2022
**Registration Decision Date:**
July 25, 2022

---

## Title

**Title of Work:**   Heiress

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   June 26, 2022
**Nation of 1st Publication:**   United States

## Author

• **Author:**   Kode Shop, LLC
**Author Created:**   editing
**Work made for hire:**   Yes
**Domiciled in:**   United States

• **Author:**   VXN Group, LLC
**Author Created:**   production, direction, script/screenplay, cinematography
**Work made for hire:**   Yes
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:**   By written agreement

## Certification

**Name:**   Emilie Kennedy
**Date:**   July 22, 2022

Page 1 of 2

# **EXHIBIT B**

**INTRO SEQUENCE**                                                    *

The video opens with a 1-2 minute abstract sequence of the          *
girls together cut to music (a SFW short Eats style music           *
video, not limited to story continuity, can be used for scene       *
promo for social media as well). The sequence introduces some       *
of the themes and props we will see used later in the story         *
sequence (champagne, fur, chandelier, etc).                         *

**INT - MASTER BATHROOM - EVENING / NIGHT**                          *

A series of tight close ups of the girls getting ready for an
elegant night out dripping in YSL. Throughout, we hear some         *
diegetic trendy music playing in the background.

As ALINA applies some red lipstick in the mirror, we see            *
EMILY looking at her through the reflection with a cocky
smile.

                    EMILY
          So... are you going to tell me about
          this friend of yours that is taking us      *
          out tonight?                                 *

ALINA looks at EMILY through the reflection and can see her          *
cocky demeanor - ALINA knows there's a tinge of jealously
from EMILY's tone and responds appropriately.

Without turning to face EMILY, ALINA takes her phone out of
her clutch and unlocks it to KENZIE's IG page. She then
slides the phone on the counter towards EMILY.

                    ALINA
          Here. Check this babe out.                   *

As ALINA continues to get ready, EMILY saunters over to the
phone and picks it up. Her eyes light up immediately. ALINA
smirks at EMILY's reaction.

                    ALINA
          I know, right?

EMILY scrolls through KENZIE's profile, settling on a VIXEN
modeling shot and opens it up.

                    ALINA
          Dropped out of nursing school, became
          a fashion model, dabbled in some cam         *
          stuff...

                                                                    2.

        EMILY nods along as ALINA talks.

                        ALINA
                ...and is now interested in porn.                    *

        EMILY looks up at ALINA, taken back by this revelation.

                        EMILY
                ...really?

        ALINA finishes her make-up and turns to EMILY for the first
        time.

                        ALINA
                    (dismissively)
                Really.                                              *

        ALINA walks past EMILY to a jewelry box. She opens it up and
        sorts through some extravagant options.

                        ALINA                                        *
                    (in motion)                                      *
                She's looking for some advice so she                 *
                hit up Vixen. And now here we are.                   *

        EMILY locks ALINA's phone and places it on the dresser that
        ALINA is in front of.

                        EMILY
                ...you think she has what it takes?

        ALINA is struggling to put on some pearls, and EMILY helps
        her finish.

                        ALINA
                ...am I sensing some jealousy, EMILY?

        EMILY's expression contradicts her answer.

                        EMILY
                Not at all! Just curious...

        ALINA walks away to the master closet next to the master     *
        bathroom, EMILY follows her with her eyes.                   *

        After a beat, we hear a notification.

3.

                          ALINA
              That's her. Can you meet her at the          *
              elevator?                                    *

EMILY grabs ALINA's phone. INSERT of phone screen as EMILY
types to KENZIE.

**KENZIE: downstairs. you coming?**

**ALINA: come up. not ready**

After responding, EMILY slyly opens IG and goes back to
KENZIE's profile.

TIGHT of EMILY looking closely at KENZIE with intent. She
bites her lip.

**PRE-LAP**

Elevator dings


**INT - ENTRANCE - NIGHT**

The elevator doors open and KENZIE comes out. She looks
confident, stunning in her evening gown. She makes her way
out of the elevator and into adjacent hallway.              *

The music from earlier can be heard but muffled and echoed
from the distance. KENZIE makes her way down the hall, guided   *
by the music. She walks with perfect posture like a fashion     *
model.                                                          *


**INT - LIVING ROOM/"MASTER" - NIGHT**                         *

KENZIE enters the living room/"master" from elevator hallway    *
area. We see the light of the chandelier start to creep in      *
and the sounds of music getting louder.                         *

TRACKING SHOT - KENZIE enters, walking towards the              *
chandelier. In the distance, we see EMILY in the background     *
laying on a couch, staring at KENZIE as she approaches, ready   *
to pounce.                                                      *

                          EMILY
              You have the looks. I'll give you
              that.

4.

TIGHT KENZIE POV as she continues to approach - we see EMILY          *
sitting on couch staring seductively at KENZIE (directly at            *
the camera). We get a clearer view of he her outfit - the             *
dress from earlier, but an additional fur on top with pearls.         *

                    EMILY
          But porn is more than looks.

EMILY rises and inches towards KENZIE.                                 *

                    EMILY
          ...do you have what it takes?

KENZIE takes a second to size up the situation, looking EMILY
up and down. Not intimidated by EMILY's advances, KENZIE ups
the ante.

                    KENZIE
          ...why do you think I'm here?

KENZIE advances, she places her thigh firmly between EMILY's
legs. Her face and inch away from EMILY's.

KENZIE kisses EMILY hard. EMILY kisses KENZIE back.

The girls grope and grab, undressing each other while their
sexual prowess and energy carries them throughout the room.

Eventually, they make it to the couch and KENZIE gets the             *
upper hand, taking charge of the situation showing just how
adept she is. She goes down on EMILY with wild abandon.

As KENZIE goes down on EMILY, we hear the music from earlier
turn off.

                    ALINA
                 (off-screen)
          EM! Did KENZIE come up?

ALINA enters the living room/"master" from the hallway ready          *
for a night out. She's holding a bottle of champagne and has          *
a YSL purse/clutch hanging off her shoulder (emphasis on both         *
props). She stops at the sight of KENZIE going down on EMILY          *
in the living room/"master". The sight delights her.                  *

After watching for a bit, ALINA breaks her silence.                   *

                        ALINA                                    *
          Good to see you've introduced               *
          yourselves.                                  *

As ALINA makes her way from the hallway to the living  *
room/"master", confident and quickly, the camera follows her.  *

ALINA makes her way to the girls and positions herself next  *
to EMILY, watching the action close up.                *

                        ALINA
          So Emily, does she have what it takes?       *

                        EMILY
               (breathlessly)                          *
          So far so good.                              *

                        ALINA                          *
          Good to know...                              *

ALINA kicks off her heels and extends her foot to KENZIE's  *
face.                                                  *

                        ALINA                          *
          ...go on.                                    *

***PRODUCTION NOTE: from here on out, improvise the majority of***  *
***the dirty talk / taunting as they cycle through the various***  *
***fetish actions and eventual full sex scene.***        *
KENZIE worships ALINA's foot and leads to **foot fetish**  *
**sequence. After some foot play, she makes her way up ALINA's**  *
**leg to her pussy and eats her out. Eventually, KENZIE makes**  *
**her way to ALINA's other foot.**                     *

As this is going on, EMILY grabs the bottle of champagne  *
ALINA brought in. As KENZIE starts on ALINA's other foot,  *
EMILY opens **the bottle of champagne and pours it on ALINA's**  *
**foot. KENZIE drinks the champagne as it flows from ALINA.**  *

Eventually, EMILY draws the attention back to her pussy. **She**  *
**pours the champagne on it and makes sure KENZIE licks it all**  *
**up.**                                                *

As this going on, ALINA leaves and returns **with two candles.**  *
She places them aside before tossing KENZIE on the bed. EMILY  *
ravages KENZIE within seconds, undressing KENZIE wildly. As  *
this happens, **ALINA returns and hands a candle to EMILY. Hot**  *
**wax sequence plays out.**                            *

6.

While ALINA continues to taunt KENZIE with the wax, she                    *
instructs EMILY to open her purse.                                         *

                    ALINA                                                  *
          EM. Be a dear and get what's in my                               *
          purse.                                                           *

EMILY grabs the purse that ALINA flopped onto the bed                      *
earlier. She opens it and reveals a dildo. Giddy, EMILY                    *
rejoins the girls.                                                         *

                    ALINA                                                  *
          Go on.                                                           *

**ALINA shoves the dildo in KENZIE's face, encouraging her to**            *
**show off her BJ skills to the girls.**                                   *

Eventually, leaves and returns with her purse. She opens it                *
to reveal another dildo. She looks at ALINA who laughs in                  *
excitement.                                                                *

                    ALINA                                                  *
          No way!                                                          *

                    EMILY                                                  *
          You think you're the only one packing?                          *

The girls start to use the dildo on KENZIE as she continues                *
to blow the other one. **Eventually, they get KENZIE up and DP**           *
**her with both dildos as she hangs from the chandelier.**                 *

**SYNOPSIS:** THE BENEFITS OF OWNING YOUR OWN GYM IS YOU GET A
REVOLVING DOOR OF FIT PEOPLE COMING AND GOING TO "OOH" AND
"AAH" AT. THE BENEFITS OF BEING IN A SWINGER MARRIAGE IS
BEING ABLE TO PICK AND CHOOSE FROM SAID FIT PEOPLE AT YOUR
LEISURE. BRANDI AND RICHARD ARE LIVING THE LIFE IN EVERY
SENSE OF THE WORD.

---------------------

**INT - GYM - DAY**

WORKOUT MONTAGE of BRANDI and KENZIE together.

> BRANDI VO
> I have two burning passions in life -
> fitness and swinging. There's only one
> thing I love more - when the two
> collide and I get the best of both
> worlds.

> BRANDI VO
> Swinging is not as simple as it seems.
> Not only do you have to find a couple
> that thinks the same as you do, but
> you have to be attracted to them.
> That's the beauty of owning a gym with
> my husband.

BRANDI looks away from KENZIE as she trains and smiles slyly.

POV REVEAL - RICHARD looking in BRANDI's direction as MAZEE
trains.

BRIEF WORKOUT MONTAGE of MAZEE and RICHARD.

> BRANDI VO
> With it being a gym, naturally, our
> clientele leans more on the fit side
> of the spectrum - half of the work is
> already done for us. Combine that with
> one of us always being here, when a
> potential couple comes around - we're
> always in the know.

RICHARD catches MAZEE starring at BRANDI in the distance as
she's doing an exercise that emphasizes her incredible
curves.

                        RICHARD
              Hey. You gonna lift that weight or
              just stare at my wife all day?

MAZEE is embarrassed for a second before RICHARD gives MAZEE
a friendly slap and they both laugh it off.

                        BRANDI VO
              The trickier part is finding out if
              they share the same sensibilities as
              my husband and I.

BRANDI watches KENZIE working out.

                        BRANDI VO
              Luckily, we had our way of telling. Or
              at the very least...

                        BRANDI
              Wow... I really see what my husband
              sees in you.

                        BRANDI VO
              ...gently pushing them in the right
              direction.

KENZIE finishes up her set and looks at BRANDI bashfully.
BRANDI then walks off coyly and KENZIE stares off at RICHARD
in the distance as BRANDI's words resonate with her. They
make eye contact and KENZIE bites her lip.

WORKOUT MONTAGE continues, blending both the guys and girls
spaces together.

                        BRANDI VO
              KENZIE and MAZEE showed a lot of
              interest in the lifestyle with barely
              any educating from myself or RICHARD.
              They had already dabbled, but nothing
              quite soooo...

MONTAGE winds down.

                        BRANDI VO
              ...official.

Both groups finish their workouts.

CONFIDENTIAL

3.

**INT - GYM - DAY (LATER)**

KENZIE and BRANDI talk after their workout. We catch up mid
conversation.

> BRANDI
> I'm sorry, how many times a week?

> KENZIE
> No, I said "day". MAZEE is insatiable.

BRANDI is impressed. KENZIE bashful.

> KENZIE
> And to be honest... it's been even
> more since we set up this date.

> BRANDI
> Is that so....

BRANDI is distracted by something off-screen.

> BRANDI
> Speaking of which...

REVEAL - MAZEE and RICHARD are approaching the girls.

BRANDI goes to RICHARD and embarrasses him with a kiss.

> BRANDI
> Have a good workout, hun?

BRANDI rubs his cock over his shorts gently.

> BRANDI
> (playfully)
> Hope you saved some energy.

MAZEE stares at BRANDI. KENZIE at RICHARD.

> RICHARD
> Uh huh. This one couldn't wait for it
> to be over. You have a fan.

BRANDI turns her attention to MAZEE.

> BRANDI
> Really...

4.

