**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel: (323) 697-9840
Fax: (323) 571-3579

Trey Brown (SBN 314469)
trey.brown@vixenmediagroup.com
11337 Ventura Blvd.
Studio City, CA 91604

*Attorneys for Defendants*
VXN GROUP LLC and MIKE MILLER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**[PROPOSED] JUDGMENT** |

[PROPOSED] JUDGMENT

Defendants VXN Group, LLC ("VXN") and Mike Miller ("Miller") (collectively, "Defendants") motion for summary judgment on Plaintiff Mackenzie Anne Thoma's remaining claims for in her Second Amended Complaint for failure to provide: Count 1 overtime, Count 3 meal periods, Count 4 rest periods, Count 5 waiting time penalties, and Count 6 Wage Statements came on regularly for hearing on January 3, 2025 at 11:00 a.m. Appearances by counsel are noted in the record.

After considering the moving, opposition and reply briefs, all the evidence submitted by both parties, and the arguments presented by the parties' respective counsel, this Court finds that:

There are no genuine issues of material fact as to the Plaintiff's remaining causes of action in her Second Amended Complaint and therefore Defendants are entitled to summary judgment under Fed.R.Civ. P.56(a).

IT IS HEREBY ORDERED THAT:

Plaintiff's motion for summary judgment is GRANTED and that:

Plaintiff's Second Amended Complaint is dismissed with prejudice..

IT IS SO ORDERED

Date: _____       _____
                               Honorable Judge Wesley L. Hsu
                               United State District Court Judge

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

## CERTIFICATE OF SERVICE

I, Brad S. Kane, hereby certify that this document has been filed on November 12, 2024, through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: November 12, 2024     By:  */s/ Brad S. Kane*
                                   Brad Kane