**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**[PROPOSED] ORDER ON DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN OF PLAINTIFF'S TAX RECORDS AND DEFENDANTS' SUMMARY JUDGMENT MOTION** |

**THIS CAUSE** came before the Court upon Defendants' Application for Leave to File Under Seal Certain of Plaintiff's Tax Records and Defendants' Motion for Summary Judgment ("Motion"). The Court, for the reasons set forth in Defendants' Motion, hereby GRANTS the Motion and ORDERS that the following exhibits shall be filed under seal:

| Description | Exhibit |
|---|---|
| Excerpts from Plaintiff's 2020 Federal Tax Return | B |
| Excerpts from Plaintiff's 2021 Federal Tax Return | C |
| Excerpts from Plaintiff's 2022 Federal Tax Return | D |
| Motion For Summary Judgment | E |

**IT IS SO ORDERED.**

[PROPOSED] ORDER ON DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN OF PLAINTIFF'S TAX RECORDS AND MOTION FOR SUMMARY JUDGMENT

Dated: _____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN OF PLAINTIFF'S TAX RECORDS AND MOTION FOR SUMMARY JUDGMENT