**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**[PROPOSED] ORDER ON DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS FROM DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO RULE 37(e) AND THE COURT'S INHERENT POWER** |

**THIS CAUSE** came before the Court upon Defendants' Application for Leave to File Under Seal Exhibits from Defendants' Motion for Sanctions Pursuant to Rule 37€ and the Court's Inherent Power ("Motion"). The Court, for the reasons set forth in Defendants' Motion, hereby GRANTS the Motion and ORDERS that the following exhibits shall be filed under seal:

| Description | Exhibit |
|---|---|
| Transcript of Larry Lerner's Deposition | Ex. C |
| Text Messages | Ex. F |
| Supplemental Text Messages | Ex. G |
| Email to Larry Lerner regarding Taxes | Ex. S |

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS FROM DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO RULE 37(e) AND THE COURT'S INHERENT POWER