# **EXHIBIT C**

[This Exhibit Has Been Filed Under Seal]

[Remainder of Page Intentionally Left Blank]