**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel: (323) 697-9840
Fax: (323) 571-3579

Trey Brown (SBN 314469)
trey.brown@vixenmediagroup.com
11337 Ventura Blvd.
Studio City, CA 91604

Attorneys for Defendants
VXN GROUP LLC and MIKE MILLER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>v.<br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual,<br><br>  Defendants. | Case No. 2:23–cv–04901 WLH (AGRx)<br><br>**PROOF OF SERVICE OF SEALED DECLARATION AND UNREDACTED EXHIBITS IN CONNECTION WITH DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO RULE 37(e) AND THE COURT'S INHERENT POWER.** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, California. I am over the age of 18 and not a party to the within action; my business address is: 11337 Ventura Blvd., Studio City, CA 91604.

On November 13, 2024 I served the documents described as: **Sealed Declaration Of Trey Brown In Support Of Defendants' Application To File Under Seal Exhibits From Defendants' Motion Sanctions Pursuant to Rule 37(e) And The Court's Inherent Power**; on the following necessary party in this action:

> **Sarah Cohen**
> sarah@tomorrowlaw.com
> **David Bibiyan**
> david@tomorrowlaw.com
> **BIBIYAN LAW FIRM**
>
> **Attorneys for Plaintiff Mackenzie Anne Thoma**
> **ATTORNEYS TO BE NOTICED**

by electronic mail (e-mail).  Based on and in accordance with a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused true copies of the documents set forth above to be sent to the persons at the corresponding electronic addresses as indicated above on the above-mentioned date. My email address is marina@bandlowlaw.com. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

EXECUTED November 13, 2024 in Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_s/ Trey Brown_____

Trey Brown

---
1
PROOF OF SERVICE OF APPLICATION TO FILE UNDER SEAL