**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**ORDER RE DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS FROM DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO RULE 37(e) AND THE COURT'S INHERENT POWER [116]** |

    **THIS CAUSE** came before the Court upon Defendants' Application for Leave to File Under Seal Exhibits from Defendants' Motion for Sanctions Pursuant to Rule 37(e) and the Court's Inherent Power ("Motion"). The Court, for the reasons set forth in Defendants' Motion, hereby **GRANTS** the Motion and **ORDERS** that the following exhibits shall be filed under seal:

///

///

///

///

| Description | Exhibit |
|---|---|
| Transcript of Larry Lerner's Deposition | Ex. C |
| Text Messages | Ex. F |
| Supplemental Text Messages | Ex. G |
| Email to Larry Lerner regarding Taxes | Ex. S |

**IT IS SO ORDERED.**

Dated: 11/22/2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE