UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP, LLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-04901 WLH (AGRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS VXN GROUP, LLC AND MIKE MILLER'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT AND EXTENSION OF TIME** |

On November 22, 2024, defendants VXN Group, LLC ("VXN") and Mike Miller ("Miller") (collectively, "Defendants") filed a motion for leave to file a motion for summary judgment and an extension of time ("Motion").

Defendants attest that their failure to follow the Court's Standing Order for Motions for Summary Judgment ("Standing Order") was a result of good-faith mistake. Defendants further argue that the granting of leave to file a summary judgment motion in accordance with the Standing Order and an extension of time within which to file such motion will not prejudice the Parties or unduly delay proceedings in this matter.

The Court, having considered Defendants' Motion and finding good cause therefor, hereby GRANTS the Motion, and ORDERS as follows:

1. Defendants are granted leave to refile a Motion for Summary Judgment in accordance with the Court's Standing Order for Motions for Summary Judgment;

2. The Refiled Motion for Summary Judgment must be filed no later than 40 days from the entry of this Order.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE