# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company and MIKE MILLER, an individual;<br><br>Defendants. | CASE NO: 2:23-cv-04901-WLH (AGRx)<br><br>**PROPOSED ORDER RE: MOTION TO LIFT THE STAY ON DISCOVERY** |

PROPOSED ORDER

On November 22, 2024, Plaintiff Mackenzie Anne Thoma filed her Motion to Lift Stay on Discovery. The Motion requests that the Court lift the stay on discovery put in place by this Court's May 16, 2024 Bifurcation Order.

The Court, for the reasons set forth in Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. The Stay on Discovery is Lifted.

**IT IS SO ORDERED.**

Date:

                           HON. WESLEY L. HSU
                           UNITED STATES DISTRICT JUDGE