**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**[PROPOSED] ORDER ON DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL JOINT APPENDIX OF EVIDENCE (VOL. II)** |

**THIS CAUSE** came before the Court upon Defendants' Application for Leave to File Under Seal Joint Appendix of Evidence (Vol. II) ("Motion"). The Court, for the reasons set forth in Defendants' Motion, hereby GRANTS the Motion and ORDERS that the following documents shall be filed under seal:

| Description | Exhibit |
|---|---|
| Joint Appendix of Evidence (Vol. II) | A |

**IT IS SO ORDERED.**

Dated: _____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035