**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel: (323) 697-9840
Fax: (323) 571-3579

Trey Brown (SBN 314469)
trey.brown@vixenmediagroup.com
11271 Ventura Blvd. #717
Studio City, CA 91604

*Attorneys for Defendants*
VXN GROUP LLC and MIKE MILLER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated, <br><br>　　Plaintiff, <br><br>v. <br><br>VXN GROUP, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive, <br><br>　　Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)** <br><br> **DEFENDANTS VXN GROUP, LLC AND MIKE MILLER'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> [Filed concurrently with: (1) Joint Brief; (2) Joint Appendix of Facts; (3) Joint Appendix of Evidence (Vol. I-IV); (4) Joint Appendix of Objections; and (5) Proposed Order] <br><br> Date:　　February 28, 2025 <br> Time:　　11:00 a.m. <br> Courtroom: 9B |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 28, 2025 at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9B, 9th Floor, of the above-entitled court located at the First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Defendants VXN Group, LLC ("VXN") and Mike Miller ("Miller") (collectively, "Defendants") will and hereby do move ("Motion") for full summary judgment pursuant to the Federal Rules of Civil Procedure, Rule 56.

Defendants bring this Motion on the ground that there is no genuine dispute as to any material fact, and Defendants are entitled to judgment as a matter of law as to all of Plaintiff's claims based on the following issues:

 A. Industrial Welfare Commission Order No. 12-2001, Cal. Code Regs. tit. 8, § 11120 ("Wage Order 12") governs any alleged employment relationship between Plaintiff Mackenzie Anne Thoma ("Plaintiff") and Defendants because VXN is in the motion picture industry.

 B. Plaintiff is a professional actor. Because Wage Order 12 exempts professional actors from its overtime, meal period, rest period, and wage statement requirements (Cal. Code Regs. tit. 8, § 11120(1)(C)), Defendants are entitled to summary judgment on Plaintiff's corresponding claims.

 C. Because of Plaintiff's status as an exempt professional actor, she has no remaining claims rooted in a wage order. Therefore, Plaintiff's employment status with respect to any remaining claim is governed by *Borello*.

 D. Under *Borello*, Plaintiff is an independent contractor as a matter of law. Accordingly, Defendants are entitled to

DEFENDANTS VXN GROUP, LLC AND MIKE MILLER'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

1  summary judgment as to her waiting time penalty claim.

2  This Motion is based on this Notice of Motion, the accompanying Joint
3  Brief, Joint Appendix of Facts, Joint Appendix of Evidence (Vol. I-IV), Joint
4  Appendix of Objections, the pleadings and papers on file, and upon such other
5  matters as may be presented to the Court at the time of hearing.

6  This Motion is made following the conference of counsel pursuant to
7  L.R. 7-3, which took place on December 11, 2024. On that date, Defendants'
8  counsel met with Plaintiff's counsel by Zoom videoconference and thoroughly
9  discussed each issue to be raised in Defendants' motion for summary judgment.
10 Ultimately, the conference did not yield an agreement, so Defendants move the
11 Court for a determination of the above-listed issues.

KANE LAW FIRM

Dated: January 10, 2025       By:       */s/ Brad S. Kane*
                                        Brad S. Kane
                                        Trey Brown
                                        Counsel for Defendants
                                  VXN Group, LLC and Mike Miller

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

2

DEFENDANTS VXN GROUP, LLC AND MIKE MILLER'S NOTICE OF
MOTION AND MOTION FOR SUMMARY JUDGMENT