1 | **KANE LAW FIRM**
2 | Brad S. Kane (SBN 151547)
  | *bkane@kanelaw.la*
3 | 1154 S. Crescent Heights. Blvd.
4 | Los Angeles, CA 90035
  | Tel:  (323) 697-9840; Fax: (323) 571-3579
5 |
6 | Trey Brown (SBN 314469)
  | *trey.brown@vixenmediagroup.com*
7 | 11271 Ventura Blvd. #717
8 | Studio City, CA 91604
9 | *Attorneys for Defendants*
  | VXN GROUP LLC and MIKE MILLER
10 |
11 | **BIBIYAN LAW GROUP, P.C.**
  | David D. Bibiyan (SBN 287811)
12 | *david@tomorrowlaw.com*
13 | Sarah H. Cohen (SBN 330700)
  | *sarah@tomorrowlaw.com*
14 | 1460 Westwood Blvd.
15 | Los Angeles, CA 90024
  | Tel: (310) 438-5555; Fax: (310) 300-1705
16 |
17 | Attorneys for MACKENZIE ANNE THOMA, on behalf of herself and all others similarly situated
18 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

*(sidebar, vertical text)* KANE LAW FIRM 1154 S. Crescent Heights Blvd. Los Angeles, CA 90035

JOINT APPENDIX OF EVIDENCE RE: DEFENDANTS' MSJ

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,

     Plaintiff,

v.

VXN GROUP, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,

    Defendants.

Case No. **2:23–cv–04901 WLH (AGRx)**

**JOINT APPENDIX OF EVIDENCE REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**VOLUME I of IV**
**Exhibits 1–17**
**Page 1 - 317**

[Filed concurrently with: (1) Notice of Motion and Motion for Summary Judgment; (2) Joint Brief; (3) Joint Appendix of Facts; (4) Joint Appendix of Objections; and (5) Proposed Order]

Date:       February 28, 2025
Time:       11:00 a.m.
Courtroom: 9B

JOINT APPENDIX OF EVIDENCE RE: DEFENDANTS' MSJ

1

# TABLE OF CONTENTS

2

| Exhibit | VOLUME I of IV (Exhibits 1 – 17) | Page |
|---|---|---|
| 1 | Declaration of Emilie Kennedy | 7 |
| 2 | United States Copyright Registration Certificates | 15 |
| 3 | Scripts from films in which Plaintiff performed | 37 |
| 4 | Screenshots from films in which Plaintiff performed | 117 |
| 5 | July 15, 2022 Production Report | 172 |
| 6 | Statements of Information for VXN Group, LLC | 175 |
| 7 | September 8, 2021 Text Message from Plaintiff re: Vixen Angel Shoot | 179 |
| 8 | Deposition Transcript Excerpts: Basia Lew | 181 |
| 9 | Legislative Intent Service, Inc.: History of The Professional Actor Exemption | 198 |
| 10 | Declaration of Basia Lew | 224 |
| 11 | Project Brief re: Plaintiff's First VXN Scene | 229 |
| 12 | Slack Messages re: Plaintiff's First VXN Scene | 232 |
| 13 | Shooting Schedule for VXN film "Kenzieland" | 281 |
| 14 | DVD Covers Featuring Stills of Plaintiff | 285 |
| 15 | Website Thumbnails Featuring Stills of Plaintiff | 290 |
| 16 | Advertising Uses of Stills Featuring Plaintiff | 307 |
| 17 | Shooting Schedule for April 22, 2022 VXN "Deeper" Film Featuring Plaintiff | 312 |
| Exhibit | VOLUME II of IV (Exhibits 18 – 48) | Page |
| 18 | Declaration of Belen Burditte | 318 |
| 19 | Workers Compensation Insurance Audit Records | 323 |
| 20 | Form 1099-NECs Issued by VXN to Plaintiff | 340 |
| 21 | Record of Payments from VXN to Plaintiff | 344 |

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

1

JOINT APPENDIX OF EVIDENCE RE: DEFENDANTS' MSJ

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

| 22 | Declaration of Trey Brown | 346 |
|---|---|---|
| 23 | Performance Agreement dated November 11, 2020 | 352 |
| 24 | Addendum to Performance Agreement dated April 15, 2021 | 362 |
| 25 | April 15, 2021 Emails re: Addendum to Performance Agreement | 365 |
| 26 | Performance Agreement dated July 13, 2021 | 370 |
| 27 | Notice of Termination dated September 28, 2022 | 380 |
| 28 | Deposition Transcript Excerpts: Plaintiff | 383 |
| 29 | Deposition Transcript Excerpts: Ryan Murphy | 425 |
| 30 | Screenshot from Kenzieland.com | 455 |
| 31 | "Kenzielandbykenzie" Instagram Profile | 457 |
| 32 | Kenzieland.com Promotion Post by "Kenzielandbykenzie" | 465 |
| 33 | Kenzieland LLC Application to Register a Foreign LLC | 473 |
| 34 | Kenzieland LLC Statements of Information | 476 |
| 35 | Lola March LLC Statements of Information | 480 |
| 36 | Deposition Transcript Excerpts: Larry Lerner | 484 |
| 37 | Text Messages between Plaintiff and Michael Mosney | 489 |
| 38 | Text Messages between Mosney and Ryan Murphy re: Scheduling Plaintiff's Work Dates | 493 |
| 39 | Text Messages between Mosney and Ryan Murphy re: Seeking Approval for Co-Stars | 506 |
| 40 | December 2020 Emails from Chris Applebaum | 517 |
| 41 | Kenzieland.com Film Titles | 526 |
| 42 | List of Plaintiff's Adult Film Credits | 528 |
| 43 | Deposition Transcript Excerpts: Michael Mosney | 536 |
| 44 | Form W-9s Submitted by Plaintiff to VXN (Redacted) | 547 |
| 45 | Declaration of Larry Lerner | 551 |

2

JOINT APPENDIX OF EVIDENCE RE: DEFENDANTS' MSJ

| 46 | Redacted Excerpts: Plaintiff's 2020 Federal Tax Return **FILED UNDER SEAL** | 558 |
| 47 | Redacted Excerpts: Plaintiff's 2021 Federal Tax Return **FILED UNDER SEAL** | 568 |
| 48 | Redacted Excerpts: Plaintiff's 2022 Federal Tax Return **FILED UNDER SEAL** | 578 |
| **Exhibit** | **VOLUME III of IV (Exhibits 49 – 63)** **Plaintiff's Exhibits** | **Page** |
| 49 | Deposition Transcript Excerpts: Basia Lew | 589 |
| 50 | SAG-AFTRA Coverage Information | 617 |
| 51 | Declaration of Rafael Yedoyan | 620 |
| 52 | Deposition Transcript Excerpts: Mackenzie Thoma | 624 |
| 53 | Reimbursement Invoices | 643 |
| 54 | Vixen Angel Description | 644 |
| 55 | Vixen Instagram Profile | 646 |
| 56 | Vixen Threads Profile | 648 |
| 57 | Screenshots from Vixen's Website: Description | 650 |
| 58 | Screenshots from Vixen's Website: Angels | 653 |
| 59 | Screenshots from Vixen's Website: Clothing on Sale | 658 |
| 60 | Vixen Threads Profile: Shopping Screenshots | 662 |
| 61 | Emails Between VMG Regarding Travel and Coordination | 664 |
| 62 | Creative & Modeling Photographs Featuring Plaintiff | 671 |
| 63 | Invoice & Planning Documents for Vixen Angel Shoot Featuring Plaintiff | 687 |
| **Exhibit** | **VOLUME IV of IV (Exhibits 64 – 76)** **Plaintiff's Exhibits** | **Page** |
| 64 | Performance Agreement Between Plaintiff & Defendant | 702 |
| 65 | Addendum to Performance Agreement Between Plaintiff & Defendant | 712 |
| 66 | Performance Agreement Between Plaintiff & Defendant (2) | 715 |

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

3

JOINT APPENDIX OF EVIDENCE RE: DEFENDANTS' MSJ

| 67 | Addendum to Performance Agreement Between Plaintiff & Defendant (2) | 725 |
| 68 | IWC Order Classifications | 729 |
| 69 | Prop and Set Planning by Defendant | 775 |
| 70 | Defendant's Slack Screenshot Regarding Plaintiff's Social Media | 783 |
| 71 | Email Regarding Plaintiff's Performance Agreement | 786 |
| 72 | Model Record Keeping Form | 788 |
| 73 | Model Release and Grant of Rights | 804 |
| 74 | Declaration of Mackenzie Anne Thoma | 845 |
| 75 | Documents Showing Collaberation Between Eats and Vixen | 848 |
| 76 | Excerpts from the Deposition of Michael Mosny | 853 |

Dated: January 10, 2025                    KANE LAW FIRM

                                   By:  /s/ Brad S. Kane
                                        Brad S. Kane
                                        Attorney for Defendants

Dated: January 10, 2025                    BIBIYAN LAW GROUP, P.C.

                                   By:  /s/ Rafael Yedoyan
                                        Rafael Yedoyan
                                        Attorney for Plaintiff

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

4

JOINT APPENDIX OF EVIDENCE RE: DEFENDANTS' MSJ

# **EXHIBIT 1**

**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel:  (323) 697-9840
Fax: (323) 571-3579

Trey Brown (SBN 314469)
trey.brown@vixenmediagroup.com
11337 Ventura Blvd.
Studio City, CA 91604

*Attorneys for Defendants*
VXN GROUP LLC and MIKE MILLER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>      Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**DECLARATION OF EMILIE KENNEDY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:  April 20, 2023<br>Removed:       June 21, 2023 |

*Left margin (vertical):* KANE LAW FIRM 1154 S. Crescent Heights Blvd. Los Angeles, CA 90035

DECLARATION OF EMILIE KENNEDY

I, Emilie Kennedy, hereby declare as follows:

1.       I am an attorney licensed to practice law in the State of Florida and in the State of California as registered in-house counsel. I am General Counsel for Defendant VXN Group, LLC ("VXN"). I am personally familiar with, and, if called upon, could and would testify to the facts contained herein from my personal knowledge.

2.       In my capacity as General Counsel, I am responsible for ensuring that VXN maintains accurate and complete records of its regularly conducted activities. I was also responsible for overseeing the production of documents in the above captioned case and I reviewed each document prior to it being produced to Plaintiff's counsel.

3.       Pursuant to Federal Rules of Evidence 803(6) (Records of regularly conducted activity) and 902(11) (Certified domestic records or regularly conducted activity), I hereby certify that the records produced by VXN Group, LLC to Plaintiff's counsel during discovery production including but not limited to emails, slack messages, text messages, production reports, and other motion picture film production related documents were made contemporaneously with the transactions and events stated therein by, or from information transmitted by, someone with knowledge of the facts; and were kept by VXN in the course of regularly conducted activity; and were made as part of the regular practice of that activity. The records produced are exact duplicates of the original records.

4.       Pursuant to Fed. R. Evid. 901(b)(1), I certify that each of the motion pictures that Plaintiff filmed with VXN has Plaintiff in a featured role with speaking lines. Additionally, of the movies that were released for sale, all of the movies are registered with the United States Copyright Office and are available on the corresponding brand's websites. The still photographs are not registered separately because they are not intended to be sold separately from the motion

1

DECLARATION OF EMILIE KENNEDY

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

pictures or otherwise commercially used. I know this because I oversee all copyright registrations and I reviewed each of the motion pictures prior to signing this declaration and confirmed they are the same as the deposit copies sent to the United States Copyright Office. The certificates from the United States Copyright Office are on Exhibit 2. For the motion pictures that were not released, I reviewed the raw footage except as stated below for the production on 7-15-22. The scripts, where applicable, are on Exhibit 3[1].

5. Pursuant to L.R.79-4, each of the motion pictures contains legal pornographic content that is available to the public for sale. Because L.R. 79-4 prevents the submission of pornographic material, Defendants have not lodged the motion pictures as an Exhibit pursuant to L.R. 11-5.1. Instead, Defendants have attached safe for work ("SFW") screenshots from the motion pictures with the exception of 7-15-22 where, becuase the motion picture was never released, VXN is unable to locate the the raw footage. Instead, shots of the stills of Plaintiff in character for the motion picture are included instead. All of the screen shots are contained on Exhibit 4. Additionally, the production report from 7-15-22 is attached as Exhibit 5. In the event the Court finds it useful to review the motion pictures to adjudicate Defendants' Motion for Summary Judgment, I will promptly submit copies of the motion pictures to the Court and follow any guidelines the Court deems proper.

6. VXN produces movies for commercial distribution through online subscriptions to the Vixen Group brand of websites, DVDs, third-party distributors, cable television and via international distribution channels. I know this because I

---

[1] Some of the motions pictures for the brands Slayed.com and Blackedraw.com ("Tier 2 Brands") aimed for a more informal casual atmosphere where the actors determined their lines and character while rehearsing the movie. Because of this, there was not a formal script but instead a creative concept that the actors developed through their performances.

2

DECLARATION OF EMILIE KENNEDY

am familiar with the company's distribution process, and have drafted or reviewed the third-party distribution agreements.

7. VXN's "type of business" listed on the California Secretary of State Statement of Information is "film production". A true and correct copy of the California Secretary of State, Statement of Information for 2022 and 2024 is attached as Exhibit 6.

8. VXN's motion pictures have won several awards. The adult film industry's most notable awards are the X-Biz awards and the AVN awards. Collectively, between VXN's films and its production staff, VXN has won 55 AVN awards and 25 XBiz awards during the time Plaintiff acted in VXN's motion pictures.

9. Plaintiff starred in 18 motion pictures for VXN. Of those, five were not released. Details of each motion picture Plaintiff stared in are set forth below:

a.    12-09-20: Plaintiff's first film was a collaboration between Eats, a creative company run by Chris Applebaum featuring Plaintiff and VXN. It was released on April 30, 2021 through Vixen.com and titled "Breaking Through".  Plaintiff was paid $10,000 and it was directed by Chris Applebaum.

b.    2-27-21: Shot over two days, Plaintiff's second film was released on May 22, 2021 via Blacked.com and titled "This is Not A Drill". Plaintiff was paid $15,000 and it was directed by Chris Applebaum.

c.    4-1-21: Plaintiff's third film was released on Slayed.com on August 12, 2021 and titled "Defiance." Plaintiff was paid $3,000 and it was directed by Laurent Sky.

d.    5-5-21: Plaintiff's fourth film was released on July 29, 2021 and titled "Florentine Part 1" for Deeper.com.  Plaintiff was paid $500 because she did not engage in a sex scene and did not appear until the end of the film to

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

3

DECLARATION OF EMILIE KENNEDY

tease the audience about the sequel – Florentine Part 2, which she stars in. It was directed by Kayden Kross.

e.    5-6-21: Plaintiff's fifth film was released on February 10, 2022 and titled "Sex Without Love" via Deeper.com. Plaintiff was paid $3,500 and it was directed by Kayden Kross.

f.    6-29-21: Plaintiff's sixth film was never released. Plaintiff was paid $1,500. The film was titled "Disco" and directed by Laurent Sky.

g.    7-28-21: Plaintiff's seventh film was released on September 9, 2021 and titled "Primal Heat" for Slayed.com.  Plaintiff was paid $1,500.  It was directed by Laurent Sky.

h.    7-29-21: Plaintiff's eighth film was released on August 30, 2021 and titled "Absolute Dime" for Blackedraw.com. Plaintiff was paid $3,100 and it was directed by Derek Dozer.

i.    8-28-21: Plaintiff's ninth film was released on November 11, 2021 and titled "Florentine Part 2" for Deeper.com.  It is the sequel to (d) above and directed by Kayden Kross.  Plaintiff was paid $3,000.

j.    10-30-21: Plaintiff's tenth film was released on December 17, 2021 and titled "Should I Stay".  It was directed by Laurent Sky for Vixen.com and Plaintiff was paid $5,000.

k.    12-11-21: Plaintiff's eleventh film was released on May 23, 2022 and titled "Looking for Trouble".  It was directed by Derek Dozer for Blackedraw.com and Plaintiff was paid $4,000.

l.    1-25-22: Plaintiff's twelfth film was released on October 20, 2022 and titled "Tailor Made". It was directed by Kayden Kross for Deeper.com and Plaintiff was paid $5,000.

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

4

DECLARATION OF EMILIE KENNEDY

m.     3-28-22: Plaintiff's thirteenth film was not released. However, it was filmed in the Turks and Caicos and directed by Julia Grande. Plaintiff was paid $5,000.

n.     3-29-22: Plaintiff's fourteenth film was released on June 26, 2022 and titled "Heiress" for Tushy.com.  It was also filmed in the Turks and Caicos and Plaintiff was paid $5,000.  It was directed by Julia Grande.

o.     4-3-22: Plaintiff's fifteenth film was released on August 27, 2022 and titled "Sweat".  It was directed by Laurent Sky and released on Blacked.com. Plaintiff was paid $5,000.

p.     4-22-22: Plaintiff's sixteenth film was titled "Release" however it ultimately was not released.  It was filmed by Kayden Kross for Deeper.com and Plaintiff was paid $5,000.

q.     5-23-22: Plaintiff's seventeenth film was also not released. It was filmed for Slayed.com and directed by Laurent Sky. Plaintiff was paid $1,500.

r.     7-15-22: Plaintiff's eighteenth film was also not released. It was filmed for Blackedraw.com and directed by Derek Dozer. Plaintiff was paid $5,000.  The concept for the movie was: "Kenzie and Jaimes' husbands are away for the weekend so the girls go to a club. They leave the club and they don't want the night the end so Kenzie invites Jaime over. Hard cut to later in the night on the couch. They kiss and Kenzie decides to text the guys. (TEXT BUBBLES) Hard cut from kiss straight into iPhone BJ/Ringlight Hardcore." A true and correct copy of the production report can be found at Exhibit 5.

10Plaintiff was paid for each motion picture regardless of whether it was released or not. I know this because I personally reviewed all the payment records with the VXN accounting department. The wire information capturing the payments to Plaintiff by VXN is contained in the Declaration of Belen

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

5

DECLARATION OF EMILIE KENNEDY

Burditte, Exhibit 21. Four of the movies filmed on 8-28-21(i); 1-25-22 (l); 3-28-22 (m); 4-22-22(o) were paid to Plaintiff by third-party companies VXN contracted with to co-produce the movies. For these four movies I specifically confirmed that payment was paid to Plaintiff by the third-party producers by reviewing applicable records such as copies of checks or wire payments.

11.   During the years that Plaintiff appeared in Defendants' films, she was either nominated for or won 11 awards in the industry for her appearance in motion pictures, all of which involved professional acting, and four of which involved professionally acting in VXN's films.

12.   Plaintiff's Vixen Angel promotional film and photo shoot was filmed on September 8, 2021. Screenshots from Plaintiff's Vixen Angel movie are on Exhibit 4 pages 25-27.  In the past, Vixen Angels have won important awards in the industry, including Performer of the Year.  Additionally, VXN traditionally thows a party in honor of the Vixen Angel.  A true and correct copy of Plaintiff's text message to a VXN employee from the night after filming is attached as Exhibit 7.

13.   Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Deposition of Basia Lew.

14.   Attached hereto as Exhibit 9 is a true and correct copy of research materials produced Legislative Intent Service concerning the legislative history of Wage Order 12 and the professional actor exemption. Exhibit 9 is accompanied and verified by the Declaration of Jenny Lillge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2024, at Los Angeles, California.

/s/ _____

6

DECLARATION OF EMILIE KENNEDY

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

# EXHIBIT 2

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-299-685**

**Effective Date of Registration:**
June 03, 2021
**Registration Decision Date:**
July 01, 2021

---

## Title

**Title of Work:**  Breaking Through

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 30, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** VXN Group, LLC
  **Author Created:** production, direction, script/screenplay, cinematography
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Kode Shop, LLC
  **Author Created:** editing
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:** By written agreement

## Certification

**Name:** Emilie Kennedy
**Date:** June 03, 2021

Page 1 of 2

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-295-591

**Effective Date of Registration:**
June 09, 2021
**Registration Decision Date:**
June 09, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | This Is Not A Drill |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | May 22, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** VXN Group, LLC
  **Author Created:** production, direction, script/screenplay, cinematography
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Kode Shop, LLC
  **Author Created:** editing
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Strike 3 Holdings, LLC<br>2140 S. Dupont Hwy, Camden, DE, 19934, United States |
| **Transfer statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Emilie Kennedy |
| **Date:** | June 09, 2021 |

Page 1 of 2

Correspondence:    Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-316-100

**Effective Date of Registration:**
September 08, 2021
**Registration Decision Date:**
October 13, 2021

---

## Title
                    
**Title of Work:**    Defiance

## Completion/Publication

**Year of Completion:**    2021
**Date of 1st Publication:**    August 12, 2021
**Nation of 1st Publication:**    United States

## Author

- **Author:**    VXN Group, LLC
  **Author Created:**    production, direction, script/screenplay, cinematography
  **Work made for hire:**    Yes
  **Domiciled in:**    United States

- **Author:**    Kode Shop, LLC
  **Author Created:**    editing
  **Work made for hire:**    Yes
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Strike 3 Holdings, LLC
                        2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:**    By written agreement

## Certification

**Name:**    Emilie Kennedy
**Date:**    September 08, 2021

Page 1 of 2



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-317-941

**Effective Date of Registration:**
September 23, 2021
**Registration Decision Date:**
October 25, 2021

---

## Title

**Title of Work:**  Florentine Part 1

## Completion/Publication

**Year of Completion:**  2021
**Date of 1st Publication:**  July 29, 2021
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Counterlife Media LLC
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Counterlife Media LLC
11271 Ventura Blvd, #717, Studio City, CA, 91604, United States

## Certification

**Name:**  Emilie Kennedy
**Date:**  September 23, 2021

---

Page 1 of 1

000387

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-350-599

**Effective Date of Registration:**
March 23, 2022
**Registration Decision Date:**
May 23, 2022

---

## Title
 

        **Title of Work:**  Sex Without Love

## Completion/Publication
 

        **Year of Completion:**  2022
   **Date of 1st Publication:**  February 10, 2022
  **Nation of 1st Publication:**  United States

## Author
 

     •     **Author:**  Counterlife Media LLC
      **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
       **Domiciled in:**  United States

## Copyright Claimant
 

     **Copyright Claimant:**  Counterlife Media, LLC
                   11271 Ventura Blvd, #717, Studio City, CA, 91604, United States

## Certification
 

        **Name:**  Emilie Kennedy
         **Date:**  March 23, 2022

Page 1 of 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# PA 2-320-424

**Effective Date of Registration:**
September 30, 2021
**Registration Decision Date:**
November 08, 2021

---

## Title

**Title of Work:** Primal Heat

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** September 09, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** VXN Group, LLC
  **Author Created:** production, direction, script/screenplay, cinematography
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Kode Shop, LLC
  **Author Created:** editing
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:** By written agreement

## Certification

**Name:** Emilie Kennedy
**Date:** September 30, 2021

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-319-882

**Effective Date of Registration:**
September 30, 2021
**Registration Decision Date:**
November 04, 2021

---

## Title

**Title of Work:**    Absolute Dime

## Completion/Publication

**Year of Completion:**    2021
**Date of 1st Publication:**    August 30, 2021
**Nation of 1st Publication:**    United States

## Author

- **Author:**    VXN Group, LLC
  **Author Created:**    production, direction, script/screenplay, cinematography
  **Work made for hire:**    Yes
  **Domiciled in:**    United States

- **Author:**    Kode Shop, LLC
  **Author Created:**    editing
  **Work made for hire:**    Yes
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:**    By written agreement

## Certification

**Name:**    Emilie Kennedy
**Date:**    September 30, 2021

Page 1 of 2

000388

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-355-031

**Effective Date of Registration:**
June 27, 2022
**Registration Decision Date:**
June 27, 2022

## Title

| | |
|---|---|
| **Title of Work:** | Looking For Trouble |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | May 23, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

|  | | |
|---|---|---|
| • | **Author:** | VXN Group, LLC |
| | **Author Created:** | production, direction, script/screenplay, cinematography |
| | **Work made for hire:** | Yes |
| | **Domiciled in:** | United States |

|  | | |
|---|---|---|
| • | **Author:** | Kode Shop, LLC |
| | **Author Created:** | editing |
| | **Work made for hire:** | Yes |
| | **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Strike 3 Holdings, LLC |
| | 2140 S. Dupont Hwy, Camden, DE, 19934, United States |
| **Transfer statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Emilie Kennedy |
| **Date:** | June 26, 2022 |

Page 1 of 2

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-330-611

**Effective Date of Registration:**
November 23, 2021

**Registration Decision Date:**
January 20, 2022

---

## Title

**Title of Work:** Florentine Part 2

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 11, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Counterlife Media LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Counterlife Media, LLC
11271 Ventura Blvd, #717, Studio City, CA, 91604, United States

## Certification

**Name:** Emilie Kennedy
**Date:** November 23, 2021

Page 1 of 1

000396

## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-330-110

**Effective Date of Registration:**
January 17, 2022
**Registration Decision Date:**
January 18, 2022

---

## Title

**Title of Work:** Should I Stay

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** December 17, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** VXN Group, LLC
  **Author Created:** production, direction, script/screenplay, cinematography
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Kode Shop, LLC
  **Author Created:** editing
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:** By written agreement

## Certification

**Name:** Emilie Kennedy
**Date:** January 17, 2022

Page 1 of 2

**Correspondence:** Yes

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-389-316

**Effective Date of Registration:**
November 22, 2022
**Registration Decision Date:**
January 09, 2023

---

## Title

**Title of Work:** Tailor Made

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 20, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Counterlife Media LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Counterlife Media, LLC
11271 Ventura Blvd, #717, Studio City, CA, 91604, United States

## Certification

**Name:** Emilie Kennedy
**Date:** November 22, 2022

Page 1 of 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-373-768

**Effective Date of Registration:**
October 05, 2022
**Registration Decision Date:**
October 05, 2022

---

## Title

**Title of Work:**   Sweat

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   August 27, 2022
**Nation of 1st Publication:**   United States

## Author

- **Author:**   VXN Group, LLC
  **Author Created:**   production, direction, script/screenplay, cinematography
  **Work made for hire:**   Yes
  **Domiciled in:**   United States

- **Author:**   Kode Shop, LLC
  **Author Created:**   editing
  **Work made for hire:**   Yes
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:**   By written agreement

## Certification

**Name:**   Emilie Kennedy
**Date:**   October 03, 2022

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-359-467

**Effective Date of Registration:**
July 22, 2022
**Registration Decision Date:**
July 25, 2022

---

## Title
_____

**Title of Work:**  Heiress

## Completion/Publication
_____

**Year of Completion:**  2022
**Date of 1st Publication:**  June 26, 2022
**Nation of 1st Publication:**  United States

## Author
_____

- **Author:**  Kode Shop, LLC
  **Author Created:**  editing
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

- **Author:**  VXN Group, LLC
  **Author Created:**  production, direction, script/screenplay, cinematography
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant
_____

**Copyright Claimant:**  Strike 3 Holdings, LLC
2140 S. Dupont Hwy, Camden, DE, 19934, United States
**Transfer statement:**  By written agreement

## Certification
_____

**Name:**  Emilie Kennedy
**Date:**  July 22, 2022

Page 1 of 2

# **EXHIBIT 3**

**INTRO SEQUENCE**                                                          *

The video opens with a 1-2 minute abstract sequence of the     *
girls together cut to music (a SFW short Eats style music      *
video, not limited to story continuity, can be used for scene  *
promo for social media as well). The sequence introduces some  *
of the themes and props we will see used later in the story    *
sequence (champagne, fur, chandelier, etc).                    *


**INT - MASTER BATHROOM - EVENING / NIGHT**                     *

A series of tight close ups of the girls getting ready for an
elegant night out dripping in YSL. Throughout, we hear some     *
diegetic trendy music playing in the background.

As ALINA applies some red lipstick in the mirror, we see        *
EMILY looking at her through the reflection with a cocky
smile.

                    EMILY
          So... are you going to tell me about
          this friend of yours that is taking us    *
          out tonight?                              *

ALINA looks at EMILY through the reflection and can see her     *
cocky demeanor - ALINA knows there's a tinge of jealously
from EMILY's tone and responds appropriately.

Without turning to face EMILY, ALINA takes her phone out of
her clutch and unlocks it to KENZIE's IG page. She then
slides the phone on the counter towards EMILY.

                    ALINA
          Here. Check this babe out.                 *

As ALINA continues to get ready, EMILY saunters over to the
phone and picks it up. Her eyes light up immediately. ALINA
smirks at EMILY's reaction.

                    ALINA
          I know, right?

EMILY scrolls through KENZIE's profile, settling on a VIXEN
modeling shot and opens it up.

                    ALINA
          Dropped out of nursing school, became
          a fashion model, dabbled in some cam       *
          stuff...

2.

EMILY nods along as ALINA talks.

                    ALINA
          ...and is now interested in porn.                        *

EMILY looks up at ALINA, taken back by this revelation.

                    EMILY
          ...really?

ALINA finishes her make-up and turns to EMILY for the first
time.

                    ALINA
               (dismissively)
          Really.                                                 *

ALINA walks past EMILY to a jewelry box. She opens it up and
sorts through some extravagant options.

                    ALINA                                         *
               (in motion)                                        *
          She's looking for some advice so she                    *
          hit up Vixen. And now here we are.                      *

EMILY locks ALINA's phone and places it on the dresser that
ALINA is in front of.

                    EMILY
          ...you think she has what it takes?

ALINA is struggling to put on some pearls, and EMILY helps
her finish.

                    ALINA
          ...am I sensing some jealousy, EMILY?

EMILY's expression contradicts her answer.

                    EMILY
          Not at all! Just curious...

ALINA walks away to the master closet next to the master       *
bathroom, EMILY follows her with her eyes.                     *

After a beat, we hear a notification.

3.

                    ALINA
          That's her. Can you meet her at the                    *
          elevator?                                              *

EMILY grabs ALINA's phone. INSERT of phone screen as EMILY
types to KENZIE.

**KENZIE: downstairs. you coming?**

**ALINA: come up. not ready**

After responding, EMILY slyly opens IG and goes back to
KENZIE's profile.

TIGHT of EMILY looking closely at KENZIE with intent. She
bites her lip.

**PRE-LAP**

Elevator dings


**INT - ENTRANCE - NIGHT**

The elevator doors open and KENZIE comes out. She looks
confident, stunning in her evening gown. She makes her way
out of the elevator and into adjacent hallway.                  *

The music from earlier can be heard but muffled and echoed
from the distance. KENZIE makes her way down the hall, guided   *
by the music. She walks with perfect posture like a fashion     *
model.                                                          *


**INT - LIVING ROOM/"MASTER" - NIGHT**                          *

KENZIE enters the living room/"master" from elevator hallway    *
area. We see the light of the chandelier start to creep in      *
and the sounds of music getting louder.                         *

TRACKING SHOT - KENZIE enters, walking towards the              *
chandelier. In the distance, we see EMILY in the background     *
laying on a couch, staring at KENZIE as she approaches, ready   *
to pounce.                                                       *

                    EMILY
          You have the looks. I'll give you
          that.

4.

TIGHT KENZIE POV as she continues to approach - we see EMILY          *
sitting on couch staring seductively at KENZIE (directly at          *
the camera). We get a clearer view of he her outfit - the            *
dress from earlier, but an additional fur on top with pearls.        *

                    EMILY
          But porn is more than looks.

EMILY rises and inches towards KENZIE.                                *

                    EMILY
          ...do you have what it takes?

KENZIE takes a second to size up the situation, looking EMILY
up and down. Not intimidated by EMILY's advances, KENZIE ups
the ante.

                    KENZIE
          ...why do you think I'm here?

KENZIE advances, she places her thigh firmly between EMILY's
legs. Her face and inch away from EMILY's.

KENZIE kisses EMILY hard. EMILY kisses KENZIE back.

The girls grope and grab, undressing each other while their
sexual prowess and energy carries them throughout the room.

Eventually, they make it to the couch and KENZIE gets the            *
upper hand, taking charge of the situation showing just how
adept she is. She goes down on EMILY with wild abandon.

As KENZIE goes down on EMILY, we hear the music from earlier
turn off.

                    ALINA
                (off-screen)
          EM! Did KENZIE come up?

ALINA enters the living room/"master" from the hallway ready         *
for a night out. She's holding a bottle of champagne and has        *
a YSL purse/clutch hanging off her shoulder (emphasis on both       *
props). She stops at the sight of KENZIE going down on EMILY         *
in the living room/"master". The sight delights her.                *

After watching for a bit, ALINA breaks her silence.                  *

5.

                        ALINA                                          *
          Good to see you've introduced                               *
          yourselves.                                                 *

As ALINA makes her way from the hallway to the living               *
room/"master", confident and quickly, the camera follows her.       *

ALINA makes her way to the girls and positions herself next         *
to EMILY, watching the action close up.                             *

                        ALINA
          So Emily, does she have what it takes?                     *

                        EMILY
              (breathlessly)                                         *
          So far so good.                                            *

                        ALINA                                        *
          Good to know...                                            *

ALINA kicks off her heels and extends her foot to KENZIE's          *
face.                                                               *

                        ALINA                                        *
          ...go on.                                                 *

***PRODUCTION NOTE: from here on out, improvise the majority of***   *
***the dirty talk / taunting as they cycle through the various***    *
***fetish actions and eventual full sex scene.***                    *
KENZIE worships ALINA's foot and leads to **foot fetish**            *
**sequence. After some foot play, she makes her way up ALINA's**     *
**leg to her pussy and eats her out. Eventually, KENZIE makes**      *
**her way to ALINA's other foot.**                                   *

As this is going on, EMILY grabs the bottle of champagne            *
ALINA brought in. As KENZIE starts on ALINA's other foot,          *
EMILY opens **the bottle of champagne and pours it on ALINA's**     *
**foot. KENZIE drinks the champagne as it flows from ALINA.**        *

Eventually, EMILY draws the attention back to her pussy. **She**     *
**pours the champagne on it and makes sure KENZIE licks it all**     *
**up.**                                                             *

As this going on, ALINA leaves and returns **with two candles.**     *
She places them aside before tossing KENZIE on the bed. EMILY       *
ravages KENZIE within seconds, undressing KENZIE wildly. As        *
this happens, **ALINA returns and hands a candle to EMILY. Hot**     *
**wax sequence plays out.**                                         *

CONFIDENTIAL

6.

