**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
*bkane@kanelaw.la*
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel:  (323) 697-9840; Fax: (323) 571-3579

Trey Brown (SBN 314469)
*trey.brown@vixenmediagroup.com*
11271 Ventura Blvd. #717
Studio City, CA 91604

*Attorneys for Defendants*
VXN GROUP LLC and MIKE MILLER

**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (SBN 287811)
*david@tomorrowlaw.com*
Sarah H. Cohen (SBN 330700)
*sarah@tomorrowlaw.com*
1460 Westwood Blvd.
Los Angeles, CA 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for MACKENZIE ANNE THOMA, on behalf of herself
and all others similarly situated

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

JOINT APPENDIX OF EVIDENCE RE: DEFENDANTS' MSJ

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,

        Plaintiff,

v.

VXN GROUP, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,

        Defendants.

Case No. **2:23–cv–04901 WLH (AGRx)**

**JOINT APPENDIX OF EVIDENCE REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**VOLUME III of IV**
**Exhibits 49 – 63**
**Page 589 – 701**

**PLAINTIFF'S EVIDENCE**

[Filed concurrently with: (1) Notice of Motion and Motion for Summary Judgment; (2) Joint Brief; (3) Joint Appendix of Facts; (4) Joint Appendix of Objections; and (5) Proposed Order]

Date:      February 28, 2025
Time:      11:00 a.m.
Courtroom: 9B

JOINT APPENDIX OF EVIDENCE RE: DEFENDANTS' MSJ

# TABLE OF CONTENTS

| Exhibit | VOLUME I of IV (Exhibits 1 – 17) | Page |
|---|---|---|
| 1 | Declaration of Emilie Kennedy | 7 |
| 2 | United States Copyright Registration Certificates | 15 |
| 3 | Scripts from films in which Plaintiff performed | 37 |
| 4 | Screenshots from films in which Plaintiff performed | 117 |
| 5 | July 15, 2022 Production Report | 172 |
| 6 | Statements of Information for VXN Group, LLC | 175 |
| 7 | September 8, 2021 Text Message from Plaintiff re: Vixen Angel Shoot | 179 |
| 8 | Deposition Transcript Excerpts: Basia Lew | 181 |
| 9 | Legislative Intent Service, Inc.: History of The Professional Actor Exemption | 198 |
| 10 | Declaration of Basia Lew | 224 |
| 11 | Project Brief re: Plaintiff's First VXN Scene | 229 |
| 12 | Slack Messages re: Plaintiff's First VXN Scene | 232 |
| 13 | Shooting Schedule for VXN film "Kenzieland" | 281 |
| 14 | DVD Covers Featuring Stills of Plaintiff | 285 |
| 15 | Website Thumbnails Featuring Stills of Plaintiff | 290 |
| 16 | Advertising Uses of Stills Featuring Plaintiff | 307 |
| 17 | Shooting Schedule for April 22, 2022 VXN "Deeper" Film Featuring Plaintiff | 312 |
| Exhibit | VOLUME II of IV (Exhibits 18 – 48) | Page |
| 18 | Declaration of Belen Burditte | 318 |
| 19 | Workers Compensation Insurance Audit Records | 323 |
| 20 | Form 1099-NECs Issued by VXN to Plaintiff | 340 |
| 21 | Record of Payments from VXN to Plaintiff | 344 |

JOINT APPENDIX OF EVIDENCE RE: DEFENDANTS' MSJ

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

| 22 | Declaration of Trey Brown | 346 |
|----|---------------------------|-----|
| 23 | Performance Agreement dated November 11, 2020 | 352 |
| 24 | Addendum to Performance Agreement dated April 15, 2021 | 362 |
| 25 | April 15, 2021 Emails re: Addendum to Performance Agreement | 365 |
| 26 | Performance Agreement dated July 13, 2021 | 370 |
| 27 | Notice of Termination dated September 28, 2022 | 380 |
| 28 | Deposition Transcript Excerpts: Plaintiff | 383 |
| 29 | Deposition Transcript Excerpts: Ryan Murphy | 425 |
| 30 | Screenshot from Kenzieland.com | 455 |
| 31 | "Kenzielandbykenzie" Instagram Profile | 457 |
| 32 | Kenzieland.com Promotion Post by "Kenzielandbykenzie" | 465 |
| 33 | Kenzieland LLC Application to Register a Foreign LLC | 473 |
| 34 | Kenzieland LLC Statements of Information | 476 |
| 35 | Lola March LLC Statements of Information | 480 |
| 36 | Deposition Transcript Excerpts: Larry Lerner | 484 |
| 37 | Text Messages between Plaintiff and Michael Mosney | 489 |
| 38 | Text Messages between Mosney and Ryan Murphy re: Scheduling Plaintiff's Work Dates | 493 |
| 39 | Text Messages between Mosney and Ryan Murphy re: Seeking Approval for Co-Stars | 506 |
| 40 | December 2020 Emails from Chris Applebaum | 517 |
| 41 | Kenzieland.com Film Titles | 526 |
| 42 | List of Plaintiff's Adult Film Credits | 528 |
| 43 | Deposition Transcript Excerpts: Michael Mosney | 536 |
| 44 | Form W-9s Submitted by Plaintiff to VXN (Redacted) | 547 |
| 45 | Declaration of Larry Lerner | 551 |

JOINT APPENDIX OF EVIDENCE RE: DEFENDANTS' MSJ

| 46 | Redacted Excerpts: Plaintiff's 2020 Federal Tax Return **FILED UNDER SEAL** | 558 |
| 47 | Redacted Excerpts: Plaintiff's 2021 Federal Tax Return **FILED UNDER SEAL** | 568 |
| 48 | Redacted Excerpts: Plaintiff's 2022 Federal Tax Return **FILED UNDER SEAL** | 578 |
| **Exhibit** | **VOLUME III of IV (Exhibits 49 – 63)** **Plaintiff's Exhibits** | **Page** |
| 49 | Deposition Transcript Excerpts: Basia Lew | 589 |
| 50 | SAG-AFTRA Coverage Information | 617 |
| 51 | Declaration of Rafael Yedoyan | 620 |
| 52 | Deposition Transcript Excerpts: Mackenzie Thoma | 624 |
| 53 | Reimbursement Invoices | 643 |
| 54 | Vixen Angel Description | 644 |
| 55 | Vixen Instagram Profile | 646 |
| 56 | Vixen Threads Profile | 648 |
| 57 | Screenshots from Vixen's Website: Description | 650 |
| 58 | Screenshots from Vixen's Website: Angels | 653 |
| 59 | Screenshots from Vixen's Website: Clothing on Sale | 658 |
| 60 | Vixen Threads Profile: Shopping Screenshots | 662 |
| 61 | Emails Between VMG Regarding Travel and Coordination | 664 |
| 62 | Creative & Modeling Photographs Featuring Plaintiff | 671 |
| 63 | Invoice & Planning Documents for Vixen Angel Shoot Featuring Plaintiff | 687 |
| **Exhibit** | **VOLUME IV of IV (Exhibits 64 – 76)** **Plaintiff's Exhibits** | **Page** |
| 64 | Performance Agreement Between Plaintiff & Defendant | 702 |
| 65 | Addendum to Performance Agreement Between Plaintiff & Defendant | 712 |
| 66 | Performance Agreement Between Plaintiff & Defendant (2) | 715 |

KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

3

JOINT APPENDIX OF EVIDENCE RE: DEFENDANTS' MSJ

| 67 | Addendum to Performance Agreement Between Plaintiff & Defendant (2) | 725 |
|----|---|-----|
| 68 | IWC Order Classifications | 729 |
| 69 | Prop and Set Planning by Defendant | 775 |
| 70 | Defendant's Slack Screenshot Regarding Plaintiff's Social Media | 783 |
| 71 | Email Regarding Plaintiff's Performance Agreement | 786 |
| 72 | Model Record Keeping Form | 788 |
| 73 | Model Release and Grant of Rights | 804 |
| 74 | Declaration of Mackenzie Anne Thoma | 845 |
| 75 | Documents Showing Collaberation Between Eats and Vixen | 848 |
| 76 | Excerpts from the Deposition of Michael Mosny | 853 |

Dated: January 10, 2025                 KANE LAW FIRM

                                By:  /s/ Brad Kane
                                     Brad S. Kane
                                     Attorney for Defendants

Dated: January 10, 2025                 BIBIYAN LAW GROUP, P.C.

                                By:  /s/ Rafael Yedoyan
                                     Rafael Yedoyan
                                     Attorney for Plaintiff

**KANE LAW FIRM**
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035

4

# EXHIBIT 49

1        A     Yes.

2        Q     Was anyone else featured in this scene?

3        A     Yes.

4        Q     Who was that?

5        A     A male actor, performer.

6        Q     Anyone else?

7        A     I don't remember.

8        Q     What was the name of the male actor performer?

9        MR. BROWN:  Objection.  Calls for class discovery.

10   Exceeds the scope of Phase 1 discovery.

11       THE WITNESS:  I don't remember.

12   BY MS. COHEN:

13       Q     So was there more than one scene that plaintiff

14   performed work for blacked.com?

15       A     As we stated before, it would have been between one

16   and five Blacked scenes.  I don't know that exact number.

17       Q     Oh, that includes Blacked --

18       A     Yeah, for Blacked Raw.  I don't know the exact

19   number of scenes, or for Blacked.

20       Q     Can you confirm that plaintiff performed work for

21   vixen.com?

22       A     Yes.

23       Q     Okay.  What type of work was that?

24       A     That was also shooting a sex scene.

25       Q     Just one?

57

1        A    She may have shot two, I don't know the exact number

2    of Vixen scenes.

3        Q    It was maybe two?

4        A    Yes.

5        Q    So from Exhibit 2 you'll remember that plaintiff

6    was, dawning -- and just for the record, I'm showing the

7    witness Exhibit 2 -- dawning what looks like a bathing suit,

8    or a body suit, that contains the words Blacked on it four

9    times, and then a B in the middle.  Do you see that?

10       A    Yes.

11       Q    Okay.  And you confirmed earlier that this was the

12   Blacked -- one the Vixen's brands, Blacked.  So I have a

13   question for you:  Is vixen.com a brand of Vixen?

14       A    Yes, of Vixen Group.

15       Q    So if there was branding for vixen.com -- is there

16   branding for vixen.com?

17       MR. BROWN:  Objection.  Vague.

18   BY MS. COHEN:

19       Q    Similar to how we have it for Blacked in Exhibit 2?

20       A    What is the definition of branding?

21       Q    Well, like any clothing, or like logo for vixen.com?

22   So you could decipher it from just Vixen as a whole?

23       A    Yes.

24       Q    Okay.  So these two scenes, these, maybe, two scenes

25   that you said plaintiff did for vixen.com, were there any

58

1    still photographs taken?

2         A    Yes.

3         Q    When were those still photographs taken, in terms of

4    before the shoot, after the shoot?

5         A    The photos would have been taken during the film

6    shoot.

7         Q    During the film shoot?

8         A    During the day, yes.  During the same day.

9         Q    During the same day?

10        A    Yes.

11        Q    Okay.  What time of day -- strike that.

12             At what point in the production of day, and I'm

13   sorry if that's a little bit confusing, but if there's any

14   description you can give me of, like, you know, before the

15   sex scene started, after the sex scene ended, during the sex

16   scene?

