UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP, LLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-04901 WLH (AGRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS VXN GROUP, LLC AND MIKE MILLER'S MOTION FOR SUMMARY JUDGMENT** |

On January 10, 2024, defendants VXN Group, LLC ("VXN") and Mike Miller ("Miller") (collectively, "Defendants") filed a motion for summary judgment ("Motion") as to all of plaintiff Mackenzie Anne Thoma's ("Plaintiff") extant claims under the California Labor Code.

Having considered the Joint Brief, Joint Appendix of Facts, Joint Appendices of Evidence, and Joint Appendix of Objections, as well as Defendants' Reply Memorandum, the Court hereby GRANTS Defendants' Motion, finding that there is no genuine dispute as to any material fact, and Defendants are entitled to judgment as a matter of law as to all of Plaintiff's claims.

Accordingly, the Court ORDERS that judgment be entered in favor of Defendants with respect to all of Plaintiff's causes of action.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE