# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | | |
|---|---|---|---|
| 1a. Contact Person for this Order | Nadia Rodriguez | 2a. Contact Phone Number | 310-928-8076 |
| | | 3a. Contact E-mail Address | nadia@tomorrowlaw.com |
| 1b. Attorney Name (if different) | Sarah H. Cohen | 2b. Attorney Phone Number | 310-928-8076 |
| | | 3b. Attorney E-mail Address | sarah@tomorrowlaw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

BIBIYAN LAW GROUP, P.C.
1460 Westwood Blvd.
Los Angeles, CA 90024

| | |
|---|---|
| 5. Name & Role of Party Represented | Plaintiff, Mackenzie Anne Thoma |
| 6. Case Name | Thoma v. VXN Group LLC |
| 7a. District Court Case Number | 2:23-cv-04901-WLH-AGR |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:

[X] DIGITALLY RECORDED   [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal   [ ] Criminal  [X] Civil   [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/04/24 | 71 | Alicia Rosenburg | Video Discovery Conference | X | ○ | ○ | ○ | ○ | ○ | ○ _____ | Hourly |
| 06/11/24 | 74 | Alicia Rosenberg | Cont. Video Discovery Conference | X | ○ | ○ | ○ | ○ | ○ | ○ _____ | Hourly |
| 07/03/24 | 88 | Alicia Rosenberg | Video Discovery Conference | X | ○ | ○ | ○ | ○ | ○ | ○ _____ | Hourly |
| 08/22/24 | 100 | Alicia Rosenberg | Video Discovery Conference | X | ○ | ○ | ○ | ○ | ○ | ○ _____ | Hourly |
| 08/29/24 | 104 | Alicia Rosenberg | Video Discovery Conference | X | ○ | ○ | ○ | ○ | ○ | ○ _____ | Hourly |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 1/22/25    Signature: /s/ Sarah H. Cohen

G-120 (06/18)