**KANE LAW FIRM**
Brad S. Kane (SBN 151547)
bkane@kanelaw.la
1154 S. Crescent Heights. Blvd.
Los Angeles, CA 90035
Tel: (323) 697-9840
Fax: (323) 571-3579

Trey Brown (SBN 314469)
trey.brown@vixenmediagroup.com
11271 Ventura Blvd., #717
Studio City, CA 91604

*Attorneys for Defendants*
VXN GROUP LLC and MIKE MILLER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MACKENZIE ANNE THOMA, a.k.a. KENZIE ANNE, an individual and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>VXN GROUP LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No. **2:23–cv–04901 WLH (AGRx)**<br><br>**DECLARATION OF TREY BROWN IN SUPPORT OF DEFENDANTS' RENEWED MOTION FOR SANCTIONS PURSUANT TO RULE 37(e) AND THE COURT'S INHERENT POWER**<br><br>Complaint Filed:  April 20, 2023<br>Removed:             June 21, 2023 |

DECLARATION OF TREY BROWN

I, Trey Brown, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am In-House counsel for Defendant VXN Group, LLC ("VXN"), as well as an attorney of record for VXN and Defendant Mike Miller in this matter. I am personally familiar with, and, if called upon, could and would testify to the facts contained herein from my personal knowledge.

2. A true and correct copy of Ms. Thoma's December 21, 2022 "Record Request for Mackenzie Anne Thoma" is attached hereto as "Exhibit A".

3. A true and correct copy of VXN's January 11, 2023 response to the above letter is attached hereto as "Exhibit B".

4. A true and correct copy of relevant excerpts from Ryan Murphy's (a.k.a. Ryan Kona) deposition transcript ("*Murphy Depo.*") is attached hereto as "Exhibit C".

5. A true and correct copy of Ms. Thoma's Responses to Defendant VXN Group, LLC's Requests for Production of Documents is attached hereto as "Exhibit D."

6. A true and correct copy of Murphy's initial September 24, 2024 production of text messages between him and Ms. Thoma is attached hereto as "Exhibit E."

7. A true and correct copy of excerpts from Mackenzie Anne Thoma's (a.k.a. Kenzie Anne) deposition transcript ("*Thoma Depo.*") is attached hereto as "Exhibit F."

8. A true and correct copy of Defendants' email correspondence with Mainboard, LLC on June 13, 2024 and June 18, 2024 is attached hereto as "Exhibit G."

1

DECLARATION OF TREY BROWN

9. A true and correct copy of Murphy's September 26, 2024 supplemental production of text messages between him and Ms. Thoma, taken from Ms. Thoma's phone, is attached hereto as "Exhibit H."

10. A true and correct copy of Defendants' Subpoenas served on Ryan Murphy is attached hereto as "Exhibit I."

11. A true and correct copy of Plaintiff's letter to Ryan Murphy on May 29, 2024, is attached hereto as "Exhibit J."

12. A true and correct copy of Ryan Murphy's Responses to Defendants' Notice of Intent to Serve Subpoena (June 7, 2024), is attached hereto as "Exhibit K."

13. A true and correct copy of Defendants' correspondence with Meta Platforms, Inc. is attached hereto as "Exhibit L."

14. A true and correct copy of Ryan Murphy's Supplemental Responses to Defendants' Subpoena is attached hereto as "Exhibit M."

15. A true and correct copy of portions of the transcript from the July 19, 2024, Information Discovery Conference is attached hereto as "Exhibit N."

16. A true and correct copy of Ryan Murphy's Second Supplemental Responses to Defendants' Subpoena is attached hereto as "Exhibit O."

17. A true and correct copy of Plaintiff's and Defendants' counsel's emails relating to the Deposition of Ryan Murphy is attached hereto as "Exhibit P."

18. A true and correct copy of Ryan Murphy's Privilege Log is attached hereto as "Exhibit Q."

19. A true and correct copy of excerpts from Larry Lerner's deposition transcript ("*Lerner Depo.*") is attached hereto as "Exhibit R."

20. A true and correct copy of the Declaration of Larry Lerner (*sans original exhibits*) dated December 18, 2024 is attached hereto as "Exhibit S."

21. A true and correct copy of Plaintiff's State Court Requests for Production of Documents (Set One) is attached hereto as "Exhibit T."

22. Plaintiff's counsel declined to substantiate or produce proof of the alleged death threat made on Murphy when Defendants asked.

23. Murphy did not attend the deposition that was originally scheduled.

24. Defendants served a subpoena on Oscar Hernandez to attend a reposition on August 27, 2024, but the witness failed to appear.

25. By the close of Phase I discovery Murphy did not produce any of the materials he said he "will produce" in his Supplemental Responses save for some of his text messages with Plaintiff.

26. By the close of Phase I discovery, Ms. Thoma did not produce any materials, documents, or communications in support of her claim that she was an employee and a model for VXN.

27. The parties met and conferred regarding the motion on October 31, 2024, and again on December 11, 2024, but were unable to resolve the dispute.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 24, 2025, at Los Angeles, California.

*/s/ Trey Brown*
Trey Brown

3
DECLARATION OF TREY BROWN