

Sarah Cohen <sarah@tomorrowlaw.com>

## Thoma v VXN - CASE NO.: 2:23-cv-04901-WLH

**Sarah Cohen** <sarah@tomorrowlaw.com>                                Fri, May 23, 2025 at 4:43 PM
To: Brad Kane <bkane@kanelaw.la>
Cc: Trey Brown <trey.brown@vixenmediagroup.com>, Nadia Rodriguez <nadia@tomorrowlaw.com>, Chris Cude <ccude@kanelaw.la>, Emilie Kennedy <emilie.kennedy@kodify.io>, Trey Brown <trey.brown@kodify.io>, "Cwaugh@waugh.legal" <cwaugh@waugh.legal>, "mackenzieannethomaz11014082@tomorrowlaw.filevineapp.com" <mackenzieannethomaz11014082@tomorrowlaw.filevineapp.com>, Cierra Elmore <cierra@tomorrowlaw.com>, Rafael Yedoyan <rafael@tomorrowlaw.com>

Brad,

As previously discussed, I reviewed the Parties' Stipulated Protective Order (Dkt. 91) to confirm that it suffices to protect the privacy rights regarding the production of contact information (last known address, phone numbers, and email addresses). <u>I do not believe that the Stipulated Protective Order needs to be modified for the purpose of producing contact information</u> as it contains provisions which permit Defendant to designate as confidential "personal identifying information" and information "implicating privacy rights of third parties". Contact information falls into these categories and Defendant is free to designate the contact information as "CONFIDENTIAL" . Further, Section 7.2 of the Stipulated Protective Order sufficiently provides for a limited list of who the information designated as "CONFIDENTIAL" can be shared with.

Please let me know if you would like to discuss this further.

Have an amazing Memorial Day weekend!
[Quoted text hidden]
--
Kind regards,

**Sarah Cohen, Esq.**
**Senior Managing Attorney**

**Bibiyan Law Group, P.C.**
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555
Fax: (310) 300-1705
www.tomorrowlaw.com



NOTE: This e-mail message is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this e-mail message in error, please notify us immediately by telephone and delete the e-mail message from your computer.