

Sarah Cohen <sarah@tomorrowlaw.com>

## Request to Meet and Confer Re Updated Joint 26(f) Report - Thoma v. VXN

**Sarah Cohen** <sarah@tomorrowlaw.com>   Thu, Apr 17, 2025 at 2:51 PM
To: "trey.brown@vixenmediagroup.com" <trey.brown@vixenmediagroup.com>, Brad Kane <bkane@kanelaw.la>
Cc: Rafael Yedoyan <rafael@tomorrowlaw.com>, Nadia Rodriguez <nadia@tomorrowlaw.com>, David Bibiyan <david@tomorrowlaw.com>, "mackenzieannethomaz11014082@tomorrowlaw.filevineapp.com" <MackenzieAnneThomaZ11014082@tomorrowlaw.filevineapp.com>, Cierra Elmore <cierra@tomorrowlaw.com>, Chris Cude <ccude@kanelaw.la>, Emilie Kennedy <emilie.kennedy@kodify.io>, Trey Brown <trey.brown@kodify.io>

Brad and Trey,

In accordance with **Dkt.167** ordering the parties to select a private mediator and mediate by July 10, 2026, please consider Lynn Frank, Michael Dickstein, and Monique Ngo-Bonnici as Plaintiff's proposed mediators.

As you may know, mediation dates are not usually available for at least 6 months and it could be that we are waiting until the beginning of 2026. Thus, it is imperative that we exchange names and lock in a date soon in order to meet the court ordered deadline. Furthermore, please confirm that the scope of mediation will also include Plaintiff's pending PAGA and UCL claims pending in state court.

Furthermore, given that a jury trial in the class action is set for August 31, 2026, we must press forward with formal discovery unless the parties can come to a reasonable agreement as to the exchange of informal discovery for mediation and a stipulation to stay the class action pending mediation. We can also consider a joint motion to modify the Scheduling Order (**Dkt. 168**) to continue dates depending on how far out our mediation is.

Let me know if you would like to set up a call to discuss this further. Otherwise, please get back to me no later than close of business **Thursday April 24, 2025** regarding the selection of a private mediator from Plaintiff's proposed list.

[Quoted text hidden]



Sarah Cohen <sarah@tomorrowlaw.com>

---

# Request to Meet & Confer / Thoma v. VXN Group, LLC et al. / Motions to Strike TAC & Compel

---

**Trey Brown** <trey.brown@vixenmediagroup.com>  Fri, Sep 26, 2025 at 11:57 AM
To: Sarah Cohen <sarah@tomorrowlaw.com>
Cc: David Bibiyan <david@tomorrowlaw.com>, Rafael Yedoyan <rafael@tomorrowlaw.com>, Brad Kane <bkane@kanelaw.la>, Nadia Rodriguez <nadia@tomorrowlaw.com>, "Ginter, Brian S." <BGinter@bwslaw.com>, "Johnson, Vickie" <VJohnson@bwslaw.com>, Emilie Kennedy <emilie.kennedy@kodify.io>, Chris Cude <ccude@kanelaw.la>, Cierra Elmore <cierra@tomorrowlaw.com>

> Sarah,
>
> Defendants are agreeable to Eve Wagner.
>
> Regards,
> Trey
>
> [Quoted text hidden]



Sarah Cohen <sarah@tomorrowlaw.com>

---

## Request to Meet & Confer / Thoma v. VXN Group, LLC et al. / Motions to Strike TAC & Compel

---

**Sarah Cohen** <sarah@tomorrowlaw.com>      Fri, Sep 26, 2025 at 1:12 PM
To: Trey Brown <trey.brown@vixenmediagroup.com>
Cc: David Bibiyan <david@tomorrowlaw.com>, Rafael Yedoyan <rafael@tomorrowlaw.com>, Brad Kane <bkane@kanelaw.la>, Nadia Rodriguez <nadia@tomorrowlaw.com>, "Ginter, Brian S." <BGinter@bwslaw.com>, "Johnson, Vickie" <VJohnson@bwslaw.com>, Emilie Kennedy <emilie.kennedy@kodify.io>, Chris Cude <ccude@kanelaw.la>, Cierra Elmore <cierra@tomorrowlaw.com>

Trey,

Eve is available as follows:

**2026:**
**Saturdays:**
April 4, 11, 18, 25
May 2, 9, 16, 23
June 6, 13, 20, 27


**Weekdays:**
August 6, 7, 13, 14, 26-28
September 30
October 2, 12-16, 23


All of these dates work for Plaintiff. The weekday dates are after the July 10, 2026 deadline so we will need permission from the Court to extend the mediation deadline but I do not expect pushback from Judge Hsu given that we are finally working toward resolution.


Let me know which dates work for Defendants.


Kind regards,

**Sarah Cohen, Esq.**
**Partner**

**Bibiyan Law Group, P.C.**
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555
Fax: (310) 300-1705
www.tomorrowlaw.com




https://www.nba.com/clippers/

NOTE: This e-mail message is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this e-mail message in error, please notify us immediately by telephone and delete the e-mail message from your computer.

[Quoted text hidden]