

Sarah Cohen &lt;sarah@tomorrowlaw.com&gt;

## Thoma v VXN - CASE NO.: 2:23-cv-04901-WLH

**Sarah Cohen** &lt;sarah@tomorrowlaw.com&gt;  Mon, Oct 20, 2025 at 4:15 PM
To: Trey Brown &lt;trey.brown@vixenmediagroup.com&gt;, "Ginter, Brian S." &lt;bginter@bwslaw.com&gt;
Cc: Tb &lt;tb@dorado.law&gt;, Nadia Rodriguez &lt;nadia@tomorrowlaw.com&gt;, Chris Cude &lt;ccude@kanelaw.la&gt;, Emilie Kennedy &lt;emilie.kennedy@kodify.io&gt;, "Cwaugh@waugh.legal" &lt;cwaugh@waugh.legal&gt;, Brad Kane &lt;bkane@kanelaw.la&gt;, Mackenzieannethomaz11014082 &lt;MackenzieAnneThomaZ11014082@tomorrowlaw.filevineapp.com&gt;, Cierra Elmore &lt;cierra@tomorrowlaw.com&gt;, Rafael Yedoyan &lt;rafael@tomorrowlaw.com&gt;, David Bibiyan &lt;david@tomorrowlaw.com&gt;

Trey and Brian,

Please provide an update regarding the following:

1. Status of the remainder of the class contact information;
2. Whether there are native documents associated with the Quickbooks and Sage entries (e.g., direct deposit or wire confirmations) and if so, whether Defendant agrees to produce them;
3. Status of production of scene reports/legend of filming dates and whether Defendant agrees to produce them;
4. Defendants' position regarding a stipulation to modify the scheduling order to continue by 6 months the trial, pre-trial, and the deadline to hear Plaintiff's motion for class certification; and
5. A response as to Plaintiff's Wish List. Specifically, we need to narrow the scope of informal discovery to be produced ahead of mediation as well as the scope of any release.

Please get back to me no later than EOB tomorrow.


Kind regards,

**Sarah Cohen, Esq.
Partner**

**Bibiyan Law Group, P.C.**
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555
Fax: (310) 300-1705
www.tomorrowlaw.com





https://www.nba.com/clippers/


NOTE: This e-mail message is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this e-mail message in error, please notify us immediately by telephone and delete the e-mail message from your computer.

[Quoted text hidden]