Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700

Trey Brown (SBN 314469)
trey.brown@vixenmediagroup.com
11271 Ventura Boulevard, Suite 717
Studio City, California 91604
Tel.: (432) 296-9120

Attorneys for Defendants
VXN GROUP, LLC and
MIKE MILLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAKENZIE ANNE THOMA a.k.a, KENZIE ANNE, an individual and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>VXN GROUP, LLC, a Delaware limited liability company; MIKE MILLER, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:23-CV-04901-WLH-AGR<br><br>**[DISCOVERY MATTER]**<br><br>**DECLARATION OF TREY BROWN IN SUPPORT OF DEFENDANTS' NOTICE OF PLAINTIFF'S NON-COMPLIANCE WITH COURT ORDER** |

I, Trey Brown, declare:

1. I am counsel of record in this action for Defendants VXN Group, LLC and Mike Miller, and have represented the Defendants in this action since the inception of the case. I have personal knowledge of the facts stated in this declaration. If called to testify, I could and would testify to the following facts.

2. Attached hereto as Exhibit A is a true and correct copy of an email as produced by Plaintiff to Defendant on January 8, 2026, identified by Bates stamp THOMA000638. The document shows black redactions in the subject line, over the Calendar title, and over several email addresses. In addition, the document shows a white-out redaction in the subject line.

3. Attached hereto as Exhibit B are true and correct copies of emails as produced by Plaintiff to Defendant on January 8, 2026, identified by Bates stamps THOMA000846 and THOMA000849. Although the emails reference calendar attachments, Plaintiff did not produce the attachments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of January 2026 at Los Angeles, California.

                                                   /s/ Trey Brown
                                                   Trey Brown