# EXHIBIT A

Subject: Invitation: Ke 60 @ Fri Nov 6, 2020 4:30pm - 5pm (PST) ()

**eric@sevnagency.com**
to misskenzieanne, chris
Thu, Nov 5, 2020, 9:07 PM

> **You have been invited to the following event.**
>
> **Kenzie/Vixen call 310-504-2560**
>
> | | | |
> |---|---|---|
> | When | Fri Nov 6, 2020 4:30pm – 5pm Pacific Time - Los Angeles | **more details »** |
> | Calendar | | |
> | Who | • eric@sevnagency.com - organizer | |
> | | • | |
> | | • chris@chrisapplebaum.com | |
>
> Going (misskenzieanne@gmail.com)? **Yes** - **Maybe** - **No**   **more options »**
>
> Invitation from Google Calendar
>
> You are receiving this email at the account because you are subscribed for invitations on calendar .
>
> To stop receiving these emails, please log in to https://calendar.google.com/calendar/ and change your notification settings for this calendar.
>
> Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

**One attachment** • Scanned by Gmail

📄 invite.ics   Scanning for viruses...

THOMA000638