# EXHIBIT B

# Subject: XBIZ dinner



**Dave Rock** <dave@motleymodels.com>　　　　　　　　　　　　Thu, Jul 14, 2022, 8:08 PM
to Kenzie Anne, Sid Vison, Charly Summer

**One attachment** • Scanned by Gmail

invite.ics   Scanning for viruses…

## Subject: XBIZ dinner



**Dave Rock** <dave@motleymodels.com>　　　　　　　　　　　　Mon, Jul 25, 2022, 7:20 PM
to Sid Vison, Charly Summer, Kenzie Anne

**One attachment • Scanned by Gmail**

invite.ics　Scanning for viruses…

THOMA000849