# EXHIBIT C

Case 2:23-cv-04901-WLH-AGR   Document 230-4   Filed 01/26/26   Page 1 of 4   Page ID #:8875

## Subject: Re: VIXEN



**Ryan Kona** <ryan@motleymodels.com>  Fri, Jun 11, 2021, 4:56 PM
to dave@motleymodels.com, misskenzieanne@gmail.com, Chris Applebaum

Thank you for the heads up on upcoming projects and I will coordinate with Moz on those.

I did also mention to Moz about how she was doing and hopefully we will have dates this month.

In regards to Rob, Vixen isn't the only studio that has expressed concern with his performance on set which of course can be very frustrating for everyone involved but nevertheless, we will support any casting decision that is made to make it the best scene possible.

Ryan Kona

Talent Agent

702-528-5980

Ryan@motleymodels.com

---

**From:** Chris Applebaum <chris@chrisapplebaum.com>
**Sent:** Friday, June 11, 2021 4:16:17 PM
**To:** Ryan Kona <ryan@motleymodels.com>; dave@motleymodels.com <dave@motleymodels.com>;

**Subject:** VIXEN

Ryan

How's it going? Hope all is well!

I wanted to loop you in & put this all in one place for Kenzie, too. I met at Vixen yesterday & let Mike & Matt know Kenzie was

THOMA000791

I wanted to loop you in & put this all in one place for Kenzie, too. I met at Vixen yesterday & let Mike & Matt know Kenzie was back, avail, and the Acutane (sp?) was a non-issue. Hopefully they slide her into more scenes ASAP! In the meantime, it looks like beg of next week I'll have the full HALSTON schedule with dates to put on-hold for our girl (Moz will reach out on the VXN side). It's going to get really busy.

*Note: this is all information for the 4 of us. While I'm attaching the Kenzie treatments, this is FOR OUR EYES ONLY, not to let Vixen know you've seen yet.

*Kenzie pls flag anything up-front, esp with talent. Also, if you have any questions or want any revisions to the creative for your scenes, of course we'll work together more on these...

**KENZIE ANNE UPCOMING**

1. 2 @ Vixen Swim Promo Days - will be with 4 Angels (Kenzie, Emily, Scarlit, Avery) for IG and Twitter. Day 1 Studio Shoot (Eats Style). Day 2 Beach (with the Vixen Pepsi machine). Need to shoot these ASAP.

2. Vixen Angel Shoot - Palm Springs. *There's a possibility we'll aggregate the Angel shoot with Blacked and shoot both in Palm Springs. However, if not, we'll shoot Blacked in LA.*

3. Summer Lovers (Blacked): Kenzie, Jax Slayher, Rob Piper. BTW Mike Miller expressed concern that Rob isn't always reliable, so we might want to consider another performer. However, I told him I wasn't sure if Jax would work with other male performers other than Rob. In any case, this is something we can discuss with Kenzie. She talks to Jax enough to float this by him - and she may know the answer already.

4. The Chauffeur (Slayed): Kenzie, Ashley Lane, and Mike Miller really wants Kenzie to shoot with Azul Hermosa. TW: https://twitter.com/azul_hermosaxo?s=21 IG: https://instagram.com/azul_hermosaxo?utm_medium=copy_link

5. Phantom Thread (Vixen): Kenzie, Emily Willis, and Manuel Ferrara

So you have a general time-frame, the Halston schedule will be rapid-fire starting at the end of June and extending into late July. As I said, Moz will connect for all the dates, and l stay in-touch with Kenzie on the reg, but obviously this means I need Kenzie to stay in town for the majority of the Summer.

See everyone soon. Hit me back with any questions.

Best,

Chris

may know the answer already.

4. The Chauffeur (Slayed): Kenzie, Ashley Lane, and Mike Miller really wants Kenzie to shoot with Azul Hermosa. TW: https://twitter.com/azul_hermosaxo?s=21 IG: https://instagram.com/azul_hermosaxo?utm_medium=copy_link

5. Phantom Thread (Vixen): Kenzie, Emily Willis, and Manuel Ferrara

So you have a general time-frame, the Halston schedule will be rapid-fire starting at the end of June and extending into late July. As I said, Moz will connect for all the dates, and l stay in-touch with Kenzie on the reg, but obviously this means I need Kenzie to stay in town for the majority of the Summer.

See everyone soon. Hit me back with any questions.

Best,

Chris

CHRIS APPLEBAUM
DIRECTOR | CREATIVE DIRECTOR
EATS | KENZIELAND

