# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MACKENZIE ANNE THOMA,<br><br>         Plaintiff,<br><br>    v.<br><br>VXN GROUP, LLC, *et al*.,<br><br>         Defendants. | Case No. 2:23-cv-04901-WLH-ACCV<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant's Motion for Sanctions ("Motion), Plaintiff's Opposition to the Motion ("Opposition"), Defendant's Reply in Support of the Motion ("Reply"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge ("R&R").  (Dkt. No. 145, Motion; Dkt. No. 148, Opposition; Dkt. No. 150, Reply; Dkt. No. 272 R&R.)  No objections were filed by the June 3, 2026 deadline.  (Dkt. No. 273.)  The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

///

///

IT IS THEREFORE ORDERED that:

1)  The Report and Recommendation of United States Magistrate Judge (Dkt. No. 272) is ADOPTED;

2)  Defendant's Renewed Motion for Sanctions Pursuant to Rule 37(e) and the Court's Inherent Power (Dkt. No. 145) is DENIED without prejudice.

**IT IS SO ORDERED**.

DATED: June 5, 2026               By _____

                                         HON. WESLEY L. HSU
                                         United States District Judge

2