BRANDI goes to MAZEE and playfully lifts up his shirt, revealing his abs.

                    BRANDI
          ...the feeling is mutual...

BRANDI gently rubs MAZEE's abs as she stares in his eyes seductively.

                    RICHARD
          Now now hun, let's not get ahead of
          ourselves-

KENZIE is staring at RICHARD like she wants to pounce him. RICHARD looks pleasantly surprised.

                    RICHARD
          Well now.

RICHARD goes to KENZIE and stands over her.

                    RICHARD
          Does the sight of my wife feeling up
          your boyfriend excite you?

KENZIE nods gently as she stares into RICHARD's eyes. She then turns her attention to MAZEE and BRANDI.

KENZIE POV - BRANDI slides her hand over MAZEE's abs and takes out his cock and starts jerking him off.

KENZIE looks up at RICHARD. RICHARD smiles as he caresses and then holds KENZIE's face.

                    RICHARD
          I think it's time to switch to a
          different type of workout.

KENZIE takes out RICHARD's cock.

Leads to BBGG sex.

CONFIDENTIAL

<u>KENZIELAND</u>

Written by

Kayden Kross

[Jay Rogue Reformat V03]

**TSH**

016621

1       TITLE CARD                                                    1

        "All creatures must learn that there exist predators."

                --Clarissa Pinkola Estés, Women Who Run With Wolves


2       INT. MAIN KENZIE ROOM–NIGHT                                   2

        We hear an INDISTINGUISHABLE SCRATCHING SOUND and then
        something like dragging on sand, then FADE IN on the glass of
        a TERRARIUM. A PINK-SHELLED HERMIT CRAB crawls toward
        something. We watch this for a moment and then the camera
        starts to pan slowly clockwise as we take stock of the rest
        of the room. We pass, in no particular order, shelves stocked
        with WIGS ON MANNEQUIN HEADS, rows and rows of TROPHIES,
        PLAQUES, COMMENDATIONS, BLUE RIBBONS. The room itself is
        pink. Pink DAMASK WALLPAPER with soft pink sheers over lamps,
        crystal chandeliers and sconces, a pink LED SIGN that
        flickers "GIRLS GIRLS GIRLS", the movement of a pink Swedish
        clock etc (note to add anything to set design that helps put
        some movement into this). As we hit the reverse of where the
        terrarium was, we see just the TORSO AND LIMP DICK OF A MAN
        who seems not to know where to put his hands. He's wet. The
        camera doesn't even slow, his form is only another figure in
        the landscape. We see a doorway behind him with a BEADED PINK
        CURTAIN, a hat rack next to it with FEATHERED CAPS, beauty
        QUEEN SASHES, TIARAS, some sort of tulle climbing the walls
        with small glittering panties and tags all attached. We go on
        and the walls are peppered with FRAMED MAGAZINE COVERS--glams
        of the same blonde in various looks and forms of repose. We
        hear a light tapping as we come back toward the glow of the
        terrarium, and then finally settle on the blonde from the
        magazine covers looking through the glass and tapping at the
        crab. She's done up like JESSICA RABBIT with the dramatic
        side part and glittering gown. We're back to where we began
        in this 360 shot. KENZIE speaks to her crab

                              KENZIE
                Hello gorgeous, what do you want?

        She studies the crab through the glass as we study the velvet
        depth of her eyes, then drops some FOOD FLAKES in, does one
        more tap to get a response from the crab then looks over her
        shoulder as if she just remembered there's another person in
        the room.

        We reverse back to ISIAH, naked and wet and watching her with
        cautious rage.

        Kenzie turns and steps into focus in a beauty shot under a
        pool of light at the center of the room. She looks him up and
        down as if judging his size. She purposely doesn't speak, and
        he appears to cover himself with his hands a little more.

016622

2.

                    ISIAH
          I didn't get your name.

Kenzie does a cute little pout.

                    KENZIE
          You don't know?

ISIAH looks blankly on.

                    KENZIE (CONT'D)
          I was one of your covergirls. I was
          going to be *the* covergirl before
          everything went to shit.

                    ISIAH
          No one knows who is going to be *the*
          covergirl until it's announced.

Kenzie gives him a look like let's not pretend.

                    ISIAH (CONT'D)
          What did you do with my phone.

                    KENZIE
          I put it in rice.

Kenzie walks over and grabs a SIDE CHAIR from along the wall
and swings it under the centered pool of light where she'd
been previously standing. She settles in like Sharon Stone in
the Basic Instinct interview.

                    ISIAH
          And my clothes?

                    KENZIE
          They'll be dry by the time you're
          done learning my name.

ISIAH becomes closed, he realizes that she's brought him here
strategically.

                    ISIAH
          My knowing your name can't help you
          anymore.

                    KENZIE
          Oh, I'm sure it still can

He starts to protest like he's just tired of even having this
conversation anymore but she cuts him off.

                    KENZIE (CONT'D)
          Now shut up and listen to my story.

3.

3    EXT. TENNIS COURT-DAY    3

Close up shot of Kenzie tightening a HIGH PONYTAIL like it's
about to get serious. Shot whizzes back to show Kenzie is
dressed in TINY WHITE PLEATED TENNIS SKIRT and a traditional
shell jersey printed with a WHITE SCREEN-PRINTED WOLF. She
bounces the BALL twice then leans her weight back onto her
right foot as her left hand tosses the ball in the air and
smashes a serve in a perfect arc with her right (**speed
ramping here through this sequence--shoot all shots slow
mo**)

                    KENZIE (V.O.)
                My name is Kenzie Anne, last name
                redacted, because in this town it's
                all about how easily it rolls down
                throats and off of tongues. I was
                born into your average American lot-
                -middle child, two parents, one
                house, a two car garage and a
                family dog. I was raised with all
                of the mantras of the day--you do
                you, march to your drum, the only
                thing you're racing against is your
                own best time. And so I applied
                that ethic to team sports...

4    INT. CLASSROOM-DAY    4

Test with CIRCLED GRADE lands on Kenzie's desk (94%) and then
the camera tilts up to find her satisfied face (**speed
ramping here through this sequence--shoot all shots slow
mo**)

                    KENZIE (V.O.)
                A respectable academic record...

5    EXT. CAR WASH-DAY    5

Kenzie's ass in a RED BIKINI with suds running down her legs
swings a BUCKET in her hand as she heads toward a line of WET
CARS. She passes a propped up CAR WASH SIGN (car wash in red
paint on white--reference some fundraiser/charity etc) and we
see KENNA and RILEY--also in red bikinis--spraying each other
as sunlight dapples through the water drops and the deep blue
sky. Shot goes inside the car as Kenzie stretches herself
across the windshield and does one large pass with the YELLOW
SPONGE (**speed ramping here through this sequence--shoot all
shots slow mo**)

4.

                    KENZIE (V.O.)
          And enough volunteer work to be a
          competitive applicant at my top
          three schools.


5A        INT. SCHOOL BATHROOM-DAY                          5A

          Camera floats in a semi circle around Kenzie, Kenna, and
          Riley as they pass A JOINT, smoke billows toward camera and
          they all suddenly lock eyes with something. Reverse shows
          trio of mean girls: STACY, TIFFANY, and their leader,
          ASHLEIGH. They all eye Kenzie (**speed ramping here through
          this sequence--shoot all shots slow mo**)

                    KENZIE (V.O.)
          Even my vices were predictable. All
          of my highs and my lows and my
          problems. They colored within the
          lines.

                    KENZIE (V.O.)
          And so things were fine, as they
          are when you're well cared for,
          well in the middle, well on your
          way.

          Close up on Kenzie's eyes as they silently follow the leader
          of the brat pack.

                    KENZIE (V.O.)
          Each next step always right in
          sight.


6         EXT. TENNIS COURT-DAY                             6

          Kenzie smashes the final shot on a tennis game in a perfect
          return, then moves toward the net with glistening skin and
          her chest rising and falling heavily. We see other players
          seated against the fence in the sun drinking POWERADE and
          leaning against BACKPACKS as they watch. She moves the
          SCORECARD from 3 to 4 against her opponent's zero. She looks
          over toward the bleachers to see if her COACH noticed, but
          another player is flirting with him (one of our mean girl
          pack from bathroom--STACY).

CONFIDENTIAL

5.

                    KENZIE (V.O.)
          Until I realized I was beginning to
          slip behind--not of my own doing,
          but because my pure and personal
          best was not going to be allowed to
          reach its full potential if we
          weren't all playing by the same
          rules.

Shot of Kenzie thinking. She wipes her brow and FLIPS THE
SCORE back to love / love and heads toward the court again.


7     INT. CLASSROOM-DAY                              7

Kenzie looks down at her TEST, then looks at the girl in the
desk ahead of her. The teacher is setting it down, it's
marked 100% IN BIG RED LETTERS. The teacher gives confident
double tap on the score and knowing look as he pushes the
paper another inch closer. Shot goes in front of the girl and
we see Kenzie behind, it's Tiffany from the bathroom. She
gives a sparkling look of suggestion up to the teacher and
then feels eyes on her. She looks back to Kenzie and then
looks forward again quickly, nervous that she knows.

                    KENZIE (V.O.)
          And so I started looking outside of
          myself. I saw the relationships
          between the coaches and the favored
          players in sports, between the top
          students and their teachers in
          class, even in the little bit of
          friendly competition in all that do-
          good volunteering.


8     EXT. CAR WASH-DAY                               8

Kenzie looks up from the car she's washing and sees there are
no other customers. She looks across the street to Ashleigh,
who is running a competing car wash fundraiser. She's
scribbling something on her CARWASH SIGN and customers are
lined up. She pulls away and Kenzie can see that she's
handwritten the word "TOPLESS" above "CAR WASH". We go to a
close long lens single of the girl as she looks at Kenzie,
then starts to pull her top off as she's still making eye
contact. Reverse back to Kenzie.

CONFIDENTIAL

6.

                    KENZIE (V.O.)
          I realized that the best of the
          best are all compromised, and all
          of the standards they're up there
          setting by breaking the rules are
          trickling down and stacking the
          deck against those of us still
          following them.


9    EXT. TENNIS COURT-DAY                              9

     Kenzie grabs THE COACH [OLIVIER FLYNN]  and pulls him messily
     behind the bleachers.

                    KENZIE (V.O.)
          In short, I stopped following the
          old rules and starting playing by
          the new ones.

     She kisses him passionately and he kisses her back, a little
     bewildered. She pulls back just long enough to see Stacy
     trying to see what they're doing, she seems to get the point
     and storms off.

                    KENZIE
          You're fucking Stacy right?

     The Coach seems thrown off by the directness of the question.

                    THE COACH
          Sometimes

     Kenzie is already unbuttoning his shirt.

                    KENZIE
          In the ass?

                    THE COACH
          No, we've never done that.

     She pushes him down.

                    KENZIE
          Good.

     We go to Oliver's POV as she stands over him. Suddenly
     ISIAH's VO distracts her.

7.

                    ISIAH (V.O.)
          So you're suggesting that you
          decided to let your tennis coach
          ass fuck so you'd have a better
          position on the team and a
          spattering of other pedestrian
          gains.


10        INT. MAIN KENZIE ROOM-NIGHT                          10

Kenzie looks upset that her story is being interrupted.

                    KENZIE
          I didn't suggest it, I just said I
          did it, plain as day.

                    ISIAH
          Fucking me doesn't get you the
          title of *the* Covergirl.

                    KENZIE
          Anymore

                    ISIAH
          I..

He looks like he's at a loss for how to explain. He digs the
heel of his hand against his brow in frustration and seems
like he wants to say a lot and then only has enough energy
for the little he gets out.

                    ISIAH (CONT'D)
          I have way too many problems to
          even be discussing this with you.

He sighs like all of the energy is going out with his breath
and then looks up.

                    ISIAH (CONT'D)
          Are my clothes dry

Super close up of Kenzie as she looks at him directly

                    KENZIE
          No.

                    KENZIE (CONT'D)
          Now shut up and listen to my story
          if you want to know why you're here

11      INT. CLASSROOM-DAY                                      11

        Shot from the hall through the classroom door as Kenzie
        watches students file out after class. As the last one leaves
        she grabs the teacher's TIE and pulls him in. The door slams
        in our face

                        KENZIE (V.O.)
                See, the thing is, once you're
                honest about where you stand, it's
                all very simple.


12      EXT. CAR WASH-DAY                                       12

        Kenzie squats in a doggy position with her ass against the
        soapy windshield. Our shot starts on her face as she looks
        back over her shoulder and then travels inside to find that
        she's bottomless against the glass as she rubs her ass all
        over it like a sponge. She rocks her pussy to push down
        against the glass and then we go to a close up as she gives a
        mischievous look back to the competition across the street.