While ALINA continues to taunt KENZIE with the wax, she          *
instructs EMILY to open her purse.                               *

                    ALINA                                        *
          EM. Be a dear and get what's in my                     *
          purse.                                                 *

EMILY grabs the purse that ALINA flopped onto the bed            *
earlier. She opens it and reveals a dildo. Giddy, EMILY          *
rejoins the girls.                                               *

                    ALINA                                        *
          Go on.                                                 *

**ALINA shoves the dildo in KENZIE's face, encouraging her to**  *
**show off her BJ skills to the girls.**                         *

Eventually, leaves and returns with her purse. She opens it      *
to reveal another dildo. She looks at ALINA who laughs in        *
excitement.                                                      *

                    ALINA                                        *
          No way!                                                *

                    EMILY                                        *
          You think you're the only one packing?                 *

The girls start to use the dildo on KENZIE as she continues      *
to blow the other one. **Eventually, they get KENZIE up and DP** *
**her with both dildos as she hangs from the chandelier.**       *

<u>SYNOPSIS:</u> **THE BENEFITS OF OWNING YOUR OWN GYM IS YOU GET A REVOLVING DOOR OF FIT PEOPLE COMING AND GOING TO "OOH" AND "AAH" AT. THE BENEFITS OF BEING IN A SWINGER MARRIAGE IS BEING ABLE TO PICK AND CHOOSE FROM SAID FIT PEOPLE AT YOUR LEISURE. BRANDI AND RICHARD ARE LIVING THE LIFE IN EVERY SENSE OF THE WORD.**

---------------------

**INT - GYM - DAY**

WORKOUT MONTAGE of BRANDI and KENZIE together.

> BRANDI VO
> I have two burning passions in life - fitness and swinging. There's only one thing I love more - when the two collide and I get the best of both worlds.

> BRANDI VO
> Swinging is not as simple as it seems. Not only do you have to find a couple that thinks the same as you do, but you have to be attracted to them. That's the beauty of owning a gym with my husband.

BRANDI looks away from KENZIE as she trains and smiles slyly.

POV REVEAL - RICHARD looking in BRANDI's direction as MAZEE trains.

BRIEF WORKOUT MONTAGE of MAZEE and RICHARD.

> BRANDI VO
> With it being a gym, naturally, our clientele leans more on the fit side of the spectrum - half of the work is already done for us. Combine that with one of us always being here, when a potential couple comes around - we're always in the know.

RICHARD catches MAZEE starring at BRANDI in the distance as she's doing an exercise that emphasizes her incredible curves.

2.

                    RICHARD
          Hey. You gonna lift that weight or
          just stare at my wife all day?

MAZEE is embarrassed for a second before RICHARD gives MAZEE
a friendly slap and they both laugh it off.

                    BRANDI VO
          The trickier part is finding out if
          they share the same sensibilities as
          my husband and I.

BRANDI watches KENZIE working out.

                    BRANDI VO
          Luckily, we had our way of telling. Or
          at the very least...

                    BRANDI
          Wow... I really see what my husband
          sees in you.

                    BRANDI VO
          ...gently pushing them in the right
          direction.

KENZIE finishes up her set and looks at BRANDI bashfully.
BRANDI then walks off coyly and KENZIE stares off at RICHARD
in the distance as BRANDI's words resonate with her. They
make eye contact and KENZIE bites her lip.

WORKOUT MONTAGE continues, blending both the guys and girls
spaces together.

                    BRANDI VO
          KENZIE and MAZEE showed a lot of
          interest in the lifestyle with barely
          any educating from myself or RICHARD.
          They had already dabbled, but nothing
          quite soooo...

MONTAGE winds down.

                    BRANDI VO
          ...official.

Both groups finish their workouts.

3.

**INT - GYM - DAY (LATER)**

KENZIE and BRANDI talk after their workout. We catch up mid
conversation.

                    BRANDI
          I'm sorry, how many times a week?

                    KENZIE
          No, I said "day". MAZEE is insatiable.

BRANDI is impressed. KENZIE bashful.

                    KENZIE
          And to be honest... it's been even
          more since we set up this date.

                    BRANDI
          Is that so....

BRANDI is distracted by something off-screen.

                    BRANDI
          Speaking of which...

REVEAL - MAZEE and RICHARD are approaching the girls.

BRANDI goes to RICHARD and embarrasses him with a kiss.

                    BRANDI
          Have a good workout, hun?

BRANDI rubs his cock over his shorts gently.

                    BRANDI
              (playfully)
          Hope you saved some energy.

MAZEE stares at BRANDI. KENZIE at RICHARD.

                    RICHARD
          Uh huh. This one couldn't wait for it
          to be over. You have a fan.

BRANDI turns her attention to MAZEE.

                    BRANDI
          Really...

4.

BRANDI goes to MAZEE and playfully lifts up his shirt,
revealing his abs.

                    BRANDI
          ...the feeling is mutual...

BRANDI gently rubs MAZEE's abs as she stares in his eyes
seductively.

                    RICHARD
          Now now hun, let's not get ahead of
          ourselves-

KENZIE is staring at RICHARD like she wants to pounce him.
RICHARD looks pleasantly surprised.

                    RICHARD
          Well now.

RICHARD goes to KENZIE and stands over her.

                    RICHARD
          Does the sight of my wife feeling up
          your boyfriend excite you?

KENZIE nods gently as she stares into RICHARD's eyes. She
then turns her attention to MAZEE and BRANDI.

KENZIE POV - BRANDI slides her hand over MAZEE's abs and
takes out his cock and starts jerking him off.

KENZIE looks up at RICHARD. RICHARD smiles as he caresses and
then holds KENZIE's face.

                    RICHARD
          I think it's time to switch to a
          different type of workout.

KENZIE takes out RICHARD's cock.

Leads to BBGG sex.

CONFIDENTIAL

<u>KENZIELAND</u>

Written by

Kayden Kross

[Jay Rogue Reformat V03]

**TSH**

1       TITLE CARD                                                      1

        "All creatures must learn that there exist predators."

                --Clarissa Pinkola Estés, Women Who Run With Wolves


2       INT. MAIN KENZIE ROOM-NIGHT                                     2

        We hear an INDISTINGUISHABLE SCRATCHING SOUND and then
        something like dragging on sand, then FADE IN on the glass of
        a TERRARIUM. A PINK-SHELLED HERMIT CRAB crawls toward
        something. We watch this for a moment and then the camera
        starts to pan slowly clockwise as we take stock of the rest
        of the room. We pass, in no particular order, shelves stocked
        with WIGS ON MANNEQUIN HEADS, rows and rows of TROPHIES,
        PLAQUES, COMMENDATIONS, BLUE RIBBONS. The room itself is
        pink. Pink DAMASK WALLPAPER with soft pink sheers over lamps,
        crystal chandeliers and sconces, a pink LED SIGN that
        flickers "GIRLS GIRLS GIRLS", the movement of a pink Swedish
        clock etc (note to add anything to set design that helps put
        some movement into this). As we hit the reverse of where the
        terrarium was, we see just the TORSO AND LIMP DICK OF A MAN
        who seems not to know where to put his hands. He's wet. The
        camera doesn't even slow, his form is only another figure in
        the landscape. We see a doorway behind him with a BEADED PINK
        CURTAIN, a hat rack next to it with FEATHERED CAPS, beauty
        QUEEN SASHES, TIARAS, some sort of tulle climbing the walls
        with small glittering panties and tags all attached. We go on
        and the walls are peppered with FRAMED MAGAZINE COVERS--glams
        of the same blonde in various looks and forms of repose. We
        hear a light tapping as we come back toward the glow of the
        terrarium, and then finally settle on the blonde from the
        magazine covers looking through the glass and tapping at the
        crab. She's done up like JESSICA RABBIT with the dramatic
        side part and glittering gown. We're back to where we began
        in this 360 shot. KENZIE speaks to her crab

                              KENZIE
                Hello gorgeous, what do you want?

        She studies the crab through the glass as we study the velvet
        depth of her eyes, then drops some FOOD FLAKES in, does one
        more tap to get a response from the crab then looks over her
        shoulder as if she just remembered there's another person in
        the room.

        We reverse back to ISIAH, naked and wet and watching her with
        cautious rage.

        Kenzie turns and steps into focus in a beauty shot under a
        pool of light at the center of the room. She looks him up and
        down as if judging his size. She purposely doesn't speak, and
        he appears to cover himself with his hands a little more.

2.

                              ISIAH
                    I didn't get your name.

Kenzie does a cute little pout.

                              KENZIE
                    You don't know?

ISIAH looks blankly on.

                              KENZIE (CONT'D)
                    I was one of your covergirls. I was
                    going to be *the* covergirl before
                    everything went to shit.

                              ISIAH
                    No one knows who is going to be *the*
                    covergirl until it's announced.

Kenzie gives him a look like let's not pretend.

                              ISIAH (CONT'D)
                    What did you do with my phone.

                              KENZIE
                    I put it in rice.

Kenzie walks over and grabs a SIDE CHAIR from along the wall
and swings it under the centered pool of light where she'd
been previously standing. She settles in like Sharon Stone in
the Basic Instinct interview.

                              ISIAH
                    And my clothes?

                              KENZIE
                    They'll be dry by the time you're
                    done learning my name.

ISIAH becomes closed, he realizes that she's brought him here
strategically.

                              ISIAH
                    My knowing your name can't help you
                    anymore.

                              KENZIE
                    Oh, I'm sure it still can

He starts to protest like he's just tired of even having this
conversation anymore but she cuts him off.

                              KENZIE (CONT'D)
                    Now shut up and listen to my story.

016623

3.

3      EXT. TENNIS COURT-DAY                                    3

        Close up shot of Kenzie tightening a HIGH PONYTAIL like it's
        about to get serious. Shot whizzes back to show Kenzie is
        dressed in TINY WHITE PLEATED TENNIS SKIRT and a traditional
        shell jersey printed with a WHITE SCREEN-PRINTED WOLF. She
        bounces the BALL twice then leans her weight back onto her
        right foot as her left hand tosses the ball in the air and
        smashes a serve in a perfect arc with her right (**speed
        ramping here through this sequence--shoot all shots slow
        mo**)

                            KENZIE (V.O.)
                    My name is Kenzie Anne, last name
                    redacted, because in this town it's
                    all about how easily it rolls down
                    throats and off of tongues. I was
                    born into your average American lot-
                    -middle child, two parents, one
                    house, a two car garage and a
                    family dog. I was raised with all
                    of the mantras of the day--you do
                    you, march to your drum, the only
                    thing you're racing against is your
                    own best time. And so I applied
                    that ethic to team sports...


4      INT. CLASSROOM-DAY                                       4

        Test with CIRCLED GRADE lands on Kenzie's desk (94%) and then
        the camera tilts up to find her satisfied face (**speed
        ramping here through this sequence--shoot all shots slow
        mo**)

                            KENZIE (V.O.)
                    A respectable academic record...


5      EXT. CAR WASH-DAY                                        5

        Kenzie's ass in a RED BIKINI with suds running down her legs
        swings a BUCKET in her hand as she heads toward a line of WET
        CARS. She passes a propped up CAR WASH SIGN (car wash in red
        paint on white--reference some fundraiser/charity etc) and we
        see KENNA and RILEY--also in red bikinis--spraying each other
        as sunlight dapples through the water drops and the deep blue
        sky. Shot goes inside the car as Kenzie stretches herself
        across the windshield and does one large pass with the YELLOW
        SPONGE (**speed ramping here through this sequence--shoot all
        shots slow mo**)

4.

                    KENZIE (V.O.)
          And enough volunteer work to be a
          competitive applicant at my top
          three schools.


5A      INT. SCHOOL BATHROOM-DAY                           5A

        Camera floats in a semi circle around Kenzie, Kenna, and
        Riley as they pass A JOINT, smoke billows toward camera and
        they all suddenly lock eyes with something. Reverse shows
        trio of mean girls: STACY, TIFFANY, and their leader,
        ASHLEIGH. They all eye Kenzie (**speed ramping here through
        this sequence--shoot all shots slow mo**)

                    KENZIE (V.O.)
          Even my vices were predictable. All
          of my highs and my lows and my
          problems. They colored within the
          lines.

                    KENZIE (V.O.)
          And so things were fine, as they
          are when you're well cared for,
          well in the middle, well on your
          way.

        Close up on Kenzie's eyes as they silently follow the leader
        of the brat pack.

                    KENZIE (V.O.)
          Each next step always right in
          sight.


6       EXT. TENNIS COURT-DAY                              6

        Kenzie smashes the final shot on a tennis game in a perfect
        return, then moves toward the net with glistening skin and
        her chest rising and falling heavily. We see other players
        seated against the fence in the sun drinking POWERADE and
        leaning against BACKPACKS as they watch. She moves the
        SCORECARD from 3 to 4 against her opponent's zero. She looks
        over toward the bleachers to see if her COACH noticed, but
        another player is flirting with him (one of our mean girl
        pack from bathroom--STACY).

CONFIDENTIAL

5.

                    KENZIE (V.O.)
          Until I realized I was beginning to
          slip behind--not of my own doing,
          but because my pure and personal
          best was not going to be allowed to
          reach its full potential if we
          weren't all playing by the same
          rules.

Shot of Kenzie thinking. She wipes her brow and FLIPS THE
SCORE back to love / love and heads toward the court again.


7     INT. CLASSROOM-DAY                                    7

Kenzie looks down at her TEST, then looks at the girl in the
desk ahead of her. The teacher is setting it down, it's
marked 100% IN BIG RED LETTERS. The teacher gives confident
double tap on the score and knowing look as he pushes the
paper another inch closer. Shot goes in front of the girl and
we see Kenzie behind, it's Tiffany from the bathroom. She
gives a sparkling look of suggestion up to the teacher and
then feels eyes on her. She looks back to Kenzie and then
looks forward again quickly, nervous that she knows.

                    KENZIE (V.O.)
          And so I started looking outside of
          myself. I saw the relationships
          between the coaches and the favored
          players in sports, between the top
          students and their teachers in
          class, even in the little bit of
          friendly competition in all that do-
          good volunteering.


8     EXT. CAR WASH-DAY                                     8

Kenzie looks up from the car she's washing and sees there are
no other customers. She looks across the street to Ashleigh,
who is running a competing car wash fundraiser. She's
scribbling something on her CARWASH SIGN and customers are
lined up. She pulls away and Kenzie can see that she's
handwritten the word "TOPLESS" above "CAR WASH". We go to a
close long lens single of the girl as she looks at Kenzie,
then starts to pull her top off as she's still making eye
contact. Reverse back to Kenzie.

6.

                    KENZIE (V.O.)
          I realized that the best of the
          best are all compromised, and all
          of the standards they're up there
          setting by breaking the rules are
          trickling down and stacking the
          deck against those of us still
          following them.


9    EXT. TENNIS COURT-DAY                               9

     Kenzie grabs THE COACH [OLIVIER FLYNN]  and pulls him messily
     behind the bleachers.

                    KENZIE (V.O.)
          In short, I stopped following the
          old rules and starting playing by
          the new ones.

     She kisses him passionately and he kisses her back, a little
     bewildered. She pulls back just long enough to see Stacy
     trying to see what they're doing, she seems to get the point
     and storms off.

                    KENZIE
          You're fucking Stacy right?

     The Coach seems thrown off by the directness of the question.

                    THE COACH
          Sometimes

     Kenzie is already unbuttoning his shirt.

                    KENZIE
          In the ass?

                    THE COACH
          No, we've never done that.

     She pushes him down.

                    KENZIE
          Good.

     We go to Oliver's POV as she stands over him. Suddenly
     ISIAH's VO distracts her.

7.

                    ISIAH (V.O.)
          So you're suggesting that you
          decided to let your tennis coach
          ass fuck so you'd have a better
          position on the team and a
          spattering of other pedestrian
          gains.

10        INT. MAIN KENZIE ROOM-NIGHT                          10

     Kenzie looks upset that her story is being interrupted.

                    KENZIE
          I didn't suggest it, I just said I
          did it, plain as day.

                    ISIAH
          Fucking me doesn't get you the
          title of *the* Covergirl.

                    KENZIE
          Anymore

                    ISIAH
          I..

     He looks like he's at a loss for how to explain. He digs the
     heel of his hand against his brow in frustration and seems
     like he wants to say a lot and then only has enough energy
     for the little he gets out.

                    ISIAH (CONT'D)
          I have way too many problems to
          even be discussing this with you.

     He sighs like all of the energy is going out with his breath
     and then looks up.

                    ISIAH (CONT'D)
          Are my clothes dry

     Super close up of Kenzie as she looks at him directly

                    KENZIE
          No.

                    KENZIE (CONT'D)
          Now shut up and listen to my story
          if you want to know why you're here

8.

11     INT. CLASSROOM-DAY                              11

Shot from the hall through the classroom door as Kenzie
watches students file out after class. As the last one leaves
she grabs the teacher's TIE and pulls him in. The door slams
in our face

                    KENZIE (V.O.)
            See, the thing is, once you're
            honest about where you stand, it's
            all very simple.


12     EXT. CAR WASH-DAY                               12

Kenzie squats in a doggy position with her ass against the
soapy windshield. Our shot starts on her face as she looks
back over her shoulder and then travels inside to find that
she's bottomless against the glass as she rubs her ass all
over it like a sponge. She rocks her pussy to push down
against the glass and then we go to a close up as she gives a
mischievous look back to the competition across the street.

Ashleigh puts her hands on her hips and huffs.

                    KENZIE (V.O.)
            Most of those breaking the rules
            aren't honest about it. They have
            so many qualifiers and if-thens and
            exceptions that they all think
            they're Robinhood's who know how to
            duck and dodge the real bad and
            then they cry foul when someone
            takes it a step further.


13     INT. MAIN KENZIE ROOM-NIGHT                     13

ISIAH is gaining some respect for her.

                    ISIAH
            How far did you take it?

Close up as Kenzie looks up devilishly.


14     EXT. TENNIS COURT-DAY                           14

Kenzie pushes Oliver behind the bleachers, devouring him.

                    KENZIE (V.O.)
            I'm still taking it.

CONFIDENTIAL

9.

14X    EXT. TENNIS COURT-DAY    14X

**BGA to finish.**

15    INT. KENZIE'S OLD BEDROOM-MORNING    15

Kenzie and Riley and Kenna are all lined up in bed (example shot) on THEIR PHONES, all seemingly devoted to the same task and each wearing a different nearly SEE-THROUGH WHITE PISCES SHIRT.

>               KENZIE (V.O.)
> Fast forward to summer. I forego school because it doesn't fit with the new outlook. The new outlook is go fast, go all the way, take no prisoners

>               KENNA
> Got one

>               KENZIE
> What is it

Kenna leans over with HER PHONE, Riley leans to look too.

>               KENNA
> The head agent from Maxwell Group has a VIP booth at this underground nightclub in Hollywood every Friday.

Kenzie gives both Kenna and Riley a look and they seem to come to silent agreement.

16    INT. MAIN KENZIE ROOM-NIGHT    16

>               ISIAH
> Let me guess, you left your small town life with a one way bus ticket to Hollywood and a suitcase full of dreams.

>               KENZIE
> Nope, I hopped in my Chevy and took the 405 south to the 101.

>               ISIAH (UNIMPRESSED/V.O.)
> So you were born here.

016630

CONFIDENTIAL

10.

17      EXT. NIGHTCLUB–NIGHT                                          17

        Kenzie pulls into frame and we shoot through the passenger's
        side window as we see her bring her car, a sleek BLACK
        VINTAGE CORVETTE STINGRAY, to a sudden stop and looks toward
        the NEON SIGNS as she smooths her hair. Music pulses from the
        building and light twists off the wet asphalt. Kenna and
        Riley screech up next to her.

                              KENZIE (V.O.)
                        I was born for this.


18      INT. NIGHTCLUB–NIGHT                                          18

        Kenzie, Riley, and Kenna dance wildly (slow motion/speed
        ramped shots) under pounding music and strobe lights as other
        bodies push up against them.

        (Example music https://www.youtube.com/watch?v=xX2lOqmLHUQ)

        After a moment, Kenzie sits back in a VELVET LINED BOOTH, out
        of breath and glistening. She lights a CIGARETTE. Riley
        follows, still dancing as she CHUGS CHAMPAGNE. Just then,
        Kenna comes into frame, yelling above the music.

                              KENNA
                        There!

        She points to something and we get a slight push in on a
        determined look from Kenzie and then a reverse shot that
        ZOOMS THROUGH BODIES TO FIND ALEX. He has women crawling on
        him and is clearly the center of his booth's attention but
        Kenzie catches his eye. We go to her and she pulls Riley's
        leg up and starts running her lips along her skin as she eyes
        ALEX and the cigarette smolders (Joaquin Pheonix nightclub
        example shot). Looks build between the two and then Kenzie
        extends a finger and motions him in seductively. He walks
        over like he has all the time in the world, and our shots
        reverse back in between him closing in to tighter and tighter
        shots on Kenzie's eyes sparkling with suggestion. When he
        gets there she stands up and they stare at each other face to
        face, so close they're nearly touching. Tights of her lips
        near his in shots that punch in closer to the beat of the
        music until suddenly.


19      INT. PRIVATE ROOM–NIGHT                                       19

        Kenzie, ALEX, Kenna, and Riley throw back a RED VELVET ROPE
        to land in a private booth/room type area that is well lit
        enough for Tushy members! Music still pounds and a SERVER
        tries to follow them back.

11.

                        SERVER
              This area's closed

Kenna turns around and closes the velvet curtains that
separate the room from the rest of the club as she shoos the
server out.

                        KENNA
              You took the words right out of my
              mouth.


20        EXT. PRIVATE ROOM-NIGHT                    20

Kenna steps outside the curtains and stands guard with arms
crossed and legs set wide as the server storms off in
exasperation.


20X       INT. PRIVATE ROOM-NIGHT                    20X

          **BGGGA to finish** Riley/Kenna/Kenzie/Alex


21        INT. DRESSING ROOM-DAY                     21

Kenzie is done up like Marilyn Monroe and sits in a STUDIO
CHAIR that has been EMBROIDERED WITH HER NAME as a MAKE UP
ARTIST does the last finishing touches on her look and she
looks through images from the shoots mood-board (Kenzie
Marilyn Example shot #1). Soon there's a flurry of commotion,
and ALEX enters with two assistants flanking. He has an IPAD
in hand and Kenzie turns around in the chair as greets her
with AIR KISSES and then gets down to the business of showing
her everything he's been working on.

                        KENZIE (V.O.)
              ALEX put me everywhere. Print ads,
              commercials, runways, campaigns.
              You know this industry better than
              anyone, so I don't have to tell you
              that.

                        ISIAH (V.O.)
              Work begets work.


22        INT. MAIN KENZIE ROOM-NIGHT                22

                        KENZIE
              He controlled every detail. He told
              me who to talk to, who not to, how
              to dress, what to say, where to be.
              He was grooming me.

12.

There's a flash of recognition in ISIAH's eyes.

>                    ISIAH
>          I already know where this story
>          goes. You don't have to--

23     INT. DRESSING ROOM-DAY                              23

>                    KENZIE (V.O.)
>          Oh, but I do.

ALEX pulls up another STUDIO CHAIR and sits opposite Kenzie
as he waves off the make up artist and assistants. They lean
in like they're conspiring in the oval office.

>                    ALEX
>          You do everything I say, and in one
>          year's time you'll be the face of
>          VMG.

>                    KENZIE
>          You can make me *the* covergirl?
>          That's the most coveted contract in
>          the industry.

>                    ALEX
>          I can, but you're going to have to
>          work for it. We'll spend this year
>          building your resume and your look
>          and then when Kate's contract is
>          up.. well that's a guy you'll
>          definitely have to fuck. Every
>          model who gets that contract goes
>          through ISIAH's bed first.

>                    ISIAH (V.O.)
>          Not anymore.

24     INT. MAIN KENZIE ROOM-NIGHT                         24

Kenzie is annoyed at being interrupted again.

>                    KENZIE
>          Do you want your clothes back or
>          not?

ISIAH just looks at her

>                    KENZIE (CONT'D)
>          Then let me finish my story.

13.

25      INT. GYM-DAY                                              25

        Kenzie does some sort of super butt centric lunge or squat.

                        KENZIE (V.O.)
                I did it all. The gym.

26      INT. KITCHEN-DAY                                          26

        Kenzie presses the power button on a BLENDER that screeches
        and spins something green.

                        KENZIE (V.O.)
                The diet.

27      INT. BED-EARLY MORNING                                   27

        Alarm goes off and Kenzie slams it and sits up but it's
        painful.

                        KENZIE (V.O.)
                The early mornings and long days
                and late nights.

28      INT. DRESSING ROOM-DAY                                   28

        Shot of Kenzie's name written on a STARBUCKS TYPE CUP pulls
        out to reveal Kenzie showing up fresh faced to yet another
        set bright eyed and bushy tailed. She air kisses the make up
        artist.

                        KENZIE (V.O.)
                I made the friendships and the
                connections and wore the looks and
                smiled the right way and said the
                right things. I was self
                deprecating around the ones I
                intimidated and worked to impress
                the ones I didn't. I dotted every I
                and crossed my Ts.

29      INT. ABSTRACT TURNTABLE-DAY OR NIGHT                     29

        Kenzie spins in and out of a pool of light, posture and
        expression frozen and calm as if a mannequin. Each time the
        table rotates Kenzie spins back into the light in a new look.
        This goes on and on, with each make up look distinct from the
        last.

14.

                    KENZIE (V.O.)
          What people don't understand is how
          hard it actually is to fuck your
          way to the top. They forget that
          there's still only one top. We're
          all still doing the work we had to
          do under the old rules--the day in
          and day out grinding to get ahead,
          and then added to that we have to
          somehow still stand out in the
          backdoor mattress deals too. If
          anyone could just walk in off the
          street and lie on their backs and
          instantly be rich and famous and
          lifted from the rat race, well,
          we'd all do it. And those that
          stand audience to this and listen
          and watch love to fall into the
          comfort of rewarding themselves
          because they've perceived that what
          I'm doing is wrong and in just
          drawing the conclusion they feel
          they've somehow already achieved a
          moral accomplishment. But from the
          sidelines they're no better than
          the bad women they hear about on
          TV, and anyway, I think we can all
          agree that if we get down to the
          brass tacks of it all there is very
          little right/wrong or good/bad in
          this world. There is, however,
          useful and not useful. Useful is
          being on top.

As the VO wraps, we start seeing images flash between the
CONVEYOR BELT OF KENZIES.

Flashes of Kenzie WAKING UP to her alarm.

Tights of Kenzie grabbing a LATTE with her name on it.

Flashes of Kenzie AIR KISSING people.

Flashes of Kenzie FALLING DOWN exhausted again in her BED.

It cycles again. After the final bed shot the camera floats
up to a PICTURE OF ISIAH PINNED ON A VISION BOARD. It's held
up with a DART.

                    KENZIE (V.O.)
          Anyway, all that to say I worked
          hard for you.

15.

30      INT. MAIN KENZIE ROOM—NIGHT                          30

                    ISIAH
              Sounds like you worked hard for a
              lot of people

Kenzie considers this.

                    KENZIE
              There were a lot of rungs in that
              ladder.

31      INT. STAGE/ABSTRACT AREA—DAY OR NIGHT                31

Kenzie wears a PINK LATEX inspired version of famous Marilyn
Monroe gown from Diamonds are a Girls Best Friend. There's a
large SILK BOW tied around the back with a red seamless
background, sparkling pink curtains in the foreground, and a
gaggle of men all in suits surrounding her. They each wear
large name tags that only state their positions instead of
their names, things like: WRITER, PRODUCER, CASTING AGENT,
FINANCIER etc. They get on one knee and all offer up their
business cards at once.

                    KENZIE (V.O.)
              That's for sure.

Kenzie holds a BLACK FEATHER FAN and taps each head as she
scans the business card. Theatrical song like Diamonds are a
Girls Best Friend kicks up.

                    KENZIE
              No, no, no, no, no

She comes to the front two and seems pleased by what the
cards say.

                    KENZIE (V.O.)
              But ALEX guided me well. He always
              made sure my time was well spent.

The two men she's chosen pick her up and whisk her off a-la
Marilyn clip.

                    KENZIE (V.O.)
              Because as we know, contacts are a
              girls best friend.

32      INT. HOTEL ROOM—DAY                                  32

Kenzie lands on the bed and we reverse to the two suited guys
she's chosen. MICK and MILAN.

16.

She makes it a point to safely set their business cards on
the nightstand and then pulls them in ravenously.

32X         INT. HOTEL ROOM-DAY                              32X

**BBGA to finish**

Kenzie toys with the CUM ON HER FACE as she watches the men.

                    KENZIE (V.O.)
              One year of this.


33          INT. MAIN KENZIE ROOM-NIGHT                     33

Kenzie stands up, she's frustrated now.

                    KENZIE
              One year day in and day out I
              worked, I made connections, I
              molded myself, I did everything I
              was told it would take to become
              the face of your brand. Every night
              I went to sleep with a picture of
              your face pinned to my wall. I was
              supposed to fuck you last week.

                    ISIAH
              But then Kate.

                    KENZIE
              Kate outed you.


34          EXT. MICROPHONE-DAY OR NIGHT                    34

BEAUTIFUL BLONDE MODEL cries into the microphone as camera
lights flash.

                    KENZIE (V.O.)
              You got me too'd. More models came
              forward. You fell from grace. The
              board took over the decision making
              from there. And you--you'll never
              be left in a position of power
              again.


35          INT. MAIN KENZIE ROOM-NIGHT                     35

Kenzie eyes ISIAH.

>                    KENZIE
>          I've been wondering when you would
>          show your face. I was delighted to
>          hear you'd be attending that party
>          so soon.

ISIAH gives a short sardonic huff.

>                    ISIAH
>          So you could push me in a pool.

36    EXT. BLACK TIE OUTDOOR THING-NIGHT                    36

Close up of Kenzie's hip as she passes ISIAH. He's holding a
DRINK and speaking to ANOTHER PARTYGOER when she nonchalantly
BUMPS HIM INTO THE WATER.

>                    KENZIE (V.O.)
>          I just needed a little face-time
>          with you.

Jump cut to her extending a hand to pull him out.

>                    KENZIE
>          Oh my god I'm so sorry. My place is
>          just around the corner, let me help
>          you get cleaned up.

37    EXT. STREET-NIGHT                                     37

Sin city style car shot through the windshield as Kenzie
looks ahead with determination in her stingray and speeds up.
Water flies off ISIAH as he loosens his tie and turns his
head slowly toward her, beginning to suspect something.

38    INT. MAIN KENZIE ROOM-NIGHT                           38

Kenzie looks at him, again with the cute little pout.

>                    KENZIE
>          You look tired, have a seat.

ISIAH rubs his temple like he's fighting off a migraine.

>                    ISIAH
>          I just want my stuff.

Kenzie taps the seat insistently as an answer, and ISIAH
gives in and moves forward, slumping more than sitting into
the seat when he reaches it. Kenzie leans over and runs her
hands down his chest, she whispers in his ear from behind.

                    KENZIE
          Do you know what it's like to build
          up to fucking someone for an entire
          year and then...

She pushes her hands through his chest hair. His breathing
starts to change. She whispers in his ear...

                    KENZIE (CONT'D)
          --just.. nothing. No climax. It's
          like the worst case of cosmic
          blueballs you could possibly
          imagine. The number of times I've
          thought about the outfits I'd wear
          for you, the way I'd work my tongue
          into your mouth, the particulars of
          how I landed on the exact shade of
          blue I chose and I'd use to open my
          ass for you.

His cock is hard now as he listens. I decided six months ago
that I wouldn't just build up, I'd go straight to anal. She
swings around in front of him and straddles him cowgirl,
throwing her skirt to the side to reveal BLUE PANTIES.

                    KENZIE (CONT'D)
          I'd lower myself on to you
          exactly... like...

She pushes herself against him rhythmically but doesn't
penetrate. Breathing builds heavily between both of them
until finally he can't stand it and he pushes her down.

38X     INT. MAIN KENZIE ROOM-NIGHT                           38X

        Sweaty, animalistic **BGA to finish**

        He pops in her ass.

39      INT. MAIN KENZIE ROOM-NIGHT                            39

        At the end, she walks forward to grab the blue panties that
        are in focus in our shot from the floor. She turns around and
        puts them on and we see his cum streaming down between her
        legs from a low shot from behind. ISIAH doesn't think
        anything of it as he rests on his elbows, still out of
        breath. Kenzie walks over to where his SOAKING WALLET and
        KEYS are sitting on table top.

                    KENZIE
          Mind if I take your card.

CONFIDENTIAL

19.

                  ISIAH
          Not much good it will do you
          anymore.

She gives him a look and grabs one WET BUSINESS CARD from his
wallet, then grabs a SMALL GOLD SAFETY PIN from a dish and
hangs the panties with the card on the web of fabric with the
others. He suddenly looks more closely at it and realizes
that the web extends up to the ceiling, and all of the
panties are tagged with business cards. He stands up quickly.
Just then, Kenna and Riley come out. Kenna holds his suit,
neatly pressed and dry, and Riley holds his PHONE IN A BOWL
OF RICE.