17        A    Clarify which shoot specifically.

18        Q    This is the either one or the two that you were

19   referring to that she did for vixen.com?

20        A    For the Vixen -- her first Vixen girl, girl, girl

21   scene photos.

22        Q    Yeah, so I'm asking for -- I'm asking about any of

23   the shoots that -- either of the two shoots that you're

24   referring to that she did for Vixen's brand, vixen.com, when

25   were the still photographs taken?

                                                              59

```
 1        A    It's fair.

 2        Q    Okay.  So when does the photographing, the still

 3   photographing, of plaintiff begin?

 4        A    I'd estimate 9:00 a.m.

 5        Q    What happens between 7:00 a.m. and 9:00 a.m.?

 6        A    Actors are in hair and makeup.

 7        Q    So is this one of Vixen's departments that's doing

 8   the hair and makeup for the actors?

 9        A    Hair, makeup, and wardrobe, yes.

10        Q    So the performs don't come already ready, they're

11   hair and makeup is done for them by Vixen's hair and makeup

12   artists?

13        A    For Kenzie, specifically, she requested a specific

14   Vixen hair and makeup artist that we work with.

15        Q    For which shoot?

16        A    For the Vixen girl, girl, girl scene.  I believe it

17   was Kenzie's first shoot.

18        Q    And is this one of the ones for vixen.com?

19        A    Yes, it's a Vixen scene.

20        Q    Okay.  And which makeup artist was that that she

21   requested?

22        A    Ozzy.

23        Q    Did she make this request in writing?

24        A    I don't know.  I don't know.

25        Q    How did she make the request?
```

                                                                61

```
 1        A    I can't confirm the medium, but any requests from

 2   Kenzie would have been either communicated to us through her

 3   agent representation, through e-mail, or conversation.

 4        Q    When did -- when was that -- when was the request

 5   communicated to Vixen?

 6        A    Sometime prior to the shoot.

 7        Q    Was it made directly to you as an individual?

 8        A    I was not involved, as I was the post-production

 9   supervisor, I think, at the time of that shoot.

10        Q    So was the request made directly to you from

11   Kenzie's agent?

12        MR. BROWN:  Asked and answered.

13        THE WITNESS:  Not directly to me.

14   BY MS. COHEN:

15        Q    Okay.  How do you know about the request?

16        A    I believe there were e-mails for -- I can't remember

17   exactly, but I know it was an exchange of e-mails or text

18   messages.

19        Q    What did those communications contain -- actually,

20   strike that.

21             What were the communications between --

22        A    I don't recall all of the names on the

23   communications.

24        Q    Were they internal communications within Vixen?

25        MR. BROWN:  Asked and answered.
```

```
 1        A    What I mean in conjunction includes that.  But it

 2   also includes that the photos were creatively in line with

 3   the film and the scene, and used for promotion in conjunction

 4   with the scene to promote the scene as well.

 5        Q    Okay.  But on the same day there was still

 6   photographing --

 7        A    On the same day.

 8        Q    -- and there was live filming?

 9        A    Yes.

10        Q    Thank you.

11             Do you know when the -- when did the first meeting

12   occur between plaintiff and a representative of defendant?

13        A    I don't know the exact date.

14        Q    Okay.  Did plaintiff -- you had mentioned contracts

15   throughout this deposition, before the first of those

16   contracts were entered into, did plaintiff meet with a

17   representative of defendant, whether in person or over the

18   phone?

19        A    Before contracts were made -- can you restate the

20   question or --

21        Q    Before plaintiff entered into the first contract

22   with Vixen, did she meet with a Vixen representative, whether

23   by phone or in person?

24        A    I don't know.

25        Q    Okay.  In terms of entering into contracts with
```

65

1    performers, but we can focus on just plaintiff -- right?--

2    and if you need to refer to the first exhibit to refresh your

3    memory, we're going to be talking about Topics 1 and 2.

4         So I'll read No. 1:  "Defendant's corporate

5    structure from November 2020 to September 2022, which is the

6    claim period as it relates to the management involved in the

7    configuration of Plaintiff's contracts and/or Plaintiff's

8    work for Defendants."  Do you see that?

9    A    I see that.

10   Q    And then Topic No. 2:  "Defendant's structure during

11   its claim period as it relates to the management involved in

12   the negotiation of Plaintiff's contract and/or Plaintiff's

13   work for Defendants."

14   A    Yes, I see that.

15   Q    Okay.  So within the scope of these two topics, who

16   would be involved in the management of the negotiation of

17   plaintiff's contracts?

18        Let's start with that, who was involved with that?

19   A    Mike Miller would have been involved in negotiation

20   of contracts.

21   Q    Okay.  What about drafting?

22   A    Drafting would be Emilie Kennedy.

23   Q    Okay.  Is there anyone else involved in the drafting

24   of the contracts?

25   A    No.

66

1      Q    Okay.  So who told plaintiff where the location of

2    the set would be, where she needed to show up?

3      A    That would have been information in the call sheet

4    that she would have received.

5      Q    From who?

6      A    The casting department.

7      Q    Okay.  So the casting department puts on the call

8    sheet the location plaintiff is required to go to?

9      A    Yes, the location is on the call sheet.

10     Q    That's put together by Vixen's casting department?

11     A    The call sheet is not put together by the casting

12   department.  They send out the call sheet to talent.

13     Q    Who puts the call sheet together that the casting

14   department sends out?

15     A    The production team.

16     Q    Of Vixen?

17     A    Yes.

18     Q    Okay.  And does that call sheet include a call time?

19     A    Yes.

20     Q    Does the production department put the call time on

21   the call sheet?

22     A    Yes.

23     Q    Okay.  And then is it the casting department that

24   sends it to plaintiff's agent?

25     A    Yes.

                                                              69

1    Q    And plaintiff's agent, I guess, presumably, provides

2    that to plaintiff?

3    A    Correct.

4    Q    And then plaintiff is expected to be at that

5    location, at the call time, that's set by the production

6    department on the call sheet?

7    A    Yes.

8    Q    Are there any other -- besides the call sheet, are

9    there any other, I guess, ways that Vixen communicates the

10   time that plaintiff needs to be at a location?

11   A    It typically is within always the call sheet.

12   Q    Okay.  So tushyraw.com, what type of work did

13   plaintiff provide for Vixen for tushyraw.com?

14   A    Filming a sex scene.

15   Q    What about still photos, did plaintiff pose for

16   still photos for tushyraw.com?

17   A    Yes.

18   Q    What about slade.com, what type of work did

19   plaintiff perform for defendant for slade.com?

20   A    A sex scene.

21   Q    Were there also still photos that plaintiff posed in

22   for slade.com?

23   A    Yes.

24   Q    What about deeper.com, what type of work did

25   plaintiff perform for deeper.com?

70

1          A    She performed, I think, multiple sex scenes or a sex

2     scene.

3          Q    Did plaintiff pose for still photos for deeper.com?

4          A    Yes.

5          Q    What about tushy.com, we already covered Tushy Raw.

6     Tushy.com, what type of work did plaintiff perform for

7     defendants for tushy.com?

8          A    She would have also completed a scene.

9          Q    I'm sorry?

10         A    She would have also completed a scene.

11         Q    Okay.  Did plaintiff pose for still photos for

12    tushy.com?

13         A    Yes.

14         MS. COHEN:  Okay.  I'm going to introduce Exhibit 3, some

15    still photographs.

16              (Plaintiff's Exhibit 3 was marked for

17              identification.)

18    BY MS. COHEN:

19         Q    So for the record, I have introduced Exhibit 3,

20    which is a photograph of plaintiff wearing what looks like a

21    cropped white T-shirt, dawning the word Vixen in black

22    capital letters across the front, and what looks like black

23    and white underwear dawning the letters Vixen in capital

24    letters across the waistband in white.

25              Do you recognize this photo, Ms. Lew?

                                                                    71

1    Exhibit 3, Exhibit 4, Exhibit 2, what was the purpose of

2    these?

3        A    To promote the scenes.

4        Q    What do you mean by "promote the scenes"?

5        A    To promote the scenes.  And also for the members to

6    view the photos on the site as part of the scene.  So to

7    promote the scene, maybe we would use it for a DVD cover for

8    the movie.  We would promote it with the marketing department

9    to promote the scene release.  Those are examples.

10       Q    Are your DVDs free?

11       A    No.

12       Q    Are your subscriptions free?

13       A    No.

14       Q    All right.  Next paragraph down, it's the fourth one

15   under, "Recitals."

16       A    "Whereas performer agrees to provide her services on

17   a temporary exclusive basis for the duration of the term as

18   set forth in this agreement."

19       Q    Can you explain to me what "exclusive basis" means?

20   We're still on Topic 18, Interpretation of the Contract.

21            What does that mean?

22       A    It means that Kenzie would have shot certain films

23   for us prior to shooting with any other studios.

24       Q    Okay.  So until she shot them with Vixen, she

25   couldn't shoot them with other studios?

82

1        A    Correct.

2        Q    What previous owner were you referring to earlier,

3    by the way?

4        A    Greg Lanski.

5        Q    That Vixen in drafting the contract made the

6    decision to keep Greg Lanski's language in this contract?

7        A    Yes.

8        Q    Okay.  Vixen had an opportunity to edit out the

9    language earlier that you said was from a previous owner's

10   vision?

11       A    There was -- for us, this agreement, throughout the

12   previous owner's time with the company, there was never a

13   trigger to have to adjust it.  It worked during the time

14   and --

15       Q    Right.  Okay.  Makes sense.

16       A    Yeah.

17       Q    All right.  Let's go down to the actual numbered

18   Paragraph 2, "Compensation."  I'm going to read something for

19   you.  Just the first couple lines:  "Producer will pay

20   performer $10,000 for performer's first girl/girl scene with

21   producer, which will include a three-way girl/girl/girl scene

22   to be shot in December 2020.

23            "Producer then has the option and right of first

24   refusal, but not the obligation during the term to pay

25   performer $15,000 for performer's first boy/girl scene with

83

1    drafted their own contract.  Okay.  All right.

2         MR. BROWN:  The witness has provided you with her answer

3    as to how she defines first right of refusal.

4         MR. KANE:  Yeah.

5    BY MS. COHEN:

6         Q    Can you go to numbered Paragraph 3.

7         A    Okay.

8         Q    Now, we're going to go onto Page 2, but it's just

9    this last sentence down here.

10        A    Okay.

11        Q    "These sexual acts may include the use of sexual

12   aids."

13             Do you see that?

14        A    Yes.

15        Q    What are sexual aids?

16        A    Sexual aids, for example, could be toys, lubricants,

17   that could assist her sexual performance.

18        Q    Okay.  In your experience being in production and,

19   like, the vision, you know, for the scenes, are sexual aids

20   necessary to meet all the goals of that vision?

21             Like for example, let me rephrase, would the use of

22   sexual aids, kind of, be integrated into a scene, to

23   completing a scene?

24        A    No, it's the performer's preference.

25        Q    What do you mean by "performer's preference"?

87

1        A     If they would like to use a sexual aid, they may or

2   may not want to.