        Ashleigh puts her hands on her hips and huffs.

                        KENZIE (V.O.)
                Most of those breaking the rules
                aren't honest about it. They have
                so many qualifiers and if-thens and
                exceptions that they all think
                they're Robinhood's who know how to
                duck and dodge the real bad and
                then they cry foul when someone
                takes it a step further.


13      INT. MAIN KENZIE ROOM-NIGHT                            13

        ISIAH is gaining some respect for her.

                        ISIAH
                How far did you take it?

        Close up as Kenzie looks up devilishly.


14      EXT. TENNIS COURT-DAY                                  14

        Kenzie pushes Oliver behind the bleachers, devouring him.

                        KENZIE (V.O.)
                I'm still taking it.

9.

14X    EXT. TENNIS COURT-DAY                                    14X

**BGA to finish.**

15     INT. KENZIE'S OLD BEDROOM-MORNING                        15

Kenzie and Riley and Kenna are all lined up in bed (example
shot) on THEIR PHONES, all seemingly devoted to the same task
and each wearing a different nearly SEE-THROUGH WHITE PISCES
SHIRT.

                    KENZIE (V.O.)
               Fast forward to summer. I forego
               school because it doesn't fit with
               the new outlook. The new outlook is
               go fast, go all the way, take no
               prisoners

                    KENNA
               Got one

                    KENZIE
               What is it

Kenna leans over with HER PHONE, Riley leans to look too.

                    KENNA
               The head agent from Maxwell Group
               has a VIP booth at this underground
               nightclub in Hollywood every
               Friday.

Kenzie gives both Kenna and Riley a look and they seem to
come to silent agreement.

16     INT. MAIN KENZIE ROOM-NIGHT                              16

                    ISIAH
               Let me guess, you left your small
               town life with a one way bus ticket
               to Hollywood and a suitcase full of
               dreams.

                    KENZIE
               Nope, I hopped in my Chevy and took
               the 405 south to the 101.

                    ISIAH (UNIMPRESSED/V.O.)
               So you were born here.

CONFIDENTIAL

10.

17        EXT. NIGHTCLUB–NIGHT                                    17

          Kenzie pulls into frame and we shoot through the passenger's
          side window as we see her bring her car, a sleek BLACK
          VINTAGE CORVETTE STINGRAY, to a sudden stop and looks toward
          the NEON SIGNS as she smooths her hair. Music pulses from the
          building and light twists off the wet asphalt. Kenna and
          Riley screech up next to her.

                              KENZIE (V.O.)
                    I was born for this.


18        INT. NIGHTCLUB–NIGHT                                    18

          Kenzie, Riley, and Kenna dance wildly (slow motion/speed
          ramped shots) under pounding music and strobe lights as other
          bodies push up against them.

          (Example music https://www.youtube.com/watch?v=xX2lOqmLHUQ)

          After a moment, Kenzie sits back in a VELVET LINED BOOTH, out
          of breath and glistening. She lights a CIGARETTE. Riley
          follows, still dancing as she CHUGS CHAMPAGNE. Just then,
          Kenna comes into frame, yelling above the music.

                              KENNA
                    There!

          She points to something and we get a slight push in on a
          determined look from Kenzie and then a reverse shot that
          ZOOMS THROUGH BODIES TO FIND ALEX. He has women crawling on
          him and is clearly the center of his booth's attention but
          Kenzie catches his eye. We go to her and she pulls Riley's
          leg up and starts running her lips along her skin as she eyes
          ALEX and the cigarette smolders (Joaquin Pheonix nightclub
          example shot). Looks build between the two and then Kenzie
          extends a finger and motions him in seductively. He walks
          over like he has all the time in the world, and our shots
          reverse back in between him closing in to tighter and tighter
          shots on Kenzie's eyes sparkling with suggestion. When he
          gets there she stands up and they stare at each other face to
          face, so close they're nearly touching. Tights of her lips
          near his in shots that punch in closer to the beat of the
          music until suddenly.


19        INT. PRIVATE ROOM–NIGHT                                 19

          Kenzie, ALEX, Kenna, and Riley throw back a RED VELVET ROPE
          to land in a private booth/room type area that is well lit
          enough for Tushy members! Music still pounds and a SERVER
          tries to follow them back.

11.

                              SERVER
                    This area's closed

Kenna turns around and closes the velvet curtains that
separate the room from the rest of the club as she shoos the
server out.

                              KENNA
                    You took the words right out of my
                    mouth.


20          EXT. PRIVATE ROOM-NIGHT                            20

Kenna steps outside the curtains and stands guard with arms
crossed and legs set wide as the server storms off in
exasperation.


20X         INT. PRIVATE ROOM-NIGHT                            20X

            **BGGGA to finish** Riley/Kenna/Kenzie/Alex


21          INT. DRESSING ROOM-DAY                             21

Kenzie is done up like Marilyn Monroe and sits in a STUDIO
CHAIR that has been EMBROIDERED WITH HER NAME as a MAKE UP
ARTIST does the last finishing touches on her look and she
looks through images from the shoots mood-board (Kenzie
Marilyn Example shot #1). Soon there's a flurry of commotion,
and ALEX enters with two assistants flanking. He has an IPAD
in hand and Kenzie turns around in the chair as greets her
with AIR KISSES and then gets down to the business of showing
her everything he's been working on.

                              KENZIE (V.O.)
                    ALEX put me everywhere. Print ads,
                    commercials, runways, campaigns.
                    You know this industry better than
                    anyone, so I don't have to tell you
                    that.

                              ISIAH (V.O.)
                    Work begets work.


22          INT. MAIN KENZIE ROOM-NIGHT                        22

                              KENZIE
                    He controlled every detail. He told
                    me who to talk to, who not to, how
                    to dress, what to say, where to be.
                    He was grooming me.

There's a flash of recognition in ISIAH's eyes.

> ISIAH
> I already know where this story
> goes. You don't have to--

23    INT. DRESSING ROOM-DAY                                23

> KENZIE (V.O.)
> Oh, but I do.

ALEX pulls up another STUDIO CHAIR and sits opposite Kenzie
as he waves off the make up artist and assistants. They lean
in like they're conspiring in the oval office.

> ALEX
> You do everything I say, and in one
> year's time you'll be the face of
> VMG.

> KENZIE
> You can make me *the* covergirl?
> That's the most coveted contract in
> the industry.

> ALEX
> I can, but you're going to have to
> work for it. We'll spend this year
> building your resume and your look
> and then when Kate's contract is
> up.. well that's a guy you'll
> definitely have to fuck. Every
> model who gets that contract goes
> through ISIAH's bed first.

> ISIAH (V.O.)
> Not anymore.

24    INT. MAIN KENZIE ROOM-NIGHT                           24

Kenzie is annoyed at being interrupted again.

> KENZIE
> Do you want your clothes back or
> not?

ISIAH just looks at her

> KENZIE (CONT'D)
> Then let me finish my story.

CONFIDENTIAL

13.

25      INT. GYM-DAY                                              25

        Kenzie does some sort of super butt centric lunge or squat.

                        KENZIE (V.O.)
                I did it all. The gym.

26      INT. KITCHEN-DAY                                          26

        Kenzie presses the power button on a BLENDER that screeches
        and spins something green.

                        KENZIE (V.O.)
                The diet.

27      INT. BED-EARLY MORNING                                    27

        Alarm goes off and Kenzie slams it and sits up but it's
        painful.

                        KENZIE (V.O.)
                The early mornings and long days
                and late nights.

28      INT. DRESSING ROOM-DAY                                    28

        Shot of Kenzie's name written on a STARBUCKS TYPE CUP pulls
        out to reveal Kenzie showing up fresh faced to yet another
        set bright eyed and bushy tailed. She air kisses the make up
        artist.

                        KENZIE (V.O.)
                I made the friendships and the
                connections and wore the looks and
                smiled the right way and said the
                right things. I was self
                deprecating around the ones I
                intimidated and worked to impress
                the ones I didn't. I dotted every I
                and crossed my Ts.

29      INT. ABSTRACT TURNTABLE-DAY OR NIGHT                      29

        Kenzie spins in and out of a pool of light, posture and
        expression frozen and calm as if a mannequin. Each time the
        table rotates Kenzie spins back into the light in a new look.
        This goes on and on, with each make up look distinct from the
        last.

016634

                    KENZIE (V.O.)
          What people don't understand is how
          hard it actually is to fuck your
          way to the top. They forget that
          there's still only one top. We're
          all still doing the work we had to
          do under the old rules--the day in
          and day out grinding to get ahead,
          and then added to that we have to
          somehow still stand out in the
          backdoor mattress deals too. If
          anyone could just walk in off the
          street and lie on their backs and
          instantly be rich and famous and
          lifted from the rat race, well,
          we'd all do it. And those that
          stand audience to this and listen
          and watch love to fall into the
          comfort of rewarding themselves
          because they've perceived that what
          I'm doing is wrong and in just
          drawing the conclusion they feel
          they've somehow already achieved a
          moral accomplishment. But from the
          sidelines they're no better than
          the bad women they hear about on
          TV, and anyway, I think we can all
          agree that if we get down to the
          brass tacks of it all there is very
          little right/wrong or good/bad in
          this world. There is, however,
          useful and not useful. Useful is
          being on top.

As the VO wraps, we start seeing images flash between the
CONVEYOR BELT OF KENZIES.

Flashes of Kenzie WAKING UP to her alarm.

Tights of Kenzie grabbing a LATTE with her name on it.

Flashes of Kenzie AIR KISSING people.

Flashes of Kenzie FALLING DOWN exhausted again in her BED.

It cycles again. After the final bed shot the camera floats
up to a PICTURE OF ISIAH PINNED ON A VISION BOARD. It's held
up with a DART.

                    KENZIE (V.O.)
          Anyway, all that to say I worked
          hard for you.

30      INT. MAIN KENZIE ROOM-NIGHT                          30

                    ISIAH
              Sounds like you worked hard for a
              lot of people

Kenzie considers this.

                    KENZIE
              There were a lot of rungs in that
              ladder.

31      INT. STAGE/ABSTRACT AREA-DAY OR NIGHT                31

Kenzie wears a PINK LATEX inspired version of famous Marilyn
Monroe gown from Diamonds are a Girls Best Friend. There's a
large SILK BOW tied around the back with a red seamless
background, sparkling pink curtains in the foreground, and a
gaggle of men all in suits surrounding her. They each wear
large name tags that only state their positions instead of
their names, things like: WRITER, PRODUCER, CASTING AGENT,
FINANCIER etc. They get on one knee and all offer up their
business cards at once.

                    KENZIE (V.O.)
              That's for sure.

Kenzie holds a BLACK FEATHER FAN and taps each head as she
scans the business card. Theatrical song like Diamonds are a
Girls Best Friend kicks up.

                    KENZIE
              No, no, no, no, no

She comes to the front two and seems pleased by what the
cards say.

                    KENZIE (V.O.)
              But ALEX guided me well. He always
              made sure my time was well spent.

The two men she's chosen pick her up and whisk her off a-la
Marilyn clip.

                    KENZIE (V.O.)
              Because as we know, contacts are a
              girls best friend.

32      INT. HOTEL ROOM-DAY                                  32

Kenzie lands on the bed and we reverse to the two suited guys
she's chosen. MICK and MILAN.

CONFIDENTIAL

16.

She makes it a point to safely set their business cards on
the nightstand and then pulls them in ravenously.

32X        INT. HOTEL ROOM-DAY                              32X

           **BBGA to finish**

           Kenzie toys with the CUM ON HER FACE as she watches the men.

                          KENZIE (V.O.)
                     One year of this.


33         INT. MAIN KENZIE ROOM-NIGHT                      33

           Kenzie stands up, she's frustrated now.

                          KENZIE
                     One year day in and day out I
                     worked, I made connections, I
                     molded myself, I did everything I
                     was told it would take to become
                     the face of your brand. Every night
                     I went to sleep with a picture of
                     your face pinned to my wall. I was
                     supposed to fuck you last week.

                          ISIAH
                     But then Kate.

                          KENZIE
                     Kate outed you.


34         EXT. MICROPHONE-DAY OR NIGHT                     34

           BEAUTIFUL BLONDE MODEL cries into the microphone as camera
           lights flash.

                          KENZIE (V.O.)
                     You got me too'd. More models came
                     forward. You fell from grace. The
                     board took over the decision making
                     from there. And you--you'll never
                     be left in a position of power
                     again.


35         INT. MAIN KENZIE ROOM-NIGHT                      35

           Kenzie eyes ISIAH.

17.

                    KENZIE
          I've been wondering when you would
          show your face. I was delighted to
          hear you'd be attending that party
          so soon.