                  KENNA
          Your suit is dry.

Riley holds up his phone.

                  RILEY
          It seems like you had less luck
          with this.

ISIAH digs it out of the rice, it might as well be a rock in
his hand. He looks at Kenzie.

                  KENZIE
          You men. You always have such...
          male problems.

Kenna pushes the suit further forward, insisting that he take
it. He doesn't look at it as he grabs the hanger slowly.

                  ISIAH
          What are you getting out of this.

                  KENZIE
          That, for example, is a male
          problem. I always know why someone
          is fucking me. It's because I'm
          hot. But men forever wonder. They
          want to believe it's just that
          shared, animalistic drive.

ISIAH steps forward, but Kenna and Riley grab him by each
arm. Kenzie turns toward her little web of panties and climbs
up to find a good place to hang her newest trophy.

                  KENZIE (CONT'D)
          I chose blue in honor of the famous
          blue dress and that damning cum
          stain.

She looks over her shoulder.

016640

CONFIDENTIAL

20.

                    KENZIE (CONT'D)
              Sure, you had some models come
              forward, but no one could
              corroborate their stories. It was
              all just she said she said she said
              she said she said.

She pauses for dramatic effect.

                    KENZIE (CONT'D)
              He said.

Kenzie secures the panties and climbs back down.

                    KENZIE (CONT'D)
              I read somewhere that your contract
              dings you a half a million for each
              new claim against you.

                    KENZIE (CONT'D)
              And also that the board is
              scrambling to name *the* Covergirl in
              light of all of these allegations.
              Someone unassociated with you and
              with a good pedigree for the gig.

                    KENZIE (CONT'D)
              Anyway, I'd be happy with either of
              those things. You could give me
              half a million not to come out with
              a story about how I was groomed all
              year for this job or the board
              could just give me the gig.

ISIAH is staring daggers at her.

                    KENZIE (CONT'D)
              I'd prefer the gig. We both know I
              worked for it.

He takes a moment to try to control his rage and then pulls
his arm out of Riley's grasp.

                    KENZIE (CONT'D)
              Talk to your board!

He storms off.

                    KENZIE (CONT'D)
              And make sure you got my name!

A door slams.

CONFIDENTIAL

21.

                    KENZIE (CONT'D)
          It's Kenzie Anne!

CONFIDENTIAL
Page ID #:4706

DPR_RELEASE_V01


Written by


█████████


Based on, If Any


██████████

1.

**NOTE: Color palette: tobaccos/sand/creams/baby blue**

1    **INT./EXT. BELL TENT-DUSK**                                      1

We start on a super wide shot of a peacock chair set in a
semi-abstract way in the desert at dusk. Metal lanterns cast
nervous shadows and the silhouetted figure begins to move in
a slowly sexual way a-la the title credits of "Emmanuelle".
The camera begins what will be a long push in as the scene
plays unbroken. KENNA moves like she has all the time in the
world. As we get closer, she takes a long drag off of
something natural that she's rolled to smoke. We keep pushing
in until we reach a macro on her jaw and lips in profile.
Just then her face turns and exhales the smoke violently into
the camera. This transitions with:

2    **EXT. DIRT ROAD-AFTERNOON**                                     2

The wheel of a vintage classic kicks up dust into camera. The
sound transition is abrasive.

3    **INT. CAR-AFTERNOON**                                           3

Kenzie and Isiah bounce in silence in the back of the cab as
the driver speeds by like roads are no matter. Kenzie checks
on Isiah with a sideways glance and then turns her attention
back to the desert just out the window.

4    **EXT. DIRT ROAD-AFTERNOON**                                     4

Wide shot shows the car slow to a stop in front of a random
gate across the road.

5    **INT. CAR-AFTERNOON**                                           5

The driver looks back over his shoulder.

                    DRIVER
          Sir, I can't go past here.

Kenzie leans forward and looks anxiously in front of them.
There's nothing. The driver watches as Isiah and Kenzie
discuss it in hushed tones. Finally we hear something as
Isiah raises his voice slightly.

                    ISIAH
          How bad do you want it?

2.

We go to a shot out the window (again a-la Emmanuelle), where
we see better Kenzie's outfit. She wears thigh high nude
stockings and a fur shawl. She's a throwback centerfold. He's
dressed in a sharply fitted suit. The questions stops her and
she looks out the window to the distance as he strokes her
stockinged inner thigh absently.

> ISIAH
> We could walk, it's not much
> farther

She doesn't answer and seems tuned out to him. He picks up on
this and then leans back to his centered place in the back
seat to address the driver as he pulls cash out.

> ISIAH
> I'm sorry for the trouble, if you
> can take us--

The slam of a car door cuts him off and he and the driver
both look. Kenzie is walking determinedly down the dirt road
ahead, heels and all.

**6    EXT. DIRT ROAD-AFTERNOON                                   6**

Super super wide as we watch Isiah jog to catch up with her
and the car begin to turn around, leaving them there.

**7    INT./EXT. KENNA'S TENT-AFTERNOON                           7**

Kenna barely looks up from the book she's reading as the
motion at the front of the tent alerts her someone is there.
Kenzie stands in front of Isiah at the threshold.

> KENZIE
> I'm Kenzie, you said we could come
> today.

Kenna pops up on light feet and steps forward, Immediately
coming into Kenzie's space and smoothing her hair behind her
ears.

> KENNA
> You're blocked.

> KENZIE
> It's causing problems between us.

Kenna is as matter of fact as a nurse as she casually reaches
over his pants to assess the size of Isiah's dick. She barely
reflects her findings.

CONFIDENTIAL

3.

                    KENNA
          We'll loosen up whatever is holding
          you back. Come in.

Kenzie slips in and waits by the bed, Isiah starts to follow
but Kenna stops him.

                    KENNA
          You wait out here. This is women's
          stuff. I'll call you when we're
          ready.

Kenna closes a curtain/tent flap against Isiah as she turns
her attention back to Kenzie.

She begins a series of strippings, wiping her eye make up
down with her thumbs, removing the stockings and get up. She
wraps a stocking around Kenzies eyes to make a blindfold.

                    KENNA
          Lose the accessories to find it.

She grabs a bowl of rose oil and starts tracing symmetrical
shapes between Kenzie's legs.

Isiah peeks as Kenzie begins to react to the touch. As if she
has eyes in the back of her head, Kenna waves him away and
Isiah retreats back behind the curtain. After more of this
play with the oil, Kenzie looks like she might come and Kenna
calmly shoves the stocking in her mouth instead and keeps
going. It cuts the orgasm short.

                    KENNA
          Not yet. We must build it for
          strength.

Kenna keeps the tactile play, now softly running her fingers
up and down Kenzie's thighs. Kenzie's breathing is deeper.

Improvised tantric foreplay with Isiah peeking in every so
often. Finally Kenzie falls into a guttural orgasm. Two rose
quartz ben wa balls fall out of her and into Kenna's hand,
soaked. Isiah has snuck back to watching. Again, as if she
has eyes in the back of her head, Kenna motions to him, this
time bringing him in. When he's next to Kenna's shoulder she
takes his cock out of his pants and guides it toward Kenzie,
who is a dripping puddle.

                    KENNA
          You should fit now.

Kenna inserts his cock slowly into Kenzie.

CONFIDENTIAL

4.

**8    INT./EXT. KENNA'S TENT—AFTERNOON**                                   **8**

BGG to finish.

1    **INT. ATTIC ROOM-NIGHT**                                          1

The whirring sound of a machine fades us in off black until
we come to a bare foot pressing into a pedal. It lets off and
the whirring stops, then a moment later starts up again, the
glint of the light twisting off the red of the polish.

We go to a shot of lavender fabric slipping through fingers
as it runs through the sewing machine

We go to a shot on the woman's face--Emily's eyes are large
and dark in the light. She focuses intently on what she's
making. The whirring stops. She cuts a thread with her teeth

A centered wide shows her examining the piece but we can't
see it behind the machine

We go to a shot of the bra in her hands and then return to
her face. She's annoyed with it.


2    **TITLE CARD: TAILOR MADE**                                        2

The whirring starts up again.


3    **INT. ATTIC ROOM-NIGHT**                                          3

Emily is at the table again, she leans over something with
intent focus. There's a sharp rap and then the door swings
open but Emily doesn't break concentration.

Scarlit enters. She scans the room and sees that one bed is
left ready for a new occupant and Emily's is well used. She
looks over at Emily, who doesn't acknowledge her, then heads
to the bed. She swings a bag on it and sits down and looks
around.

                    SCARLIT
          You're Emily

We go in front of Emily as she holds up a Swarovski crystal
with tweezers, the light glints through. Emily is still
intently focused by answers clinically and courteously

                    EMILY
          Yes. You're the new girl?

                    SCARLIT
          I'm on a two week contract. What
          about you?

2.

                    EMILY
          My contract expired a long time ago

                    SCARLIT
          Then why are you still here

We go to a shot above Emily as she inspects her piece, then
stretches the length of crystallized blindfold high above her
as she looks at it. This time she's pleased.

                    EMILY
          Because I'm good

When she starts to lower it our camera angle allows us to see
it as it's intended to be worn. A heavy thumping beat starts.


**4    INT. ATTIC ROOM-NIGHT**                                    **4**

The thumping beat continues as bass coming through the walls
along with party chatter as Emily reads a book calmly in bed
as Scarlit sits up noticeably agitated in hers. Something
plays on the laptop in front of her and she wears headphoneS
to hear it as she pushes food around a TV dinner tray
listlessly. She looks over at Emily a few times before she
tears the headphones off.

                    SCARLIT
          How can you get any sleep with this
          noise

Emily shrugs. We hear a drunken shriek of laughter and the
shatter of glass outside

                    EMILY
          They're only two nights a week.

Emily turns off her bedside lamp and closes her book.

                    EMILY
          Try at least. The first fitting will
          be here before you know it.

With that, Emily rolls over and seems to go to sleep easily.
Scarlit is reluctant to shut everything down but pushes her
laptop to the end of the bed and eventually turns the light
out. The sound of the base coming through the walls is
stronger than ever and the party is lively. Scarlit tosses
and turns a few times and then rips the headphones out of the
jack and puts them on. It helps a little. She closes her eyes
and sighs


**5    INT. ATTIC ROOM-MORNING**                                 **5**

Scarlit's eyes open and she takes a minute to make sense of what she's seeing. We go to a reverse as the panic hits her face. Troy stands naked against the wall with just a phantom of the opera style mask on. We reverse back to Scarlit, who scrambles backwards and grabs the butter knife off last nights TV dinner and aims it at him

>                    EMILY
>           Relax, he's here for us

>                    SCARLIT
>           That's what I was afraid of

Emily leads Troy over to the fitting platform and he steps on dutifully as she starts measuring him. She makes eye contact with Scarlit

>                    EMILY
>           Not a good look to be late on your
>           first day

She makes a measurement note in her notebook and tosses a roll of measuring tape at Scarlit too. Scarlit stands up and joins, completely weirded out but taking cues from Emily.

>                    EMILY
>           Get his inseam

Scarlit works at doing that while grappling with his dick hanging in her face

Emily stops to pour coffee from a thermos, then turns with the cup back to Scarlit

>                    EMILY
>           Coffee?

6    **INT. ATTIC ROOM-NIGHT**                                    6

Same party noises and pounding bass through the walls as Scarlit and Emily sit in the room. Emily is still messing with the piece she was unhappy with earlier, she can't get it right. Scarlit sews feathers on an elaborate feather train that is tied around a mannequin

>                    SCARLIT
>           What goes on out there

Emily takes a moment to hear her, then shrugs

>                    EMILY
>           Not my job to know

                              SCARLIT
                    Is everything just about your job?

                              EMILY
                    People come in, they wear their
                    chosen masks, we create elaborate
                    pieces to fit with what they've
                    chosen, they party, we stay out of
                    it. That's the job. So yes,
                    everything you've asked so far is
                    just about my job.

          Scarlit is silent for a moment, clearly interested in what's
          going on the other side of the walls. Her work slows down and
          then stops. She creeps over to the door

                              EMILY
                    Don't open that!

          Scarlit does. We see a flash of what she sees. She slams the
          door quickly and looks back at Emily. Both seem frozen, and
          then Scarlit slowly opens the door again. She gets down low
          on the floor and a slant of yellow light falls across her
          eyes in the moonlit room

          Emily watches her, then slowly joins, her cheek stacking on
          Scarlit's as the two watch.

          We see their POV through the cracked door as feet pass by and
          bodies writhe, then turn around to see their eyes through the
          door and return again to inside the room where their chests
          rise and fall as they watch

          As the crowd parts, Troy steps forward holding a scotch on
          the rocks. He scans the room and then notices the door. When
          he looks closer he sees them

**7    INT. ATTIC ROOM-NIGHT                                      7**

          Emily and Scarlit move quickly to slam the door, both of them
          scooting backwards on the floor and out of breath. After a
          moment, there's a knock at the door. The two look at each
          other. The knock comes again. It's insistent. Scarlit and
          Emily both hold their breaths as the knocking stops and then
          the door handle is tried. The door opens slowly and Troy
          enters.

                              TROY
                    Shouldn't you two be at the party?

                              SCARLIT
                    It's not our party

CONFIDENTIAL

5.

                    TROY
          It's not my party but I'm there

Emily looks at Scarlit like she's the ringleader now

                    SCARLIT
          So what do ya'll just wear masks so
          you can get into your kinks without
          other people knowing about it

Troy takes a sip of his drink

                    TROY
          Pretty much sums it up

                    SCARLIT
          So what's your kink

                    TROY
          I don't like labels.

                    EMILY
          Ok, if we were out there what would
          you do to us

Troy looks Emily up and down

                    TROY
          Well you, I'd probably use one of
          these things on you pretty quickly

He grabs her sequined blindfold

                    EMILY
          Why's that?

                    TROY
          You have lips I'd like to see quiver

He puts the blindfold on her. Her lip quivers slightly and
the satisfaction registers on his face

                    SCARLIT
          What about me?

Troy looks at her, seems to size her up

                    TROY
          You look like someone that likes
          more of a fight

He grabs the candlestick and drips it quickly on her. She
gets mad

CONFIDENTIAL

6.

                    SCARLIT
          Ow!

                    TROY
          Shhhhh

He takes an ice cube from the drink and rubs it on top, then
blows on it and peels it back. She sucks in air at the
sensation

                    EMILY
          What'd he do?

Scarlit grabs the candle and does the same to Emily. This
tentative play slowly builds.

**8    INT. ATTIC ROOM - NIGHT                                    8**

BGG TO FINISH

CONFIDENTIAL
Page ID #:4719

CHYRON over stock footage of MALIBU

TITLE: INFLUENCE

PRE-LAP

The sound of a car revving and taking off.

                                    HARD CUT TO


**INT - CAR - EARLY MORNING**

Several shots reveal KENZIE as she sits in the drivers seat.
She's wearing a fur coat with nothing under. Throughout the
sequence we hear the engine rev up and down, putting emphasis
on KENZIE'S throbbing libido.

                    KENZIE
            So... what do you think?

REVEAL - KENZIE is having a FaceTime call teasing someone on
the other end of the call.

                    KENZIE
            Easy access for when I pull up.

                    JAX
            Damn.

KENZIE smiles.

                    JAX
            What you waiting for?

KENZIE bites her lip.

INSERT of KENZIE putting the car in drive.


**EXT - STREET - EARLY MORNING**

KENZIE's red lambo peels off down the road.

                    KENZIE VO
            Once I started shooting for VIXEN, my
            VXN Fans account blew up and now I
            have zero time for anything.

**INT - CAR - EARLY MORNING**

INSERT of KENZIE's hands on steering wheel. She's wearing a
gold watch and has red glossy nails.

> KENZIE VO
> If I'm going to take even a minute out
> of my day, it better be worth it.

INSERT of KENZIE's eyes in rear view mirror.

INSERT of KENZIE biting her lip in the rearview mirror.

**EXT - STREET - EARLY MORNING**

KENZIE's red lambo peels off down the road.

**INT - CAR - EARLY MORNING**

INSERT emphasizing her bare chest under her fur coat.

> KENZIE VO
> JAX.
>     (Moans)
> Oh JAX. The only man I drop everything
> to see.
>     (Breathes deeply)
> Just saying his name made me drip.

INSERT emphasizing her bare pussy under the fur coat.

> KENZIE VO
> For girls like me, girls who live to
> fuck, he's like a... doctor. A dick
> doctor.
>     (Laughs)
> He just... knows.

KENZIE aggressively changing gears on the stick shift.

**EXT - STREET - EARLY MORNING**

KENZIE's red lambo peels off down the road.

ORIGINAL

3.

**INT - CAR - EARLY MORNING**

INSERT of KENZIE biting her lip harder.

> KENZIE VO
> I might get paid *really* well to have
> sex on camera...

INSERT of KENZIE starting to finger herself.

> KENZIE VO
> ...but with JAX... the fuck *is* the
> reward.

INSERT of KENZIE's foot on the pedal, pressing down harder

**EXT - STREET - EARLY MORNING**

KENZIE's red lambo peels off down the road.

**INT - CAR - EARLY MORNING**

INSERT of KENZIE biting her lip harder still.

> KENZIE VO
> He's the only guy in the world that
> could fuck me the way I need to be
> fucked.

INSERT of KENZIE fingering herself more aggressively.

INSERT of KENZIE's hand griping the steering wheel hard.

**EXT - STREET - EARLY MORNING**

KENZIE's red lambo approaching the destination.

**INT - CAR - EARLY MORNING**

INSERT of KENZIE fingering herself more aggressively. She's
moaning hard, approaching orgasm.

> KENZIE VO
> Every. Single. Time.

INSERT of KENZIE's hand slamming down on the seat next to her
and then grabs the stick shift. She grips it so hard her
knuckles turn white.


**EXT - DRIVEWAY - EARLY MORNING**

We see KENZIE's car approach. As the camera pulls back, we
see someone in the foreground, dressed in a robe, watching
from a distance.

> KENZIE VO
> When you have an appointment with the
> "dick doctor"...

The car suddenly stops.


**INT - CAR - EARLY MORNING**

TIGHT SHOT of KENZIE as she shoots her head back in ecstasy

> KENZIE VO
> …you better keep your day open...

TIGHT SHOT of KENZIE leg's quivering as she orgasms. She
suddenly and aggressively spreads her legs as her fingers
finish the job.

> HARD CUT TO


**EXT - DRIVEWAY - EARLY MORNING**

GRAPHIC MATCH of KENZIE's legs spreading to the doors of the
lambo opening (keep a similar momentum).

> KENZIE VO
> …because they usually run long.

KENZIE takes a few steps towards the man in the foreground.
She stops and stands with a slight tilt, letting the fur coat
swing open on it's own momentum, revealing her naked body
underneath. KENZIE's horniness is dripping at this point
(maybe even literally - try to get a shot where she opens
legs in the foreground - with sweat dripping down her inner
thighs - framing JAX in the background as he looks at her).

REVEAL - JAX, dressed in a white robe, watching with intent.

ORIGINAL

5.

JAX approaches KENZIE and takes charge.

***CHRIS' SUPER STYLISH CAR SCENE INSERTED HERE***

<u>Included in above sequence:</u>

- BJ on hood of car. Glossy red lips around Jax's throbbing missile.

- After sufficient BJ, KENZIE reaches for JAX's robe belt, and slowly and deliberately wipes her face clean from the mess they made.

                    JAX
          Let's go inside.

KENZIE, still gazing up at JAX nods her head slowly. Jax slings Kenzie over his shoulder and carries her off screen.

CONFIDENTIAL

<u>SCRIPT TITLE</u>

Written by

Name of First Writer

Based on, If Any

Address
Phone Number

000195

INT. MANUEL'S HOSPITAL ROOM-DAY

Begin on black with the sound of an automobile crash, then we hear the wailing of a siren (if we have time we'll get this as video shot--driving just before crash)

Shot: siren lights

Shot: fuzzy POV off gurney up to rushing nurse, panic everywhere. Reverse shot to Manuel's eyes as they flutter closed. A heartbeat monitor sound picks up as the sound of the doctor's voice fades out. Title card rises up:

                    FLORENTINE


INT. MANUEL'S HOSPITAL ROOM-DAY

Heartbeat monitor sound fades us in on a shot of Manuel sleeping. We hear all of the background din of a hospital and see a few shots aroudn the room before the door opens, noise rising with it

Angela and Kenzie bustle in with a ton of commotion. Angela's clearly the lead and Kenzie is trying to keep up. Kenzie holds a clipboard as Angela continues a conversation that started outside

                    ANGELA
          I'm going to skip my break, we've
          still got 16 beds ahead of us.
          What's this one's deal

                    KENZIE
          Male, 35, car accident. Trauma to
          his left leg. Doctors performed
          surgery on arrival. They're doing
          scans this morning, he hasn't woken
          up

Angela grabs the chart, looks at it

                    ANGELA
          How long has he been with us?

                    KENZIE
          Came in through the ER late last
          night. Car accident

Angela continues flipping through the paperwork as Kenzie turns around and preps something on a tray

                    ANGELA
          Ok it says here 1200 milligrams-

2.

Kenzie holds up the syringe

                    KENZIE
        Already got it

Kenzie goes to add the medicine as Angela throws back the
curtain to get a better look. She stops in her tracks. The
man is beautiful. She seems taken aback by it for a moment,
then catches herself and pulls back out, checking to see if
Kenzie noticed. She didn't. Angela looks back once more. Hard
cut to black reveals a title card:

                  MONDAY


INT. MANUEL'S HOSPITAL ROOM-DAY

Bandages wind toward camera as Angela replaces a wrap on
Manuel's wrist. At the end, she goes to place his arm under
the linen, then we feel her struggle silently with something.
She dismisses it and fills the IV with his medication, then
returns to what we can see is becoming an obsessive thought.
Finally, she builds up the courage to peek. Once she does,
she puts her mouth in her palm (I can't describe this action
well--will show). She sits there for another moment and we
see the dissonance build before she goes to look again and
then stops herself. Just then, Kenzie throws back the
curtains

                    KENZIE
        Do you have the discharge paperwork
        on 4?

Angela snaps back into herself

                    ANGELA
        Of course

She moves toward Kenzie and we are hit with another hard cut
to black on a new title card

                  TUESDAY


INT. MANUEL'S HOSPITAL ROOM-DAY

The black of the title card fades into the black of the room.
Angela throws the curtain open, we see her silhouette as she
turns efficiently back in Manuel's direction, then she stops
suddenly

Her reverse shows Manuel staring at her placidly. There's a
similar sort of immediate attraction in his eyes.

3.

They stand in this stare off for a moment, both unsure of
what to do with the other. Finally, Manuel speaks quietly

                    MANUEL
          Hello nurse.

Reverse to Angela, who sucks in a breath of air. Hard cut to
black for another title card

                    WEDNESDAY


INT. MANUEL'S HOSPITAL ROOM-DAY

Kenzie and Angela work in unison to help Manuel change into a
backless hospital gown. The silence between the three is
heightened by the overwhelming rustle of the fabrics. Angela
and Manuel keep stealing looks between each other, Kenzie
doesn't seem to notice. When he's ready, one of them pulls up
a wheel chair.

                    MANUEL
          Are MRIs uncomfortable?

The two women work together to help him in the wheelchair

                    ANGELA
          You might be a little cold. It
          won't take long

                    KENZIE
          The noise can be annoying

                    ANGELA
          We'll get you some ear buds

                    KENZIE
          What kind of music do you want

Manuel looks up to Angela instead of Kenzie

                    MANUEL
          Whatever you recommend

Angela tries not to seem affected

                    KENZIE
          Ready?

                    ANGELA
          I'll take him

                    KENZIE
          You sure? It's on my way

000198

CONFIDENTIAL

4.

INT. HALLWAY-DAY

Angela pushes Manuel toward camera in a wheelchair. There's a frozen quality to them both, as if neither knows what to do next. They come closer and closer as we hear the slight sounds of the creaking chair and the background noises of the hospital filling their silence. We see Manuel adjust his arm. As they pass camera, we see he's positioned his hand so that his skin is touching her skin. Hard cut to black and a new title card hits

                    THURSDAY


INT. SINK-DAY

Angela is filling a basin with water. We feel her nervousness as she tries to get her emotions under control. She stops and takes an obvious breath, exhaling slowly. She finishes prepping the set up and puts it on a tray, begins wheeling it out


INT. MANUEL'S HOSPITAL ROOM-DAY

We start on a low angle of the tray wheels coming in and then see Angela enter the room. Manuel is asleep. Angela stands over him before nudging him awake gently. We go to his POV, grabbing a heavenly shot staring up at Angela as the light shines from behind her. She feels ethereal, dreamlike

                    ANGELA
          Ready for your bath Mr. Ferrara?

Manuel sits up.

                    MANUEL
          Sorry, I don't know why I'm
          sleeping so much

                    ANGELA
          It's normal

She sets herself up next to him and puts her hand out to signal for him to lift his arm. He does, and she begins washing.

                    ANGELA (CONT'D)
          You seem to be feeling better

                    MANUEL
          Yeah, the doctor said I'd be out in
          a few more days

5.

                    ANGELA
          Pain is manageable?

                    MANUEL
          What does not manageable look like

                    ANGELA
          Well, you're able to talk to me

                    MANUEL
          I'm winning then

Angela blushes slightly at the compliment, then they both
fall silent. We feel them trying to grab looks at each other.
The tension rises as Angela is working down toward Manuel's
crotch. We see them both becoming more nervous about arriving
there. Soon the heart rate monitor speeds up, giving him
away. It becomes almost an alarm, incessant. His breathing
increases as he becomes more aroused. Manuel tears finally
tears it off to shut it up. Hard cut to black in the motion.
Final title card:

                    FRIDAY

We come back in as they jump each other. Maybe the water
spills. Passionate, heated BGA to finish. At the end, Angela
reaches for the sponge and cleans his dick off. We float up
to find Kenzie passing through. She sees the scene, smirks,
and keeps walking

CONFIDENTIAL
Page ID #:4730

SEX WITHOUT LOVE

Written by

KAYDEN KROSS

Based on, If Any

Address
Phone Number

000223

CONFIDENTIAL

INT. DINNER PARTY-NIGHT

The din of a dinner setting rises as we come in on a circular
table at which ten formally attired people sit. Everywhere we
look we feel wealth, quality. The only colors we see are
black clothing with accents of white, a white table linen,
small touches of red on the roses, the fingernails, the lips
of women and the undersides of their shoes. Candles flicker
and each guest has wine or champagne at their fingertips. We
understand that we are on the other side of the dinner.
Plates are mostly empty, the guests chatter easily and with
an air of fullness. We see all of this from just behind the
elegant neck of a delicate blonde woman, Jessie. Her hair
is up in a low twist and she wears a diamond necklace, drop
earrings. We understand that she's watching the guests but
not actively participating; there is a quiet hesitation. Soon
the guest to her left begins running a hand up the arm of the
guest sitting on the other side of that, and that guest
caresses the person on her other side. Our jib shot sweeps
out from behind Jessie in a semi-circle as this domino
affect of increasingly sexual touch moves down the table.
The shot lands squarely on Jessie now, and we are able to
see her face for the first time. She stares evenly ahead,
then takes a sip of champagne as she watches.

                  Jessie (V.O.)
      How do they do it?

We go to Jessie's POV, and see that she's focused most on
the woman who sits exactly opposite her. Jada is opposite
Jessie in every way. She wears deep red lips and stick
straight hair and we can see the the four people on either
side of her are all leaning in her direction. She is the
peak of this energy. Jada lifts her chin to give room to a
guest who moves to suck on her neck

                  Jessie (V.O.)
      The ones who make love without love

A man stands and brings a woman to him and a piece of
clothing is lost in the process that is so smooth it feels
like a dance, rehearsed, hypnotic. We see our first glimpse
of latex below the formal clothing. Jessie looks down into
the blade of a knife and sees another reflection of nudity
this transition blends us with

INT. ICE SKATING RINK-DAY OR NIGHT

The blade of a skate cuts the ice as Jade glides across it.
She wears a full latex cat suit. We go wide as her figure
lands centered in the shot.

2.

A heavy spotlight backlights her form and haze twists in the
air as she spins in place (note: the audio track is super
important here--choose before shooting. Spin should pair with
a place in the track that is ramping up)

INT. DINNER PARTY-NIGHT
Jessie watches Jada's arm reach for Oliver's and pull him
to her. Jada's catsuit is now revealed beneath her clothing
at the table

INT. ICE SKATING RINK-DAY OR NIGHT
Jada pulls Oliver in on the ice. Her hand creeps up his neck,
nails dig in

INT. DINNER PARTY-NIGHT
Jessie watches fingers hook in flesh, there is more nudity
and latex than before, everything is progressing

INT. BUTCHER SHOP ABSTRACT

Meat swings on a hook

INT. DINNER PARTY-NIGHT
We see raw uneaten meat still on a plate. Jessie watches a
woman drink wine as a man goes down on her

INT. ABSTRACT
A naked female form stands on a turnstyle as wine runs down
her body, men crawl from below to lap it up

INT. DINNER PARTY-NIGHT
Jessie watches as the interactions escalate. A chair is
turned around and a woman sits on it as it rocks with the
motion of the man fucking her. The sound of the chair
scraping and hitting runs to the beat of the words Jessie
speaks
                    Jessie (V.O.)
            How do they come to the

CONFIDENTIAL

3.

                        Jessie
            (V.O.) Come to the

                        Jessie
            (V.O.) Come to the

The woman throws her head back, gasps

                    WOMAN 1
            God

Jessie stands up and leaves the scenes hurriedly,
overwhelmed. Her steps blend with the steps she takes in
the next scene as

INT. ABSTRACT SPACE

Jessie walks in a completely black space until she happens
upon a shallow puddle in the black floor
                        Jessie (V.O.)
            Come to the still waters

Jessie looks down, sees her reflection in the water

                        Jessie (V.O.)
            And not love the one who came there
            with them

Jessie looks up across the water, sees only herself.
Steam rising off her skin (plate shots allow us to see
both versions of Jessie in the last frame of this
sequence. They stare at each other)

INT. DINNER PARTY-NIGHT

Silicone drips off hands, lubricates genitals and latex
indiscriminately

                        Jessie (V.O.)
            These are the true religious, the
            purists

A stunning rope is secured at the end of a rope design as the
bodies writhe around

                        Jessie (V.O.)
            The pros

4.

INT. HALLWAY-NIGHT

Jessie takes a step forward as she watches from her place
at a distance, leans in wide eyed. A cross falls across her
face where she lands in the shadows

                    Jessie (V.O.)
              The ones who will not accept a
              false messiah


INT. ABSTRACT

Latex clad limbs writhe and twist to an undulating beat as
snakes slither over the top. The entire image fills the frame
like a bottomless snake pit

                    Jessie (V.O.)
              Love the priest instead of the god


INT. DINNER PARTY-NIGHT

Jada grabs the back of a man's head, shoves it into her
crotch and uses his face for her pleasure. Her hips writhe
against him and she turns her face directly to Jessie.
Jessie's eyes are careful when they meet her gaze

                    Jessie (V.O.)
              They do not mistake the lover for
              their own pleasure. They are like
              great runners


INT. ABSTRACT

Jessie steps away from the puddle in the black space.
She begins to jog in the direction of white light
spilling through a doorway

                    Jessie (V.O.)
              They know they are alone with the
              road surface


INT. DINNER PARTY-NIGHT

Skin strips out of latex, hard nipple shows through

                    Jessie (V.O.)
              The cold

Macro of rhythmic breathing from a guest as orgasm builds

CONFIDENTIAL

5.

                              Jessie (V.O.)
                    The wind.


INT. HALLWAY-NIGHT

Jessie is moving toward the party at a pace now similar to
the pace she had in the abstract space. Her look begins to
change into the look of the other version of herself she
saw across the puddle

                              Jessie (V.O.)
                    Just factors.


INT. DINNER PARTY-NIGHT

Reverse pushes in on the orgy as Jessie closes the

distance           Jessie (V.O.)
                    Like the partner in bed

Reverse back to Jessie

                              Jessie (V.O.)
                    And not the truth

She slips a strap off her dress, looses it entirely as it
falls to her feet on the floor. We go to this shot and the
she comes more fully into frame as she walks away from us,
her back frontlit against the sea of people undulating behind
her

                              Jessie (V.O.)
                    Which is the single body alone in
                    the universe against it's own best
                    time

Jessie grabs someone by the hair, pulls them to her
mouth. Orgy to finish

CONFIDENTIAL
Page ID #:4736

## SCRIPT TITLE

Written by

Name of First Writer

Based on, If Any

Address
Phone Number

000284

INT. BREAK ROOM—NIGHT

Kenzie enters, looks at her charts. She rubs her eyes, it's
late. She checks the clock. We watch her brew a tea and then
there's a sharp rap at the door. Kenzie looks up. A woman
stands holding a vase of roses and a card.

                    VALERIE
          Excuse me, I'm looking for room 462

Kenzie seems a little confused, but pulls herself together

                    KENZIE
          Down the hall to the left, but
          visiting hours are over, only
          immediate family members can be
          here after 6

                    VALERIE
          Right. I'm his wife

Kenzie manages to control her reaction, and as Valerie leaves
she gives us a fine baby yoda sipping tea moment


INT. HALL—NIGHT

Our shot starts on the room number 462 before pulling out to
show Manuel in his hospital bed, Valerie making small talk
with him as she perches on the side. She touches his face
tenderly. Kenzie passes by with a knowing look on his face.
Ominous music rises up

Title card: Florentine 2


INT. HOSPITAL ROOM—MORNING

Kenzie walks in and does the same curtain opening shot that
we saw in part one, making the black of the title card turn
into a sudden wash of light as Kenzie turns around. Manuel is
startled awake

                    KENZIE
          Morning!