3        Q     Okay.  What was plaintiff's preference?

4        A     I know she requested certain lube.  The name of the

5   brand escapes me at this moment, but a certain lube.  There

6   was a certain dildo size she preferred.

7        Q     So the way that it works is the performer will let

8   you guys know, look, this is what I prefer, this is what I

9   like to work with?  And then how would Vixen facilitate that

10  request?

11       A     We would purchase whatever those preferred sexual

12  aids would be, and make sure they are available to the actors

13  on set.

14       Q     Which department is it that comes up with the ideas

15  for the scenes?  And let's say, specifically, if ideas is a

16  little broad, whether sexual aids will be used or whether

17  props will be used in a scene?

18       A     It's a collaboration between departments, production

19  management.

20       Q     Which departments, production, and who, which one?

21       A     The production departments.  It's a collaboration

22  between the production departments and management to decide

23  if sexual aids would be needed or creative decisions.

24       Q     Okay.  So those are those subdepartments that you

25  mentioned earlier, one was script, one was casting?  They're

88

```
 1   like subdepartments of the production department; is that

 2   correct?

 3        A    What's the question?

 4        Q    The -- you said production departments?

 5        A    Uh-huh.

 6        Q    And I'm just trying to confirm if there are

 7   subdepartments within that such as script and --

 8        A    Correct, those that I listed earlier.

 9        Q    Okay.  Those that you listed earlier.  Got it.

10   Okay.

11             Did plaintiff ever bring her own sexual aids, or

12   were they always provided by Vixen?

13        A    I don't know.

14        Q    Did Vixen provide sexual aids to plaintiff at any

15   point during the claim period?

16        A    Yes.

17        MS. COHEN:  I'm going to introduce as Exhibit 6.

18             (Plaintiff's Exhibit 6 was marked for

19             identification.)

20   BY MS. COHEN:

21        Q    Let's go to the first page of Exhibit 6.

22        A    Yes.

23        Q    Is that plaintiff?

24        A    Yes.

25        Q    Is that from a photo shoot of Vixen's?
```

89

1      A    In the from the scene where the photos were shot,

2   yes.

3      Q    So still photos in conjunction with scenes?

4      A    Yes.

5      Q    Great.  And then the second page, who are these two

6   women here?

7      A    Alina Lopez.

8      Q    Is she on the left?

9      A    On the left, Kenzie Anne in the middle, and Emily

10   Willis to the right?

11      Q    Okay.  And what scene -- let's go to the third page,

12   is this all three of the same women that were in the other

13   photo on Page 2?

14      A    Yes.

15      Q    Okay.  And so this would be an example of still

16   photographs, in conjunction with something that was being

17   filmed right here, were they in action here?

18      A    Yes.

19      Q    Okay.  Got it.

20           And then if you go back to the second page, this one

21   (indicating).  Who provided these?  Would you consider these

22   sexual aids?  I'm going to just call them two black dildos,

23   who provided those for this scene?

24      A    I don't know the exact person who purchased the

25   dildos.  This would typically for props or sexual aids,

90

```
 1    things like that.  It could be any of the production

 2    departments at that point.

 3        Q    Got it.  Okay.  Which scene was this?  By the way,

 4    what's the title of it?

 5        A    It was the Vixen, girl, girl, girl scene.  The

 6    collaboration or her first scene with us.

 7        Q    Got it.  Eats.  And then just have a couple of

 8    questions about.

 9        MS. COHEN:  I'm going to introduce Exhibit 7.

10            (Plaintiff's Exhibit 7 was marked for

11            identification.)

12    BY MS. COHEN:

13        Q    Do you recognize this document?

14        A    I have not seen this document.

15        Q    You have not seen this document.

16            Are you aware that Vixen produced this document in

17    discovery?

18        A    I'm aware now.

19        Q    What does this document look like to you?

20        A    It looks like a document with many couches.

21        Q    Do you recognize any of these websites?

22        A    Yes.

23        Q    What website is that?  Well, I don't need you to

24    read it out, what I mean is -- does Vixen use this website?

25        A    Yes.
```

91

Basia Lew

September 18, 2024

1    Q    For what purpose?

2    A    Furniture rentals.

3    Q    Is that prop furniture?

4    A    It would be considered a prop or furnishing.

5    Q    That's going to be used in the scenes?

6    A    Correct.

7    Q    Okay.  Taking a closer look at the website, does

8    this give you an idea -- can you tell me who in the company

9    would have created this chart?

10   A    The production design art department.

11   Q    Okay.  So this is the production design art

12   department choosing props for scenes?

13   A    Providing options for scenes.

14   Q    Providing options, got it.  Okay.

15        And is there anybody else that would be involved in

16   putting together options for props for scenes, other than the

17   production department?

18   A    In relation to Kenzie, or in general?

19   Q    Either.  Let's start with in relation to Kenzie?

20   A    We -- Kenzie herself, or her agent, could provide

21   input.  Or Chris Applebalm at the time could provide input.

22   The director could provide input.

23   Q    But the creation of this chart, that would have been

24   by a production department, or subdepartment, which

25   subdepartment would it be in the production departments?

92

```
1        A    The creation of this type of document --

2        Q    Right.

3        A    -- would be within the art department.

4        Q    Art department.  Got it.

5        A    Art.

6        Q    Okay.  If we can go back to Exhibit 5, the

7    performance agreement?

8        A    Yup.

9        Q    So if you go to Page 2, and you go to Section 4,

10   it's entitled:  "Hours and obligations for services.

11   Performer will provide the services on an as needed basis,

12   including nights, weekends, and holidays.  Performer

13   understands and agrees that the filming session of the term

14   of this agreement may take up to 10 hours."  What does "on an

15   as needed basis" mean?

16       A    As we would look into scheduling shoots, there would

17   be dates that could be good dates to shoot the films.  So

18   Kenzie would get offered those dates.  And if she could not

19   work on those specific dates, we would find other dates to

20   work with.  We would work in collaboration with her schedule.

21       Q    Okay.  So Vixen did everything to accommodate

22   plaintiff's schedule; right?  There was never any issues with

23   plaintiff's availability?

24       A    Sorry.  That sounded like two, what's the question?

25       Q    Were there ever any issues with plaintiff's
```

93

```
 1        Q    Right.  Exactly.  Right.

 2             So you're restriking her to just doing photos and

 3   short-form content on her social media; right?

 4        A    On her social media?

 5        Q    Right.

 6        A    Yes, on her social media.

 7        Q    The next part after that social media channel doing

 8   live-cam shows with the exclusive Camsoda and live only fans

 9   shows.

10             Why was plaintiff restricted from doing live webcam

11   shows on Camsoda?

12        A    Camsoda was a company we just didn't want any

13   association with.

14        Q    Okay.  That's reasonable.

15             "Doing photo shoots and media appearances with any

16   other individual or entity."  That's the next part under the

17   only fans shows.

18             So from what we've read so far, who are the -- who

19   are the third-party competitors that Vixen was concerned with

20   when Vixen was writing this restriction?  Who are they?

21        A    Brazzers, an example.

22        Q    Okay.

23        A    Adult time.

24        Q    Adult time?

25        A    Adult time.
```

99

1      THE WITNESS:  In comparison to the first agreement, yes,

2   she could shoot with whomever she wanted to.

3

4   BY MS. COHEN:

5      Q    Can you go to Page 3, Section 7.1, under,

6   "Exclusivity and Appearance," 7.1, is entitled, "Of Non

7   Exclusivity of Services."

8           "During the term of this agreement, performer will

9   provide services to producer on a non-exclusive basis.

10  However, performer will afford producer the right of first

11  refusal for performer's first anal scene.  And will not shoot

12  an anal scene with any other producer or company until she

13  has filmed the first anal scene with producer, or the term

14  has expired, whichever is first."

15          Do you understand that?

16     A    Yes.

17     Q    Okay.  Next:  "Additionally, performer will remain

18  exclusive for anal only for three months from the date that

19  producer shoots performer's first anal scene, in order for

20  producer to release and promote the scene."

21          Do you understand this paragraph?

22     A    Yes.

23     Q    Can you explain to me how this means that plaintiff

24  can shoot with whoever she wants?

25     MR. BROWN:  Objection.  Vague.

                                                         116

```
 1        THE WITNESS:  She can shoot with whomever she wants,

 2   aside from an anal scene.  Anal scene is a specific act, not

 3   a person.

 4   BY MS. COHEN:

 5        Q    Okay.  What if she wanted to do an anal scene with a

 6   third-party competitor, that would be restricted her;

 7   correct?

 8        A    We would want the first right of refusal.

 9        Q    So that's correct then?  Is that a "Yes" to my

10   question?

11        MR. BROWN:  Objection.  Vague.

12        THE WITNESS:  Again, first right of refusal is not

13   necessarily a restriction or prohibits her, but we would like

14   to have first right of refusal.

15   BY MS. COHEN:

16        Q    What does that mean to you, first right of refusal?

17        MR. BROWN:  Asked and answered.

18   BY MS. COHEN:

19        Q    In terms of Performance Agreement No. 2, what does

20   first right of refusal mean?  What's the definition?

21        MR. BROWN:  Asked and answered.

22        THE WITNESS:  If she came to us with an offer,

23   opportunity, to shoot her anal scene with another company, we

24   would have the right to accept it, or not, or match that

25   offer.
```

                                                                    117

1    BY MS. COHEN:

2         Q    So when you say "or not," you have the right to

3    disallow plaintiff from doing an anal scene with any other

4    company, with any company other than Vixen first?

5         MR. BROWN:  Objection.  Misstates prior testimony.

6    BY MS. COHEN:

7         Q    Right?

8         A    We should be presented the option to.

9         Q    This gives you the right to refuse to allow

10   plaintiff to do an anal scene with a company other than Vixen

11   before she does it with Vixen; correct?

12        A    Yes.

13        Q    Thank you.

14             And I think this goes more into your expertise being

15   in production.  And with your educational background, this

16   last sentence:  Additionally, performer will remain exclusive

17   for anal early for three months from the date that producer

18   first shoots first anal scene, in order for producer to

19   release and promote the scene."

20             Let me ask you:  Is this -- and again, I don't work

21   in the industry, so please educate me -- is this clause here

22   because Vixen anticipates it will need three months to edit,

23   to do things to edit in post, and come up with the final

24   product?  And in that three-month period, Vixen is

25   redistricting plaintiff from doing anal with anybody else, in

118

1    order to give Vixen time to complete their editing and

2    release the final product.  Is that what this is about?

3        A    Generally, that's a decent summary, where the

4    post-production process and marketing process could take up

5    to three months to release a scene.

6        Q    Okay.  So the prohibition here in the contract is

7    plaintiff can't shoot anal with anybody else for three

8    months?

9        MR. BROWN:  Objection.  Misstates prior testimony.

10   BY MS. COHEN:

11       Q    After the first anal scene is shot with Vixen, to

12   give Vixen time to get their final product out first?

13       A    Yes.

14       Q    Thanks.

15            Okay.  So let's backtrack a little bit to the same

16   exhibit.  Exhibit 12, Performance Agreement No. 2, Page 1,

17   under Section 1, Entitled Engagement.