ISIAH gives a short sardonic huff.

                    ISIAH
          So you could push me in a pool.

36    EXT. BLACK TIE OUTDOOR THING-NIGHT                36

Close up of Kenzie's hip as she passes ISIAH. He's holding a
DRINK and speaking to ANOTHER PARTYGOER when she nonchalantly
BUMPS HIM INTO THE WATER.

                    KENZIE (V.O.)
          I just needed a little face-time
          with you.

Jump cut to her extending a hand to pull him out.

                    KENZIE
          Oh my god I'm so sorry. My place is
          just around the corner, let me help
          you get cleaned up.

37    EXT. STREET-NIGHT                                 37

Sin city style car shot through the windshield as Kenzie looks
ahead with determination in her stingray and speeds up.
Water flies off ISIAH as he loosens his tie and turns his
head slowly toward her, beginning to suspect something.

38    INT. MAIN KENZIE ROOM-NIGHT                       38

Kenzie looks at him, again with the cute little pout.

                    KENZIE
          You look tired, have a seat.

ISIAH rubs his temple like he's fighting off a migraine.

                    ISIAH
          I just want my stuff.

Kenzie taps the seat insistently as an answer, and ISIAH
gives in and moves forward, slumping more than sitting into
the seat when he reaches it. Kenzie leans over and runs her
hands down his chest, she whispers in his ear from behind.

                          KENZIE
               Do you know what it's like to build
               up to fucking someone for an entire
               year and then...

She pushes her hands through his chest hair. His breathing
starts to change. She whispers in his ear...

                          KENZIE (CONT'D)
               --just.. nothing. No climax. It's
               like the worst case of cosmic
               blueballs you could possibly
               imagine. The number of times I've
               thought about the outfits I'd wear
               for you, the way I'd work my tongue
               into your mouth, the particulars of
               how I landed on the exact shade of
               blue I chose and I'd use to open my
               ass for you.

His cock is hard now as he listens. I decided six months ago
that I wouldn't just build up, I'd go straight to anal. She
swings around in front of him and straddles him cowgirl,
throwing her skirt to the side to reveal BLUE PANTIES.

                          KENZIE (CONT'D)
               I'd lower myself on to you
               exactly... like...

She pushes herself against him rhythmically but doesn't
penetrate. Breathing builds heavily between both of them
until finally he can't stand it and he pushes her down.

38X     INT. MAIN KENZIE ROOM-NIGHT                                38X

        Sweaty, animalistic **BGA to finish**

        He pops in her ass.

39      INT. MAIN KENZIE ROOM-NIGHT                                39

        At the end, she walks forward to grab the blue panties that
        are in focus in our shot from the floor. She turns around and
        puts them on and we see his cum streaming down between her
        legs from a low shot from behind. ISIAH doesn't think
        anything of it as he rests on his elbows, still out of
        breath. Kenzie walks over to where his SOAKING WALLET and
        KEYS are sitting on table top.

                          KENZIE
               Mind if I take your card.

                    ISIAH
          Not much good it will do you
          anymore.

She gives him a look and grabs one WET BUSINESS CARD from his
wallet, then grabs a SMALL GOLD SAFETY PIN from a dish and
hangs the panties with the card on the web of fabric with the
others. He suddenly looks more closely at it and realizes
that the web extends up to the ceiling, and all of the
panties are tagged with business cards. He stands up quickly.
Just then, Kenna and Riley come out. Kenna holds his suit,
neatly pressed and dry, and Riley holds his PHONE IN A BOWL
OF RICE.

                    KENNA
          Your suit is dry.

Riley holds up his phone.

                    RILEY
          It seems like you had less luck
          with this.

ISIAH digs it out of the rice, it might as well be a rock in
his hand. He looks at Kenzie.

                    KENZIE
          You men. You always have such...
          male problems.

Kenna pushes the suit further forward, insisting that he take
it. He doesn't look at it as he grabs the hanger slowly.

                    ISIAH
          What are you getting out of this.

                    KENZIE
          That, for example, is a male
          problem. I always know why someone
          is fucking me. It's because I'm
          hot. But men forever wonder. They
          want to believe it's just that
          shared, animalistic drive.

ISIAH steps forward, but Kenna and Riley grab him by each
arm. Kenzie turns toward her little web of panties and climbs
up to find a good place to hang her newest trophy.

                    KENZIE (CONT'D)
          I chose blue in honor of the famous
          blue dress and that damning cum
          stain.

She looks over her shoulder.

20.

                        KENZIE (CONT'D)
           Sure, you had some models come
           forward, but no one could
           corroborate their stories. It was
           all just she said she said she said
           she said she said.

She pauses for dramatic effect.

                        KENZIE (CONT'D)
           He said.

Kenzie secures the panties and climbs back down.

                        KENZIE (CONT'D)
           I read somewhere that your contract
           dings you a half a million for each
           new claim against you.

                        KENZIE (CONT'D)
           And also that the board is
           scrambling to name *the* Covergirl in
           light of all of these allegations.
           Someone unassociated with you and
           with a good pedigree for the gig.

                        KENZIE (CONT'D)
           Anyway, I'd be happy with either of
           those things. You could give me
           half a million not to come out with
           a story about how I was groomed all
           year for this job or the board
           could just give me the gig.

ISIAH is staring daggers at her.

                        KENZIE (CONT'D)
           I'd prefer the gig. We both know I
           worked for it.

He takes a moment to try to control his rage and then pulls
his arm out of Riley's grasp.

                        KENZIE (CONT'D)
           Talk to your board!

He storms off.

                        KENZIE (CONT'D)
           And make sure you got my name!

A door slams.

21.

                    KENZIE (CONT'D)
          It's Kenzie Anne!

CONFIDENTIAL

<u>DPR_RELEASE_V01</u>

Written by

█████████

Based on, If Any

**NOTE: Color palette: tobaccos/sand/creams/baby blue**

1    INT./EXT. BELL TENT-DUSK                                          1

We start on a super wide shot of a peacock chair set in a
semi-abstract way in the desert at dusk. Metal lanterns cast
nervous shadows and the silhouetted figure begins to move in
a slowly sexual way a-la the title credits of "Emmanuelle".
The camera begins what will be a long push in as the scene
plays unbroken. KENNA moves like she has all the time in the
world. As we get closer, she takes a long drag off of
something natural that she's rolled to smoke. We keep pushing
in until we reach a macro on her jaw and lips in profile.
Just then her face turns and exhales the smoke violently into
the camera. This transitions with:

2    EXT. DIRT ROAD-AFTERNOON                                          2

The wheel of a vintage classic kicks up dust into camera. The
sound transition is abrasive.

3    INT. CAR-AFTERNOON                                                3

Kenzie and Isiah bounce in silence in the back of the cab as
the driver speeds by like roads are no matter. Kenzie checks
on Isiah with a sideways glance and then turns her attention
back to the desert just out the window.

4    EXT. DIRT ROAD-AFTERNOON                                          4

Wide shot shows the car slow to a stop in front of a random
gate across the road.

5    INT. CAR-AFTERNOON                                                5

The driver looks back over his shoulder.

                         DRIVER
               Sir, I can't go past here.

Kenzie leans forward and looks anxiously in front of them.
There's nothing. The driver watches as Isiah and Kenzie
discuss it in hushed tones. Finally we hear something as
Isiah raises his voice slightly.

                         ISIAH
               How bad do you want it?

CONFIDENTIAL

2.

We go to a shot out the window (again a-la Emmanuelle), where
we see better Kenzie's outfit. She wears thigh high nude
stockings and a fur shawl. She's a throwback centerfold. He's
dressed in a sharply fitted suit. The questions stops her and
she looks out the window to the distance as he strokes her
stockinged inner thigh absently.

> ISIAH
> We could walk, it's not much
> farther

She doesn't answer and seems tuned out to him. He picks up on
this and then leans back to his centered place in the back
seat to address the driver as he pulls cash out.

> ISIAH
> I'm sorry for the trouble, if you
> can take us--

The slam of a car door cuts him off and he and the driver
both look. Kenzie is walking determinedly down the dirt road
ahead, heels and all.

6     **EXT. DIRT ROAD-AFTERNOON**                                6

Super super wide as we watch Isiah jog to catch up with her
and the car begin to turn around, leaving them there.

7     **INT./EXT. KENNA'S TENT-AFTERNOON**                       7

Kenna barely looks up from the book she's reading as the
motion at the front of the tent alerts her someone is there.
Kenzie stands in front of Isiah at the threshold.

> KENZIE
> I'm Kenzie, you said we could come
> today.

Kenna pops up on light feet and steps forward, Immediately
coming into Kenzie's space and smoothing her hair behind her
ears.

> KENNA
> You're blocked.

> KENZIE
> It's causing problems between us.

Kenna is as matter of fact as a nurse as she casually reaches
over his pants to assess the size of Isiah's dick. She barely
reflects her findings.

CONFIDENTIAL

3.

                    KENNA
          We'll loosen up whatever is holding
          you back. Come in.

Kenzie slips in and waits by the bed, Isiah starts to follow
but Kenna stops him.

                    KENNA
          You wait out here. This is women's
          stuff. I'll call you when we're
          ready.

Kenna closes a curtain/tent flap against Isiah as she turns
her attention back to Kenzie.

She begins a series of strippings, wiping her eye make up
down with her thumbs, removing the stockings and get up. She
wraps a stocking around Kenzies eyes to make a blindfold.

                    KENNA
          Lose the accessories to find it.

She grabs a bowl of rose oil and starts tracing symmetrical
shapes between Kenzie's legs.

Isiah peeks as Kenzie begins to react to the touch. As if she
has eyes in the back of her head, Kenna waves him away and
Isiah retreats back behind the curtain. After more of this
play with the oil, Kenzie looks like she might come and Kenna
calmly shoves the stocking in her mouth instead and keeps
going. It cuts the orgasm short.

                    KENNA
          Not yet. We must build it for
          strength.

Kenna keeps the tactile play, now softly running her fingers
up and down Kenzie's thighs. Kenzie's breathing is deeper.

Improvised tantric foreplay with Isiah peeking in every so
often. Finally Kenzie falls into a guttural orgasm. Two rose
quartz ben wa balls fall out of her and into Kenna's hand,
soaked. Isiah has snuck back to watching. Again, as if she
has eyes in the back of her head, Kenna motions to him, this
time bringing him in. When he's next to Kenna's shoulder she
takes his cock out of his pants and guides it toward Kenzie,
who is a dripping puddle.

                    KENNA
          You should fit now.

Kenna inserts his cock slowly into Kenzie.

CONFIDENTIAL

4.

**8**  **INT./EXT. KENNA'S TENT—AFTERNOON**                                    **8**

BGG to finish.

1     **INT. ATTIC ROOM-NIGHT**                                    1

      The whirring sound of a machine fades us in off black until
      we come to a bare foot pressing into a pedal. It lets off and
      the whirring stops, then a moment later starts up again, the
      glint of the light twisting off the red of the polish.

      We go to a shot of lavender fabric slipping through fingers
      as it runs through the sewing machine

      We go to a shot on the woman's face--Emily's eyes are large
      and dark in the light. She focuses intently on what she's
      making. The whirring stops. She cuts a thread with her teeth

      A centered wide shows her examining the piece but we can't
      see it behind the machine

      We go to a shot of the bra in her hands and then return to
      her face. She's annoyed with it.

2     **TITLE CARD: TAILOR MADE**                                  2

      The whirring starts up again.

3     **INT. ATTIC ROOM-NIGHT**                                    3

      Emily is at the table again, she leans over something with
      intent focus. There's a sharp rap and then the door swings
      open but Emily doesn't break concentration.

      Scarlit enters. She scans the room and sees that one bed is
      left ready for a new occupant and Emily's is well used. She
      looks over at Emily, who doesn't acknowledge her, then heads
      to the bed. She swings a bag on it and sits down and looks
      around.

                          SCARLIT
                You're Emily

      We go in front of Emily as she holds up a Swarovski crystal
      with tweezers, the light glints through. Emily is still
      intently focused by answers clinically and courteously

                          EMILY
                Yes. You're the new girl?

                          SCARLIT
                I'm on a two week contract. What
                about you?

2.

                    EMILY
          My contract expired a long time ago

                    SCARLIT
          Then why are you still here

We go to a shot above Emily as she inspects her piece, then
stretches the length of crystallized blindfold high above her
as she looks at it. This time she's pleased.

                    EMILY
          Because I'm good

When she starts to lower it our camera angle allows us to see
it as it's intended to be worn. A heavy thumping beat starts.