                    MANUEL
          Morning...

CONFIDENTIAL

2.

                    KENZIE
          Sorry it's just me today, it seems
          like there must be a clerical
          mistake, they're saying a request
          was put in to pull you off Angela's
          rounds?

Manuel plays dumb

                    MANUEL
          I don't know where that would have
          come from

                    KENZIE
          Maybe your wife?

Manuel is silent, he doesn't know how much Kenzie knows.
Kenzie smirks as she turns toward camera, filling up a
syringe. Manuel eyes her, then her figure. She turns around
abruptly and adds the medicine to his IV

                    KENZIE (CONT'D)
          Anyway, you're almost in the clear
          now right?

                    MANUEL
          What do you mean?

Kenzie goes for her chart

                    KENZIE
          I show they're discharging you
          tomorrow at 10am. Do you have
          someone to pick you up?

                    MANUEL
          My wife

Kenzie leaves toward camera

                    KENZIE
          Excellent


INT. HOSPITAL ROOM-MORNING

We start on black, and then a flashlight pops on toward
camera, Kenzie's face just behind. She tinkers with something
and then we see that she's setting the hands of a clock back,
when she's finished she quietly replaces the clock and then
moves for the curtains, once again throwing then open to
startle Manuel awake

3.

                    KENZIE
            Morning Mr. Ferrara!

Manuel tries to block the light with his arms, he's still
half asleep

                    KENZIE (CONT'D)
            It's your last day

We get a repeat as Kenzie adds something to a syringe, she
has a diabolical look on her face as Manuel adjusts sleepily
in the background. She moves toward the IV and inserts it

                    KENZIE (CONT'D)
            How are you feeling?

                    MANUEL
            Fine, glad to be going home

                    KENZIE
            I bet

She moves to the drawer and pulls out a fresh hospital gown

                    KENZIE (CONT'D)
            Let's get a fresh gown on you

                    MANUEL
            Do I need that? I'm going home in a
            couple of hours aren't I? What time
            is it?

He looks at the clock, it says it's a few minute past 7am. He
seems slightly thrown off but doesn't think anything of it

                    KENZIE
            We don't stop care until you're out
            of here, sit up

Manuel starts to breathe a little heavier

                    KENZIE (CONT'D)
            Everything ok?

                    MANUEL
            Yeah, it's just, is it hot in here?

                    KENZIE
            You look a little flushed, let's
            cool you down

She strips the sheets off of him, pulls off his hospital gown

4.

                    MANUEL
          What medicine did you give me?

                    KENZIE
          Your usual dose, why

                    MANUEL
          I feel strange

Kenzie leans over him to reach the IV bag, her breasts are in
his face

                    KENZIE
          Everything looks normal, I don't
          know what to tell you

Manuel notices he has a boner now, he tries to cover it up

                    MANUEL
          I'm sorry, I don't know what's
          going on

Kenzie puts a glove on (Janine Lindemulder shot)

                    KENZIE
          Mind if I check?

Manuel nods, out of breath. She handles his dick and balls
expertly, feels around. We feel him almost cry out from the
sensation

                    KENZIE (CONT'D)
          Strange

She pulls out her little flashlight and jumps on top of him
in cowgirl

                    KENZIE (CONT'D)
          Let me check your pupils

Manuel is completely lost to her now, she pushes closer to
him

                    KENZIE (CONT'D)
          I can fix this for you if you want

Manuel looks nervously to the door, he looks back to Kenzie.
We feel how cornered he is. His dick is raging. She plays
with him. He finally lunges for her. **BG to finish.** At the
end, Kenzie jumps off easily and grabs her stuff as she goes
to exit. The wife is standing slack jawed with roses in hand

                    KENZIE (CONT'D)
          He's all yours.

CONFIDENTIAL

**<u>SYNOPSIS:</u> KENZIE BROKE HER NUMBER ONE RULE: SHE FELL IN LOVE WITH A MARRIED MAN. TIRED OF WAITING AROUND FOR HIM, SHE GIVES HIM AN ULTIMATUM – HER OR HIS WIFE. WHEN HE GHOSTS HER, SHE REACTS IN FRUSTRATION.**

-----------------

**EXT – CITYSCAPE – SUNRISE**

Establishing shot of the sun rising over the city

**INT – BEDROOM – EARLY MORNING**

A series of TIGHT SHOTS show details of the situation before the whole.

TIGHT SHOT of two empty glasses of champagne near an ice bucket.

REVEAL – the ice in the bucket as all melted and the bottle is unopened.

TIGHT SHOT of expensive jewelry on their neck, ears, wrist.

TIGHT SHOT of a phone screen a series of unanswered texts are on screen:

**KENZIE: "How far are you?"**

**KENZIE: "Are still you coming?"**

**KENZIE: "Why are you not responding?**

TIGHT SHOT of her texting furiously:

**KENZIE: "Are you fucking with me?"**

WIDE REVEAL – KENZIE sitting in bed staring at her phone, visibly upset. She was clearly waiting for someone who never came.

> KENZIE VO
> I used to have an easy life. That was until I fell in love with a married man.

KENZIE leaves off-screen at a frustrated pace.

2.

**INT - WALK IN CLOSET - EARLY MORNING**

KENZIE enters the closet and takes it all in.

REVEAL - tons of expensive clothing and accessories.

                    KENZIE VO
          I was the mistress. That was the deal
          going in. He would come and go as he
          pleased, and in return he'd buy me
          anything my heart desired.

KENZIE puts her phone down, slowly walks around the closet,
brushing her hand against all her nice things.

                    KENZIE VO
          Standard practice... but things
          changed somewhere along the way. What
          I wanted couldn't be bought. So when
          he told me he felt the same way... I
          was elated. I've never felt so good in
          my life. But he needed time. Too much
          time. A week. A month. A year. I
          waited for him like a good mistress.
          Like a damn fool.

Something snaps in KENZIE, she rushes to her phone.

A series of INSERTS of KENZIE's phone as KENZIE types and
sends a series of furious texts.

**KENZIE: we're through**

**KENZIE: I never want to see you again**

**KENZIE: you're not a real man**

**KENZIE: you're a bitch**

**KENZIE: stay with your old pussy**

**KENZIE: fuck you and your wife**

                    KENZIE VO
          But I was done waiting around. I was
          done being the other woman. It was my
          time. So last night I gave him the
          ultimatum... and here we are.

CONFIDENTIAL

3.

KENZIE grabs a suitcase and starts to frantically grab stuff
from the closet and jam it in.

                    KENZIE VO
            And there I went.

She then goes to a safe and opens it. She takes out a large
sum of cash and jewelry.

When KENZIE turns away from the safe, she stops and stares at
something off-screen.

REVEAL - MICK in the doorway, looking at her, exhausted,
annoyed.

                    KENZIE VO
            But then... he came.

They stare at each other for a few moments, and then MICK
breaks the silence.

                    MICK
            I can explain...

As soon as he opens his mouth, KENZIE rushes towards him,
angry. She interrupts him.

                    KENZIE
            You had your chance. And you fucked
            it. I don't ever want to see your
            fucking face again.

KENZIE tosses the cash in her hand in MICK's face. She then
turns back to go back towards the suitcase, on her way taking
one last stab at him.

                    KENZIE
            You're not a man, a man can make a
            decision. You're a child-

KENZIE is about to drop the jewelry into the suitcase and
suddenly, a hand grabs her wrist from off-screen.

KENZIE turns to MICK, he's looking at her stern.

KENZIE looks back, not flinching.

                    KENZIE
            Fuck you.

4.

After saying her words, SHE lunges at MICK and they kiss
hard.

                    KENZIE VO
          And then... we came.

Sex actions all around the closet as they both release their
pent up rage on each other in a sexual explosion (tearing /
ripping clothes both ways, rough foreplay both ways, etc etc)

Eventually leads to the bedroom for sex.

CONFIDENTIAL

**SUMMARY: KENZIE AND JACK PLAY A GAME OF COUPLES' BEACH
VOLLEYBALL AGAINST LIYA AND AARON. KENZIE AND LIYA MAKE A
BET: WHOEVER WINS GETS TO HAVE SEX WITH THE LOSER'S
BOYFRIEND. KENZIE WINS, BUT LIYA GETS A CONSOLATION PRIZE.**

----------

**EXT. BEACH - DAY**

CLOSE SHOT: Female hands serve a volleyball

                    KENZIE (VO)
       Good.

CLOSE SHOT: Female hands return a volleyball.

                    KENZIE (VO)
       Giving.

CLOSE SHOT: Female hands spike a volleyball.

                    KENZIE (VO)
       Game.

REFRAME: KENZIE and JACK are on one side of a volleyball
court, LIYA and AARON on the other. A game is in progress.

                    KENZIE (VO)
       It's the best way to be in the
       bedroom, but it also applies to close
       friendships.

LIYA returns the ball.

                    KENZIE (VO)
       Liya and I love to keep each other on
       our toes.

FLOOR SHOT: KENZIE's feet dig into the sand. The ball falls
out of reach.

AARON smiles. JACK shakes his head.

                    KENZIE (VO)
       If it wasn't for our friendly
       competition, we probably never would
       have landed such hot boyfriends.

CONFIDENTIAL

2.

LIYA approaches the net to speak with KENZIE. KENZIE holds
the ball.

> KENZIE (VO)
> We also love a good wager.

> LIYA
> Looks like we're tied. Care to make
> this interesting?

> KENZIE
> What do you have in mind this time?

> LIYA
>     (looking past KENZIE)
> If I win…

JACK stretches.

> LIYA
>     (offscreen)
> I get to fuck Jack.

KENZIE scoffs.

LIYA takes a step closer to the net.

RACK FOCUS: LIYA in focus, the background is a blur.

> LIYA
> If <u>you</u> win…

LIYA points over her shoulder.

REFOCUS and REVEAL AARON, standing out of earshot.

> LIYA
> You can have your way with Aaron.

KENZIE looks off to the side for a beat, then nods.

> KENZIE
> You're on.

> LIYA
> Be careful now...

LIYA backs off from the net.

CONFIDENTIAL

3.

                    LIYA
          He might have his way with you.

KENZIE gets into position and serves the ball.

VOLLEYBALL MONTAGE. A long, fierce rally.

                    KENZIE (VO)
          Nobody likes a sore loser. But I knew
          that if I lost, Liya would never let
          me live it down. Losing with dignity
          would be impossible, so losing at all
          wasn't an option.

LIYA almost scores on KENZIE but she saves it.

SLOW MOTION: Finally, KENZIE spikes the ball.

SLOW MOTION: LIYA dives for it, but -

The ball drops just out of reach.

LIYA turns over and is shocked to see a hand reaching out to
her.

                    KENZIE (VO)
          Like I said, good, giving game.

LIYA's POV: LOW-ANGLE on JACK, extending his hand out to
LIYA.

                    KENZIE (VO)
          Nobody likes a sore winner either.

LIYA takes JACK's hand. He lifts her up.

LIYA watches KENZIE approach AARON and put her hands on his
chest.

                    LIYA
                  (to JACK)
          And you're okay with this?

CLOSE SHOT: JACK dusts sand off LIYA's ass.

LIYA looks in JACK's eyes. In the background, KENZIE and
AARON are already making out.

CONFIDENTIAL

4.

LIYA turns and notices KENZIE's hand roaming down to AARON's crotch. She turns back and kisses JACK.

Foursome ensues.

----------

PROPS: Volleyball, volleyball net

<u>SUMMARY:</u> **KENZIE WANTED SOME TIME ALONE ON HER OWN ISLAND. SHE GOT THAT, BUT UNDER ONE CONDITION - HER FATHER SENDS SOMEONE TO KEEP AN EYE ON HER. AT FIRST KENZIE TRIES TO IGNORE HIM, BUT HE'S A CONSTANT PRESENCE.**

**EXT - BEACH - DAY**

POV from phone camera - KENZIE sets up the camera with the ocean in the background. Once she gets the angle she likes, she runs off into the background to take a photo. As she poses, the camera fall over and we hear KENZIE in the background swear.

(PRODUCTION NOTE: use the main camera or a higher quality camera for this shot, we'll make it look like a phone in post-production)

                    KENZIE
          FUCK!

As the camera falls, we see someone in the background for a split second before it cuts to black.

PRE-LAP

                    KENZIE
          Hey babes!

**EXT - BEACH - DAY**

POV FROM PHONE CAMERA - KENZIE walks on the beach looking at the camera, talking to it. On screen we see a scrolling chat - she's streaming.

***As KENZIE streams and talks to her phone, we intercut her phone's footage with our own camera, seeing her do her thing as she streams from a distance.***

Throughout this sequence, KENZIE looks over her camera every once in a while with an annoyed face. We don't see who she is looking at from her camera until later. From the main camera, we see someone always appearing in the foreground very slightly or WAY in the background. We don't know who they are but they are watching her, following her around.

The below conversation is cut over many takes, showing different parts of the island.

CONFIDENTIAL

2.

> KENZIE
> (to camera)
> Can you believe I'm still getting
> signal? Crazy, I know!

> KENZIE
> (to camera)
> Even crazier, I have ALL this to
> myself.

> KENZIE
> (to camera)
> No, not just the beach - the WHOLE
> island.

> KENZIE
> (to camera)
> So for the next week, it's just you,
> me, some skimpy bikinis, and nature.

> KENZIE
> (to camera)
> Don't be jealous, I'll try to make
> this as fun for you as it is for me.

KENZIE blows a kiss to the phone.

KENZIE turns around, and in the distance, we see someone in
the background (on camera footage).

The chat acknowledges that there's someone and KENZIE reacts.

KENZIE quickly turns to change the background while still
talking, keeping up the illusion she's alone. She says one
last thing and then signs off in a hurry.

> KENZIE
> (on phone)
> Oh... I think it's a tree or
> something. Ok, got to go. BYE!

KENZIE hangs up quickly.

**ONLY MAIN CAMERA FROM HERE**

KENZIE, very annoyed, marches away from the beach. She
focuses on something as she gets further away.

3.

REVEAL - CHRISTIAN is standing by watching KENZIE with his
arms crossed.

As KENZIE walks past him, she looks at him and swears.

                    KENZIE
          Fuck you, NARC!

CHRISTIAN laughs, putting his hands up in the air.

                    CHRISTIAN
               (laughing)
          Just doing my job!

KENZIE marches off as CHRISTIAN watches her go, laughing.


**EXT - BEACH - DAY**

KENZIE chills on the beach, tanning.

                    KENZIE VO
          You know how it is. You want some
          alone time, so you rent an island to
          yourself. But when you're about to
          leave, daddy won't let you go without
          someone to keep an eye on you so you
          don't die or whatever.

CHRISTIAN is revealed to be watching her from a distance.

                    KENZIE VO
          (Sighs) The life of a billion dollar
          heiress. The worst, am I right?

From far we hear KENZIE yell out.

                    KENZIE
          Take a fucking picture, why don't you?

TIGHT on KENZIE turns over on her stomach to tan her back.

After a few moments, we hear a camera go off in the
background, KENZIE reacts and looks towards the sound.

REVEAL - CHRISTIAN, now nearby, actually took a photo of her.
He seems proud of himself and the picture.

                    CHRISTIAN
          I think it's your best angle.

4.

CHRISTIAN proudly shows KENZIE the photo - it's her ass.

KENZIE looks up at CHRISTIAN with a look like she was
scandalized. CHRISTIAN laughs.

                    KENZIE
          Old perv!

CHRISTIAN smiles to himself and walks away. KENZIE looks away
from him and continues to tan. After a beat, we hear
CHRISTIAN make a comment from far.

                    CHRISTIAN
                (off camera)
          Spoiled brat!

KENZIE exhales annoyed.


**EXT - WATER - DAY**

KENZIE goes into the water to swim in the pristine ocean.

                    KENZIE VO
          CHRISTIAN has been my dad's eyes and
          ears on me ever since I turned
          eighteen. I always thought he was kind
          of cute, so it wasn't the WORST thing
          in the world that he was around.

Eventually, KENZIE gets out of the water, walking towards the
beach (like the famous JAMES BOND beach shots). She slicks
her wet hair back as she walks, looking absolutely stunning.

                    KENZIE VO
          And now that we were completely alone
          together...

CHRISTIAN is watching from past the beach from a chair.
KENZIE walks past and sticks out her tongue at him. CHRISTIAN
shakes his head with a smile.

                    KENZIE VO
          ...you might say I was starting to
          like it.


**INT - BEDROOM - NIGHT**

KENZIE is masturbating hard in bed, talking dirty to herself
about CHRISTIAN. Amongst the dirty talk, she says one line.

5.

                         KENZIE
              Like watching me? You fucking perv?


**EXT - BEACH - DAY**

KENZIE is tanning again, but this time she doesn't look as
annoyed. She looks more pensive, considering something.

                         KENZIE VO
                    And as the days went on... it even got
                    to the point where I found myself
                    looking less forward to being alone...

KENZIE looks over her shoulder.

REVEAL - CHRISTIAN is in the distance in a chair facing
KENZIE, reading a newspaper.

                         KENZIE VO
                    ...and more forward to being watched.

KENZIE thinks for a second and then looks down at her phone.

She then smiles.

                         KENZIE VO
                    ...and then it hit me.

KENZIE sets up her phone so she can get a view of CHRISTIAN
without CHRISTIAN noticing.

POV of the camera she set up, we see KENZIE approach
CHRISTIAN way in the distance and stop right in front of him.

                         KENZIE
                    Hey.

PRODUCTION NOTE: We see everything from the normal camera
from now on.

KENZIE is standing over CHRISTIAN as he continues to read his
paper.

                         KENZIE
                    You're not doing your job.

CHRISTIAN lowers his paper and looks at KENZIE and then back
at his paper. KENZIE rolls her eyes. She starts to undress.

6.

                    KENZIE
          Hey.

CHRISTIAN lowers the paper again, this time he keeps it down.

                    KENZIE
          Got your attention now?

                    CHRISTIAN
          ...certainly.

KENZIE tosses his paper aside and straddles him.

                    KENZIE
          Not a word to my dad.

CHRISTIAN nods. They kiss. Leads to sex.


**AFTER SEX - (LOCATION DOESN'T MATTER)**

We see KENZIE looking at her phone at the footage of her
fucking CHRISTIAN (the far camera). She's smiling.

She is about to send it to her dad, but stops.

                    KENZIE
          Naw... just for me.

KENZIE erases the text.

# **EXHIBIT 4**







Breaking Through











KENZIE ANNE

SLAYED.COM

Defiance

KENZIE ANNE & AVERY CRISTY

NEW    ⭐ RATING 9.4







Florentine Part 1



Florentine Part 1



Sex Without Love





Sex Without Love

NEW    ⭐ RATING 8.7





A002C001_210629_RO92

► PLAY









Primal Heat

SLAYED.COM

NEW ⭐ RATING 8.8





Absolute Dime



















Florentine Part 2



Florentine Part 2



KENZIE

Should I Stay

Exhibit 7 __ Joint MSJ Appendix



Should I Stay



Should I Stay

Doe et al v. WMM _ Joint MSJ Appendix



Tailor Made



Tailor Made

NEW    ☆ RATING 9.1











# Sweat

BRANDI LOVE, KENZIE ANNE, RICHARD MANN & MAZEE

NEW    ⭐ RATING 9.1

2:44  / 45:03

BLACKED.COM



Sweat

















# **EXHIBIT 5**



Kodify Media Group - Mail - New response for VMG Production Report - T...    CONFIDENTIAL    Jess████████████████

## Typeform: New response for VMG Production Report - Tier 2

notifications via VMG Production Reports ████████████████████ >                    Sat, Jul 16, 2022 at 10:29 AM
Reply-To: no-reply@typeform.com
To: VMG ████████████████

Your typeform VMG Production Report - Tier 2 has a new response:

- **Your Name**
  ████

- **Shoot Date**
  07/15/2022

- **Brand**
  Blacked Raw

- **Talent Stage Name(s)**
  Kenzie Anne, Jaime Michelle, Rome, Solo

- **Director Feedback Rating**
  4

- **Director Feedback Notes**
  What a knockout. One star less because ████████████████████ because ██████████ when we set it up in the wide like. Took him 30 minutes ██████. Very intense scene. Very happy with it.

- **Production Shoot Schedule**
  3-630 HMU
  630-8 Pretty Girls
  8-845 Intro
  9-945 Sex Stills
  945-11 Scene

- **Camera Wrap Time and Tail Lights**
  11p/12a

- **Crew Times - PA and MUA**
  PA 3p-1215a
  MUA 3p-10

- **Talent Arrival Times**
  Kenzie 330
  Jaime 430
  Solo 745
  Rome 830

- **Any updates on the talent appearance?**
  Kenzie's butt is bigger.

- **How was the talent dialogue delivery?**
  5

- **Did all talent come prepared and have good hygiene?**
  Yes

- **Any rate changes?**
  ████████████████ .

- **Any other misc notes about the talent?**
  No

- **How was the wardrobe styling and fit**
  5

- **Tell us more about the styling and fit**
  Octavia helped straighten out so discrepancies with Kenzie's sizing. It made her happy. The body suits were awesome. Everything was awesome actually.

- **MUA Notes**
  No

- **Any equipment items missing or damaged?**
  No

000255

- **Any equipment requests for future shoots?**
  No

- **Drive and Set Phone location?**
  Vault

- **Location Name. Please notate if this was the first time there and if you have any notes.**
  MV

- **Any location L&D?**
  No

- **Any general miscellaneous notes to add?**
  Kenzie and Jaimes' husbands are away for the weekend so the girls go to a club. They leave the club and they don't want the night the end so Kenzie invites Jaime over. Hard cut to later in the night on the couch. They kiss and Kenzie decides to text the guys. (TEXT BUBBLES) Hard cut from kiss straight into iPhone BJ/Ringlight Hardcore.

- **Photo Reference 1 (optional)**
  _0010276.jpg

- **Photo References 2 (optional)**
  _0010497.jpg

- **Photo Reference 3 (optional)**
  _0010047.jpg

p02ii4l6vpvqaI1f4sp02ii4hx5q7ml2

Typeform sent you this email on behalf of a typeform creator  We aren't responsible for its content  If you suspect abuse, like suspicious links, please report it here

Unsubscribe from all Typeform respondent notifications

000256

# **EXHIBIT 6**

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

**22-B71061**

# FILED

**In the office of the Secretary of State
of the State of California**

**MAR 18, 2022**

**IMPORTANT —** This form can be filed online at
bizfile.sos.ca.gov.

Read instructions before completing this form.

**Filing Fee  - $20.00**

**Copy Fees -** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

This Space For Office Use Only

**1. Limited Liability Company Name** (Enter the **exact** name of the LLC.  If you registered in California using an
alternate name, see instructions.)

VXN GROUP, LLC

| **2. 12-Digit Secretary of State Entity Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 202003010664 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>2140 S DUPONT HWY | CAMDEN | DE | 19934 |
| b. Mailing Address of LLC, **if different than item 4a**<br>2140 S DUPONT HWY | CAMDEN | DE | 19934 |
| c. Street Address of **California** Office, if Item 4a is not in California<br>Do not list a P.O. Box | | **CA** | |

**5. Manager(s) or Member(s)**

If no managers have been appointed or elected, provide the name and address of
each member. At least one name and address must be listed. If the
manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank).
If the manager/member is an additional managers/members, enter the names(s)
and address(es) on Form LLC-12A.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Kodify Media LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2140 S DUPONT HWY | CAMDEN | DE | 19934 |

LLC-12 (REV 12/2021)

**Page 1 of 2**

2021 California Secretary of State
bizfile.sos.ca.gov

**6.  Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| PARACORP INCORPORATED (C1082536) |

**7.  Type of Business**

| Describe the type of business or services of the Limited Liability Company |
|---|
| Film Production |

**8.  Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9.  Labor Judgment**

| Does a Manager or Member have an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code? | ☐ Yes   ☑ No |
|---|---|

**10.**  By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| 03/18/2022 | Jessica Fernandez | In-House Counsel | |
|---|---|---|---|
| Date | Type or Print Name | Title | Signature |

LLC-12 (REV 12/2021)

**Page 2 of 2**

2021 California Secretary of State
bizfile.sos.ca.gov

  
BA20240703540

B2633-9566 04/03/2024 5:20 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20240703540 |
| Date Filed: 4/3/2024 |

---

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | VXN GROUP, LLC |
| Entity No. | 202003010664 |
| Formed In | DELAWARE |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 2140 S DUPONT HWY<br>CAMDEN, DE 19934 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 2140 S DUPONT HWY<br>CAMDEN, DE 19934 |
| Attention | |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| Kodify Media LLC | 2140 S DUPONT HWY<br>CAMDEN, DE 19934 |

**Agent for Service of Process**

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | PARACORP INCORPORATED<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
| --- | --- |
| Type of Business | FILM PRODUCTION |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Jessica Fernandez*                    04/03/2024

| Signature | Date |
| --- | --- |

# **EXHIBIT 7**

2:09

K   MB

2 People >

Sep 8, 2021 at 9:49 PM

Kenzie Anne

Random, just thinking of course u guys will contact Ryan about my vixen party but it's a very close friends bday surprise party on the 24th of September so let's avoid that day. 🐝

> Ok notes! Thx!   ♥

Kenzie Anne

I love you guys, thank you both for being so amazing, on professional and friendship levels, it means a lot. I'm an overly emotional person, but i left the angel shoot crying bc I'm so thankful and happy i have u guys. I feel so loved and supported it feels unreal, thank u both 💖   ♥

Literally tests of happiness and j can't stop talking about how content and happy i am with  life right now

Tears*

♥
Awww Kenzie!! There's nobody else in yen world that deserves this more than you! You have truly earned it!! It's only the beginning too!!! You are so welcome for today! We loved every minute of it ❤️

iMessage

# **EXHIBIT 8**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   MACKENZIE ANNE THOMA, a.k.a. )
     KENZIE ANNE, an individual   )
 5   And on behalf of all others  )
     Similarly situated,          )
 6                                 )
                  Plaintiffs,      )
 7                                 )
        vs.                        ) Case No. 2:23-CV 04901WLH
 8                                 )
     VXN GROUP LLC, a Delaware     )
 9   Limited liability company;   )
     STRIKE 3 HOLDINGS, LLC, a     )
10   Delaware limited liability    )
     Company; GENERAL MEDIA        )
11   SYSTEMS, LLC, a Delaware      )
     Limited liability company;   )
12   MIKE MILLER, an individual;   )
     And DOES 1 through 100,       )
13   inclusive,                    )
                                   )
14                Defendants.      )
     _____)
15

16

17

18                    DEPOSITION OF

19              VXN GROUP, LLC, 30(b)(6)

20                      BASIA LEW

21              LOS ANGELES, CALIFORNIA

22           WEDNESDAY, SEPTEMBER 18, 2024

23

24   REPORTED BY:  WHITNEY SAIZ-HARDWICK, CSR 13747, and
                   EVA ASHKENAZI, CSR NO. 11914
25   FILE NO:  306812
```

1

```
 1        A    She may have shot two, I don't know the exact number

 2   of Vixen scenes.

 3        Q    It was maybe two?

 4        A    Yes.

 5        Q    So from Exhibit 2 you'll remember that plaintiff

 6   was, dawning -- and just for the record, I'm showing the

 7   witness Exhibit 2 -- dawning what looks like a bathing suit,

 8   or a body suit, that contains the words Blacked on it four

 9   times, and then a B in the middle.  Do you see that?

10        A    Yes.

11        Q    Okay.  And you confirmed earlier that this was the

12   Blacked -- one the Vixen's brands, Blacked.  So I have a

13   question for you:  Is vixen.com a brand of Vixen?

14        A    Yes, of Vixen Group.

15        Q    So if there was branding for vixen.com -- is there

16   branding for vixen.com?

17        MR. BROWN:  Objection.  Vague.

18   BY MS. COHEN:

19        Q    Similar to how we have it for Blacked in Exhibit 2?

20        A    What is the definition of branding?

21        Q    Well, like any clothing, or like logo for vixen.com?

22   So you could decipher it from just Vixen as a whole?

23        A    Yes.

24        Q    Okay.  So these two scenes, these, maybe, two scenes

25   that you said plaintiff did for vixen.com, were there any
```

                                                              58

1    still photographs taken?

2        A    Yes.

3        Q    When were those still photographs taken, in terms of

4    before the shoot, after the shoot?

5        A    The photos would have been taken during the film

6    shoot.

7        Q    During the film shoot?

8        A    During the day, yes.  During the same day.

9        Q    During the same day?

10       A    Yes.

11       Q    Okay.  What time of day -- strike that.

12            At what point in the production of day, and I'm

13   sorry if that's a little bit confusing, but if there's any

14   description you can give me of, like, you know, before the

15   sex scene started, after the sex scene ended, during the sex

16   scene?

17       A    Clarify which shoot specifically.

18       Q    This is the either one or the two that you were

19   referring to that she did for vixen.com?

20       A    For the Vixen -- her first Vixen girl, girl, girl

21   scene photos.

22       Q    Yeah, so I'm asking for -- I'm asking about any of

23   the shoots that -- either of the two shoots that you're

24   referring to that she did for Vixen's brand, vixen.com, when

25   were the still photographs taken?

                                                              59

Basia Lew                                                          September 18, 2024

1        A     Photos would have been taken prior to filming the

2    sex scene, and potentially throughout, but before the sex

3    scene is filmed.

4        Q     And for these two scenes that you're referring to,

5    let's start with the first one.  What was the length of time

6    that these lasted?  You can give me, like, from starting in

7    the morning, afternoon, specific times?

8        A     I can provide an estimate.

9        Q     Sure.

10       A     Ten hours.

11       Q     Okay.  Usually for like a 10-hour day, would that

12   start early in the morning?

13       A     Average call time for talent like Kenzie, around the

14   morning time, yes.

15       Q     Okay.  And then from what time would the still

16   photographs last from?  I'm sorry, did you say 10:00 in the

17   morning or the morning?

18       A     Just the morning.

19       Q     Ten hours total, starting in the morning?

20       A     Yeah.

21       Q     Okay.  So can you give me a specific time in the

22   morning, 7:00 a.m., 8:00 a.m.?

23       A     Anywhere between 7:00 a.m. and 8:00 a.m.

24       Q     Okay.  So let's just -- is it fair to start with

25   7:00 a.m.?

                                                                        60

1        A    It's fair.

2        Q    Okay.  So when does the photographing, the still

3    photographing, of plaintiff begin?

4        A    I'd estimate 9:00 a.m.

5        Q    What happens between 7:00 a.m. and 9:00 a.m.?

6        A    Actors are in hair and makeup.

7        Q    So is this one of Vixen's departments that's doing

8    the hair and makeup for the actors?

9        A    Hair, makeup, and wardrobe, yes.

10       Q    So the performs don't come already ready, they're

11   hair and makeup is done for them by Vixen's hair and makeup

12   artists?

13       A    For Kenzie, specifically, she requested a specific

14   Vixen hair and makeup artist that we work with.

15       Q    For which shoot?

16       A    For the Vixen girl, girl, girl scene.  I believe it

17   was Kenzie's first shoot.

18       Q    And is this one of the ones for vixen.com?

19       A    Yes, it's a Vixen scene.

20       Q    Okay.  And which makeup artist was that that she

21   requested?

22       A    Ozzy.

23       Q    Did she make this request in writing?

24       A    I don't know.  I don't know.

25       Q    How did she make the request?

                                                              61

```
 1    color.  I believe Emily was in a black dress.  Alina's dress,

 2    I don't recall.

 3        Q    Did they have to wear anything under the dresses?

 4        A    I don't know.

 5        Q    Was this the only time that plaintiff worked with

 6    Emily and Alina during her time with Vixen during the claim

 7    period for Vixen?

 8        A    I don't remember if she repeated scenes with them.

 9        Q    Did plaintiff, Emily, and Alina ever model together

10    for Vixen during the claim period?

11        A    They acted in our films --

12        Q    Were any still --

13        A    -- during this time period.  I -- and any other

14    films, I don't know.

15        Q    Did they ever pose for still photo shoots all three

16    of them together?

17        A    Yes, in conjunction with the film.

18        Q    In conjunction with films, that's fine.

19        A    Yeah.

20        Q    What do you mean by "in conjunction with the film"?

21    Do you mean that on the same day that there was, you know,

22    live action filming, is what I'll call it?  You understand

23    what I'm referring to when I say "live action"?  There were

24    also still photo shoots taken on the same day, is that what

25    you mean by "in conjunction"?
```

64

1      A    What I mean in conjunction includes that.  But it

2   also includes that the photos were creatively in line with

3   the film and the scene, and used for promotion in conjunction

4   with the scene to promote the scene as well.

5      Q    Okay.  But on the same day there was still

6   photographing --

7      A    On the same day.

8      Q    -- and there was live filming?

9      A    Yes.

10     Q    Thank you.

11          Do you know when the -- when did the first meeting

12   occur between plaintiff and a representative of defendant?

13     A    I don't know the exact date.

14     Q    Okay.  Did plaintiff -- you had mentioned contracts

15   throughout this deposition, before the first of those

16   contracts were entered into, did plaintiff meet with a

17   representative of defendant, whether in person or over the

18   phone?

19     A    Before contracts were made -- can you restate the

20   question or --

21     Q    Before plaintiff entered into the first contract

22   with Vixen, did she meet with a Vixen representative, whether

23   by phone or in person?

24     A    I don't know.

25     Q    Okay.  In terms of entering into contracts with

September 18, 2024

1    Q    Would you agree that she is -- she was contracted

2    with Vixen during this time to perform services as an actor

3    and model?  Is that what this says?

4    A    Those are the words on the contract.  But as a --

5    the model term is not an accurate or representation of the

6    work that was done.

7    Q    Okay.  Then how do you define "model"?

8    A    Model is my personal interpretation --

9    Q    No, no, no, not personally.

10    How does Vixen define model?

11    A    Model was a legacy language from a previous owner

12    who we inherited this template that you mentioned.  And at

13    the time he was a photographer.  And he originally wanted to

14    have a business where there were photographs for sale and

15    motion pictures for sale.  And we abandoned that.  And the

16    only photos were always in conjunction with the actual film

17    and were not for commercial sale.

18    So you cannot purchase a photograph separately from

19    our films.  They're always a wrapped-up package together for

20    our members on our subscription sites.

21    Q    Right.  So still -- what you're saying, still

22    photographs and live action together in a package?

23    A    The photos are always in correlation to the scene,

24    they're not a separate product.

25    Q    Okay.  So the photographs that we looked at today,

81

Basia Lew

September 18, 2024

```
 1   Exhibit 3, Exhibit 4, Exhibit 2, what was the purpose of

 2   these?