18            I'll read it out for you:  "Producer hereby

19   performer to act, model, and provide other services to

20   producer for producer's adult motion pictures, and

21   photographs for producer's brands and websites, vixen.com,

22   tushy.com, blacked.com, blackedraw.com, tushyraw.com,

23   deeper.com, and slade.com.

24            "Performer agrees to make herself reasonably

25   available to producer throughout the term of the agreement,

119

1      Q.  Okay.  But if VXN truly believed that it was

2  doing business with Plaintiff's loan-out companies when

3  the contract was drafted -- and again, you're the person

4  most knowledgeable in drafting of the contract -- why

5  isn't -- why weren't Kenzieland LLC or Lola March LLC

6  included as part of the contract?

7      A.  We were doing business with Kenzieland and

8  Kenzie Anne.  That was the collaboration and work

9  relationship throughout this agreement, was

10  collaborating with Kenzieland and Kenzie Anne as the

11  persona, the brand, the business.  That's -- that's the

12  relationship that we -- and the persona of the business,

13  the brand we've collaborated with.

14      Q.  Okay.  When the contract was drafted -- and,

15  again the person you're the person most knowledgeable in

16  drafting of the contract -- why wasn't Kenzieland

17  included in the contract, then?

18      A.  She was not on this date in the first agreement

19  incorporated at that time.

20      Q.  Okay.  What about the second agreement?

21      A.  Mackenzie Thoma AKA Kenzie Anne.

22      Q.  All right.  So you agree, then, that none of

23  Plaintiff's contracts during the claim period mentioned

24  Kenzieland, Lola March LLC or Kenzieland LLC?

25      A.  Within the contract, it does not state those

138

```
 1    LLCs.

 2         Q.  So on what basis are you basing your testimony

 3    that Mackenzie Anne Thoma, Kenzie Anne, is a brand of

 4    these?  Where do you -- how did you come to that -- how

 5    did VXN come to that conclusion?

 6         A.  She had the agent representation which

 7    signified her -- she had the -- her own business,

 8    Kenzieland, which was information that was exchanged to

 9    us from her agent, that she had a Kenzieland persona,

10    Kenzieland business, and that was who we collaborated

11    with.

12         Q.  Okay.  So you keep saying "Kenzieland."  Again,

13    where in any of the contracts does it say that the

14    contract is between Kenzieland and VXN Media LLC -- VXN

15    Group, LLC?

16              MR. BROWN:  Objection.  Asked and answered.

17    Argumentative.

18    BY MS. COHEN:

19         Q.  You keep saying "Kenzieland."  So, I mean,

20    you're saying the company believed that, you know,

21    Kenzieland was, you know, a brand, it came from her

22    agent, that that was the business she was running.  In

23    the drafting of the contract, why isn't Kenzieland a

24    contracting party?

25         A.  In -- in the drafting of the first agreement,
```

                                                        139

```
 1    examples -- if she had to cancel something, give an

 2    alternative date within two weeks, and also she had to

 3    be available for at least ten hours on set?

 4          MR. BROWN:  Objection.  Compound question.

 5    Vague.

 6          THE WITNESS:  That's a lot for me to unpack.  I

 7    mean . . .

 8    BY MS. COHEN:

 9       Q.  We're just talking about restrictions on

10    schedule; right?  There are restrictions on schedule in

11    her contracts?

12       A.  To me, offering the performer to provide us

13    with a date is reasonably flexible where we would abide

14    by a date she would propose to shoot.

15       Q.  Where does it say that?  Where does it say

16    that?

17       A.  "Performer will provide an alternative date."

18       Q.  Performer.  Do you know who the performer is?

19       A.  Yes.

20       Q.  So she's being required to provide an

21    alternative date by when?  By when?

22       A.  Within two weeks.

23       Q.  Within two weeks.  Not at her own discretion;

24    right?

25       A.  Okay.
```

149

# EXHIBIT 50



HOME

# Who's Covered?

  

All performers engaged in a music video are covered by the agreement, including actors, announcers, dancers, models, narrators, singers and stunt performers.
Choreographers and assistant choreographers are covered for purposes of health and retirement contributions only.
Up to ten (10) Background Actors are covered for budgets over $50,000
This agreement does not include instrumental musicians.

Include Step No Step No 1 Sort Order 1

---

## Screen Actors Guild - American Federation of Television and Radio Artists

5757 Wilshire Boulevard, 7th Floor
Los Angeles, California 90036

📞 (855) SAG-AFTRA / (855) 724-2387
✉ info@sagaftra.org

CONTACT US
FAQ
CAREERS AT SAG-AFTRA
ACCESSIBILITY STATEMENT
COPPA POLICY
COPYRIGHT
PRIVACY POLICY/TERMS OF USE
ESPAÑOL

PARTNERS

FOLLOW US

  

© 2024 SAG-AFTRA. All Rights Reserved



HELP CENTER

# EXHIBIT 51

**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (Cal. Bar No. 287811)
*david@tomorrowlaw.com*
Sarah H. Cohen (Cal. Bar No. 330700)
*sarah@tomorrowlaw.com*
Rafael Yedoyan (Cal. Bar No. 351499)
*rafael@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310)438-5555; Fax: (310)300-1705
Attorneys for Plaintiff, MACKENZIE ANNE THOMA,
and on behalf of herself and all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated, | CASE NO: 2:23-cv-04901-WLH (AGRx) |
| Plaintiff, | **DECLARATION OF RAFAEL YEDOYAN** |
| v. | |
| VXN GROUP LLC, a Delaware limited liability company and MIKE MILLER, an individual; | |
| Defendants. | |

DECL. OF RAFAEL YEDOYAN

## <u>DECLARATION OF RAFAEL YEDOYAN</u>

I, Rafael Yedoyan, declare and state:

1.     I am an attorney at law, duly licensed to practice before all the Courts of the State of California and I am an attorney with Bibiyan Law Group, P.C, counsel of record for plaintiff Mackenzie Anne Thoma ("Plaintiff" or "Ms. Thoma") and all others similarly situated and aggrieved. As such, I am familiar with the file in this matter and if called as a witness I could and would competently testify to the following facts of my own personal knowledge.

2.     On December 31, 2024, I accessed the SAG-AFTRA Union website with the following URL:

https://www.sagaftra.org/who%E2%80%99s-covered#:~:text=https%3A%2F%2Fwww.sagaftra.org,health%20and%20retirement%20contributions%20only. A true and correct copy of the page this link leads to is attached to the joint exhibits list as "**Exhibit 50**." Here, SAG-AFTRA states that models qualify for membership in the SAG-AFTRA union.

3.     On December 31, 2024, I accessed one of the websites owned by Defendants. This specific website is dedicated to the individuals that Defendants crown as "Vixen Angels." I accessed this website with the following URL: https://www.vixenangels.com. The website states that Vixen Angels are "iconic artists that break down walls and defy stereotypes." A true and correct copy of the page this link leads to is attached to the joint exhibits list as "**Exhibit 54**".

4.     On December 31, 2024, I accessed the Instagram with the name "vixenofficial." This Instagram account purports to be the "Official Instagram of Vixen." I accessed this Instagram account with the following URL: https://www.instagram.com/vixenxofficial/. On this Instagram account, Defendants contend to be a "Global Entertainment & Lifestyle Brand" that is "In Pursuit of Pleasure." A true and correct copy of the page this link leads to is attached to the joint exhibits list as **"Exhibit 55."**

1
DECL. OF RAFAEL YEDOYAN

5.    On December 31, 2024, I accessed the Threads.com account with the name "vixenofficial." This Threads.com account purports to be the "Official Threads of Vixen." I accessed this Threads account with the following URL: https://www.threads.net/@vixenxofficial. On this Threads.com account, Defendants contend to be a "Global Entertainment & Lifestyle Brand" that is "In Pursuit of Pleasure." A true and correct copy of the page this link leads to is attached to the joint exhibits list as **"Exhibit 56."**

6.    On December 31, 2024, I accessed two websites that linked from Defendants' Instagram, Threads.com, and Twitter accounts. These are websites where Defendants sell merchandise. The two URLs I used to access these websites are as follows:  https://www.vixenangels.com/vixenangels and https://vixenbrand.com. A true and correct copy of the pages these links lead to are attached to the joint exhibits list as **"Exhibit 57."**

7.    On December 31, 2024, I accessed two websites that linked from Defendants' Instagram, Threads.com, and Twitter accounts. These are websites where Defendants sell merchandise. These websites also show that Defendants models, including two individuals who appear as "Vixen Angels," are modeling merchandise that is sold by Defendants. The two URLs I used to access these websites are as follows:  https://www.vixenangels.com/vixenangels and https://vixenbrand.com. A true and correct copy of the pages these links lead to are attached to the joint exhibits list as **"Exhibit 58."**

8.    On December 31, 2024, I accessed the aforementioned websites above. These are websites where Defendants sell merchandise. On the "vixenbrand" website, on the top left of the webpage, there is a dropdown list entitled "women." In the dropdown is a list of clothes sold by Defendants. This includes swimwear, intimates, apparels, and accessories. The URL to this webpage is as follows: https://vixenbrand.com. A true and correct copy of some of the products sold on Defendants website are attached to the joint exhibits list as **"Exhibit 59."**

9.    On December 31, 2024, I accessed the X.com (formerly Twitter.com) account with the name "@VIXEN." This X.com account purports to be the "source on everything VIXEN." I accessed this X.com account with the following URL: https://x.com/vixen. On this X.com account, Defendants have a link to a website they sell merchandise and advertises some of this merchandise. A true and correct copy of the page this link leads to is attached to the joint exhibits list as **"Exhibit 60."**

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 31st of December, at Los Angeles, California.

*/s/ Rafael Yedoyan*
Rafael Yedoyan

# EXHIBIT 52

1          Q      And what would be the reason that you no

2     longer use those platforms?

3          A      The reason to leave a platform is lack of

4     traffic.

5          Q      And when you say "lack of traffic," is it fair

6     to say that you also mean lack of revenue?

7          A      Yes, traffic equates to revenue.

8          Q      Okay.  Which of those platforms generates the

9     most traffic for you?

10         A      Over time it would be OnlyFans.

11         Q      And prior to your work with Vixen how much

12    revenue would you estimate that you made camming in a

13    monthly period?

14         A      Roughly 50,000 a month.

15         Q      And this is prior to your starting to work

16    with Vixen?

17         A      Yes, sir.

18         Q      Okay.  And were you also camming during the

19    time in which you were working with Vixen?

20         A      No, sir because I was asked not to.

21         Q      Who asked you not to?

22         A      That would've been Mike Miller or whoever

23    drafted up my contract with Vixen.

24         Q      Whoever drafted the contract?

25         A      Mh-hmm.

                                                      Page 19

1        Q     And to your awareness, to your knowledge, that

2    was a restriction in your contract that you could not

3    cam on your own behalf?

4        A     It absolutely was.

5        Q     And do you recall there being any negotiations

6    on that point?

7        A     No, sir.  I do not.

8        Q     So I just want to clarify.  Did Mike Miller

9    specifically instruct you that you could not cam while

10   you were under contract with Vixen?