**4     INT. ATTIC ROOM-NIGHT                                    4**

The thumping beat continues as bass coming through the walls
along with party chatter as Emily reads a book calmly in bed
as Scarlit sits up noticeably agitated in hers. Something
plays on the laptop in front of her and she wears headphoneS
to hear it as she pushes food around a TV dinner tray
listlessly. She looks over at Emily a few times before she
tears the headphones off.

                    SCARLIT
          How can you get any sleep with this
          noise

Emily shrugs. We hear a drunken shriek of laughter and the
shatter of glass outside

                    EMILY
          They're only two nights a week.

Emily turns off her bedside lamp and closes her book.

                    EMILY
          Try at least. The first fitting will
          be here before you know it.

With that, Emily rolls over and seems to go to sleep easily.
Scarlit is reluctant to shut everything down but pushes her
laptop to the end of the bed and eventually turns the light
out. The sound of the base coming through the walls is
stronger than ever and the party is lively. Scarlit tosses
and turns a few times and then rips the headphones out of the
jack and puts them on. It helps a little. She closes her eyes
and sighs


**5     INT. ATTIC ROOM-MORNING                                  5**

Scarlit's eyes open and she takes a minute to make sense of what she's seeing. We go to a reverse as the panic hits her face. Troy stands naked against the wall with just a phantom of the opera style mask on. We reverse back to Scarlit, who scrambles backwards and grabs the butter knife off last nights TV dinner and aims it at him

                    EMILY
          Relax, he's here for us

                    SCARLIT
          That's what I was afraid of

Emily leads Troy over to the fitting platform and he steps on dutifully as she starts measuring him. She makes eye contact with Scarlit

                    EMILY
          Not a good look to be late on your
          first day

She makes a measurement note in her notebook and tosses a roll of measuring tape at Scarlit too. Scarlit stands up and joins, completely weirded out but taking cues from Emily.

                    EMILY
          Get his inseam

Scarlit works at doing that while grappling with his dick hanging in her face

Emily stops to pour coffee from a thermos, then turns with the cup back to Scarlit

                    EMILY
          Coffee?

**6      INT. ATTIC ROOM-NIGHT                                6**

Same party noises and pounding bass through the walls as Scarlit and Emily sit in the room. Emily is still messing with the piece she was unhappy with earlier, she can't get it right. Scarlit sews feathers on an elaborate feather train that is tied around a mannequin

                    SCARLIT
          What goes on out there

Emily takes a moment to hear her, then shrugs

                    EMILY
          Not my job to know

4.

                    SCARLIT
          Is everything just about your job?

                    EMILY
          People come in, they wear their
          chosen masks, we create elaborate
          pieces to fit with what they've
          chosen, they party, we stay out of
          it. That's the job. So yes,
          everything you've asked so far is
          just about my job.

Scarlit is silent for a moment, clearly interested in what's
going on the other side of the walls. Her work slows down and
then stops. She creeps over to the door

                    EMILY
          Don't open that!

Scarlit does. We see a flash of what she sees. She slams the
door quickly and looks back at Emily. Both seem frozen, and
then Scarlit slowly opens the door again. She gets down low
on the floor and a slant of yellow light falls across her
eyes in the moonlit room

Emily watches her, then slowly joins, her cheek stacking on
Scarlit's as the two watch.

We see their POV through the cracked door as feet pass by and
bodies writhe, then turn around to see their eyes through the
door and return again to inside the room where their chests
rise and fall as they watch

As the crowd parts, Troy steps forward holding a scotch on
the rocks. He scans the room and then notices the door. When
he looks closer he sees them

**7     INT. ATTIC ROOM-NIGHT                                7**

Emily and Scarlit move quickly to slam the door, both of them
scooting backwards on the floor and out of breath. After a
moment, there's a knock at the door. The two look at each
other. The knock comes again. It's insistent. Scarlit and
Emily both hold their breaths as the knocking stops and then
the door handle is tried. The door opens slowly and Troy
enters.

                    TROY
          Shouldn't you two be at the party?

                    SCARLIT
          It's not our party

                    TROY
          It's not my party but I'm there

Emily looks at Scarlit like she's the ringleader now

                    SCARLIT
          So what do ya'll just wear masks so
          you can get into your kinks without
          other people knowing about it

Troy takes a sip of his drink

                    TROY
          Pretty much sums it up

                    SCARLIT
          So what's your kink

                    TROY
          I don't like labels.

                    EMILY
          Ok, if we were out there what would
          you do to us

Troy looks Emily up and down

                    TROY
          Well you, I'd probably use one of
          these things on you pretty quickly

He grabs her sequined blindfold

                    EMILY
          Why's that?

                    TROY
          You have lips I'd like to see quiver

He puts the blindfold on her. Her lip quivers slightly and
the satisfaction registers on his face

                    SCARLIT
          What about me?

Troy looks at her, seems to size her up

                    TROY
          You look like someone that likes
          more of a fight

He grabs the candlestick and drips it quickly on her. She
gets mad

CONFIDENTIAL

6.

                    SCARLIT
          Ow!

                    TROY
          Shhhhh

He takes an ice cube from the drink and rubs it on top, then
blows on it and peels it back. She sucks in air at the
sensation

                    EMILY
          What'd he do?

Scarlit grabs the candle and does the same to Emily. This
tentative play slowly builds.

8    **INT. ATTIC ROOM - NIGHT**                                    8

BGG TO FINISH

ORIGINAL

CHYRON over stock footage of MALIBU

TITLE: INFLUENCE

PRE-LAP

The sound of a car revving and taking off.

                                        HARD CUT TO

**INT - CAR - EARLY MORNING**

Several shots reveal KENZIE as she sits in the drivers seat.
She's wearing a fur coat with nothing under. Throughout the
sequence we hear the engine rev up and down, putting emphasis
on KENZIE'S throbbing libido.

                    KENZIE
          So... what do you think?

REVEAL - KENZIE is having a FaceTime call teasing someone on
the other end of the call.

                    KENZIE
          Easy access for when I pull up.

                    JAX
          Damn.

KENZIE smiles.

                    JAX
          What you waiting for?

KENZIE bites her lip.

INSERT of KENZIE putting the car in drive.

**EXT - STREET - EARLY MORNING**

KENZIE's red lambo peels off down the road.

                    KENZIE VO
          Once I started shooting for VIXEN, my
          VXN Fans account blew up and now I
          have zero time for anything.

**INT - CAR - EARLY MORNING**

INSERT of KENZIE's hands on steering wheel. She's wearing a
gold watch and has red glossy nails.

               KENZIE VO
      If I'm going to take even a minute out
      of my day, it better be worth it.

INSERT of KENZIE's eyes in rear view mirror.

INSERT of KENZIE biting her lip in the rearview mirror.

**EXT - STREET - EARLY MORNING**

KENZIE's red lambo peels off down the road.

**INT - CAR - EARLY MORNING**

INSERT emphasizing her bare chest under her fur coat.

               KENZIE VO
      JAX.
         (Moans)
      Oh JAX. The only man I drop everything
      to see.
         (Breathes deeply)
      Just saying his name made me drip.

INSERT emphasizing her bare pussy under the fur coat.

               KENZIE VO
      For girls like me, girls who live to
      fuck, he's like a... doctor. A dick
      doctor.
         (Laughs)
      He just... knows.

KENZIE aggressively changing gears on the stick shift.

**EXT - STREET - EARLY MORNING**

KENZIE's red lambo peels off down the road.

**INT - CAR - EARLY MORNING**

INSERT of KENZIE biting her lip harder.

> KENZIE VO
> I might get paid *really* well to have
> sex on camera...

INSERT of KENZIE starting to finger herself.

> KENZIE VO
> ...but with JAX... the fuck *is* the
> reward.

INSERT of KENZIE's foot on the pedal, pressing down harder

**EXT - STREET - EARLY MORNING**

KENZIE's red lambo peels off down the road.

**INT - CAR - EARLY MORNING**

INSERT of KENZIE biting her lip harder still.

> KENZIE VO
> He's the only guy in the world that
> could fuck me the way I need to be
> fucked.

INSERT of KENZIE fingering herself more aggressively.

INSERT of KENZIE's hand griping the steering wheel hard.

**EXT - STREET - EARLY MORNING**

KENZIE's red lambo approaching the destination.

**INT - CAR - EARLY MORNING**

INSERT of KENZIE fingering herself more aggressively. She's
moaning hard, approaching orgasm.

> KENZIE VO
> Every. Single. Time.

CONFIDENTIAL

4.

INSERT of KENZIE's hand slamming down on the seat next to her and then grabs the stick shift. She grips it so hard her knuckles turn white.

**EXT - DRIVEWAY - EARLY MORNING**

We see KENZIE's car approach. As the camera pulls back, we see someone in the foreground, dressed in a robe, watching from a distance.

> KENZIE VO
> When you have an appointment with the "dick doctor"...

The car suddenly stops.

**INT - CAR - EARLY MORNING**

TIGHT SHOT of KENZIE as she shoots her head back in ecstasy

> KENZIE VO
> …you better keep your day open...

TIGHT SHOT of KENZIE leg's quivering as she orgasms. She suddenly and aggressively spreads her legs as her fingers finish the job.

> HARD CUT TO

**EXT - DRIVEWAY - EARLY MORNING**

GRAPHIC MATCH of KENZIE's legs spreading to the doors of the lambo opening (keep a similar momentum).

> KENZIE VO
> …because they usually run long.

KENZIE takes a few steps towards the man in the foreground. She stops and stands with a slight tilt, letting the fur coat swing open on it's own momentum, revealing her naked body underneath. KENZIE's horniness is dripping at this point (maybe even literally - try to get a shot where she opens legs in the foreground - with sweat dripping down her inner thighs - framing JAX in the background as he looks at her).

REVEAL - JAX, dressed in a white robe, watching with intent.

CONFIDENTIAL

5.

JAX approaches KENZIE and takes charge.

***CHRIS' SUPER STYLISH CAR SCENE INSERTED HERE***

<u>Included in above sequence:</u>

- BJ on hood of car. Glossy red lips around Jax's throbbing missile.

- After sufficient BJ, KENZIE reaches for JAX's robe belt, and slowly and deliberately wipes her face clean from the mess they made.

                    JAX
          Let's go inside.

KENZIE, still gazing up at JAX nods her head slowly. Jax slings Kenzie over his shoulder and carries her off screen.

CONFIDENTIAL

<u>SCRIPT TITLE</u>

Written by

Name of First Writer


Based on, If Any

Address
Phone Number

INT. MANUEL'S HOSPITAL ROOM-DAY

Begin on black with the sound of an automobile crash, then we
hear the wailing of a siren (if we have time we'll get this
as video shot--driving just before crash)

Shot: siren lights

Shot: fuzzy POV off gurney up to rushing nurse, panic
everywhere. Reverse shot to Manuel's eyes as they flutter
closed. A heartbeat monitor sound picks up as the sound of
the doctor's voice fades out. Title card rises up:

                    FLORENTINE


INT. MANUEL'S HOSPITAL ROOM-DAY

Heartbeat monitor sound fades us in on a shot of Manuel
sleeping. We hear all of the background din of a hospital and
see a few shots aroudn the room before the door opens, noise
rising with it

Angela and Kenzie bustle in with a ton of commotion. Angela's
clearly the lead and Kenzie is trying to keep up. Kenzie
holds a clipboard as Angela continues a conversation that
started outside

                    ANGELA
          I'm going to skip my break, we've
          still got 16 beds ahead of us.
          What's this one's deal

                    KENZIE
          Male, 35, car accident. Trauma to
          his left leg. Doctors performed
          surgery on arrival. They're doing
          scans this morning, he hasn't woken
          up

Angela grabs the chart, looks at it

                    ANGELA
          How long has he been with us?

                    KENZIE
          Came in through the ER late last
          night. Car accident

Angela continues flipping through the paperwork as Kenzie
turns around and preps something on a tray

                    ANGELA
          Ok it says here 1200 milligrams-

2.

Kenzie holds up the syringe

                    KENZIE
          Already got it

Kenzie goes to add the medicine as Angela throws back the
curtain to get a better look. She stops in her tracks. The
man is beautiful. She seems taken aback by it for a moment,
then catches herself and pulls back out, checking to see if
Kenzie noticed. She didn't. Angela looks back once more. Hard
cut to black reveals a title card:

                    MONDAY


INT. MANUEL'S HOSPITAL ROOM-DAY

Bandages wind toward camera as Angela replaces a wrap on
Manuel's wrist. At the end, she goes to place his arm under
the linen, then we feel her struggle silently with something.
She dismisses it and fills the IV with his medication, then
returns to what we can see is becoming an obsessive thought.
Finally, she builds up the courage to peek. Once she does,
she puts her mouth in her palm (I can't describe this action
well--will show). She sits there for another moment and we
see the dissonance build before she goes to look again and
then stops herself. Just then, Kenzie throws back the
curtains

                    KENZIE
          Do you have the discharge paperwork
          on 4?