 3       A    To promote the scenes.

 4       Q    What do you mean by "promote the scenes"?

 5       A    To promote the scenes.  And also for the members to

 6   view the photos on the site as part of the scene.  So to

 7   promote the scene, maybe we would use it for a DVD cover for

 8   the movie.  We would promote it with the marketing department

 9   to promote the scene release.  Those are examples.

10       Q    Are your DVDs free?

11       A    No.

12       Q    Are your subscriptions free?

13       A    No.

14       Q    All right.  Next paragraph down, it's the fourth one

15   under, "Recitals."

16       A    "Whereas performer agrees to provide her services on

17   a temporary exclusive basis for the duration of the term as

18   set forth in this agreement."

19       Q    Can you explain to me what "exclusive basis" means?

20   We're still on Topic 18, Interpretation of the Contract.

21           What does that mean?

22       A    It means that Kenzie would have shot certain films

23   for us prior to shooting with any other studios.

24       Q    Okay.  So until she shot them with Vixen, she

25   couldn't shoot them with other studios?
```

82

1    she didn't meet that norm in the adult entertainment industry

2    appearance standard?

3        A    The way that this is explained in the contract in

4    practice is not how it plays out or plays out, yeah.  So, no,

5    she would not be in breach if she did not show up showered to

6    set.

7        Q    Would she be in breach if she got body modifications

8    that weren't approved by Vixen?

9        A    No.

10       MR. KANE:  Objection.  Incomplete hypothetical.

11            You can answer.

12       THE WITNESS:  Nope.  She wouldn't be in breach.  Again,

13   we gave Kenzie Anne a lot of flexibility.  And because of the

14   stature in the relationship, we wanted to accommodate her.

15   BY MS. COHEN:

16       Q    Let's read the second half of the paragraph.

17   "Performer acknowledges if" that -- "if performer should

18   change her physical appearance during the term of this

19   agreement, including adding or subtracting tattoos or

20   personal spaces, without first obtaining for the breach by

21   agreement within 48 hours of the breach."

22            What does this mean?  And I don't mean in practice,

23   I mean, what does this mean in writing here, on this paper,

24   in this contract that she had to sign?

25       MR. BROWN:  Objection.  Vague.

101

1       A     It's a preference of how we would like talent to

2    arrive on set for the Blacked Raw shoot.

3       Q     Okay.  Is this also a preference.  Then, just below

4    that sentence, "Natural or French mani-pedi nails only,

5    please no gel polish."  That's a preference?

6       A     Yes.

7       Q     Okay.  What does it say next, though, if they don't

8    do that?

9       A     "Job is canceled if model does not arrive with

10   proper nails."

11      Q     Okay.  Thanks.  Let's read about eyelashes then.

12   "No eyelash extensions allowed for shoot.  Please remove any

13   and all eyelash extensions."  What does it say after that?

14      A     "Job is canceled if model arrived with eyelash

15   extensions."

16      Q     It doesn't really seem like a preference then, it

17   seems like a requirement or the job is canceled.  That's what

18   it's saying.

19      A     It says, "Job is canceled."

20      Q     Great.  Thank you.  Let's go back to Exhibit 5, the

21   first-performance agreement.  Look at Page 3, Section 9,

22   Paragraph No. 9:  "Performer agrees during the term of this

23   agreement to reasonably promote producer's brands and it's

24   affiliate brands on their social media accounts.

25            "Including but not limited to Twitter, Instagram,

104

1    and others reasonably requested by producer, to the best of

2    her abilities consistent with performer's other professional

3    photo shoots and media appearances?"

4           What does this mean -- actually, I'll ask you:  Is

5    this requiring plaintiff to promote producer's brands, the

6    ones that you listed for me earlier today, to promote those

7    on her social media?

8        A    Yes.

9        Q    Did plaintiff fulfill that obligation?  Did she

10    actually do it, because, you know, we'll talk about what

11    happened in practice?

12       A    I don't know if she fulfilled the social media

13    aspect.

14    MS. COHEN:  I'm going to introduce as Exhibit 9.

15           (Plaintiff's Exhibit 9 was marked for

16           identification.)

17    BY MS. COHEN:

18       Q    Have you seen this photograph before?

19       A    Yes.

20       Q    Do you see the date at the bottom -- do you agree

21    that this is an Instagram post on Ms. Kenzie Anne's

22    Instagram?

23       A    Yes.

24       Q    Do you see the date here of the post December 13th,

25    2021?

105

```
 1        A    Yes.

 2        Q    Was that while plaintiff was contracted to work for

 3   Vixen?

 4        A    Yes.

 5        Q    Can you describe what this Instagram post is, what

 6   is depicted in the photograph?

 7        A    Kenzie Anne is in a pink bathtub with a pink rotary

 8   telephone, in what looks to be pink, I don't know if that's

 9   Styrofoam, but something to resemble a bubble bath, and she

10   is laughing.

11        Q    What are the words printed across the photograph?

12        A    Vixen.

13        Q    And why don't we read -- go ahead and read me the

14   caption for this post, which is right here (indicating), Ms.

15   Kenzie Anne, what does that caption say?

16        A    "New, new with at Vixen X, official coming this

17   Friday," heart eyes, heart eyes, kiss emoji.

18        Q    What's Vixen X Official, is that related to your

19   company?

20        A    Yes.

21        Q    Okay.  So this is -- this is you guys?

22        A    Yes.

23        Q    This is Vixen --

24        A    Yes.

25        Q    -- Group, LLC?
```

                                                              106

1      A    Before the scene is shot, yes.

2      Q    Before the scene is shot, okay.  Which scene?  I'm

3  trying to help us get to when plaintiff provided Vixen with a

4  W9?

5      A    Yes.  So the W9 is part of the paperwork process on

6  set that all of our actors are required to fill out prior to

7  any active live shooting -- film shooting.

8      MS. COHEN:  I'm sorry, madam court reporter, could you

9  please read back the witness's answer.

10          (Record read.)

11  BY MS. COHEN:

12      Q    Okay.  And you're not sure, as you sit here today,

13  whether -- what plaintiff had put on the W9?

14      A    Correct.

15      Q    Maybe I can help you, do you know if it said,

16  Mackenzie Anne Thoma?

17      A    W9s typically require a full legal name, so I would

18  expect her full legal name would be on the paperwork.

19      Q    Did it say Kenzie Land, LLC?

20      A    I don't know.

21      Q    Did it say Lola March, LLC?

22      A    I don't know.

23      Q    So based on your testimony that the court

24  reporter -- that madam court reporter helpfully read back, it

25  was part of required paperwork?

                                                              132

```
 1              COURT REPORTER:  Yes.  I just wanted to make

 2     sure it was you.  I can hear you.

 3     BY MR. BROWN:

 4         Q.  Are the photos that appear on VXN's website the

 5     same photos that are used with marketing?

 6         A.  Yes.

 7         Q.  Does VXN's website also provide customers with

 8     behind-the-scenes footage?

 9         A.  Yes.

10         Q.  So basically VXN is providing its customers

11     access to the movie production process, including

12     behind-the-scenes and marketing photos?

13         A.  Yes.

14              MS. COHEN:  Objection.  Vague.

15     BY MR. BROWN:

16         Q.  Does VXN provide customers with access in the

17     production because they're interested in how movies are

18     made?

19         A.  Sorry.  Can you repeat that?

20         Q.  Does VXN provide the customers access to

21     behind-the-scenes footage and marketing photos because

22     our customers are interested in the movies-making

23     process?