11       A     I am not sure who at Vixen had instructed me

12   not to, but I was not allowed to cam -- make content

13   longer than five minutes solo or with another

14   individual.  So I was restricted in my personal income

15   to be contracted with Vixen.

16       Q     And so because you had that belief, you did

17   not cam the entire time that you were under contract

18   with Vixen; is that correct?

19       A     Yes.

20       Q     Okay.  So before when I asked you about your

21   reasons for entering into the adult entertainment space,

22   you declined to answer that question.  Is there a reason

23   in comparison to the mainstream modeling industry that

24   you were in, is there a reason that you -- let me

25   rephrase this question.

                                             Page 22

1    We are on the record.

2              THE OFFICER:  Counsel, before we went off

3    the record, your previous question was, "It's correct

4    that you were in the mainstream modeling business prior

5    to adult entertainment; is that correct?"

6              MR. BROWN:  Okay.

7    BY MR. BROWN:

8         Q    Let's transition.  You said before that prior

9    to your working with Vixen, you were camming; is that

10   correct?

11        A    Yes.

12        Q    And was camming the main source of your income

13   at that time?

14        A    No, it was not.

15        Q    So there was another source of income that was

16   generating more than 50,000 per month for you besides

17   camming?

18        A    At the time I had various jobs.  I actually

19   was also a hairdresser, but I was hired for many

20   modeling jobs, commercials, etcetera.

21        Q    Okay.  What kind of modeling jobs?

22        A    Clothing brands.  I did a lot of wholesale

23   clothing.  I'd worked with Playboy, with Penthouse.

24        Q    Okay.  And so that work, the mainstream

25   modeling for clothing brands, the modeling for Playboy

                                              Page 25

1     and Penthouse generated more than 50,000 per month for

2     you?

3          A     At the time things were not always consistent.

4          Q     And were they inconsistent on the camming

5     side, or were they inconsistent on the modeling side?

6          A     The reason I'm having a hard time answering

7     that is because the modeling part of it was -- I guess

8     can you rephrase the question?

9               THE WITNESS:  What is happening on here

10    now?

11              MR. BROWN:  Are we good?

12    BY MR. BROWN:

13         Q     Just to clarify.  Prior you stated that you

14    were making around -- prior to working with Vixen you

15    were making around $50,000 a month via camming.  And I

16    asked you if that was your main source of income prior

17    to working for Vixen.

18         A     I would say that both were equally sources of

19    income.

20         Q     So you made roughly $50,000 per month modeling

21    just as you made roughly 50,000 a month in camming?

22         A     The answer would be sometimes for both.

23         Q     Sometimes in modeling you would pull down

24    $50,000 a month, sometimes in camming you would pull

25    down $50,000 a month?

                                        Page 26

1        A    I don't understand that question.

2        Q    You said that they were limited.  What did you

3   mean by limited?

4        A    Why would Vixen limit the money I couldn't

5   make --

6        Q    Let me rephrase.  Let me rephrase.  So you

7   said that the contract with Vixen prohibited you from

8   camming on your own behalf; is that correct?

9        A    Yes.

10       Q    And you said that you were okay with entering

11  into a contract with Vixen that would restrict you

12  camming because there were other aspects of those

13  streaming platforms that you could utilize; is that

14  right?

15       A    Yes.

16       Q    What other aspects of those cam sites did you

17  utilize?

18       A    The messaging system.

19       Q    Can you explain how that works?

20       A    Each site runs a little differently.  So the

21  answer is not straightforward.  They're locked messages,

22  locked wall posts, subscriptions.

23       Q    Okay.  And your contract with Vixen did not

24  prohibit you from engaging in those aspects of the cam

25  sites?

                                              Page 28

Litigation Services
A Veritext Company                        www.veritext.com

```
 1     BY MR. BROWN:

 2         Q    You testified -- is it correct that you

 3     testified earlier that although the contract -- you

 4     understood that the contract with Vixen restricted your

 5     ability to cam, that there were other aspects of those

 6     platforms that you were able to use?

 7         A    Yes, there were some aspects of the websites I

 8     was allowed to use.

 9         Q    And which aspects of those platforms did you

10     use?

11         A    It was limited, but it was messaging and

12     posting locked content, which I was not allowed to

13     exceed five minutes or have another person in the video

14     with me.

15         Q    Who communicated the restriction on the length

16     of content that you were able to post to five minutes?

17         A    I can't remember.

18         Q    Do you recall a specific conversation in which

19     that was communicated to you?

20         A    It was something that was in conversation, not

21     in -- I guess while we put the contract together.  So

22     there are things that had been said for multiple people

23     and I'm not sure where the source was, whether it was

24     Miller or Moz.

25         Q    And when you say "Moz," you mean Mike Moz?
```

Page 35

1     Q     Did you have career goals in mind?

2     A     I had an idea of what I wanted, such as

3    campaigns for companies I wanted to be a part of.  It --

4    it was more of just an idea of getting -- the goals are

5    -- are vague because they come and go with who you're

6    around.

7     Q     Can you recall at the time that you decided to

8    begin performing sex acts on camera for adult

9    entertainment studios what your goals were?

10    A     At the time it was sexual liberation.

11    Q     And what do you mean by "sexual liberation"?

12    A     I mean I wanted to have sex on camera.

13    Q     During your time working for adult

14    entertainment studios, did you view yourself as typical

15    amongst other performers?

16              MS. COHEN:  Objection.  Vague.

17    A     Yes, I did.

18    Q     Why did you view yourself as typical amongst

19    other performers?

20    A     Because I didn't know any better.

21    Q     Do you know better now?

22    A     No, I don't.

23    Q     Is there anything about you in comparison to

24    other adult performers that you consider unique?

25    A     That's such a vague question.  My name is

Page 39

1      Q    Did anyone else besides Sid Vision or Dave

2   Rock or Ryan Kona influence you to bring this lawsuit?

3      A    Yes, Vixen.

4      Q    What's your relationship with Chris Applebaum?

5      A    I have known Chris Applebaum -- I was probably

6   22, 23.  He is the owner of a website called Eats.  It's

7   just sexy girls eating food, and I had worked with him a

8   lot.

9      Q    How'd you first meet him?

10     A    For a shoot where I ate ice cream.

11     Q    And how did you come to be on that shoot?

12     A    Through Instagram.

13     Q    So did he see you on Instagram and solicit you

14   to come for that shoot, or did it work the other way

15   around?

16     A    I don't remember.

17     Q    Around what time would that have been?

18     A    I mean the timeline of me being 22, my early

19   twenties, I guess maybe like 2016.

20     Q    Okay.  Who directed your first scene with

21   Vixen?

22     A    Chris did under the name of Halston.

23     Q    And did you play any part in Chris Applebaum

24   being the director for your first Vixen scene?

25     A    I am not sure.

Page 58

1          Q      Always?

2          A      Yeah.

3          Q      Did you ever read a script, and you didn't

4    like it?

5          A      Yes.

6          Q      What would you do if you didn't like the

7    script?

8          A      I would try to suggest something different to

9    be done to whoever was directing that day.

10         Q      Would you suggest it to them in an email or a

11   phone call or when you got to set?

12         A      When I got to set.

13         Q      Was any director ever receptive to the changes

14   that you wanted to make to the scripts?

15         A      Typically, no.  They were always set in how

16   they wanted things done.

17         Q      Did they listen to your complaints?

18         A      If I said things out loud, I think there were

19   ears listening, yes.

20         Q      Were you ever forced to like reshoot a scene

21   because the director didn't like your performance on a

22   certain scene?

23         A      I had been -- do you mean in the case of

24   leaving and coming back?

25         Q      I mean in the case of -- for example, they

                                                      Page 96

```
 1        Q    Why did you go to Joshua Tree?

 2        A    To shoot for like 15 hours unpaid and burn my

 3   feet off.

 4        Q    Did you have any input in the decision to go

 5   to Joshua Tree?

 6        A    I had some input in how I wanted the photos to

 7   look.

 8        Q    Did you suggest a location in Joshua Tree?

 9        A    No.

10        Q    No?

11        A    No.

12        Q    Do you know whose idea it was to have a shoot

13   in Joshua Tree?

14        A    It would've been -- I'm not really sure,

15   honestly.  There's a lot of people involved on that

16   shoot.

17        Q    Did you ever indicate to anyone that you

18   wanted to go to Joshua Tree?

19        A    No.  I hate the desert.

20        Q    How did you get there?

21        A    I drove in my car.

22        Q    Did you go with anybody else?

23        A    I went with a stylist named Haley Camille.

24        Q    And did you have any input on the actual

25   location of this production in Joshua Tree?
```

Page 99

1       A    I'm going to answer this for the third time.

2  No, I did not.

3       Q    Let me be more specific.  Did you have any

4  input on the building that the production took place in?

5       A    They showed me a picture of a cool building

6  and I said, "That's cool."

7       Q    Okay.  Did you weigh in -- or was your opinion

8  asked for the artistic direction or creative direction

9  in connection with that shoot?

10      A    As a model I am expected to perform the

11  creative direction that I see with a photographer.  That

12  relationship, when something works, a pose works, when

13  lighting is pretty, when I know my good angles, to that

14  degree, yes.

15      Q    What about prior to actually doing the work,

16  would you have any input as to the way you wanted it to

17  look prospectively?

18      A    They showed me a couple different styles,

19  which was like, they had like a mockup of what would be

20  like a mood board, I guess you could say.  And they had

21  me select my favorites.

22      Q    Okay.  Did you have any input in the wardrobe

23  that you wore that day?

24      A    No, because it was a Vixen branded wardrobe.

25  So everything I wore had Vixen on it.

Page 100

1          A     Really closely after Kenzieland.  I had

2     realized that there's a lot of personal information when

3     you have an LLC and that it should not be related to

4     your business.  So I had -- a lawyer at the time advised

5     me to get a new LLC and sort of just stop using

6     Kenzieland.

7          Q     And so what was the purpose behind forming

8     Lola March, LLC?

9          A     The safety of where I lived and where I

10    regulated.

11         Q     I see.  So you wanted to use Lola March, LLC

12    as a buffer between your personal information and

13    business?

14         A     Yes.

15         Q     And what did Lola March, LLC do?

16         A     It served as a method for people to pay me so

17    I could do my taxes as an independent contractor.

18         Q     Are you familiar with the term "loan out

19    company"?

20         A     No.

21         Q     Okay.  Is Lola March still active?

22         A     Yes.

23         Q     Did Lola March to your knowledge file a

24    separate tax return?

25         A     Yes.

Page 127

Litigation Services
A Veritext Company                    www.veritext.com

1          You can answer.

2               THE WITNESS:  I did answer.  You were

3     talking over me.

4               I said, yes.  That is how I was directed

5     by multiple people on set.

6     BY MS. COHEN:

7          Q    Okay.  So when you first arrived on set, what

8     was -- can you just in general, or on an average day

9     that you would arrive on scene, what was one of the

10    first things that Vixen or a director or Mike Miller

11    instructed you to do?

12              MR. KANE:  I'm going -- objection.  Vague

13    and ambiguous and compound.

14         A    When I got to set, I was requested to get into

15    hair and makeup and was typically given my script or the

16    contract, W-9 for the day.