Angela snaps back into herself

                    ANGELA
          Of course

She moves toward Kenzie and we are hit with another hard cut
to black on a new title card

                    TUESDAY


INT. MANUEL'S HOSPITAL ROOM-DAY

The black of the title card fades into the black of the room.
Angela throws the curtain open, we see her silhouette as she
turns efficiently back in Manuel's direction, then she stops
suddenly

Her reverse shows Manuel staring at her placidly. There's a
similar sort of immediate attraction in his eyes.

3.

They stand in this stare off for a moment, both unsure of
what to do with the other. Finally, Manuel speaks quietly

                    MANUEL
          Hello nurse.

Reverse to Angela, who sucks in a breath of air. Hard cut to
black for another title card

                    WEDNESDAY


INT. MANUEL'S HOSPITAL ROOM-DAY

Kenzie and Angela work in unison to help Manuel change into a
backless hospital gown. The silence between the three is
heightened by the overwhelming rustle of the fabrics. Angela
and Manuel keep stealing looks between each other, Kenzie
doesn't seem to notice. When he's ready, one of them pulls up
a wheel chair.

                    MANUEL
          Are MRIs uncomfortable?

The two women work together to help him in the wheelchair

                    ANGELA
          You might be a little cold. It
          won't take long

                    KENZIE
          The noise can be annoying

                    ANGELA
          We'll get you some ear buds

                    KENZIE
          What kind of music do you want

Manuel looks up to Angela instead of Kenzie

                    MANUEL
          Whatever you recommend

Angela tries not to seem affected

                    KENZIE
          Ready?

                    ANGELA
          I'll take him

                    KENZIE
          You sure? It's on my way

4.

INT. HALLWAY-DAY

Angela pushes Manuel toward camera in a wheelchair. There's a
frozen quality to them both, as if neither knows what to do
next. They come closer and closer as we hear the slight
sounds of the creaking chair and the background noises of the
hospital filling their silence. We see Manuel adjust his arm.
As they pass camera, we see he's positioned his hand so that
his skin is touching her skin. Hard cut to black and a new
title card hits

                    THURSDAY


INT. SINK-DAY

Angela is filling a basin with water. We feel her nervousness
as she tries to get her emotions under control. She stops and
takes an obvious breath, exhaling slowly. She finishes
prepping the set up and puts it on a tray, begins wheeling it
out


INT. MANUEL'S HOSPITAL ROOM-DAY

We start on a low angle of the tray wheels coming in and then
see Angela enter the room. Manuel is asleep. Angela stands
over him before nudging him awake gently. We go to his POV,
grabbing a heavenly shot staring up at Angela as the light
shines from behind her. She feels ethereal, dreamlike

                    ANGELA
          Ready for your bath Mr. Ferrara?

Manuel sits up.

                    MANUEL
          Sorry, I don't know why I'm
          sleeping so much

                    ANGELA
          It's normal

She sets herself up next to him and puts her hand out to
signal for him to lift his arm. He does, and she begins
washing.

                    ANGELA (CONT'D)
          You seem to be feeling better

                    MANUEL
          Yeah, the doctor said I'd be out in
          a few more days

                        ANGELA
            Pain is manageable?

                        MANUEL
            What does not manageable look like

                        ANGELA
            Well, you're able to talk to me

                        MANUEL
            I'm winning then

Angela blushes slightly at the compliment, then they both
fall silent. We feel them trying to grab looks at each other.
The tension rises as Angela is working down toward Manuel's
crotch. We see them both becoming more nervous about arriving
there. Soon the heart rate monitor speeds up, giving him
away. It becomes almost an alarm, incessant. His breathing
increases as he becomes more aroused. Manuel tears finally
tears it off to shut it up. Hard cut to black in the motion.
Final title card:

                        FRIDAY

We come back in as they jump each other. Maybe the water
spills. Passionate, heated BGA to finish. At the end, Angela
reaches for the sponge and cleans his dick off. We float up
to find Kenzie passing through. She sees the scene, smirks,
and keeps walking

CONFIDENTIAL

SEX WITHOUT LOVE

Written by

KAYDEN KROSS

Based on, If Any

Address
Phone Number

INT. DINNER PARTY-NIGHT

The din of a dinner setting rises as we come in on a circular
table at which ten formally attired people sit. Everywhere we
look we feel wealth, quality. The only colors we see are
black clothing with accents of white, a white table linen,
small touches of red on the roses, the fingernails, the lips
of women and the undersides of their shoes. Candles flicker
and each guest has wine or champagne at their fingertips. We
understand that we are on the other side of the dinner.
Plates are mostly empty, the guests chatter easily and with
an air of fullness. We see all of this from just behind the
elegant neck of a delicate blonde woman, Jessie. Her hair
is up in a low twist and she wears a diamond necklace, drop
earrings. We understand that she's watching the guests but
not actively participating; there is a quiet hesitation. Soon
the guest to her left begins running a hand up the arm of the
guest sitting on the other side of that, and that guest
caresses the person on her other side. Our jib shot sweeps
out from behind Jessie in a semi-circle as this domino
affect of increasingly sexual touch moves down the table.
The shot lands squarely on Jessie now, and we are able to
see her face for the first time. She stares evenly ahead,
then takes a sip of champagne as she watches.

                    Jessie (V.O.)
            How do they do it?

We go to Jessie's POV, and see that she's focused most on
the woman who sits exactly opposite her. Jada is opposite
Jessie in every way. She wears deep red lips and stick
straight hair and we can see the the four people on either
side of her are all leaning in her direction. She is the
peak of this energy. Jada lifts her chin to give room to a
guest who moves to suck on her neck

                    Jessie (V.O.)
            The ones who make love without love

A man stands and brings a woman to him and a piece of
clothing is lost in the process that is so smooth it feels
like a dance, rehearsed, hypnotic. We see our first glimpse
of latex below the formal clothing. Jessie looks down into
the blade of a knife and sees another reflection of nudity
this transition blends us with

INT. ICE SKATING RINK-DAY OR NIGHT

The blade of a skate cuts the ice as Jade glides across it.
She wears a full latex cat suit. We go wide as her figure
lands centered in the shot.

2.

A heavy spotlight backlights her form and haze twists in the
air as she spins in place (note: the audio track is super
important here--choose before shooting. Spin should pair with
a place in the track that is ramping up)

INT. DINNER PARTY-NIGHT
Jessie watches Jada's arm reach for Oliver's and pull him
to her. Jada's catsuit is now revealed beneath her clothing
at the table

INT. ICE SKATING RINK-DAY OR NIGHT
Jada pulls Oliver in on the ice. Her hand creeps up his neck,
nails dig in

INT. DINNER PARTY-NIGHT
Jessie watches fingers hook in flesh, there is more nudity
and latex than before, everything is progressing

INT. BUTCHER SHOP ABSTRACT

Meat swings on a hook


INT. DINNER PARTY-NIGHT
We see raw uneaten meat still on a plate. Jessie watches a
woman drink wine as a man goes down on her

INT. ABSTRACT
A naked female form stands on a turnstyle as wine runs down
her body, men crawl from below to lap it up

INT. DINNER PARTY-NIGHT
Jessie watches as the interactions escalate. A chair is
turned around and a woman sits on it as it rocks with the
motion of the man fucking her. The sound of the chair
scraping and hitting runs to the beat of the words Jessie
speaks
                    Jessie (V.O.)
              How do they come to the

3.

                    Jessie
          (V.O.) Come to the

                    Jessie
          (V.O.) Come to the

The woman throws her head back, gasps

                    WOMAN 1
          God

Jessie stands up and leaves the scenes hurriedly,
overwhelmed. Her steps blend with the steps she takes in
the next scene as


INT. ABSTRACT SPACE

Jessie walks in a completely black space until she happens
upon a shallow puddle in the black floor
                    Jessie (V.O.)
          Come to the still waters

Jessie looks down, sees her reflection in the water

                    Jessie (V.O.)
          And not love the one who came there
          with them

Jessie looks up across the water, sees only herself.
Steam rising off her skin (plate shots allow us to see
both versions of Jessie in the last frame of this
sequence. They stare at each other)


INT. DINNER PARTY-NIGHT

Silicone drips off hands, lubricates genitals and latex
indiscriminately

                    Jessie (V.O.)
          These are the true religious, the
          purists

A stunning rope is secured at the end of a rope design as the
bodies writhe around

                    Jessie (V.O.)
          The pros

4.

INT. HALLWAY-NIGHT

Jessie takes a step forward as she watches from her place
at a distance, leans in wide eyed. A cross falls across her
face where she lands in the shadows

                    Jessie (V.O.)
          The ones who will not accept a
          false messiah


INT. ABSTRACT

Latex clad limbs writhe and twist to an undulating beat as
snakes slither over the top. The entire image fills the frame
like a bottomless snake pit

                    Jessie (V.O.)
          Love the priest instead of the god


INT. DINNER PARTY-NIGHT

Jada grabs the back of a man's head, shoves it into her
crotch and uses his face for her pleasure. Her hips writhe
against him and she turns her face directly to Jessie.
Jessie's eyes are careful when they meet her gaze

                    Jessie (V.O.)
          They do not mistake the lover for
          their own pleasure. They are like
          great runners


INT. ABSTRACT

Jessie steps away from the puddle in the black space.
She begins to jog in the direction of white light
spilling through a doorway

                    Jessie (V.O.)
          They know they are alone with the
          road surface


INT. DINNER PARTY-NIGHT

Skin strips out of latex, hard nipple shows through

                    Jessie (V.O.)
               The cold
Macro of rhythmic breathing from a guest as orgasm builds

5.

                    Jessie (V.O.)
          The wind.


INT. HALLWAY-NIGHT

Jessie is moving toward the party at a pace now similar to
the pace she had in the abstract space. Her look begins to
change into the look of the other version of herself she
saw across the puddle

                    Jessie (V.O.)
          Just factors.


INT. DINNER PARTY-NIGHT

Reverse pushes in on the orgy as Jessie closes the

distance           Jessie (V.O.)
          Like the partner in bed

Reverse back to Jessie

                    Jessie (V.O.)
          And not the truth

She slips a strap off her dress, looses it entirely as it
falls to her feet on the floor. We go to this shot and the
she comes more fully into frame as she walks away from us,
her back frontlit against the sea of people undulating behind
her

                    Jessie (V.O.)
          Which is the single body alone in
          the universe against it's own best
          time

Jessie grabs someone by the hair, pulls them to her
mouth. Orgy to finish

CONFIDENTIAL

<u>SCRIPT TITLE</u>

Written by

Name of First Writer


Based on, If Any

Address
Phone Number

INT. BREAK ROOM—NIGHT

Kenzie enters, looks at her charts. She rubs her eyes, it's late. She checks the clock. We watch her brew a tea and then there's a sharp rap at the door. Kenzie looks up. A woman stands holding a vase of roses and a card.

                   VALERIE
        Excuse me, I'm looking for room 462

Kenzie seems a little confused, but pulls herself together

                   KENZIE
        Down the hall to the left, but
        visiting hours are over, only
        immediate family members can be
        here after 6

                   VALERIE
        Right. I'm his wife

Kenzie manages to control her reaction, and as Valerie leaves she gives us a fine baby yoda sipping tea moment

INT. HALL—NIGHT

Our shot starts on the room number 462 before pulling out to show Manuel in his hospital bed, Valerie making small talk with him as she perches on the side. She touches his face tenderly. Kenzie passes by with a knowing look on his face. Ominous music rises up

Title card: Florentine 2

INT. HOSPITAL ROOM—MORNING

Kenzie walks in and does the same curtain opening shot that we saw in part one, making the black of the title card turn into a sudden wash of light as Kenzie turns around. Manuel is startled awake

                   KENZIE
        Morning!

                   MANUEL
        Morning...

2.

                    KENZIE
          Sorry it's just me today, it seems
          like there must be a clerical
          mistake, they're saying a request
          was put in to pull you off Angela's
          rounds?

Manuel plays dumb

                    MANUEL
          I don't know where that would have
          come from

                    KENZIE
          Maybe your wife?

Manuel is silent, he doesn't know how much Kenzie knows.
Kenzie smirks as she turns toward camera, filling up a
syringe. Manuel eyes her, then her figure. She turns around
abruptly and adds the medicine to his IV

                    KENZIE (CONT'D)
          Anyway, you're almost in the clear
          now right?

                    MANUEL
          What do you mean?

Kenzie goes for her chart

                    KENZIE
          I show they're discharging you
          tomorrow at 10am. Do you have
          someone to pick you up?