24              MS. COHEN:  Objection.  Calls for speculation.

25              THE WITNESS:  Yes.
```

162

1    companies that were actively shooting amidst the

2    pandemic and we had a very high safety protocols and

3    continued our high production volume and prestige in the

4    adult film arena.  And Kenzieland and her agent was a

5    synchronicity between her -- again, her own content and

6    aesthetics and it was a good match and --

7        Q.  Would thereby any health reasons why

8    exclusivity would benefit Kenzie Anne in 2020?

9        A.  Yes.  We, as mentioned, had top safety

10   protocols for COVID testing, so limiting the amount of

11   contact Mackenzie could have on other sets with various

12   people would have been helpful to maintain safety

13   precautions as well as -- yeah, the medical aspect side

14   of the adult industry and STD testing.  But primarily in

15   2020 COVID was very rampant.  And we -- we provided

16   those services as well.  We have a very good

17   relationship with our testing service -- with testing

18   service company that's used widely by the industry.  And

19   we put health and safety as -- as top priority to ensure

20   the safety and health of the performers and the actors

21   we work with, so we would provide the testing for them.

22       Q.  Does VXN sell the photos that it takes in the

23   course of producing a scene separate from the scene?

24       A.  No.  Our photos are not up for commercial sale.

25       Q.  Just to confirm, if the plaintiff submitted a

168

# **EXHIBIT 9**



## LEGISLATIVE
## INTENT SERVICE, INC.

712 Main Street, Suite 200, Woodland, CA 95695
(530) 666-1917 • Fax (530) 668-5866 • www.legintent.com

_____

# **Reviewing these documents is as *easy* as . . .**

1.  Want to see your documents *immediately*?  **Open** the
    left-side bookmark icon pictured below and go to any
    document listed.



2.  See the (blue citations) in our Report?  They link you
    *directly* to the document being cited.  ***Try it!***

3.  The following links will help you to quickly understand
    the documents, and how to use them:

    -   Points and Authorities

    -   Research Aids and Policies

_____



# LEGISLATIVE
# INTENT SERVICE, INC.

712 Main Street, Suite 200, Woodland, CA 95695
(530) 666-1917 • Fax (530) 668-5866 • www.legintent.com

---

## ADMINISTRATIVE HISTORY REPORT AND ANALYSIS

Re:    **Title 8, California Code of Regulations, section 11120(1)(C)**
       Trace: Wage Order No. 12

       Re: Exception for Professional Actors

       Our File No.:  39763

This report provides our research tracing the exemption of professional actors language within Industrial Welfare Commission (hereafter "IWC") Wage Order No. 12.  The attached documents include copies of wage orders, bulletins and some documents that accompanied these orders.  The administrative history of the regulations referenced above is documented by materials♦ itemized in one declaration:

### TRACE – PROFESSIONAL ACTORS PROVISION IN ORDER NO. 12

The IWC Orders are codified in the Code of Regulations, with Wage Order No. 12 addressed in section 11120 of Title 8 of the Code of Regulations.  If you are interested in copies of the order language as printed in the Code of Regulations, please let us know.

Your language of interest regarding the exception for professional actors is currently located in Section 1(C).  (See Exhibit #28, page 3)

**Motion Picture Industry**

Prior to the issuance of orders specifically applicable to the motion picture industry, the Industrial Welfare Commission issued Sanitary Regulations in 1919.  (See Exhibit #1)  While these purported to apply to women who worked in factories, there may be provisions that applied to elements of the motion picture industry. The Sanitary regulations were updated in 1932.  (See Exhibit #7)

---

♦ For information on document numbers, research policies, request for judicial notice and more, please visit www.legintent.com and click on "**Research Aids & Policies**" and "**Points and Authorities**" at the bottom of the web page.

Page 1 of 4

The IWC issued its first motion picture industry order in 1926, which applied to extras:

> **Extra defined.** The term "extra" as used herein shall mean any woman or minor who is employed on a daily basis to act in motion pictures at a wage of $15.00 or under per day.
> (See Exhibit #2, page 1)

The IWC subsequently issued two bulletins clarifying payment and working conditions for extras. (See Exhibits #3 and #4)

In 1931, the IWC issued an additional motion picture industry order that applied to the following employees:

> **Women Defined.** The term "women" as used herein shall mean any woman eighteen years of age or over employed in the production of motion pictures at a salary of $40 per week or under, who does not act, sing, dance or otherwise perform.
> (See Exhibit #5, page 1)

Also in 1931, the IWC amended Order No. 16 (Order 16A) to add a definition of minor and expand the definition of extras to provide:

> **Extra defined.** The term "extra" as used herein shall mean any woman or minor who is employed to act, sing, dance or otherwise perform in the production of motion pictures at a wage of $15.00 or under per day or a wage of $65.00 or under per week.
> (See Exhibit #6, page 1)

In 1949, the IWC revised Order No. 17 (Order 17-R) to include an "applicability of order" section, which included:

> This Order shall apply to all women employed in the Motion Picture Industry except those who act, sing, dance, or otherwise perform, and except women employed in administrative, executive, or professional capacities….
> (See Exhibit #8, page 1)

In 1957, the IWC replaced Order Nos. 16A and 17-R with Order No. 12, bringing the motion picture industry into numerical order with the other existing industry orders. (See Exhibit #9) At this time, the phrase "professional actors or actresses" appeared, as follows:

> **1. Applicability of Order**
> This Order shall apply to all women and minors employed in the motion picture industry, including all extra players, except that the provisions of this Order shall not apply to professional actors

Page 2 of 4

or actresses, nor shall Sections 4 through 12 apply to women employed in administrative, executive, or professional capacities. (See Exhibit #9, page 1)

The Order was updated in 1963 to add sections 3(a), (b), (c) and (d) to the administrative exception language. (See Exhibit #10, page 1)

In 1976, the Order applied to men for the first time and the language was amended to state:

> **1. APPLICABILITY OF ORDER**
>     This Order shall apply to all persons employed in the motion picture industry, including extra players, teachers and welfare workers, whether paid on a time, piece rate, commission, or other basis, except that:
>     …
>      (B)  The provisions of this Order shall not apply to professional actors and actresses.
> (See Exhibit #13, page 1)

In 1980, the professional actor exception was amended to replace "professional actors and actresses" with "professional actors of either sex." (See Exhibit #14a, page 1)

In 2000, the IWC revised all California Wage Orders as a response to Assembly Bill 60, Chapter 134, Statutes of 1999, the "Eight-Hour-Day Restoration and Workplace Flexibility Act." (See Exhibit #15a)  The IWC adopted Order No. 12-2000, effective October 1, 2000, followed closely by Order No. 12-2001, adopted January 1, 2001.  (See and compare Exhibits #16a and #17)

With the adoption of Order No. 12-2001, the IWC expanded some of the applicability of the Order to professional actors:

> (C) Except as provided in sections 1, 2, 4, 10, and 20, the provisions of this Order shall not apply to professional actors. (See Exhibit #17, page 6)

We did not discern noticeable amendments to the professional actor exception language from 2001 to the present.  (See Exhibits #18 through #28)

In addition to the professional actor exception, you may find it helpful to review the definitions section of the Order, which first appeared in 1949.  (See Exhibit #8, page 10)  The Order has contained a definition of "employee" since 1949 and "Extra Player" since 1957.  (See Exhibits #8, page 10 and #9, page 2)

Page 3 of 4

**Recommendation**

You may be interested in researching the 1957 rulemaking because that is when the IWC first referred to professional actors.  It is also when they combined Order Nos. 16A and 17-R into one order governing the motion picture industry.

However, you may wish to order some of the earlier or more recent rulemaking files based on the language adoptions and changes outlined above.

Upon review of the enclosed documents, if you wish to order one or more rulemaking files, please contact us.  We charge $850.00 for each year's rulemaking file obtained on a two-plus week basis; $950.00 on a six-to-ten business day basis; and $1,000 for less than one week.  As noted previously, we may not be able to provide several rulemaking files all on an expedited basis.  However, we would do our best to provide the research on a rolling basis as quickly as possible.

We appreciate the opportunity to provide this assistance and hope that these efforts will be of value to you.

Prepared by: Jenny S. Lillge, Attorneys at Law/lks; File no.: 39763
W:\Worldox\WDOCS\WORKPROD\08157\60507\00247334.DOC



# LEGISLATIVE
# INTENT SERVICE, INC.

712 Main Street, Suite 200, Woodland, CA 95695
(530) 666-1917 • Fax (530) 668-5866 • www.legintent.com

## DECLARATION OF JENNY S. LILLGE

I, Jenny S. Lillge, declare:

I am an attorney licensed to practice in California, State Bar No. 265046, and am employed by Legislative Intent Service, Inc., a company specializing in researching the history and intent of legislation.

Under my direction and the direction of other attorneys on staff, the research staff of Legislative Intent Service, Inc. undertook to locate and obtain historical copies of registers and wage orders for Title 8, California Code of Regulations section 11120, also known as Wage Order No. 12, Motion Picture Industry, for 1918 to present.

The following list identifies documents obtained by the staff of Legislative Intent Service, Inc. on Title 8, California Code of Regulations section 11120. All documents gathered by Legislative Intent Service, Inc. and all copies forwarded with this Declaration are true and correct copies of the originals located by Legislative Intent Service, Inc.

### TITLE 8 CALIFORNIA CODE OF REGULATIONS SECTION 11120, WAGE ORDER NO. 12, 1919 TO PRESENT:

1. Sanitary Regulations for any Occupation, Trade or Industry, Industrial Welfare Commission Wage Order, effective March 1919;
2. Industrial Welfare Commission Order No. 16, Motion Picture Industry (Extras), January 8, 1926;
3. Industrial Welfare Commission Bulletin No. 1 regarding the Motion Picture Industry, issued January 8, 1928;
4. Industrial Welfare Commission Bulletin No. 2 regarding the Motion Picture Industry, issued June 19, 1929;
5. Industrial Welfare Commission Order No. 17, Motion Picture Industry, effective August 11, 1931;
6. Industrial Welfare Commission Order No. 16A, Motion Picture Industry (Extras), effective April 11, 1931;

Page 1 of 3

7.  Industrial Welfare Commission Order No. 1S, Sanitary Regulations for any Occupation, Trade or Industry, effective February 26, 1932;

8.  Industrial Welfare Commission Order No. 17-R, Motion Picture Industry, effective July 1, 1949;

9.  Industrial Welfare Commission Order No. 12-57, Motion Picture Industry, effective January 1, 1958;

10. Industrial Welfare Commission Order No. 12-63, Motion Picture Industry, effective August 30, 1963;

11. Industrial Welfare Commission Order No. 12-68, Motion Picture Industry, effective February 1, 1968;

12. Industrial Welfare Commission Order No. 1-74, Minimum Wage, effective March 1974;

13. Industrial Welfare Commission Order No. 12-76, Motion Picture Industry, effective October 18, 1976;

14. Industrial Welfare Commission Order No. 12-80, Motion Picture Industry:
    a.  Order No. 12-80 (Revised), effective July 1, 1988,
    b.  Statement as to the Basis (Revised), adopted September 7, 1979 and January 22, 1988 and amended December 16, 1988,
    c.  Note regarding Order 11-80 and 12-80, dated January 19, 1994,
    d.  Order No. 12-80 and Statement as to the Basis, approved September 7, 1979;

15. Official Notice Industrial Welfare Commission Summary of Interim Wage Order – 2000, for all Industries, effective March 1, 2000:
    a.  Summary of Interim Wage Orders,
    b.  Interim Wage Order;

16. Industrial Welfare Commission Order No. 12-2000, Motion Picture Industry, effective October 1, 2000:
    a.  Order No. 12-2000,
    b.  Summary,
    c.  Statement as to the Basis;

17. Industrial Welfare Commission Order No. 12-2001, Motion Picture Industry, effective January 1, 2001;

18. Industrial Welfare Commission Order No. 12-2001, Motion Picture Industry, effective January 1, 2002;

19. Industrial Welfare Commission Order No. 12-2001, Motion Picture Industry, effective January 1, 2003;

20. Industrial Welfare Commission Order No. 12-2001, Motion Picture Industry, effective January 1, 2004;

21. Industrial Welfare Commission Order No. 12-2001, Motion Picture Industry, effective January 1, 2005;

22. Industrial Welfare Commission Order No. 12-2001, Motion Picture Industry, effective January 1, 2006;

Page 2 of 3

23. Industrial Welfare Commission Order No. 12-2001, Motion Picture Industry, effective July 1, 2014;

24. Industrial Welfare Commission Order No. 12-2001, Motion Picture Industry, effective January 1, 2017;

25. Industrial Welfare Commission Order No. 12-2001, Motion Picture Industry, effective January 1, 2019;

26. Industrial Welfare Commission Order No. 12-2001, Motion Picture Industry, effective January 1, 2021;

27. Industrial Welfare Commission Order No. 12-2001, Motion Picture Industry, effective January 1, 2023;

28. Industrial Welfare Commission Order No. 12-2001, Motion Picture Industry, effective January 1, 2024.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 21st day of June, 2024 at Woodland, California.

_____

JENNY S. LILLGE

W:\Worldox\WDOCS\REGS\ccr\8\00247326.DOC

Page 3 of 3



## LEGISLATIVE
## INTENT SERVICE, INC.

712 Main Street, Suite 200, Woodland, CA 95695
(530) 666-1917 • Fax (530) 668-5866 • www.legintent.com

## <u>Reviewing these documents is as *easy* as . . .</u>

1. Want to see your documents *immediately*?  **Open** the left-side bookmark icon pictured below and go to any document listed.



2. See the (blue citations) in our Report?  They link you *directly* to the document being cited.  ***Try it!***

3. The following links will help you to quickly understand the documents, and how to use them:

   - Points and Authorities
   - Research Aids and Policies



**LEGISLATIVE
INTENT SERVICE, INC.**

712 Main Street, Suite 200, Woodland, CA 95695
(530) 666-1917 • Fax (530) 668-5866 • www.legintent.com

---

## <u>ADMINISTRATIVE HISTORY REPORT AND ANALYSIS</u>

Re:     **Title 8 California Code of Regulations section 11129(1)(C)
        IWC Order No. 12: Motion Picture Industry
        Section (1) – Applicability of Order**

        **Rulemaking File: 1957 Wage Order 12-57**
        Effective January 1, 1957

        Our File No.:  39800

This report provides our analysis of the 1957 revision of the Industrial Welfare Commission (hereafter "IWC") Order regarding the Motion Picture Industry, specifically as it relates to section 1: "Applicability of Order."  Your focus involves the definition of "professional actors."  In 1957, the relevant exception to the order used the phrase, "professional actors or actresses."  (See Exhibit A, #1b, page 789)

The administrative history of the above-referenced IWC Order is documented by materials itemized in one declaration.♦  The materials are organized as follows:

            Exhibit A:    Order No. 12-57: Order Specific Materials and IWC History
                          and Background
            Exhibit B:    IWC 1957 Revision - All Orders

**Wage Order No. 12-57
<u>Effective January 1, 1957</u>**

IWC Orders are revised in response to internal or public input of needs for revision. Wage Boards are appointed for each industry wage order to take public input, hold hearings, suggest revisions and ultimately issue a report for the Commission.  The Commission then responds to that report, takes further public input, holds hearings,

---

♦ For information on document numbers, research policies, request for judicial notice and more, please visit www.legintent.com and click on "**Research Aids & Policies**" and "**Points and Authorities**" at the bottom of the page

Page 1 of 3

makes revisions to the recommendations of their wage boards, and ultimately adopts a revised wage order.

Surviving from these processes are minutes, transcripts, language of wage orders, and sometimes reports of wage boards. We include all the minutes and transcripts available from March 18, 1955 through October 4, 1957. (See Exhibit B, #1 through #5) Unfortunately, it appears that minutes and transcripts from key meetings are missing from the IWC archives.

We also include relevant order summaries and biennial reports published by the Department of Industrial Relations. (See Exhibit A, #4 and Exhibit B, #8)

At this time, the California Department of Industrial Relations Division of Labor Standards and Enforcement is the custodian of the IWC records. We have reached out to access the Order No. 12 specific documents and have not yet gotten a response. Because we were unable to access the Order No. 12 Wage Board documents, we have provided the Order No. 7 Wage Board materials as an example. (See Exhibit B, #9)

Please keep in mind that many of these records were copied from "onion skin" copy paper that was used in the 1940s and 1950s; this accounts for the copies sometimes being skewed; most if not all are legible. Additionally, Commission files can sometimes include a mixture of documents not necessarily related to the title of the file in their Historical Record; if these excerpts provided appear to be a mishmash assortment, it is because the original file was found in that condition.

### Applicability of Order – Section (1)

Although we do not currently have all the wage board discussion for the Motion Picture Industry, we have helpful insight from the IWC. For example, The IWC discussed Motion Picture Industry order provisions section-by-section at their October 7, 1957 meeting. (See Exhibit B, documents 704406101, et seq.) According to the minutes:

> There was discussion as to whether or not minors who are professional actors or actresses should be included in the coverage of the new order. It was finally decided that professional minors should be excluded from coverage of the order.
> (See Exhibit B, #3, document 704406101)

In addition, the IWC minutes include the final recommendations of the Motion Picture Wage Board, which address the applicability of the order. (See Exhibit B, #3, document 704406171)

As noted above, at this time, we are still waiting to gain access to additional files regarding this revision process.  That said, the organization of the materials mandates a lengthy process of examining an index containing little to no information as to the content of the files.  Files fall into various categorizations e.g. rulemaking files, wage board files, commission files, and research files.  In addition, there are minutes and transcripts, noted by date, with no other information as to what their content may be nor their relevance to any particular wage order or, wage order revision.  To be thorough one would need to examine numerous potentially relevant records and files to see if information actually relevant to the wage order or wage order revision at issue is contained there.  It is very time-consuming process which we will do on request at our regular hourly rates.   Please let us know if there are any questions concerning this policy, or a desire to conduct further research.

Any analysis provided in this report is based upon the nature and extent of your request to us, as well as a brief review of the enclosed documents.  As such, it must be considered tentative in nature.  A more conclusive statement of the impact of the legislative history in your case would be dependent upon a complete understanding of all of the factual issues involved and the applicable legal principles.

We appreciate the opportunity to provide this assistance and hope that these efforts will be of value to you.

Prepared by:  Jenny S. Lillge, Attorney; File no.: 39800
W:\Worldox\WDOCS\WORKPROD\08157\60507\00247498.DOC

Page 3 of 3



**LEGISLATIVE
INTENT SERVICE, INC.**

712 Main Street, Suite 200, Woodland, CA 95695
(530) 666-1917 • Fax (530) 668-5866 • www.legintent.com

# DECLARATION OF JENNY S. LILLGE

I, Jenny S. Lillge, declare:

I am an attorney licensed to practice in California, State Bar No. 265046, and am employed by Legislative Intent Service, Inc., a company specializing in researching the history and intent of legislation.

Under my direction and the direction of other attorneys on staff, the research staff of Legislative Intent Service, Inc. undertook to locate and obtain the rulemaking file, or other background material, regarding the 1957 adoption of Industrial Welfare Commission Order No. 12.

The following list identifies all documents obtained by the staff of Legislative Intent Service, Inc. for the 1957 adoption of Order No. 12. All listed documents have been forwarded with this Declaration except as otherwise noted in this Declaration. All documents gathered by Legislative Intent Service, Inc. and all copies forwarded with this Declaration are true and correct copies of the originals located by Legislative Intent Service, Inc.

**EXHIBIT A: INDUSTRIAL WELFARE COMMISSION [IWC] ORDER NO. 12-57,
EFFECTIVE JANUARY 1, 1958
ORDER SPECIFIC MATERIALS AND IWC HISTORY AND BACKGROUND:**

1. Order No. 12-57, regulating Wages, Hours, and Working Conditions for Women and Minors in the Motion Picture Industry, as follows:
   a.    Poster version;
   b.    Register 57, No. 19
2. Motion Picture Industry Wage Board Files – *Currently Unavailable:*
   a. Official Record – No. 17, Reports, Briefs, Statements, Minutes – Folder 1 (Folder 766405);
   b. Official Record – No. 17, Reports, Briefs, Statements, Minutes – Folder 2 (Folder 766406);
   c. Official Record – No. 17, Transcript of Wage Board Hearing, February 3, 1957 (Folder 766407);

Page 1 of 2

3.   Excerpt regarding the Overview of the Industrial Welfare Commission Collection and History from the "Guide to the Records of the Industrial Welfare Commission Collection, 1913-2004," prepared January, 2006;

4.   Excerpts regarding Industrial Welfare Commission from the Biennial Reports of the Department of Industrial Relations,

    a.   1957-1958 – *Currently Unavailable;*

    b.   1959-1960.

**EXHIBIT B: INDUSTRIAL WELFARE COMMISSION DOCUMENTS
1957 REVISION – ALL ORDERS:**

1.   Minutes, Exhibits and Transcripts, March 18, 1955 through November 25, 1955 (Folder 704404);

2.   Minutes, January 20, 1956 through November 30, 1956 (Folder 704405);

3.   Minutes, January 10, 1957 through October 4, 1957 (Folder 704406);

4.   Transcript of Proceedings, March 22, 1957 and May 10, 1957 (Folder 704407);

5.   Transcript of Proceedings, March 29, 1957 and March 30, 1957 (Folder 704408);

6.   1956 Revision - Notices of Public Hearings (Folder 766419)

7.   Notices of Meetings (Folder 767401)

8.   File entitled, "1956 Revision - Distributed to Wage Board Members and Summary of 1957 changes" (Folder 765406)

9.   Order No. 7-57, Mercantile Industry Wage Board Reports, Briefs, Statements, Minutes (Folder 765416).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 11th day of July, 2024 at Woodland, California.

_____

JENNY S. LILLGE

W:\Worldox\WDOCS\REGS\ccr\8\00247497.DOC

Page 2 of 2

MINUTES OF MEETING
of the
INDUSTRIAL WELFARE COMMISSION
of the
STATE OF CALIFORNIA

Los Angeles
October 7, 1957
- - -

The Industrial Welfare Commission met in executive session at 10 a. m.,
October 7, 1957, in Room 706, State Building, Los Angeles.

PRESENT:  Daniel E. Koshland, Chairman
Virginia Allee, Commissioner
Eleanor C. Hewlett, Commissioner
John W. Quimby, Commissioner
Margaret Kay Anderson, Chief
Richard Perry, Deputy Attorney General
Vivian T. Jensen, Recording Secretary
Glenn Mayfield, Area Supervisor, Los Angeles

The meeting was called to order by Chairman Koshland at 10:00 a. m.

The Commission discussed in turn each section of the tentative draft
for the Motion Picture Industry which had been prepared as a result of the delibera-
tions of the Commission in its meeting of September 23, 1957.  This draft had been
sent to the Commissioners for their study in advance of this meeting. (See Exhibit A)

SECTION 1.  APPLICABILITY OF ORDER

There was discussion as to whether or not minors who are professional
actors or actresses should be included in the coverage of the new order.  It was
finally decided that professional minors should be excluded from coverage of the
order.

Commissioner Stoneman moved, seconded by Commissioner Allee, and
unanimously carried that Section 1, Applicability of Order, read as follows:

"This Order shall apply to all women and minors employed in the
motion picture industry, including all extra players, except that
the provisions of this Order shall not apply to professional actors
or actresses, nor shall Sections 3(a), (b), (c), (d), and Sections
4 through 12 apply to women employed in administrative, executive,
or professional capacities.

LEGISLATIVE INTENT SERVICE, INC.    (530) 666-1917

704406101

No. 580
Page 2

"No woman shall be considered to be employed in an admini-
strative, executive, or professional capacity unless one of
the following conditions prevails:

"(a) The employee is engaged in work which is predominantly
intellectual, managerial, or creative; and which requires
exercise of discretion and independent judgment; and for
which the remuneration is a guaranteed weekly rate of $80.77
or the equivalent of $350 per month, but in no case shall
daily paid employees hereunder be exempt; or

"(b) The employee is licensed or certified by the State of
California and is engaged in the practice of one of the fol-
lowing recognized professions:  law, medicine, dentistry,
architecture, engineering, teaching, or accounting."

## SECTION 2.  DEFINITIONS

There was discussion of the difficulty or defining an "extra player"

as distinguished from an "actor" or "actress" despite the fact that the distinction

is well known to those in the industry.  To make it very clear that extras were

intended to be covered by the order, the Commission decided to include a defini-

tion of "extra player."

Commissioner Stoneman moved, seconded by Commissioner Quimby, and unani-

mously carried that a definition of an extra player be included as Section 2(m) to

read:      "(m) 'Extra Player' means any woman or minor employed by an employer
in the production of motion pictures to perform any work, including
but not limited to that of a general extra, stand-in, photographic
double, sports player, silent bit, or dress extra; or as extras em-
ployed in dancing, skating, swimming, diving, riding, driving, or
singing; or as extras employed to perform any other actions,
gestures, facial expressions, or pantomime."

There was discussion as to whether film processing laboratories should

be included in the coverage of the motion picture order.  Some of the large film

processing laboratories do work almost exclusively for the motion picture industry

and are therefore generally considered by employers and employees alike as an

integral part of this industry.  The wage board had unanimously recommended that

these laboratories be covered by the motion picture order.

The main concern in having them covered under the motion picture

order rather than the manufacturing industry order was the opinion on the part

of many that by being covered by the manufacturing order the woman were subject



LEGISLATIVE INTENT SERVICE, INC.    (530) 666-1917

704406102

No. 580
Page 3

to the Eight Hour Law and could not work emergency overtime. The Chief of the Division clarified this by pointing out that, although the laboratories were covered by the manufacturing order because they were "processing" and were thus covered by the definition of the order, they are not, however, subject to the Eight Hour Law because they do not come under "manufacturing" as defined in the dictionary. Also the prime function of the laboratories is "film processing" and not the making of motion pictures, thus they have been held to be subject to the manufacturing order, but the women can work emergency overtime under this order the same as if they were under the motion picture order.

It was moved by Commissioner Quimby, and seconded by Commissioner Stoneman, that Section 2(c) read as follows:

> "(c) 'Motion Picture Industry' means any industry, business or establishment operated for the purpose of motion picture production, or the processing of films for motion picture or television production, including but not limited to motion pictures for entertainment, commercial, religious or educational purposes."

Vote:  ayes - Commissioners Quimby and Stoneman
       nays - Commissioners Allee, Hewlett and Koshland

Motion lost 3 to 2

Commissioner Hewlett moved, seconded by Commissioner Quimby, and unanimously carried that Section 2(c) read as follows:

> "(c) 'Motion Picture Industry' means any industry, business or establishment operated for the purpose of motion picture or television film production, including but not limited to motion pictures for entertainment, commercial, religious, or educational purposes."

It was moved by Commissioner Hewlett, seconded by Commissioner Quimby, and unanimously carried that Sections 2(a), (b), (d), (e), (f), (g), (h), (i), (j), (k), (l) as written in the present draft be adopted.

SECTION 3. HOURS

There was considerable discussion of the Hours Section of the Order and whether or not the quarter check system of payment of overtime for extra players should be retained as in former Order 16-A.

LEGISLATIVE INTENT SERVICE, INC.    (530) 666-1917

704406103

There was also discussion on the wage board recommendation that women employed on a guaranteed work week of 40 hours or more should be paid time and one-half for hours worked in excess of 40 in any one week rather than time and one-half after eight hours in any one day. The Commission did not follow this recommendation because there was a legal question as to whether the Commission could authorize work of more than eight hours in any one day without providing for daily overtime. In addition, the Commission has held in all the other orders that there should be a provision for time and one-half after eight hours a day as a deterrent to excessive daily overtime. Also in industries where daily overtime is quite common, it has been the practice of the Commission in recent years to require time and one-half for hours in excess of eight and up to and including 12 in any one day and double time for hours in excess of 12 in any one day, and time and one-half for the first eight hours worked on the 7th consecutive day, and double time for hours worked in excess of eight on the 7th consecutive day.

With these considerations in mind, Commissioner Allee moved, seconded by Commissioner Hewlett that Section 3 read as follows:

"(a)  No woman eighteen (18) years of age or over shall be employed more than eight (8) hours in any one day nor more than six (6) days in any one week, except as provided in (1) hereof:

(1)  Women eighteen (18) years of age or over may, in cases of emergency, be employed up to a maximum of sixteen (16) hours including meal periods in any one day from the time they are required and do report until dismissed, provided the employee is compensated for such overtime at not less than:

(A)  One and one-half (1½) times the employee's regular rate of pay for all hours worked in excess of eight (8) hours up to and including twelve (12) hours in any one day, and for the first eight (8) hours worked on the seventh (7th) consecutive day; and

(B)  Double the employee's regular rate of pay for all hours worked in excess of twelve (12) hours in any one day, and for all hours worked in excess of eight (8) hours on the seventh (7th) consecutive day.

704406104

LEGISLATIVE INTENT SERVICE, INC.    (530) 666-1917


No. 580
Page 5

"(b)  No minor shall be employed more than eight (8) hours in any one day nor more than six (6) days in any one week.

(c)  No employee shall be required to report to work unless ten (10) hours have elapsed since the termination of the previous day's employment.

(d)  Food and hot drinks shall be provided for employees who are required to work after 11:30 p.m.

(e)  When employees are required to work at night and are not dismissed in time to permit their return to their homes by public service transportation, transportation shall be provided by the employer.

Vote:  ayes - Commissioners Hewlett, Allee, and Koshland
       nays - Commissioners Quimby and Stoneman

Motion carried 3 to 2.

SECTION 4.  MINIMUM WAGES

It was felt that a subsection covering "interviews" or auditions for extra players should be included in Section 4, since there are times when such women are required to wait or audition for several hours before being hired.

Commissioner Hewlett moved, seconded by Commissioner Quimby that a subsection be added in Section 4 to read as follows:

"(i)  Interviews.  Interviews or auditions for extra players which exceed one and one-half (1½) hours in length shall be paid for at not less than the minimum wage."

Vote:  ayes - Commissioners Stoneman, Quimby, Koshland, and Hewlett
       nays - Commissioner Allee

Motion carried 4 to 1.

In the discussion as to whether there should be a special provision for night work, wet work or dangerous work for extra players as in the old Order 16-A, it was pointed out by Deputy Attorney General Perry that this wording is in conflict with Workmen's Compensation laws and with Section 2855 of the Labor Code.

Commissioner Hewlett moved, seconded by Commissioner Stoneman and unanimously carried that Section 4(h) read as follows:

704406105

LEGISLATIVE INTENT SERVICE, INC.     (530) 666-1917

"(h)  Night Work, Wet Work or Dangerous Work.  Employers shall notify extra players at the time of the call of the character of the work when extras are required to do night work, wet work, or work of a rough or dangerous character; and if the employer fails to do so, the employee shall have the option of refusing to work and shall be paid for all time consumed.  If the personal wardrobe or property of extras is damaged through the nature of the work, extras shall be compensated therefor."

Commissioner Stoneman moved, seconded by Commissioner Hewlett and unanimously carried that Sections 4(a), (b), (c), (d), (e), (f), (g), as written in the present draft be adopted.

SECTION 5.  REPORTING TIME PAY: SECTION 6, HANDICAPPED WORKERS: SECTION 7.  RECORDS

Commissioner Hewlett moved, seconded by Commissioner Allee, and unanimously carried that Sections 5, 6, and 7 as written in the present draft be adopted.

SECTION 8.  CASH SHORTAGE AND BREAKAGE

Commissioner Stoneman moved, seconded by Commissioner Quimby, and unanimously carried that Section 8 read as follows:

"No employer shall make any deduction from the wage of an employee for any cash shortage, or breakage, damage, or loss of the employer's equipment or property, notwithstanding any contract or arrangement to the contrary, unless it can be shown that the shortage, breakage, or loss is caused by a dishonest or wilful act, or by the culpable negligence of the employee."

SECTION 9.  UNIFORMS AND EQUIPMENT: SECTION 10.  MEALS AND LODGING

Commissioner Allee moved, seconded by Commissioner Hewlett, and unanimously carried that Sections 9 and 10 as written in the present draft be adopted.

SECTION 11.  MEAL PERIODS

Commissioner Allee moved that Section 11 as written in the draft be adopted.  Commissioner Koshland vacated the chair to Commissioner Quimby and seconded the motion.

Vote:  ayes - Commissioners Allee and Koshland
nays - Commissioners Stoneman and Quimby
Commissioner Hewlett reserved her vote until after the luncheon recess.

704406106

LEGISLATIVE INTENT SERVICE, INC.    (530) 666-1917

No. 580
Page 7

SECTIONS 12 through 31

Commissioner Hewlett moved, seconded by Commissioner Allee and unanimously carried that Sections 12 through 31 as written in the draft, be adopted.

The executive session adjourned at 12:30 p. m. to meet in open session at 2:00 p. m.

- - - - - -- - -

Chairman Koshland called the meeting to order in open session at 2:00 p. m.

PRESENT:   Daniel E. Koshland, Chairman
           Virginia Allee, Commissioner
           Eleanor C. Hewlett, Commissioner
           John W. Quimby, Commissioner
           Mae Stoneman, Commissioner
           Margaret Kay Anderson, Chief
           Richard Perry, Deputy Attorney General
           Glenn Mayfield, Area Supervisor, Los Angeles
           Vivian T. Jensen, Recording Secretary
           Robert M. Riley, Calif. State Restaurant Ass'n.
           Claire Clements, Agricultural Producers Labor Committee

SECTION 11.  MEAL PERIODS  (Continued)

Commissioner Hewlett's vote on previous motion - nay.

Motion lost 3 to 2.

Commissioner Hewlett moved, seconded by Commissioner Stoneman that Section 11 read as follows:

"No employer shall employ any woman or minor for a work period of more than five and one-half (5½) hours without a meal period of not less than thirty (30) minutes nor more than one (1) hour. An "on duty" meal period shall be permitted only when the nature of the work prevents an employee from being relieved of all duty, and time spent for such "on duty" meal period shall be counted as time worked. "

Vote:  ayes - Commissioners Hewlett, Stoneman, and Quimby
       nays - Commissioners Koshland and Allee

Motion carried 3 to 2.

704406107

LEGISLATIVE INTENT SERVICE, INC.   (530) 666-1917

There was discussion as to whether there should be two separate orders for the motion picture industry as in the past or only one order. The draft under consideration incorporated special provisions to cover conditions of employment as related to extra players. Therefore, it was concluded that the draft as revised for one order would afford extra players essentially the same protection as would a separate order.

Commissioner Allee moved, seconded by Commissioner Hewlett, and unanimously carried:

> "That the draft as revised in today's meeting be adopted as the Motion Picture Industry Order, to be known as Order 12-57, regulating the wages, hours, and working conditions for women and minors in the Motion Picture Industry; that this order be published on or before October 31, 1957, and become effective January 1, 1958; and that Orders 16-A and 17R be rescinded as of the date this order becomes effective."

Chairman Koshland announced that an application for rehearing presented by the California Grape and Tree Fruit League had been received in the offices of the Commission in San Francisco on October 2, 1957. This application requests a rehearing in the matter of the Industrial Welfare Commission Order No. 8-57, regulating wages, hours, and working conditions for women and minors in the Industries Handling Products After Harvest, and is made a part of this record. (See Exhibit B)

Commissioner Stoneman moved, seconded by Commissioner Quimby, and unanimously carried that:

> "The Commission take no action at this time on the application for rehearing of the California Grape and Tree Fruit League."

Miss Margaret Kay Anderson, Chief of the Division, reported on activities preliminary to setting up hearings in agriculture. She stated that a meeting had been held with Messrs. John Henning, California State Federation of Labor, Ernesto Galarza, National Agricultural Workers Union, and William Becker, of the Jewish Labor Committee. Chairman Koshland and Miss Anderson had also met

LEGISLATIVE INTENT SERVICE, INC.    (530) 666-1917

704406108

with eight or nine representatives of grower associations and employer groups.

Both employee and employer representatives felt that investigations of working conditions, wages, and hours could well be initiated in the Imperial Valley, particularly in the area adjacent to El Centro. Both groups felt that it would be desirable to have separate meetings, one attended by the workers and representatives speaking in their behalf, and the other attended by the growers and employer representatives.