17         Q    Okay.  And once your hair and makeup were done

18    and you reviewed your script, would you go immediately

19    to start performing the scene, or was there something

20    that was required of you first before the filming began?

21         A    There was never -- I never went straight into

22    a scene.  I always had like six hours of photo shoots,

23    which didn't typically involve the scene.  Sometimes it

24    was split, but I'd be put in Vixen merchandise and shot

25    for their graphic tee brand, like panties, bra, whatever

                                        Page 145

```
 1    else.  And then later on moved into what could

 2    potentially be my -- my set wardrobe.  Sometimes it

 3    wasn't, sometimes it was just extra promo for Vixen.

 4    Eventually, I want to say six, seven hours down the line

 5    is when we would start filming sex.

 6        Q    Okay.  Six, seven hours.  So would you say it

 7    was anywhere between six and seven hours before you even

 8    got to any of the actual acting?

 9        A    Yes.

10        Q    Okay.  And then on average, how long would the

11    acting last in comparison to everything else you had to

12    do?

13        A    Script run through was always like an hour.

14    Sex was less than an hour.

15        Q    Okay.  So out of approximately like an

16    eight-hour day, only one hour was the actual acting?

17        A    Yes, except that it was way longer than eight

18    hours.

19             MR. KANE:  Just object to leading

20    question but go ahead.

21    BY MS. COHEN:

22        Q    So earlier in your testimony, I think there

23    was a little bit of a dispute over what you would

24    consider adult entertainment.  Is that correct?

25        A    Yes.
```

Page 146

```
 1              MR. KANE:  Objection -- object to

 2      relevance, but.

 3              THE WITNESS:  No, they did not.

 4      BY MS. COHEN:

 5         Q    Okay.  So going back to the specific

 6      instructions that were given to you that we were

 7      discussing earlier regarding the control over the

 8      scenes, your outfit, the timing of the scenes, your hair

 9      color, your nail color, all the personal grooming

10      requirements.  In relation to that, what about your

11      sexual partners during the scene?  So my question is,

12      did you have any freedom of choice as to who your sexual

13      partners would be during the scenes?

14         A    Only for my first two scenes I got to choose

15      my partners I performed with.

16         Q    Okay.  But other than those two scenes, those

17      were completely selected and controlled by Vixen?

18         A    It was so much in fact that my agency actually

19      had a no list.  And when I had showed up to a shoot in

20      Turks and Caicos, somebody was on -- who was on my no

21      list was performing with me, and I was given no option

22      to not perform with him.

23         Q    Did you object when you realized that the

24      person on the no list was the person on the scene at

25      Turks and Caicos?  Did you object?
```

Page 150

1          A     Yes, I did.

2          Q     And what was the result of that?  Did Vixen

3     give you the opportunity to not perform the scene?

4          A     No.  In fact, they tried to convince me it was

5     the -- I was not thinking of the right person when I had

6     the man's name and photo in front of me.

7          Q     Okay.  And ultimately because of those actions

8     of Vixen, would you say -- what happened?  Did you

9     perform the scene with that person that was on the no

10    list?

11         A     I did perform with him.

12         Q     So I just want to ask you a couple of

13    questions about the LLCs that were discussed earlier.

14    So earlier Mr. Brown had asked you about Kenzieland, do

15    you recall?

16         A     Yes.

17         Q     Okay.  Was Kenzieland ever an LLC?

18         A     Kenzieland became an LLC after I became a

19    Vixen contract star.  I --

20         Q     Sorry, I didn't hear the middle of that.

21         A     So Kenzieland became an LLC after I had become

22    a Vixen contract star.  I ran Kenzieland my business --

23    I ran Kenzieland my business without an LLC because I

24    didn't know any better and it was recommended to me to

25    continue to work to have an LLC.  And that was where

Page 151

Litigation Services
A Veritext Company                    www.veritext.com

```
 1    Kenzieland, LLC was created.  And the Lola March
 2    happened afterwards to protect my personal information
 3    for Kenzieland.
 4         Q    So you created Kenzieland before it was just
 5    the brand, not an LLC, it became an LLC while you were
 6    contracted with Vixen?
 7         A    Yes.  Yes.
 8         Q    Okay.  Did Vixen require you to maintain an
 9    LLC in order to get paid for your work?
10         A    They -- Vixen had told Dave Rock and Ryan Kona
11    to advise me to get an LLC for payment or I couldn't
12    work.
13         Q    Okay.  So if you wanted to perform work for
14    Vixen, you had to have these LLCs?
15         A    Yes.
16              MS. COHEN:  Okay.  I don't have any more
17    questions.
18              Counsel.
19                        EXAMINATION
20    BY MR. KANE:
21         Q    Good afternoon.
22         A    Good afternoon.
23         Q    My name is Brad Kane.  I also represent the
24    defendants in this action.  And you mentioned a few
25    minutes ago that Mike Miller had ideas about the scene;
```

Page 152

# EXHIBIT 53



| Vendor No. | 00-0000467 | Quickbooks ID | | | | | |
| Name | Mackenzie Anne Thoma | | | | | | |
| 1. Main | 2. Additional | 3. Statistics | 4. Summary | 5. History | 6. Invoices | 7. Transaction |

| Invoice No. | Inv Date | Inv Due Date | Curr | Amount | Balance | Comment |
|---|---|---|---|---|---|---|
| 071522 | 7/15/2022 | 7/15/2022 | USD | 5,000.00 | 0.00 | 7/15 Kenzie Ann |
| 052322 | 5/23/2022 | 5/23/2022 | USD | 1,500.00 | 0.00 | 5/23 Kenzie Anne |
| 040322 | 4/3/2022 | 4/3/2022 | USD | 5,000.00 | 0.00 | 4/3 Kenzie Anne |
| 121121 | 12/11/2021 | 12/11/2021 | USD | 4,000.00 | 0.00 | 12/11 Kenzie Anne |
| 121121ADJ | 12/11/2021 | 12/11/2021 | USD | 1,000.00 | 0.00 | 12/11 Kenzie Anne (Add on short pay) |
| 103021 | 10/30/2021 | 10/30/2021 | USD | 5,000.00 | 0.00 | 10/30 Kenzie Anne |
| 072921 | 7/29/2021 | 7/29/2021 | USD | 3,100.00 | 0.00 | 7/29 Kenzie Anne |
| 072821 | 7/28/2021 | 7/28/2021 | USD | 1,500.00 | 0.00 | 7/28 Kenzie Anne |
| 062921 | 6/29/2021 | 6/29/2021 | USD | 1,500.00 | 0.00 | 6/29 Kenzie Anne |
| 050621 | 5/6/2021 | 5/6/2021 | USD | 3,500.00 | 0.00 | 5/6 Kenzie Ann |
| 050521 | 5/5/2021 | 5/5/2021 | USD | 190.00 | 0.00 | 5/5 Kenzie Anne: Testing Reimbursement |
| 050521DIAL... | 5/5/2021 | 5/5/2021 | USD | 500.00 | 0.00 | 5/5 Mackenzie Thoma |
| 040121 | 4/1/2021 | 4/1/2021 | USD | 3,000.00 | 0.00 | 4/1 Kenzie Anne |
| 022721 | 2/27/2021 | 2/27/2021 | USD | 15,000.00 | 0.00 | 2/27 Kenzie Anne |
| 120920 | 12/9/2020 | 12/9/2020 | USD | 10,000.00 | 0.00 | 12/9 Kenzie Anne |

CONFIDENTIAL
**VXN0016**

# EXHIBIT 54

# VIXEN ANGEL

VIXEN has chosen iconic artists that break down walls and defy stereotypes. Women with incomparable charisma that inspire women around the world with their passion and strong personalities. Discover their incredible personalities through their exclusive Vixen Angel shoots, and behind the scenes.

**VIEW ALL VIXEN ANGELS**

# EXHIBIT 55

# Instagram



**vixenxofficial** ☑

Follow    Message    •••

**1,103 posts**    **2.7M followers**    **483 following**

**VIXEN**

🧵 vixenxofficial

Brand

In pursuit of pleasure. Official Instagram of VIXEN, a Global Entertainment & Lifestyle Brand

🔗 **vixenangels.com** **+ 1**











🇫🇷 VA PARIS    ⚾ WORLD ...    🍔 F.S.F.    🇮🇹 VA ITALY    🚨 RED LIGHT    ⚾ LA DOD...    OC FAIR

Log In    Sign Up

# EXHIBIT 56



**vixenxofficial**

# VIXEN

vixenxofficial · threads.net



In pursuit of pleasure. Official Threads of VIXEN, a Global Entertainment & Lifestyle Brand

224K followers · vixenbrand.com

 

# EXHIBIT 57

Page 651 of 857 _ Joint MSJ Appendix

# VIXEN

*Angel*

HOME    VIXEN ANGELS    BLOG    SHOP



# EXHIBIT 58

CLICK HERE TO SHOP VIXEN ICON COLLECTION, AVAILABLE NOW!!    ×

HOME    VIXEN ANGELS

BLOG    SHOP

# VIXEN
*Angel*



EVE SWEET

AGATHA VEGA

## NEWEST VIXEN ANGELS
## EVE SWEET & AGATHA VEGA



## VIXEN ANGEL

VIXEN has chosen iconic artists that break down walls and defy stereotypes. Women with incomparable charisma that inspire women around the world with their passion and strong personalities. Discover their incredible personalities through their exclusive Vixen Angel shoots, and behind the scenes.

**VIEW ALL VIXEN ANGELS**

## Follow : @vixen



## DON'T MISS OUT

Sign up for exclusive content & special announcements

| Email Address | | SIGN UP |
|---|---|---|

Instagram    Contact    Privacy

VIXEN



SHOP BLACKED





Case 2:13-cv-04901-WLH-AGR    Document 133-5    Filed 01/10/25    Page 75 of 119 Page ID #:5276

# EXHIBIT 59



**VIXEN ONE PIECE SWIMSUIT**
$30.00 $60.00

**VIXEN ONE PIECE SWIMSUIT**
$30.00 $60.00

**VIXEN SPORTS BRA**
$12.50 $25.00

**VIXEN BIKER SHORTS**
$14.00 $28.00

# VIXEN



SALE



SALE



SALE



SALE

**VIXEN JACQUARD SWIM ONEPIECE**
$25.00 $50.00

**VIXEN JACQUARD SWIM TOP**
$15.00 $30.00

**VIXEN JACQUARD SWIM BOTTOM**
$15.00 $30.00

**VIXEN OG SWIM TOP**
$15.00 $30.00

SALE



SALE




SALE



SALE





Search









**VIXEN ICON BRALETTE**
$45.00

**VIXEN ICON THONG PANTY**
$45.00

**VIXEN ICON BRALETTE**
$45.00

**VIXEN ICON THONG PANTY**
$45.00









# EXHIBIT 60







# VIXEN 🟡

@VIXEN

The official source on everything VIXEN | Follow and sign up for notifications! 🔔 |
Shop our merch at vixenbrand.com

💼 Movie Studio    📍 Los Angeles, CA    🔗 vixen.com    📅 Joined February 2016

**220** Following    **506.5K** Followers

Not followed by anyone you're following



**Blacked Sports Bra - XS /...**

$35.00



**Blacked Tho...**

$35.00

# EXHIBIT 61

**From:** ████ Moz
**Subject:** FWD: VMG Destination Shoots - Emily Willis & Kenzie
**Date:** February 7, 2022 at 11:51 AM
**To:** Mike ████████████  Steve ████████████

---------- Forwarded message ----------
From: **Ryan Kona** <ryan@motleymodels.com>
Date: Wed, Feb 2, 2022 at 7:45 AM
Subject: Re: VMG Destination Shoots - Emily Willis & Kenzie
To: Jana
CC: Julia ████████████████  Julia ████  ████████████  ████ Moz ████████████

████████

Ryan Kona
Talent Agent
702-528-5980
Ryan@motleymodels.com

## From: Jana ████████████████████
## Sent: Wednesday, February 2, 2022 7:43:33 AM

## To: Ryan Kona <ryan@motleymodels.com>
## Cc: Julia ████  Julia ████████████████████
## ████ Moz ████████████  - Emily Willis & Kenzie

Ok thank you – and LAX is the airport of departure and return for both , correct ?