                    MANUEL
          My wife

Kenzie leaves toward camera

                    KENZIE
          Excellent


INT. HOSPITAL ROOM-MORNING

We start on black, and then a flashlight pops on toward
camera, Kenzie's face just behind. She tinkers with something
and then we see that she's setting the hands of a clock back,
when she's finished she quietly replaces the clock and then
moves for the curtains, once again throwing then open to
startle Manuel awake

                        KENZIE
              Morning Mr. Ferrara!

Manuel tries to block the light with his arms, he's still
half asleep

                        KENZIE (CONT'D)
              It's your last day

We get a repeat as Kenzie adds something to a syringe, she
has a diabolical look on her face as Manuel adjusts sleepily
in the background. She moves toward the IV and inserts it

                        KENZIE (CONT'D)
              How are you feeling?

                        MANUEL
              Fine, glad to be going home

                        KENZIE
              I bet

She moves to the drawer and pulls out a fresh hospital gown

                        KENZIE (CONT'D)
              Let's get a fresh gown on you

                        MANUEL
              Do I need that? I'm going home in a
              couple of hours aren't I? What time
              is it?

He looks at the clock, it says it's a few minute past 7am. He
seems slightly thrown off but doesn't think anything of it

                        KENZIE
              We don't stop care until you're out
              of here, sit up

Manuel starts to breathe a little heavier

                        KENZIE (CONT'D)
              Everything ok?

                        MANUEL
              Yeah, it's just, is it hot in here?

                        KENZIE
              You look a little flushed, let's
              cool you down

She strips the sheets off of him, pulls off his hospital gown

4.

                    MANUEL
          What medicine did you give me?

                    KENZIE
          Your usual dose, why

                    MANUEL
          I feel strange

Kenzie leans over him to reach the IV bag, her breasts are in
his face

                    KENZIE
          Everything looks normal, I don't
          know what to tell you

Manuel notices he has a boner now, he tries to cover it up

                    MANUEL
          I'm sorry, I don't know what's
          going on

Kenzie puts a glove on (Janine Lindemulder shot)

                    KENZIE
          Mind if I check?

Manuel nods, out of breath. She handles his dick and balls
expertly, feels around. We feel him almost cry out from the
sensation

                    KENZIE (CONT'D)
          Strange

She pulls out her little flashlight and jumps on top of him
in cowgirl

                    KENZIE (CONT'D)
          Let me check your pupils

Manuel is completely lost to her now, she pushes closer to
him

                    KENZIE (CONT'D)
          I can fix this for you if you want

Manuel looks nervously to the door, he looks back to Kenzie.
We feel how cornered he is. His dick is raging. She plays
with him. He finally lunges for her. **BG to finish.** At the
end, Kenzie jumps off easily and grabs her stuff as she goes
to exit. The wife is standing slack jawed with roses in hand

                    KENZIE (CONT'D)
          He's all yours.

<u>SYNOPSIS:</u> **KENZIE BROKE HER NUMBER ONE RULE: SHE FELL IN LOVE WITH A MARRIED MAN. TIRED OF WAITING AROUND FOR HIM, SHE GIVES HIM AN ULTIMATUM – HER OR HIS WIFE. WHEN HE GHOSTS HER, SHE REACTS IN FRUSTRATION.**

-----------------

**EXT – CITYSCAPE – SUNRISE**

Establishing shot of the sun rising over the city

**INT – BEDROOM – EARLY MORNING**

A series of TIGHT SHOTS show details of the situation before the whole.

TIGHT SHOT of two empty glasses of champagne near an ice bucket.

REVEAL – the ice in the bucket as all melted and the bottle is unopened.

TIGHT SHOT of expensive jewelry on their neck, ears, wrist.

TIGHT SHOT of a phone screen a series of unanswered texts are on screen:

**KENZIE: "How far are you?"**

**KENZIE: "Are still you coming?"**

**KENZIE: "Why are you not responding?**

TIGHT SHOT of her texting furiously:

**KENZIE: "Are you fucking with me?"**

WIDE REVEAL – KENZIE sitting in bed staring at her phone, visibly upset. She was clearly waiting for someone who never came.

> KENZIE VO
> I used to have an easy life. That was until I fell in love with a married man.

KENZIE leaves off-screen at a frustrated pace.

2.

**INT – WALK IN CLOSET – EARLY MORNING**

KENZIE enters the closet and takes it all in.

REVEAL – tons of expensive clothing and accessories.

              KENZIE VO
      I was the mistress. That was the deal
      going in. He would come and go as he
      pleased, and in return he'd buy me
      anything my heart desired.

KENZIE puts her phone down, slowly walks around the closet,
brushing her hand against all her nice things.

              KENZIE VO
      Standard practice... but things
      changed somewhere along the way. What
      I wanted couldn't be bought. So when
      he told me he felt the same way... I
      was elated. I've never felt so good in
      my life. But he needed time. Too much
      time. A week. A month. A year. I
      waited for him like a good mistress.
      Like a damn fool.

Something snaps in KENZIE, she rushes to her phone.

A series of INSERTS of KENZIE's phone as KENZIE types and
sends a series of furious texts.

**KENZIE: we're through**

**KENZIE: I never want to see you again**

**KENZIE: you're not a real man**

**KENZIE: you're a bitch**

**KENZIE: stay with your old pussy**

**KENZIE: fuck you and your wife**

              KENZIE VO
      But I was done waiting around. I was
      done being the other woman. It was my
      time. So last night I gave him the
      ultimatum... and here we are.

KENZIE grabs a suitcase and starts to frantically grab stuff
from the closet and jam it in.

                    KENZIE VO
          And there I went.

She then goes to a safe and opens it. She takes out a large
sum of cash and jewelry.

When KENZIE turns away from the safe, she stops and stares at
something off-screen.

REVEAL - MICK in the doorway, looking at her, exhausted,
annoyed.

                    KENZIE VO
          But then... he came.

They stare at each other for a few moments, and then MICK
breaks the silence.

                    MICK
          I can explain...

As soon as he opens his mouth, KENZIE rushes towards him,
angry. She interrupts him.

                    KENZIE
          You had your chance. And you fucked
          it. I don't ever want to see your
          fucking face again.

KENZIE tosses the cash in her hand in MICK's face. She then
turns back to go back towards the suitcase, on her way taking
one last stab at him.

                    KENZIE
          You're not a man, a man can make a
          decision. You're a child-

KENZIE is about to drop the jewelry into the suitcase and
suddenly, a hand grabs her wrist from off-screen.

KENZIE turns to MICK, he's looking at her stern.

KENZIE looks back, not flinching.

                    KENZIE
          Fuck you.

CONFIDENTIAL

4.

After saying her words, SHE lunges at MICK and they kiss
hard.

                         KENZIE VO
               And then... we came.

Sex actions all around the closet as they both release their
pent up rage on each other in a sexual explosion (tearing /
ripping clothes both ways, rough foreplay both ways, etc etc)

Eventually leads to the bedroom for sex.

CONFIDENTIAL

**SUMMARY: KENZIE AND JACK PLAY A GAME OF COUPLES' BEACH
VOLLEYBALL AGAINST LIYA AND AARON. KENZIE AND LIYA MAKE A
BET: WHOEVER WINS GETS TO HAVE SEX WITH THE LOSER'S
BOYFRIEND. KENZIE WINS, BUT LIYA GETS A CONSOLATION PRIZE.**

----------

**EXT. BEACH - DAY**

CLOSE SHOT: Female hands serve a volleyball

> KENZIE (VO)
> Good.

CLOSE SHOT: Female hands return a volleyball.

> KENZIE (VO)
> Giving.

CLOSE SHOT: Female hands spike a volleyball.

> KENZIE (VO)
> Game.

REFRAME: KENZIE and JACK are on one side of a volleyball
court, LIYA and AARON on the other. A game is in progress.

> KENZIE (VO)
> It's the best way to be in the
> bedroom, but it also applies to close
> friendships.

LIYA returns the ball.

> KENZIE (VO)
> Liya and I love to keep each other on
> our toes.

FLOOR SHOT: KENZIE's feet dig into the sand. The ball falls
out of reach.

AARON smiles. JACK shakes his head.

> KENZIE (VO)
> If it wasn't for our friendly
> competition, we probably never would
> have landed such hot boyfriends.

CONFIDENTIAL

2.

LIYA approaches the net to speak with KENZIE. KENZIE holds
the ball.

                    KENZIE (VO)
          We also love a good wager.

                    LIYA
          Looks like we're tied. Care to make
          this interesting?

                    KENZIE
          What do you have in mind this time?

                    LIYA
               (looking past KENZIE)
          If I win…

JACK stretches.

                    LIYA
               (offscreen)
          I get to fuck Jack.

KENZIE scoffs.

LIYA takes a step closer to the net.

RACK FOCUS: LIYA in focus, the background is a blur.

                    LIYA
          If you win…

LIYA points over her shoulder.

REFOCUS and REVEAL AARON, standing out of earshot.

                    LIYA
          You can have your way with Aaron.

KENZIE looks off to the side for a beat, then nods.

                    KENZIE
          You're on.

                    LIYA
          Be careful now...

LIYA backs off from the net.

CONFIDENTIAL

3.

                          LIYA
              He might have his way with you.

KENZIE gets into position and serves the ball.

VOLLEYBALL MONTAGE. A long, fierce rally.

                          KENZIE (VO)
              Nobody likes a sore loser. But I knew
              that if I lost, Liya would never let
              me live it down. Losing with dignity
              would be impossible, so losing at all
              wasn't an option.

LIYA almost scores on KENZIE but she saves it.

SLOW MOTION: Finally, KENZIE spikes the ball.

SLOW MOTION: LIYA dives for it, but -

The ball drops just out of reach.

LIYA turns over and is shocked to see a hand reaching out to
her.

                          KENZIE (VO)
              Like I said, good, giving game.

LIYA's POV: LOW-ANGLE on JACK, extending his hand out to
LIYA.

                          KENZIE (VO)
              Nobody likes a sore winner either.

LIYA takes JACK's hand. He lifts her up.

LIYA watches KENZIE approach AARON and put her hands on his
chest.

                          LIYA
                       (to JACK)
              And you're okay with this?

CLOSE SHOT: JACK dusts sand off LIYA's ass.

LIYA looks in JACK's eyes. In the background, KENZIE and
AARON are already making out.

4.


LIYA turns and notices KENZIE's hand roaming down to AARON's crotch. She turns back and kisses JACK.

Foursome ensues.

----------

PROPS: Volleyball, volleyball net

<u>SUMMARY:</u> **KENZIE WANTED SOME TIME ALONE ON HER OWN ISLAND. SHE GOT THAT, BUT UNDER ONE CONDITION – HER FATHER SENDS SOMEONE TO KEEP AN EYE ON HER. AT FIRST KENZIE TRIES TO IGNORE HIM, BUT HE'S A CONSTANT PRESENCE.**


**EXT - BEACH - DAY**

POV from phone camera - KENZIE sets up the camera with the ocean in the background. Once she gets the angle she likes, she runs off into the background to take a photo. As she poses, the camera fall over and we hear KENZIE in the background swear.

(PRODUCTION NOTE: use the main camera or a higher quality camera for this shot, we'll make it look like a phone in post-production)

                    KENZIE
          FUCK!

As the camera falls, we see someone in the background for a split second before it cuts to black.

PRE-LAP

                    KENZIE
          Hey babes!


**EXT - BEACH - DAY**

POV FROM PHONE CAMERA - KENZIE walks on the beach looking at the camera, talking to it. On screen we see a scrolling chat - she's streaming.

***As KENZIE streams and talks to her phone, we intercut her phone's footage with our own camera, seeing her do her thing as she streams from a distance.***

Throughout this sequence, KENZIE looks over her camera every once in a while with an annoyed face. We don't see who she is looking at from her camera until later. From the main camera, we see someone always appearing in the foreground very slightly or WAY in the background. We don't know who they are but they are watching her, following her around.

The below conversation is cut over many takes, showing different parts of the island.

>                    KENZIE
>                 (to camera)
>          Can you believe I'm still getting
>          signal? Crazy, I know!

>                    KENZIE
>                 (to camera)
>          Even crazier, I have ALL this to
>          myself.

>                    KENZIE
>                 (to camera)
>          No, not just the beach - the WHOLE
>          island.

>                    KENZIE
>                 (to camera)
>          So for the next week, it's just you,
>          me, some skimpy bikinis, and nature.

>                    KENZIE
>                 (to camera)
>          Don't be jealous, I'll try to make
>          this as fun for you as it is for me.

KENZIE blows a kiss to the phone.

KENZIE turns around, and in the distance, we see someone in
the background (on camera footage).