From January through April the Imperial Valley has a large harvest of miscellaneous vegetables; beans, carrots, garlic, onions, etc. and February is one of the peak months for harvesting. Women and minors were reported as being employed in the harvesting of these crops. The Commission believed a meeting date in late February would allow sufficient time to prepare for such a meeting. It also felt that the Commission should devote one day prior to the meeting in observation of some of the agricultural operations in the field.

Commissioner Quimby moved, seconded by Commissioner Stoneman, and unanimously carried:

> "That the Commission meet in El Centro on February 28 and March 1, 1958; that the first day be spent in observation of agricultural operations in the fields; that the Commission meet with employee and employer representatives on the second day, one group in the morning between 9:30 and 12, and the other group in the afternoon, between 2:00 and 4:30; and that arrangements for the tour and the meetings be made by the Division."

Miss Anderson stated that money has been requested in the 1958-59 budget for repricing the Budget for a Single Working Woman. If this request is granted, the Division of Labor Statistics and Research would like to begin the actual repricing in the fall of 1958.

LEGISLATIVE INTENT SERVICE, INC.    (530) 666-1917

704406109

There being no further business, Chairman Koshland announced that he would like to tender his resignation as chairman effective at any time suitable to the Commission, and asked that the Commission elect a new chairman at this time.

Commissioner Quimby said in part: "The Commission has certainly appreciated the work that you have done. We have gone through a long period of revising the orders and we have had a number of controversial issues and subjects. You have been very patient with us and you have donated a great deal of your time. I think I express the feeling of the Commission when I say we appreciate all the additional time and effort you have put in."

Commissioner Stoneman said: "I am sure that it is the unanimous opinion of this Commission that you have been an impartial and fair chairman in your service to all the people in every segment of the state and I am sure that our parent body would subscribe to that."

Commissioner Allee moved, seconded by Commissioner Quimby, and unanimously carried:

> "That the Commission accept with regret the resignation of Chairman Koshland effective as of January 1, 1958."

Commissioner Stoneman said, "Before I nominate, I would like you to understand that I know there has been a past policy to rotate the chairmanship so that each Commissioner would have the honor and opportunity to serve as chairman. At the time I was chairman I found it very difficult to serve as chairman living in Los Angeles when the main office of the Commission and most of the records are in San Francisco. It is my considered opinion that for the best interests of all concerned and to make the work a little easier, the chairman should be in the north. Mr. Quimby has been with us for some time and certainly under the old policy he would be the one nominated and elected. But in

LEGISLATIVE INTENT SERVICE, INC.   (530) 666-1917

704406110

No. 580
Page 11

view of the remarks I have just made, I would like to nominate Commissioner Hewlett as successor to Mr. Koshland for the reason I have just stated and because at the time she served this Commission as chairman, she made a delightful one. She was impartial, well informed on minimum wages and working conditions of the people for whom we write the orders. She lives in the north, she is available, and is thoroughly capable."

Commissioner Allee seconded the nomination. Commissioner Quimby said he subscribed to Mrs. Hewlett's nomination.

There were no further nominations. Vote on motion: unanimous

Commissioner Hewlett made the following statement: "I am deeply honored by this token on your part. I will never make the wonderful chairman that you made, Mr. Koshland, as you have that special flair that makes everyone love you and you are a very gracious gentleman. To each of you may I say that the Chairman is only a representative of the Commission. I will be happy to serve and believe me, I will serve only with the wholehearted support of this Commission as your representative."

The meeting adjourned at 3:00 p. m. to meet at the call of the Chair.

_____
Daniel E. Koshland
Chairman

_____
Vivian T. Jensen
Recording Secretary

704406111

# **EXHIBIT 10**

1  **KANE LAW FIRM**
2  Brad S. Kane (SBN 151547)
   bkane@kanelaw.la
3  1154 S. Crescent Heights. Blvd.
4  Los Angeles, CA 90035
   Tel:  (323) 697-9840
5  Fax: (323) 571-3579

6
   Trey Brown (SBN 314469)
7  trey.brown@vixenmediagroup.com
   11337 Ventura Blvd.
8  Studio City, CA 91604
9  *Attorneys for Defendants*
10 VXN GROUP LLC and MIKE MILLER

11          **UNITED STATES DISTRICT COURT**
12          **CENTRAL DISTRICT OF CALIFORNIA**
             **WESTERN DIVISION**
13

14 MACKENZIE ANNE THOMA,        Case No. **2:23–cv–04901 WLH (AGRx)**
   a.k.a. KENZIE ANNE, an
15 individual and on behalf of all    **DECLARATION OF BASIA LEW IN**
   others similarly situated,          **SUPPORT OF DEFENDANTS'**
16                                      **MOTION FOR SUMMARY**
17          Plaintiff,                  **JUDGMENT**
   v.
18
   VXN GROUP LLC, a Delaware
19 limited liability company; MIKE     Complaint Filed:  April 20, 2023
   MILLER, an individual; and DOES    Removed:          June 21, 2023
20 1 to 100, inclusive,
21          Defendants.

22
23
24
25
26
27
28

────────────────────────────────────────

                    DECLARATION OF BASIA LEW

I, Basia Lew, hereby declare as follows:

1.     I am Vice President of Production for Defendant VXN Group, LLC ("VXN"). I also served as one of VXN's 30(b)(6) witnesses in this matter. I am personally familiar with, and, if called upon, could and would testify to the facts contained herein from my personal knowledge.

2.     In my capacity as Vice President of Production, I oversee VXN motion picture production.  I am often on set and I have personal knowledge about the day to day production process. I also routinely work with other departments in the company including marketing, social media, accounting and legal.

3.     Prior to becoming Vice President of Production, I served as Director of Post-Production for VXN and I also have personal knowledge of the employees and operations in the post-production department.

4.     VXN film production staff include script writers, production coordinators, producers, directors, set designers, digital imaging technicians, photographers, wardrobe stylists, creative directors, and production assistants. VXN also employs a post-production team including video editors and colorists. VXN has a marketing team to market its films, a social media department to promote movies and websites, and production accountants and in-house film and entertainment lawyers.

5.     Attached as Exhibit 11 is a true and correct copy of the VXN staff that supported Plaintiff's first shoot.

6.      Attached as Exhibit 12 is a true and correct copy of the post-production slack channel for Plaintiff's first motion pictures with VXN. It demonstrates the coordination between departments and the amount of work, talent,  and consideration that is put into creating the final motion pictures, as well as the collaboration between Plaintiff's team and VXN. It also shows how still photos are

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

DECLARATION OF BASIA LEW

1

1    used in all phases of the motion picture process including marketing and social

2    media.

3         7.    VXN owns state of the art motion picture production equipment. It

4    also routinely rents film locations, props (such as motion picture cars), obtains

5    film industry permits and licenses music for its films. See Exhibit 11 and Exhibit

6    12.

7         8.    During motion picture productions, VXN directors or photographers

8    take "stills" which are photographs of actors in its movies in character in various

9    positions. See Exhibit 11.

10        9.    The stills enable the actors to rehearse the scene, experiment with

11   positions, and determine which sex positions feel comfortable with each of the

12   actors and works visually for the directors of the films. Attached as Exhibit 13, is

13   a true and correct copy of the Kenzieland shot list showing stills occurring before

14   actual filming of the motion picture portion of the scene. This is standard for

15   VXN productions.

16        10.   The stills are used later as covers for DVDs. Exhibit 14.

17        11.   They are also used as thumbnails for the website. Exhibit 15.

18        12.   And the stills are used for advertising, marketing, and social media

19   purposes to promote the movies and the actors. Exhibit 16.

20        13.   Taking stills on VXN's production sets usually accounts for only a

21   small portion of the time spent making the motion picture and it is dependent on

22   the creative direction of the actors and director as they rehearse the movie.

23   Attached as Exhibit 17 is a true and correct copy of the shoot schedule from the

24   4-22-22 Deeper motion picture.  It demonstrates the average time it takes to

25   shoot still photographs compared to the overall production.  Exhibit 17.

26

27

28

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

2

DECLARATION OF BASIA LEW

1    I declare under penalty of perjury that the foregoing is true and

2    correct. Executed on December 21, 2024, at Los Angeles, California.

3

4                                              /s/ *[signature]*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

3
DECLARATION OF BASIA LEW

# **EXHIBIT 11**

**Project Brief:** Kenzie Anne's VMG Debut scenes for Vixen & Blacked directed by Chris Applebaum
Vixen GG scene: Kenzie x Naomi x Gianna
Blacked: Kenzie x Jax Slayher

| DEPARTMENT | ASSIGNEES | NOTES | ACTION |
|---|---|---|---|
| DIRECTOR | Chris Applebaum | Chris Applebaum provides<br>Gaffer/lighting assistant $500<br>Key HMUA - $500 | Matt will contact Chris to negotiate his Creative Fees, so far his teams costs are in line |
| PROD | VMG | VMG Production Crew needs:<br>Prod team<br>-Art / Wardrobe / HMU: Steph, Haley + 2 MUA<br>-AC: K ███<br>-EP: Mike ███<br>-PM: @Taylor? @jess?<br>-DIT: Josh (absolute must imo)<br>-SOUND: ?<br>-PHOTOGRAPHER: Daren or potentially request Chris A photographer<br>-PA: Sienna + 1 more | Need to align on logistics with Chris during walkthrough to be scheduled |
| POST PROD | VMG | VMG Post Production team needs:<br>-Access to Jack & Josh during pre-pro to discuss color correction & LUTS<br>-access to VMG editor and working in-house 1-2 days with an editor we assign | |
| SET/PROPS | VMG | Props:<br>SUV (Uber Black) - prod team<br>Small props tbd based on treatment - Steph | |
| WARDROBE / BEAUTY TEAM | VMG | tbd based on treatment - Steph will handle | |

CONFIDENTIAL

| CASTING | VMG | Requests from Chris A: Naomi Swann + Gianna Dior for Vixen and TBD for Blacked casting options, maybe Jax Slayher | |
|---|---|---|---|
| EQUIPMENT | VMG | tbd based on treatments for each scene - Chris A will send early next week so far we have:<br>-Arri Alexa Mini OF<br>-Arri T2 2K light<br>-Small Arri 650s<br>-Photographer: Daren or Chris to suggest option via Tasty Content studio for promo and sex stills TBD | |
| SCRIPT | VMG | Eddy to write script w/ Mike based on Chris's Treatment | |
| BUDGET | VMG | TBD<br>Chris / Eats team fees<br>Director rate: 2K offer<br>Gaffer/lighting assistant: $500<br>Key HMUA: $500 | |
| SCHEDULE | VMG | tbd based on treatment / PH / Talent availability - night shoot was discussed on call<br>**Dec 1-14th** is flexible for Chris potential dates to discuss<br>**-Dec 1st** - GG Vixen Debut - Kenzie, Naomi, Gianna<br>**-Dec 7-** Blacked Debut | |

017395

# **EXHIBIT 12**

# # kenzieeats

5

Messages    Add canvas    Files    +

# # kenzieeats

@Basia          created this channel on February 8th, 2021. This is the very beginning of the # kenzieeats channel.

✎ Add description    ⚲ Add coworkers    ✉ Send emails to channel

February 8th, 2021 ⌄

**Basia**    🗒 11:52 AM
joined #kenzieeats. Also, Mattb and 3 others joined.

**Basia**    🗒 11:56 AM
Hi guys! I wanted to create this thread so we can all get aligned on this project. I'd like to have a call/Zoom with Chris and all of us to get on the same page of what the workflow will be and what his vision is on this project. I'd like to schedule a call ASAP, just need to know everyone's availability.

@Jack          you will be doing color for the sex on this project, Chris Applebaum will want to work with you closely on that. We are still in the editing phase.
@Tavit            Chris will also want to help clarify his notes on the edits and explain a bit more what/why he shot.

**Tavit**    11:56 AM
no problem

**Jack**    11:57 AM
Sure, sounds great
Do you have a rough cut so I could take a look?

016917

Case 3:23-cv-04901-WLH-AGR   Document 133-3   Filed 01/10/25   Page 234 of 317
CASE ID: 54872L

 Messages    Add canvas    Files    +

**Jack** 11:57 AM                     February 8th, 2021 ⌄
Sure, sounds great

Do you have a rough cut so I could take a look?

**Tavit** 12:02 PM
I do, but im also in the process of re-cutting the sex and making it multicam

his Acam and bcam look totally different

**Basia** 📝 12:08 PM
this is the Frameio project folder https://app.frame.io/projects/f613ad8a-c91e-4030-8aed-95e8d082ee02/4cc35c7d-bd1e-4b7d-b711-af2d13aad316

**Jack** 12:20 PM
@Basia        you've mentioned sex part what about the color for the story part?

**Basia** 📝 12:25 PM
@Mattb do you have the original version of Sydney's edit with her color? Since Tav wasn't able to get the color as she she had it.

story part hasn't been done yet either, we are waiting to hear from Chris on that before proceeding with that

but we have like a music video/trailer/sizzle video to show you what direction it's headed in

Chris's editor worked on that asset

**Mattb** 12:34 PM
Here is the edit Sydney did for teaser intro/promo https://www.dropbox.com/s/7kyrq461k2jj42d/VIXEN-INTRO-REVISED-2.mp4?dl=0

016918

**Jack** 12:34 PM

**Jack**    12:34 PM
Ok we'll talk about, I think the color should be consistent across

**Mattb**  12:34 PM
agreed @Jack

Chris will advise on coloring when you guys have call, he is an amazing director and he definitely has a vision for all this that he will ensure is clear for everyone on that call. We are supporting his vision on this project and are aware it will be a little more unique and different approach than a standard Vixen scene and we are ok with that.

**Jack**    12:38 PM
ok great

**Basia**    📅 12:39 PM
@Tavit           @Jack        would you be free tomorrow morning 9:30am PST/12:30 EST?

**Tavit**    12:39 PM
100%

**Jack**    12:40 PM
sure

**Michael**        12:42 PM
@Basia      We have the Marketing meeting at 9:00-10

**Basia**    📅 12:42 PM
yeah I'm probably going to have to skip it

and you too

**Michael**    12:42 PM

016919

**Michael**  12:42 PM

Okay just making sure 

**Basia**  12:43 PM

trying to accommodate  Chris's schedule

and not wait too long

or at least we'll hop off early

 1  

**Mattb**  12:52 PM

Copy that Basia, all notes will be on the call tracker after marketing call if you guys need to hop off early to jump on this call w/ Chris. I've already spoken to Chris and we are aligned on what he is going for, hope you guys all enjoy working with him!

 1  

**Basia**  1:12 PM

great, thanks Matt!

Yeah I didn't want to cut it too close to his shoot time tomorrow

 1  

**Basia**  1:19 PM

I'm going to make it a Zoom call, so you guys will have to download that, it's free.

it's confirmed for tomorrow at 9:30 then

 2  

016920

👍 2   😊⁺

I'll send a link invite

**Basia**   📓 4:46 PM
Hi everyone @here

**Tavit**   4:48 PM
Hi Basia

**Basia**   📓 4:49 PM
Just wanted to recap where we are at with this project.

Jack has his hands full at the moment with an emergency color fix, and the Quarantine scene. Once those two are done, he'll be able to focus on Kenzie next, so most likely not until next week sometime.

@Mattb are Steve and Mike going to want to see the final cut of the scene? If so, they should see it before Jack gets to the final color.

because if they have changes to any cuts, it will make it complicated to adjust color afterwards, bc we really want to be working with the final picture lock down version

**Mattb**   6:18 PM
Copy that, thx for the update Basia. Yes, lets send over to Mike for a last look on this to ensure he has no final notes before Jack gets to final color.

February 25th, 2021 ∨

**Basia** 📷 2:40 PM
Hi everyone @here Just catching up on the emails going back and forth between Chris and us. I'm thinking we do a 2-3 minute chunk of the scene in both the B&W and color match options, especially a section where we see a position change or transition, to get the full effect. Chris prefers the B&W, but we'll do one more comparison internally since he put the ball back in Matt's court. @Jack and I just discussed and he mentioned he would send it along as 4k so we can really see what it would look like.

Any other comments/concerns/questions anyone?

**Jack** 3:15 PM
4K versions uploaded, you can see how it looks scaled up (HD to 4K for Bcam) https://f.io/aqSq58qz

**Basia** 📷 4:34 PM
Thanks Jack. I think we'll also want to see a longer edit of these options, preferably a section where we see a change in positions and a transition. I think @Tavit will need to get you his project files for that? Anyone have any thoughts on the 4K? @Jack what do you think?

**Mattb** 6:08 PM
I think it totally works in 4K and have no concerns on my end. Yes, per your note Baisa would need to see how it looks with a 2-3 minute chunk of the final scene before committing to a direction on that per Chris' notes. Thx all!

February 26th, 2021 ∨

**Tavit** 8:23 AM
Ill get him my project file, no problem.

018922
March 2nd, 2021 ∨



**Basia** 🗒 5:36 PM                    March 2nd, 2021 ⌄

Hi @Tavit            , @Jack          will be ready soon to color the 2-3 minute chunk with both options.

I found a good chunk of the sex from the latest cut: https://app.frame.io/player/43ec4384-497b-4dde-9790-cab248e07674

21:25-25:00 that has a good amount of transitions and b&w/cam b clips that would be good for Jack to do both color tests

I believe this final cut still needs to be QC'd, so we don't have the picture locked yet  @Jack

**Basia** 🗒 9:25 PM

also @Tavit            @Jack          here is info for the Blacked Kenzie scene that was shot this past weekend from @Mattb (edited)

3 files ▾

📕 **BLACKED SHOT LIST Feb 24 Day ...**
PDF

📕 **BLACKED SHOT LIST Feb 24 Day ...**
PDF

📕 **BLACKED x EATS - Script FINAL (...**
PDF

**Basia** 🗒 9:25 PM

https://www.dropbox.com/sh/gzscr8x1mr1sjgk/AAANvAI1CliBCpAGw60gjwcca?dl=0

 2 replies  Last reply 4 years ago

**Basia** 🗒 9:26 PM

https://projects.invisionapp.com/boards/FZ41OH18EJW/ 



016923

**Basia**   9:26 PM   March 2nd, 2021 ⌄

https://projects.invisionapp.com/boards/FZ41OH18EJW/

**InVisionApp**
**BLACKED X KENZIE ANNE**
InVision Boards – Design Collaboration Reimagined (27 kB) ⌄



March 3rd, 2021 ⌄

**Tavit**   7:34 AM



**Tavit**   .0:11 AM

@Jack   Do you want me to send you the project file for Vixen Kenzie?

Case 2:23-cv-04901-WLH-AGR   Document 133-3   Filed 01/10/25   Page 241 of 317

**Jack**   10:53 AM
Send it :)

**Tavit**   11:06 AM


**Tavit**   11:28 AM
Assets sent @Jack    I literally took everything out and only put the sex cut for you. I took every other useless stock footage out of the project. So it should be relatively simple for you to open it and link. I put the beginning establishing shot and the 2 film burn transitions for you in the folder as well. Those are the only outside stock footage I used in the sex cut. I cut out the intro that Sydney edited as well. (edited)

https://app.frame.io/projects/a26bf0b5-64a6-4279-848b-449584f53115/4d36a00b-daee-41c2-88f8-907d27aa5d49

**Jack**   11:28 AM
Do you have a resolve project by any chance?

**Tavit**   11:29 AM
of the kenzie eats?

**Jack**   11:29 AM
Yes

**Tavit**   11:29 AM
no I dont. I didnt work with Davinci. It would be too mind blowing

**Jack**   11:29 AM
Ok :)

**Tavit**   11:30 AM

016925

sorry Jack

March 3rd, 2021 ⌄

March 4th, 2021 ⌄

**Basia**  1:01 PM

Hey guys, I'm stuck on a call

I'll be a few mins late

**Basia**  7:01 PM

@Mattb could you post all the links and latest scripts for BLK Kenzie project here that I saw come through on those emails after the call?

just so it's in all in one place for everyone

again, sorry everyone I missed out on the call! sounds like all went well.

**Mattb** 7:06 PM

Yes, we realized on the call that there were multiple versions floating around this is the final final that we should all be referencing. No worries, call was great and we're all on same page from here. Tav & Chris are going to continue the dialogue via WhatsApp to get to a final V1

Word Document ▾

 **BLACKED SCRIPT REV FEB 27 CA.docx**
Word Document

CHYRON over stock footage of MALIBU                    016926

 1   

**Basia** 📝 7:07 PM
cool, thanks!

March 5th, 2021 ⌄

**Basia** 📝 4:24 PM
https://app.frame.io/reviews/b6a1930f-e05a-4f0d-ad97-2f53f5e36e1e?email_id=94f87e27-cb7a-4838-95b1-b4f671e88fd5&email_type=reviewer-invite

March 12th, 2021 ⌄

**Tavit** 12:46 PM
@Mattb Hey Matt, so I was talking to Chris on the phone earlier. He said that he's been busy with work, and that he hasn't had the time to clearly explain his vision with the Blacked Intro. So after talking to him, we agreed that I would show him my own version of the scene, without his notes. Just to give him a visual idea and maybe help him produce a detailed summary of what he's looking for. I still haven't finished my first cut, hoping to deliver something by tonight. I will tag all of you on Frame.io once I'm done.

👍 1   

**Mattb** 2:05 PM
Sounds good! Thx for the update Tav

  1

016927

**Tavit**  2:57 PM
I am honestly having so much fun with it

❤️ 2   😀⁺

—— March 16th, 2021 ⌄ ——

**Michael**  3:56 PM
Hey Matt, so here is the first cut of BLK 2-27-21 Kenzie Anne, wanted you to take a look at it before we send this off to Chris. Just a reminder this doesn't have color done. Scene: https://f.io/OymNFiW4

**Mattb**  7:00 PM
Looks incredible for a V1 with no color. All good to shoot over to Chris. Nice work Tav!

**Tavit**  7:10 PM
Thanks a lot Matt! Really appreciate it!

—— March 18th, 2021 ⌄ ——

**Basia**  📝 5:33 PM
@Tavit  rewinding back to Vixen Kenzie project, do you recall how much of the music video/Sydney edit you were NOT able to connect all together? I believe it was majority of the color and transitions/effects from Magic Bullet? I believe this first cut is representative of what you were able to connect?

https://app.frame.io/player/028145be-9a82-461e-b9f1-5c657f06e35d

Asking bc @Mattb has some changes coming through for that section from Deleon and Mike Miller, and we'd prefer to keep it all in-house and not involve Sydney if possible. Nothing she did wrong, but there could be multiple rounds of changes and would be better to keep it all with one editor.

changes and would be better to keep it all with one editor.

Let us know if you're missing any other files fro.

Can you also look into seeing if she provided project files for I think it was a Twitter version, right  @Mattb ?

 1    😃+

not a rush to look into tonight or anything  @Tavit                but early next week

**Mattb**  5:34 PM
Ya, she should have provided a project file with the "promo" that we used for Intro that will also be used to promote the scene as an NSFW promo video on Twitter, and then an "IG" friendly SFW version

So 2 project files total

---
April 9th, 2021  ⌄
---

**Basia**  📝  8:44 PM
Hi everyone  @here , Jack is going to send Tav the colored file, it looks good to me, but we want to send Chris one final look at the scene as a whole. So  @Tavit                can you do one last final preview export and  @Mattb  will make sure that gets over to Chris? I believe Sydney will have that intro for us next week as well,  @Mattb  is helping with the coordination side of things since Michael is no longer part of the picture. I don't think we have to wait to get Sydney's file to send Chris the final scene to review, right  @Mattb ? Also..something I just thought of, I don't remember if we ever finalized the trailer that Tav created?

---
April 12th, 2021  ⌄
---

**Tavit**  7:09 AM
No problem  @Basia,  ill export a final preview once I get Jack's project. Since we decided to remove the stock

**Tavit**   7:09 AM

No problem @Basia    I export a final preview once I get Jack's project. Since we decided to remove the stock footage, we need to finalize the trailer once again. Should I export the trailer I have again, without the stock footage, for preview? (edited)

**Basia**  9:23 AM

Yeah let's do that, thanks @Tavit    !

👍 1   😊⁺

---

April 13th, 2021 ⌄

---

**Tavit**   10:12 AM

@here Hey everyone, here is my updated version of Kenzie eats trailer without color correction. Let me know what you guys think. https://app.frame.io/player/bfa4fbe7-324e-4de8-b2de-bbe2531a963e

**Mattb** 11:05 AM

Thx Tav! We'll check it out and get back to you.

@Basia    do we have the final scene out of coloring not including the intro we're waiting on from Sydney. Would love to see that as well.

👍 1   😊⁺

**Basia**  11:44 AM

I believe the color file from @Jack    should be ready to give to you, @Tavit    . @Jack    can you confirm?

**Jack**   11:44 AM

Yes - for the scene

016930

Yes - for the scene

April 15th, 2021 ⌄

**Basia**  11:46 AM
yes for the scene. @Tavit          give us an ETA on when we'll be able to see the full movie so Chris can have that final pass

**Tavit** 11:50 AM
sounds good. Im going to receive Jack's davinci file and export it from my end.. so ill hopefully have something exported for you guys by the end of day. If there are issues with connecting files, Ill have it up by tomorrow (edited)

👍 1    😃⁺

**Tavit** 7:18 PM
@here Here is the scene with the color (MINUS INTRO) https://app.frame.io/player/4ecea0d6-f593-474a-a5d2-4e0f0167d49a

**Basia**  8:23 PM
Thanks Tav!

**Tavit** 8:37 PM
No problem 

April 15th, 2021 ⌄

**Mattb** 10:37 AM
Hey Tav! Can you send a shareable frame link to this scene with color (minus intro) thx!

**Tavit** 10:41 AM
https://f.io/5ND92_mW This is for the scene (minus Intro) Colored (edited)
I hope this is the proper link. Let me know if you need anything else.

016931

**Tavit**          10:41 AM          April 15th, 2021 ∨

https://f.io/5ND92_mW This is for the scene (minus Intro) Colored (edited)

I hope this is the proper link. Let me know if you need anything else.

https://f.io/MKk0nDs0 This is for the trailer with no color (edited)

**Mattb**  11:01 AM

Thx Tav! Just sent it all over to Chris for a final sign off, I'm all good with this trailer edit and final color on scene looks great to me, but we'll allow Chris to do one final pass. Beautiful work

👍 1     😃⁺

I cc'd you, Jack, and Basia so we're all in the loop together with him

**Tavit**          11:10 AM

I love the color!!!

**Mattb**  6:32 PM

Hey Tav! Quick question, did Sydney share the license for the audio that is included on the intro edit that was on the drive submitted to you? If so can you send that over for us to rvw, we need to make sure we are fully cleared to publish that audio on our site.

**Tavit**          6:34 PM

Sure not a problem

Let me get back to you about that asap

That's a great point

**Tavit**          6:40 PM

MP3

016932



**Dark Fantasy by Electro Cloud.mp3**
4:35 (11 MB)

▶ ──────────────────────────────────  4:35

Here is the song. I'm not sure we have the license for this...

https://artlist.io/album/3262/electro-cloud

🔲  **artlist.io**

**Electro Cloud by IamDayLight | Royalty Free Music Album - Artlist.io**
Floating Electronic Forms - Discover amazing High-quality Copyright Free Music for
your next creative video project.

It says that its royalty free music...

**Mattb**  6:48 PM
ok copy that

**Basia**    6:50 PM
hmm would still have Emilie sign off  @Mattb  just i n case

**Mattb**  6:51 PM
ya absolutely, can you connect with her on that or I can reach out as well.

**Mattb**  7:16 PM
I'll link with Emilie and include you on the slack!

April 19th, 2021  ⌄

016923

**Tavit**    7:20 AM

@here Hello everyone, I will be posting the final scene on Frame.io for review on here. Let me know what you guys think...

**Tavit**    10:18 AM

I also sent Jack a davinci resolve project of the trailer so he can color easily

**Mattb**  10:21 AM

great, thx for the update Tav!

 1    

Also, this intro is approved to add in front of the final full scene as planned, let Sydney know if you need that export in any other formats before proceeding but the intro edit she submitted is approved to move forward.

https://www.dropbox.com/s/dayaomlnq0iq0fc/VIXEN-EATS-INTRO-FINAL.mp4?dl=0

**Tavit** |    10:24 AM

Here is the link to the scene

https://f.io/gC-ws7kC

@Mattb I added her intro edit to the scene. Its in the link

 1    

**Mattb**  10:49 AM

amazing!! Lets ship it 📦 🙌

@Basia    we are all good to start getting these final exports onto dreamstar dropbox for marketing team as well.

016934

**Tavit**  10:50 AM
When Basia approves it, we still need Qc to look over it.

**Mattb**  11:01 AM
Copy! Hoping we can push through QC asap, we are on deadline to get this over to marketing so anything we can do to help expedite would be much appreciated 🙏

👍 1

**Basia**    12:18 PM
Is this cut with the reduced diffusion that Chris requested? was that for Sydney's edit only?

**Tavit**  12:32 PM
This cut is Sydneys Final Edit that Chris approved. The Reduced diffusion one is the one thats uncolored for the trailer (edited)

**Basia**   12:32 PM
ok, is the trailer approved? just needs to be colored?

**Richie**  12:33 PM
was added to #kenzieeats by Basia Lew.

**Tavit**  12:33 PM
yes, I believe so. Chris approved the cut as well

**Basia**   12:34 PM
@Richie will need the final trailer exports by Wednesday

**Tavit**  12:35 PM
I sent Jack the project file for the trailer, so he can color it and send it back to me

**Tavit**      12:35 PM

I sent Jack the project file for the trailer, so he can color it and send it back to me

**Basia**  12:36 PM

cool

**Tavit**      12:38 PM

oh actually Basia

In Chris's email, he mentioned that: "Mike Miller gave me the news last night that ███████████████ needs to definitely be removed." (edited)

I incorporated the bottle in the trailer (edited)

is that a problem?

you dont see the logo of the bottle

https://app.frame.io/player/bfa4fbe7-324e-4de8-b2de-bbe2531a963e

Alina grabs it and shakes it...

I needed a wide establishing shot for her name

**Basia**  12:55 PM

that should be fine since we don't see the label

**Tavit**      12:56 PM

perfect

April 20th, 2021 ⌄

**Mattb**  8:02 PM

Hey guys,

Sorry one last major update just came in for this project.

████████████████ asked that we remove all the ████ from the promo/intro edit 😡🤯

Here is the updated approved intro to add onto the full scene export

https://www.dropbox.com/s/ssj9qn6xeb19ory/VIXEN-INTRO_7.mp4?dl=0

April 21st, 2021 ⌄

**Tavit**  6:41 AM

Hey Matt, does this include the trailer as well?

**Tavit**  7:00 AM

and also, I would need the export to be 3840 x 2160 (edited)

right now its 1080p. If this is possible. (edited)

**Mattb**  8:08 AM

Copy yes I'll request that now. Trailer is fine as is.

**Tavit**  8:14 AM

perfect okay

**Tavit**  9:23 AM

@here Hello everyone, here is the link to the final Trailer export with COLOR https://f.io/jK4jkfyF

It has been Qced already and approved. I just need last approval on the color and what not. Just in case. (edited)

**Mattb**  9:38 AM

Yep this looks all good to go, thx Tav

 1   

**Tavit**          9:51 AM

awesome, thank you Matt

**Mattb**  12:16 PM

Hey Tav, I just downloaded the updated intro file and it is at 3840 x 2160

https://www.dropbox.com/s/ssj9qn6xeb19ory/VIXEN-INTRO_7.mp4?dl=0

Screen Shot 2021-04-21 at 12.14.57 PM.png ▾

---

**VIXEN-INTRO_7.mp4**                         1.19 GB
Modified: Today, 12:14 PM

Add Tags...

▾ General:
    Kind: MPEG-4 movie
    Size: 1,193,601,194 bytes (1.21 GB on disk)
    Where: Macintosh HD • Users • mattbeukelman • Downloads
  Created: Wednesday, April 21, 2021 at 12:09 PM
Modified: Wednesday, April 21, 2021 at 12:14 PM

   ☐ Stationery pad
   ☐ Locked

▾ More Info:
   Where from: https://www.dropbox.com/
           https://
           ucd90fe3eeb743cdc81d72e36e0c.dl.dropboxusercont
           ent.com/cd/0/get/BNBRjnFpuWs3-
           cTQRCv8cJxvJTVmsLkBKhP6i4h6X0C6Xo95sZRjQhtd
           GIVZaM64PKp1WLlqjPTRFzuFsuxtJ4nxvxNZqMo5nQIX
           BMLwfbfPJNTBS8gSyJ1_9q3Jaw-2wXcrKUPLPygszIM
           gkncL2i2l/file?
           _download_id=86800469277373716910474201480352
           16639898712783448242622403517159&_notify_do
           main=www.dropbox.com&dl=1
   Dimensions: 3840 x 2160

---

016938

Audio channels: Stereo

**Tavit** 12:25 PM

weird, okay let me check again.

my bad, I mixed up my files...

Thank you Matt

---

April 22nd, 2021 ⌄

---

**Mattb** 11:58 AM

All good. Let me know when the updated export is available on frame.io

**Tavit** 12:06 PM

Hey Matt, I uploaded the new version on Dropbox

https://www.dropbox.com/home/DREAMSTAR%20DROPBOX/VIXEN/12-9-20%20KENZIE%20ANNE%20%26%20EMILY%20WILLIS%20%26%20ALINA%20LOPEZ/SCENE

do you still want me to put it on Frame.io?

**Mattb** 12:09 PM

All good Dropbox works.

One major note, I am noticing some pretty major differences on the color for the trailer vs the intro with same shots

To avoid upsetting Chris & Kenzie about that and not cause any further delays on the edit, I would like to make a final call and just pivot back to using this intro as the trailer as well @Basia

https://www.dropbox.com/s/ssj9qn6xeb19ory/VIXEN-INTRO_7.mp4?dl=0

Unless we can match the color for the trailer with the color on the intro sequence I want to bring it all together at this

016939

Unless we can match the color for the trailer with the intro sequence I want to bring it all together at this point or run the trailer by Chris for a final green light on color.

2 files ▼



alternatively we can add the second part of the trailer after this shot if we want it to be a more complete trailer. But this was my concern originally that it looks a bit sloppy to have two completely color grading styles for trailer vs intro on scene.

Screen Shot 2021-04-22 at 12.09.46 PM.png ▼



Case 2:19-cv-04581-MCA-AGH   Document 133-3   Filed 02/10/25   Page 256 of 317 PageID: 2148521

016940

I know I approved that trailer earlier this week and that was an oversight on my part, but I was just looking at the edits and did a closer look to compare and contrast the color on the intro sequence vs trailer. It's just way too different and want to commit to a look on this based on Chris's vision for color.

**Basia**  12:17 PM

Hey Matt, yeah I made the call to have Jack color the entire trailer, to make the trailer cohesive, rather than trying to match Sydney's color. Would it ruffle too many feathers to have Chris take a look at the trailer color?  Jack's color looks awesome, but if you think Chris will have issues, we can try to match Sydney's.

**Mattb** 12:18 PM

Ya I think it just being so different than the intro sequence I would like to run it by Chris first as he worked very hard on dialing color for the intro sequence and I think having two different looks for same shots throws off the consistency and would like to approve that with Chris first if you can reach out

**Basia**  12:21 PM

@Tavit              can you send me a link to the trailer I can send to Chris?

**Tavit** 12:22 PM

no problem... Ill upload it on Frame.io

**Basia**  12:23 PM

thank you

**Tavit** 12:28 PM

Here you go: https://f.io/qbGzXTVE

**Jack** 12:31 PM

0-16941

**Tavit**   12:28 PM
Here you go: https://f.io/qbGzXTVE

**Jack**   12:31 PM
Hey, so from my perspective, Chris approved the look for this scene so from my pov this shoud be the color reference for the entire project, so everything looks as consistent as possible.

**Tavit**   12:34 PM
From my perspective as well, I think Jacks color is better than Sydneys intro color.

**Mattb**  1:04 PM
ok lets see what Chris says via email and go from there.

👍 1   ☺️⁺

**Basia**   📝  2:21 PM
For Blacked Kenzie, what's the status on that @Mattb ?

**Mattb**  2:55 PM
He just sent intro to Mike & I and it's in review for final green light before we kick it back over 👍 that one will be a much smoother process as we've ironed out these kinks working with Chris and no third party endorsements to be concerned about 🙏

**Mattb**  10:11 PM
Hey guys, per Chris's response we have two different options for quick fast solutions to resolve this ASAP tmrw that I want to propose

1. Just use intro sequence as trailer and add names if there is absolutely no time to fix (ruins the magic of having this as the full intro fashion film element on full scene, but I am ok with it if options 2 & 3 do not work due to the audio/editing required to fix)

2. Use 30+ seconds of Sydney's intro sequence for trailer, add text to the first part of the trailer and transition into the

016942

required to fix)

2. Use 30+ seconds of Sydney's intro sequence ... to the first part of the trailer and transition into the scene preview at this part (screen shot attached below)

3. Same as option 2 but use this approved IG edit with just beauty shots for first part of the scene with text added that might work better with the audio on the trailer

4. Match color on the trailer with intro on full scene (don't think this is even possible at this stage due to time constraints)

Mike had already approved the color on the intro in full scene so we're all aligned on this approach and supporting Chris on his vision for the scene and we want to commit.

@Tavit         since you'll be up and at em 3 hours ahead of us can you please proceed on options 2 & 3 for Basia & I to review and sign off on with Chris first thing in the am or as soon as possible that would be much appreciated. I don't see the need to wait for Sydney to add text to resolve so please just move forward and we'll get this sorted.

Thank you and we have definitely seen all the kinks that need to be ironed out the workflow with Chris going forward and it will be a much better flow for the Blacked scene that Chris will work closely with Jack on so this type of discrepancy never happens again. Appreciate the support guys, ultimately we also want Chris to be happy with the outcome of his first project with us so we are giving him final green light on Trailer & Full Scene. (edited)

Image from iOS ▼



April 22nd, 2021

▶  ⇄                  00:28 / 01:04 ⌄                    

**Tavit**          10:27 PM
Copy that, not a problem (edited)

Will send you guys something tomorrow morning

**Basia**      10:31 PM
Thank you guys

👍 1    😊

**Mattb**  10:35 PM
You are the man Tav.  Again my apologies for not catching and addressing this sooner with Chris, but I just want to make sure he's happy with the outcome too and I am hoping we can resolve quickly and be done with it. Thank you again for your guys support this has been a mission on many fronts, it will never be like this with Chris again for his next projects.

The ███████ product placement issues did not help either, too many layers. We'll peel back the layers and move more efficiently on these special projects with Chris going forward. You guys all rock 🙏

👍 1    😊

 **1 reply**  3 years ago

**Basia**      10:37 PM
I also should have consulted you @Mattb before I made the decision, but I believe next Chris project will go smoother.

**Mattb**  10:48 PM

016944

No worries at all, I know you have been dealing with a ton, Basia. Chris also sent his regards and he appreciates all the

**Mattb**  10:48 PM

No worries at all. I know you have been dealing with a ton, Dasia. Chris also sent his regards and he appreciates all the effort on our end so much.

The ⬛⬛⬛ & Legal team re-edit requests are what threw us off the most on this imo.

Blacked edit should be all approved by legal + Mike and set by Monday and we can set up a quick call to connect jack & chris once Tav has final edit pieced together.

There are no RedGiant plugins  @Tavit                just a clean edit will be coming over to you asap.