Jana

On Wed, Feb 2, 2022 at 10:23 Ryan Kona <ryan@motleymodels.com> wrote:
Business class is preferred but since you are paying for travel they can do economy

Ryan Kona
Talent Agent
702-528-5980
Ryan@motleymodels.com

## From: Jana ████████████████████
## Sent: Wednesday, February 2, 2022 7:18:20 AM

## To: Ryan Kona <ryan@motleymodels.com>
## Cc: Julia ████████████████████
## ████ Moz ████
## Subject: Re: VMG Destination Shoots - Emily Willis & Kenzie

Good morning Ryan,

Wanted to check if for models they require business class travel or if economy is ok ?

Thank you very much ,

Jana

On Tue, Feb 1, 2022 at 19:40 Ryan Kona <ryan@motleymodels.com> wrote:
Please reach out to us in regards to any information that is needed prior to their travel date and will coordinate contact info with driver, crew etc right before they leave

Ryan Kona
Talent Agent
702-528-5980
Ryan@motleymodels.com

## From: Jana ████████████████
February 1, 2022 4:34:12 PM

**To:** Ryan Kona <ryan@motleymodels.com>
**Cc:** Julia ███████████████████████
███ Moz ████████████████
**Subject:** Re: VMG Destination Shoots - Emily Willis & Kenzie

Thank you very much for the passports .

If you could also kindly share the girls phone numbers , so I can reach out to them with everything else we need them to be prepared for, including full tests , COVID tests , need to check if they are vaccinated , have their nails done short and nude , bring second ID for signing documents, plus of course coordinate the travel , help them find their way at the airport and organize pick up upon arrival, be in touch regarding any possible flight delays.
We have our driver who would pick them up from the airport upon arrival.
A lot of planning goes into these travel productions:)

Kind regards,

Jana ████

On Tue, Feb 1, 2022 at 19:17 Ryan Kona <ryan@motleymodels.com> wrote:
> Hey Jana,
>
> Here's their passports
>
> Ryan Kona
> Talent Agent
> 702-528-5980
> Ryan@motleymodels.com

**From:** Jana ████████████████████████
**Sent:** Tuesday, February 1, 2022 11:15:42 AM

**To:** Ryan Kona <ryan@motleymodels.com>
**Cc:** Julia ████████████████████████████████
███ Moz ██████████████████
**Subject:** Re: VMG Destination Shoots - Emily Willis & Kenzie

Hi Ryan,

We would like to proceed arranging the flights for the models , can I please have their phone number so I can reach out and ask for the passport photo , and we can coordinate the travel.

Thank you

Jana

On Mon, Jan 31, 2022 at 17:33 Ryan Kona <ryan@motleymodels.com> wrote:
> 100 for each scene
>
> Ryan Kona
> Talent Agent
> 702-528-5980
> Ryan@motleymodels.com

**From:** Jana ████████████████████████
**Sent:** Monday, January 31, 2022 2:32:00 PM

**To:** Ryan Kona <ryan@motleymodels.com>
**Cc:** Julia ████████████████████████████
████ Moz ████████████████████████
**Subject:** Re: VMG Destination Shoots - Emily Willis & Kenzie

Ok got it , may we know what the agency fees are ?

Thank you
Jana

CONFIDENTIAL

On Mon, Jan 31, 2022 at 17:26 Ryan Kona <ryan@motleymodels.com> wrote:
They do not

Ryan Kona
Talent Agent
702-528-5980
Ryan@motleymodels.com

---

**From:** Jana ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Monday, January 31, 2022 2:19:23 PM

**To:** Ryan Kona <ryan@motleymodels.com>
**Cc:** Julia ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ Moz ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: VMG Destination Shoots - Emily Willis & Kenzie

Thank you , do these rates include agency fees as well ? So we can budget accordingly

Best,

Jana

On Mon, Jan 31, 2022 at 15:52 Ryan Kona <ryan@motleymodels.com> wrote:
Emily rates are as follows:

BGG 2200
BBGGA 3k

Kenzie has a contracted rate with Vixen 5k per scene regardless of what it is

Ryan Kona
Talent Agent
702-528-5980
Ryan@motleymodels.com

---

**From:** Jana ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, January 31, 2022 5:50:31 AM

**To:** Ryan Kona <ryan@motleymodels.com>
**Cc:** Julia ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ Moz ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: VMG Destination Shoots - Emily Willis & Kenzie

Thank you for confirming the dates , could you kindly also confirm the rates for each model for the scenes proposed ?

Kind regards,
Jana

On Sun, Jan 30, 2022 at 16:56 Ryan Kona <ryan@motleymodels.com> wrote:
Yes those dates are good

Ryan Kona
Talent Agent
702-528-5980
Ryan@motleymodels.com

---

**From:** Jana ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Sunday, January 30, 2022 1:46:50 PM
**To:** Ryan Kona <ryan@motleymodels.com>
**Cc:** Julia ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮ Moz ▮▮▮▮▮▮▮▮▮

**Subject:** Re: VMG Destination Shoots - Emily Willis & Kenzie

Hi,

Not sure I understand - we are waiting to hear back if the dates we gave you for Emily and Kenzie are good for them to travel on :)

We would like to have their availability confirmed.

Thank you ,

Jana

On Sun, Jan 30, 2022 at 16:40 Ryan Kona <ryan@motleymodels.com> wrote:
Juse wanted to follow up with you that Dates for Kenzie and Emily work

Ryan Kona
Talent Agent
702-528-5980
Ryan@motleymodels.com

**From:** Jana ████████████████████████████
**Sent:** Saturday, January 29, 2022 5:49:00 AM

████████████        >
**Cc:** Julia ████████████████        Ryan Kona
<ryan@motleymodels.com>
**Subject:** Re: VMG Destination Shoots - Emily Willis & Kenzie

Hi Ryan!

And nice to virtually meet you.

Previously Norbert was arranging the booking for Julia , I will be staying in communication from now on :)

Emily Willis had previously worked with Julia twice already and we are looking forward to having her back on our production.

We would need Emily to travel to Dominican Republic on 28th of February (latest March 1)
Earlier is better so she can rest up and adjust to local time.
She would have a scene on March 2, for Vixen BGG, with Eve Sweat (contract model for vixen) and Christian Clay.
Next scene on March 4 will be Tushy, BBGG-A anal scene with Stefany Kyler, Christian Clay and Alberto Blanco.
If possible her return should be on March 6, as there are many unpredictable conditions such as weather or other models
having issues which would require us to have some more time to finish everything, photos and story parts.
Please would you kindly confirm her rates for both Vixen and Tushy scenes.

For Kenzie
Scenes are in Turks & Caicos
We would like to have her flying in on March 25th (latest 26)
She will have a Tushy anal scene on 27th March with Liya Silver and Christian Clay.
Next scene is on 28th of March , Blacked BBG with Aaron Rock and Jack Rippher.
She can fly out on 29th of March.
Please kindly confirm her rates for these scenes.

Our production is taking care of accommodations, air port pick ups, we have our own chef preparing meals all day everyday.

If there are any dietary restrictions please kindly let us know.

Once the availability and rates are confirmed, we would like to proceed with booking the flights as soon as possible - We can send you some flight options first.

Please let me know if you have any further questions.

Kind regards,

Jana ████

On Fri, Jan 28, 2022 at 16:25 ████ Moz ████████████ > wrote:

Ryan

Let me introduce you to Julia Grande & Jana from our European Production Team.

I told you about an upcoming trip we are planning, we would like to have both Emily Willis & Kenzie be a part of.

Julia & Jana will coordinate all aspects of the booking including:

- Testing Requirements
- Travel
- Accommodations
- Meals
- Type of shoot(s)
- Rates
- Wardrobe
- Performer Payment
- Agency fees

Looking forward to working on this, please let me know if I can be of any assistance.


Respectfully,

CONFIDENTIAL

# EXHIBIT 62





VIXEN x EATS KENZIE DEBUT

The style of this very high-end luxury art porn fuses a sophisticated, elevated look with Kenzie's insatiable desire for pleasure, very explicit sex, and making bodies look like the slickest, shiniest car commercial trapped inside a music video. While this is the Fantasy, the Vixen brand always has a story to set everything up. I think Kenzie's real-life story is great - simultaneously a fashion model and secret cam girl - until she decided one day to say fuck it and just shoot porn. I imagine a set up where (hypothetically) Gianna and Naomi are getting ready for an elegant event (award show), wearing evening gowns. Chic. Yves Saint Laurent vibes. Red lips. Glossy red nails. Naomi's friend Kenzie is going to pick them up in her Uber Black so they can all go to the event together. Since Gianna hasn't met Kenzie yet, she asks Naomi to tell her a little more about her. Naomi takes out her phone and shows her Kenzie's Instagram, explaining that she wants to get into porn and it will be fun for two pro's to give her advice. As the doorbell rings, Gianna asks (not in a bitchy way) if she's got what it takes to really make it. After all, it's not all about good looks...

Kenzie enters and the three look gorgeous together. "So this is the fashion model that wants to do porn?" Gianna asks. Let's just say that they leave the Uber in the driveway for the next hour as Gianna and Naomi initiate Kenzie to see if she's got what it takes. This is a set up to have Kenzie need to "prove" herself to both Gianna and Naomi. I want to infuse an element of the Spectacular so this is the Superbowl of G/G films. What I'm talking about are a lot of interesting, super fetish-y set-ups to constantly excite viewers. I imagine the sex to have a tinge of Andrew Blake...high heels and pearl necklaces stay on the whole time. One of the girls may simply hike up her dress but leaves it on. Kenzie ravages Gianna and Naomi in impressive fashion but the initiation isn't complete. The girls need to see how far this fashion model will take it. Gianna and Naomi brandish dildos, Kenzie shows them her impressive skills at blow jobs, and the two treat Kenzie to a dildo double-penetration in a final, memorable scene. In a perfect world this would be done with Kenzie standing, her hands steadying her while she holds onto a chandelier. We can work on this more if this isn't a possibility, but whatever the art direction, it should be clear to everyone by the end of this scene that Kenzie is certainly ready for the big stage...