The chat acknowledges that there's someone and KENZIE reacts.

KENZIE quickly turns to change the background while still
talking, keeping up the illusion she's alone. She says one
last thing and then signs off in a hurry.

>                    KENZIE
>                 (on phone)
>          Oh... I think it's a tree or
>          something. Ok, got to go. BYE!

KENZIE hangs up quickly.

**ONLY MAIN CAMERA FROM HERE**

KENZIE, very annoyed, marches away from the beach. She
focuses on something as she gets further away.

REVEAL - CHRISTIAN is standing by watching KENZIE with his
arms crossed.

As KENZIE walks past him, she looks at him and swears.

                    KENZIE
          Fuck you, NARC!

CHRISTIAN laughs, putting his hands up in the air.

                    CHRISTIAN
               (laughing)
          Just doing my job!

KENZIE marches off as CHRISTIAN watches her go, laughing.


**EXT - BEACH - DAY**

KENZIE chills on the beach, tanning.

                    KENZIE VO
          You know how it is. You want some
          alone time, so you rent an island to
          yourself. But when you're about to
          leave, daddy won't let you go without
          someone to keep an eye on you so you
          don't die or whatever.

CHRISTIAN is revealed to be watching her from a distance.

                    KENZIE VO
          (Sighs) The life of a billion dollar
          heiress. The worst, am I right?

From far we hear KENZIE yell out.

                    KENZIE
          Take a fucking picture, why don't you?

TIGHT on KENZIE turns over on her stomach to tan her back.

After a few moments, we hear a camera go off in the
background, KENZIE reacts and looks towards the sound.

REVEAL - CHRISTIAN, now nearby, actually took a photo of her.
He seems proud of himself and the picture.

                    CHRISTIAN
          I think it's your best angle.

4.

CHRISTIAN proudly shows KENZIE the photo - it's her ass.

KENZIE looks up at CHRISTIAN with a look like she was
scandalized. CHRISTIAN laughs.

                    KENZIE
          Old perv!

CHRISTIAN smiles to himself and walks away. KENZIE looks away
from him and continues to tan. After a beat, we hear
CHRISTIAN make a comment from far.

                    CHRISTIAN
                (off camera)
          Spoiled brat!

KENZIE exhales annoyed.


**EXT - WATER - DAY**

KENZIE goes into the water to swim in the pristine ocean.

                    KENZIE VO
          CHRISTIAN has been my dad's eyes and
          ears on me ever since I turned
          eighteen. I always thought he was kind
          of cute, so it wasn't the WORST thing
          in the world that he was around.

Eventually, KENZIE gets out of the water, walking towards the
beach (like the famous JAMES BOND beach shots). She slicks
her wet hair back as she walks, looking absolutely stunning.

                    KENZIE VO
          And now that we were completely alone
          together...

CHRISTIAN is watching from past the beach from a chair.
KENZIE walks past and sticks out her tongue at him. CHRISTIAN
shakes his head with a smile.

                    KENZIE VO
          ...you might say I was starting to
          like it.


**INT - BEDROOM - NIGHT**

KENZIE is masturbating hard in bed, talking dirty to herself
about CHRISTIAN. Amongst the dirty talk, she says one line.

> KENZIE
> Like watching me? You fucking perv?

**EXT - BEACH - DAY**

KENZIE is tanning again, but this time she doesn't look as annoyed. She looks more pensive, considering something.

> KENZIE VO
> And as the days went on... it even got
> to the point where I found myself
> looking less forward to being alone...

KENZIE looks over her shoulder.

REVEAL - CHRISTIAN is in the distance in a chair facing KENZIE, reading a newspaper.

> KENZIE VO
> ...and more forward to being watched.

KENZIE thinks for a second and then looks down at her phone.

She then smiles.

> KENZIE VO
> ...and then it hit me.

KENZIE sets up her phone so she can get a view of CHRISTIAN without CHRISTIAN noticing.

POV of the camera she set up, we see KENZIE approach CHRISTIAN way in the distance and stop right in front of him.

> KENZIE
> Hey.

PRODUCTION NOTE: We see everything from the normal camera from now on.

KENZIE is standing over CHRISTIAN as he continues to read his paper.

> KENZIE
> You're not doing your job.

CHRISTIAN lowers his paper and looks at KENZIE and then back at his paper. KENZIE rolls her eyes. She starts to undress.

6.

                    KENZIE
          Hey.

CHRISTIAN lowers the paper again, this time he keeps it down.

                    KENZIE
          Got your attention now?

                    CHRISTIAN
          ...certainly.

KENZIE tosses his paper aside and straddles him.

                    KENZIE
          Not a word to my dad.

CHRISTIAN nods. They kiss. Leads to sex.


**AFTER SEX – (LOCATION DOESN'T MATTER)**

We see KENZIE looking at her phone at the footage of her
fucking CHRISTIAN (the far camera). She's smiling.

She is about to send it to her dad, but stops.

                    KENZIE
          Naw... just for me.

KENZIE erases the text.

# EXHIBIT C





Breaking Through



Breaking Through

NEW    RATING 8.9



This Is Not A Drill









# Defiance





Defiance

NEW    ☆ RATING 9.4



Florentine Part 1



Florentine Part 1

NEW  ⭐ RATING 8.7



Florentine Part 1



Sex Without Love



Sex Without Love











SLAYED.COM

0:30 / 39:21

**Primal Heat**

NEW    RATING 8.8







**Absolute Dime**



**Absolute Dime**











Looking For Trouble



Looking For Trouble







Florentine Part 2



Florentine Part 2



KENZIE

Should I Stay

VIXEN.COM

NEW ⭐ RATING 9.2



Should I Stay

VIXEN.COM

NEW    ☆ RATING 9.2



Should I Stay

VIXEN.COM

2:09  / 41:28

NEW  ⭐ RATING 9.2



Tailor Made



Tailor Made

Deeper.COM













# Sweat

NEW ☆ RATING 9.1

















# **EXHIBIT D**

**Secretary of State
Statement of Information
(Limited Liability Company)**

LLC-12

22-B71061

# FILED

**In the office of the Secretary of State
of the State of California**

**MAR 18, 2022**

This Space For Office Use Only

**IMPORTANT —** This form can be filed online at
bizfile.sos.ca.gov.

Read instructions before completing this form.

**Filing Fee - $20.00**

**Copy Fees -** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the **exact** name of the LLC.  If you registered in California using an
alternate name, see instructions.)

VXN GROUP, LLC

| 2. 12-Digit Secretary of State Entity Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 202003010664 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>2140 S DUPONT HWY | CAMDEN | DE | 19934 |
| b. Mailing Address of LLC, **if different than item 4a**<br>2140 S DUPONT HWY | CAMDEN | DE | 19934 |
| c. Street Address of **California** Office, if Item 4a is not in California<br>Do not list a P.O. Box | | **CA** | |

**5. Manager(s) or Member(s)**

If no managers have been appointed or elected, provide the name and address of
each member. At least one name and address must be listed. If the
manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank).
If the manager/member is an additional managers/members, enter the names(s)
and address(es) on Form LLC-12A.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Kodify Media LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2140 S DUPONT HWY | CAMDEN | DE | 19934 |

LLC-12 (REV 12/2021)

**Page 1 of 2**

**6.  Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State CA | Zip Code |
|---|---|---|---|
| | | | |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| PARACORP INCORPORATED (C1082536) |

**7.  Type of Business**

| Describe the type of business or services of the Limited Liability Company |
|---|
| Film Production |

**8.  Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9.  Labor Judgment**

| Does a Manager or Member have an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code? | ☐ Yes   ☑ No |
|---|---|

**10.**  By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| 03/18/2022 | Jessica Fernandez | In-House Counsel | |
|---|---|---|---|
| Date | Type or Print Name | Title | Signature |


BA20240703540



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20240703540 |
| Date Filed: 4/3/2024 |

---

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | VXN GROUP, LLC |
| Entity No. | 202003010664 |
| Formed In | DELAWARE |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 2140 S DUPONT HWY<br>CAMDEN, DE 19934 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 2140 S DUPONT HWY<br>CAMDEN, DE 19934 |
| Attention | |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| Kodify Media LLC | 2140 S DUPONT HWY<br>CAMDEN, DE 19934 |

**Agent for Service of Process**

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | PARACORP INCORPORATED<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
| --- | --- |
| Type of Business | FILM PRODUCTION |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
| --- | --- |
| *Jessica Fernandez* | 04/03/2024 |
| Signature | Date |

# EXHIBIT E

CONFIDENTIAL



Jess████████████████

---

## Typeform: New response for VMG Production Report - Tier 2

| | |
|---|---|
| **notifications via VMG Production Reports** ████████████████████ > <br> Reply-To: no-reply@typeform.com <br> To: VMG | Sat, Jul 16, 2022 at 10:29 AM |

---

Your typeform VMG Production Report - Tier 2 has a new response:

- **Your Name**
  ████

- **Shoot Date**
  07/15/2022

- **Brand**
  Blacked Raw

- **Talent Stage Name(s)**
  Kenzie Anne, Jaime Michelle, Rome, Solo

- **Director Feedback Rating**
  4

- **Director Feedback Notes**
  What a knockout. One star less because ███████████████████████████████████ because █████████████ when we set it up in the wide like. Took him 30 minutes ████████. Very intense scene. Very happy with it.

- **Production Shoot Schedule**
  3-630 HMU
  630-8 Pretty Girls
  8-845 Intro
  9-945 Sex Stills
  945-11 Scene

- **Camera Wrap Time and Tail Lights**
  11p/12a

- **Crew Times - PA and MUA**
  PA 3p-1215a
  MUA 3p-10

- **Talent Arrival Times**
  Kenzie 330
  Jaime 430
  Solo 745
  Rome 830

- **Any updates on the talent appearance?**
  Kenzie's butt is bigger.

- **How was the talent dialogue delivery?**
  5

- **Did all talent come prepared and have good hygiene?**
  Yes

- **Any rate changes?**
  ██████████████████.

- **Any other misc notes about the talent?**
  No

- **How was the wardrobe styling and fit**
  5

- **Tell us more about the styling and fit**
  Octavia helped straighten out so discrepancies with Kenzie's sizing. It made her happy. The body suits were awesome. Everything was awesome actually.

- **MUA Notes**
  No

- **Any equipment items missing or damaged?**
  No

8/29/24, 10:59 AM	Typeform Notification: New Response for Word Breakdown Report - #...

Case 2:23-cv-04901-WLH-AGR   Document 111-5   Filed 11/12/24   Page 171 of 173
Page ID #:2025

- **Any equipment requests for future shoots?**
  No

- **Drive and Set Phone location?**
  Vault

- **Location Name. Please notate if this was the first time there and if you have any notes.**
  MV

- **Any location L&D?**
  No

- **Any general miscellaneous notes to add?**
  Kenzie and Jaimes' husbands are away for the weekend so the girls go to a club. They leave the club and they don't want the night the end so Kenzie invites Jaime over. Hard cut to later in the night on the couch. They kiss and Kenzie decides to text the guys. (TEXT BUBBLES) Hard cut from kiss straight into iPhone BJ/Ringlight Hardcore.

- **Photo Reference 1 (optional)**
  _0010276.jpg

- **Photo References 2 (optional)**
  _0010497.jpg

- **Photo Reference 3 (optional)**
  _0010047.jpg

p02ii4l6vpvqal1f4sp02ii4hx5q7ml2

Typeform sent you this email on behalf of a typeform creator  We aren't responsible for its content  If you suspect abuse, like suspicious links, please report it here

Unsubscribe from all Typeform respondent notifications

000256

https //mail google com/mail/u/0/?ik  1c01b71803&view  pt&search  all&permmsgid  msg f 1738531238764988715&simpl  msg f 1738531238764988715    2/2

# **EXHIBIT F**

CONFIDENTIAL

2:09

K  MB

2 People ›

Sep 8, 2021 at 9:49 PM

Kenzie Anne

Random, just thinking of course u guys will contact Ryan about my vixen party but it's a very close friends bday surprise party on the 24th of September so let's avoid that day. 🐝

> Ok notes! Thx! ❤️

Kenzie Anne

I love you guys, thank you both for being so amazing, on professional and friendship levels, it means a lot. I'm an overly emotional person, but i left the angel shoot crying bc I'm so thankful and happy i have u guys. I feel so loved and supported it feels unreal, thank u both 💖 ❤️

Literally tests of happiness and j can't stop talking about how content and happy i am with  life right now

Tears*  ❤️

> Awww Kenzie!! There's nobody else in yen world that deserves this more than you! You have truly earned it!! It's only the beginning too!!! You are so welcome for today! We loved every minute of it ❤️

iMessage