√ 1   😀⁺

**1 reply**  3 years ago

---

April 23rd, 2021 ∨

---

**Tavit**          8:01 AM

@here Here is the new trailer with Sydney's intro color. I did the option 2 @Mattb. I cut it around to fit the titles properly. What do you guys think? Is this too much? https://f.io/lhcTm5yS

**Mattb**  10:45 AM

I think this works very well Tav!!!

I'll shoot over to Chris now for a final sign off.

**Tavit**          10:45 AM

okay awesome

**Mattb**  11:04 AM

ok Chris approved and we are all good to go on this

016945

**Mattb**  11:04 AM
ok Chris approved and we are all good to go on this

Lets please get this updated on Dropbox asap and ensure the content team is aware of this update for Monday's trailer release @ 1030a PT @Basia    🙏

**Tavit**    11:25 AM
Not a problem

on it

**Tavit**    11:56 AM
All trailer files have been successfully uploaded on Dropbox

ready to go

**Richie**  11:58 AM
Web replaced it, should be good for Monday

**Tavit**    11:58 AM
👏

**Basia**    📆 8:25 PM
@Jack        as you saw in that email from Chris, he would like to sit in a color session with you for the Blacked Kenzie Reeves scene this coming week. Would you be comfortable having him come by your place in person and sitting with him?

—— April 26th, 2021 ∨ ——

**Basia**      4:45 PM

CONFIDENTIAL

**Basia**  4:45 PM

@Mattb @Tavit          is the BLK Kenzie Scene approved and ready for QC? Needs to be locked before Jack can start on it.

**Tavit** 4:47 PM

I'm still waiting on Sydney's intro, so I can export a new version that Chris has to still approve. (edited)

**Mattb** 4:49 PM

Hey, yes so the intro scene from Chris is approved and ready to be locked. Just need Tav to get those deliverables kicked back over to him so he can include sex scene. Chris would also need a last look on the entire scene before locking.

@Tavit          In order to expedite if you can export and send full scene in it's current state over to Chris so he can address any final notes.

**Tavit** 4:50 PM

Not a problem, will do

🙏 1    😊

---
April 27th, 2021 ⌄
---

**Basia**  10:56 AM

Just wanted to share the member's enthusiasm for the Vixen Kenzie Anne scene!

2 files ▾



ELVER

e else's sentiments about a G/G site, this scene looks to be off the charts!

SILV

016947

 2    1   

**Mattb**  11:04 AM
Yes! Nothing but positive feedback so far thx for sharing Basia!

I sent a quick alignment follow up email to Chris to ensure we're all on same page.

I'm happy to jump on a call later anytime after 230p if we feel we need to align further, but hoping that helps clear up next steps from here to get this blacked scene to finish line

**Tavit**  11:10 AM
Sorry for the confusion Matt, your email cleared it up...

I'm happy that people are liking the trailer 😂. Someone wanted to know about the song used lol

**Mattb**  12:41 PM
Haha ya it all came together!! It was well worth it, so nice to see a positive response on this. We were concerned that because it was a GGG and BG is our usual on Vixen that it would get ripped apart.

Quite the opposite, everyone seems to be excited for a nice break from the norm

April 29th, 2021 ⌄

**Tavit**  12:36 PM
Hey guys, added Chris's new intro into the blacked scene. Here is the link: https://f.io/opG_AL46 (edited)

**Basia**  📝 6:33 PM
Thanks Tav! @Richie can we get Jack the raw footage so he can start figuring out some color options to send to Chris?

018948

Thanks Tav! @Richie can we get Jack the raw footage so he can start figuring out some color options to send to Chris?

**Richie** 7:13 PM
Sure

April 30th, 2021 ∨

**Basia** 🗒 11:10 AM
@Mattb does the scene need to go past Emilie? I remember you mentioned some potential issues with the

It still has to go through QC right @Richie ?

I know Chris is itching to sit with Jack on color so want to get the picture locked sooner than later.

**Richie** 11:12 AM
it wasn't qc'd yet

**Mattb** 2:03 PM
No the intro with ███ has already gone past Emilie for approval 👍

May 3rd, 2021 ∨

**Jack** 1:18 PM
Hey, is the edit for the new blk vixen/eats video picture locked and qc'd?

**Tavit** 1:36 PM
I'm not sure... I haven't received the deliverables yet to even give you a Davinci project... (edited)

**Jack** 2:14 PM
ok, thanks Tav!

016949

**Basia**  2:19 PM

I sent a follow up email on that thread we're all on

waiting for responses

**Mattb** 8:33 PM

Hey saw that thread, so picture is locked on our end (Chris & I) for intro and all good to proceed on color.

I don't think it's necessary to have Mike review full scene as I initially stated as he has already approved the intro. So if it's good to go and approved by you we are good to lock it.

Just need Tav & Syd to sync up the final edit in premiere so jack has a final project file to work off of for final color if that hasn't happened yet.

We should be good to go from there

**Basia** 8:56 PM

I think we still have to decide on final placement of Kenzie's name for the intro (if we even want that also?)

and confirm also if we are using the usual Blacked opening card

Then Tav can do a final export for QC

and if we're doing a "Directed by Halston" card or anything like that

for Vixen it was Vixen/Eats card in the beginning

**Mattb** 9:11 PM

Just followed up on that email thread so we're all in the loop.

I think it would be good to include name in the same all caps didot italic font we used for her promo materials on Vixen. Give it something a little different but still on brand.

Case 2:25-cv-04101-WLH-AGR    Document 133-3    Filed 01/10/25    Page 267 of 317
Page ID #:4905L

I think it would be good to include name in the same all caps didot italic font we used for her promo materials on Vixen. Give it something a little different but still on brand.

KENZIE + DIRECTED BY HALSTON in this font would be great. I can send the font file over if you need it, Tav 

Wherever you feel is best for both works on my end @Tavit

(edited)

**Basia**   📝   9:12 PM
Thanks Matt!

**Mattb**   9:12 PM
File from iOS ▾



016951

May 4th, 2021
Page ID #:4901

This one won't be an Eats collab so no need for any other logos or anything

Let me know if there's anything else I can do to help finalize 👍

**Tavit**    10:10 PM
@Mattb yes please, can you please send the font ?

also, If I include The BLACKED and Directed by Halston titles, there will be an awkward silent moment until the intro cut music kicks in... (edited)

**Mattb**    11:25 PM
Copy that. Not against adding the blacked logo on top of picture if that works anywhere.

**Mattb**    11:31 PM
https://www.dropbox.com/s/t6p5te7duay59wo/TheanoDidot-Regular.ttf?dl=0

May 4th, 2021 ⌄

**Tavit**    10:34 AM
@here Hey guys, after putting the "Blacked logo" and "the directed by" title at the very start, it just looks off... I think its better if Sydney and Chris decide on how to tackle the titles (edited)

I don't want to create any discrepancies in the edit...

**Mattb**    10:36 AM
ok copy that, that is fine on my end. Ya, let's just send these assets over to them so Sydney can find placement for those.

I'll put together a quick dropbox folder with those assets

ok copy that, that is fine on my end. Ya, let's just send these assets over to them so Sydney can find placement for those.

I'll put together a quick dropbox folder with those assets

**Tavit**  10:38 AM
do you need anything from me when it comes to assets?

Ill talk to Chris on the phone to better communicate the idea

**Mattb**  10:43 AM
https://www.dropbox.com/sh/kqaj9qq105zmgrh/AAAia-Fl1FpH8kAjPYufED0Fa?dl=0

Here is everything that should be required for them to implement placement on their end.

**Tavit**  10:50 AM
perfect

**Tavit**  11:58 AM
Hey guys, so after talking with Chris on the phone

he asked me to simply do a version and send it to him really quickly... no need to pass it over to them

so ill make a version and will keep you guys in the loop

ill use ur files Matt to incorporate them in my scene

**Mattb**  12:06 PM
Copy, yes please send over to me here as well before you pass back to Chris and I can help approve or provide suggestions for adjustments on placement

**Tavit**  12:47 PM
Here is a 30 sec version of the title test (edited)

https://f.io/ASFSpdrp

https://f.io/ASf5pdFp

since I dont have Sydney's project files, I ended up just cutting the music from the export and made a quick intro section (edited)

what do you guys think? Originally, Chris wanted me to find a quick sting for the beginning, but nothing I did matched with his song... (edited)

**Mattb**  1:54 PM

Hey Tav, looks good. I would add Kenzie name first here at the top left where you have that negative space

Screen Shot 2021-05-04 at 1.52.57 PM.png ▾



And I like where the Directed by Halston comes in below the car

So it flows as Kenzie Anne > Directed by Halston. Right now it appears as Directed by Halston > Kenzie Anne

**Tavit**     1:59 PM

sounds good

016954

**Tavit**  2:08 PM  May 4th, 2021 ⌄

did the changes, sent it off to Chris

now all I need is Sydney's project for the raw clips

I need it to start cutting the trailer as well

**Tavit**  2:22 PM

I only need her premiere project file

**Tavit**  2:48 PM

Chris gave his approval as well

**Basia**  📝  6:02 PM

@Tavit        do we need the music files as well? and any other sfx? ( I doubt there are any) but want to make sure we ask her for everything in one swoop if we can.

**Basia**  📝  6:16 PM

@Mattb any way we can find out if Chris has been vaccinated before we confirm him meeting with Jack in person?

Looks like Friday is the potential day for Chris to get with Jack. @Jack        could you do a sit in session with Chris on Friday?

**Mattb**  6:21 PM

copy I will confirm vax status with Chris

If he is not vaccinated would a rapid test suffice?

**Basia**  📝  6:24 PM

I guess? @Jack |      would you be comfortable with that?

**Mattb**  6:26 PM

016955

**Mattb**  6:26 PM

Chris is Vaxxed

He received his second vax over two weeks ago

just confirmed

**Jack**      5:30 PM

Hey, so I'm getting my 2nd shot on Thursday, not sure how I'm going to feel the next day, so I can't confirm Friday just now. I'll let you know Friday morning, but Monday would be a safer option.

**Tavit** |          6:38 PM
@Basia         Yes, music files also please

---

May 5th, 2021 ⌄

---

**Basia**      🗓️  12:45 PM
@Jack          Monday work for you and Chris to sit together?

**Jack**    1:04 PM
@Basia         I think so, I'll shoot him an email

**Tavit**          1:49 PM
https://www.dropbox.com/sh/yp0914krmmhalxo/AAC3grWl-vQUlgg9d6E4KcmFa?dl=0

Sydney's files for deliverables

**Tavit**          1:58 PM
everything opened up and linked nicely

016956

**Tavit**      3:34 PM

**Tavit**    1:58 PM

everything opened up and linked nicely

**Tavit**    3:34 PM

Hey guys, so ill edit the trailer for Blacked Kenzie tomorrow. That way ill send Jack Trailer and Scene in the Davinci project for quicker delivery

👍 1    😀

**Tavit**    4:01 PM

sorry for all the info dump, but speaking with Chris about the trailer, he wants me to cut it to a ▮▮▮▮▮▮▮▮▮▮ style.

He wants "Drive vibes"

so thats the direction im going, to just simply shorten the process...

http://links.universalproductionmusic.com/wpv7qr

**universalproductionmusic.com**
**Cyberwave X-12**
Retro Wave, Synthwave, Vaporwave, Outrun. Taking the classic 80's synth inspired soundtrack and new wave vibes and bringing them up to date with contemporary, hyped production value.

**Mattb**   9:17 PM

All good! Love this track select

Thx for bringing this all home  @Tavit

👍 1    😀

016957

**Tavit**    12:09 PM
Here you go guys, the first trailer cut

let me know what I can do to improve it before sending it to Chris

https://f.io/dnzvPh61

May 7th, 2021 ˅

**Tavit**    8:57 AM
@here just a reminder, the trailer is cut. Since this is urgent, can we please review so I can pass it on to Chris? Fyi, I need the trailer to be finalized, so that I can send Jack a final davinci project. Thank you guys

**Basia**    📝 9:06 AM
@Mattb did you want to review first before sending to Chris?

**Mattb**  9:28 AM
Looks great, Tav.

All good to pass on to Chris.

**Basia**    📝 9:30 AM
@Tavit            would you mind sending to Chris?

**Tavit**    9:30 AM
yup, no problem

thanks guys

**Mattb**

016958

**Mattb** 9:30 AM

One quick note

This is Mike pulling up in the car so he wanted to minimize that over the shoulder shot as much as possible

Image from iOS ▾



So I would cut this shot down before he pulls up this far

Keep it to where it is in the intro in terms of distance to walkway @Tavit

That's all, good to go over to Chris for any final notes on his end

**Tavit** 9:33 AM

sounds good, ill make the changes and send it over to Chris

 1  

**Tavit** 11:39 AM

016959

Chris approved this trailer. Can Brittain Oc? Trailer: https://f.io/knbpehzZ And scene: https://f.io/N16n_jvy? (edited)

**Tavit**  11:39 AM
Chris approved this trailer. Can Brittain Qc? Trailer: https://f.io/kpbpebzZ And scene: https://f.io/N16n_iyy? (edited)

**Basia**   11:40 AM
nice!!

yep she can QC @Richie

**Richie**  11:42 AM
Britt is on a plane right now going back home, I'll QC the trailer

**Richie**  11:59 AM
@Tavit        trailer QC done, 2 notes

**Tavit**  12:00 PM
thanks Richie

---

May 10th, 2021 ∨

**Tavit**  8:57 AM
Hey guys, Blacked Kenzie is all Qced and ready for Jack to color... Im doing the finishing touches in Davinci before I pass it on to him

Sydney had a bunch of zooms in her edit, so I'm making sure that all of her shots have the exact zooms she

016960

made... (edited)

Ill send the davinci project to Jack in a few hours

 1

**Mattb**  9:21 AM
Copy, thx for the update Tav.

I heard from Chris that Jack and him confirmed coloring session for Tuesday.

Let us know how it goes tmrw @Jack  

**Tavit**          9:51 AM
perfect

he will get it tonight

 1

---
May 13th, 2021 ⌄
---

**Richie**  11:51 AM
@here is this approved? https://app.frame.io/player/f55426f1-ec02-41aa-9190-20b415156cad?email_id=08aed3b5-fb66-4f41-ad3c-1e50d50adeee&email_type=new-media

**Basia**      9:38 PM
@here so @Jack          is going to make the adjustments to the trailer per Chris's notes that came through today, and
@Jack          please send Tav the file so Tav can export a final complete trailer for Chris to look at one last time with the
color, picture, sound since we need that final trailer export for tomorrow.

016965

**Jack**    10:06 PM

here is the final color master file:  https://app.frame.io/player/453cf0e8-2b41-4a0e-bfd0-23d517506fc4 (edited)

May 14th, 2021 ∨

**Tavit**    8:18 AM

Hey guys, here is the final trailer review link https://f.io/OROC893K

**Basia**       8:46 AM

Thank you guys, I'll send it to Chris this morning

**Tavit**    8:49 AM

Basia

I already sent it

and he said its good to go!

Should I upload it to DB right now?

**Basia**       9:00 AM

Oh ok!

Yes please 😌

**Tavit**    9:01 AM

awesome

May 19th, 2021 ∨

PageID #:4917C

**Tony** 10:54 AM
was added to #kenzieeats by Tavit

**Tavit** 2:13 PM
@here Here is the link to the final Scene for BLK KENZIE https://f.io/4GWFJcVg

I will send this to Chris right now

---

May 20th, 2021 ⌄

**Basia**  5:30 PM
@Tony       you can email Chris and just let him know that we are going to proceed with the final exports for BLK Kenzie this evening since we are down to the wire. Cc me and Matt on that. Here's his email chris@chrisapplebaum.com

@Richie maybe have Britt do a final QC pass on it?

 **1 reply** 3 years ago

**Tony** 5:32 PM
Yes. @Basia        Just in time. I was just about to jump out the window after my slack convo with Josh. You saved my life! (edited)

**Tony** 5:50 PM
sent

 1   

016963

May 21st, 2021 ⌄

**Richie**  8:57 AM

@Tony      has Chris replied back? Tav will go
ahead and export the 25wm, we can no longer wait for him

**Tony**        9:16 AM

@Richie  he hasn't. We should move forward as planned. Thank you for checking.

👍 1   😊⁺

**Tavit**        9:26 AM

Hey everyone, Chris commented 9 mins ago and gave the green light. He said it looks good to him!

**Richie**  9:26 AM

Ah thank goodness

---

July 22nd, 2021 ⌄

---

**Basia**   11:59 AM

archived #kenzieeats. The contents will still be browsable and available in search.

016964

Tuesday, July 9th ⌄

# **EXHIBIT 13**

CONFIDENTIAL

Kenzieland › Shooting Schedules  v5

| SCENE | I/E | SCENE SETTING | D/N | CAST ID | SHOOT LOCATION | PAGES | EST. (H) | START TIME |
|-------|-----|---------------|-----|---------|----------------|-------|----------|------------|
| | | LOAD IN | | | | | 2 | – |
| 9 | EXT | TENNIS COURT<br>Kenzie grabs THE COACH and pulls him messily behind the... | DAY | 1, 7, 11, | Decker Canyon | 7/8 | 0.5 | – |
| 14 | EXT | TENNIS COURT<br>Kenzie pushes The Coach back behind the bleachers, devouring him. | DAY | 1, 7, | Decker Canyon | 2/8 | 0.5 | – |
| | | STILLS: HC | | | | | 0.5 | – |
| 14X | EXT | TENNIS COURT<br>BGA to finish. | DAY | 1, 7, | Decker Canyon | 1/8 | 1.5 | – |
| | | RESET HMU | | | | | 0.75 | – |
| 3 | EXT | TENNIS COURT<br>Close up shot of Kenzie tightening a HIGH PONYTAIL like it's abou... | DAY | 1, 8, | Decker Canyon | 5/8 | 0.5 | – |
| 6 | EXT | TENNIS COURT<br>Kenzie smashes the final shot on a tennis game in a perfect retur... | DAY | 1, 7, 11, | Decker Canyon | 4/8 | 0.5 | – |
| | | RESET // PROMO // VEHICLE PLACEMENT | | | | | 1 | – |
| | | STILLS: Pretty Girls | | | | | 0.75 | – |
| 5 | EXT | CAR WASH<br>Kenzie's ass in a RED BIKINI with suds running down her legs swin... | DAY | 1, 3, 4, | Decker Canyon | 3/8 | 1 | – |
| 8 | EXT | CAR WASH<br>Kenzie looks up from the car she's washing and sees there are no ... | DAY | 1, 3, 4,<br>9, 10, 11, | Decker Canyon | 4/8 | 1 | – |
| 12 | EXT | CAR WASH<br>Kenzie squats in a doggy position with her ass against the soapy ... | DAY | 1, 3, 4,<br>9, 10, 11, | Decker Canyon | 4/8 | 1 | – |
| | | RESET // PROMO | | | | | 1 | – |
| | | 2nd MEAL - Working | | | | | # | – |
| 36 | EXT | BLACK TIE OUTDOOR THING<br>Close up of Kenzie's hip as she passes Manuel. He's holding a DRI... | NIGHT | 1, 2, | Decker Canyon | 3/8 | 1.5 | – |
| | | LOAD OUT | | | | | 1 | – |
| **End of Day 1 of 7** | D1 | Total Pages: 4 1/8 pgs | Est. Time: 15.00h | | Thu, Jun 9, 2022 | | | |
| 38 | INT | MAIN KENZIE ROOM<br>Kenzie looks at him, again with the cute little pout. | NIGHT | 1, 2, | TBD HUNGARIANS | 1 0/0 | 0.5 | – |
| | | STILLS: HC | | | | | # | – |
| 38X | INT | MAIN KENZIE ROOM<br>Sweaty, animalistic BGA to finish | NIGHT | 1, 2, | TBD HUNGARIANS | 2/8 | 1.5 | – |
| 39 | INT | MAIN KENZIE ROOM<br>At the end, she walks forward to grab the blue panties that are i... | NIGHT | 1, 2, 3,<br>4, | TBD HUNGARIANS | 2 3/8 | 0.5 | – |
| | | LUNCH // HMU ReSet | | | | | 1 | – |
| | | STILLS: Pretty Girls // Promo | | | | | 1 | – |
| 2 | INT | MAIN KENZIE ROOM<br>KENZIELAND | NIGHT | 1, 2, | TBD HUNGARIANS | 2 0/0 | 1.5 | – |
| 10 | INT | MAIN KENZIE ROOM<br>Kenzie looks upset that her story is being interrupted. | NIGHT | 1, 2, | TBD HUNGARIANS | 7/8 | 0.5 | – |
| 13 | INT | MAIN KENZIE ROOM<br>Manuel is gaining some respect for her. | NIGHT | 1, 2, | TBD HUNGARIANS | 2/8 | 0.5 | – |
| 16 | INT | MAIN KENZIE ROOM | NIGHT | 1, 2, | TBD HUNGARIANS | 3/8 | 0.5 | – |
| 22 | INT | MAIN KENZIE ROOM | NIGHT | 1, 2, | TBD HUNGARIANS | 3/8 | 0.5 | – |
| 24 | INT | MAIN KENZIE ROOM<br>Kenzie is annoyed at being interrupted again. | NIGHT | 1, 2, | TBD HUNGARIANS | 3/8 | 0.5 | – |

016648

| | | Scene | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 30 | INT | MAIN KENZIE ROOM | | NIGHT | 1, 2, | 📍 TBD HUNGARIANS | 2/8 | 0.5 | – |
| 33 | INT | MAIN KENZIE ROOM<br>Kenzie stands up, she's frustrated now. | | NIGHT | 1, 2, | 📍 TBD HUNGARIANS | 4/8 | 0.5 | – |
| 35 | INT | MAIN KENZIE ROOM<br>Kenzie eyes Isiah. | | NIGHT | 1, 2, | 📍 TBD HUNGARIANS | 3/8 | 0.5 | – |
| | | VO RECORD: Full Script | | | | | | 1 | – |
| 37 | EXT | STREET<br>Sin city style car shot through the windshield as Kenzie looks ah... | | NIGHT | 1, 2, | 📍 THE HUNGARIANS | 2/8 | 1 | – |
| | | End of Day 2 of 7     Kenzie's Room     Total Pages: 9 2/8 pgs     Est. Time: 12.00h     Sat, Jun 11, 2022 | | | | | | | |
| 18 | INT | NIGHTCLUB<br>Kenzie, Riley, and Kenna dance wildly (slow motion/speed ramped s... | | NIGHT | 5, | 📍 THE HUNGARIANS | 6/8 | 1.5 | – |
| | | STILLS: Pretty Girls | | | | | | 0.5 | – |
| | | LUNCH [Release Club Extras] | | | | | | 1 | – |
| 19 | INT | PRIVATE ROOM<br>Kenzie, Isiah, Kenna, and Riley throw back a RED VELVET ROPE to l... | | NIGHT | 1, 3, 4,<br>5, 6, | 📍 THE HUNGARIANS | 3/8 | 0.5 | – |
| 20 | EXT | PRIVATE ROOM<br>Kenna steps outside the curtains and stands guard with arms cross... | | NIGHT | 3, 6, | 📍 THE HUNGARIANS | 2/8 | 0.5 | – |
| | | STILLS: HC | | | | | | 0.75 | – |
| 20X | INT | PRIVATE ROOM<br>BGGA to finish Riley/ALEX/Kenzie | | NIGHT | 1, 3, 4,<br>5, | 📍 THE HUNGARIANS | 1/8 | 2 | – |
| | | End of Day 3 of 7     Da Club     Total Pages: 1 4/8 pgs     Est. Time: 6.75h     Tue, Jun 14, 2022 | | | | | | | |
| 5A | INT | SCHOOL BATHROOM<br>Camera floats in a semi circle around Kenzie, Kenna, and Riley as... | | DAY | 1, 3, 4,<br>9, 10, 11, | 📍 THE HUNGARIANS | 5/8 | 1.5 | – |
| | | STILLS: Pretty Girls | | | | | | 1 | – |
| 7 | INT | CLASSROOM<br>Kenzie looks down at her TEST, then looks at the girl in the desk... | | DAY | 1, 3, 4,<br>9, 10, 11,<br>15, | 📍 THE HUNGARIANS | 4/8 | 0.5 | – |
| 4 | INT | CLASSROOM<br>Test with CIRCLED GRADE lands on Kenzie's desk (94%) and then the... | | DAY | 1, 4, 5,<br>9, 10, 11,<br>15, | 📍 THE HUNGARIANS | 2/8 | 0.5 | – |
| 11 | INT | CLASSROOM<br>Shot from the hall through the classroom door as Kenzie watches s... | | DAY | 1, 3, 4,<br>9, 10, 11,<br>15, | 📍 THE HUNGARIANS | 2/8 | 0.5 | – |
| | | LUNCH | | | | | | 1 | – |
| 17 | EXT | NIGHTCLUB<br>Kenzie pulls into frame and we shoot through the passenger's side... | | NIGHT | 1, 3, 4, | 📍 THE HUNGARIANS | 2/8 | 3 | – |
| | | End of Day 4 of 7     Total Pages: 1 7/8 pgs     Est. Time: 8.00h     Thu, Jun 16, 2022 | | | | | | | |
| 34 | EXT | MICROPHONE<br>BEAUTIFUL BLONDE MODEL (Gabbie Carter) cries into the microphone ... | | DAY | 1, 14, | 📍 THE HUNGARIANS | 2/8 | 1 | – |
| 29 | INT | ABSTRACT TURNTABLE<br>Kenzie spins in and out of pool of light, posture and expressio... | | DAY | 1, | 📍 THE HUNGARIANS | 1 2/8 | 3 | – |
| 31 | INT | STAGE/ABSTRACT AREA<br>Kenzie wears a PINK LATEX inspired version of famous Marilyn Monr... | | DAY | 1, 5, 12,<br>13, | 📍 THE HUNGARIANS | 6/8 | 4 | – |
| | | End of Day 5 of 7     H3 - Dialogue Only     Total Pages: 2 2/8 pgs     Est. Time: 8.00h     Fri, Jun 17, 2022 | | | | | | | |
| 32 | INT | HOTEL ROOM<br>Kenzie lands on the bed and we reverse to the two suited guys she... | | DAY | 1, 12, 13, | 📍 MULTIVIEW | 2/8 | 1 | – |
| | | STILLS: HC | | | | | | 0.75 | – |
| 32X | INT | HOTEL ROOM<br>BBGA to finish | | DAY | 1, 12, 13, | 📍 MULTIVIEW | 2/8 | 3 | – |
| | | LUNCH | | | | | | 1 | – |

016649

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | ReSet HMU | | | | | 0.75 | – |
| | | STILLS: Pretty Girls | | | | | 0.75 | – |
| 25 | INT | GYM<br>Kenzie does some sort of super butt centric lunge or squat. | | DAY | 1. | 📍 MULTIVIEW | 2/8 | 1 | – |
| 26 | INT | KITCHEN<br>Kenzie presses the power button on a BLENDER that screeches and s... | | DAY | 1. | 📍 MULTIVIEW | 2/8 | 1 | – |
| | | End of Day 6 of 7   MV1   Total Pages: 1 0/0 pgs   Est. Time: 9.25h   Tue, Jun 21, 2022 | | | | | | |
| 27 | INT | BED<br>Alarm goes off and Kenzie slams it and sits up but it's painful. | | MORNING | 1. | 📍 MULTIVIEW | 2/8 | 1 | – |
| | | ReSet HMU | | | | | 0.5 | – |
| 15 | INT | KENZIE'S OLD BEDROOM<br>Kenzie and Riley and Kenna are all lined up in bed (example shot)... | | MORNING | 1, 3, 4. | 📍 MULTIVIEW | 5/8 | 1 | – |
| 21 | INT | DRESSING ROOM<br>Kenzie is done up like Marilyn Monroe and sits in a STUDIO CHAIR ... | | DAY | 1, 5. | 📍 MULTIVIEW | 4/8 | 1 | – |
| 23 | INT | DRESSING ROOM | | DAY | 1, 5. | 📍 MULTIVIEW | 5/8 | 1 | – |
| 28 | INT | DRESSING ROOM<br>Shot of Kenzie's name written on a STARBUCKS TYPE CUP pulls out t... | | DAY | 1. | 📍 MULTIVIEW | 3/8 | 1 | – |
| | | End of Day 7 of 7   MV2 Dialogue Only   Total Pages: 2 3/8 pgs   Est. Time: 5.50h   Wed, Jun 22, 2022 | | | | | | |

# **EXHIBIT 14**

# BLACKED.COM

## BLACK & WHITE
VOL. 19

BLACKED.com shows how opposites attract in another boundary-breaking edition of *BLACK & WHITE*. This series brings revolutionary interracial action to those who like a little contrast in the bedroom. Featured cover girl Kenzie Anne prefers her men the way she likes her cars: with speed, muscle, and endurance. When this in-demand darling gets a spare minute, she spends it with a man she can count on to get her heart rate accelerating. Jane Rogers, Avi Love, and Adira Allure also dip their lips into their deepest desires. Scandalous stories, pulse-pounding performances, and high-class production values only BLACKED.com can deliver are waiting for you. Sit back, get comfortable, and get on board with *BLACK & WHITE*.

FOLLOW US @BLACKED_COM  @BLACKEDXOFFICIAL

KENZIE ANNE & JAX SLAYHER / DIRECTED BY HALSTON



JANE ROGERS & ANTON HARDEN / DIRECTED BY LAURENT SKY

   

AVI LOVE & JASON LUV / DIRECTED BY LAURENT SKY

 

ADIRA ALLURE & PRESSURE / DIRECTED BY LAURENT SKY

  

RUNTIME 2 HRS 43 MINS • MULTIPLE CHAPTERS • PHOTO GALI          REGIONAL CODING

©2021 STRIKE 3 HOLDINGS LLC
ALL RECORDS REQUIRED BY 18 U.S.C 2257 AND 28 C.F.R. 75 FOR THIS MOTION PICTURE ENTITLED
BLACK & WHITE VOL. 19
AND ALL GRAPHIC IMAGES ASSOCIATED THEREWITH, ARE KEPT BY THE CUSTODIAN OF RECORDS
9145 OWENSMOUTH AVE. CHATSWORTH, CA 91311



8 95152 08402 8

# BLACKED

VOL 19          BLACKED.COM



# BLACK & WHITE

KENZIE ANNE

BLACKED.COM

BLACK & WHITE

VOL. 19

BK192

# BLACKED RAW V46

BLACKED.com is proud to present "BLACKED RAW". BLACKED RAW is here to embrace new cultures, passionate sex and real women. No photoshop here, everything you see is 100% real. See more at BLACKEDRAW.com.



Kenzie Ann ~~~~~~~~~~~~~~~ Directed by Derek Dozer



Lauren Phillips & Sly Diggler / Directed by Derek Dozer



Holly Hotwife & Pressure / Directed by Derek Dozer



Isabelle Deltore & Darrell Deeps / Directed by Alex Eikster

RUNTIME 2 HRS 32 MINS • MULTIPLE CHAPTERS • PHOTO GALLERY • POP SHOT RECAP • NO REGIONAL CODING

  @BLACKEDRAW

©2021 STRIKE 3 HOLDINGS LLC
ALL RECORDS REQUIRED BY 18 U.S.C 2257 AND 28 C.F.R. 75 FOR THIS MOTION PICTURE ENTITLED
BLACKEDRAW VOL. 46
AND ALL GRAPHIC IMAGES ASSOCIATED THEREWITH, ARE KEPT BY THE CUSTODIAN OF RECORDS
9145 OWENSMOUTH AVE. CHATSWORTH, CA 91311

BKR146

# BLACKED RAW



V46



In its third installment of the critically acclaimed series *If It Feels Good*, Deeper delivers more perfectly crafted vignettes rife with tales of sexual transaction, domination, and manipulation and all connected by the same impulsive and hedonistic thread. Featuring an A-List cast that includes Performers of the Year Angela White and Emily Willis, Best New Starlet Scarlit Scandal, and the year's most breakout new talent, Kenzie Anne. Directed by reigning three-time Director of the Year Kayden Kross.

FOLLOW US @DEEPER_OFFICIAL  DEEPER_OFFICIAL

# Deeper.

## IF IT FEELS GOOD

DEEPER.COM PRESENTS IF IT FEELS GOOD VOL. 3

STARRING  SCARLIT SCANDAL  EMILY WILLIS  ANGELA WHITE  KENZIE ANNE
MANUEL FERRARA  OLIVER FLYNN  MICK BLUE
DIRECTED BY KAYDEN KROSS

RUNTIME 2 HRS 31 MINS • MULTIPLE CHAPTERS • PHOTO GALLERY • POP SHOT RECAP • NO REGIONAL CODING • 16X9 ANAMORPHIC WIDESCREEN

VOL. 3

DEEP135

©2022 COUNTERLIFE MEDIA, LLC
ALL RECORDS REQUIRED BY 18 U.S.C. 2257 AND 28 C.F.R. 75 FOR THIS MOTION PICTURE ENTITLED
IF IT FEELS GOOD VOL.3
AND ALL GRAPHIC IMAGES ASSOCIATED THEREWITH, ARE KEPT BY THE CUSTODIAN OF RECORDS
9145 OWENSMOUTH AVE. CHATSWORTH, CA 91311



8 95152 08823 1



# Deeper.

## IF IT FEELS GOOD VOL. 3

DIRECTED BY KAYDEN KROSS

# BLACKED.COM

**MILF** VOL.3

BLACKED.com is back with another edition of *MILF*. This series is for the true connoisseur of the mature. Featured cover girls Brandi Love and Kenzie Anne have toned up bodies built for one thing: swinging. These gym bunnies are ready to work up a sweat swapping partners. Penny Barber, Britney Amber, and Ava Koxxx are all inside waiting to show you a thing or two. Bedtime stories for grownups, untouchable production values, and sexy, seasoned women: BLACKED.com thinks you're ready to get yourself a *MILF*.

BRANDI LOVE & KENZIE ANNE & RICHARD MANN & MAZEE / DIRECTED BY LAURENT SKY

FOLLOW US @BLACKED_COM  @BLACKEDXOFFICIAL



PENNY BARBER & ANTON HARDEN / DIRECTED BY DEREK DOZER



BRITNEY AMBER & PRESSURE / DIRECTED BY DEREK DOZER



AVA KOXXX & AARON ROCK / DIRECTED BY JULIA GRANDI



RUNTIME 2 HRS 39 MINS • MULTIPLE CHAPTERS • PHOTO GALLERY • POP SHOT RECAP • NO REGIONAL CODING

©2023 STRIKE 3 HOLDINGS LLC
ALL RECORDS REQUIRED BY 18 U.S.C 2257 AND 28 C.F.R. 75 FOR THIS MOTION PICTURE ENTITLED
**MILF VOL. 3**
AND ALL GRAPHIC IMAGES ASSOCIATED THEREWITH, ARE KEPT BY THE CUSTODIAN OF RECORDS
9145 OWENSMOUTH AVE. CHATSWORTH, CA 91311



BK219

8 95152 10460 3

## BLACKED.COM

**MILF** VOL.

VOL. 3



# BLACKED

KENZIE ANNE & BRANDI LOVE

# MILF

VOL.3

# **EXHIBIT 15**

CONFIDENTIAL

VIXEN PLUS

TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | SLAYED | MILFY

9+



## Breaking Through
### KENZIE ANNE, EMILY WILLIS & ALINA LOPEZ

NEW  ★ RATING 9.0          FAVORITE          DOWNLOAD          INFO



VIXEN PLUS

VIXEN | TUSHY | TUSHYRAW | BLACKEDRAW | DEEPER | SLAYED | MILFY

9+



## This Is Not A Drill
KENZIE ANNE & JAX SLAYHER

**NEW** ⭐ RATING 9.4                    FAVORITE                    DOWNLOAD                    INFO

CATEGORIES:
PUSSY LICKING, SPOONING, BLONDE, BIG TITS, LINGERIE, RIDING, SPANKING, REVERSE COWGIRL, DEEP THROAT, CREAMPIE, RIMMING, FINGERING, BLOWJOB, PIERCING, SUSPENDERS, THE HANGING GARDEN, MISSIONARY, STANDING DOGGYSTYLE, BALL SUCKING, HIGH HEELS, SHAVED
DIRECTED BY: H...



VIXEN PLUS

VIXEN | TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | MILFY

6



## Defiance

KENZIE ANNE & AVERY CRISTY

NEW ★ RATING 9.4          FAVORITE          DOWNLOAD          INFO

CATEGORIES:
BLONDE, TOY, LINGERIE, SQUIRTING, KISSING, NATURAL TITS, PUSSY LICKING, FINGERING, HIGH HEELS, STOCKINGS, SUSPENDERS, MASTURBATION, FACE SITTING
DIRECTED BY:    Lauren Sky



Case 2:23-cv-04901-WLH-AGR    Document 133-3    Filed 01/10/25    Page 295 of 317    Page ID #:4933
CONFIDENTIAL



## Sex Without Love

KENZIE ANNE, LACEY LONDON, JESSIE SAINT, MORGAN LEE, MAITLAND WARD, SEPTEMBER REIGN, ANGELA WHITE, KENNA JAMES, MICK BLUE, OLIVER FLYNN, MANUEL FERRARA & MAZEE

**NEW**  ★ RATING 8.8      FAVORITE          DOWNLOAD          INFO

VIXEN PLUS

VIXEN | TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | MILFY

6



## Primal Heat

AZUL HERMOSA & KENZIE ANNE

**NEW** ⭐ RATING 8.8          FAVORITE                    DOWNLOAD                    INFO

CATEGORIES:
BLONDE, TOY, LINGERIE, SQUIRTING, KISSING, PUSSY LICKING, FINGERING, DILDO, STOCKINGS, SUSPENDERS, 69, TATTOO, PIERCING, FACE SITTING
DIRECTED BY:   Laurent Sky



# Absolute Dime

**KENZIE ANNE** & **ISIAH MAXWELL**

NEW

☆ RATING 9.2

♡ FAVORITE

⬇ DOWNLOAD

▶ WATCH TRAILER  |  ✛ INFO

CONFIDENTIAL

VIXEN PLUS

TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | SLAYED | MILFY

9+



### Should I Stay
KENZIE ANNE & MICK BLUE

NEW  ★ RATING 9.3                    FAVORITE                    DOWNLOAD                    INFO

CONFIDENTIAL

VIXEN PLUS

TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | SLAYED | MILFY

9+



### Should I Stay
KENZIE ANNE & MICK BLUE

NEW  ★ RATING 9.3                    FAVORITE                    DOWNLOAD                    INFO

8/5/24, 2:33 PM
Tailor Made: DEEPER

Case 2:23-cv-04901-WLH-AGR    Document 133-3    Filed 01/10/25    Page 300 of 317
Page ID #:4938

CONFIDENTIAL

VIXEN PLUS

VIXEN | TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | SLAYED | MILFY·

9



## Tailor Made
**SCARLIT SCANDAL, KENZIE ANNE** & **TROY FRANCISCO**

**NEW** ★ RATING 9.2          FAVORITE                    DOWNLOAD                    INFO

CATEGORIES:
BLONDE, BRUNETTE, FEMDOM, BLOWJOB, MISSIONARY, PUSSY LICKING, THREESOME, DEEPTHROAT, FACIAL, SMALL TITS, REVERSE COWGIRL, RIDING, SPOONING, BONDAGE, FACESITTING, BLINDFOLD, CUM SWAPPING, INTERRACIAL

VIXEN PLUS

VIXEN | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | SLAYED | MILFY

9+



## Heiress
### KENZIE ANNE & CHRISTIAN CLAY

**NEW**   ★ RATING 9.3                     FAVORITE                     DOWNLOAD                     INFO

CATEGORIES:
**FACIAL, RIMMING, DEEP THROAT, BLONDE, SPOONING, BLOWJOB, REVERSE COWGIRL, DOGGYSTYLE, RIDING, FIRST ANAL, ASS TO MOUTH, EXCLUSIVE, MASTURBATION, BALL LICKING, BA** Page 301 of 857 - Joint MSJ Appendix **MOUNT**
DIRECTED BY: **Julia Grandi**

CONFIDENTIAL

VIEW ALL VIDEOS

VIXEN | TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | SLAYED | MILFY



**BLACKED**

Sweat

BRANDI LOVE, KENZIE ANNE, RICHARD MANN & MAZEE

NEW ★ RATING 9.1          FAVORITE          DOWNLOAD          INFO

8/5/24, 2:47 PM

Case 2:23-cv-04901-WLH-AGR   Document 103-3 al Portfolio 01/18/25   Page 303 of 317

CONFIDENTIAL
Page ID #:4941

VIXEN PLUS

VIXEN | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | SLAYED | MILFY



## Kenzie Anne

**FAVORITE**     **RATING 8.4**

Perfection in female form, Kenzie is a hot, sexy blonde with an unbelievable body and a gaze that would render any man helpless. She really is heaven on earth.

**LATEST SCENE**



**LATEST KENZIE ANNE VIDEOS**

8/5/24, 2:47 PM
Case 2:23-cv-04901-WLH-AGR Document 133-3 Filed 01/10/25 Page 304 of 317
Kenzie Anne's BBC sex videos. Watch all the high quality real BBC porn with pornstar Kenzie Anne
CONFIDENTIAL

## BLACKED

9+



**Kenzie Anne**

**FAVORITE**          **RATING 8.4**

This bubble butted beauty is Kenzie. She has a body that will knock you sideways and when you see her in her element, you will have to agree, she's hard to beat.

LATEST SCENE



**LATEST KENZIE ANNE VIDEOS**

VIXEN PLUS

VIXEN | TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | MILFY



## Kenzie Anne

**FAVORITE**     **RATING 8.4**

Pussy loving blonde Kenzie loves to get up close and personal with another beautiful woman. her connection with a gorgeous girl is apparent for all to see as she takes them to every level of satisfaction.

LATEST SCENE



LATEST KENZIE ANNE VIDEOS

006261

CONFIDENTIAL

VIXEN PLUS

TUSHY | TUSHYRAW | BLACKED | BLACKEDRAW | DEEPER | SLAYED | MILFY

9+



## Kenzie Anne

**FAVORITE** **RATING 8.4**

Kenzie cannot be described as anything less than beautiful. Her long blonde hair and astounding body is undoubtably one of the most jaw-dropping things you will catch a glimpse of. But if you want more than that, simply visit her here at VIXEN.



LATEST SCENE



Page 306 of 857   Joint MSJ Appendix   006269

1/8

# **EXHIBIT 16**

# BLACKED



# IT'S HAPPENING



# BRANDI+KENZIE

**OUT NOW**

## THE BIGGEST COMEBACK OF THE YEAR



### THE BEST NEW PERFORMER

**WATCH NOW**



**MORE BRANDI**     **MORE KENZIE**

## BLACKED.COM

FOLLOW US ON:

# SLAYED

EST. 2021



**DEFIANCE**

NOW PLAYING



**KENZIE ANNE**

**AVERY CRISTY**

## THE WAIT IS OVER

**WATCH NOW**



A BRAND NEW
## ALL GIRL EXPERIENCE

**LULU CHU**   **KIARA COLE**

**ELIZA IBARRA**   **CHARLOTTE SINS**

THE ULTIMATE ALL GIRL EXPERIENCE
## AT YOUR FINGERTIPS



**GET ACCESS**





# TUSHY

## 4TH OF JULY SALE
### KENZIE'S EXCLUSIVE FIRST TIME

SAVE 70%

*Kenzie Anne*

# FIRST ANAL

NOW PLAYING

GIANNA & LILA



SIA SIBERIA



# TUSHY
## 4TH OF JULY SALE

SAVE 70%

# **EXHIBIT 17**

# Deeper.

GMS-02755 4/22

**Exec. Prod. / Dir.:**
Kayden Kross

█████████████

**Producer:**



D1, Release

**GENERAL CALL TIME**

# 9:00am

**GMS-02755**

Please see below for individual call times.

The dirt road to the location is rugged, please check with production for alternative parking & transpo to set.

**DAY 1 OF 1**
**Fri, Apr 22, 2022**

☀ **86**°F / 64

**Sunrise** 5:47am • **Sunset** 8:10pm

| | |
|---|---|
| Crew Call | 7:00am |
| Shooting Call | 9:00am |

## 📍 LOCATIONS

| ⬈ SET LOCATION | Ⓟ PARKING | ➕ NEAREST HOSPITAL |
|---|---|---|
| **1** ███████████, fornia 91304, USA | ███████████, Chatsworth, CA 91311, USA | West Hills Hospital and Medical Center ↗ 7300 Medical Center Dr, West Hills, CA 91307, USA (818) 676-4000 |
| | *This location is out a rugged dirt road. If your vehicle cannot make it out to the ranch, you will park at the church address above and be shuttled.* | |

## ☰ SCHEDULE

Day 1 of 1

| START | SCENE | DESCRIPTION | D / N | CAST | LOCATION | PAGES | EST (H) |
|---|---|---|---|---|---|---|---|
| 7:00am | ⓘ | **07:00 VAULT** | | | | | 0m |
| 7:45am | ⓘ | **07:45 HONEY WAGON** | | | | | 0m |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8:15am | i | **08:15 LOCATION** | | | | | 0m |
| 8:30am | i | **08:30 HMU** | | | | | 0m |
| 8:45am | i | **08:45 KENZIE ANNE** | | | | | 0m |
| 10:15am | i | **10:15 ISIAH MAXWELL** | | | | | 0m |
| 10:30am | i | **10:30 STILLS / AUDIO** | | | | | 3h 30m |
| 11:00am | Scene **2** | **EXT DIRT ROAD** The wheel of a vintage classic kicks up dust into camera. The sou... | DAY | 4, 3, 2 | Sableski Ranch | 1/8 | 30m |
| – | Scene **4** | **EXT DIRT ROAD** Wide shot shows the car slow to a stop in front of a random gate ... | DAY | 4, 3, 2 | Sableski Ranch | 1/8 | 30m |
| – | i | **12:00 KENNA JAMES** | | | | | 0m |
| – | Scene **6** | **EXT DIRT ROAD** Super super wide as we watch Isiah jog to catch up with her and t... | DAY | 2, 3, 4 | Sableski Ranch | 1/8 | 30m |
| – | i | **ReSet** | | | | | 30m |
| – | Scene **3** | **INT CAR** Kenzie and Isiah bounce in silence in the back of the cab as the ... | DAY | 4, 3, 2 | Sableski Ranch | 2/8 | 30m |
| – | Scene **5** | **INT CAR** The driver looks back over his shoulder. | DAY | 4, 3, 2 | Sableski Ranch | 6/8 | 30m |
| 2:00pm | i | **LUNCH** | | | | | 45m |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3:00pm | ⓘ | **ReSet** | | | | | | 30m |
| 3:30pm | Scene **7** | **INT/EXT KENNA'S TENT** Kenna barely looks up from the book she's reading as the motion a... | DAY | 2, 1, 3 | Sableski Ranch | **1** 4/8 | | 30m |
| – | Scene **8** | **INT/EXT KENNA'S TENT** BGG to finish. | DAY | 2, 3, 1 | Sableski Ranch | 1/8 | | 2h 0m |
| – | Scene **1** | **INT/EXT KENNA'S TENT** | DAY | 1 | Sableski Ranch | 3/8 | | 30m |
| | | | | | **TOTAL** | **3** 3/8 | | 10h 45m |

## 👥 CLIENTS

7 Total Clients

| NAME | ROLE | CALL |
|---|---|---|
| **Basia** ██ | Director of Production | No Call |
| – | Line Producer | No Call |
| – | Talent & Production Coordinator | No Call |
| – | Production Coordinator | No Call |
| **Cassie** ████ | Production Coordinator | No Call |
| **Richie** ██ | Content Manager | No Call |
| **Henry** ███ | Content Coordinator | No Call |

## 🎭 TALENT

3 Total Talent

| ID | NAME | | ROLE | STATUS | PICKUP | CALL | H/MU |
|----|------|---|------|--------|--------|------|------|
| – | | – | "Kenzie" | – | – | 8:45am | – |
| – | | – | "Kenna" | – | – | 12:00pm | – |
| – | | – | "Isiah" | – | – | 10:15am | – |

## ⁂ DEPARTMENT NOTES

9 Total Department Notes

| DEPARTMENT | NOTES |
|------------|-------|
| SET DRESSING | Peacock chair, Bell tent, Random gate, Bed, Curtain/tent flap |
| PROPS | Metal lanterns, Rolled to smoke, Cash, Book, Bowl of rose oil, Two rose quartz ben wa balls |
| ADDITIONAL LABOR | Long push |
| SPECIAL EQUIPMENT | Macro |
| SPECIAL EFFECTS | Smoke |
| VEHICLES | Vintage classic |
| POST AUDIO | Sound transition, Slam |
| COSTUMES | Fur shawl, High nude stockings, Sharply fitted suit |
| HARDCORE | BGG to finish |

## 👥 CREW

15 Total Crew

| NAME | CALL | NAME | CALL |
|------|------|------|------|
| | | | |

000159

## PRODUCTION

| | |
|---|---|
| **Kayden Kross**<br>Exec. Prod. / Dir. | 9:00am |
| –<br>Producer | 7:00am |
| –<br>Production Asst. | 7:00am |
| **Nick** ▮▮▮▮<br>Production Asst. | 7:00am |

## CAMERA DEPARTMENT

| | |
|---|---|
| **Seth** ▮▮▮▮<br>DP | 9:00am |
| –<br>1st AC | 9:00am |
| **Miko** ▮▮▮▮<br>DIT | 9:00am |
| –<br>Still Photographer | 10:30am |
| **Will** ▮▮▮▮<br>BTS Videographer | 11:00am |

## MISCELLANEOUS

| | |
|---|---|
| –<br>Audio | 10:15am |

## GRIP DEPARTMENT

| | |
|---|---|
| –<br>G&E Swing | 9:00am |
| **Joel** ▮▮▮▮<br>G&E Swing | 9:00am |

## ART DEPARTMENT

| | |
|---|---|
| **Siena** ▮▮▮▮<br>Art Dept. PA | 7:00am |

## MAKE-UP & HAIR

| | |
|---|---|
| **Glenn** ▮▮▮▮<br>H/MU | 7:00am |

## POST PRODUCTION

| | |
|---|---|
| **Stephanie** ▮▮▮▮<br>Post Prod. Suprv. | No Call |

🔗 **ATTACHMENTS**                                        Total Size 64.84 KB

DPR_Release_V01.pdf
*64.84 KB*