*Eats*



VIXEN MOOD BOARD

I put together a mood board for both Vixen and Blacked with the Look & Feel + some key shot ideas. A couple of these things can be revised/massaged based on logistics, costs, etc. Please consider the following as suggestions, a springboard to work from…

*Eats*

017300







017301

CONFIDENTIAL

















12:07

MISSKENZIEANNE
**Posts**

misskenzieanne ...

VIXEN

View insights                    Boost post

♡ 7,045    💬 124    ⊘ 2

Liked by **leahfitzsimmons** and **others**
**misskenzieanne** New new with @vixenxofficial coming this Friday 😍😍💋

View all comments

**vladaisafox** Soo cute                    ♥

**makeupbyjpablo** This. @misskenzieanne 👏🏻👏🏻    ♥

December 13, 2021



EXHIBIT

9



EXHIBIT

10

**From:** Mike Miller 🚩
**Subject:** Fwd: BLACKED 🔴 KENZIE ANNE DEBUT 🔴
**Date:** August 19, 2024 at 1:58 PM
**To:** Emilie

---------- Forwarded message ---------
**From: BLACKED.com** ✔ <                >
Date: Sat, May 22, 2021 at 2:56PM
Subject: BLACKED 🔴 KENZIE ANNE DEBUT 🔴
To:                     >



CONFIDENTIAL









EXHIBIT

2



EXHIBIT

3

EXHIBIT

4

# EXHIBIT 63

## Vixen Angel - Kenzie Anne -

| Tasks | Assigned To | Amount: |
|---|---|---|
| Invisible House - J tree | Steph | $6,782.00 |
| Ruby Rental - Accessories | Haley | $1,000.00 |
| Props/equipment | Mark | $441.00 |
| Airbnb for night before | Steph | $1,331.00 |
| Food and misc supplies | Steph | $438.26 |
| **CREW** | | |
| Kenzie | Confirmed | $0.00 |
| Ashley - AJK - Photo | Confirmed | $2,000.00 |
| Lex - Video | Confirmed | $2,500.00 |
| Zaccary ▉▉▉ - Lex pa | Confirmed | $0.00 |
| HMUA - Mel | Confirmed | $650.00 |
| Steph - Art | Confirmed | $0.00 |
| Matt - Creative | Confirmed | $0.00 |
| Haley - Stylist | Confirmed | $0.00 |
| Braxton - Stylist | Confirmed | $0.00 |
| | **Total:** | **$15,142.26** |

| | | |
|---|---|---|
| Provide transportation to Braxton and wardrobe | | x |
| Spf | | x |
| Umbrellas | Steph | X |
| Crafty | | |
| Reflectors | | |
| Hose | | |
| Polaroid camera and film | Steph | X |
| Angel necklace | | |
| silk robe/slippers | | X |
| Large Cooler and ice | | |
| Mark lighting kit | | |
| Silk? 10 x 10 | | |
| shiny board reflectors on a stand | | |
| trash bags | | |
| broom | | |
| towels for pool | | |
| toilet paper | | |

CONFIDENTIAL

## Shoot - Sept 8

**Notes:**

| | |
|---|---|
| 41d4e1000e873af9 | 8198 Uphill Road, Joshua Tree, CA 92 |
| | |
| | |
| &source_impression_id=p3_1630434407_7E7%2F | 61424 Latham Trail, Joshua Tree, CA 92252, L |
| | |
| | |
| Ashlee ███████ | |
| Lexington ██████ | |
| | |
| | |
| | |
| | |
| | |
| | |

000311

CONFIDENTIAL

**KENZIE ANNE - ANNOUNCMENT - SEPT 26, 27 & 28**

| ANGELS | | | |
|---|---|---|---|
| KENZIE ANNE | | | |
| SCARLIT SCANDAL | | | |
| AMIA MILEY | | | |
| RILEY STEELE | | | |
| NATALIA STARR | | | |
| MIA MALKOVA | | | |
| **CONTENT TEAM** | | **Days / Submit** | **Rate** |
| AZZY | HMUA | 1 | $650.00 |
| KEVIN | PHOTO/VIDEO | 1 | $2,800.00 |
| ROB | | 1 | |
| MAEGAN | | | |
| Steph | | | |
| Mal | | | |
| Mark | | | |
| Sean | | | |
| KATHERINE | | | |
| ANNOUNCEMENT | | | |
| VENUE | HOTEL  (XYZ) | 1 | $1,976.45 |
| VIXEN GIRLS | | 3 | $500.00 |
| VIXEN GIRLS ACTVATION | | | |
| FOOD & BEVERAGE | | | |
| HOSTED MEAL / EVENT | | | |
| CHAMPAGNE TOWER | | | |
| GIANT CHAMPAGNE GLASS | | | |
| V floaties | | | |
| Luxe bites cones w/ VA stickers | | | |
| KENZIE BALLOONS | | | **TOTAL** |

ROSES

SPA TREATMENTS

https://www.boatsetter.com/boats/zftmhzh?min_capactiy=12&pos=33&start_period=2022-09-28&end

Licensed captain and crew members, Fuel

| Total | Notes: |
|---|---|
| $650.00 | |
| $2,800.00 | |
| $0.00 | |
| $0.00 | |
| | |
| | |
| | |
| | |
| $0.00 | |
| | |
| $1,976.45 | |
| $1,500.00 | |
| $0.00 | |
| $0.00 | |
| | |
| | |
| | |
| | |
| | |
| $6,926.45 | |

period=

CONFIDENTIAL

**KENZIE ANNE - ANNOUNCMENT - SEPT 26, 27 & 28**

| ANGELS | | | |
|---|---|---|---|
| KENZIE ANNE | | | |
| SCARLIT SCANDAL | | | |
| AMIA MILEY | | | |
| RILEY STEELE | | | |
| NATALIA STARR | | | |
| MIA MALKOVA | | | |

| CONTENT TEAM | | Days / Submit | Rate |
|---|---|---|---|
| AZZY | HMUA | 1 | $650.00 |
| KEVIN | PHOTO/VIDEO | | $2,800.00 |
| ROB | | | |
| ERIC | | | |
| MAEGAN | | | |
| Steph | | | |
| Mal | | | |
| Mark | | | |
| Sean | | | |
| KATHERINE | | | |
| ANNOUNCEMENT | | | |
| BOAT - 4 HOURS (jncludes fees) | | 1 | $10,565.00 |
| VIXEN GIRLS | | 3 | $500.00 |
| CHEF PREP DAY AND SHOOT DAY | | 1 | $1,000.00 |
| TIP | | 1 | $1,900.00 |
| Luxe bites cones w/ VA stickers | | | |
| KENZIE BALLOONS | | | |
| ROSES | | | |
| | | | |
| | | | |

https://www.boatsetter.com/boats/zftmhzh?min_capactiy=12&pos=33&start_period=2 **TOTAL**

Licensed captain and crew members, Fuel

Sunset 641pm
Free cancellations until 30 days before the booking start date.50% refund for cancellations between 1

CONFIDENTIAL

| Total | Notes: |
|---:|---|
| $650.00 | |
| $0.00 | |
| $0.00 | |
| | |
| $0.00 | |
| | |
| | |
| | |
| | |
| $0.00 | |
| | |
| $10,565.00 | |
| $1,500.00 | |
| $1,000.00 | |
| $1,900.00 | |
| | |
| | |
| | |
| | |
| | |

**$15,615.00**

4-30 days before the booking start date.Cancellations within 14 days of the booking start date are non-refundal

CONFIDENTIAL

**KENZIE ANNE - ANNOUNCMENT - SEPT 26, 27 & 28**

| ANGELS | | | |
|---|---|---|---|
| KENZIE ANNE | | | |
| SCARLIT SCANDAL | | | |
| AMIA MILEY | | | |
| RILEY STEELE | | | |
| NATALIA STARR | | | |
| MIA MALKOVA | | | |

| CONTENT TEAM | | Days / Submit | Rate |
|---|---|---|---|
| AZZY | HMUA | 1 | $650.00 |
| KEVIN | PHOTO/VIDEO | | $2,800.00 |
| ROB | | | |
| ERIC | | | |
| MAEGAN | | | |
| Steph | | | |
| Mal | | | |
| Mark | | | |
| Sean | | | |
| KEEGAN? | | | |
| KATHERINE | | | |
| ANNOUNCEMENT | | | |
| BOAT - 6 HOURS (jncludes fuel) | | 1 | $16,500.00 |
| VIXEN GIRLS | | 5 | $500.00 |
| CHEF PREP DAY AND SHOOT DAY | | | |
| TIP | | | $3,000.00 |
| Luxe bites cones w/ VA stickers | | | |
| ROSES | | | |
| | | | |
| | | | |
| | | | **TOTAL** |

Free cancellations until 5 days before the booking start date.50% refund for cancellations between 2-

CONFIDENTIAL

| Total | Notes: |
|---|---|
| $650.00 | |
| $0.00 | |
| $0.00 | |
| | |
| $0.00 | |
| | |
| | |
| | |
| | |
| | |
| $0.00 | |
| | |
| $16,500.00 | https://www.boatsetter.com/boats/dqnqlbv?min_capactiy=12&pos=34&start_pe |
| $2,500.00 | |
| $0.00 | |
| $0.00 | |
| | |
| | |
| | |
| | |

**$19,650.00**

5 days before the booking start date.Cancellations within 2 days of the booking start date are non-refundable.

CONFIDENTIAL

## Vixen Angel - Kenzie Aı

| Talent | Assigned to | Rate |
|---|---|---|
| Kenzie Anne | | |
| Scarlit Scandal | | $500.00 |
| Emily Willis | | $500.00 |
| Uma Jolie | | $500.00 |
| Kira? | | $500.00 |
| | | $500.00 |
| | | $500.00 |
| | | $500.00 |
| | | |
| **CREW** | **Responsibilites** | |
| Steph | Event direction | $0.00 |
| Matt | Content creation and share lead | $0.00 |
| Eric | Photographer | $0.00 |
| Azzy | HMUA | $650.00 |
| Kevin | Video | |
| Mallory | | |
| Haley & Braxton | | |
| **Task** | **Assigned To:** | |
| Drinks (pink) | Steph | |
| Bartenders | Steph | |
| Vixen red carpet & step and repeat | Mark | |
| Vixen Neon | Mark | |
| Wardrobe | Haley & Braxton | |
| Propane Tank for heater | Gabe | |
| CC Macaroons | Steph | |
| Sugarfish | Steph | |
| | | |

pink mirror                                                        $4,150.00
pink napkins
floor
sheet curtians
couch or round bed
fuzzy pillows
chair
pink latex
branded bubble gum and machine
cotton candy
pink chandleier
outside asteras - pink

## nne - Event

| Confirmed | Notes | Call time |
|---|---|---|
| X | | |
| X | | |
| X | | |
| X | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| X | | |
| X | | |
| X | | |
| X | | |
| | | |
| | | |
| | | |
| | pink lemonade and champagne | |
| X | | |
| X | in house | |
| X | in house | |
| | | |
| | | |
| | cake pops, cupcakes, macaroons, pink dipper strawberries | |
| | | |
| | | |